1 | MARC E. MAYER (SBN 190969)
    mem@msk.com
2 | MITCHELL SILBERBERG & KNUPP LLP
    2049 Century Park East, 18th Floor
3 | Los Angeles, CA  90067-3120
    Telephone: (310) 312-2000
4 | Facsimile: (310) 312-3100

5 | THERESA B. BOWMAN (*pro hac pending*)
    tbb@msk.com
6 | MITCHELL SILBERBERG & KNUPP LLP
    1818 N St., NW
7 | Washington, D.C. 20036
    Telephone: (202) 470-2752
8 | Facsimile: (202) 470-2776

9 | Attorneys for Blizzard Entertainment, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLIZZARD ENTERTAINMENT, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>TURTLE WOW, an entity of unknown form; AFKCRAFT LIMITED, a Hong Kong Company; YULIA SAVKO a/k/a JULIA SAVKO a/k/a Torta and Shenna, an individual; ERIC MAUSER a/k/a Shagu and Meph1s, an individual; JOSIAH ZIMMER a/k/a Akalix, an individual; STEFAN KOSTOV a/k/a brotalnia, an individual, JESSE LAUTENBACK a/k/a Niralthas, an individual, COSMIN POP a/k/a xerron, an individual, JAMEY DIEPBRINK a/k/a Jamma an individual, MAROS BETKO a/k/a Haaxor, an individual, MARCO KRETAS a/k/a MARCO KAPTEIN a/k/a Kruxis, an individual; ALEX JULEV a/k/a PepeSmite, an individual; and DOES 1 through 10, inclusive,,<br><br>Defendants. | CASE NO. 2:25-cv-08194<br><br>**CORPORATE DISCLOSURES AND NOTICE OF INTERESTED PARTIES OF PLAINTIFF BLIZZARD ENTERTAINMENT, INC. PURSUANT TO FED. R. CIV. P. 7.1 AND LOCAL RULE 7.1-1** |

Pursuant to Local Rule 7.1-1 and Federal Rule of Civil Procedure 7.1, the undersigned, counsel of record for Plaintiff Blizzard Entertainment, Inc. ("Plaintiff"), certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Blizzard Entertainment, Inc., is a wholly owned subsidiary of Activision Blizzard, Inc.
2. Activision Blizzard, Inc., is a wholly owned subsidiary of Microsoft Corp., which is a publicly traded company.

DATED: August 29, 2025

MARC E. MAYER
THERESA B. BOWMAN
MITCHELL SILBERBERG & KNUPP LLP

By: */s/ Marc E. Mayer*
Marc E. Mayer
Attorneys for Blizzard Entertainment, Inc.