AO 121 (Rev. 06/16)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**U.S. Copyright Office**<br>**101 Independence Ave. S.E.**<br>**Washington, D.C. 20559-6000** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION   ☐ APPEAL | COURT NAME AND LOCATION<br>United States District Court<br>Central District of California |
|---|---|
| DOCKET NO.<br>2:25-cv-08194 | DATE FILED<br>August 29, 2025 |

411 West 4th Street, Room 1053 Santa Ana, CA 92701-4516

| PLAINTIFF | DEFENDANT |
|---|---|
| BLIZZARD ENTERTAINMENT, INC., a Delaware Corporation | TURTLE WOW, an entity of unknown form; AFKCRAFT LIMITED, a Hong Kong Company; YULIA SAVKO a/k/a JULIA SAVKO a/k/a Torta and Shenna, an individual; ERIC MAUSER a/k/a Shagu and Meph1s, an individual; JOSIAH ZIMMER a/k/a Akalix, an individual; STEFAN KOSTOV a/k/a brotalnia, an individual, JESSE LAUTENBACK a/k/a Niralthas, an individual, COSMIN POP a/k/a xerron, an individual, JAMEY DIEPBRINK a/k/a Jamma an individual, MAROS BETKO a/k/a Haaxor, an individual, MARCO KRETAS a/k/a MARCO KAPTEIN a/k/a Kruxis, an individual; ALEX JULEV a/k/a PepeSmite, an individual; and DOES 1 through 10, inclusive, |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | Please see Schedule A attached hereto | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | | |
|---|---|---|---|
| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | | **AUTHOR OR WORK** |
| 1 | | | |
| 2 | | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

## Schedule A:
## Blizzard's Copyrighted Works Infringed by Defendants

| TITLE | Claimant | Certificate No. | Date of Registration |
|---|---|---|---|
| World of Warcraft | Blizzard Entertainment, Inc. | PA 1-247-131 | 29-Nov-04 |
| World of Warcraft--server | Blizzard Entertainment, Inc. | TXu 1-166-151 | 29-Jul-04 |
| World of Warcraft--client: beta 3. | Blizzard Entertainment, Inc. | TX 5-984-004 | 29-Jul-04 |
| World of Warcraft: The Burning Crusade | Blizzard Entertainment, Inc. | PA 1-333-913 | 23-Mar-07 |
| World of Warcraft: Wrath of the Lich King | Blizzard Entertainment, Inc. | PA 1-611-882 | 26-Nov-08 |
| World of Warcraft: CATACLYSM (video game) | Blizzard Entertainment, Inc. | PA 1-711-157 | 9-Dec-10 |