UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No.: | 2:25-cv-08194-RAO | Date: | September 9, 2025 |
| Title: | Blizzard Entertainment, Inc. et al v. Turtle Wow et al | | |

Present: The Honorable **Rozella A. Oliver, United States Magistrate Judge**

| Eddie Ramirez | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| N/A | N/A |

**Proceedings:** (In Chambers) **ORDER RE: DIRECT ASSIGNMENT TO MAGISTRATE JUDGE**

     This action has been assigned to Magistrate Judge Rozella A. Oliver under Local Rule ("L.R.") 73 and General Order No. 25-04, which are both available on this District's webpage, located at http://www.cacd.uscourts.gov. The Clerk has issued a Notice of Assignment to a U.S. Magistrate Judge and Declination of Consent form ("Notice and Declination of Consent" or "Notice"), CV-20B. The Court directs all parties served with this order to promptly review the Notice and Declination of Consent and L.R. 73. There are **strict deadlines** for a party to decline consent to have a Magistrate Judge preside over this case. **If a declination of consent is not received by the applicable deadline, that party will be deemed to have knowingly and voluntarily consented to proceed before a Magistrate Judge for all purposes.**

     **Plaintiff (or other initiating party) must serve the Notice on each party at the time of service of the summons and complaint or other initial pleading.** Plaintiff must file a proof of service within 14 days of service of the summons and complaint or receipt of a notice and acknowledgement of service. L.R. 4-6. **The proof of service must indicate that the Notice was served with the summons and pleading**.

     **The parties are advised that if there is a later-filed related case, that related case will not be assigned or transferred to Judge Oliver as the presiding judge unless the parties in the related case consent to magistrate judge jurisdiction.** General Order No. 24-04, Section II.I.1.b, does not set forth specific procedures for when the judge assigned the lower case number is a magistrate judge. Although Judge Oliver may be designated as the discovery magistrate judge on the later-filed related case, a district judge will preside over the later-filed matter absent consent.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.:  2:25-cv-08194-RAO                             Date:  September 9, 2025
Title:  Blizzard Entertainment, Inc. et al v. Turtle Wow et al

Plaintiff (or other initiating party) is directed to immediately serve this order on all parties that have already been served but have not yet made an appearance and to serve this order with the summons and pleading on all parties that have not already been served.

**IT IS SO ORDERED.**

                                                                                          :
                                                      Initials of Preparer        er