| | |
|---|---|
| Name and address:<br>Marc E. Mayer (SBN 190969)<br>mem@msk.com<br>Mitchell Silberberg & Knupp LLP<br>2049 Century Park East, 18th Floor<br>Los Angeles, CA 90067-3120<br>Telephone: (213) 312-2000 | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLIZZARD ENTERTAINMENT, INC.<br><br>Plaintiff(s)<br>v.<br>TURTLE WOW, ET AL.<br><br>Defendant(s). | CASE NUMBER<br>2:25-cv-08194-RAO<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Bowman, Theresa B.
*Applicant's Name (Last Name, First Name & Middle Initial)*

(202) 470-2752        (202) 470-2776
*Telephone Number*        *Fax Number*

tbb@msk.com
*E-Mail Address*

of MITCHELL SILBERBERG & KNUPP LLP
1818 N STREET NW, SUITE 700
WASHINGTON, DC 20036

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
BLIZZARD ENTERTAINMENT, INC.
.

*Name(s) of Party(ies) Represented*     ☒ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:* _____

**and designating as Local Counsel**

Mayer, Marc E.
*Designee's Name (Last Name, First Name & Middle Initial)*

190969        (310) 312-2000        (310) 312-3100
*Designee's Cal. Bar No.*    *Telephone Number*    *Fax Number*

mem@msk.com
*E-Mail Address*

of MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067-3120

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
        ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
        ☐ for failure to complete Application:
            ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
            ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
        ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

Dated _____

                                                **U.S. District Judge/U.S. Magistrate Judge**


American LegalNet, Inc.
www.FormsWorkFlow.com