Name and address:
Oxana Lukina (NY State Bar No. 5583570)
Cohen, LaBarbera & Landrigan, LLP
99 Brookside Ave.
Chester, NY 10918
845-291-1900
845-291-8601 (fax)
olukina@cll-law.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| BLIZZARD ENTERTAINMENT, INC. | CASE NUMBER |
|---|---|
| v.                    Plaintiff(s) | 2:25-cv-08194 |
| TURTLE WOW, et al. | **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |
| Defendant(s). | |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Lukina, Oxana
*Applicant's Name (Last Name, First Name & Middle Initial)*

845-291-1900                    845-291-8601
*Telephone Number*              *Fax Number*

olukina@cll-law.com
*E-Mail Address*

of

Cohen, LaBarbera & Landrigan, LLP
99 Brookside Ave.
Chester, NY 10918

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Josiah Zimmer

*Name(s) of Party(ies) Represented*        ☐ *Plaintiff(s)*   ☒ *Defendant(s)*   ☐ *Other:*

**and designating as Local Counsel**

Douglas, Frederic M.
*Designee's Name (Last Name, First Name & Middle Initial)*

212778              949-293-0442              949-203-8768
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

fdouglas@cox.net
*E-Mail Address*

of

Law Office of F. M. Douglas
15333 Culver Drive
Suite 340
Irvine, California 92604-3051

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED:  ☐ for failure to pay the required fee.
            ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
            ☐ for failure to complete Application: _____
            ☐ pursuant to L.R. 83-2.1.3.2:  ☐ Applicant resides in California;  ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
            ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel:  ☐ is not member of Bar of this Court;  ☐ does not maintain office in District.
            ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded   ☐ not be refunded.

Dated _____

_____
U.S. District Judge/U.S. Magistrate Judge