1  MARC E. MAYER (SBN 190969)
     mem@msk.com
2  MITCHELL SILBERBERG & KNUPP LLP
   2049 Century Park East, 18th Floor
3  Los Angeles, CA  90067-3120
   Telephone: (310) 312-2000
4  Facsimile: (310) 312-3100

5  THERESA B. BOWMAN (*pro hac vice*)
     tbb@msk.com
6  MITCHELL SILBERBERG & KNUPP LLP
   1818 N St., NW
7  Washington, D.C. 20036
   Telephone: (202) 470-2752
8  Facsimile: (202) 470-2776

9  Attorneys for Blizzard Entertainment, Inc.

10              UNITED STATES DISTRICT COURT

11              CENTRAL DISTRICT OF CALIFORNIA

12

13  BLIZZARD ENTERTAINMENT,                CASE NO. 2:25-cv-08194-SVW (SK*x*)
    INC., a Delaware Corporation,
14                                         [Assigned to Honorable Stephen V.
15            Plaintiff,                    Wilson]

16         v.                              **DECLARATION OF MARC E.
                                           MAYER IN SUPPORT OF
17  TURTLE WOW, an entity of unknown       PLAINTIFF'S MOTION FOR
    form; AFKCRAFT LIMITED, a Hong         EXPEDITED DISCOVERY**
18  Kong Company; YULIA SAVKO a/k/a
    JULIA SAVKO a/k/a Torta and            [*Ex Parte* Application and (Proposed)
19  Shenna, an individual; ERIC MAUSER     Order filed concurrently herewith]
    a/k/a Shagu and Meph1s, an individual;
20  JOSIAH ZIMMER a/k/a Akalix, an
    individual; STEFAN KOSTOV a/k/a
21  brotalnia, an individual, JESSE        Complaint Filed: August 29, 2025
    LAUTENBACK a/k/a Niralthas, an
22  individual, COSMIN POP a/k/a xerron,
    an individual, JAMEY DIEPBRINK
23  a/k/a Jamma an individual, MAROS
    BETKO a/k/a Haaxor, an individual,
24  MARCO KRETAS a/k/a MARCO
    KAPTEIN a/k/a Kruxis, an individual;
25  ALEX JULEV a/k/a PepeSmite, an
    individual; and DOES 1 through 10,
26  inclusive,,

27            Defendants.

28

Mitchell
Silberberg &
Knupp LLP

21019648.3

I, Marc E. Mayer, declare as follows:

1.      I am an attorney-at-law, duly licensed to practice law in the State of California.  I am, through my Professional Corporation, a partner with the law firm of Mitchell Silberberg & Knupp LLP ("MSK"), counsel of record for Plaintiff Blizzard Entertainment, Inc. ("Blizzard") in the above-captioned matter.  Except as otherwise noted, I know all of the following of my own personal knowledge and, if called as a witness, could and would competently testify thereto.

2.      This case involves violations of Section 1201 of the Digital Millennium Copyright Act, as well as claims for Copyright and Trademark infringement.  Plaintiff's claims arise from a multi-national business enterprise known as "Turtle WoW," which sells access to members of the public to an unauthorized, pirated version of Blizzard's immensely popular online role-playing game "World of Warcraft" ("WoW").  "Turtle WoW" is engaged in the illegal development and maintenance of "emulated" servers that mimic and modify the normal mechanics by which players access Blizzard's WoW servers.

### Plaintiff's Pre-Filing Investigation

3.      Blizzard, with the assistance of a highly experienced and reputable cybercrime investigative service[1], conducted an extensive and diligent investigation into the owners and operators of Turtle WoW.  The investigation, which has been ongoing for several months, has involved, *inter alia*, open-source intelligence sources; social media research; querying of relevant databases; review of corporate records, domain registrations, and username and email repositories; extensive examination of online communities, message platforms and websites; use of standard investigative resources; and certain proprietary techniques developed by the investigators.

---

[1] In order to protect its investigative methods and not to jeopardize its ongoing investigations, Blizzard has elected not to disclose the name of its investigators. However, should the Court desire additional information, Blizzard is prepared to provide such information *in camera* or under seal.

4. As a result of this investigation, Blizzard's investigators were able to make preliminary determinations of the identities of some of the administrators and operators of Turtle WoW, known primarily by way of their online aliases. These include, on information and belief:

- Yulia Savko, a/k/a Julia Sauko, a/k/a Torta, an individual residing in Moscow, Russia. Savko is the owner, primary operator and one of the driving forces behind Turtle WoW.

- Eric Mauser a/k/a Shagu, an individual who resides in Stuttgart, Germany. Mauser is among the developers and administrators of Turtle WoW.

- Josiah Zimmer a/k/a Akalix, an individual who resides in Augusta, Michigan. Zimmer is the "Lead of Marketing" for Turtle WoW, head of "Public Relations," and manager of the Turtle WoW online community.

- Stefan Kostov a/k/a brotalnia, an individual who resides in Berkovistsa, Bulgaria. Kostov is one of the developers of the Turtle WoW servers and creates, maintains, updates, and oversees their operation.

- Jesse Lautenback a/k/a Niralthas, an individual who resides in Groningen, Netherlands. Lautenback is the System Administrator of Turtle WoW.

- Cosmin Pop a/k/a xerron, an individual who resides in Cluj Napoca, Romania. Pop is a software developer who has been directly involved in developing, coding, updating, and creating the Turtle WoW Client.

- Jamey Diepbrink a/k/a Jamma, an individual who resides in Purmerend, Netherlands. Diepbrink is one of the developers of the Turtle WoW servers, as well as an administrator of Turtle WoW and its online communities.

- Maros Betko, an individual who resides in the Czech Republic. Betko is a software developer who has been directly involved in developing, coding, updating, and creating the Turtle WoW Client.

- Marco Kretas a/k/a Marco Kaptein a/k/a Kruxis, an individual who resides in Bad Reichenhall, Germany. Kretas is one of the developers of the Turtle

WoW Servers and in that role creates, maintains, updates, and oversees the operation of those servers.

- Alex Julev a/k/a PepeSmite, an individual who resides in Tyna, Russia. Julev is the Community Manager and Game Master for Turtle WoW, and in that role oversees Turtle WoW's online communities, provides technical and customer support, and interacts with users of Turtle WoW.  All such "customer service" activities are performed by Mr. Julev with a team of anonymous individuals under their user names.

Zimmer has been served and has appeared in this action through counsel, and many of the other named defendants are in the process of being served via the Central Authority in their countries.  However, "Torta" and "PepeSmite" appear to based in Russia and cannot be served via the Hague Convention.  However, as noted below, Torta is aware of this action and is taking steps to avoid further identification or service.

5.    While Blizzard's investigators have worked diligently to identify each of the above individuals, their investigation necessarily was limited by the fact that they have had to rely on publicly available sources.  Additionally, since some of the defendants reside outside the United States, in some cases Blizzard has not been able to find street addresses for these individuals.  Accordingly, third party discovery is necessary to definitively confirm the identities of these individuals and to find street addresses or email addresses where they can be contacted.

6.    Blizzard's investigation also revealed the existence of several corporate entities through which a number of the activities of Turtle WoW have been carried out.  These include:

- Turtle WoW (the "Turtle WoW Entity") is an entity of unknown form that purports to own and operate the Turtle WoW private servers.  According to the Turtle WoW website (located at www.turtle-wow.org), the Turtle WoW Entity purports to be located in Priozersk, Kazakhstan.  However, Blizzard

has reason to believe that the Turtle WoW Entity is an underfunded, fictional shell company that operates as a mere alter ego or unincorporated association of the individual Defendants and serves as a smokescreen to conceal the identities of the individual Defendants while also acting as a conduit for monetary and other transactions related to Turtle WoW. The Turtle WoW website does not disclose the real names of any of the people that are responsible for operating the Turtle WoW private server or collecting money on behalf of the Turtle WoW Enterprise. Blizzard's investigation has indicated that the expedited discovery it seeks – namely, information from service providers that necessarily interface with the Turtle WoW Entity – will assist in revealing more about its form and formal ownership.

- Defendant AFKCraft Limited is a company registered in Hong Kong that purports to own and operate the Turtle WoW Servers, especially those servers located in Southeast Asia. Blizzard has reason to believe that AFKCraft, like the Turtle WoW Entity, is an underfunded, fictional shell company that operates as a mere alter ego of the individual Defendants and serves to hide the identities of the individual Defendants, while also acting as a conduit for monetary and other transactions related to TurtleWoW. AFKCraft has been served and a proof of service will be filed shortly.

7.     Blizzard's investigation also revealed the activities and involvement of other, "Doe" Defendants, who at present are only known by their online aliases.

8.     Blizzard's investigators have focused on attempting to identify the true identities of these online aliases, as well as other currently unidentified participants in the Turtle WoW business venture. During that investigation, Blizzard discovered the existence of many more individuals who were directly involved in developing, supporting, or distributing the Cheating Software. However, despite its best efforts, Blizzard was not able to discover the real names

Mitchell
Silberberg &
Knupp LLP

21019648.3

DECLARATION OF MARC MAYER

of several individuals, due to apparently deliberate obfuscation of aliases and online accounts.

9.     Among the individuals that Blizzard still has not identified are those using the aliases "Shang," "Cregge," "Nolin," "TinyChuck," "Dragunovi," "Tor-Tun," "Bowser," "Moon," "Serendipity," "crite_," "charlesi," "voji_ciech," "moriena," "ghost904," "mchang," "quesme," "gheor7," "Vanth," "Pompa," "Dormilon," and "Tinyfin." Blizzard's investigators have informed me that they have exhausted all reasonable efforts to identify these defendants using the data and resources available to them.

10.     Blizzard has reason to believe that all of the Doe Defendants currently known only by their aliases play direct, significant roles in connection with the Turtle WoW enterprise and the sale of assess to Turtle WoW's pirated, unauthorized versions of WoW.

11.     In addition to these unknown aliases, Blizzard's investigators have reason to believe there may well be additional individuals or entities assisting in these efforts whom have so far succeeded in keeping even their involvement completely anonymous. It is very important to include all of these individuals in this lawsuit in order for Blizzard to obtain complete relief and ensure that Turtle WoW ultimately is removed from the marketplace.

12.     The Defendants certainly are aware of this lawsuit, and discovery to their associated service providers will come as no surprise. After this lawsuit was filed, it received a significant amount of media attention in game industry publications. Stories about the lawsuit were published in Newsweek, Yahoo, Screen Rant, The Gamer, and GameSpot, among others.

13.     Shortly after the lawsuit was filed, one of the Defendants posted the following message on the Turtle WoW Discord server acknowledging the lawsuit but promising not to comply with Blizzard's demands:

1
2
3
4
5
6
7



8
9   A true and correct copy of a screen capture reflecting the above Discord post is

10  attached hereto as **Exhibit 1.**

11          14.     The Doe Defendants, in concert with the identified individuals, are

12  continuing to sell, update, and market Turtle WoW even after this lawsuit was

13  filed.  Indeed, Turtle WoW's Twitter feed and Discord server have remained

    active, and its website continues to be updated.

14          15.     Since this lawsuit has been filed, it appears that certain defendants

15  associated with Turtle WoW have been removing online posts or online accounts.

16  For example, the individual known as "Torta" has terminated his or her Discord

17  and GitHub accounts as well as discontinued all publicly available email addresses.

18  "Torta" also has closed email accounts that previously could be used to contact

19  him or her.  Defendant Zimmer (who has appeared in this action) has modified his

20  own personal GitHub page to delete certain references to Turtle WoW.

21  Additionally, members of Turtle WoW's Reddit community have commented:

22  "They're also removing all posts about [the lawsuit] here on this subreddit.  Seems

23  to be that they're in damage control to try to keep all the new players from jumping

24  ship," as illustrated below.  Accordingly, Blizzard has a good faith concern that

25  without expedited discovery certain of the unnamed Defendants will attempt to

26  delete their online accounts.

27
28

## The Requested Discovery

16.      By the *Ex Parte* Application filed concurrently herewith, Plaintiff seeks leave to serve fifteen (15) subpoenas for business records from various Internet Service Providers, Payment Providers, and Social Media websites.  The purpose of these subpoenas is to seek information concerning the name and identity of the person(s) or entities responsible for the Turtle WoW website and emulated servers, and who receive payments for the sale of Turtle WoW.  Plaintiff wishes to issue subpoenas to: (1) Google LLC, dba YouTube, LLC; (2) Twitter, Inc.; (3) Reddit, Inc; (4) Paypal, Inc.; (5) Payment Wall; (6) Namecheap, Inc.; (7) Meta Platforms, Inc., dba Instagram; (8) Github, Inc.; (9) Discord, Inc.; (10) Cloudfare, Inc.; (11) Linkedin, Inc.; (12) Unreal Engine (Epic Games, Inc.); (13) SoundCloud, Inc.; (14) Spotify USA, Inc.; (15) Apple, Inc. dba Apple Music.

(a) **Google LLC** is a company that offers YouTube channels and videos through its video hosting service available at www.youtube.com.  Based on our investigation, we believe that representatives of Turtle WoW, including several of the aliases referenced above, have channels on

DECLARATION OF MARC MAYER

1    YouTube, including channels used for marketing and advertising Turtle

2    WoW.  This includes the "official" Turtle WoW YouTube channel

3    (@TurtleWoW Team), located at

4    https://www.youtube.com/@TurtleWoWTeam.  The Turtle WoW

5    YouTube page was last updated only 12 days ago.  A true and correct

6    copy of a screen capture of the Turtle WoW YouTube page is attached

7    hereto as **Exhibit 2.**

8    (b) **X Corp. (formerly Twitter)** is a microblogging and social networking

9    service on which users post and interact with messages known as

10    "tweets." Based on our investigation, we believe that many of the aliased

11    individuals mentioned above have their own X accounts in which they

12    promote Turtle WoW.   Additionally, Turtle WoW maintains an

13    "official" X channel at

14    https://x.com/turtlewowteam?ref_src=twsrc%5Egoogle%7Ctwcamp%5E

15    serp%7Ctwgr%5Eauthor   New posts appear on the Turtle WoW X

16    account nearly every day.  A true and correct copy of the Turtle WoW X

17    Page is attached hereto as **Exhibit 3.**

18    (c) **Reddit, Inc.** is a social news aggregation, web content rating, and

19    discussion website. We have learned through our investigation that

20    several of the aliased individuals mentioned above have Reddit accounts.

21    Turtle WoW also has a dedicated Reddit page at

22    https://www.reddit.com/r/turtlewow/.  A true and correct copy of a screen

23    capture of the Turtle WoW Reddit page is attached hereto as **Exhibit 4.**

24    (d) **PayPal, Inc.** and **Payment Wall** are popular providers of online payment

25    processing services.  Blizzard's investigators as well as researchers in my

26    office have discovered that Turtle WoW uses PayPal, Inc. as well as

27    Payment Wall to process payments from users in exchange for access the

28    Turtle WoW emulated servers.  In creating an account with these

services, such individuals and entities necessarily provide them with several types of identifying information.  We thus expect that PayPal and Payment Wall are likely to be in possession of information relevant to identification of the aliased individuals mentioned above.

(e) **Namecheap, Inc.** is a domain name registrar.  We have learned through our investigation that Namecheap is the domain name registrar for the Turtle WoW Website, aka "Turtle-WOW.org."  However, the person or entity that registered the Turtle WoW Website used a domain name privacy service, so public "WhoIs" records identify the registrant as "Redacted for Privacy" and the email address as a string of numbers at the domain name "withheldforprivacy.com."  Accordingly, Namecheap is expected to be in possession of relevant information, such as names, addresses, email addresses, and IP addresses for the aliased individuals mentioned above.  A true and correct copy of a screen capture of the "WhoIs" page for Turtle-WoW.org is attached hereto as **Exhibit 5.**

(f) **Meta Platforms, Inc, dba Instagram** is a photo and video sharing social networking service. We have learned through our investigation that many of the aliased individuals mentioned above operate Instagram accounts.

(g) **Github, Inc.** is a provider of Internet hosting for software development and version control that allows members of the public to upload and share computer source code.  We have learned through our investigation that many of the above unknown aliased individuals have Github accounts they use to host Turtle WoW content.

(h) **Discord, Inc.** is an online platform focused on the video game community, which allows affinity groups to gather and virtually discuss various topics.  We have learned through our investigation that many of the Defendants, including several of the aliased individuals mentioned above, have used the chat app Discord to discuss and even administer

Turtle WoW.  Several of these unknown individuals have Discord ID numbers, and thus we expect that Discord will have some identifying information for these individuals.

(i) **Cloudflare, Inc.** is a company that offers security and content delivery services to websites, doing so in a manner that allows websites to obscure the identity and location of their own servers.  From our investigation, we have learned that the operators of Turtle WoW use the Cloudflare content distribution network to mask IP address(es) associated with the Turtle WoW enterprise and website.  Cloudflare possesses the actual IP address(es) for the Turtle WoW website and servers, from which Blizzard will be able to determine the identity of the hosting provider(s) being used by Turtle WoW.  Cloudflare also may possess contact information and payment information for the person or entity that created the Cloudflare account.

(j) **Microsoft Inc. dba Linkedin** is a business and employment social networking service used for professional networking and career development, including facilitating job applications.  Many of the individuals aliased above have Linkedin profiles, and Linkedin is likely to have information that may help to unmask those aliases.

(k) **Unreal Engine (Epic Games, Inc.)** is a three-dimensional computer graphics game engine (*i.e.*, a framework of software used to develop video games) developed by Epic Games, Inc.  Blizzard's investigation has revealed that Turtle WoW is in the process of replicating the entirety of the *WoW* video game using the Unreal Engine.  (In other words, it is building its own version of the *WoW* computer software, using all of Blizzard's creative expression, assets, and artwork.)  Thus, Epic Games, Inc. is likely to have information about the individuals who have

registered accounts with Epic in order to obtain access to the Unreal Engine.

(l) **SoundCloud, Inc.** is an audio streaming service that allows its users to upload, promote, and share audio files. Blizzard's investigation revealed that Turtle WoW has developed and offers "original soundtracks" the enterprise created to use within its pirated, unauthorized version of WoW. Turtle WoW offers these soundtracks for Turtle WoW users to download.

(m)    **Spotify USA Inc.** is another audio streaming service that allows musicians to upload and promote audio files to streaming users. Turtle WoW also makes its "original soundtracks" available for users to stream on Spotify.

(n) **Apple Inc. dba Apple Music** is an audio and video streaming service through which users may stream music to their Apple devices either on demand or on existing playlists. Turtle WoW also makes its "original soundtracks" available for users to stream on Apple Music.

17.    All of the subpoenas are for a proper purpose – namely, to identify the Doe Defendants, as well as any additional necessary defendants, so that they may be added to the Complaint and so that Blizzard can ultimately pursue its claims for specific relief (to remove Turtle WoW from the marketplace). The subpoenas will seek only *identifying information*, and will *not* seek the content of any email correspondence or instant messages. When served, we will provide the third parties with not less than 21 days to respond to the subpoenas.

18.    On October 8, 2025, I sent an email to Fredric Douglas, counsel for defendant Josiah Zimmer, advising him that Blizzard intended to file an *ex parte* application for expedited "Doe" discovery to determine the identity of unnamed defendants and asking whether Mr. Zimmer would consent to the application. Mr.

Douglas advised me in an email response that Mr. Zimmer would oppose the application.  In response, I asked Mr. Douglas why Mr. Zimmer was opposing the application when it concerned the identity of defendants **other than** Mr. Zimmer and did not involve Mr. Zimmer.  I also asked Mr. Douglas whether he was representing any of the other Defendants in this action or whether Mr. Zimmer's anticipated opposition was premised on any representation that he himself possessed information about the identity of the Doe Defendants and expected to produce that information in discovery.  Mr. Douglas responded that "as of today" he was not representing the interests of any of the Doe Defendants.  Mr. Douglas did not answer my question regarding whether Mr. Zimmer expected to have relevant discovery, other than to say his client had no obligation "to provide Plaintiff with information about third parties."  On October 10, 2025, Mr. Douglas stated that he would "check" with his client as to whether he would consider conducting an early discovery conference, but would not commit to doing so.  A true and correct copy of my email exchange with Mr. Zimmer's counsel is attached as **Exhibit 6**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 10, 2025 at Los Angeles, California,

_____
Marc E. Mayer

# EXHIBIT 1

🔒 Page Vault

| | |
|---|---|
| Document title: | • Discord \| #announcements \| Turtle WoW Europe |
| Capture URL: | https://discord.com/channels/466622455805378571/747135466192633906 |
| Page loaded at (UTC): | Thu, 25 Sep 2025 15:00:42 GMT |
| Capture timestamp (UTC): | Thu, 25 Sep 2025 15:02:08 GMT |
| Capture tool: | 10.61.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.7204.97 Safari/537.36 |
| Operating system: | Linux (Node 22.17.0) |
| PDF length: | 2 |
| Capture ID: | iBpFWWzSs9uQPEtKVEnBSf |
| Display Name: | cbg |



Document title: • Discord | #announcements | Turtle WoW Europe
Capture URL: https://discord.com/channels/466622455805378571/747135466192633906
Capture timestamp (UTC): Thu, 25 Sep 2025 15:02:08 GMT

EXHIBIT 2

Page Vault

| | |
|---|---|
| Document title: | Turtle WoW - YouTube |
| Capture URL: | https://www.youtube.com/@TurtleWoWTeam |
| Page loaded at (UTC): | Wed, 08 Oct 2025 18:52:32 GMT |
| Capture timestamp (UTC): | Wed, 08 Oct 2025 18:55:25 GMT |
| Capture tool: | 10.63.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.7204.97 Safari/537.36 |
| Operating system: | Linux (Node 22.17.0) |
| PDF length: | 2 |
| Capture ID: | gy7HLZcf3UWgBh24LJVXpp |
| Display Name: | whk |







## Turtle WoW

@TurtleWoWTeam · 22.9K subscribers · 49 videos

Mysteries of Azeroth — is a fan-made expansion story for World of Warcraft Vanilla that c ...more

**Subscribe**

Home    Videos    Shorts    Playlists    

---

**Tower of Karazhan: Rediscover Classic+ | Turtle WoW**

71,910 views · 11 months ago

Rediscover Classic+ in Turtle WoW's new Patch 1.17.2: Tower of Karazhan. With everything from massive class changes, to a new raid HARDER than Naxxramas—this patch is the biggest release of Classic+ content in WoW's history.

