# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLIZZARD ENTERTAINMENT, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>TURTLE WOW, an entity of unknown form; AFKCRAFT LIMITED, a Hong Kong Company; YULIA SAVKO a/k/a JULIA SAVKO a/k/a Torta and Shenna, an individual; ERIC MAUSER a/k/a Shagu and Meph1s, an individual; JOSIAH ZIMMER a/k/a Akalix, an individual; STEFAN KOSTOV a/k/a brotalnia, an individual, JESSE LAUTENBACK a/k/a Niralthas, an individual, COSMIN POP a/k/a xerron, an individual, JAMEY DIEPBRINK a/k/a Jamma an individual, MAROS BETKO a/k/a Haaxor, an individual, MARCO KRETAS a/k/a MARCO KAPTEIN a/k/a Kruxis, an individual; ALEX JULEV a/k/a PepeSmite, an individual; and DOES 1 through 10, inclusive,,<br><br>Defendants. | CASE NO. 2:25-cv-08194-SVW (SK*x*)<br><br>[Assigned to Honorable Stephen V. Wilson]<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S *EX PARTE* APPLICATION OF PLAINTIFF BLIZZARD ENTERTAINMENT, INC. FOR LIMITED EARLY DISCOVERY TO IDENTIFY DOE DEFENDANTS**<br><br>Complaint Filed: August 29, 2025 |

Mitchell Silberberg & Knupp LLP

21102256.1

**[PROPOSED ORDER]**

The Court has reviewed and considered the *Ex Parte* Application Of Plaintiff Blizzard Entertainment, Inc. ("Blizzard") For Limited Early Discovery to Identify Doe Defendants. After considering the E*x Parte* Application and related materials, the Court finds that good cause exists for the requested limited third party discovery. Accordingly, the Court hereby GRANTS the *ex parte* application, and orders as follows:

1. Blizzard may serve limited subpoenas upon the following entities for the purposes of identifying Doe Defendants and to confirm the identities and contact information of unserved defendants and any additional necessary parties: **(1) Google LLC, dba YouTube, LLC; (2) X Corp.; (3) Reddit, Inc; (4) Paypal, Inc.; (5) Payment Wall; (6) Namecheap, Inc.; (7) Meta Platforms, Inc., dba Instagram; (8) Github, Inc.; (9) Discord, Inc.; (10) Cloudfare, Inc.; (11) Linkedin, Inc.; (12) Unreal Engine (Epic Games, Inc.); (13) SoundCloud, Inc.; (14) Spotify USA, Inc.; (15) Apple, Inc. dba Apple Music.**

2. Blizzard shall provide the subpoenaed third parties with not less than 21 days to respond to any subpoenas.

3. Should Blizzard require that additional subpoenas be issued and served prior to the opening of discovery in this action, it may seek leave of this Court to do so.

DATED: _____

                                              Honorable Stephen V. Wilson
                                              United States District Court Judge