1 | MARC E. MAYER (SBN 190969)
    mem@msk.com
2 | HANNAH G. SHEPHERD (SBN 347611)
    hgs@msk.com
3 | MITCHELL SILBERBERG & KNUPP LLP
    2049 Century Park East, 18th Floor
4 | Los Angeles, CA 90067-3120
    Telephone: (310) 312-2000
5 | Facsimile: (310) 312-3100

6 | THERESA B. BOWMAN (*pro hac*)
    tbb@msk.com
7 | MITCHELL SILBERBERG & KNUPP LLP
    1818 N St., NW
8 | Washington, D.C. 20036
    Telephone: (202) 470-2752
9 | Facsimile: (202) 470-2776

10 | Attorneys for Blizzard Entertainment, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| BLIZZARD ENTERTAINMENT, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>TURTLE WOW, an entity of unknown form; AFKCRAFT LIMITED, a Hong Kong Company; YULIA SAVKO a/k/a JULIA SAVKO a/k/a Torta and Shenna, an individual; ERIC MAUSER a/k/a Shagu and Meph1s, an individual; JOSIAH ZIMMER a/k/a Akalix, an individual; STEFAN KOSTOV a/k/a brotalnia, an individual, JESSE LAUTENBACK a/k/a Niralthas, an individual, COSMIN POP a/k/a xerron, an individual, JAMEY DIEPBRINK a/k/a Jamma an individual, MAROS BETKO a/k/a Haaxor, an individual, MARCO KRETAS a/k/a MARCO KAPTEIN a/k/a Kruxis, an individual; ALEX JULEV a/k/a PepeSmite, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 2:25-cv-08194-RAO<br><br>Judge: Hon. Rozella A. Oliver<br><br>**AFFIDAVIT OF DUE DILIGENCE**<br><br>Complaint Filed: August 29, 2025 |
|---|---|

**AFFIDAVIT OF DUE DILIGENCE**

21081710.1

## AFFIDAVIT OF DUE DILIGENCE

I, TIN SHING ALBERT TSUI, declare:

1. I am a solicitor of the High Court of the Hong Kong Special Administrative Region and the Managing Partner of Anjie Broad Law Firm, LLP ("Anjie Broad"). I am authorized by the Plaintiff Blizzard Entertainment, Inc. ("Blizzard") to make this Affirmation on its behalf.

2. The facts affirmed herein are within my personal knowledge or have been gleaned from documents in my possession of which I have access to or from my office. The facts affirmed are true to the best of my knowledge, information, and belief.

3. Anjie Broad was recently instructed by Marc Mayer and Hannah Shepherd, Esq. of Mitchell Silberberg & Knupp, counsel for the Plaintiff, to serve upon the Defendant AFKCraft Limited, a Hong Kong Company ("AFKCraft"), certain documents pertaining to the case at bar pursuant to Article 10(b) of the Hague Convention.

4. Therefore, on or around September 29, 2025, I instructed my colleague Shang, Zi Yan to attend the registered office address of AFKCraft Limited at Room 5003, 5/f, Yau Lee Centre, 45 Hoi Yuen Road, Kwun Tong Hong Kong (the "Registered Office") for the purpose of serving the following documents pertaining to the case at bar:

    a. Complaint

    b. Summons

5. After knocking on the door multiple times, Shang did not receive any response. Subsequently, she went to the Kwun Tong Post Office, and sent the summons and complaint by mail with return receipt requested. A true and correct copy of the proof of service verifying service of the complaint and summons is attached hereto as Exhibit A.

6. On or around October 2, 2025, I mailed the following documents to the Registered Office the purpose of serving the following documents pertaining to the case at bar:

    a. Report On The Filing Or Determination Of An Action Or Appeal Regarding A Copyright;

    b. Corporate Disclosures;

    c. Judge Rozella Oliver's Initial Standing Order

7. A true and correct copy of the proof of service verifying service of the report on the filing or determination of an action regarding copyright, corporate disclosures and standing order is attached hereto as Exhibit B.

**The Relevant Hague Convention Article and Hong Kong Law**

8. Article 10 of the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, Nov. 15, 1965, 20 U.S.T. 361, 658 U.N.T.S 163 (Convention) states: "Provided the State of Destination does not object, the present Convention shall not interfere with a) the freedom to send judicial documents, by postal channels, directly to persons abroad, b) the freedom of judicial officers, officials, or other competent persons of the state of origin to effect service of judicial documents directly through the judicial officers, officials or other competent persons of the State of destination, c) the freedom of any person interested in a judicial proceeding to effect service of judicial documents directly through the judicial officers, officials or other competent persons of the State of destination."

