Frederic M. Douglas (Calif. State Bar # 212778)
Attorney At Law
15333 Culver Drive, Suite 340
Irvine, California 92604-3051
Tel: (949) 293-0442
Fax: (949) 203-8768
fdouglas@cox.net

Kyle Seiss (*pro hac vice* pending)
kseiss@cll-law.com
Oxana Lukina (*pro hac vice* pending)
olukina@cll-law.com
Cohen, Labarbera and Landrigan, LLP
99 Brookside Avenue
Chester, New York 10918
Tel: (845) 291-1900
Fax: (845) 291-8601

Attorneys for Defendant
JOSIAH ZIMMER

## THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| BLIZZARD ENTERTAINMENT, INC., a Delaware Corporation,<br><br>              Plaintiff,<br><br>       v.<br><br>TURTLE WOW, an entity of unknown form, AFKCRAFT LIMITED, a Hong Kong Company; YULIA SAVKO a/k/a JULIA SAVKO a/k/a Torta and Shenna, an individual; ERIC MAUSER a/k/a Shagu and Meph1s, an individual; JOSIAH ZIMMER a/k/a Akalix, an individual; STEFAN KOSTOV a/k/a | Case No.: 2:25-cv-08194-SVW (SKx)<br><br>**Defendant Josiah Zimmer's Declaration in Support of Opposition to Plaintiff Blizzard Entertainment, Inc.'s *Ex Parte* Application for Limited Early Discovery to Identify Doe Defendants**<br><br>.<br>Judge: Hon. Stephen V. Wilson<br>Courtroom: 10A |

## DECLARATION OF JOSIAH ZIMMER
## - 1

brotalnia, an individual, JESSE LAUTENBACK a/k/a Niralthas, an individual, COSMIN POP a/k/a xerron, an individual, JAMEY DIEPBRINK a/k/a Jamma an individual, MAROS BETKO a/k/a Haaxor, an individual, MARCO KRETAS a/k/a MARCO KAPTEIN a/k/a Kruxis, an individual; ALEX JULEV a/k/a PepeSmite, an individual; and DOES 1 through 10, inclusive,

Defendants

I, Josiah Zimmer, declare:

1.      I am one of the named Defendants in this lawsuit. I make this declaration in opposition to Plaintiff's *ex parte* application for early discovery. The following facts are of my own personal knowledge, except matters stated on information and belief, which are duly noted. If called upon to do so, I could and would testify to the truth of the matters stated herein.

2.      I reside in Kalamazoo, Michigan, since 2023, and before that, I have resided in Augusta, Michigan, and have at all times relevant resided in Michigan. I have never resided, worked, or maintained property, offices, or bank accounts in California and have never traveled to California for any purpose related to the matters alleged in this case.

3.      I am not aware of the true identities or locations of any of the persons referred to by Plaintiff as "Doe defendants." I have never attempted to conceal, alter, or destroy any information or accounts related to this matter. Any updates made to my personal online profiles after the filing of this lawsuit were routine and unrelated to the litigation.

**DECLARATION OF JOSIAH ZIMMER**
**- 2**

4.      I have preserved all materials potentially relevant to this case and am not aware of any evidence in danger of loss or destruction. Plaintiff can pursue any discovery through the ordinary procedures of the Federal Rules of Civil Procedure after service and a Rule 26(f) conference.

5.      Plaintiff's counsel served me with a formal request for waiver of service, which I accepted. Plaintiff acknowledged that acceptance of the waiver extends my time to file responsive pleadings for sixty (60) days, and I am presently working with my attorneys to prepare those responsive pleadings within that permitted time. This further demonstrates that the litigation is proceeding in the normal course and that there is no emergency requiring expedited discovery.

6.      Based on my review of the filed complaint, the allegations referring to me appear to be made "on information and belief" and are general in nature. I am not aware of any specific act I have performed that corresponds to those allegations. The complaint's own language confirms that Blizzard relies on speculation regarding the roles of unidentified individuals, and no specific fact ties me to any alleged act of copying, hosting, or technical operation of any alleged server.

7.      To the extent Blizzard's complaint references "Defendants" collectively as "key members of a multinational business enterprise" or "software developers" (see ¶¶52–55), such allegations do not apply to me. I have never been a software developer, financial administrator, or operator of any enterprise, and I have never received any compensation for any advertisements posted in the group chats.

8.      Because I reside in Michigan, have not purposefully directed any conduct toward California, and have no knowledge or control of the unidentified individuals or entities at issue, there is no factual or legal basis for expedited or *ex parte* discovery against me or against third parties at this stage.

9.      I respectfully request that the Court deny Plaintiff's *ex parte* application and require Plaintiff to proceed through the ordinary discovery process.

**DECLARATION OF JOSIAH ZIMMER**
**- 3 -**

Pursuant to 28 U.S.C. § 1746, I, Josiah Zimmer, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 14th day of October 2025 at Kalamazoo, Michigan.

Respectfully submitted,

__/s/ *Josiah Zimmer*

Josiah Zimmer

**DECLARATION OF JOSIAH ZIMMER**

**- 4**