DANIEL M. JOSEPHSON (SBN 245895)
daniel@jurisjosephson.com
JURISJOSEPHSON, PC
9042 Garfield Avenue, Suite 101
Huntington Beach, California 92646
Telephone : (949) 512-0605

*Attorney for Defendant,*
*Afkcraft Limited*

MARC E. MAYER (SBN 190969)
mem@msk.com
MITCHELL SILBERBERG & KNUPP
LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067-3120
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

THERESA B. BOWMAN (admitted pro
hac vice)
tbb@msk.com
MITCHELL SILBERBERG & KNUPP
LLP
1818 N St., NW
Washington, D.C. 20036
Telephone: (202) 470-2752
Facsimile: (202) 470-2776

*Attorneys for Plaintiff,*
*Blizzard Entertainment, Inc.*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| BLIZZARD ENTERTAINMENT, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>TURTLE WOW, an entity of unknown form, AFKCRAFT LIMITED, a Hong Kong Company; YULIA SAVKO a/k/a JULIA SAVKO a/k/a Torta and Shenna, an individual; ERIC MAUSER a/k/a Shagu and Meph1s, an individual; JOSIAH ZIMMER a/k/a Akalix, an individual; STEFAN KOSTOV a/k/a | Case No. 2:25-cv-08194-SVW (SKx)<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint served:  October 2, 2025<br>Current response date:  November 3, 2025<br>New response date:  December 3, 2025 |

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL
COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)

1  brotalnia, an individual, JESSE
LAUTENBACK a/k/a Niralthas, an
2  individual, COSMIN POP a/k/a xerron, an
individual, JAMEY DIEPBRINK a/k/a
3  Jamma an individual, MAROS BETKO
a/k/a Haaxor, an individual, MARCO
4  KRETAS a/k/a MARCO KAPTEIN a/k/a
Kruxis, an individual; ALEX JULEV a/k/a
5  PepeSmite, an individual; and DOES 1
through 10, inclusive,

6                      Defendants.

7

8

9          Pursuant to United States District Court for the Central District of California

10  Local Rule 8-3, Plaintiff Blizzard Entertainment, Inc. ("Plaintiff") and Defendant

11  Afkcraft Limited ("Afkcraft"), by and through their respective counsel of record,

12  hereby stipulate to a thirty (30) day extension of the deadline for Afkcraft to

13  answer or otherwise respond to Plaintiff's Complaint, from November 3, 2025, to

14  December 3, 2025.  This is Afkcraft's first request to extend time to respond to the

15  Complaint. None of the Parties have previously requested a continuance on any

16  deadline in this case.

17  DATED:  October 28, 2025              **JURISJOSEPHSON, PC**

18
                                        By: _____
19                                          DANIEL M. JOSEPHSON
                                            *Attorney for Defendant*,
20                                          *Afkcraft Limited*

21

22

23  DATED:  October 28, 2025              **MITCHELL SILBERBERG &**
                                         **KNUPP LLP**
24
                                                /s/ Marc E. Mayer
25                                      By: _____
                                            MARC E. MAYER
26                                          *Attorneys for Plaintiff,*
                                            *Blizzard Entertainment, Inc.*
27  ///

28  ///

-1-
**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL
COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**

1

**<u>Attestation Pursuant to L.R. 5-4.3.4(a)(2)(i)</u>**

2

I hereby attest that all signatories listed, and on whose behalf the filing is

3

submitted, concur in the filing's content, and have authorized the filing.

4

By: _____

5

DANIEL M. JOSEPHSON
*Attorney for Defendant,*
*Afkcraft Limited*

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**