MARC E. MAYER (SBN 190969)
  mem@msk.com
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA  90067-3120
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

THERESA B. BOWMAN (*pro hac*)
  tbb@msk.com
MITCHELL SILBERBERG & KNUPP LLP
1818 N St., NW
Washington, D.C. 20036
Telephone: (202) 470-2752
Facsimile: (202) 470-2776

Attorneys for Blizzard Entertainment, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLIZZARD ENTERTAINMENT, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>TURTLE WOW, an entity of unknown form; AFKCRAFT LIMITED, a Hong Kong Company; YULIA SAVKO a/k/a JULIA SAVKO a/k/a Torta and Shenna, an individual; ERIC MAUSER a/k/a Shagu and Meph1s, an individual; JOSIAH ZIMMER a/k/a Akalix, an individual; STEFAN KOSTOV a/k/a brotalnia, an individual, JESSE LAUTENBACK a/k/a Niralthas, an individual, COSMIN POP a/k/a xerron, an individual, JAMEY DIEPBRINK a/k/a Jamma an individual, MAROS BETKO a/k/a Haaxor, an individual, MARCO KRETAS a/k/a MARCO KAPTEIN a/k/a Kruxis, an individual; ALEX JULEV a/k/a PepeSmite, an individual; and DOES 1 through 10, inclusive,,<br><br>Defendants. | CASE NO. 2:25-cv-08194-SVW (SK*x*)<br><br>Judge: Hon. Stephen V. Wilson<br><br>**JOINT STIPULATION BETWEEN BLIZZARD ENTERTAINMENT, INC. AND JOSIAH ZIMMER REGARDING DISMISSAL WITHOUT PREJUDICE OF CERTAIN CLAIMS AND CONSENT TO JURISDICTION AND VENUE**<br><br>Complaint Filed: August 29, 2025 |

This Joint Stipulation, by and between plaintiff Blizzard Entertainment, Inc. ("Blizzard") and defendant Josiah Zimmer, through their respective counsel, is based on the following facts:

1. Blizzard is a video game publisher headquartered in Irvine, California. Among the video game products developed and published by Blizzard is the online multiplayer game titled *World of Warcraft.*

2. On August 29, 2025, Blizzard filed this lawsuit against ten named defendants -- two entities and eight individuals, including Josiah Zimmer, an individual who resides in Augusta, Michigan – and ten "Doe" defendants. The lawsuit arises from allegations that defendants own and operate a "private server" called "Turtle WoW" that permits members of the public to play a version of *World of Warcraft* without Blizzard's authorization.

3. In the lawsuit, Blizzard has asserted claims for Copyright Infringement, Inducement to Infringe Copyrights, Contributory Copyright Infringement, Vicarious Copyright Infringement, Trafficking in Circumvention Technology, Intentional Interference with Contractual Relations, False Designation of Origin, Participation in a RICO Enterprise, and Engaging in a RICO Conspiracy. The foregoing claims have been asserted against all defendants.

4. Zimmer denies that he is liable on any of Blizzard's claims for relief. Additionally, Zimmer has advised Blizzard that he intends to challenge this Court's jurisdiction and to seek transfer from the Central District of California to the Western District of Michigan.

5. In an effort to avoid the expenditure of time and attorneys' fees litigating threshold jurisdictional and venue issues, the parties have agreed that Zimmer will forego his jurisdictional challenge and consent to jurisdiction and venue in the Central District of California in exchange for Blizzard's agreement to dismiss, without prejudice, its Eighth and Ninth Claims for Participation in a RICO Enterprise and Engaging in a RICO Conspiracy.

6. By entering into this stipulation and agreement, the parties do not intend to make any representations whatsoever concerning the merits of any of their claims or arguments – including the merits of Zimmer's jurisdictional and venue challenges and Blizzard's RICO claims. Additionally, the parties specifically do not concede, expressly or by implication, that any such claims, arguments, or challenges would (or would not) be likely to succeed. Rather, this stipulation is intended solely as a good faith compromise between Blizzard and Zimmer, for the purpose of avoiding motion practice and expeditiously moving the case forward.

7. This stipulation is by and between *only* Blizzard and Zimmer and does not affect the claims against any other defendants in this action. All such parties retain any and all defenses (including as to jurisdiction and venue). Likewise, Blizzard does not dismiss its RICO claims as to any other defendant.

Therefore, the parties stipulate and agree as follows:

1. Blizzard hereby dismisses <u>without prejudice</u> its Eighth and Ninth Claims for Relief for Participation in a RICO Enterprise and Engaging in a RICO Conspiracy <u>against Zimmer only</u>. Such claims are <u>not</u> dismissed as to any other defendant.

2. Zimmer hereby consents to jurisdiction and venue in the Central District of California with respect to Blizzard's claims in this lawsuit. Such consent is made <u>on behalf of Zimmer only</u>, and not made on behalf of any other defendant.

DATED: November 14, 2025

MARC E. MAYER
THERESA B. BOWMAN
MITCHELL SILBERBERG & KNUPP LLP

By: */s/ Marc E. Mayer*
Marc E. Mayer
Attorneys for Blizzard Entertainment, Inc.

DATED: November 14, 2025

FREDERIC M. DOUGLAS

By: */s/ Frederic M. Douglas*
Frederic M. Douglas
Attorney for Defendant Josiah Zimmer

**Attestation Pursuant to L.R. 5-4.3.4(a)(2)(i)**

I hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content, and have authorized the filing.

DATED: November 14, 2025        */s/ Marc E. Mayer*
                                Marc E. Mayer