Frederic M. Douglas (Calif. State Bar # 212778)
Attorney At Law
15333 Culver Drive, Suite 340
Irvine, California 92604-3051
Tel: (949) 293-0442
Fax: (949) 203-8768
fdouglas@cox.net

Oxana Lukina (*pro hac vice*)
Cohen, Labarbera and Landrigan, LLP
99 Brookside Avenue
Chester, New York 10918
Tel: (845) 291-1900
Fax: (845) 291-8601
olukina@cll-law.com

Attorneys for Defendant
JOSIAH ZIMMER

# THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| BLIZZARD ENTERTAINMENT, INC., a Delaware Corporation, <br><br> Plaintiff, <br><br> v. <br><br> TURTLE WOW, an entity of unknown form, AFKCRAFT LIMITED, a Hong Kong Company; YULIA SAVKO a/k/a JULIA SAVKO a/k/a Torta and Shenna, an individual; ERIC MAUSER a/k/a Shagu and Meph1s, an individual; JOSIAH ZIMMER a/k/a Akalix, an individual; STEFAN KOSTOV a/k/a brotalnia, an individual, JESSE LAUTENBACK a/k/a Niralthas, an | Case No.: 2:25-cv-08194-SVW (SKx) <br><br> Judge: Hon. Stephen V. Wilson <br> Courtroom: 10A <br><br> **[PROPOSED] ORDER ON DEFENDANTS JOSIAH ZIMMER'S NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO RULE 12(b)(6)** <br><br> Date: Monday, February 2, 2026 <br> Time: 1:30 pm <br> Place: First Street U.S. Courthouse, Courtroom 10A, 10th Floor <br> 350 West 1st Street <br> Los Angeles, California 90012 |

**[PROPOSED] ORDER ON JOSIAH ZIMMER  MOTION TO DISMISS - 1**

| | |
|---|---|
| individual, COSMIN POP a/k/a xerron, an individual, JAMEY DIEPBRINK a/k/a Jamma an individual, MAROS BETKO a/k/a Haaxor, an individual, MARCO KRETAS a/k/a MARCO KAPTEIN a/k/a Kruxis, an individual; ALEX JULEV a/k/a PepeSmite, an individual; and DOES 1 through 10, inclusive,<br><br>        Defendants | **Judge:** Hon. Stephen V. Wilson<br><br>Complaint Filed: August 29, 2025 |

**[PROPOSED] ORDER ON JOSIAH ZIMMER  MOTION TO DISMISS**
- 2

Defendant Josiah Zimmer's Motion to Dismiss Pursuant to Rule 12(b)(6) (the "Motion") came on for hearing. Having considered the Motion, supporting declarations and exhibits, all papers filed in support and in opposition, and the arguments of counsel, the Court hereby finds and orders as follows:

The Original Complaint is dismissed as to Defendant Josiah Zimmer.

IT IS SO ORDERED.

Dated: _____     _____
                            Hon. Stephen V. Wilson
                            U.S. District Judge

**[PROPOSED] ORDER ON JOSIAH ZIMMER MOTION TO DISMISS**
- 3