1
2
3
4
5
6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| BLIZZARD ENTERTAINMENT, INC., a Delaware Corporation, <br><br> Plaintiff, <br><br> v. <br><br> TURTLE WOW, an entity of unknown form, AFKCRAFT LIMITED, a Hong Kong Company; YULIA SAVKO a/k/a JULIA SAVKO a/k/a Torta and Shenna, an individual; ERIC MAUSER a/k/a Shagu and Meph1s, an individual; JOSIAH ZIMMER a/k/a Akalix, an individual; STEFAN KOSTOV a/k/a brotalnia, an individual, JESSE LAUTENBACK a/k/a Niralthas, an individual, COSMIN POP a/k/a xerron, an individual, JAMEY DIEPBRINK a/k/a Jamma an individual, MAROS BETKO a/k/a Haaxor, an individual, MARCO KRETAS a/k/a MARCO KAPTEIN a/k/a Kruxis, an individual; ALEX JULEV a/k/a PepeSmite, an individual; and DOES 1 through 10, inclusive, | Case No.: 2:25-cv-08194-SVW (SKx) <br><br> Judge: Hon. Stephen V. Wilson <br> Courtroom: 10A <br><br> **[PROPOSED] ORDER ON DEFENDANT AFKCRAFT LIMITED'S NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO RULE 12(b)(2) AND 12(b)(6)** <br><br> **Date: Monday, February 2, 2025** <br> **Time: 1:30 pm** <br> **Place: First Street U.S. Courthouse, Courtroom 10A, 10th Floor** <br> **350 West 1st Street** <br> **Los Angeles, California 90012** <br> **Judge: Hon. Stephen V. Wilson** <br><br> Complaint Filed: August 29, 2025 |

**[PROPOSED] ORDER ON AFKCRAFT MOTION TO DISMISS**

- 1

1
2  Defendants  )
            )
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**[PROPOSED] ORDER ON AFKCRAFT MOTION TO DISMISS**
- 2

1  Defendant AFKCraft Limited's Motion to Dismiss Pursuant to Rules 12(b)(2)
2  and 12(b)(6) (the "Motion") came on for hearing on _____.
3  _____ appeared for Plaintiff BLIZZARD ENTERTAINMENT, INC. and
4  _____ appeared for Defendant AFKCraft LIMITED.
5  Having considered the Motion, supporting declarations and exhibits, all papers
6  filed in support and in opposition, and the arguments of counsel, and good cause
7  appearing, the Court hereby finds and orders as follows:

The Complaint is dismissed as to Defendant AFKCraft LIMITED.

**IT IS SO ORDERED.**

Dated: _____           _____
                              Hon. Stephen V. Wilson
                              U.S. District Court Judge