**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| BLIZZARD ENTERTAINMENT, INC., a Delaware Corporation,<br><br>      Plaintiff,<br><br>      v.<br><br>TURTLE WOW, an entity of unknown form, AFKCRAFT LIMITED, a Hong Kong Company; YULIA SAVKO a/k/a JULIA SAVKO a/k/a Torta and Shenna, an individual; ERIC MAUSER a/k/a Shagu and Meph1s, an individual; JOSIAH ZIMMER a/k/a Akalix, an individual; STEFAN KOSTOV a/k/a brotalnia, an individual, JESSE LAUTENBACK a/k/a Niralthas, an individual, COSMIN POP a/k/a xerron, an individual, JAMEY DIEPBRINK a/k/a Jamma an individual, MAROS BETKO a/k/a Haaxor, an individual, MARCO KRETAS a/k/a MARCO KAPTEIN a/k/a Kruxis, an individual; ALEX JULEV a/k/a PepeSmite, an individual; and DOES 1 through 10, inclusive, | Case No.: 2:25-cv-08194-SVW (SKx)<br><br>Judge: Hon. Stephen V. Wilson<br>Courtroom: 10A<br><br>**[PROPOSED] ORDER ON DEFENDANT AFKCRAFT LIMITED'S NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO RULE 12(b)(2) AND 12(b)(6)**<br><br>**Date: Monday, February 2, 2025**<br>**Time: 1:30 pm**<br>**Place: First Street U.S. Courthouse, Courtroom 10A, 10th Floor**<br>**350 West 1st Street**<br>**Los Angeles, California 90012**<br>**Judge: Hon. Stephen V. Wilson**<br><br>Complaint Filed: August 29, 2025 |

**[PROPOSED] ORDER ON AFKCRAFT MOTION TO DISMISS**
- 1

1
2      Defendants
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**[PROPOSED] ORDER ON AFKCRAFT MOTION TO DISMISS**
- 2

1  Defendant AFKCraft Limited's Motion to Dismiss Pursuant to Rules 12(b)(2)
2  and 12(b)(6) (the "Motion") came on for hearing on _____.
3  _____ appeared for Plaintiff BLIZZARD ENTERTAINMENT, INC. and
4  _____ appeared for Defendant AFKCraft LIMITED.
5  Having considered the Motion, supporting declarations and exhibits, all papers filed in support and in opposition, and the arguments of counsel, and good cause appearing, the Court hereby finds and orders as follows:

The Complaint is dismissed as to Defendant AFKCraft LIMITED.

**IT IS SO ORDERED.**

Dated: _____            _____
                                Hon. Stephen V. Wilson
                                U.S. District Court Judge