MARC E. MAYER (SBN 190969)
  mem@msk.com
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067-3120
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

THERESA B. BOWMAN (*pro hac*)
  tbb@msk.com
MITCHELL SILBERBERG & KNUPP LLP
1818 N St., NW
Washington, D.C. 20036
Telephone: (202) 470-2752
Facsimile: (202) 470-2776

Attorneys for Blizzard Entertainment, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLIZZARD ENTERTAINMENT, INC., a Delaware Corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>TURTLE WOW, an entity of unknown form; AFKCRAFT LIMITED, a Hong Kong Company; YULIA SAVKO a/k/a JULIA SAVKO a/k/a Torta and Shenna, an individual; ERIC MAUSER a/k/a Shagu and Meph1s, an individual; JOSIAH ZIMMER a/k/a Akalix, an individual; STEFAN KOSTOV a/k/a brotalnia, an individual, JESSE LAUTENBACK a/k/a Niralthas, an individual, COSMIN POP a/k/a xerron, an individual, JAMEY DIEPBRINK a/k/a Jamma an individual, MAROS BETKO a/k/a Haaxor, an individual, MARCO KRETAS a/k/a MARCO KAPTEIN a/k/a Kruxis, an individual; ALEX JULEV a/k/a PepeSmite, an individual; and DOES 1 through 10, inclusive,,<br><br>    Defendants. | CASE NO. 2:25-cv-08194-SVW (SK*x*)<br><br>Judge: Hon. Stephen V. Wilson<br><br>**STATUS UPDATE RE SERVICE OF FOREIGN DEFENDANTS AND IDENTIFICATION OF DOE DEFENDANTS**<br><br>Complaint Filed: August 29, 2025 |

Plaintiff Blizzard Entertainment, Inc. ("Blizzard") files this status update regarding (1) its service of the Complaint and summons on foreign defendants, and (2) its efforts to discover the identity of "Doe" defendants that it believes to be key members of the Turtle WoW Enterprise.

Blizzard provides this status update in light of the fact that some of the foreign defendants still have not yet been served. While Fed. R. Civ. P. 4(m) (providing that service should be effectuated within 90 days) does *not* apply to the foreign defendants, Blizzard respectfully submits that it is working diligently to serve these defendants as described herein.

Blizzard also wishes to advise the Court that it has identified several of the Doe defendants, but is still awaiting responses from several of the third parties that it issued subpoenas to pursuant to this Court's order of October 22, 2025. Blizzard intends to amend its Complaint to add additional defendants, but wishes to do so after the pending third party discovery is complete in order to avoid piecemeal amendments.

## I. Background

Blizzard is a video game developer and publisher and the owner of all rights in and to the video game titled "World of Warcraft" ("WoW"). On August 29, 2025, Blizzard filed its Complaint against two entities, ten individuals, and ten "Doe" defendants. In its Complaint, Blizzard alleges that all of the defendants participated in a business enterprise engaged in the creation and operation of a WoW "private server" called "Turtle WoW." The Turtle WoW private server enables members of the public to play WoW without Blizzard's authorization, without possessing a licensed copy of the WoW software client, and without possessing an active WoW account.

In the course of creating and operating Turtle WoW, defendants disabled Blizzard's access control technology; made copies of Blizzard's copyrighted WoW software; distributed (or caused to be distributed) hundreds of thousands of copies of the WoW software; copied, displayed and publicly performed WoW and its artwork; misappropriated Blizzard's valuable trademarks; and induced WoW players to violate the Blizzard Terms of Service.  A trial date and pre-trial schedule has not yet been set.

## II.     Efforts to Serve Foreign Defendants

Since Blizzard filed its Complaint, it has effected service on two defendants, both of whom have since appeared in the case.  On October 3, defendant Josiah Zimmer, who resides in Michigan, appeared in the case.  ECF 13.  On October 28, defendant AFKCraft, Limited, a Hong Kong entity, appeared in the case.  ECF 29.  On October 31, defendant Eric Mauser, who resides in Germany, waived service of the summons and Complaint.  ECF 31.  Zimmer and AFKCraft each filed motions to dismiss on November 21, 2025 and December 2, 2025, respectively.  ECF 34, 36.  The motions to dismiss are scheduled to be heard on February 2, 2026.

