MARC E. MAYER (SBN 190969)
mem@msk.com
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067-3120
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

THERESA B. BOWMAN (admitted *pro hac vice*)
tbb@msk.com
MITCHELL SILBERBERG & KNUPP LLP
1818 N St., NW
Washington, D.C. 20036
Telephone: (202) 470-2752
Facsimile: (202) 470-2776

Attorneys for Plaintiff
Blizzard Entertainment, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLIZZARD ENTERTAINMENT, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>TURTLE WOW, an entity of unknown form; AFKCRAFT LIMITED, a Hong Kong Company; YULIA SAVKO a/k/a JULIA SAVKO a/k/a Torta and Shenna, an individual; ERIC MAUSER a/k/a Shagu and Meph1s, an individual; JOSIAH ZIMMER a/k/a Akalix, an individual; STEFAN KOSTOV a/k/a brotalnia, an individual, JESSE LAUTENBACK a/k/a Niralthas, an individual, COSMIN POP a/k/a xerron, an individual, JAMEY DIEPBRINK a/k/a Jamma an individual, MAROS BETKO a/k/a Haaxor, an individual, MARCO KRETAS a/k/a MARCO KAPTEIN a/k/a Kruxis, an individual; ALEX JULEV a/k/a PepeSmite, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 2:25-cv-08194-SVW (SK*x*)<br><br>[Assigned to Honorable Stephen V. Wilson]<br><br>**DECLARATION OF MARC E. MAYER IN SUPPORT OF PLAINTIFF BLIZZARD ENTERTAINMENT, INC.'S OPPOSITION TO MOTION OF DEFENDANT AFKCRAFT LIMITED TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND FAILURE TO STATE A CLAIM**<br><br>[Memorandum of Points and Authorities and (Proposed) Order filed concurrently herewith]<br><br>Date:      February 2, 2026<br>Time:      1:30 p.m.<br>Location:  Courtroom 10A<br>           350 West 1st Street<br>           Los Angeles, CA 90012<br><br>Complaint Filed: August 29, 2025 |

I, Marc E. Mayer, declare as follows:

1. I am an attorney-at-law, duly licensed to practice law in the State of California. I am, through my Professional Corporation, a partner with the law firm of Mitchell Silberberg & Knupp LLP ("MSK"), counsel of record for Plaintiff Blizzard Entertainment, Inc. ("Blizzard") in the above-captioned matter.

2. I submit this declaration in support of Blizzard's opposition to Defendant AFKCraft Limited's ("AFKCraft") Motion to Dismiss pursuant to Rules 12(b)(2) and 12(b)(6) of the Federal Rules of Civil Procedure (the "Motion," Dkt. 36). Except as otherwise stated, I have personal knowledge of the facts set forth herein and, if called as a witness, could and would competently testify thereto.

## I. **Blizzard and Turtle WoW**

3. Blizzard is a video game developer and publisher headquartered in Irvine, California. Among Blizzard's games is the popular game "World of Warcraft," often referred to as "WoW." WoW is an online multiplayer role-playing game in which thousands of people together explore a large-scale virtual fantasy world known as "Azeroth." In order for WoW to operate, players must connect their WoW software client to one of Blizzard's password-protected remote multiplayer servers. Thus, to play WoW, players must possess a licensed copy of the WoW software client and an active WoW account that grants them access to Blizzard's servers.

4. At issue in this lawsuit is a World of Warcraft "private server" network known as "Turtle WoW." Blizzard alleges that the defendants in this action, including AFKCraft, are the owners and operators of Turtle WoW. Turtle WoW allows and enables members of the public to play a version of WoW without a licensed software client and without connecting to Blizzard's servers. Instead, Turtle WoW offers its own modified client software—which, as discussed below,

it makes available on its website—which is programmed to connect directly to servers owned and controlled by Turtle WoW.

5. Turtle WoW's primary marketing tool is its Internet website, which until recently was located at www.turtle-wow.org (the "Turtle WoW Website"). The Turtle WoW Website is now located at https://turtlecraft.gg/. (Though the content of the Website appears to be the same at its new location.) A true and correct copy of the Turtle WoW Website as it appeared on September 25, 2025, captured by my firm at my direction on September 25, 2025, using Page Vault, is attached hereto as **Exhibit 1**.

6. Prior to filing this lawsuit, I accessed the Turtle WoW Website and clicked on a link at the bottom of the Website homepage titled "Legal." Upon clicking that link, a pop-up window opened that identified two entities as comprising "Turtle WoW": (1) "Turtle WoW (Europe)," described as an individual proprietorship located in Priozersk, Kazakhstan; and (2) "AFKCraft Ltd.," described as a Hong Kong company. The page did not identify any other persons or entities responsible for operating Turtle WoW. Both of these entities were named as defendants in this lawsuit. When I later attempted to access the Legal page on the Turtle WoW Website on December 16, 2025, it was no longer available on the live site. (It apparently had been removed after the lawsuit was filed.) A true and correct copy of a screen capture of the "Legal" page pop-up, as preserved through the Internet Archive's Wayback Machine prior to its removal, and captured by my firm at my direction on December 16, 2025 using Page Vault, is attached hereto as **Exhibit 2**.