-------------------------------------------------------

...

READ MORE

---

## Videos







Turtle WoW 2.0 — Unreal Azeroth Gameplay Trailer
159K views · 12 days ago

Mysteries of Azeroth Full Trailer | Turtle WoW Classic+
129K views · 1 month ago

THE NEXT STAGE OF CLASSIC+ — Scars of the...
98K views · 2 months ago

TURNING UP THE HEAT: RAID and Dungeon...
49K views · 2 months ago

THE HIDDEN AREA BETWEEN STORMWIND AND...
82K views · 3 months ago

## 🔥 Shorts







Class Changes, New Items & New Tier Sets ...
17K views

Transmogs, Professions & More in Turtle WoW!...
19K views

3 New Raids in Turtle WoW! 🐢 |#turtlewow ...
14K views

10+ Dungeon Extensions in Turtle ...
10K views

8 New Dungeons Arrive in Turtle WoW! ...
9.2K views

**19**

# EXHIBIT 3

**Page Vault**

| | |
|---|---|
| Document title: | Turtle WoW (@turtlewowteam) / X |
| Capture URL: | https://x.com/turtlewowteam?<br>ref_src=twsrc%5Egoogle%7Ctwcamp%5Eserp%7Ctwgr%5Eauthor |
| Page loaded at (UTC): | Wed, 08 Oct 2025 18:56:05 GMT |
| Capture timestamp (UTC): | Wed, 08 Oct 2025 18:57:35 GMT |
| Capture tool: | 10.63.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.7204.97 Safari/537.36 |
| Operating system: | Linux (Node 22.17.0) |
| PDF length: | 9 |
| Capture ID: | jgYKP3EwKYppF3Jj61gJ3h |
| Display Name: | whk |



Turtle WoW ✓
@turtlewowteam

Mysteries of Azeroth — is a fan-made expansion story for WoW Vanilla that delves deeper into exploring the original lore of the game.

🏢 Entertainment & Recreation    📍 Azeroth    🔗 turtle-wow.org
📅 Joined May 2022

**0** Following    **20.8K** Followers

Posts | Replies | Highlights | Media

📌 Pinned

**Turtle WoW** ✓ @turtlewowteam · Apr 18     •••
The journey continues, and our path is set before us. Brace yourselves for the challenges ahead, and step into the next chapter of Mysteries of Azeroth!

turtle-wow.org/roadmap

💬 94    🔁 83    ♥ 1K    📊 148K    🔖    📤

**Turtle WoW** ✓ @turtlewowteam · 7h     •••
War in Zul'Aman ⚔️🔥⚔️

💬 12    🔁 19    ♥ 339    📊 6.6K    🔖    📤

**Don't miss what's happening**
People on X are the first to know.
Log in | Sign up

New to X?
Sign up now to get your own personalized timeline!

G  Sign up with Google
🍎  Sign up with Apple
Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

Terms of Service | Privacy Policy | Cookie Policy
Accessibility | Ads info | More •••  © 2025 X Corp.

Document title: Turtle WoW (@turtlewowteam) / X
Capture URL: https://x.com/turtlewowteam?ref_src=twsrc%5Egoogle%7Ctwcamp%5Eserp%7Ctwgr%5Eauthor
Capture timestamp (UTC): Wed, 08 Oct 2025 18:57:35 GMT

New to X?

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

Terms of Service | Privacy Policy | Cookie Policy |
Accessibility | Ads info | More ⋯ | © 2025 X Corp.



Don't miss what's happening
People on X are the first to know.

Log in    Sign up



X

New to X?

Sign up now to get your own personalized
timeline!

G  Sign up with Google

  Sign up with Apple

Create account

By signing up, you agree to the Terms of Service
and Privacy Policy, including Cookie Use.

Terms of Service | Privacy Policy | Cookie Policy |
Accessibility | Ads info | More ⋯ © 2025 X Corp.

**Turtle WoW** ✔ @turtlewowteam · Oct 5
Small client update tonight! No server downtime, but you'll receive
an automatic update the next time you log in: twow.link/tALu

2025 — OCTOBER 6
**CHANGELOG**
CLIENT UPDATE

💬 7      ↻ 8      ♡ 161      �)|| 8.1K

**Turtle WoW** ✔ @turtlewowteam · Oct 3
Preliminary patch notes for Patch 1.18.1 — Nightmares of Ursol are
here! Stay tuned for more updates as we approach the release.
twow.link/5WgQ

NIGHTMARES
URSOL
PATCH 1.18.1

💬 13      ↻ 22      ♡ 342      )|| 14K

**Turtle WoW** ✔ @turtlewowteam · Oct 2
The Timbermaw Hold raid set sketch.

💬 30      ↻ 20      ♡ 571      )|| 24K

**Turtle WoW** ✔ @turtlewowteam · Oct 2
The Séance of Steel is coming tonight at 8:00 PM on EBR. Dare to
listen!

LIVE SHOW
LEVEL UP WITH METAL

**Don't miss what's happening**
People on X are the first to know.

Log in    Sign up



New to X?

Sign up now to get your own personalized timeline!

G  Sign up with Google

  Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

Terms of Service  |  Privacy Policy  |  Cookie Policy
Accessibility  |  Ads info  |  More···  |  © 2025 X Corp.

LEVEL UP WITH METAL

18:00 SERVER TIME
EVERY THURSDAY

DJ Andulin

Sometimes powerful, sometimes dark, sometimes intensely
melodic – but always in tune with the feel of World of Warcraft!

EVERLOOK
Broadcasting Co.

🗨 4        ⬆︎ 2        ♡ 128        �📊 6.8K        🔖  ⬆

**Turtle WoW** ✓ @turtlewowteam · Oct 1
Tiny but mighty, our server's smallest raiders just have taken down
Lady Anacondra! Ferocious...

🗨 5        ⬆︎ 8        ♡ 264        ⏸ 13K        🔖  ⬆

**Turtle WoW** ✓ @turtlewowteam · Sep 30
Last Sunday's community event was quacking good! Big shoutout to
Kropfstein from Nordanaar for organizing and editing the video.

No duck was harmed during th... nvm, that's a lie, a lot of them died
actually.

What's that ?

Billy
<Ripewraith's Pet>

🗨 9        ⬆︎ 19        ♡ 309        ⏸ 11K        🔖  ⬆

**Turtle WoW** ✓ @turtlewowteam · Sep 30
This week's changelog 🔧→ twow.link/RZ7o

**Don't miss what's happening**
People on X are the first to know.

Log in      Sign up

**Turtle WoW** ✓

This week's changelog 🔧→ twow.link/s...



💬 3     ↻ 3     ♥ 86     📊 5.5K     🔖     ⬆

**Turtle WoW** ✓ @turtlewowteam · Sep 29

Crescent Grove, one of the first dungeons in Mysteries of Azeroth — how time flies!

reddit.com/r/turtlewow/s/...

> r/turtlewow · 7 hr. ago
> Tookie13
>
> Back in 2022 I made this one artwork for Twow and recently I came across the art's psd file and I wanted to post the process and a few other scrapped thumbnail variations of it
>
> Artsii

💬 5     ↻ 11     ♥ 196     📊 8.3K     🔖     ⬆

**Turtle WoW** ✓ @turtlewowteam · Sep 29

Sometimes your dungeon party needs a superhero!

Transmog by: Hotsocks

**Don't miss what's happening**
People on X are the first to know.

Log in     Sign up

New to X?

Sign up now to get your own personalized timeline!

G   Sign up with Google

 Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

Terms of Service   |   Privacy Policy   |   Cookie Policy
Accessibility   Ads info   More···   © 2025 X Corp.





New to X?

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

Terms of Service | Privacy Policy | Cookie Policy
Accessibility | Ads info | More··· | © 2025 X Corp.

**Turtle WoW** ✅ @turtlewowteam · Sep 26
Ragnaros is toast! Who did it? It was <who did it>, of course! Huge congrats to everyone on the first full clear of Molten Core on Ambershire and rightfully earning the title of <Guardian of the Flame>!

💬 18    🔁 9    ♡ 370    �III 22K

**Turtle WoW** ✅ @turtlewowteam · Sep 26
Today, we present an extended gameplay showcase of the Turtle WoW 2.0 client, remastered in Unreal Engine 5!

youtube.com
Turtle WoW 2.0 — Unreal Azeroth Gameplay T...
Experience Reimagined Azeroth with stunning visuals, epic battles, and a whole new way to ...

💬 37    🔁 36    ♡ 433     III 47K

**Turtle WoW** ✅ @turtlewowteam · Sep 25
Peek-a-boo!

💬 53    🔁 43    ♡ 991    III 78K

**Turtle WoW** ✅ @turtlewowteam · Sep 25
What a wonderful, incredible surprise! Thank you so much, Celgirin! 💚

youtube.com

**Don't miss what's happening**
People on X are the first to know.

Log in    Sign up

Document title: Turtle WoW (@turtlewowteam) / X
Capture URL: https://x.com/turtlewowteam?ref_src=twsrc%5Egoogle%7Ctwcamp%5Eserp%7Ctwgr%5Eauthor
Capture timestamp (UTC): Wed, 08 Oct 2025 18:57:35 GMT



New to X?

Sign up now to get your own personalized
timeline!

G  Sign up with Google

 Sign up with Apple

Create account

By signing up, you agree to the Terms of Service
and Privacy Policy, including Cookie Use.

Terms of Service  |  Privacy Policy  |  Cookie Policy  |
Accessibility  |  Ads info  |  More •••  © 2025 X Corp.

**Don't miss what's happening**
People on X are the first to know.

Log in    Sign up 

Document title: Turtle WoW (@turtlewowteam) / X
Capture URL: https://x.com/turtlewowteam?ref_src=twsrc%5Egoogle%7Ctwcamp%5Eserp%7Ctwgr%5Eauthor
Capture timestamp (UTC): Wed, 08 Oct 2025 18:57:35 GMT

**28**



Document title: Turtle WoW (@turtlewowteam) / X
Capture URL: https://x.com/turtlewowteam?ref_src=twsrc%5Egoogle%7Ctwcamp%5Eserp%7Ctwgr%5Eauthor
Capture timestamp (UTC): Wed, 08 Oct 2025 18:57:35 GMT

# EXHIBIT 4

Page Vault

| | |
|---|---|
| Document title: | Turtle WoW Team — Mysteries of Azeroth |
| Capture URL: | https://www.reddit.com/r/turtlewow/ |
| Page loaded at (UTC): | Wed, 08 Oct 2025 18:58:18 GMT |
| Capture timestamp (UTC): | Wed, 08 Oct 2025 19:01:16 GMT |
| Capture tool: | 10.63.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.7204.97 Safari/537.36 |
| Operating system: | Linux (Node 22.17.0) |
| PDF length: | 141 |
| Capture ID: | u3czFDeQL1UuHj46yb8pT4 |
| Display Name: | whk |





Document title: Turtle WoW Team — Mysteries of Azeroth
Capture URL: https://www.reddit.com/r/turtlewow/
Capture timestamp (UTC): Wed, 08 Oct 2025 19:01:16 GMT









**CAN YOU LET ME FUCKING HIT
IT AT LEAST ONCE BEFORE BLASTING**

↑ 626 ↓    💬 117    📷    ⤴ Share

u/MrrEurope • 4 hr. ago    ...

**Hi! Are there any Danish guilds on Ambershire?**

↑ 3 ↓    💬 0    📷    ⤴ Share

u/SufficientTop1506 • 2 days ago    ...

**Can' recommend the HD mod enough!**

↑ 299 ↓    💬 107    📷    ⤴ Share

u/Teo_Verunda • 6 hr. ago    ...

**SEA player on Ambershire troubleshooting latency
problem**

Question

| Systeminfo | |
|---|---|
| Active Addons | 25 / 25 |
| Memory Usage | 229.19 MB |
| Next Memory Cleanup | 247.94 MB |
| Network Down | 0.9KB/s |
| Network Up | 0.1KB/s |
| Network Latency | 4066ms |
| Graphic Renderer | direct3d |
| Screen Resolution | 1920x1080 |
| UI-Scale | 0.95 |

↑ 3 ↓    💬 12    📷    ⤴ Share

---

reddit

🏠 Home
🔥 Popular
💬 Answers BETA
🧭 Explore

**RECENT**

r/turtlelow

**TOPICS**

Internet Culture (Viral)
Games
Q&As
Technology
Pop Culture
Movies & TV

See more

**RESOURCES**

About Reddit
Advertise
Reddit Pro BETA
Help
Blog
Careers
Press

Communities
Best of Reddit
Topics

Reddit Rules
Privacy Policy
User Agreement
Accessibility

Reddit, Inc. © 2025. All rights reserved.

Log In

**Turtle WoW Team — Mysteries of
Azeroth**

Mysteries of Azeroth — is a story
expansion made by the Turtle WoW
Team, inspired by the Warcraft
universe of Blizzard Entertainment.

📅 Created Sep 10, 2018
🌐 Public

**111K**    **2.9K**
Weekly visitors    Weekly contributions

**R/TURTLEWOW RULES**

1  Be respectful
2  Only Turtle WoW Content
3  Requesting for support
4  Posting media
5  Flair your posts
6  Low effort posts

**DISCORD**

**Turtle-WoW**
Join us on Discord!

**POST FLAIR**

Discussion    Screenshot    Artwork

Question    Video / Media    AddOns

Meta

**LINKS**

Homepage
Forums
Report a bug
YouTube
Instagram
Twitter
Discord

**MODERATORS**

Moderator list hidden. Learn More

View all moderators

Reddit Rules  Privacy Policy  User Agreement
Accessibility

**37**















Creek. Your league will thank you.

knobcreek.com                                    Learn More

⇧ Vote ⇩    💬 0    ↗ Share

🥚 u/Cyanopicacooki • 3 days ago                                    ⋯

**Sagefish delight is strong stuff...**

`Screenshot`

⇧ 114 ⇩    💬 10    📷    ↗ Share

🥚 u/ScubaFett • 8 days ago                                    ⋯

**Anyone know what these Torn Outline items are for? Why are they expensive on AH?**

Turtle WoW Team — Mysteries of Azeroth

Mysteries of Azeroth — is a story expansion made by the Turtle WoW Team, inspired by the Warcraft universe of Blizzard Entertainment.

🗓 Created Sep 10, 2018
🌐 Public

**111K** Weekly visitors    **2.9K** Weekly contributions

**R/TURTLEWOW RULES**
1  Be respectful                ⌄
2  Only Turtle WoW Content      ⌄
3  Requesting for support       ⌄
4  Posting media                ⌄
5  Flair your posts             ⌄
6  Low effort posts             ⌄

**DISCORD**

**POST FLAIR**
`Discussion`  `Screenshot`  `Artwork`
`Question`  `Video / Media`  `AddOns`
`Meta`

**LINKS**
Homepage
Forums
Report a bug
YouTube
Instagram
Twitter
Discord

**MODERATORS**
Moderator list hidden. Learn More
View all moderators

Reddit Rules  Privacy Policy  User Agreement
Accessibility

Document title: Turtle WoW Team — Mysteries of Azeroth
Capture URL: https://www.reddit.com/r/turtlewow/
Capture timestamp (UTC): Wed, 08 Oct 2025 19:01:16 GMT















↑ 436 ↓   ◯ 150   ⌀   ⇱ Share

**Do Tabards work differently in TWoW?**

Hey all, i've noticed in my questing a lot of places have tabards, i.e. ravenshire in gilneas, etc, and some have quartermasters, i.e. wildhammer. What i'm wondering, is this sort of more like TBC where you can just choose to wear a tabard to grind that rep in pretty much any dungeon or is it still like classic where its more just a flavor / coolness thing?

↑ 5 ↓   ◯ 5   ⌀   ⇱ Share

u/gwuhu · 2 days ago                                                              ···

**Does 5% exp increase from warmode worth for leveling?**

Never turned on the feature and about to level my alt hunter, do you think 5% exp increase when leveling worth the risk being PK-ed by other players?

`Discussion`

↑ 15 ↓   ◯ 58   ⌀   Share

u/Alert-Negotiation144 · 7 days ago                                               ···

**Brewfest twow bring anything fun or useful?**

↑ 89 ↓   ◯ 17   ⌀   ⇱ Share

u/DRakoht · 2 days ago                                                            ···

**Gold farming**

what are some good methods to farm gold and where to do that specific method? i heard fishing it's pretty good but idk edit: im a lvl40 gnome warlock

`Question`

↑ 2 ↓   ◯ 15   ⌀   ⇱ Share

u/GehrranVedaeleth · 18 hr. ago                                                   ···

**Help me choose between druid and rogue**

Yup, i know these question has been asked before, however i would like to make more specific questions. I also know that the best way to answer this is to play both and see which one i like the most, but an opinion from the community is going to help a lot. First of all, i'm new in turtle and besides taking a simple look at the talents tree, i'm not sure about all the diferences from the original game. I love feral druid, but sometimes i feel it is a bit underwhelming and thought that it was...

`Question`

↑ 0 ↓   ◯ 8   ⌀   ⇱ Share

u/Flavion_Gayming · 8 days ago                                                    ···

**Thanks everyone for the [Billy] event. Highlight video**

---

**Turtle WoW Team — Mysteries of Azeroth**

Mysteries of Azeroth — is a story expansion made by the Turtle WoW Team, inspired by the Warcraft universe of Blizzard Entertainment.

🗓 Created Sep 10, 2018
🌐 Public

**111K**                    **2.9K**
Weekly visitors             Weekly contributions

**R/TURTLEWOW RULES**

1   Be respectful                              ⌄
2   Only Turtle WoW Content                    ⌄
3   Requesting for support                     ⌄
4   Posting media                              ⌄
5   Flair your posts                           ⌄
6   Low effort posts                           ⌄

**DISCORD**

**Turtle-WoW**
Join us on Discord!

**POST FLAIR**

`Discussion`   `Screenshot`   `Artwork`
`Question`   `Video / Media`   `AddOns`
`Meta`

**LINKS**

| Homepage |
| Forums |
| Report a bug |
| YouTube |
| Instagram |
| Twitter |
| Discord |

**MODERATORS**

Moderator list hidden. Learn More

**View all moderators**

Reddit Rules   Privacy Policy   User Agreement
Accessibility

Reddit, Inc. © 2025. All rights reserved.

Home
Popular
Answers BETA
Explore

RECENT

r/turtlewow

TOPICS

Internet Culture (Viral)   ⌄
Games                       ⌄
Q&As                        ⌄
Technology                  ⌄
Pop Culture                 ⌄
Movies & TV                 ⌄

See more

RESOURCES

About Reddit
Advertise
Reddit Pro BETA
Help
Blog
Careers
Press

Communities
Best of Reddit
Topics

Reddit Rules
Privacy Policy
User Agreement
Accessibility

Reddit, Inc. © 2025. All rights reserved.













Document title: Turtle WoW Team — Mysteries of Azeroth
Capture URL: https://www.reddit.com/r/turtlewow/
Capture timestamp (UTC): Wed, 08 Oct 2025 19:01:16 GMT















Document title: Turtle WoW Team — Mysteries of Azeroth
Capture URL: https://www.reddit.com/r/turtlewow/
Capture timestamp (UTC): Wed, 08 Oct 2025 19:01:16 GMT

Page 33 of 140





↑ 236 ↓    💬 115    🔔    ↗ Share

u/Shoddy_Comparison_90 • 8 days ago    ⋯

### Mage/hunter/druid for pvp and pve

Hi, im new at this server. I cant decide which class i want to play cuz they are all looks interesting. I have 23 feral and 16 hunter and was thinking abou arcane mage. I like feral versatile gameplay and rotation, but the main problem is cat form. Its good, but there is no transmogrofication options for me(. What can you tell me about arcane mages, which spec is better for lvling by doing quests, how he feels at bg and dungeons? I dont like fire or frost, thets the reason why i want...