9. Hong Kong is a contracting state to the Hague Convention and has made the following declaration: "With reference to the provisions of paragraphs (b) and (c) of Article 10 of the Convention, documents sent for service through official channels will be accepted in Hong Kong only by the central or additional authority and only from judicial, consular or diplomatic officers of other

Contracting States."[1]

10. The above declaration does not prohibit, and in fact, permits service through a private agent. This is confirmed based on (i) the responses for contracting parties to the Questionnaire on the Hague Convention on the Service Abroad of Judicial or Extrajudicial Documents in Civil or Commercial Matters[2] and the (ii) Hague Conference on Private International Law, China (Hong Kong) - Other Authority (Art. 18) & Practical Information.[3] Both of these documents state that "a private agent (usually a firm of solicitors) may be appointed directly to effect service" under Article 10(b) of the Convention.

11. Under Hong Kong law, service of legal proceedings on companies is prescribed by, inter alias, Section 827 of the Companies Ordinance, Chapter 622, which states that "A document may be served on a company by leaving it at, or sending it by post to, the company's registered office."

12. In this circumstance, I conclude that valid service of process in this matter has been effected on AFKCraft according to the laws of the Hong Kong Special Administrative Region, and pursuant to Article 10(b) of the Hague Service Convention.

---

[1] *See* Declaration/Reservation/Notification of Special Administrative Region of Hong Kong (entry in force 19 July 1970), available at: https://www.hcch.net/en/instruments/conventions/status-table/notifications/?csid=393&disp=resdn (accessed October 6, 2025)

[2] *See* Summary of Responses to the 2022 Service Questionnaire – (24.2) If no objection has been made, how does this channel of transmission operate in practice? (Hong Kong SAR, available at: https://assets.hcch.net/docs/783bc7ff-ab8e-46bd-a386-42131f316f4b.pdf p. 65 (accessed October 6, 2025)

[3] *See* China (Hong Kong SAR) - Other Authority (Art. 18) & practical information, available at: https://www.hcch.net/en/states/authorities/details3/?aid=393 (accessed October 6, 2025)

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _11th_ day of October, 2025, at Beijing, China.

_____
TIN SHING ALBERT TSUI

# EXHIBIT A

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>Marc E. Mayer SBN 190969<br>MITCHELL SILBERBERG & KNUPP LLP<br>2049 Century Park East, 18th Floor<br>Los Angeles, CA 90067-3120<br>TELEPHONE NO.: (310) 312-2000   FAX NO. *(Optional)*: (310) 312-3100<br>E-MAIL ADDRESS *(Optional)*: mem@msk.com<br>ATTORNEY FOR *(Name)*: Blizzard Entertainment, Inc. | FOR COURT USE ONLY |
|---|---|
| UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA<br>STREET ADDRESS: 255 East Temple Street Los Angeles<br>MAILING ADDRESS: Los Angeles, CA 90012-3332<br>CITY AND ZIP CODE: CA 90012-333<br>BRANCH NAME: Western Division - Roybal Federal Building and Courthouse | |
| PLAINTIFF/PETITIONER: BLIZZARD ENTERTAINMENT, INC., a Delaware Corporation,<br>DEFENDANT/RESPONDENT: TURTLE WOW, an entity of unknown form; AFKCRAFT LIMITED, a Hong Kong Company; YULIA SAVKO a/k/a JULIA SAVKO a/k/a Torta and Shenna, an individual; ERIC MAUSER a/k/a Shagu and Meph1s, an individual; JOSIAH ZIMMER a/k/a Akalix, an individual; STEFAN KOSTOV a/k/a brotalnia, an individual, JESSE LAUTENBACK a/k/a Niralthas, an individual, COSMIN POP a/k/a xerron, an individual, JAMEY DIEPBRINK a/k/a Jamma an individual, MAROS BETKO a/k/a Haaxor, an individual, MARCO KRETAS a/k/a MARCO KAPTEIN a/k/a Kruxis, an individual; ALEX JULEV a/k/a PepeSmite, an individual; and DOES 1 through 10, inclusive | CASE NUMBER:<br>2:25-cv-08194 |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☐ summons
   b. ☐ complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ☐ other *(specify documents)*: Report re Copyright, Corporate Disclosure, Initial Standing Order