Blizzard is diligently working to serve the nine remaining defendants, all of whom reside abroad.  *See* ECF 1, ¶ 20, 23–30.  Blizzard initiated service of the Complaint and summons on defendants Stefan Kostov, Jesse Lautenbach, Jamie/Jamey Diepbrink, Maros Betko, and Marco Kretas a/k/a Marco Kaptein (the "European Defendants") through the Hague Central Authority on September 15, 2025.  Blizzard has been advised by its process server that completion of service to European countries (Germany, Bulgaria, Netherlands, Slovakia) takes approximately six months to one year.  That said, Blizzard has also been advised that Kostov, Lautenbach, Diepbrink, and Betko have each signed for service.  *See*

ECF 31. On December 19, 2025, counsel for Blizzard received an email from an attorney who is in the process of being retained by Kostov.

One of the European Defendants, Marco Kretas a/k/a Marco Kaptein, could not be served because he was not registered at the address known to Blizzard, and does not appear to be anywhere in the state (North Rhine-Westphalia/NRW). Blizzard is in the process of ascertaining an alternative address for Mr. Kretas through third party discovery.

Blizzard also initiated service of the Complaint and summons on the Kazakhstan entity known as Turtle WoW through the Hague Central Authority on September 26, 2025.  Blizzard has been advised that completion of service to Kazakhstan takes approximately six months.

Blizzard is still in the process of gathering information by which to serve defendants Yulia Savko aka Julia Sauko, and Alex Julev, who Blizzard alleges reside in Russia (the "Russian Defendants").  ECF 1, ¶ 22, 31.  Russia no longer accepts service of process from U.S. courts, and therefore Blizzard is in the process of ascertaining an alternative method of service. *See Epic Games, Inc. v. Mendes*, CV No. 17-06223 LB, 2018 WL 582411, at *5 (N.D. Cal. Jan. 29, 2018) ("Russia is a signatory to the Hague Convention, but it has stopped completing service of process from U.S. courts."); *Fisher v. Petr Konchalovsky Found.*, CV No. 15-9831 (ANJ), 2016 WL 1047394, at *1 (S.D.N.Y. Mar. 10, 2016) ("Russia no longer effects service through its Central Authority, the method prescribed under the [Hague Convention].")  Blizzard expects to file a motion for leave to serve these defendants via alternative means once it has confirmed physical or email addresses for them.

The Federal Rules of Civil Procedure do not provide any deadline for service of a foreign defendant.  Rule 4(m) typically requires a party to serve every defendant within 90 days after the complaint is filed, but this 90-day time limit

does not apply to service on individuals or entities in a foreign country.  Fed. R. Civ. Pro. 4(m); *See Rudolph v. UT Starcom, Inc.*, 2009 WL 248370, at *3 (N.D. Cal. Feb. 2, 2009).

### III.  Efforts to Identify Doe Defendants

On October 22, 2025, the Court granted Blizzard's *ex parte* application to take limited early discovery on third parties.  *See* ECF 18, 28.  Blizzard has since undertaken that discovery and is awaiting documents in return.  To date, multiple third parties have produced documents.  Some of these productions were complete, while others were incomplete or missing critical information.  Blizzard is in the process of reviewing these documents, many of which were produced to it as recently as December 17, 2025.  Other third-party entities, however, have interposed objections or otherwise have not complied with the subpoenas issued to them.  Blizzard is in the process of conducting (or attempting to conduct) discovery conferences with counsel for these entities, some of which have not responded to Blizzard's outreach.  If the parties are unable to resolve the objections, Blizzard will need to seek the intervention of the district court in the place where such third parties are located.

Documents produced thus far reveal that at least two additional individuals are involved in the operation of Turtle WoW:  namely, Markus Klimt (a/k/a Crogge), a resident of Germany; and Anastassiya Pikalova (the owner of the www.turtle-wow.org domain name), a resident of Kazakhstan.  Additionally, Blizzard has learned that defendant AFKCraft Limited is owned by an individual named Pavel Resnik, an Israeli national residing in Kazakhstan.

///
///
///

Blizzard intends to amend its Complaint to include these individuals. However, because it is still awaiting information in response to the third-party discovery and because motions to dismiss are pending, it wishes to do so after all discovery responses have been received, the motions have been decided, and its investigation is complete.

DATED: December 19, 2025

MARC E. MAYER
THERESA B. BOWMAN
MITCHELL SILBERBERG & KNUPP LLP

By: */s/ Marc E. Mayer*
   Marc E. Mayer
   Attorneys for Blizzard Entertainment, Inc.