7. The Turtle WoW Website also includes a "Terms of Service" governing user access to Turtle WoW's servers and services. In order to create a Turtle WoW account and play on Turtle WoW servers, users are required to assent to these Terms of Service. A true and correct copy of the Turtle WoW Terms of

Service, which was captured by my firm at my direction on December 16, 2025 using Page Vault, is attached hereto as **Exhibit 3**.

8. On or about October 11, 2025, Blizzard filed a complaint with the World Intellectual Property Organization ("WIPO") pursuant to the Uniform Domain Name Dispute Resolution Policy ("UDRP"), alleging that the domain name www.turtle-wow.org infringed Blizzard's trademark rights in the phrase WoW. Because the domain name was registered using a "privacy service," the registrant of the domain name was not accessible to the public. However, in response to the UDRP proceeding, the domain name registrar (NameCheap) disclosed that the registrant was an individual named "Anastassiya Pikalova" located in Kazakhstan. On December 1, 2025, the WIPO panel concluded that the domain name [www.turtle-wow.org](www.turtle-wow.org) had been registered in bad faith and infringed Blizzard's trademark rights. A true and correct copy of the WIPO decision is attached hereto as **Exhibit 4**. Following the WIPO decision, Turtle WoW moved its website to the URL "www.turtlecraft.gg."

## II. AFKCraft

9. On or about September 23, 2025, I obtained corporate registry records for AFKCraft Ltd. from the Hong Kong Companies Registry. These records reflect that AFKCraft Ltd. was incorporated on March 4, 2025—approximately five (5) months before Blizzard initiated this action. A true and correct copy of the Hong Kong Companies Registry records for AFKCraft Ltd. is attached hereto as **Exhibit 5**.

10. The registry records identify a single director, "Pavel Reznik," whose listed address is in Priozersk, Kazakhstan. The registry records do not identify any other directors, officers, employees, or business operations beyond those reflected in the corporate filings.

11. We have made extensive efforts to locate information online concerning Mr. Reznik. However, we have been unable to find any information about Mr. Reznik, such as an address, professional profile, or LinkedIn page. Thus, we have reason to believe that Mr. Reznik (to the extent he is a real person) does not have an active role in the operation of any business engaged in by AFKCraft Ltd. and may be a strawman whose name is used solely for corporate registration purposes.

12. Our research also disclosed that the address listed in the corporate registration for AFKCraft—Hong Kong, Kwun Tong, 45 Hoi Yuen Road, Yau Lee Centre, Room 5003, 5/F—is not an address for any legitimate business operation. Rather, it is the address of a corporate registration office in Hong Kong. Attached hereto as **Exhibit 6** is a screen capture of a Google search for AFKCraft's Yau Lee Centre address, reflecting that many companies list this same address as their corporate address. We have attempted to locate an actual, physical office for AFKCraft in Hong Kong, but have been unable to find any such office or business operations conducted by AFKCraft at that location.

13. As best we have been able to determine, AFKCraft does not have any employees. We have been unable to locate any online profiles for any person who claims to be employed by AFKCraft.

14. AFKCraft's only online presence appears to be a website located at https://afkcraft.com (the "AFKCraft Website"). The domain name https://afkcraft.com, however, was registered using a privacy service that conceals the registrant's identity. A true and correct copy of a WhoIs search report reflecting the registration information for afkcraft.com is attached hereto as **Exhibit 7**.

15. On or about November 20, 2025, I visited the AFKCraft Website. The AFKCraft Website appeared primarily in the Russian language and purported

to offer for sale Turtle WoW-branded merchandise, namely T-shirts incorporating artwork derived from WoW.  True and correct copies of screen captures of the AFKCraft Website, including its product listings for Turtle WoW-branded merchandise, captured by my firm at my direction on November 20, 2025 using Page Vault, are attached hereto as **Exhibit 8**.

16.   During that same visit, I attempted to complete a purchase through the AFKCraft Website.  I was able to place a Turtle WoW T-shirt in my online cart.  However, the website did not offer any mechanism by which to "check out" or complete a purchase of the T-shirt.  Instead, the "cart" page does not provide a final price for the item and the "Make an Order" button does not function.