↑ 4 ↓    💬 11    🔔    ↗ Share

u/Vision110 • 8 days ago    ⋯

### Looking for Raiding Guild

Hello weary travelers. I am a full tier 3 holy priest on Nord looking for a guild that raids Naxx/ Kara 40 on weekdays (Mon - Thurs) at or after 9pm (21:00) EST or 2:00 ST. Currently at around 1100 + healing with required Arcane Resistance for Kara 40. Hope to hear from ya man!

`Question`

↑ 0 ↓    💬 2    🔔    ↗ Share

u/Deviant_Sage • 8 days ago    ⋯

### Addon for PVP aura/ability tracking?

Can anyone recommend addon(s) for tracking aura duration, and enemy ability cooldowns? Better if they are highly visible or display on unit frames. For example if i get feared by a warrior or priest, a icon and timer will show up until its cooldown resets or if i get cheap shot, a timer shows up for its duration Thanks

↑ 1 ↓    💬 2    🔔    ↗ Share

u/Dazzling-Proof2607 • 8 days ago    ⋯

### Resto Druid Help

Hey all, I'm looking for some advice on resto druid builds for 5-mans. Right now I'm in Strat/Scholo/UBRS gear, but my guild is starting to push into Black Morass and Kara soon. I want to be as efficient as possible for dungeon healing—what builds are people running these days? Do most druids stick to a full resto spec, or is there a popular hybrid that works well in dungeons/heroics before raiding? Any talent path or tips would be much appreciated! Cheers!

↑ 3 ↓    💬 15    🔔    ↗ Share

u/Additional-Animal-66 • 18 days ago    ⋯

### Server First HC Heigan and Loatheb by <Hard Chores>

---

### Turtle WoW Team — Mysteries of Azeroth

Mysteries of Azeroth — is a story expansion made by the Turtle WoW Team, inspired by the Warcraft universe of Blizzard Entertainment.

🗓 Created Sep 10, 2018
🌐 Public

**111K**
Weekly visitors

**2.9K**
Weekly contributions

**R/TURTLEWOW RULES**

1  Be respectful    ⌄
2  Only Turtle WoW Content    ⌄
3  Requesting for support    ⌄
4  Posting media    ⌄
5  Flair your posts    ⌄
6  Low effort posts    ⌄

**DISCORD**

Turtle-WoW
Join us on Discord!

**POST FLAIR**

`Discussion`  `Screenshot`  `Artwork`
`Question`  `Video / Media`  `AddOns`
`Meta`

**LINKS**

Homepage
Forums
Report a bug
YouTube
Instagram
Twitter
Discord

**MODERATORS**
Moderator list hidden. Learn More

View all moderators

---

Reddit, Inc. © 2025. All rights reserved.

Reddit Rules   Privacy Policy   User Agreement
Accessibility

Document title: Turtle WoW Team — Mysteries of Azeroth
Capture URL: https://www.reddit.com/r/turtlewow/
Capture timestamp (UTC): Wed, 08 Oct 2025 19:01:16 GMT



Document title: Turtle WoW Team — Mysteries of Azeroth
Capture URL: https://www.reddit.com/r/turtlewow/
Capture timestamp (UTC): Wed, 08 Oct 2025 19:01:16 GMT

**67**





intellect and spirit, but I see most shamans with shield and mace. Also going mining and Jewel crafting if that makes a difference.

⬆ 0 ⬇    💬 7    🔔    ↪ Share

👤 u/octopus_squid • 8 days ago    •••

### Disc priest question

Just started playing turtlewow. I always like playing healer in WoW and I like the class fantasy of disc priest but saw they moved it more towards being a damage support. Is it still a viable healer?

Question

⬆ 2 ⬇    💬 18    🔔    ↪ Share

👤 u/Bannerfall • 2 days ago    •••

### <Shelluminati> First Full MC (Just happy)

https://preview.redd.it/shelluminati-first-full-mc-just-happy-v0-3h8o7t7tcgtf1.png
We are a rather relaxed guild from Europe and finally defeated Ragnaros on our second MC attempt. Our first attempt lasted 5 hours without Majo & Ragi, the second one took us about 3 hours & 30 minutes, and this time we were ready to defeat all the bosses. In both runs, no one complained, even though we took a lot of time and the vibe was just very relaxed. So, this post is basically just here to...

⬆ 51 ⬇    💬 23    🔔    ↪ Share

👤 u/Chewierice • 8 days ago    •••

### Hunter leveling

Why do i feel like survival hunter level feels weak, and slow. I respect to survival because i wanted to try it but I also feel like they sucks for low level dungeon too. Like Wailing Cavern. Is it just me that feels this way?

Question

⬆ 0 ⬇    💬 5    🔔    ↪ Share

👤 u/Forcio • 12 days ago    •••

### Turtle wow 7 year anniversary.

To celebrate, we're offering a 40% donation bonus on tokens, starting today and running until October 15th, and featuring a limited-edition special anniversary mount. Don't forget to claim your free anniversary gift! Does anyone know what the gift is and how to get it? Either way I will buy myself a bag I think . EDIT: YOU WILL FIND THE GIFT IN THE DONATION SHOP UNDER GAMEPLAY

Question

⬆ 197 ⬇    💬 69    🔔    ↪ Share

👤 u/chilis-official • Promoted    •••

### Which Chili's Triple Dipper combination is your favorite? Here's a handy list of every possible option to help you choose.

Fried Mozzarella, Fried Mozzarella, Fried Mozzarella.Fried Mozzarella, Fried Mozzarella, Nashville Hot Mozzarella.Fried Mozzarella, Fried Mozzarella, Honey-Chipotle Mozzarella.Fried Mozzarella, Fried Mozzarella, Big Mouth® Bites.Fried Mozzarella, Fried Mozzarella, Southwestern Eggrolls.Fried Mozzarella, Fried Mozzarella, Crispy Chicken Crispers®.Fried...

⬆ Vote ⬇    💬 0    ↪ Share

👤 u/ArgonianFly • 4 days ago    •••

### Turns out Warrior is pretty hard in Hardcore

I've reached level 60 with a Mage, level 43 with a Rogue, and level 20 with a Hunter without dying, but after trying Warrior out recently I have died twice already within three days. Once at level 8, I accidentally pulled a rare level 11 and tried to run, but I couldn't do anything and died. Today I got to level 14, was killing

---

### Turtle WoW Team — Mysteries of Azeroth

Mysteries of Azeroth — is a story expansion brought by the Turtle WoW Team, inspired by the Warcraft universe of Blizzard Entertainment.

🏰 Created Sep 10, 2018
🌐 Public

**111K**
Weekly visitors

**2.9K**
Weekly contributions

#### R/TURTLEWOW RULES

1  Be respectful                    ⌄
2  Only Turtle WoW Content          ⌄
3  Requesting for support           ⌄
4  Posting media                    ⌄
5  Flair your posts                 ⌄
6  Low effort posts                 ⌄

#### DISCORD

Turtle-WoW Join us on Discord!

#### POST FLAIR

Discussion    Screenshot    Artwork
Question    Video / Media    AddOns
Meta

#### LINKS

Homepage
Forums
Report a bug
YouTube
Instagram
Twitter
Discord

#### MODERATORS

Moderator list hidden. Learn More

View all moderators

Reddit Rules   Privacy Policy   User Agreement
Accessibility

---

## Sidebar (left navigation)

🏠 Home
🔥 Popular
💬 Answers BETA
🎯 Explore

**RECENT**
r/turtlewow

**TOPICS**
Internet Culture (Viral)  ⌄
Games  ⌄
Q&As  ⌄
Technology  ⌄
Pop Culture  ⌄
Movies & TV  ⌄
See more

**RESOURCES**
↻ About Reddit
📢 Advertise
Ⓟ Reddit Pro BETA
❓ Help
📖 Blog
📖 Careers
🔗 Press
⊙ Communities
⚑ Best of Reddit
🎯 Topics

📖 Reddit Rules
📖 Privacy Policy
📖 User Agreement
✦ Accessibility

Reddit, Inc. © 2025. All rights reserved.

Document title: Turtle WoW Team — Mysteries of Azeroth
Capture URL: https://www.reddit.com/r/turtlewow/
Capture timestamp (UTC): Wed, 08 Oct 2025 19:01:16 GMT

Page 38 of 140







**3 shrimp flavors all on one plate**
redlobster.com

⬆ Vote ⬇   💬 0   ↗ Share                                                  **See Menu**

---

🟢 u/swagadone • 3 days ago                                              ...

### Gilneas Vilewings Broken?

I'm trying to collect Vilewing meat for a quest and I'm unable to loot thier corps. I killed 5 in a row and nothing. So I went and deleted the caches in the WBM folder (or whatever it's called) logged back in still no loot from them ever. Has anyone else had this issue? Makes me not want to play the new content if it's just glitchy. But also it's amazing the love the devs have put into this project so I want to give it a go.

⬆ 1 ⬇   💬 3   🏅   ↗ Share

---

🟢 u/Vengerq • 8 days ago                                                ...

### Help me find addon for WOTLK like descriptions

I was looking through addons recently, and saw one like that but completely forgot how it's called :(

`AddOns`

⬆ 0 ⬇   💬 0   🏅   ↗ Share

---

🟢 u/Historical-Mastodon9 • 8 days ago                                    ...

### What are some items that REFUSE to drop for you?

I want to hear stories of bad luck in turtlewow to help me feel a bit better. I've run black morass 40+ times now, and not once has the damn Totem of the Calming River dropped, when it apparently has a 13% chance of dropping (if my calculations are correct, the chance of this happening is 0.38%). I was exalted weeks ago... I just want to be free.

`Discussion`

⬆ 33 ⬇   💬 100   🏅   ↗ Share

---

🟢 u/hachitheshark • 5 days ago                                          ...

### Lack of holy damaging items?

Im leveling a priest, with the disc talents, it feels really cool and flavorful to be able to be able to smite and holy fire enemies while leveling, however holy damaging increasing items seems somewhat rare, and I wanted to know if there was a list I can look at to find some, other than generic damage increases for all schools

`Question`

---

**Turtle WoW Team — Mysteries of Azeroth**

Mysteries of Azeroth — is a story expansion made by the Turtle WoW Team, inspired by the Warcraft universe of Blizzard Entertainment.

🕐 Created Sep 10, 2018
🌐 Public

**111K**                          **2.9K**
Weekly visitors                   Weekly contributions

**R/TURTLEWOW RULES**

1   Be respectful                                    ⌄
2   Only Turtle WoW Content                          ⌄
3   Requesting for support                           ⌄
4   Posting media                                    ⌄
5   Flair your posts                                 ⌄
6   Low effort posts                                 ⌄

**DISCORD**

Turtle-WoW
Join us on Discord!

**POST FLAIR**

`Discussion`  `Screenshot`  `Artwork`
`Question`  `Video / Media`  `AddOns`
`Meta`

**LINKS**

| Homepage |
| Forums |
| Report a bug |
| YouTube |
| Instagram |
| Twitter |
| Discord |

**MODERATORS**

Moderator list hidden. Learn More

**View all moderators**

Reddit Rules  Privacy Policy  User Agreement
Accessibility

---

Reddit, Inc. © 2025. All rights reserved.



to be able to smite and holy fire enemies while leveling, however holy damaging increasing items seems somewhat rare, and I wanted to know if there was a list I can look at to find some, other than generic damage increases for all schools

Question

⬆ 8 ⬇   💬 10     ↗ Share

**u/CitrinWhite** • 6 days ago

### Server first Baron Rivendare DUPLICATE GUID WITH ID 10440

⬆ 32 ⬇   💬 8     ↗ Share

**u/ScubaFett** • 9 days ago

### Can the keyring be expanded?

I thought certain keys couldn't go on the keyring but today I realized I could swap them in and out from my standard bags. My keyring has 12 slots and I got used to it auto expanding in retail. Any way to expand it?

⬆ 4 ⬇   💬 9     ↗ Share

**u/No-Channel3917** • 1 mo. ago

### Sometimes the random gear you find can really slap fashion wise

Screenshot

⬆ 184 ⬇   💬 21     ↗ Share

**u/Madi_Jun** • 27 days ago

---

Turtle WoW Team — Mysteries of Azeroth

Mysteries of Azeroth — is a story expansion made by the Turtle WoW Team, inspired by the Warcraft universe of Blizzard Entertainment.

🗓 Created Sep 10, 2018
🌐 Public

**111K**    **2.9K**
Weekly visitors   Weekly contributions

**R/TURTLEWOW RULES**

| 1 | Be respectful | ⌄ |
| 2 | Only Turtle WoW Content | ⌄ |
| 3 | Requesting for support | ⌄ |
| 4 | Posting media | ⌄ |
| 5 | Flair your posts | ⌄ |
| 6 | Low effort posts | ⌄ |

**DISCORD**

Turtle-WoW
Join us on Discord!

**POST FLAIR**

Discussion   Screenshot   Artwork

Question   Video / Media   AddOns

Meta

**LINKS**

Homepage

Forums

Report a bug

YouTube

Instagram

Twitter

Discord

**MODERATORS**

Moderator list hidden. Learn More

View all moderators

Reddit Rules   Privacy Policy   User Agreement
Accessibility
Reddit, Inc. © 2025. All rights reserved.

Document title: Turtle WoW Team — Mysteries of Azeroth
Capture URL: https://www.reddit.com/r/turtlewow/
Capture timestamp (UTC): Wed, 08 Oct 2025 19:01:16 GMT



Document title: Turtle WoW Team — Mysteries of Azeroth
Capture URL: https://www.reddit.com/r/turtlewow/
Capture timestamp (UTC): Wed, 08 Oct 2025 19:01:16 GMT

Page 43 of 140































Reddit, Inc. © 2025. All rights reserved.



Document title: Turtle WoW Team — Mysteries of Azeroth
Capture URL: https://www.reddit.com/r/turtlewow/
Capture timestamp (UTC): Wed, 08 Oct 2025 19:01:16 GMT

Page 59 of 140









Document title: Turtle WoW Team — Mysteries of Azeroth
Capture URL: https://www.reddit.com/r/turtlelow/
Capture timestamp (UTC): Wed, 08 Oct 2025 19:01:16 GMT

It's multiboxing setting where I have 2 accounts connected on the same PC. I control the main character "normally". To control the other one I use a midi keypad. The midi signal is converted into keyboard shortcuts, and then I have a script running on my PC to transfer these keyboard control commands only on my 2nd account. This allow me to stay on the same window most of the time, playing my...

⇧ 0 ⇩    💬 18    ⚑    ↗ Share

**u/ZimbabwenWarlord** • 10 days ago                                          ⋯

### Warrior first time

Hey, I'm new to WoW and thinking of rolling a warrior. I know they're often tanks, but since it's my first time I don't want to mess up my dungeon groups.
Do I need to know all the dungeon details as a warrior? Or should I start with something else? Any guides you'd recommend?
Thanks!

⇧ 10 ⇩    💬 17    ⚑    ↗ Share

**u/FNCCluey** • 10 days ago                                                   ⋯

### Searching for a guild on Ambershire 😊

Hi I just started with turtle wow. I only played classic WotLK but only leveled alone and never raided. Now I am searching for a guild which plans to all the raids and is friendly towards beginners. Preferably a full German guild but not necessary. My IGN is Cluey :)

⇧ 4 ⇩    💬 4    ⚑    ↗ Share

**u/Brief-Ground8407** • 7 days ago                                            ⋯

### Need help



⇧ 8 ⇩    💬 10    ⚑    ↗ Share

**u/Topkekx13** • 9 days ago                                                   ⋯

### Back in 2022 I made this one artwork for Twow and recently I came across the art's psd file and I wanted to post the process and a few other scrapped thumbnail variations of it

`Artwork`

---

**Turtle WoW Team — Mysteries of Azeroth**

Mysteries of Azeroth — is a story expansion made by the Turtle WoW Team, inspired by the Warcraft universe of Blizzard Entertainment.

🗓 Created Sep 10, 2018
🌐 Public

| 111K | 2.9K |
|---|---|
| Weekly visitors | Weekly contributions |

**R/TURTLEWOW RULES**

| 1 | Be respectful | ⌄ |
| 2 | Only Turtle WoW Content | ⌄ |
| 3 | Requesting for support | ⌄ |
| 4 | Posting media | ⌄ |
| 5 | Flair your posts | ⌄ |
| 6 | Low effort posts | ⌄ |

**DISCORD**

Turtle-WoW
Join us on Discord!

**POST FLAIR**

`Discussion`  `Screenshot`  `Artwork`
`Question`  `Video / Media`  `AddOns`
`Meta`

**LINKS**

Homepage
Forums
Report a bug
YouTube
Instagram
Twitter
Discord

**MODERATORS**

Moderator list hidden. Learn More

View all moderators

Reddit Rules   Privacy Policy   User Agreement   Accessibility

Reddit, Inc. © 2025. All rights reserved.



Document title: Turtle WoW Team — Mysteries of Azeroth
Capture URL: https://www.reddit.com/r/turtlewow/
Capture timestamp (UTC): Wed, 08 Oct 2025 19:01:16 GMT

Hows pvp on Tel'Abim and hows class balance? Last time I played was full of shamans and paladins.

⬆ 2 ⬇    💬 6    ⚲    ↗ Share

u/meowmeowmeowmeooooow · 10 days ago    ⋯

### Which server in SEA is the most active, and with many English speakers?

On EU PVE server, I get heavy lag after 6:00 pm in my time zone. Sometimes it even reaches more than 5kms. On PVP server, there are less lags but would prefer more population, and BGs. And as for raids, I can't anymore raid after 12:00 am or even 7:00 am in my time zone. Looking for a new server to find home in SEA.

⬆ 4 ⬇    💬 12    ⚲    ↗ Share

u/Kitchen-Breath-7198 · 4 days ago    ⋯

### Quest



⬆ 0 ⬇    💬 3    ⚲    ↗ Share

u/butts_mckinley · 9 days ago    ⋯

### Something thats been on my mind

A year from now when Blizzard gets ISPs to block access, wont that basically kill turtle for players in the western world? No one wants to play wow on a laggy vpn. The knowledge of this has been discouraging me from investing any time into the server.

⬆ 0 ⬇    💬 19    ⚲    ↗ Share

u/Duanedrop · 5 days ago    ⋯

### Help with something weird?

So this is what's happening. If I am in cat form dps'ing away. If I get hit, (seems to be mellee and a decent hit) I automatically shift into bear form. I have no idea what is causing it. I have pfui. Lazypig. Super wow zorlen. A bigwigs thing and auc that's about it. Anyone come across this before? It is quite annoying. I have one basic macro but that has nothing about shifting in it.

⬆ 8 ⬇    💬 8    ⚲    ↗ Share

u/sifcho · 28 days ago    ⋯

### Sometimes you just got to stop and take a breath.

Turn the music off, push the Ambient Sound to max. Sit. Relax. Breathe. Cheers to the TWoW team.

⬆ 126 ⬇    💬 12    ⚲    ↗ Share

---

## Turtle WoW Team — Mysteries of Azeroth

Mysteries of Azeroth — is a story expansion made by the Turtle WoW Team, inspired by the Warcraft universe of Blizzard Entertainment.

🗓 Created Sep 10, 2018
🌐 Public

**111K**
Weekly visitors

**2.9K**
Weekly contributions

### R/TURTLEWOW RULES

1   Be respectful                          ⌄

2   Only Turtle WoW Content                ⌄

3   Requesting for support                 ⌄

4   Posting media                          ⌄

5   Flair your posts                       ⌄

6   Low effort posts                       ⌄

### DISCORD

**Turtle-WoW**
Join us on Discord!

### POST FLAIR

Discussion    Screenshot    Artwork

Question    Video / Media    AddOns

Meta

### LINKS

Homepage

Forums

Report a bug

YouTube

Instagram

Twitter

Discord

### MODERATORS

Moderator list hidden. Learn More

View all moderators

Reddit Rules  Privacy Policy  User Agreement
Accessibility

### RESOURCES

🏠 Home
🔥 Popular
💬 Answers BETA
🔀 Explore

### RECENT

🐢 r/turtlewow

### TOPICS

Internet Culture (Viral)    ⌄
Games                       ⌄
Q&As                        ⌄
Technology                  ⌄
Pop Culture                 ⌄
Movies & TV                 ⌄

See more

### RESOURCES

↻ About Reddit
📣 Advertise
⊙ Reddit Pro  BETA
❓ Help
📝 Blog
💼 Careers
🖉 Press

🗨 Communities
🏅 Best of Reddit
🔀 Topics

📖 Reddit Rules
📖 Privacy Policy
📖 User Agreement
⊙ Accessibility

Reddit, Inc. © 2025. All rights reserved.

Document title: Turtle WoW Team — Mysteries of Azeroth
Capture URL: https://www.reddit.com/r/turtlewow/
Capture timestamp (UTC): Wed, 08 Oct 2025 19:01:16 GMT

Page 66 of 140



Sometimes you just got to stop and take a breath.

Turn the music off, push the Ambient Sound to max. Sit. Relax. Breathe. Cheers to the TWoW team.