3. a. Party served *(specify name of party as shown on documents served)*: AFKCRAFT LIMITED
   b. ☐ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:

4. Address where the party was served: RM 5003 5/F, YAU LEE CENTRE, 45 HOI YUEN RD, KWUN TONG HONG KONG

5. I served the party (check proper box)
   a. ☐ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*:              (2) at *(time)*:
   b. ☐ **by substituted service.** On *(date)*:              at *(time)*:              I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:
      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:              from *(city)*:              or ☐ a declaration of mailing is attached.
      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10 |
|---|---|---|

7

| | |
|---|---|
| PLAINTIFF/PETITIONER: BLIZZARD ENTERTAINMENT, INC., a Delaware Corporation, | CASE NUMBER: |
| DEFENDANT/RESPONDENT: TURTLE WOW, an entity of unknown form, et al. | |

5.  c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):* OCTOBER 2, 2025      (2) from *(city):* HONG KONG

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

    (4) ☒ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. ☐ **by other means** *(specify means of service and authorizing code section):*

    ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify):*
   c. ☒ as occupant.
   d. ☐ On behalf of *(specify):*
   under the following Code of Civil Procedure section:
   
   ☐ 416.10 (corporation)      ☐ 415.95 (business organization, form unknown)
   ☐ 416.20 (defunct corporation)      ☐ 416.60 (minor)
   ☐ 416.30 (joint stock company/association)      ☐ 416.70 (ward or conservatee)
   ☐ 416.40 (association or partnership)      ☐ 416.90 (authorized person)
   ☐ 416.50 (public entity)      ☐ 415.46 (occupant)
        ☐ other:

7. **Person who served papers**
   a. Name: TSUI, TIN SHING ALBERT
   b. Address: Suite 4102, Tower One, Lippo Centre, 89 Queensway, Admiralty, Hong Kong, China
   c. Telephone number: +852 62262431
   d. **The fee** for service was: $390.00
   e. I am:
     (1) ☒ not a registered California process server.
     (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
     (3) ☐ a registered California process server:
       (i) ☐ owner    ☐ employee    ☐ independent contractor.
       (ii) Registration No.:
       (iii) County:

8. ☒ **I declare** under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: OCT 3, 2025

TSUI, TIN SHING ALBERT                    *(signature)*
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

POS-010 [Rev. January 1, 2007]      **PROOF OF SERVICE OF SUMMONS**      Page 2 of 2



9

# EXHIBIT B

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>Marc E. Mayer SBN 190969<br>MITCHELL SILBERBERG & KNUPP LLP<br>2049 Century Park East, 18th Floor<br>Los Angeles, CA 90067-3120<br>TELEPHONE NO.: (310) 312-2000   FAX NO. *(Optional)*: (310) 312-3100<br>E-MAIL ADDRESS *(Optional)*: mem@msk.com<br>ATTORNEY FOR *(Name)*: Blizzard Entertainment, Inc. | FOR COURT USE ONLY |
|---|---|
| UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA<br>STREET ADDRESS: 255 East Temple Street Los Angeles<br>MAILING ADDRESS: Los Angeles, CA 90012-3332<br>CITY AND ZIP CODE: CA 90012-333<br>BRANCH NAME: Western Division - Roybal Federal Building and Courthouse | |
| PLAINTIFF/PETITIONER: BLIZZARD ENTERTAINMENT, INC., a Delaware Corporation,<br>DEFENDANT/RESPONDENT: TURTLE WOW, an entity of unknown form; AFKCRAFT LIMITED, a Hong Kong Company; YULIA SAVKO a/k/a JULIA SAVKO a/k/a Torta and Shenna, an individual; ERIC MAUSER a/k/a Shagu and Meph1s, an individual; JOSIAH ZIMMER a/k/a Akalix, an individual; STEFAN KOSTOV a/k/a brotalnia, an individual, JESSE LAUTENBACK a/k/a Niralthas, an individual, COSMIN POP a/k/a xerron, an individual, JAMEY DIEPBRINK a/k/a Jamma an individual, MAROS BETKO a/k/a Haaxor, an individual, MARCO KRETAS a/k/a MARCO KAPTEIN a/k/a Kruxis, an individual; ALEX JULEV a/k/a PepeSmite, an individual; and DOES 1 through 10, inclusive | CASE NUMBER:<br>2:25-cv-08194 |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☐ summons
   b. ☐ complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ☐ other *(specify documents)*: Report re Copyright, Corporate Disclosure, Initial Standing Order