17.   The AFKCraft Website contains a "Contacts" page that lists the *same* Priozersk, Kazakhstan address associated with "Turtle WoW (Europe)," along with identifying information for AFKCraft Ltd., indicating that AFKCraft is operated by, or on behalf of, the same individuals who operate Turtle WoW.  A true and correct copy of a screen capture of this page, including the URL path, captured by my firm at my direction on November 20, 2025 using Page Vault, is attached hereto as **Exhibit 9**.  A true and correct English translation of that page, prepared by my firm at my direction on January 12, 2026, is attached hereto as **Exhibit 10**.

### III.   English Language Marketing and Social Media Directed at the United States and U.S. Users

18.   As noted, Turtle WoW operates and maintains an English-language website that publishes promotional and informational material exclusively in English.  These materials include announcements, updates, gameplay-related discussions, and posts encouraging users to download the Turtle WoW client and participate on its servers.

19.   The Turtle WoW Website homepage has a tab called "Community," from which members of the public can access an online Turtle WoW "forum" that

contains tens of thousands of English-language posts, including "Announcements," "Patch Notes," "Help and Support," and various community discussions. A true and correct copy of the landing page for the Turtle WoW forum, captured by my office using PageVault, is attached hereto as **Exhibit 11**. Among the many posts contained on the forum are dozens that are written by, directed to, or concern users in the United States. This includes, for example, posts referencing United States time zones (such as Eastern, Central, and Pacific Time), discussions of server performance and latency for North American players, and posts addressing whether and how the Turtle WoW servers are playable from the United States. True and correct copies of representative screen captures reflecting such U.S.-specific references, captured by my firm at my direction on December 16, 2025 using Page Vault, are attached hereto as **Exhibit 12**, which consists of a compilation of multiple screen captures.

20. Analytics data obtained from Similarweb reflect that the United States is among Turtle WoW's most significant user markets and is a top source of traffic to Turtle WoW's Website during the relevant period. Specifically, on January 9, 2026, my firm accessed and reviewed website traffic analytics for the domains https://turtle-wow.org and https://turtlecraft.gg using Similarweb's website analytics platform. For the period October 2025 through December 2025, Similarweb data show that users located in the United States accounted for a substantial portion of traffic to each site. A true and correct copy of the Similarweb Website Analysis for turtlecraft.gg for the period October 2025 through December 2025 is attached hereto as **Exhibit 13**, and a true and correct copy of the Similarweb Website Analysis for turtle-wow.org for the same period is attached hereto as **Exhibit 14**.

21. The Turtle WoW Website homepage prominently features a "Follow Us" section, which is accompanied by icons containing links to "official" Turtle

WoW accounts on multiple social media platforms, including (1) Apple Music, (2) Twitter/X, (3) Instagram, (4) YouTube, (5) SoundCloud, (6) TikTok, (7) BlueSky, (8) Facebook, (9) Spotify, and (10) Reddit. A true and correct copy of a screen capture of the "Follow Us" section as it appears on the Turtle WoW Website homepage is attached hereto as **Exhibit 15**. Clicking on any of these icons directs users to the corresponding Turtle WoW account on that platform. True and correct copies of screen captures of the Turtle WoW landing pages for each of the above-listed social media platforms are attached hereto as **Exhibits 16 through 25**. These screen captures were collected by clicking the icons linked in the "Follow Us" section of the Turtle WoW Website.

22. One of the social media platforms listed in the "Contact Us" section of the Turtle WoW Website is the message board platform known as Reddit. Turtle WoW maintains a dedicated Reddit page (r/turtlewow) at https://www.reddit.com/r/turtlewow/. According to the Turtle WoW subreddit's homepage, it receives approximately 92,000 weekly visitors and 2,600 weekly "contributions," and there appear to be tens of thousands of posts on the Turtle WoW Reddit board. At my direction, members of my office conducted searches of the Reddit page and reviewed posts, and in doing so identified numerous posts from users who expressly identify themselves as residents of the United States, including California, and who discuss their gameplay experience from U.S. locations. These posts include discussions of server latency and performance from California and other U.S. states, references to U.S. regions and time zones, and statements confirming that Turtle WoW is actively played and usable from within the United States. True and correct copies of representative screen captures from Reddit reflecting such U.S. and California user activity, captured by my firm at my direction on October 15, 2025 and December 16, 2025 using Page Vault, are attached hereto as **Exhibit 26**.

23. Turtle WoW produces and offers to the public a series of video podcasts and an online radio station called the "Everlook Broadcasting Company." The Everlook Broadcasting Company produces ten separate audio and video podcasts or radio stations. A true and correct copy of the "Everlook Broadcasting Company" page of the Turtle WoW Website is attached hereto as **Exhibit 27**.