⬆ 126 ⬇    💬 12    🔔    ↗ Share

**r** u/serr44411 • 4 days ago    •••

### Warlock PVP

Hello, I have recently hit lvl 60 and i'm interested in doing PVP, but i have literally zero experience and have no idea where to even begin. I tried to find some guides but there are little to none and all seem to be outdated. So i came here to ask for tips and advice on how to start such as what talents are viable, certain gear i should have etc.

⬆ 1 ⬇    💬 3    🔔    ↗ Share

🧱 u/lego • Promoted    •••

### Building isn't "trifficult" when you do it as a family. Add fun to every moment with LEGO® Bluey sets.

lego.com    [ Learn More ]

⬆ Vote ⬇    💬 0    ↗ Share

**r** u/crazyoshi • 3 days ago    •••

### Target Frame Debuff Error

Screenshot

---

## Turtle WoW Team — Mysteries of Azeroth

Mysteries of Azeroth — is a story expansion made by the Turtle WoW Team, inspired by the Warcraft universe of Blizzard Entertainment.

📅 Created Sep 10, 2018
🌐 Public

**111K**           **2.9K**
Weekly visitors    Weekly contributions

### R/TURTLEWOW RULES

1    Be respectful                    ⌄
2    Only Turtle WoW Content          ⌄
3    Requesting for support           ⌄
4    Posting media                    ⌄
5    Flair your posts                 ⌄
6    Low effort posts                 ⌄

### DISCORD

Turtle-WoW
Join us on Discord!

### POST FLAIR

[ Discussion ]  [ Screenshot ]  [ Artwork ]
[ Question ]  [ Video / Media ]  [ AddOns ]
[ Meta ]

### LINKS

[ Homepage ]
[ Forums ]
[ Report a bug ]
[ YouTube ]
[ Instagram ]
[ Twitter ]
[ Discord ]

### MODERATORS

Moderator list hidden. Learn More

[ View all moderators ]

Reddit Rules   Privacy Policy   User Agreement
Accessibility

### Left sidebar

🏠 Home
🔥 Popular
💬 Answers BETA
🧭 Explore

RECENT
r/turtlelow

TOPICS
Internet Culture (Viral)  ⌄
Games  ⌄
Q&As  ⌄
Technology  ⌄
Pop Culture  ⌄
Movies & TV  ⌄
See more

RESOURCES
About Reddit
Advertise
Reddit Pro BETA
Help
Blog
Careers
Press

Communities
Best of Reddit
Topics

Reddit Rules
Privacy Policy
User Agreement
Accessibility

Reddit, Inc. © 2025. All rights reserved.

**98**



















1. Auction House – Me walk in building and see numbers, panic, run out. How dis work? Me want shinies... but shinies cost shinies.

2. Rotations – Everyone say "rotation this, rotation that." Me already spin aroun...

⬆ 92 ⬇    💬 35    🔖    ↗ Share

u/Aurius3D • 6 days ago                                                          ⋯

### I'm thinking about trying out TWoW and wanted to hear what I can expect from the community!

I couldn't find a thread detailing how the TWoW experience differs from the vanilla game so I figured I'd ask a few questions and see what your thoughts and opinions are! I'm a big vanilla wow vet and have played every class besides warrior and druid at 60 - and seen just about all the content the base game has to offer. First and foremost - I've read that classes/specs are pretty gussied up over here. What do you guys think are some of the most fun to play and are there any cool builds...

⬆ 5 ⬇    💬 28    🔖    ↗ Share

u/LanfearSedai • 10 days ago                                                     ⋯

### <Ambershire> Looking for some help with the Gemology Specialization

So to put it in simple terms, I am very disappointed with the Gemology quest line. I am a level 34 Priest on Ambershire, this is my highest level character. I have been super excited about the JC and specifically Gemology stuff and gunning for getting that going asap. I saw that the Gemology specialization quest can be picked up at 34 and did so yesterday essentially the moment I leveled. Woohoo! Unfortunately, the very next quest was to kill a level 42, which would've been impossible for me...

`Question`

⬆ 0 ⬇    💬 7    🔖    ↗ Share

u/thegeneralauto • Promoted                                                      ⋯

### If you need a break on car insurance, we can definitely get you *one of those*.

landing.thegeneral.com                                          [ Learn More ]

⬆ Vote ⬇    💬 0    ↗ Share

u/No_Sherbet_6204 • 10 days ago                                                  ⋯

### PvP Leveling

---

### Turtle WoW Team — Mysteries of Azeroth

Mysteries of Azeroth — is a story expansion made by the Turtle WoW Team, inspired by the Warcraft universe of Blizzard Entertainment.

🗓 Created Sep 10, 2018
🌐 Public

**111K**                      **2.9K**
Weekly visitors              Weekly contributions

**R/TURTLEWOW RULES**

| 1 | Be respectful | ⌄ |
| 2 | Only Turtle WoW Content | ⌄ |
| 3 | Requesting for support | ⌄ |
| 4 | Posting media | ⌄ |
| 5 | Flair your posts | ⌄ |
| 6 | Low effort posts | ⌄ |

**DISCORD**

Turtle-WoW
Join us on Discord!

**POST FLAIR**

`Discussion`  `Screenshot`  `Artwork`
`Question`  `Video / Media`  `AddOns`
`Meta`

**LINKS**

[ Homepage ]
[ Forums ]
[ Report a bug ]
[ YouTube ]
[ Instagram ]
[ Twitter ]
[ Discord ]

**MODERATORS**
Moderator list hidden. Learn More

[ View all moderators ]

Reddit Rules   Privacy Policy   User Agreement
Accessibility

---

Home
Popular
Answers BETA
Explore

RECENT
r/turtlelow

TOPICS
Internet Culture (Viral)
Games
Q&As
Technology
Pop Culture
Movies & TV
See more

RESOURCES
About Reddit
Advertise
Reddit Pro BETA
Help
Blog
Careers
Press
Communities
Best of Reddit
Topics

Reddit Rules
Privacy Policy
User Agreement
Accessibility

Reddit, Inc. © 2025. All rights reserved.





⇧ 0 ⇩          💬 43          ⚟          ↪ Share

**r/turtlewow**

**Turtle WoW Team — Mysteries of Azeroth**

Mysteries of Azeroth — is a story expansion made by the Turtle WoW Team, inspired by the Warcraft universe of Blizzard Entertainment.

🔒 Created Sep 10, 2018
🌐 Public

**111K**                    **2.9K**
Weekly visitors             Weekly contributions

u/Exotonic · 11 days ago                          ···

**HC Mage AoE farming**

I currently have a level 41 Arcane spec mage, and I'm curious where your favorite spots in this level range are to AoE farm? Tried hitting Dustwallow Murlocs, but the area is highly contested. Making this post to start a discussion for folks' favorite AoE leveling spots, as I'm also learning the new content TWoW has to offer compared to Classic. Edit: I'm mostly asking for relatively safe alternatives due to me being HC

`Discussion`

⇧ 1 ⇩          💬 4          ⚟          ↪ Share

u/Peach_n_Cake · 11 days ago                       ···

**Pet lost furious howl ability**

For context I have a fox pet that I have had for a while. When I first tamed it, iirc it came with bite, furious howl, and growl. I was in the process of upgrading his ability levels, specifically to upgrade bite. Anyway, I needed a few more TP to upgrade to rank 6 so I decided to untrained my pet at the pet trainer and reallocate the points. Now I am getting a message that furious howl is "not available to your pet". Has anyone run in to this before? Its confusing because I...

⇧ 3 ⇩          💬 5          ⚟          ↪ Share

u/Slartibartyfarti · 11 days ago                   ···

**Boss levels in dungeons**

Is there an addon that let's me see the lvls off bosses/mobs in dungeons, I'm lvl 46 pally and trying to figure out when I can tank ZF, ulda and gilineas city.

`Question`

⇧ 6 ⇩          💬 13          ⚟          ↪ Share

u/OREO · Promoted                                  ···

**OREO x REESE'S. Your taste buds' dream collab just dropped. Yes, taste buds dream.**

oreo.com                                    Shop Now

**R/TURTLEWOW RULES**

| 1 | Be respectful | ⌄ |
| 2 | Only Turtle WoW Content | ⌄ |
| 3 | Requesting for support | ⌄ |
| 4 | Posting media | ⌄ |
| 5 | Flair your posts | ⌄ |
| 6 | Low effort posts | ⌄ |

**DISCORD**

**Turtle-WoW**
Join us on Discord!

**POST FLAIR**

`Discussion`  `Screenshot`  `Artwork`
`Question`  `Video / Media`  `AddOns`
`Meta`

**LINKS**

Homepage

Forums

Report a bug

YouTube

Instagram

Twitter

Discord

**MODERATORS**

Moderator list hidden. Learn More

View all moderators

Reddit Rules   Privacy Policy   User Agreement
Accessibility

**Home**
**Popular**
**Answers** BETA
**Explore**

**RECENT**

r/turtlewow

**TOPICS**

Internet Culture (Viral)  ⌄
Games  ⌄
Q&As  ⌄
Technology  ⌄
Pop Culture  ⌄
Movies & TV  ⌄

See more

**RESOURCES**

About Reddit
Advertise
Reddit Pro BETA
Help
Blog
Careers
Press

Communities
Best of Reddit
Topics

Reddit Rules
Privacy Policy
User Agreement
Accessibility

Reddit, Inc. © 2025. All rights reserved.

Document title: Turtle WoW Team — Mysteries of Azeroth
Capture URL: https://www.reddit.com/r/turtlewow/
Capture timestamp (UTC): Wed, 08 Oct 2025 19:01:16 GMT





Drove through a stream to pick up rug I found on Craigslist.



NISSAN

ONTI

nissanusa.com     **Learn More**

⬆ Vote ⬇    💬 0    ➦ Share

---

u/Cristal_Ink · 11 days ago    •••

### Possessions of the Lost on Damagemeters ?

Hello, I'm having a problem with the Possessions of the Lost (https://database.turtle-wow.org/?itemset=638) set I'm using on my Disc priest. None of the damage meters I've tried are counting it. However, I've seen videos on YouTube (paladin) in which the damage of the phantoms seems to be counted. Has anyone else encountered the same problem, or found a solution? Also, I imagine that the damage of the phantoms won't be counted in the logs?

⬆ 1 ⬇    💬 1    ↩    ➦ Share

---

u/ppuuente · 7 days ago    •••

### How to get Pirate Hat in Westfall?

Ive done all quests of Captain Grayson and complete the other ones (except the rogue one) and idk what to do now to get the pirate hat.
https://preview.redd.it/how-to-get-pirate-hat-in-westfall-v0-ls3nm70q7hsf1.pnghttps://preview.redd.it/how-to-get-pirate-hat-in-westfall-v0-v20ga3ot7hsf1.png

⬆ 4 ⬇    💬 4    ↩    ➦ Share

---

u/Ankilbiter · 6 days ago    •••

### Paladin QoL addons

Good morning everyone! I'm pretty new to Turtle and definitely green with the Paladin Class. I ran a rogue and mage personally through retail up to Cata back when it all started and haven't really dabked with a Pally too much at all. I would love to know if you guys could suggest some good pally adons that can help out an old bag like myself to streamline the Paladin experience. I am mainly focused on leveling for now so I can get a really good feel for the class. I am totally open to...

⬆ 4 ⬇    💬 7    ↩    ➦ Share

---

u/SufficientTop1506 · 11 days ago    •••

### HC leveling pathing

I'm new to HC. What are the usual leveling like? Do you like on like slow and steady and quest in almost all zones, or are you just playing normally? I'm level 19 dwarf hunter and this far I have done dwarf and HE starting zones, some of darkshore and now most of loch modan. My idea was to play kinda safe with doing NE and dwarf zones side by side, so I never have to do any quest that above my level. I

---

## Turtle WoW Team — Mysteries of Azeroth

Mysteries of Azeroth — is a story expansion made by the Turtle WoW Team, inspired by the Warcraft universe of Blizzard Entertainment.

🗓 Created Sep 10, 2018
🌐 Public

**111K**      **2.9K**
Weekly visitors    Weekly contributions

### R/TURTLEWOW RULES

1   Be respectful       ⌄
2   Only Turtle WoW Content   ⌄
3   Requesting for support    ⌄
4   Posting media      ⌄
5   Flair your posts     ⌄
6   Low effort posts     ⌄

### DISCORD



Turtle-WoW Join us on Discord!

### POST FLAIR

Discussion   Screenshot   Artwork

Question   Video / Media   AddOns

Meta

### LINKS

Homepage
Forums
Report a bug
YouTube
Instagram
Twitter
Discord

### MODERATORS

Moderator list hidden. Learn More

**View all moderators**

Reddit Rules   Privacy Policy   User Agreement
Accessibility

---

Home
Popular
Answers BETA
Explore

RECENT
r/turtlewow

TOPICS
Internet Culture (Viral)
Games
Q&As
Technology
Pop Culture
Movies & TV
See more

RESOURCES
About Reddit
Advertise
Reddit Pro BETA
Help
Blog
Careers
Press

Communities
Best of Reddit
Topics

Reddit Rules
Privacy Policy
User Agreement
Accessibility

Reddit, Inc. © 2025. All rights reserved.

---



I'm new to HC. What are the usual leveling like? Do you do like on slow and steady and quest in almost all zones, or are you just playing normally? I'm level 19 dwarf hunter and this far I have done dwarf and HE starting zones, some of darkshore and now most of loch modan. My idea was to play kinda safe with doing NE and dwarf zones side by side, so I never have to do any quest that above my level. I guess the question is, should I overlevel?

⬆ 1 ⬇    💬 4    🏅    ↗ Share

**u/sobakauwu** • 19 days ago

### We rolled the same number 3 times in a row during our wailing caverns run

⬆ 81 ⬇    💬 22    🏅    ↗ Share

**u/Adult_Person** • 11 days ago

### Alipay 404 - Donation

Any fellow Alipay donators that is also having issue with the payment? If so how did you solve it? Scanning the QR code through browser gives a 404 error. While scanning it in app gives the payment link doesn't work without further explanation.

⬆ 1 ⬇    💬 2    🏅    ↗ Share

**u/Hardware_Hoshi** • 1 mo. ago

### WTF is with this trend not partying with the excuse "I don't get enough EXP in group"?

Hello Turtler, we have to talk! What is with this nonsensical trend of not accepting parties with the usual "I don't get enough experience in parties" excuse? i would understand it when the other side is maybe a mage and mass farming mobs, but nooo. These guys often kill the same mobs as me, are on the same quests but are stubbornly want to solo. This usually happends with 3-4 people in the same area and what is the result?...

⬆ 81 ⬇    💬 105    🏅    ↗ Share

**u/Alert-Negotiation144** • 28 days ago

### To-the-point about leveling fishing from 225-300 and fishing for gold.

- This short guide is mainly for players character level 40-60 and lvl 55+ is the best level to be. - For leveling your fishing to 300 but also to keep on making gold at 300. - You can get to very high fishing lvl by using gear, enchants, bait and boat. See link on bottom of page. ------------------------------------------------------------------------ -------------------------------- >Stonescale Pools< This will give you the most gold. Fishing 300 needed to not loose any catch. - Tel'Abim island.. - Lapidis & Gilijim...

⬆ 80 ⬇    💬 16    🏅    ↗ Share

**u/bzlbubz** • 11 days ago

### Fastest/strongest leveling class?

I just wanna get to endgame asap and don't wanna worry much during leveling,

---

**Turtle WoW Team — Mysteries of Azeroth**

Mysteries of Azeroth — is a story expansion made by the Turtle WoW Team, inspired by the Warcraft universe of Blizzard Entertainment.

🗓 Created Sep 10, 2018
🌐 Public

**111K**
Weekly visitors

**2.9K**
Weekly contributions

**R/TURTLEWOW RULES**

1  Be respectful ⌄
2  Only Turtle WoW Content ⌄
3  Requesting for support ⌄
4  Posting media ⌄
5  Flair your posts ⌄
6  Low effort posts ⌄

**DISCORD**

Turtle-WoW
Join us on Discord!

**POST FLAIR**

Discussion   Screenshot   Artwork
Question   Video / Media   AddOns
Meta

**LINKS**

Homepage
Forums
Report a bug
YouTube
Instagram
Twitter
Discord

**MODERATORS**

Moderator list hidden. Learn More

View all moderators

Reddit Rules  Privacy Policy  User Agreement
Accessibility







Document title: Turtle WoW Team — Mysteries of Azeroth
Capture URL: https://www.reddit.com/r/turtlelow/
Capture timestamp (UTC): Wed, 08 Oct 2025 19:01:16 GMT





Document title: Turtle WoW Team — Mysteries of Azeroth
Capture URL: https://www.reddit.com/r/turtlewow/
Capture timestamp (UTC): Wed, 08 Oct 2025 19:01:16 GMT

**118**



u/Cool_Acadia1412 · 6 days ago

**Jewelcrafting or Herbing at 60**

Hi everyone, I am on Ambershire and am curious your thoughts on if I should JC or Herb at 60. My mining is at 300, but my JC became real challenging to level after 230. With the amount of JCs on the server, I am wondering if it'd be better to farm herbs. What are your thoughts? (Also a rogue, so I could do some herb gathering while in dungeons lock picking).

⬆ 4 ⬇    💬 10    ⚬    ⤴ Share

u/keithdj13 · 11 days ago

**TO turtle wow**

with all that amazing effort for the near perfect classic +, why the fk

1. can't use weakaura, which is the most important addon in wow

2.does [Noxious Assault] not shown as mutilate animation even tho the description says using both weapons 3. mats for [Dissolvent Poison II] soooo tedious and troublesome? mats stack only up to 10 and have to buy 80 pc just make 1 stack of this poison. ps: ty to bongos addon ,but can we plz get hover over function too :D

⬆ 0 ⬇    💬 8    ⚬    ⤴ Share

u/Sea_Top3466 · 5 days ago

**Pvp professions**

Newish to server, what are the generally agreed upon best professions for pvp. Is engi as busted as it always has been? I play Feral druid. Maybe like engi/leatherworking?

`Question`

⬆ 3 ⬇    💬 6    ⚬    ⤴ Share

u/f-stop8 · 12 days ago

**ItemRack Help! Change default keybind for opening item swap window?**

I like that I can quickly change gear from inside the character page but in order for the little window to appear that shows the various gear in my bags that correspond to that item slot I have to hold down the Alt key. Turns out my Alt key is also being used by Bagshui to open up a tooltip at the cursor giving more detailed information about that item in relationship to my bags/the addon. Is there any way to change this behavior? In Classic, I would just mouse over that item slot and the little...

⬆ 1 ⬇    💬 1    ⚬    ⤴ Share

u/Interesting_Oil_7813 · 6 days ago

**AoE Priest build in Turtle?**

Are there any viable Priest builds with Holy Nova for AoE dmg? Talents, Trinkets, Stats, Anything...

`Question`

⬆ 3 ⬇    💬 9    ⚬    ⤴ Share

u/meowmeowmeowmeooooow · 7 days ago

**Any new Engineering recipes?**

I plan to get all BOPs from Gnomish then go Goblin Engineering. I just want to be sure if I got all needed.

⬆ 3 ⬇    💬 3    ⚬    ⤴ Share

u/Prestigious-Pound785 · 7 days ago

◈ SPOILER

**Who else fell for this?**

`Discussion`

---

## Turtle WoW Team — Mysteries of Azeroth

Mysteries of Azeroth — is a story expansion made by the Turtle WoW Team, inspired by the Warcraft universe of Blizzard Entertainment.

🏠 Created Sep 10, 2018
🌐 Public

**111K**
Weekly visitors

**2.9K**
Weekly contributions

### R/TURTLEWOW RULES

1  Be respectful                      ⌄
2  Only Turtle WoW Content           ⌄
3  Requesting for support            ⌄
4  Posting media                     ⌄
5  Flair your posts                  ⌄
6  Low effort posts                  ⌄

### DISCORD

Turtle-WoW
Join us on Discord!

### POST FLAIR

`Discussion`  `Screenshot`  `Artwork`
`Question`  `Video / Media`  `AddOns`
`Meta`

### LINKS

Homepage
Forums
Report a bug
YouTube
Instagram
Twitter
Discord

### MODERATORS

Moderator list hidden. Learn More

View all moderators

Reddit Rules  Privacy Policy  User Agreement
Accessibility

### RECENT ⌃

r/turtlewow

### TOPICS ⌃

Internet Culture (Viral) ⌄
Games ⌄
Q&As ⌄
Technology ⌄
Pop Culture ⌄
Movies & TV ⌄
See more

### RESOURCES ⌃

About Reddit
Advertise
Reddit Pro BETA
Help
Blog
Careers
Press

Communities
Best of Reddit
Topics

Reddit Rules
Privacy Policy
User Agreement
Accessibility

🏠 Home
Popular
Answers BETA
Explore

Reddit, Inc. © 2025. All rights reserved.



Document title: Turtle WoW Team — Mysteries of Azeroth
Capture URL: https://www.reddit.com/r/turtlewow/
Capture timestamp (UTC): Wed, 08 Oct 2025 19:01:16 GMT

Page 89 of 140



ad.doubleclick.net

Learn More

⇧ Vote ⇩    💬 0    ↗ Share

**u/Formal-Ebb5616** • 24 days ago

### Surprised by this wow turtle

I heard about it for a while like 2 years. I read some positives and negative feedbacks. My impression with reading reviews through time was that it was a kind of fantasy server, but too much fantasy. I was scared about it cause I always played on official server and just a bit on warmane. In the end I decided to join it after playing sod, cata and anniversary. And to be honest it has been a great surprise to me. The only fantasy I see are the mounts, minions (robots) and some...