3. a. Party served *(specify name of party as shown on documents served)*: AFKCRAFT LIMITED
   b. ☐ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:

4. Address where the party was served: RM 5003 5/F, YAU LEE CENTRE, 45 HOI YUEN RD, KWUN TONG HONG KONG
5. I served the party (check proper box)
   a. ☐ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*:            (2) at *(time)*:
   b. ☐ **by substituted service.** On *(date)*:            at *(time)*:            I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:
      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:            from *(city)*:            **or** ☐ a declaration of mailing is attached.
      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10 |
|---|---|---|

| PLAINTIFF/PETITIONER: BLIZZARD ENTERTAINMENT, INC., a Delaware Corporation, | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: TURTLE WOW, an entity of unknown form, et al. | |

5. c. ☒ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):* OCTOBER 2, 2025      (2) from *(city):* HONG KONG

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

    (4) ☒ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. ☐ **by other means** *(specify means of service and authorizing code section):*

    ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
  a. ☐ as an individual defendant.
  b. ☐ as the person sued under the fictitious name of *(specify):*
  c. ☒ as occupant.
  d. ☐ On behalf of *(specify):*
    under the following Code of Civil Procedure section:

    ☐ 416.10 (corporation)      ☐ 415.95 (business organization, form unknown)
    ☐ 416.20 (defunct corporation)      ☐ 416.60 (minor)
    ☐ 416.30 (joint stock company/association)      ☐ 416.70 (ward or conservatee)
    ☐ 416.40 (association or partnership)      ☐ 416.90 (authorized person)
    ☐ 416.50 (public entity)      ☐ 415.46 (occupant)
                                                    ☐ other:

7. **Person who served papers**
  a. Name: TSUI, TIN SHING ALBERT
  b. Address: Suite 4102, Tower One, Lippo Centre, 89 Queensway, Admiralty, Hong Kong, China
  c. Telephone number: +852 62262431
  d. **The fee** for service was: $390.00
  e. I am:
    (1) ☒ not a registered California process server.
    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
    (3) ☐ a registered California process server:
      (i) ☐ owner    ☐ employee    ☐ independent contractor.
      (ii) Registration No.:
      (iii) County:

8. ☒ **I declare** under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: OCT 3, 2025

TSUI, TIN SHING ALBERT
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)      *(SIGNATURE)*

POS-010 [Rev. January 1, 2007]      **PROOF OF SERVICE OF SUMMONS**      Page 2 of 2



物流详情

  已签收
2025-10-03 09:22
您的快件已派送成功（前臺），如有疑问请电联快递员【陳偉華，电话：61959798】。您的体验对于我们至关重要，如果您对我们的服务有任何的想法和建议，请随时联系我们，我们一定用心倾听，全力改进，不辜负您的信任与支持。

派送中
2025-10-03 09:00
快件交给【陳偉華，联系电话：61959798】，正在派送途中（如有任何问题可先联系我，我将尽全力为您解决。您的认可，是我最大的动力！），此件为顺丰特快，收派员将尽量优先派送

运送中
2025-10-03 09:00
快件到达【觀塘鴻圖工廈順豐站，地址：观塘区鴻圖道80號鴻圖工業大廈地下1號鋪*】

2025-10-03 07:59
快件离开【香港青衣轉運中心】，已在发往【觀塘鴻圖工廈順豐站】的路上

2025-10-03 07:53
快件在【香港青衣轉運中心】完成分拣，准备发往【觀塘鴻圖工廈順豐站】

2025-10-02 22:37
快件到达【香港青衣轉運中心】

2025-10-02 18:58
快件离开【灣仔文石大廈順豐站】，已在发往【香港青衣轉運中心】的路上

2025-10-02 17:56
快件在【灣仔文石大廈順豐站】完成分拣，准备发往【香港青衣轉運中心】

已揽收
2025-10-02 17:28
顺丰速运 已收取快件，您的期待，我们定竭诚守护，不负所托。感谢您使用顺丰特快

13