## IV. Turtle WoW's Distribution of Infringing Content to the United States.

24. As discussed above, in order to play Turtle WoW, a user must possess a copy of a special Turtle WoW "client" software package. The Turtle WoW client is a copy of Blizzard's WoW client, with certain modifications.

25. Turtle WoW makes its client software available via the Turtle WoW Website. Specifically, at the top of the website there is a prominent "DOWNLOAD" button. Clicking that button causes the user's computer to automatically download a Turtle WoW "launcher." Once the launcher has been downloaded, executing the application causes a copy of the most recent version of the Turtle WoW client to be immediately downloaded to the user's computer. Additionally, each time the Turtle WoW client is updated by Turtle WoW, opening the launcher triggers a new download of the latest version of the Turtle WoW client.

26. As best we have been able to determine, the Turtle WoW website does not restrict downloads by geographic location, and the modified client may be downloaded and used by users located in the United States, including California. I personally was able to access and download the Turtle WoW launcher from my personal computer located in California. Additionally, members of my office have been able to access and download the Turtle WoW launcher from New York. A true and correct copy of a post on the Turtle WoW forum from Zimmer stating "We do not IP limit accounts" is attached hereto as **Exhibit 28**.

27. Because it is not possible to play Turtle WoW without having downloaded a copy of the Turtle WoW client, any user who has posted about playing Turtle WoW from the United States necessarily downloads the client to a computer located in the United States. As a result, and based on the volume of U.S. user activity described above, Blizzard has reason to believe that thousands or tens of thousands of copies of the Turtle WoW client have been distributed within the United States.

## V. Josiah Zimmer's U.S.-Based Marketing and Recruiting Activities

28. Josiah Zimmer a/k/a "Akalix" ("Zimmer")—one of the named defendants in this action—is Turtle WoW's marketing lead. Zimmer resides in Michigan and has appeared in this action.

29. In a public post on the Turtle WoW forum, Zimmer identified himself as "Public Relations / Community Manager / Lead of Marketing" for Turtle WoW and stated that Turtle WoW employs "[o]ver 100 team members (not including the entire separate, massive SEA [Southeast Asia] team)," provides "24/7 support," and has "an entire new client in development (which is a separate development team entirely)." In that same post, Zimmer also directed readers to forum pages titled "Making content on Turtle?" and "Looking to join our team?" In a separate public forum post, Zimmer stated that he is "one of the leads for the project." A true and correct copy of these posts, captured by my firm at my direction on October 15, 2025 using Page Vault, is attached hereto as **Exhibit 29**.

30. Zimmer has used the Turtle WoW forum to recruit staff members, moderators, and contributors for Turtle WoW through publicly accessible recruitment threads. These recruitment posts are authored by Zimmer and are available to users in the United States. A true and correct copy of a representative recruitment thread authored by Zimmer, captured by my firm at my direction on July 24, 2025 using Page Vault, is attached hereto as **Exhibit 30**.

31. Zimmer, from Michigan, also has acted as the public spokesperson for Turtle WoW and has communicated on Turtle WoW's behalf on a regular basis. He appears in publicly available YouTube videos, including a video titled "Flightpath," in which he discusses Turtle WoW and is identified by his handle and role. A true and correct copy of screen captures of the video page and description, captured by my firm at my direction on October 9, 2025 using Page Vault, are attached hereto as **Exhibit 31**.

32. Zimmer additionally hosts or regularly appears on Turtle WoW-branded podcast content titled "A Look Under the Shell," which is published on YouTube and accessible to U.S. users. A true and correct copy of screen captures of the YouTube pages for Episodes 1 through 4 of "A Look Under the Shell," captured by my firm at my direction on October 15, 2025 using Page Vault, are attached hereto as **Exhibit 32**.

33. Zimmer also has communicated directly with Turtle WoW players located in the United States through posts on the Turtle WoW online forum. For example, in a forum thread titled "High ping issue," U.S.-based players identified themselves as residing in California and described connectivity issues experienced while playing Turtle WoW. In response, Zimmer explained that Turtle WoW's servers are located in Europe and addressed the latency experienced by U.S. players. A true and correct copy of that forum post, captured by my firm at my direction on October 9, 2025 using Page Vault, is attached hereto as **Exhibit 33**.

34. It appears that Zimmer is the person directly responsible for creating and maintaining Turtle WoW's social media presence. Zimmer maintains a personal website on which he identifies himself as a digital marketing and community manager based in Michigan and describes his work managing Turtle WoW's presence across platforms including Discord, Reddit, YouTube, Instagram, TikTok, and Twitter/X. A true and correct copy of the website, as it appeared at

https://josiahz.me/, captured by my firm at my direction on January 7, 2026 using Page Vault, is attached hereto as **Exhibit 34**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 12, 2026 at Los Angeles, California.

*/s/ Marc E. Mayer*
Marc E. Mayer