⇧ 68 ⇩    💬 13    🏆    ↗ Share

**u/Lockdownn** • 6 days ago

### How good is Sigil of Ancient Accord for Arcane Mage?

https://database.turtle-wow.org/?item=58244 Is there any trinket you'd compare it to in terms of dps increase?

⇧ 3 ⇩    💬 6    🏆    ↗ Share

**u/City_Raine** • 12 days ago

### Assist with ui

I made a post a few days back about startig turtle wow , this is my first time playing classical since it was actually thr live game as I've always stuck with retail. Ive grown used to a million addons / weak auras and hand holding whej it comes to the UI and i notice the launcher has thungs available. Is there any addons that are genersily recommended in making the ui feel more useful/minimal with QoL? Im assuming straight off thr bat I'll want the questing addons. Also , off topic questio...

`Discussion`

⇧ 2 ⇩    💬 2    🏆    ↗ Share

**u/BoyFromHeaven** • 6 days ago

### Arcane missiles

Am i the only one experiencing that arcane missiles is sped up in a wierd way? When i cast it he starts channeling, but its only in the last second all 3 missiles fire super fast? Its taking away the immersion, and i wanted to try arcane mage, but this is just taking away the fun tbh, cuz its unpredictable and looks sloppy :D Anyone know if thats just how arcane missiles are on Twow or is there a fix?

⇧ 2 ⇩    💬 6    🏆    ↗ Share

**u/SgtSilock** • 26 days ago

### I understand Turtle WoW is very group driven

But I wanted to know if a solo player (who does like to interact with others from time to time) will have just as much fun? Outside of the mandatory group content like dungeons and raids, does Turtle WoW bring anything to the solo side of the game, or is this just not that type of server/MMO?

---

### Turtle WoW Team — Mysteries of Azeroth

Mysteries of Azeroth — is a story expansion made by the Turtle WoW Team, inspired by the Warcraft universe of Blizzard Entertainment.

🔒 Created Sep 10, 2018
🌐 Public

**111K**          **2.9K**
Weekly visitors    Weekly contributions

**R/TURTLEWOW RULES**

1   Be respectful                          ⌄
2   Only Turtle WoW Content          ⌄
3   Requesting for support            ⌄
4   Posting media                         ⌄
5   Flair your posts                       ⌄
6   Low effort posts                      ⌄

**DISCORD**

Turtle-WoW Join us on Discord!

**POST FLAIR**

`Discussion`  `Screenshot`  `Artwork`
`Question`  `Video / Media`  `AddOns`
`Meta`

**LINKS**

Homepage
Forums
Report a bug
YouTube
Instagram
Twitter
Discord

**MODERATORS**

Moderator list hidden. Learn More

View all moderators

Reddit Rules  Privacy Policy  User Agreement
Accessibility

---





vaxassist.com

**Book Now**

⬆ Vote ⬇   💬 0   ↗ Share

**u/Comprehensive-Ad2689** • 7 days ago   ···

### Proffsion specializations

I am currently a gnomish engineer. If I want to change to a goblin one, I gotta unlearn engineering, and start relearning it from scratch. Right? So, the question is, if I start relearning, do I lose all my recipes that are learned by rare recipes, like the ones that drop from mobs or are bought from vendors?

`Question`

⬆ 2 ⬇   💬 2   🔖   ↗ Share

**u/rarehipster** • 15 days ago   ···

### True Lunatic: Day One

It is my first day of the true lunatic challenge i.e. doing every leveling challenge except for level one lunatic. I hate myself for even starting this. I'm level 2 and a bit and it's agony. Most of my time is spent farming silver for alcohol. I made the trek to Ironforge to take up skinning and it has sped things up immensely. Hitting that first level up was perhaps the greatest feeling I've felt in days and I can already feel myself trying to chase that high again. What still alludes me is my...

`Other`

⬆ 61 ⬇   💬 16   🔖   ↗ Share

**u/oRioN911** • 12 days ago   ···

### How's Priest for PvP healing on Ambershire?

Heyo! I want to roll a healer on Ambershire and I'd like to play a lot of BGs with a friend (shaman enha) while levelling. How was your experience with priest on the fresh server? Very squishy? I'm sure at 60 I'll enjoy healing with any class in raid and dungeon but I'm not sure if on Turtle priest is any good in PvP. Thanks!

⬆ 1 ⬇   💬 10   🔖   ↗ Share

**u/Outrageous_Pie_988** • 8 days ago   ···

### Addons

Is there really no backup of old addons? I accidentally deleted bagshui and now I'm just lost in life.

`AddOns`

⬆ 2 ⬇   💬 2   🔖   ↗ Share

**u/permaS59** • 1 mo. ago   ···

### Dragonmaw Retreat appreciation post

Hey all. Played through Dragonmaw Retreat yesterday as a lvl 27 ret pala. We only

---

## Turtle WoW Team — Mysteries of Azeroth

Mysteries of Azeroth — is a story expansion made by the Turtle WoW Team, inspired by the Warcraft universe of Blizzard Entertainment.

🔒 Created Sep 10, 2018
🌐 Public

**111K**
Weekly visitors

**2.9K**
Weekly contributions

### R/TURTLEWOW RULES

| | | |
|---|---|---|
| 1 | Be respectful | ⌄ |
| 2 | Only Turtle WoW Content | ⌄ |
| 3 | Requesting for support | ⌄ |
| 4 | Posting media | ⌄ |
| 5 | Flair your posts | ⌄ |
| 6 | Low effort posts | ⌄ |

### DISCORD

**Turtle-WoW**
Join us on Discord!

### POST FLAIR

`Discussion`  `Screenshot`  `Artwork`
`Question`  `Video / Media`  `AddOns`
`Meta`

### LINKS

**Homepage**

**Forums**

**Report a bug**

**YouTube**

**Instagram**

**Twitter**

**Discord**

### MODERATORS

Moderator list hidden. Learn More

**View all moderators**

Reddit Rules  Privacy Policy  User Agreement
Accessibility
Reddit, Inc. © 2025. All rights reserved.

### Left sidebar

🏠 Home
🔥 Popular
🧭 Answers BETA
🔀 Explore

**RECENT**

r/turtlewow

**TOPICS**

Internet Culture (Viral) ⌄
Games ⌄
Q&As ⌄
Technology ⌄
Pop Culture ⌄
Movies & TV ⌄
**See more**

**RESOURCES**

↺ About Reddit
📢 Advertise
⊙ Reddit Pro BETA
❓ Help
📖 Blog
🗂 Careers
📇 Press

⊘ Communities
◈ Best of Reddit
🔀 Topics

📖 Reddit Rules
📖 Privacy Policy
📖 User Agreement
⊛ Accessibility

Reddit, Inc. © 2025. All rights reserved.







Document title: Turtle WoW Team — Mysteries of Azeroth
Capture URL: https://www.reddit.com/r/turtlewow/
Capture timestamp (UTC): Wed, 08 Oct 2025 19:01:16 GMT















⬆ 46 ⬇   💬 14   🏷   ↗ Share

u/LumberjackMechanic · 13 days ago   ⋯

### First time player - never played WoW at all. Is Turtle WoW grindy? Plus other questions.

By the end of the Endwalker expansion for FFXIV, I had 500 hours, but without ever grinding - I did do all sidequests, and that's across the base game + 4 expansions. I'm interested in playing Turtle WoW since I never played WoW before, but I don't want to spend hours grinding. I read a comment here saying it takes up to 200 hours to level up a character... Is that true? I don't know why this isn't mentioned on the "main" Turtle WoW website, but I found out there is a separate website for...

`Question`

⬆ 9 ⬇   💬 50   🏷   ↗ Share

u/funk-- · 1 mo. ago   ⋯

### Can we get rid off poisons charges for rogues ?

Just make poison duration 30mns like Sharpening stones no? Like, cmon.. You put 2 poisons, MH + OH, OH spends faster charges than MH or the opposite, so you delay both poisons, so you now have to reapply one poison off timing of the other poison, but then the first one fades mid fight, so you deal no damage anymore, so you reapply first one, and the loop is infinite then. It's nerve breaking, make it 30mns and GG no?

`Discussion`

⬆ 45 ⬇   💬 40   🏷   ↗ Share

u/MalaVuran123 · 15 days ago   ⋯

### Hard to Socialize As A Newbie

Its my second post here and you all know that I am a new player like new to wow, new to turtle... It is really hard to socialize for me, hard to find a party, hard to chat like in level 1 to 7 I couldnt make any friends. Looking for some guild help or starting tips. https://preview.redd.it/hard-to-socialize-as-a-newbie-v0-841owzgtkzqf1.png

⬆ 44 ⬇   💬 39   🏷   ↗ Share

u/Horszt · 13 days ago   ⋯

### Start Attack Macro

How to achieve the start Attack macro on this client - I know that there is an add on to be downloaded that makes the macro work and there is another one where you need auto attack on your spells. Please help! Thanks!

⬆ 1 ⬇   💬 2   🏷   ↗ Share

u/FordVerified · Official · Promoted   ⋯

### Hands-free highway driving for a hands-on life. Ford BlueCruise.

---

**Turtle WoW Team — Mysteries of Azeroth**

Mysteries of Azeroth — is a story expansion made by the Turtle WoW Team, inspired by the Warcraft universe of Blizzard Entertainment.

🏛 Created Sep 10, 2018
🌐 Public

**111K**
Weekly visitors

**2.9K**
Weekly contributions

**R/TURTLEWOW RULES**

1   Be respectful   ⌄
2   Only Turtle WoW Content   ⌄
3   Requesting for support   ⌄
4   Posting media   ⌄
5   Flair your posts   ⌄
6   Low effort posts   ⌄

**DISCORD**

Turtle-WoW
Join us on Discord!

**POST FLAIR**

`Discussion`  `Screenshot`  `Artwork`
`Question`  `Video / Media`  `AddOns`
`Meta`

**LINKS**

Homepage
Forums
Report a bug
YouTube
Instagram
Twitter
Discord

**MODERATORS**

Moderator list hidden. Learn More

View all moderators

Reddit Rules   Privacy Policy   User Agreement   Accessibility





or better asked what s the best qol qol mods so to note that i usually like to farm mobs ....

**Question**

⬆ 42 ⬇    💬 73    🔖    ↗ Share

u/Ohm08 · 13 days ago

### Ambershire BG queue times

I'm getting pretty long queues for bgs at 60 (Horde) like 30/45 mins for AB, 1h+ for wsg and 15/25 mins for AV. This gets better whenever is double honor day for each bg but still.. I expected to have shorter qs given the server population (usually between 7k and 9k players when I'm on). Is it any better for alliance? Do you think it will get any better in a few weeks? (maybe there aren't enough 60s yet idk) It's the only concern I have with this server, other than that I'm having a blast 🐢

⬆ 9 ⬇    💬 14    🔖    ↗ Share

u/Rich-Historian6 · 13 days ago

### Hardcore announcement

Hi folks, quick question: Since HCdeath got taken down from GitHub, is there any addon you're using as an alternative on Turtle WoW? Or maybe someone has a working mirror/updated version?

**Question**

⬆ 2 ⬇    💬 0    🔖    ↗ Share

u/OutrageousField415 · 13 days ago

### A few questions from a hopeful new player

Hello, hoping you may be able to answer a few questions for me. I have looked at the turtle wow website but it seems mostly catered towards the new expansion.

- are all classic quests and dungeons available?
- will i struggle to find groups or is there an active player base? How many at once?
- Is there any way to just play casual BGs rather than having to level to max? I...

**Question**

⬆ 3 ⬇    💬 17    🔖    ↗ Share

u/RatioMoist2628 · 13 days ago

### Hello, I would like to know which class is easier, the paladin or the hunter. I am new and I am going to start from scratch and I basically have no idea.

I want to know which character is most searched for in group content and easiest
⌄

⬆ 6 ⬇    💬 43    🔖    ↗ Share

u/Gyobu-Kenchi · 25 days ago

### Reworking tents

I love tents, but dislike us huddling like hobos around the fire at the gates of Orgrimmar. Allies give us enough of a hard time as it is for our (lack of a) sewage system. Wouldn't it be better if players could "empower" an inn, or "throw a party", even "pay a round of drinks", so that players can get the same effect as a tent, but rather in an inn? This would make them a lot livelier. I know they're reworking survival, so perhaps by making survival more interesting, they could remove tent...

⬆ 39 ⬇    💬 62    🔖    ↗ Share

u/KetelOneUS · Official · Promoted

### Inspired by the search for the perfect Martini, Ketel One was made to cocktail. For people who expect the best in their glass, there's only one vodka.

---

**Turtle WoW Team — Mysteries of Azeroth**

Mysteries of Azeroth — is a story expansion made by the Turtle WoW Team, inspired by the Warcraft universe of Blizzard Entertainment.

📅 Created Sep 10, 2018
🌐 Public

| 111K | 2.9K |
|---|---|
| Weekly visitors | Weekly contributions |

**R/TURTLEWOW RULES**

| 1 | Be respectful | ⌄ |
| 2 | Only Turtle WoW Content | ⌄ |
| 3 | Requesting for support | ⌄ |
| 4 | Posting media | ⌄ |
| 5 | Flair your posts | ⌄ |
| 6 | Low effort posts | ⌄ |

**DISCORD**

**Turtle-WoW** Join us on Discord!

**POST FLAIR**

Discussion   Screenshot   Artwork

Question   Video / Media   AddOns

Meta

**LINKS**

Homepage

Forums

Report a bug

YouTube

Instagram

Twitter

Discord

**MODERATORS**

Moderator list hidden. Learn More

View all moderators

Reddit Rules   Privacy Policy   User Agreement
Accessibility

Reddit, Inc. © 2025. All rights reserved.

Document title: Turtle WoW Team — Mysteries of Azeroth
Capture URL: https://www.reddit.com/r/turtlewow/
Capture timestamp (UTC): Wed, 08 Oct 2025 19:01:16 GMT







Document title: Turtle WoW Team — Mysteries of Azeroth
Capture URL: https://www.reddit.com/r/turtlewow/
Capture timestamp (UTC): Wed, 08 Oct 2025 19:01:16 GMT

Page 107 of 140



Document title: Turtle WoW Team — Mysteries of Azeroth
Capture URL: https://www.reddit.com/r/turtlewow/
Capture timestamp (UTC): Wed, 08 Oct 2025 19:01:16 GMT

Page 108 of 140





Document title: Turtle WoW Team — Mysteries of Azeroth
Capture URL: https://www.reddit.com/r/turtlewow/
Capture timestamp (UTC): Wed, 08 Oct 2025 19:01:16 GMT
Page 110 of 140



another addon?

AddOns

⬆ 3 ⬇    💬 12    🏆    ↗ Share

u/wickdphreak • 1 mo. ago    •••

### Bow Priest Stat Weights

Hey! Does anyone know if Night Elf priests using bows gain any ranged attack power at all from agility? As far as I am aware, at least in normal vanilla, priests don't get anything out of agility outside of the standard armor, critical strike chance, and dodge chance, so I was wondering if this is changed on this server to accomodate bow usage on priests. I'm also not much of a min-maxer, and I enjoy the idea of using a bow more than a wand, but it'd be nice to know, since a lot of...

Question

⬆ 28 ⬇    💬 23    🏆    ↗ Share

u/AlithelJenkins • 14 days ago    •••

### What faction gets more pvp action?

What faction do you guys think gets involved in more pvp? Which faction gets faster bg queues? Edit: on Nordanaar

⬆ 3 ⬇    💬 4    🏆    ↗ Share

u/redbullgivesyouwings • Official • Promoted    •••

### #GivesYouWiiings

redbull.com                                Learn More

⬆ Vote ⬇    💬 0    ↗ Share

u/Significant_Rub_7457 • 13 days ago    •••

### Turtle pvp

How pvp is doing on the server? In my mind (based on random comments in last few months) pvp doesnt exist on turtle. That story was pushed by the start of epoch - if u want play pvp then epoch coz its not viable on turtle. I like both pve and pvp and wanna play turtle. Is this true folks? Edit: I mean Ambershire

⬆ 1 ⬇    💬 20    🏆    ↗ Share

u/Powerlaxx • 9 days ago    •••

### "Lost" my pet as a lvl 58 Hunter - what to do?

So i released my pet which i had since lvl 20 or something cause i wanted to have a cat finally. Got a lvl 58 cat in wintersping but noticed that i can´t really train it since it has no skill points and only 2 levels to get some.
Got a lvl 43 cat so i can level it and get the points, but now i have the problem that my pet pulls mobs in inis due to it´s low level and also it has low life, no dmg etc. Some experienced hunter who has a good advice for what to do? Or do i have to...

⬆ 28 ⬇    💬 25    🏆    ↗ Share

---

**Turtle WoW Team — Mysteries of Azeroth**

Mysteries of Azeroth — is a story expansion made by the Turtle WoW Team, inspired by the Warcraft universe of Blizzard Entertainment.

🏛 Created Sep 10, 2018
🌐 Public

**111K**            **2.9K**
Weekly visitors    Weekly contributions

**R/TURTLEWOW RULES**

| 1 | Be respectful | ⌄ |
| 2 | Only Turtle WoW Content | ⌄ |
| 3 | Requesting for support | ⌄ |
| 4 | Posting media | ⌄ |
| 5 | Flair your posts | ⌄ |
| 6 | Low effort posts | ⌄ |

**DISCORD**

Turtle-WoW
Join us on Discord!

**POST FLAIR**

Discussion    Screenshot    Artwork
Question    Video / Media    AddOns
Meta

**LINKS**

Homepage
Forums
Report a bug
YouTube
Instagram
Twitter
Discord

**MODERATORS**

Moderator list hidden. Learn More

View all moderators

Reddit Rules  Privacy Policy  User Agreement
Accessibility





Document title: Turtle WoW Team — Mysteries of Azeroth
Capture URL: https://www.reddit.com/r/turtlewow/
Capture timestamp (UTC): Wed, 08 Oct 2025 19:01:16 GMT

Page 113 of 140





Does anyone know where I can find low level grey alliance npcs I can kill to get "The Dishonored" title?

⬆ 1 ⬇    💬 2    🔖    ➦ Share

u/OwnAd1254 · 27 days ago    •••

**My experience so far**

As a very new player ( only played a bit of cata ) and a bit of hardcore retail - i really really enjoyed the goblin starting zone , some deaths are expected but the zone is pretty fast , packed with mobs and pretty small ( travel times are very nice since until u get a mount you basically playing running simulator )

• the community : i only played 2 dungeons and first one was a shit experience for me : the healer was in que with some other friends and rolled for...

`Discussion`

⬆ 27 ⬇    💬 14    🔖    ➦ Share

u/all_laundry_us · Promoted    •••

**all® free clear detergent is 100% free of dyes and fragrance allergens and provides an effective, skin-friendly clean.**

Don't leave irritating residues on fabrics that come in contact with your skin for nearly 24 hours a day. Wash with all® free clear detergent.

**#1**
DOCTOR RECOMMENDED BRAND
FOR SENSITIVE SKIN
DERMATOLOGISTS, ALLERGISTS & PEDIATRICIANS

all
all
free clear

all-laundry.com    Learn More

⬆ Vote ⬇    💬 0    ➦ Share

u/j_s_burnett · 14 days ago    •••

**Disconnects only in instances**

Hi all, I've noticed since yesterday that I get random disconnects only while in a dungeon instance. Has anyone else had a similar experience?

⬆ 3 ⬇    💬 2    🔖    ➦ Share

u/StarshineZen · 14 days ago    •••

**Leveling a Tank?**

Hello TWow peeps, I'm new here and looking at leveling a tank, I ran a pally and just want to make sure that I won't regret that choice later, I've seen it's a good AOE farmer and good in PVP, but not much about PVE raiding, I've seen a lot of just play what you want, Would i be at any disadvantage playing a Tank pally say over a Tank War? or would it be about even but easier to level with one?

⬆ 3 ⬇    💬 22    🔖    ➦ Share

u/AtroxDJ · 11 days ago    •••

---

**Turtle WoW Team — Mysteries of Azeroth**

Mysteries of Azeroth — is a story expansion made by the Turtle WoW Team, inspired by the Warcraft universe of Blizzard Entertainment.

🏰 Created Sep 10, 2018
🌐 Public

**111K**    **2.9K**
Weekly visitors    Weekly contributions

**R/TURTLEWOW RULES**

1    Be respectful    ⌄
2    Only Turtle WoW Content    ⌄
3    Requesting for support    ⌄
4    Posting media    ⌄
5    Flair your posts    ⌄
6    Low effort posts    ⌄

**DISCORD**

Turtle-WoW
Join us on Discord!

**POST FLAIR**

`Discussion`  `Screenshot`  `Artwork`
`Question`  `Video / Media`  `AddOns`
`Meta`

**LINKS**

Homepage
Forums
Report a bug
YouTube
Instagram
Twitter
Discord

**MODERATORS**
Moderator list hidden. Learn More

View all moderators

Reddit Rules  Privacy Policy  User Agreement
Accessibility

Document title: Turtle WoW Team — Mysteries of Azeroth
Capture URL: https://www.reddit.com/r/turtlewow/
Capture timestamp (UTC): Wed, 08 Oct 2025 19:01:16 GMT



Document title: Turtle WoW Team — Mysteries of Azeroth
Capture URL: https://www.reddit.com/r/turtlewow/
Capture timestamp (UTC): Wed, 08 Oct 2025 19:01:16 GMT
Page 116 of 140



Document title: Turtle WoW Team — Mysteries of Azeroth
Capture URL: https://www.reddit.com/r/turtlewow/
Capture timestamp (UTC): Wed, 08 Oct 2025 19:01:16 GMT

Page 117 of 140



I am new hunter. What is the best pet for soloing tasks as MM/Survival
-PVP as MM, and BM/Survival
-Soloing elites, and dungeons

⬆ 0 ⬇    💬 5    Share

u/aranarius • 26 days ago    ...

### Gnomregan is goated

Guys you should make it your base - we have everything auc and smitting stuff and bank - all as close as possible. Also you can easely go to kalimdor from near boat in menethil harbor
Think about it

Discussion

⬆ 27 ⬇    💬 18    Share

u/canzorlu1 • 27 days ago    ...

### Ambershire 1-9 lvl wsg horde win!

⬆ 26 ⬇    💬 35    Share

u/No_Hospital6706 • 14 days ago    ...

### Weapon swap macro not working with poisons

I am using a few macros to swap main hand and off hand weapons according to skills. Thats a big thing for my rogue as I invested talents to buff my ambush and have a good slow sword for Sinister Strike. I have Cleveroid and using for basically the macros: /equipmh Prison Shank /cast Ambush And the same macro to equip a Cruel Barb and cast Sinister Strike or Ghostly Strike (with modifier). Those macros works fine. I swap weapons as needed and that makes a huge difference in my S...

⬆ 1 ⬇    💬 0    Share

u/Aggravating-Map-3073 • 14 days ago    ...

### Addon to track tents?

Is there a working add on that can show me where tents are on the map?

⬆ 0 ⬇    💬 4    Share

u/Naive-Jump-4666 • 14 days ago    ...

### Procurando por Guilda (SA) 🇧🇷

Olá, aventureiros! Comecei a jogar Turtle WoW a pouco tempo e gostaria de saber se tem alguma guilda brasileira recrutando. Estou jogando de Anão Guerreiro lv 10 - veterano do Retail. https://preview.redd.it/procurando-por-guilda-sa-v0-ryzdstc3t4rf1.png

⬆ 0 ⬇    💬 0    Share

u/Schpitzchopf_Lorenz • 8 days ago    ...

### After 8 Days, 3 Hours and 24 Minutes I've reached Level 60 for the first Time. Ask me anything!

---

**Reddit**

- Home
- Popular
- Answers BETA
- Explore

**RECENT**
- r/turtlewow

**TOPICS**
- Internet Culture (Viral)
- Games
- Q&As
- Technology
- Pop Culture
- Movies & TV
- See more

**RESOURCES**
- About Reddit
- Advertise
- Reddit Pro BETA
- Help
- Blog
- Careers
- Press
- Communities
- Best of Reddit
- Topics

- Reddit Rules
- Privacy Policy
- User Agreement
- Accessibility

Reddit, Inc. © 2025. All rights reserved.

---

### Turtle WoW Team — Mysteries of Azeroth

Mysteries of Azeroth — is a story expansion made by the Turtle WoW Team, inspired by the Warcraft universe of Blizzard Entertainment.

🔒 Created Sep 10, 2018
🌐 Public

**111K** Weekly visitors     **2.9K** Weekly contributions

**R/TURTLEWOW RULES**
1. Be respectful
2. Only Turtle WoW Content
3. Requesting for support
4. Posting media
5. Flair your posts
6. Low effort posts

**DISCORD**

Turtle-WoW Join us on Discord!

**POST FLAIR**
Discussion   Screenshot   Artwork
Question   Video / Media   AddOns
Meta

**LINKS**
- Homepage
- Forums
- Report a bug
- YouTube
- Instagram
- Twitter
- Discord

**MODERATORS**
Moderator list hidden. Learn More

View all moderators

Reddit Rules   Privacy Policy   User Agreement
Accessibility

Document title: Turtle WoW Team — Mysteries of Azeroth
Capture URL: https://www.reddit.com/r/turtlewow/
Capture timestamp (UTC): Wed, 08 Oct 2025 19:01:16 GMT

Page 118 of 140



Document title: Turtle WoW Team — Mysteries of Azeroth
Capture URL: https://www.reddit.com/r/turtlewow/
Capture timestamp (UTC): Wed, 08 Oct 2025 19:01:16 GMT









Document title: Turtle WoW Team — Mysteries of Azeroth
Capture URL: https://www.reddit.com/r/turtlewow/
Capture timestamp (UTC): Wed, 08 Oct 2025 19:01:16 GMT

Page 123 of 140





Discussion

↑ 22 ↓    💬 23    ⚪    ↗ Share

u/Philipp1986 • 15 days ago                                      •••

### Mini-Lags/Stutter

I searched allready the internet, but the "newest" Post about this are from 2022. Is this a addon or extra mod (vanilla fixes ect) problem? Cant be my hardware, didnt had this before the 1.18 patch. Any help or suggestion is welcome.

Question

↑ 7 ↓    💬 18    ⚪    ↗ Share

u/dacci • 15 days ago                                            •••

### Any place to see the item shop skins on models?

Really interested in the dark troll skin, but i can't seem to find a screenshot of any characters with it. I saw a reddit post where people were complaining that they were pink, but the shop makes it look dark blue or purple.

↑ 7 ↓    💬 4    ⚪    ↗ Share

u/Jtrain360 • 16 days ago                                       •••

### What are the communities thoughts on rolling on Leather/Mail gear as a Plate wearer?

As a DPS warrior I am just starting to gear up for MC in a few days. Looking at dungeon drop lists, there are some great Leather and Mail pieces that in some cases, are better than what I can get in Plate. How does the community view rolling on items out of my classes armour class? On the one hand, they would be genuine upgrades for me. On the other, it doesn't seem fair that a Warrior or Paladin has 3 or 4 armour classes to pick from, where as a Rogue or Druid only h...

Discussion

↑ 22 ↓    💬 65    ⚪    ↗ Share

u/ALXS1989 • 16 days ago                                        •••

### Are any end game raids actually difficult?

Let me start by saying I absolutely LOVE Turtle WoW, especially the community (who have been 99% friendly and helpful!) new content and QoL updates. I played vanilla back in 2004/2005 and was a total junky. Everything seemed like a huge mountain to climb and when you finally got that win, it was the best feeling ever. Getting my first T1 bracers was one of the best feelings I ever had in a game - then the full T1 set after months in MC. Just incredible, messy and memorable raids. I...

Question

↑ 22 ↓    💬 38    ⚪    ↗ Share

u/GurubashiEmpireTWoW • 15 days ago                             •••

### Da Festival of Blood - Oct 4th - FFA PvP Arena Event

• Discord | # ⌈🔥⌋ | rp-announcements | Second Gurubashi Empire IN-CHARACTER Da Gurubashi Arena Come, children of da Loa an' allies o' da Empire! Come chant da name of Thek, da new Emperor o' da Gurubashi! Spill blood in his honor, brin...

↑ 3 ↓    💬 5    ⚪    ↗ Share

u/Alert-Negotiation144 • 16 days ago                            •••

### Necrosis addon causing pc to drop from 140fps to 1fps

---

Discussion

u/Philipp1986 • 15 days ago

#### Turtle WoW Team — Mysteries of Azeroth

Mysteries of Azeroth — is a story expansion made by the Turtle WoW Team, inspired by the Warcraft universe of Blizzard Entertainment.

🏠 Created Sep 10, 2018
🌐 Public

**111K**
Weekly visitors

**2.9K**
Weekly contributions

#### R/TURTLEWOW RULES

1    Be respectful                                        ⌄
2    Only Turtle WoW Content                              ⌄
3    Requesting for support                               ⌄
4    Posting media                                        ⌄
5    Flair your posts                                     ⌄
6    Low effort posts                                     ⌄

#### DISCORD

Turtle-WoW
Join us on Discord!

#### POST FLAIR

Discussion    Screenshot    Artwork
Question    Video / Media    AddOns
Meta

#### LINKS

Homepage
Forums
Report a bug
YouTube
Instagram
Twitter
Discord

#### MODERATORS

Moderator list hidden. Learn More

View all moderators

Reddit Rules  Privacy Policy  User Agreement
Accessibility
Reddit, Inc. © 2025. All rights reserved.

Reddit, Inc. © 2025. All rights reserved.

Necrosis addon causing pc to drop from 140fps to 1fps



⬆ 21 ⬇    💬 16    Ɑ    ↪ Share

**u/HostessBrands** • Promoted                          •••

## Suzy Q's are BACK & you're still reading this caption? Go grab one! Seriously, stop reading this!

shop.mikmak.ai                                    [ Shop Now ]

⬆ Vote ⬇    💬 0    ↪ Share

**u/Winter-Inflation-427** • 15 days ago            •••

### Survival hunters at 60

I see so many hunters running about on Ambershire, probably see them the most honestly. However, I dont really seem to see many melee / survival hunters. My question is do you see many survival hunters at max level and if no the same as me, why isn't there more of them? I'm completely stumped as their damage seems pretty good.

⬆ 8 ⬇    💬 20    Ɑ    ↪ Share

**u/be4math** • 15 days ago                         •••

### 3440x2440 resolution

Anyway to stop the files from erroring out with this high of a native resolution? Even when I lower the resolution to one that the game has a file for it errors out. Thanks for the help!

⬆ 0 ⬇    💬 1    Ɑ    ↪ Share

**u/cin0nic** • 23 days ago                          •••

### Does TWOW have a transmog system?

`Question`

⬆ 21 ⬇    💬 47    Ɑ    ↪ Share

---

## Turtle WoW Team — Mysteries of Azeroth

Mysteries of Azeroth — is a story expansion made by the Turtle WoW Team, inspired by the Warcraft universe of Blizzard Entertainment.

🕐 Created Sep 10, 2018
🌐 Public

**111K**               **2.9K**
Weekly visitors        Weekly contributions

### R/TURTLEWOW RULES

1  Be respectful                          ⌄
2  Only Turtle WoW Content                ⌄
3  Requesting for support                 ⌄
4  Posting media                          ⌄
5  Flair your posts                       ⌄
6  Low effort posts                       ⌄

### DISCORD

Turtle-WoW
Join us on Discord!

### POST FLAIR

`Discussion`  `Screenshot`  `Artwork`
`Question`  `Video / Media`  `AddOns`
`Meta`

### LINKS

[ Homepage ]
[ Forums ]
[ Report a bug ]
[ YouTube ]
[ Instagram ]
[ Twitter ]
[ Discord ]

### MODERATORS

Moderator list hidden. Learn More

[ View all moderators ]

Reddit Rules  Privacy Policy  User Agreement
Accessibility

---





mental well-being is just as important as physical health. These simple tips can help create space for improving mental well-being. Check out advocacy groups for more support.

DSE-N-00046 MAY 2025 ENDO

## Turtle WoW Team — Mysteries of Azeroth

Mysteries of Azeroth — is a story expansion made by the Turtle WoW Team, inspired by the Warcraft universe of Blizzard Entertainment.

Created Sep 10, 2018
Public

**111K** Weekly visitors
**2.9K** Weekly contributions

### R/TURTLEWOW RULES

1  Be respectful
2  Only Turtle WoW Content
3  Requesting for support
4  Posting media
5  Flair your posts
6  Low effort posts

### DISCORD

Turtle-WoW — Join us on Discord!

### POST FLAIR

Discussion  Screenshot  Artwork  Question  Video / Media  AddOns  Meta

### LINKS

Homepage
Forums
Report a bug
YouTube
Instagram
Twitter
Discord

### MODERATORS

Moderator list hidden. Learn More

View all moderators

---

cortisolmatters.com          Learn More

⬆ Vote ⬇    💬 0    ↪ Share

**u/Sarobota · 15 days ago**

### Fanbase opinion

New to turtle, playing with friends. Long time retail player. I want to know pve and pvp rankings right now. Can't find it anywhere and am not interested in "play what you like" type of feedback although apreciated.

⬆ 0 ⬇    💬 13    🔖    ↪ Share

**u/Left-Blacksmith7619 · 16 days ago**

### Prot pally tank question

So, today i was questing with a guy (he was russian so we barely talked), he asked me if i was rolling tank, and suggested that i should look for this items (pics) in dragonmaw retreat. It really confused me because i dont see the benefit from them as a tank, as i dont deal fire damage afaik. Did he bs me or is there something i dont know about?? https://preview.redd.it/prot-pally-tank-question-v0-7kuwq5ks7tqf1.pnghttps://preview.redd.it/prot-pally-tank-question-v0-...

Question

⬆ 3 ⬇    💬 19    🔖    ↪ Share

**u/No-Channel3917 · 16 days ago**

### So...what should a lvl 52 horde warlock be working on or questing?

Inferno quest to my chigrin has a lvl 55 elite that I'm gonna let stew as I level up and find a guildie help me with it. I think Hateforge has some items better than what I have but the wait for a group to form is good bit of a wait. So idk any quests I should focus on or grind things that can benefit me reputation gear wise down the road? My last doorstop choice is obviously questing in burning steps waiting for groups to form. My current gear really isn't lacking but I know dungeon blues hav...

⬆ 3 ⬇    💬 5    🔖    ↪ Share

Reddit Rules  Privacy Policy  User Agreement
Accessibility

Reddit, Inc. © 2025. All rights reserved.



find a guide help me with it. I think Hau[...] the items better than what I have but the wait for a group to form is good bit of a wait. So idk any quests I should focus on or grind things that can benefit me reputation gear wise down the road? My last doorstop choice is obviously questing in burning steps waiting for groups to form. My current gear really isn't lacking but I know dungeon blues hav...

⬆ 3 ⬇    💬 5    Ꝙ    ↪ Share

**Turtle WoW Team — Mysteries of Azeroth**

Mysteries of Azeroth — is a story expansion made by the Turtle WoW Team, inspired by the Warcraft universe of Blizzard Entertainment.

🏠 Created Sep 10, 2018
🌐 Public

**111K**    **2.9K**
Weekly visitors    Weekly contributions

u/Stanzi128 · 15 days ago    ···

### Need help with graphics

Hey folks. I wanna jump in twow, downloaded yesterday, but I have a serious concern, I hope you can help me with. (I already searched in the Forum) My question is: Is there a way to make this game look like classic wow and not a mobile game? I dont want/need HD/Retail models and terrain etc, just the „normal" classic options. Plus I cant set to 144mhz,... Can this be fixed with an addon??

`AddOns`

⬆ 0 ⬇    💬 5    Ꝙ    ↪ Share

**R/TURTLEWOW RULES**

| 1 | Be respectful | ⌄ |
| 2 | Only Turtle WoW Content | ⌄ |
| 3 | Requesting for support | ⌄ |
| 4 | Posting media | ⌄ |
| 5 | Flair your posts | ⌄ |
| 6 | Low effort posts | ⌄ |

u/clinton84 · 16 days ago    ···

### Is Bewfest really this difficult just for a mug that just gives you a drink on cooldown?

Have I understood this correctly that to complete the Brewfest questline I'll need to:

1. Run Razorfen Krawl: https://database.turtle-wow.org/?quest=41555
2. Run Scarlet Monastry: https://database.turtle-wow.org/?quest=41557
3. Run Dire Maul: https://database.turtle-wow.org/?quest=41561

As well as collect some other items, all to get an off-hand with no stats that just...

`Question`

⬆ 21 ⬇    💬 21    Ꝙ    ↪ Share

**DISCORD**

**Turtle-WoW**
Join us on Discord!

**POST FLAIR**

`Discussion`  `Screenshot`  `Artwork`

`Question`  `Video / Media`  `AddOns`

`Meta`

u/pgsz · 18 days ago    ···

### Mage: What am I doing wrong?

So I'm playing a level 29 mage, usually solo, and I'm just not getting it. i see other classes run in tank/spank/nuke 1-3 mobs at a time with no downtime. Me? I can barely make it out alive and with any mana against one mob 1-2 levels below me. Having to eat/drink between each mob. I'm currently spec as arcane: https://talents.turtle-wow.org/mage?points=QoCoAIAa-- which is based on the Mage FAQ Here: https://turtle-wow.fandom.com/wiki/Mage_Arcane_FAQ I usually...

⬆ 21 ⬇    💬 26    Ꝙ    ↪ Share

**LINKS**

| Homepage |
| Forums |
| Report a bug |
| YouTube |
| Instagram |
| Twitter |
| Discord |

u/CCNemo · 16 days ago    ···

### Tanking AND healing 5 mans with ironclad/holy paladin?

I was looking at the reworked talent trees for Paladin and the last few talents within Holy struck out to me. Is it possible to be able to both run as a healer for 5 mans due to Daybreak/Holy Strike/Shock and being sort of a melee healer that can step back and flash of light when needed while also being able to tank due to the generally tanky nature of pally/self heal/Righteous Fury being holy damage for threat? Or is it just in between and not capable of either really?

`Question`

⬆ 6 ⬇    💬 15    Ꝙ    ↪ Share

**MODERATORS**

Moderator list hidden. Learn More

**View all moderators**

u/Rocklake88 · 1 mo. ago    ···

### Tel'Abim (Not the server)

Hey turtle fam. Wanted to give a quick shout-out to the tel'abim island. Custom turtle content and I've really enjoyed it. For those level 53 and up, I highly recommend checking it out. Great drops and great quest rewards. I've got 50+ gold thus far and not even done with the quests. I did grind some of the fishmen as i needed to feed my new pet, wind serpent, but overall green drops seem a lot more abundant all around. The best part? It's not overcrowded! My entire levelin...

Reddit Rules  Privacy Policy  User Agreement
Accessibility



turtle content and I've really enjoyed it. If for those level 53 and up, I highly recommend checking it out. Great drops and great quest rewards. I've got 50+ gold thus far and not even done with the quests. I did grind some of the fishmen as I needed to feed my new pet, wind serpent, but overall green drops seem a lot more abundant all around. The best part? It's not overcrowded! My entire levelin...

⬆ 21 ⬇    💬 5    ⚲    ➦ Share

😑 u/volvocarusa • Official • Promoted                                    ⋯

**You thought you were picking up one. But ended up with six. Discover the Volvo XC90 with 7 seats.**

volvocars.com                                              [ Learn More ]

⬆ Vote ⬇    💬 0    ➦ Share

😑 u/wtbrift • 16 days ago                                              ⋯

**Help configuring Call of Elements addon**

I have to say this is the least intuitive UI of all Addons I have used. Anyhow... I did search on the internet and YT but didn't any tutorial on this, so I am turning to the community for help. If anyone can offer assistance with 2 things, I would greatly appreciate it. First, with the IO open how do I set which totem I want to drop for each of the 4 types? Second, how to drag/set a button to my bar that I can press to drop the 4 that I set above? Thanks!

⬆ 7 ⬇    💬 4    ⚲    ➦ Share

😑 u/wtbrift • 21 days ago                                              ⋯

**Can horde swim safely to Stockades in twow?**

Yesterday I was in a group for Stockades with an Orc hunter. When I asked how he planned on getting to the instance without a summon, he said there was a way to swim there w/o getting killed but only in twow. I tried to look up this up on youtube and google but found nothing. Has anyone heard of this?

⬆ 20 ⬇    💬 57    ➦ Share

🟢 u/Kepabar • 16 days ago                                              ⋯

**Turtle Timers**

Is this site accurate? https://turtle-timer.vercel.app/ It shows Ony resetting in 3 days, five hours from now. My character shows it resetting in 2 days, 5 hours. I ask, because the 20 man raids reset in a few hours but don't want to get locked out for tomorrow.

⬆ 2 ⬇    💬 1    ⚲    ➦ Share

😑 u/LuckyUserOfAdblock • 16 days ago                                    ⋯

---

## Turtle WoW Team — Mysteries of Azeroth

Mysteries of Azeroth — is a story expansion made by the Turtle WoW Team, inspired by the Warcraft universe of Blizzard Entertainment.

🗓 Created Sep 10, 2018
🌐 Public

| 111K | 2.9K |
|---|---|
| Weekly visitors | Weekly contributions |

**R/TURTLEWOW RULES**

| 1 | Be respectful | ⌄ |
|---|---|---|
| 2 | Only Turtle WoW Content | ⌄ |
| 3 | Requesting for support | ⌄ |
| 4 | Posting media | ⌄ |
| 5 | Flair your posts | ⌄ |
| 6 | Low effort posts | ⌄ |

**DISCORD**

Turtle-WoW
Join us on Discord!

**POST FLAIR**

Discussion    Screenshot    Artwork
Question    Video / Media    AddOns
Meta

**LINKS**

Homepage
Forums
Report a bug
YouTube
Instagram
Twitter
Discord

**MODERATORS**

Moderator list hidden. Learn More

View all moderators

Reddit Rules   Privacy Policy   User Agreement
Accessibility

Reddit, Inc. © 2025. All rights reserved.



**reddit**

Log In

- 🏠 Home
- 🔥 Popular
- 🅰 Answers BETA
- 🔀 Explore

RECENT

- 🐢 r/turtlewow

TOPICS

- Internet Culture (Viral) ⌄
- Games ⌄
- Q&As ⌄
- Technology ⌄
- Pop Culture ⌄
- Movies & TV ⌄
- See more

RESOURCES

- About Reddit
- Advertise
- Reddit Pro BETA
- Help
- Blog
- Careers
- Press

- Communities
- Best of Reddit
- Topics

- Reddit Rules
- Privacy Policy
- User Agreement
- Accessibility

Reddit, Inc. © 2025. All rights reserved.

tomorrow.

⬆ 2 ⬇   💬 1   🏅   ↗ Share

**u/LuckyUserOfAdblock** • 16 days ago

### Resto druid prebis?

Hello, i wanted to ask if there exists a prebis list for resto druid.

⬆ 0 ⬇   💬 5   🏅   ↗ Share

**u/AdministrationOk9939** • 16 days ago

### Hunter Rework Concept

Hi all, https://forum.turtle-wow.org/viewtopic.php?t=22015 I posted my concept of a hunter rework and would love any well-thought out feedback, kind criticism appreciated:) Peace and love

⬆ 0 ⬇   💬 2   🏅   ↗ Share

**u/xFelici0us** • 15 days ago

### How long will turtle wow last now?

I heard that blizzard is aware of turtle wow and that they could be about to close the gates for the developers. Does anyone have some more specific infos about that? I wanted to continue on turtle wow, but I'm scared that it'll be done in a few months...

⬆ 0 ⬇   💬 21   🏅   ↗ Share

**u/MalaVuran123** • 16 days ago

### Update Issue

Hi folks, I downloaded Turtle WoW (its my first wow experience) but I couldnt update it. I restarted that luncher like a few times but it stucks at certain %. What should i do? https://preview.redd.it/update-issue-v0-hhlbq6nkcqqf1.png

⬆ 3 ⬇   💬 15   🏅   ↗ Share

**u/Pepegazz** • 8 days ago

### My TurtleWow HC experience as a Survival Hunter

https://preview.redd.it/my-turtlewow-hc-experience-as-a-survival-hunter-v0-8cmf8z5rxasf1.png So I started Turtle WoW about 3 weeks ago and decided to go Hardcore mode, because it just feels more immersive and serious to me. I've played a lot of normal Classic before, so i wanted something fresh. I rolled a melee hunter since that was the most appealing option for me – and honestly, it turned out to be the best Classic WoW experience I've ever had. I didn't group up at all...

⬆ 20 ⬇   💬 8   🏅   ↗ Share

Lingo  **u/HelloLingo_US** • Promoted

### If breakfast leaves you sluggish, it could be your glucose crashing. Try Lingo, the glucose wearable, so you can learn how to build healthier habits that work for you. Starting at $49.

Lingo PRESENTS

---

**Turtle WoW Team — Mysteries of Azeroth**

Mysteries of Azeroth — is a story expansion made by the Turtle WoW Team, inspired by the Warcraft universe of Blizzard Entertainment.

🏷 Created Sep 10, 2018
🌐 Public

**111K**
Weekly visitors

**2.9K**
Weekly contributions

**R/TURTLEWOW RULES**

| 1 | Be respectful | ⌄ |
| 2 | Only Turtle WoW Content | ⌄ |
| 3 | Requesting for support | ⌄ |
| 4 | Posting media | ⌄ |
| 5 | Flair your posts | ⌄ |
| 6 | Low effort posts | ⌄ |

**DISCORD**



Turtle-WoW — Join us on Discord!

**POST FLAIR**

Discussion   Screenshot   Artwork
Question   Video / Media   AddOns
Meta

**LINKS**

Homepage

Forums

Report a bug

YouTube

Instagram

Twitter

Discord

**MODERATORS**
Moderator list hidden. Learn More

View all moderators

Reddit Rules   Privacy Policy   User Agreement
Accessibility

Document title: Turtle WoW Team — Mysteries of Azeroth
Capture URL: https://www.reddit.com/r/turtlewow/
Capture timestamp (UTC): Wed, 08 Oct 2025 19:01:16 GMT

Page 131 of 140



Turtle WoW Team — Mysteries of Azeroth

Mysteries of Azeroth — is a story expansion made by the Turtle WoW Team, inspired by the Warcraft universe of Blizzard Entertainment.

Created Sep 10, 2018

Public

**111K** Weekly visitors   **2.9K** Weekly contributions

**R/TURTLEWOW RULES**

1  Be respectful
2  Only Turtle WoW Content
3  Requesting for support
4  Posting media
5  Flair your posts
6  Low effort posts

**DISCORD**

**POST FLAIR**

Discussion   Screenshot   Artwork   Question   Video / Media   AddOns   Meta

**LINKS**

Homepage
Forums
Report a bug
YouTube
Instagram
Twitter
Discord

hellolingo.com                              **Learn More**

⬆ Vote ⬇        💬 0        ↪ Share

u/Expensive-Mixture-21 • 16 days ago

**Tel'Abim Horde Guilds**

I'm relatively new, just finished my first to 60. I have joined a couple guilds but I don't think I've found the right one yet. I played vanilla the first time around up to MC clear with Warlord pvp rank before TBC released and competitively raiding expansions up to WoTLK. What I would like to find is a fun group of friends to progress through ZG and MC level of content and collect the gear from where my first journey in this game left off. What I don't want is to be hurried into...

⬆ 2 ⬇        💬 17        🏆        ↪ Share

u/LeRouge_et_LeNoir • 1 mo. ago

**The new duck pet reminded me of something, so I made this...**

Video / Media

⬆ 20 ⬇        💬 2        🏆        ↪ Share

u/Vegetable_Cloud3609 • 16 days ago

**Need help for Duo playing due to Druid spawn zone**

I've recently started to play on TurtleWow and I have 12lvl Warlock as well. There is barely no quest across Elwynn Forest as far as I see. So, my brother also has created an account and a Druid char but haven't played much. As I see, he starts somewhere else outside of Stormwind. His char just freshman -2/3lvl- and of course he's trying to leveling and he will keep it. When he will come to around Stormwind naturally based on quesline, so we can play together. May he skip all of Druid are...

Question

**MODERATORS**

Moderator list hidden. Learn More

**View all moderators**

Reddit Rules  Privacy Policy  User Agreement
Accessibility



Document title: Turtle WoW Team — Mysteries of Azeroth
Capture URL: https://www.reddit.com/r/turtlewow/
Capture timestamp (UTC): Wed, 08 Oct 2025 19:01:16 GMT

Page 133 of 140







1440p monitor, but then also brings the resolution down to 1920x1080. It also...

Question

**↑ 1 ↓**    💬 **2**    ⊘    ↪ Share

u/Bertuke • 17 days ago    ...

### Can prot war pvp?

Im lvling warrior(33 lvl). Wanna go for prot but holding myself because for raids in future, i know i probably can't tank it because there are already guild leaders/exp players for it. But just wondered if prot warrior can pvp?i might go for it.

**↑ 5 ↓**    💬 **7**    ⊘    ↪ Share

u/Wextial • 17 days ago    ...

### pfQuest showing already completed quest.

I just logged to play just to see that pfQuest is showing quest in the minimap that I've already completed. I have tried to reset everything but it's not working. Anyone knows how to fix it?

**↑ 8 ↓**    💬 **7**    ⊘    ↪ Share

u/trumoi • 10 days ago    ...

### How are the Survival Hunters?

Hey y'all, I am trying to install right now and psyched to try out the server now. Hoping to enjoy a High-Elf and do a classic dual-sword kind of build, maybe aiming to roleplay a kind of dashing swashbuckler type thing. So I haven't tried the server before and haven't played WoW in over a decade, which class do you think would be best in the current state of Turtle-WoW? I was eyeing the Hunter because I saw they tried to make Survival Hunters, and by extension melee hunters, more...

Question

**↑ 19 ↓**    💬 **37**    ⊘    ↪ Share

u/Evilchin • 16 days ago    ...

### Turtle wow game?

I have been a Wow player for 1 year and lately I see a lot of people playing this. but I also see people saying that this game has little left because of the lawsuits. what I do? Do you recommend playing it or should I stick to the original wow?

**↑ 0 ↓**    💬 **20**    ⊘    ↪ Share

u/OreIdaPotatoes • Promoted    ...

### Did Ore-Ida just incept a hash brown craving? Oops. Our bad.

## Turtle WoW Team — Mysteries of Azeroth

Mysteries of Azeroth — is a story expansion made by the Turtle WoW Team, inspired by the Warcraft universe of Blizzard Entertainment.

🗓 Created Sep 10, 2018
🌐 Public

**111K**          **2.9K**
Weekly visitors    Weekly contributions

### R/TURTLEWOW RULES

| 1 | Be respectful | ⌄ |
| 2 | Only Turtle WoW Content | ⌄ |
| 3 | Requesting for support | ⌄ |
| 4 | Posting media | ⌄ |
| 5 | Flair your posts | ⌄ |
| 6 | Low effort posts | ⌄ |

### DISCORD

Turtle-WoW
Join us on Discord!

### POST FLAIR

Discussion    Screenshot    Artwork

Question    Video / Media    AddOns

Meta

### LINKS

Homepage

Forums

Report a bug

YouTube

Instagram

Twitter

Discord

### MODERATORS

Moderator list hidden. Learn More

View all moderators

Reddit Rules  Privacy Policy  User Agreement
Accessibility

Home
Popular
Answers BETA
Explore

RECENT
r/turtlewow

TOPICS
Internet Culture (Viral)
Games
Q&As
Technology
Pop Culture
Movies & TV
See more

RESOURCES
About Reddit
Advertise
Reddit Pro BETA
Help
Blog
Careers
Press
Communities
Best of Reddit
Topics

Reddit Rules
Privacy Policy
User Agreement
Accessibility

Reddit, Inc. © 2025. All rights reserved.



krafheinz.com                                            **Shop Now**

⬆ Vote ⬇        💬 0        ↗ Share

u/Elver_Galargas-07 • 24 days ago                                    ...

### I can't launch Turtle WoW for some reason.

Question

⬆ 19 ⬇        💬 43        🔖        ↗ Share

u/klungo92 • 17 days ago                                    ...

### Hemo Rogue - Raid Requirement?

Obviously it's classic so not actually "required" but does every raid ideally go for atleast 1 hemo rogue to maintain the 4% physical dmg taken debuff & imp EA? I've been enjoying assass but instant psn is literally 55% of my dmg so playing against elementals who are immune to it is debilitating. Trying to get an idea for what my viable raid spec will be

⬆ 1 ⬇        💬 4        🔖        ↗ Share

u/aranarius • 17 days ago                                    ...

### Hyjal guide

Can someone clarify for me what to do in Hyjal after 60 ? What to farm and why and is it worth it ?
I know that there is some EC raid attune questline but beside that i know nothing

Discussion

⬆ 5 ⬇        💬 11        🔖        ↗ Share

u/LiamLaMenace • 17 days ago                                    ...

### tooltip does not appear

Hello, I play on Twow and the character tooltip no longer appears (when I hover my cursor over a player or an NPC, no tooltip opens) but the tooltip for objects, spells, etc. works. nothing in the parameters that indicates which ones are disabled do you have a command that works?

Discussion

⬆ 3 ⬇        💬 0        🔖        ↗ Share

---

### Turtle WoW Team — Mysteries of Azeroth

Mysteries of Azeroth — is a story expansion made by the Turtle WoW Team, inspired by the Warcraft universe of Blizzard Entertainment.

🗓 Created Sep 10, 2018
🌐 Public

**111K**          **2.9K**
Weekly visitors    Weekly contributions

**R/TURTLEWOW RULES**

1  Be respectful                              ⌄
2  Only Turtle WoW Content                     ⌄
3  Requesting for support                      ⌄
4  Posting media                               ⌄
5  Flair your posts                            ⌄
6  Low effort posts                            ⌄

**DISCORD**

Turtle-WoW
Join us on Discord!

**POST FLAIR**

Discussion    Screenshot    Artwork
Question    Video / Media    AddOns
Meta

**LINKS**

Homepage
Forums
Report a bug
YouTube
Instagram
Twitter
Discord

**MODERATORS**

Moderator list hidden. Learn More

**View all moderators**

Reddit Rules  Privacy Policy  User Agreement
Accessibility

Reddit, Inc. © 2025. All rights reserved.

---





usnavy.jebbit.com    Learn More

⬆ Vote ⬇    💬 0    ↗ Share

u/Lunarmeteor · 27 days ago                                    ⋯

**No one running new leveling dungeons? Is there a discord for dungeons?**

Spent a good 4 hours in chat channels, general chat, zone chat, and the LFG tool for stormwrought castle and crescent grove with zero bites. Is there a community discord for this stuff?

`Discussion`

⬆ 18 ⬇    💬 47    ⟳    ↗ Share

u/East-Artist1924 · 20 days ago                               ⋯

**Seeing heal numbers twice on targets caused - by superwow**

`Question`

---

**Turtle WoW Team — Mysteries of Azeroth**

Mysteries of Azeroth — is a story expansion made by the Turtle WoW Team, inspired by the Warcraft universe of Blizzard Entertainment.

🔖 Created Sep 10, 2018
🌐 Public

**111K** Weekly visitors    **2.9K** Weekly contributions

**R/TURTLEWOW RULES**

1  Be respectful                        ⌄
2  Only Turtle WoW Content              ⌄
3  Requesting for support              ⌄
4  Posting media                       ⌄
5  Flair your posts                    ⌄
6  Low effort posts                    ⌄

**DISCORD**

**POST FLAIR**

`Discussion`  `Screenshot`  `Artwork`
`Question`  `Video / Media`  `AddOns`
`Meta`

**LINKS**

Homepage
Forums
Report a bug
YouTube
Instagram
Twitter
Discord

**MODERATORS**

Moderator list hidden. Learn More

View all moderators

Reddit Rules  Privacy Policy  User Agreement
Accessibility
Reddit, Inc. © 2025. All rights reserved.

Document title: Turtle WoW Team — Mysteries of Azeroth
Capture URL: https://www.reddit.com/r/turtlewow/
Capture timestamp (UTC): Wed, 08 Oct 2025 19:01:16 GMT

Page 139 of 140



Document title: Turtle WoW Team — Mysteries of Azeroth
Capture URL: https://www.reddit.com/r/turtlewow/
Capture timestamp (UTC): Wed, 08 Oct 2025 19:01:16 GMT

Page 140 of 140

# EXHIBIT 5

# ANNEX B

**ICANN|LOOKUP**

# Registration data lookup tool

Enter a domain name or an Internet number resource (IP Network or ASN)

Frequently Asked Questions (FAQ)

turtle-wow.org

Lookup

By submitting any personal data, I acknowledge and agree that the personal data submitted by me will be processed in accordance with the ICANN Privacy Policy, and agree to abide by the website Terms of Service and the registration data lookup tool Terms of Use.

For additional information on ICANN Accredited Registrars including website and contact information, please visit https://www.icann.org/en/accredited-registrars.

If the registration data you are seeking is not provided in the lookup results, please use the Registration Data Request Service (RDRS) to submit a request for nonpublic registration data. RDRS is intended for use by requestors with a legitimate interest in accessing nonpublic registration data.

## Domain Information

**Name:** turtle-wow.org

**Internationalized Domain Name:** turtle-wow.org

**Domain Status:**
clientTransferProhibited

**Nameservers:**
vita.ns.cloudflare.com
will.ns.cloudflare.com

### Dates

**Registry Expiration:** 2026-07-06 09:20:41 UTC

**Updated:** 2025-06-11 09:41:54 UTC

**Created:** 2018-07-06 09:20:41 UTC

## Contact Information

### Registrant:

**Handle:** be7cdb7ffdb645e2bf0d08da45870b66-Namech

**Name:** Redacted for Privacy

**Organization:** Privacy service provided by Withheld for Privacy ehf

**Email:** 57280614a5104b98af01a9ec710b4588.protect@withheldforprivacy.com

**Phone:** tel:+354.4212434

**Mailing Address:** Kalkofnsvegur 2, Reykjavik, Capital Region, 101

**ISO-3166 Code:** IS

*Redacted for privacy:*
*some of the data in this object has been removed.*

### Administrative:

**Handle:** 4f3ef2d6191a423b026308da4584fcba-Namech

**174**

Document title: ICANN Lookup
Capture URL: https://lookup.icann.org/en/lookup
Capture timestamp (UTC): Thu, 18 Sep 2025 13:21:22 GMT

*Redacted for privacy:*
*some of the data in this object has been removed.*

## Administrative:

**Handle:** 4f3ef2d6191a423b026308da4584fcba-Namech

**Name:** Redacted for Privacy

**Organization:** Privacy service provided by Withheld for Privacy ehf

**Email:** 57280614a5104b98af01a9ec710b4588.protect@withheldforprivacy.com

**Phone:** tel:+354.4212434

**Mailing Address:** Kalkofnsvegur 2, Reykjavik, Capital Region, 101

**ISO-3166 Code:** IS

*Redacted for privacy:*
*some of the data in this object has been removed.*

## Technical:

**Handle:** 8c070d298f474d50a82d08da4583ec5e-Namech

**Name:** Redacted for Privacy

**Organization:** Privacy service provided by Withheld for Privacy ehf

**Email:** 57280614a5104b98af01a9ec710b4588.protect@withheldforprivacy.com

**Phone:** tel:+354.4212434

**Mailing Address:** Kalkofnsvegur 2, Reykjavik, Capital Region, 101

**ISO-3166 Code:** IS

*Redacted for privacy:*
*some of the data in this object has been removed.*

## Registrar Information

**Name:** NAMECHEAP INC

**IANA ID:** 1068

**Abuse contact email:** abuse@namecheap.com

**Abuse contact phone:** tel:+1.9854014545

## DNSSEC Information

**Max sig life:** 1

**Delegation Signed:** Signed

**Delegation Signer Data:**
Key Tag: 2371
Algorithm: 13
Digest Type: 2
Digest: 1C4E1E0E0BDC8301058FDFBC5F37F41FF9F1DF5DFEF6DF0FE26422B50FAED25D

## Authoritative Servers

**Registry Server URL:** https://rdap.publicinterestregistry.org/rdap/domain/turtle-wow.org

**Last updated from Registry RDAP DB:** 2025-09-18T13:20:38.849Z

**Registrar Server URL:** https://rdap.namecheap.com/domain/turtle-wow.org

**Last updated from Registrar RDAP DB:** 2025-09-18T13:20:38.849Z

**175**

## Authoritative Servers

**Registry Server URL:** https://rdap.publicinterestregistry.org/rdap/domain/turtle-wow.org

**Last updated from Registry RDAP DB:** 2025-09-18T13:20:38.849Z

**Registrar Server URL:** https://rdap.namecheap.com/domain/turtle-wow.org

**Last updated from Registrar RDAP DB:** 2025-09-18T13:20:38.849Z

## Notices and Remarks

### Remarks:

**REDACTED FOR PRIVACY**

Some of the data in this object has been removed.

### Notices:

**RDAP Terms of Service**

By querying Namecheap's RDAP Domain Database, you agree to comply with Namecheap's RDAP Terms of Service, including but not limited to the terms herein, and you acknowledge and agree that your information will be used in accordance with Namecheap Privacy Policy (https://www.namecheap.com/legal/general/privacy-policy/), including that Namecheap may retain certain details about queries to our RDAP Domain Database for the purposes of detecting and preventing misuse. If you do not agree to any of these terms, do not access or use ,the RDAP Domain Database.

Although Namecheap believes the data to be reliable, you agree and acknowledge that any information provided is 'as is' without any guarantee of accuracy.

You further agree that you will:

1) Not misuse the RDAP Domain Database. It is intended solely for query-based access and should not be used for or relied upon for any other purpose.

2) Not use the RDAP Domain Database to allow, enable, or otherwise support the transmission of unsolicited, commercial advertising or solicitations.

3) Not access the RDAP Domain Database through the use of high volume, automated electronic processes that send queries or data to the systems of Namecheap, any other ICANN-accredited registrar, or any registry operator.

4) Not compile, repackage, disseminate, or otherwise use the information contained in the RDAP Domain Database in its entirety, or in any substantial portion, without our prior written permission.

5) You will only use the information contained in the RDAP Domain Database for lawful purposes.

We reserve the right to restrict or deny your access to the RDAP Domain Database if we suspect that you have failed to comply with these terms.

We reserve the right to modify this agreement at any time.

https://www.namecheap.com/legal/domains/rdap-tos/

**Status Codes**

For more information on domain status codes, please visit https://icann.org/epp

https://icann.org/epp

**RDDS Inaccuracy Complaint Form**

URL of the ICANN RDDS Inaccuracy Complaint Form: https://icann.org/wicf

https://icann.org/wicf

---

| Raw Registry RDAP Response | ⌄ |
|---|---|

| Raw Registrar RDAP Response | ⌄ |
|---|---|


Youtube


Twitter


Linkedin


Flickr


Facebook


Newsletters


Community Wiki


ICANN Blog

WHO WE ARE    CONTACT US    ACCOUNTABILITY AND    GOVERNANCE    HELP

**176**

You further agree that you will:

r any other purpose.

2) Not use the RDAP Domain Database to allow, enable, or otherwise support the transmission of unsolicited, commercial advertising or solicitations.

3) Not access the RDAP Domain Database through the use of high volume, automated electronic processes that send queries or data to the systems of Namecheap, any other ICANN-accredited registrar, or any registry operator.

4) Not compile, repackage, disseminate, or otherwise use the information contained in the RDAP Domain Database in its entirety, or in any substantial portion, without our prior written permission.

5) You will only use the information contained in the RDAP Domain Database for lawful purposes.

We reserve the right to restrict or deny your access to the RDAP Domain Database if we suspect that you have failed to comply with these terms.

We reserve the right to modify this agreement at any time.

https://www.namecheap.com/legal/domains/rdap-tos/

**Status Codes**

For more information on domain status codes, please visit https://icann.org/epp

https://icann.org/epp

**RDDS Inaccuracy Complaint Form**

URL of the ICANN RDDS Inaccuracy Complaint Form: https://icann.org/wicf

https://icann.org/wicf

---

**Raw Registry RDAP Response** ⌄

**Raw Registrar RDAP Response** ⌄

| | | | | | | |
|---|---|---|---|---|---|---|
| Youtube | Twitter | Linkedin | Flickr | Facebook | Newletters | Community Wiki | ICANN Blog |

**WHO WE ARE**
Get started
ICANN Learn
Participate
Diversity at ICANN
Groups
Board
CEO Corner
Staff
Careers
Public Responsibility

**DATA PROTECTION**
Data Privacy Practices
Privacy Policy
Terms of Service
Cookies Policy

**CONTACT US**
Locations
I Need Help
Report Security Issues
Certificate Authority
Registry Liaison
Ombuds
Complaints Office
Media

**ACCOUNTABILITY AND TRANSPARENCY**
Accountability Mechanisms
Document Disclosure
Independent Review Process
Request for Reconsideration
Empowered Community
Employee Anonymous Hotline Policy and Procedures

**GOVERNANCE**
Governance Documents
Agreements
Organizational Reviews
Annual Report
Financials
Planning
RFPs
Litigation
Correspondence

**HELP**
Dispute Resolution
Domain Name Dispute Resolution
Name Collision
ICANN Lookup

© Internet Corporation for Assigned Names and Numbers.     Privacy Policy     Terms of Service     Cookies Policy

**177**

# EXHIBIT 6

| | |
|---|---|
| **From:** | Frederic Douglas |
| **To:** | Mayer, Marc |
| **Cc:** | Bowman, Theresa; Shepherd, Hannah; Oxana Lukina; Kyle Seiss; Berkley, James |
| **Subject:** | Re: [EXTERNAL] Re: Zimmer / Turtle WoW |
| **Date:** | Friday, October 10, 2025 2:32:21 PM |

Hi there, Marc.

Mr. Zimmer understands his duty to preserve evidence, including no auto-deletion.

Mr. Zimmer does intend to defend himself aggressively, as it is his right to do so.

Still, his vigorous defense does not prevent him from making accommodations with the Plaintiff to simplify matters, when reasonable.

We will check with Mr. Zimmer as to your proposal for an expedited Rule 26(f) conference and I will get back to you on that on Tuesday, Oct. 14, 2025 (Monday being a federal holiday).

It would be good to get your client's position on voluntarily transferring this matter to the Western District of Michigan, for Mr. Josiah Zimmer's convenience and for the convenience of the parties, as he is situated there.

Otherwise, we would be contemplating the burden of making a motion to dismiss or transfer.

Meanwhile, I wish you and everyone on your end a pleasant weekend.

Fred

Frederic M. Douglas
15333 Culver Drive, Suite 340
Irvine, California 92604-3051
(949) 293-0442

fdouglas@cox.net
LinkedIn
http://www.linkedin.com/pub/frederic-douglas/17/37b/7a1
*********************************************
The contents of this e-mail message, including any attachments, are intended solely for the use of the person or entity to which the e-mail was addressed. It contains information that may be protected by the attorney-client privilege, work-product doctrine, or other privileges, and may be restricted from disclosure by applicable state and federal law. If you are not the intended recipient of this message, be advised that any dissemination, distribution, or use of the contents of this message is strictly prohibited. If you received this e-mail message in error, please e-mail fdouglas@cox.net. Please also permanently delete all copies of the original e-mail and any attached documentation. Thank you.

**179**

On Thursday, October 9, 2025 at 05:46:29 PM PDT, Mayer, Marc <mem@msk.com> wrote:

Fred:

Thanks for your email.  I think we will just have to agree to disagree.  Unless your client will agree to conduct a Rule 26 conference next week (to begin the "orderly process for discovery" that you are referring to), it seems we will have no choice but to proceed with our application.  If I understand your email, you seem to be suggesting that this "orderly process" not take place until after a ruling on your contemplated motions.

In the meantime, I am certain that you have already advised Mr. Zimmer of his obligations to preserve evidence and to ensure that none of his electronic communications are auto-deleted.  However, we have noticed that he has already made changes to his GitHub page.  So, we would just request that you make sure that he is aware of these obligations and specifically take steps to ensure that he does not delete any materials from his computer, including any communications with other members of the Turtle WoW Enterprise.

███████████████████████████████████████████████████████
█████████████████████████████████████████████.  Instead, it would appear that his primary interest is in protecting the identities of his co-defendants, delaying this lawsuit, and ensuring that the infringing private server remains active.  That is quite unfortunate.  But we trust that you will communicate to Mr. Zimmer that Blizzard does intend to pursue its claims against him, and whether it does so in California or Michigan is of no moment.



**Marc Mayer | Partner, through his professional corporation**

T: 310.312.3154 | marc.mayer@msk.com

**Mitchell Silberberg & Knupp LLP | www.msk.com**

2049 Century Park East, 18th Floor, Los Angeles, CA 90067

THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENTS. THIS MESSAGE MAY BE AN ATTORNEY-CLIENT COMMUNICATION, AND AS SUCH IS PRIVILEGED AND CONFIDENTIAL. IF THE READER OF THIS MESSAGE IS NOT AN INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY REVIEW, USE, DISSEMINATION, FORWARDING OR COPYING OF THIS MESSAGE IS STRICTLY PROHIBITED. PLEASE NOTIFY US IMMEDIATELY BY

REPLY E-MAIL OR TELEPHONE, AND DELETE THE ORIGINAL MESSAGE AND ALL ATTACHMENTS FROM YOUR
SYSTEM. THANK YOU.

---

**From:** Frederic Douglas <fdouglas@cox.net>
**Sent:** Thursday, October 9, 2025 3:31 PM
**To:** Mayer, Marc <MEM@msk.com>
**Cc:** Bowman, Theresa <tbb@msk.com>; Shepherd, Hannah <hgs@msk.com>; Oxana
Lukina <olukina@cll-law.com>; Kyle Seiss <kseiss@cll-law.com>; Berkley, James
<JDB@msk.com>
**Subject:** Re: [EXTERNAL] Re: Zimmer / Turtle WoW

Hi Marc,

Thank you for your communication in trying to clarify your client's positions and seeking to understand Mr.
Josiah Zimmer's positions.

As of today, we represent only Mr. Zimmer, and we do not represent any other named or known unnamed
defendants.

We are not attempting to "hide" or "obfuscate" the identities of known unnamed parties. Mr. Zimmer has
no obligation, at this preliminary stage, to provide Plaintiff with information about third parties.

We continue to believe that Blizzard's reliance on an *ex parte* procedure here is misplaced. Judge
Wilson's own rules, as I provided yesterday, make clear that such applications are reserved for truly
extraordinary relief. The apparent "need for speed" to identify additional anonymous users does not meet
that standard. Plaintiff chose to file its complaint when it did, naming both identified and unidentified
defendants. The Federal Rules provide an orderly process for discovery after service and a discovery
conference, such that there is no prejudice to Blizzard in proceeding under normal motion practice.

 You say the discovery requests subject to the intended ex parte application do not seek information
concerning Mr. Zimmer. I understand your statement that Mr. Zimmer is not the target of the ex parte
appeal or the intended subpoenas.

Respectfully, our concern is not limited to whether Mr. Zimmer is the "target" of the subpoenas. The way
Plaintiff has structured its case, it lumps together all defendants as part of an alleged "enterprise." The
Plaintiff's last two causes of action are RICO claims against all Defendants. Mr. Zimmer does have a valid
interest in defending himself regarding these RICO claims, including defending himself against allegations
that he is part of any enterprise or conspiring with other defendants, named or unnamed.

The subpoenas you seek will necessarily be framed against the backdrop of those allegations. So long as
Blizzard claims that Mr. Zimmer is part of a RICO enterprise or conspiracy, any improper procedures
against fellow defendants implicate Mr. Zimmer's interests. For that reason, his interests are prejudiced
by the approach you propose.

On personal jurisdiction: the point is not that it somehow "controls" whether Plaintiff can serve a subpoena
on a third party. The point is that Plaintiff filed suit in a forum where the Court lacks jurisdiction over Mr.
Zimmer. Rather than pressing ahead with ex parte efforts to enlarge the case, Plaintiff should address
that fundamental threshold issue. Mr. Zimmer is considering his option to move under Rule 12(b)(2) to
dismiss the claims against Mr. Zimmer for lack of personal jurisdiction and, in the alternative, to transfer
venue to the Western District of Michigan under Rule 12(b)(3).

Fred

Frederic M. Douglas
15333 Culver Drive, Suite 340
Irvine, California 92604-3051
(949) 293-0442

fdouglas@cox.net
LinkedIn
http://www.linkedin.com/pub/frederic-douglas/17/37b/7a1
*********************************************
The contents of this e-mail message, including any attachments, are
intended solely for the use of the person or entity to which the e-mail
was addressed. It contains information that may be protected by the
attorney-client privilege, work-product doctrine, or other privileges,
and may be restricted from disclosure by applicable state and federal
law. If you are not the intended recipient of this message, be advised
that any dissemination, distribution, or use of the contents of this
message is strictly prohibited. If you received this e-mail message in
error, please e-mail fdouglas@cox.net. Please also permanently delete
all copies of the original e-mail and any attached documentation. Thank
you.

On Wednesday, October 8, 2025 at 07:03:08 PM PDT, Mayer, Marc <mem@msk.com> wrote:

Fred –

Thank you for your email.

Your position on the expedited Doe discovery application is noted.

However, we are perplexed by your client's position.  Of course, since we already have
identified your client (and several other individuals and entities), the purpose of the
application is not to seek discovery on your client.  The application is limited in scope and
will seek only information sufficient to identify additional anonymous individuals who we
have reason to believe are part of the Turtle WoW Enterprise so that we may add such
individuals to the complaint and serve them with process.

**182**

To be clear, we do not intend to seek discovery at this time concerning your client or his business activities, such as communications between Mr. Zimmer and other participants in the Enterprise.  Thus, we do not understand how your client would be prejudiced or impacted in any manner by the third party discovery request.  We also do not understand how issues of personal jurisdiction over Mr. Zimmer have any bearing on this matter.  If you could explain how the request impacts your client, we would appreciate it.  We assume that you are representing only Mr. Zimmer in this action, and not any of the other defendants (and thus are representing Mr. Zimmer's interests and not those of other unnamed parties).  We also assume that you are not seeking to hide or obfuscate the identities of these unnamed parties.  However, if that is not the case, please let us know which additional defendants you or your co-counsel represent.

We also are confused by your statement that Blizzard somehow prematurely filed this action because it included "Doe" defendants.  As you certainly must know, copyright infringement lawsuits involving online actors frequently include "Doe" defendants, since individuals who participate in unlawful activities online usually act anonymously through handles, usernames, or other pseudonyms – as is the case here.   Thus, Courts routinely permit third-party discovery to identify such individuals.  These individuals, should they so choose, will have an opportunity to defend themselves in the action.

Finally, we note your objection to proceeding on an ex parte basis.  In this case, it is necessary for us to proceed in this manner, since a noticed motion could not be heard until November 17, at the earliest.  Moreover, the parties potentially impacted by our application have not appeared in the case and thus cannot be served with the Motion.  (As noted, your client is not impacted by this application).  But, so that we understand your position, are you prepared to represent that your client would not oppose a motion for early third-party discovery if presented as a noticed motion?  Also, are you representing that your client possesses information about the identity of the defendants and will provide that information in discovery?

We would appreciate if you could provide us with some clarification on these points.  Otherwise, we will (of course) serve you with the application as soon as it is filed.  We also will confirm in our application that we are not seeking discovery on (or specifically concerning) your client, as we are well aware of his identity and his involvement with the Enterprise.

Thank you.



**Marc Mayer | Partner, through his professional corporation**

**183**

T: 310.312.3154 | marc.mayer@msk.com

**Mitchell Silberberg & Knupp LLP** | **www.msk.com**

2049 Century Park East, 18th Floor, Los Angeles, CA 90067

THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENTS. THIS MESSAGE MAY BE AN ATTORNEY-CLIENT COMMUNICATION, AND AS SUCH IS PRIVILEGED AND CONFIDENTIAL. IF THE READER OF THIS MESSAGE IS NOT AN INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY REVIEW, USE, DISSEMINATION, FORWARDING OR COPYING OF THIS MESSAGE IS STRICTLY PROHIBITED. PLEASE NOTIFY US IMMEDIATELY BY REPLY E-MAIL OR TELEPHONE, AND DELETE THE ORIGINAL MESSAGE AND ALL ATTACHMENTS FROM YOUR SYSTEM. THANK YOU.

**From:** Frederic Douglas <fdouglas@cox.net>
**Sent:** Wednesday, October 8, 2025 4:38 PM
**To:** Mayer, Marc <MEM@msk.com>
**Cc:** Bowman, Theresa <tbb@msk.com>; Shepherd, Hannah <hgs@msk.com>; Oxana Lukina <olukina@cll-law.com>; Kyle Seiss <kseiss@cll-law.com>
**Subject:** Re: [EXTERNAL] Re: Zimmer / Turtle WoW

Hi Marc,

Thanks for circling back.

Again, thanks to you and your client for the waiver of service option for our client, Josiah Zimmer.

I am copying here two attorneys in addition to myself who are representing Defendant Josiah Zimmer:

Oxana Lukina and Kyle Seiss.

I submitted their applications for pro hac vice admission today.
I would appreciate it if you would include them in all communications going forward.

Regarding your intended ex parte application for third-party discovery, Defendant Josiah Zimmer opposes such ex parte application.

We do not understand the exigency such that ordinary motion practice should be discarded.

We believe that Plaintiff should have inquired into such information before filing the litigation and that ordinary discovery according to the schedule in the Federal Rules of Civil Procedure should accord Plaintiff the ability to conduct discovery once ordinarily authorized.

**184**

For your convenience, I draw your attention to Judge Stephen V. Wilson's instructions as to ex parte applications:

"Procedures for filing an ex parte application:

1. Ex parte applications are considered on the papers and are not set for hearing. Counsel are advised to file and serve their ex parte applications as soon as they realize that extraordinary relief is necessary. Counsel are advised that this Court allows ex parte applications solely for extraordinary relief - sanctions may be imposed for misuse of ex parte applications. **See In Re: Intermagnetics America, Inc.**, 101 Bankr. 191 (C.D. Cal. 1989). The requesting party shall notify the responding party that opposing papers must be filed not later than 3:00 p.m. on the first business day succeeding the day the ex parte was **served**. If counsel are not going to oppose an ex parte application, they must inform the clerk at 213-894-2881. Counsel will be notified by the clerk of the Court's ruling."

Available at https://apps.cacd.uscourts.gov/Jps/honorable-stephen-v-wilson.

It seems that Plaintiff prematurely named and sued defendants without ascertaining their identities or specifying who the defendants are specifically. Plaintiff seems to be improperly relying on one individual residing in Michigan, over whom the Court lacks personal jurisdiction, to obtain discovery regarding the identities of other defendants.

████████████████████████████████████████████████

████████████████████████████████████

Fred

Frederic M. Douglas
15333 Culver Drive, Suite 340
Irvine, California 92604-3051
(949) 293-0442

fdouglas@cox.net
LinkedIn
http://www.linkedin.com/pub/frederic-douglas/17/37b/7a1
******************************************

The contents of this e-mail message, including any attachments, are intended solely for the use of the person or entity to which the e-mail was addressed. It contains information that may be protected by the attorney-client privilege, work-product doctrine, or other privileges, and may be restricted from disclosure by applicable state and federal law. If you are not the intended recipient of this message, be advised

that any dissemination, distribution, or use of the contents of this message is strictly prohibited. If you received this e-mail message in error, please e-mail fdouglas@cox.net. Please also permanently delete all copies of the original e-mail and any attached documentation. Thank you.

On Wednesday, October 8, 2025 at 10:48:38 AM PDT, Mayer, Marc <mem@msk.com> wrote:

Fred:

In the meantime, we wanted to provide you with notice that this Friday we will be filing an *ex parte* application for leave to conduct expedited third-party discovery.  We intend to subpoena various third party social networks and internet service providers for information concerning the identities of the owners and operators of Turtle WoW, including the "Doe" defendants.   Please let us know as soon as possible whether your client will oppose our request so that we may advise the Court as to your position.

Additionally, we request that if your client is in possession of contact information for "Torta," or believes that we have misidentified Torta as Julia Savko (as he has claimed in online postings), he provide us with any information in his possession so that we may either amend our complaint or effectuate service.  As you know, he will be required to disclose this information in discovery and/or in his initial disclosures.

Thanks.



**Marc Mayer | Partner, through his professional corporation**

T: 310.312.3154 | marc.mayer@msk.com

**Mitchell Silberberg & Knupp LLP | www.msk.com**

**186**

2049 Century Park East, 18th Floor, Los Angeles, CA 90067

THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENTS. THIS MESSAGE MAY BE AN ATTORNEY-CLIENT COMMUNICATION, AND AS SUCH IS PRIVILEGED AND CONFIDENTIAL. IF THE READER OF THIS MESSAGE IS NOT AN INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY REVIEW, USE, DISSEMINATION, FORWARDING OR COPYING OF THIS MESSAGE IS STRICTLY PROHIBITED. PLEASE NOTIFY US IMMEDIATELY BY REPLY E-MAIL OR TELEPHONE, AND DELETE THE ORIGINAL MESSAGE AND ALL ATTACHMENTS FROM YOUR SYSTEM. THANK YOU.

---

**From:** Frederic Douglas <fdouglas@cox.net>
**Sent:** Wednesday, October 1, 2025 1:01 PM
**To:** Mayer, Marc <MEM@msk.com>
**Cc:** Bowman, Theresa <tbb@msk.com>
**Subject:** [EXTERNAL] Re: Zimmer / Turtle WoW

Marc Mayer,

Thank you very much to you and your client for providing this waiver of service.

I attach it, signed by myself.

Looking forward to further conversations.

Fred

Frederic M. Douglas
15333 Culver Drive, Suite 340
Irvine, California 92604-3051
(949) 293-0442

fdouglas@cox.net
LinkedIn
http://www.linkedin.com/pub/frederic-douglas/17/37b/7a1
*********************************************
The contents of this e-mail message, including any attachments, are intended solely for the use of the person or entity to which the e-mail was addressed. It contains information that may be protected by the attorney-client privilege, work-product doctrine, or other privileges, and may be restricted from disclosure by applicable state and federal law. If you are not the intended recipient of this message, be advised that any dissemination, distribution, or use of the contents of this message is strictly prohibited. If you received this e-mail message in error, please e-mail fdouglas@cox.net. Please also permanently delete all copies of the original e-mail and any attached documentation. Thank you.

On Tuesday, September 30, 2025 at 06:31:39 PM PDT, Mayer, Marc <<mem@msk.com>> wrote:

Fred:

Thanks for taking the time to speak with us today.

As discussed, attached is a waiver of service for Mr. Zimmer.  Please return this to us at your earliest convenience and we will have it filed with the Court.



**Marc Mayer | Partner, through his professional corporation**

T: 310.312.3154 | marc.mayer@msk.com

**Mitchell Silberberg & Knupp LLP | www.msk.com**

2049 Century Park East, 18th Floor, Los Angeles, CA 90067

THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENTS. THIS MESSAGE MAY BE AN ATTORNEY-CLIENT COMMUNICATION, AND AS SUCH IS PRIVILEGED AND CONFIDENTIAL. IF THE READER OF THIS MESSAGE IS NOT AN INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY REVIEW, USE, DISSEMINATION, FORWARDING OR COPYING OF THIS MESSAGE IS STRICTLY PROHIBITED. PLEASE NOTIFY US IMMEDIATELY BY REPLY E-MAIL OR TELEPHONE, AND DELETE THE ORIGINAL MESSAGE AND ALL ATTACHMENTS FROM YOUR SYSTEM. THANK YOU.