1  MARC E. MAYER (SBN 190969)
     mem@msk.com
2  MITCHELL SILBERBERG & KNUPP LLP
   2049 Century Park East, 18th Floor
3  Los Angeles, CA  90067-3120
   Telephone: (310) 312-2000
4  Facsimile: (310) 312-3100

5  THERESA B. BOWMAN (admitted *pro hac vice*)
     tbb@msk.com
6  MITCHELL SILBERBERG & KNUPP LLP
   1818 N St., NW
7  Washington, D.C. 20036
   Telephone: (202) 470-2752
8  Facsimile: (202) 470-2776

9  Attorneys for Plaintiff
   Blizzard Entertainment, Inc.
10

11            UNITED STATES DISTRICT COURT

12            CENTRAL DISTRICT OF CALIFORNIA

13  BLIZZARD ENTERTAINMENT,              CASE NO. 2:25-cv-08194-SVW (SK*x*)
    INC., a Delaware Corporation,
14                                       [Assigned to Honorable Stephen V.
              Plaintiff,                 Wilson]
15
         v.                              **EXHIBITS TO DECLARATION**
16                                       **OF MARC E. MAYER IN**
    TURTLE WOW, an entity of unknown     **SUPPORT OF PLAINTIFF**
17  form; AFKCRAFT LIMITED, a Hong       **BLIZZARD ENTERTAINMENT,**
    Kong Company; YULIA SAVKO a/k/a      **INC.'S OPPOSITION TO MOTION**
18  JULIA SAVKO a/k/a Torta and          **OF DEFENDANT AFKCRAFT**
    Shenna, an individual; ERIC MAUSER   **LIMITED TO DISMISS FOR**
19  a/k/a Shagu and Meph1s, an individual; **LACK OF PERSONAL**
    JOSIAH ZIMMER a/k/a Akalix, an       **JURISDICTION AND FAILURE**
20  individual; STEFAN KOSTOV a/k/a      **TO STATE A CLAIM**
    brotalnia, an individual, JESSE
21  LAUTENBACK a/k/a Niralthas, an       **[EXHIBITS 1-21, VOL. 1 OF 2]**
    individual, COSMIN POP a/k/a xerron,
22  an individual, JAMEY DIEPBRINK       [Memorandum of Points and
    a/k/a Jamma an individual, MAROS     Authorities and (Proposed) Order filed
23  BETKO a/k/a Haaxor, an individual,   concurrently herewith]
    MARCO KRETAS a/k/a MARCO
24  KAPTEIN a/k/a Kruxis, an individual;  Date:      February 2, 2026
    ALEX JULEV a/k/a PepeSmite, an       Time:      1:30 p.m.
25  individual; and DOES 1 through 10,   Location:  Courtroom 10A
    inclusive,                                      350 West 1st Street
26                                                  Los Angeles, CA 90012
              Defendants.
27                                       Complaint Filed: August 29, 2025

28

Mitchell
Silberberg &
Knupp LLP

21271978.3

# EXHIBIT 1

**Page Vault**

| | |
|---|---|
| Document title: | Turtle WoW — Mysteries of Azeroth |
| Capture URL: | https://turtle-wow.org/ |
| Page loaded at (UTC): | Thu, 25 Sep 2025 17:54:05 GMT |
| Capture timestamp (UTC): | Thu, 25 Sep 2025 17:55:15 GMT |
| Capture tool: | 10.61.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.7204.97 Safari/537.36 |
| Operating system: | Linux (Node 22.17.0) |
| PDF length: | 10 |
| Capture ID: | 6we2KTh3HwKeR3pksqC2Uv |
| Display Name: | cbg |





# Mysteries of Azeroth

A fan-made expansion story for Vanilla World of Warcraft that delves deeper into exploring the original lore of the game. Mysteries of Azeroth aims to take a different path from the Burning Crusade, emphasizing the familiar Azeroth of old over the cosmic battles with the Burning Legion. Following the lore of Warcraft III and Vanilla WoW, Mysteries of Azeroth enhances the game by adding content that matches the spirit of the original Warcraft Universe.

• • • • • • • • • • • • •

**SIGN UP**

**DOWNLOAD**

◉ Nordanaar          Online
◉ Tel'Abim           Online
◉ Ambershire         Online









### Patch 1.18.0 — Scars of the Past

We've got three brand-new zones to explore — Grim Reaches, Northwind, and the haunted island of Balor. Two fresh dungeons are coming, Stormwrought Ruins and Dra...

...more

### Ambershire (RPPvE), New EU Realm!

With the release of Scars of the Past on August 15, we're expecting another natural population spike — as always happens with a major patch, and we want to make...

...more

### Development Roadmap 2025-2026

Hello everyone! The past years on Turtle WoW has been a blast with exciting milestones, and successful patch releases. We're constantly learning and improving,...

...more



**CALAMITOS**
*Transmog Of The Week*



**ASHENVALE RENDEZVOUS**
*Screenshot Of The Week*



**THRALL'S BOOK CLUB**
*Community Artworks*

◆

# Watch Our Trailers







15

Document title: Turtle WoW — Mysteries of Azeroth
Capture URL: https://turtle-wow.org/
Capture timestamp (UTC): Thu, 25 Sep 2025 17:55:15 GMT



Document title: Turtle WoW — Mysteries of Azeroth
Capture URL: https://turtle-wow.org/
Capture timestamp (UTC): Thu, 25 Sep 2025 17:55:15 GMT

Page 2 of 9

Long ago, the exiled high elves founded the magical city of Quel'Thalas. Here they created a mystical fount called the Sunwell. For generations, the elves cultivated a prosperous and powerful country until the shadow of death fell upon them. Scourge attacked Quel'Thalas and destroyed the Sunwell, at the same time reducing the population of the High Elves to an all-time low.

Shrewd, greedy, and ruthless, goblins have built a reputation for putting profit above all else. For goblins, loyalty is a commodity, and every decision is a transaction. They're brilliant engineers, clever traders, and expert sailors, but what truly defines them is their relentless pursuit of opportunity — no matter the cost.



# MUSIC
## and
## SOUNDS

Sound design has always been a big part of Warcraft Universe. It helped bring players closer to the stories this world had to offer and enhanced the experience its players had.



# LORE
## and
## FACTIONS

Whether you are a seasoned adventurer or a new one, Mysteries of Azeroth brings with it a ton of new content for everyone to enjoy. Journey across Azeroth and encounter numerous new factions, locations and characters.



# ZONES
## and
## MAPS

Lands of tales and legends, these mysterious zones are awaiting adventurers to seek their riches and uncover their secrets.



### New Class & Race
## Combinations

While beautiful, no one can deny that Azeroth is a dangerous place. To rise above the challenges they face, the heroes of Azeroth found new ways to succeed.

- Trained by their other kin the Orcs learned how to wield the arts of the arcane.
- Uncovering the lost texts the Dwarvish mages reconnected with their titanic roots.
- Armed with the experiences from their past lives, the Forsaken once again seek to improve their hunting and survival skills.
- By using their ingenuity, the Gnomes found new ways to surpass other races. With their new devices, the Gnomish hunters managed to bend even the mightiest of beasts to their will.

## New
# Transport

By creating new transport routes and flight paths, the Horde and Alliance can now access even the farthest corners of the world. Including those undeservedly forgotten.

17



By creating new transport routes and flight paths, the Horde and Alliance can now access even the farthest corners of the world. Including those undeservedly forgotten.

**VIEW ALL**

**New Secondary Profession**
## Survival

Ah, the great outdoors! Make yourself at home with a camping tent, warm up with a cozy campfire and enjoy fishing on a sturdy fishing boat, with bonuses on top. Collect new seeds from around the world and tend to your own crops and reap the rewards.

**New Primary Profession**
## Jewelcrafting

Create new, powerful gear and gems with our custom profession Jewelcrafting! Explore the specialty of Goldsmithing and craft equipment, or try your hand at Gemology to enhance existing rings and necklaces!



## ITEMS
and
### Recipes

Uncover new treasures and lost recipes scattered around the world, defeat powerful foes or earn the favor of different quartermasters to earn their boons.



## RAIDS
and
### Dungeons

From the depths of Karazhan Crypt to the corrupted wilds of Crescent Grove, new foes arise to threaten the world. Only by the combined might of the brave adventures do residents of Azeroth stand a chance.



## ARENA
and
### Battlegrounds

From the sands of the Blood Ring to the timeless conflicts of Sunnyglade Valley, there are many opportunities to earn fame and glory for your faction.



## Guild Vaults

Guild Vaults have been added, they can be unlocked by paying a hefty sum of gold, with extra tabs costing extra gold, either from the vault itself donated by members or from your pockets.

The tabs can be customized with icons, limits to amount of items you can take daily and which



## Guild Quarters

Guilds have the ability to rent any tavern in the game that includes an Innkeeper, using either gold or tokens. These guild quarters can be located in Horde, Alliance, or neutral areas for cross-faction guilds. However, in cross-faction guilds, only players from the same faction as the guild leader will be able to use the guild teleport if the rented tavern is in a faction-restricted

18



Guild vaults have been added, they can be
unlocked by paying a hefty sum of gold, with
extra tabs costing extra gold, either from the
vault itself donated by members or from your
pockets.

The tabs can be customized with icons, limits to
amount of items you can take daily and which
guild ranks can access the tab.

Guilds have the ability to rent any tavern in the
game that includes an Innkeeper, using either
gold or tokens. These guild quarters can be
located in Horde, Alliance, or neutral areas for
cross-faction guilds. However, in cross-faction
guilds, only players from the same faction as the
guild leader will be able to use the guild teleport
if the rented tavern is in a faction-restricted
area.

## New Character Customizations

With new hair colors, skin paints and
colors its never been easier to make
your character truly yours.

## New Pets & Mounts

From cute critters to valiant steeds and
whirring shredders, there are new companions
for everyone, now safely stored in your
personal pets and mounts tabs found in your
spellbook.

New Feature
Player's Titles

New Feature
Transmog

19

Document title: Turtle WoW — Mysteries of Azeroth
Capture URL: https://turtle-wow.org/
Capture timestamp (UTC): Thu, 25 Sep 2025 17:55:15 GMT



New Feature
## Player's Titles

Show off your outstanding accomplishments with a title granted to you by wielding legendary items or accomplishing extreme feats

New Feature
## Transmog

Complete repeatable quests to earn Fashion Tokens and change your gear looks to your desire!

Classic
# Raid & Dungeon Update

These additions are designed to enrich the exploration and combat experience in familiar dungeons with new lore, challenges, and rewards. All new locations and encounters are optional, providing flexibility for players.

**Molten Core**
Incindis' Lair, Old Shadowforge

**Zul'Farrak**
Farraki Arena, Farraki Tombs

**Razorfen Kraul**
Brambled Grotto

**Razorfen Downs**
Temple Of Agamaggan

**Blackfathom Deeps**
Temple Of E
**20**



**Shadowfang Keep**
The Chapel

**Scarlet Monastery**
Graveyard, Prison

**Wailing Caverns**
Kolkar's Birthright

**Wailing Caverns**
The Overgrowth

**The Deadmines**
Harvest Golem Foundary

**The Deadmines**
The Laboratory

Class Changes
# Making
# Your Spec Viable

Every class and specialization has been shown
some extra love, with new and reworked talents,
abilities, and interactions allowing every playstyle
to shine while staying true to the Vanilla WoW
spirit of unique class identity.

In — Game Radio
# EVERLOOK
## Broadcasting Co.

More than just static, it's Everlook Radio magic! 24/7 tunes only a click away,
accessible in-game or in your browser!

21

Document title: Turtle WoW — Mysteries of Azeroth
Capture URL: https://turtle-wow.org/
Capture timestamp (UTC): Thu, 25 Sep 2025 17:55:15 GMT

More than just static, it's Everlook Radio magic! 24/7 tunes only a click away, accessible in-game or in your browser!



### User
## Interface

### Reduced Add-On Dependency

A better experience, by default — no more scouring the web for 20 year old addons! With UI adjustments and updates all in the existing vanilla style, you'll be able to experience all the game has to offer without downloading anything extra.

## Itemization

Explore the new progression in Turtle WoW's vanilla+ world. New dungeons, raids, and alternatives for existing tier sets allow new and refreshing progression for vanilla veterans and classic newcomers alike!

### Exciting Seasonal
## Events

Whether you like spending summer days on the beach parties in Tanaris or enjoying cold yet cozy holidays in Winter Veil Vale, there is always something to do for everyone!

### Test Your Strength With
## Leveling Challenges

Prove yourself a great adventurer by leveling with a twist! Our leveling challenges provide motivation to get back into the world and level another alt!

- Hardcore
- War Mode
- Slow and Steady
- Vagrant's Endeavor
- Boaring Adventure
- Level One Lunatic
- Artisan's Quest
- Exhaustion Challenge

## Follow Us

22

Document title: Turtle WoW — Mysteries of Azeroth
Capture URL: https://turtle-wow.org/
Capture timestamp (UTC): Thu, 25 Sep 2025 17:55:15 GMT

### Reduced Add-On Dependency

A better experience, by default — no more scouring the web for 20 year old addons! With UI adjustments and updates all in the existing vanilla style, you'll be able to experience all the game has to offer without downloading anything extra.

## Itemization

Explore the new progression in Turtle WoW's vanilla+ world. New dungeons, raids, and alternatives for existing tier sets allow new and refreshing progression for vanilla veterans and classic newcomers alike!

## Exciting Seasonal Events

Whether you like spending summer days on the beach parties in Tanaris or enjoying cold yet cozy holidays in Winter Veil Vale, there is always something to do for everyone!



### Test Your Strength With
# Leveling Challenges

Prove yourself a great adventurer by leveling with a twist! Our leveling challenges provide motivation to get back into the world and level another alt!

- Hardcore
- War Mode
- Slow and Steady
- Vagrant's Endeavor
- Boaring Adventure
- Level One Lunatic
- Artisan's Quest
- Exhaustion Challenge

# Follow Us



          



Mysteries of Azeroth — is a fan-made expansion story for WoW Vanilla that delves deeper into exploring the original lore of the game. World of Warcraft remains the intellectual property of Blizzard Entertainment.

**Terms of Service**

Document title: Turtle WoW — Mysteries of Azeroth
Capture URL: https://turtle-wow.org/
Capture timestamp (UTC): Thu, 25 Sep 2025 17:55:15 GMT                    Page 9 of 9

# EXHIBIT 2

| | |
|---|---|
| Document title: | Turtle WoW — Mysteries of Azeroth |
| Capture URL: | https://web.archive.org/web/20250817181531/https://turtle-wow.org/ |
| Page loaded at (UTC): | Tue, 16 Dec 2025 00:47:16 GMT |
| Capture timestamp (UTC): | Tue, 16 Dec 2025 00:47:53 GMT |
| Capture tool: | 10.71.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/142.0.7444.177 Safari/537.36 |
| Operating system: | Linux (Node 22.21.1) |
| PDF length: | 2 |
| Capture ID: | 5BUKFHAQSB2cVoGY3kQ8Z8 |
| Display Name: | cbg |



IN-GAME RADIO

# EVERLOOK
# BROADCAST

More than just static, it's
tunes only a click away,
browser!

TURTLE WOW EUROPE

TURTLE WOW
INDIVIDUAL ENTREPRENEUR
TAXPAYER REGISTRATION NUMBER:
890815401305
GVARDEYSKAYA 12, 81
PRIOZERSK 101190, KAZAKHSTAN

TURTLE WOW SOUTHEAST ASIA

AFKCRAFT LIMITED 77789754 HONG KONG, KWUN TONG, 45 HOI
YUEN ROAD, YAU LEE CENTRE, ROOM 5003, 5JF

## USER
## INTERFACE

#### REDUCED ADD-ON DEPENDENCY

A better experience, by default — no more scouring the
web for 20 year old addons! With UI adjustments and
updates all in the existing vanilla style, you'll be able to
experience all the game has to offer without
downloading anything extra.

## ITEMIZATION

Explore the new progression in Turtle WoW's vanilla+
world. New dungeons, raids, and alternatives for
existing tier sets allow new and refreshing progression
for vanilla veterans and classic newcomers alike!

## NEW PRIMARY
## PROFESSION

#### JEWELCRAFTING

Create new, powerful gear and gems with our custom
profession Jewelcrafting! Explore the specialty of
Goldsmithing and craft equipment, or try your hand at
Gemology to enhance existing rings and necklaces!

TEST YOUR STRENGTH WITH

## LEVELING CHALLENGES

Prove yourself or die trying! Whether you take on the Hardcore
challenge and prove your skill as a mortal, or embark on a journey
to kill that which has no life in the Hambringer challenge, our
numerous challenge modes provide motivation to get back into the
world and level another alt!

Hardcore    ˅    War Mode    ˅    Slow and Steady    ˅    Vagrant's Endeavor

Boaring Adventure    ˅    Level One Lunatic    ˅    Artisan's Quest

Mysteries of Azeroth — is a fan-made expansion story for WoW Vanilla that delves deeper into exploring the original lore of the game.
World of Warcraft remains the intellectual property of Blizzard Entertainment.

Terms of Service

Document title: Turtle WoW — Mysteries of Azeroth
Capture URL: https://web.archive.org/web/20250817181531/https://turtle-wow.org/
Capture timestamp (UTC): Tue, 16 Dec 2025 00:47:53 GMT

Page 1 of 1

# EXHIBIT 3

Page Vault

| | |
|---|---|
| Document title: | Turtle WoW - terms-of-service |
| Capture URL: | https://turtle-wow.org/terms-of-service |
| Page loaded at (UTC): | Tue, 16 Dec 2025 01:02:42 GMT |
| Capture timestamp (UTC): | Tue, 16 Dec 2025 01:03:37 GMT |
| Capture tool: | 10.71.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/142.0.7444.177 Safari/537.36 |
| Operating system: | Linux (Node 22.21.1) |
| PDF length: | 4 |
| Capture ID: | h9RzMxAXzp2M7g55Y3euYf |
| Display Name: | cbg |

# TERMS OF SERVICE

By accessing or using Turtle WoW (the "Site") and its services (the "Services"), you (the "User") agree to comply with the terms and conditions governing your use of any areas of the Site and its affiliated Services as set forth below.

## ★ AGE CONFIRMATION

By creating an account, you confirm that you are 18 years of age or older. As a result, parental controls are not required. Individuals under 18 are strictly prohibited from registering or submitting personal data.

## ★ MODERATION AND SAFETY

- 24/7 proactive moderation to detect and remove content involving hate speech, harassment, or incitement to violence.
- Users can be blocked as a result of inappropriate behavior across all platforms.
- Regular risk assessments are performed by the lead team.
- Designated moderators trained to respond to abuse and illegal behavior.
- Complaint handling and user feedback channels are available and monitored.

## ★ RISK ASSESSMENT

Regular risk assessments are performed by our lead team to identify and mitigate threats to user safety and data security. We review content, system access, moderation procedures, and community behavior regularly.

## ★ COMPLAINT HANDLING

Users can submit complaints or report issues directly through the platform or by contacting our support team. All complaints are reviewed by our moderation or support teams and resolved in a timely and transparent manner.

## ★ ACCESS TO SERVICES

Turtle WoW provides free and unrestricted access to the Site and Services. No subscription is required to access the core features.

## ★ USE OF THE SITE

This Site or any portion of the Site, as well as the Services, may not be reproduced, duplicated, copied, sold, resold, or otherwise exploited for any commercial purpose except as expressly permitted by Turtle WoW. We reserve the right to refuse service at our discretion, without limitation, if we believe a user's conduct violates applicable law or is harmful to the interests of the Site, its users, or affiliates.

## ★ USE OF THE SERVICES

Turtle WoW is a non-profit project developed to emulate outdated game versions strictly for educational and nostalgic purposes. The Site and Services do not support or provide modifications to any original game files. By using the Site or Services, users agree to comply with the original game's End User License Agreement (EULA).

29

## ★ USE OF THE SERVICES

Turtle WoW is a non-profit project developed to emulate outdated game versions strictly for educational and nostalgic purposes. The Site and Services do not support or provide modifications to any original game files. By using the Site or Services, users agree to comply with the original game's End User License Agreement (EULA).

## ★ USER ACCOUNTS

You are responsible for all activity under your account. Keep your login credentials secure. We are not liable for loss resulting from unauthorized access.

## ★ USER SUBMISSIONS

Any content submitted to the Site becomes the exclusive property of Turtle WoW. No confidential relationship is established, and submissions may be used without compensation.

## ★ THIRD-PARTY SERVICES

The Site may include links to third-party websites or services. Turtle WoW does not endorse or assume responsibility for external content.

## ★ LIABILITY DISCLAIMER

Use of the Site and Services is at your own risk. Services are provided "as-is" and "as-available". We do not guarantee uninterrupted access or error-free performance.

## ★ TERMINATION

We may suspend or terminate access to the Site at any time for violations of these terms or behavior deemed harmful to the community.

## ★ PAYMENTS

All payments made through our website are voluntary donations solely intended for supporting infrastructure, technical improvements, and community operations of the Turtle WoW platform. Donations are not required to access any content or features and provide no competitive in-game advantage. We explicitly do not offer gambling, loot boxes, or pay-to-win mechanics. All donations are final and non-refundable. Turtle WoW is a fan-created project and is not affiliated with, endorsed by, or sponsored by any official intellectual property holders or corporations.

## ★ DATA PRIVACY

- We store only essential user data and log data securely.
- Sensitive data is encrypted, and 2FA is available to enhance account protection.
- We share minimal data with partners only when legally required or to prevent illegal activity.
- Users may request access to, correction, or deletion of their personal data at any time by contacting support. Data is retained for no longer than necessary and is processed in accordance with applicable data protection laws.

## ★ EVENTS, VIDEOS AND COMMUNITY CREATIONS

By registering an account, you grant permission for your characters or account-related content to be used in community events, promotional streams, or media for showcasing or reviewing purposes.

## ★ DISTRIBUTION

30

## ★ LIABILITY DISCLAIMER

Use of the Site and Services is at your own risk. Services are provided "as-is" and "as-available". We do not guarantee uninterrupted access or error-free performance.

## ★ TERMINATION

We may suspend or terminate access to the Site at any time for violations of these terms or behavior deemed harmful to the community.

## ★ PAYMENTS

All payments made through our website are voluntary donations solely intended for supporting infrastructure, technical improvements, and community operations of the Turtle WoW platform. Donations are not required to access any content or features and provide no competitive in-game advantage. We explicitly do not offer gambling, loot boxes, or pay-to-win mechanics. All donations are final and non-refundable. Turtle WoW is a fan-created project and is not affiliated with, endorsed by, or sponsored by any official intellectual property holders or corporations.

## ★ DATA PRIVACY

- We store only essential user data and log data securely.
- Sensitive data is encrypted, and 2FA is available to enhance account protection.
- We share minimal data with partners only when legally required or to prevent illegal activity.
- Users may request access to, correction, or deletion of their personal data at any time by contacting support. Data is retained for no longer than necessary and is processed in accordance with applicable data protection laws.

## ★ EVENTS, VIDEOS AND COMMUNITY CREATIONS

By registering an account, you grant permission for your characters or account-related content to be used in community events, promotional streams, or media for showcasing or reviewing purposes.

## ★ DISTRIBUTION

We do not support the distribution of any official game clients. Download links provided on the Site are mirrors of publicly available external resources, shared for educational purposes only.

## ★ AMENDMENTS

We reserve the right to modify these Terms of Service at any time. Updates will be published on this page. Continued use of the Site signifies acceptance of updated terms.

Mysteries of Azeroth — is a fan-made expansion story for WoW Vanilla that delves deeper into exploring the original lore of the game. World of Warcraft remains the intellectual property of Blizzard Entertainment.

Terms of Service

31

# EXHIBIT 4



**ARBITRATION
AND
MEDIATION CENTER**

# ADMINISTRATIVE PANEL DECISION
Blizzard Entertainment, Inc. v. Anastassiya Pikalova
Case No. D2025-4169

## 1. The Parties

The Complainant is Blizzard Entertainment, Inc., United States of America ("United States"), represented by Mitchell Silberberg & Knupp LLP, United States.

The Respondent is Anastassiya Pikalova, Kazakhstan.

## 2. The Domain Name and Registrar

The disputed domain name <turtle-wow.org> is registered with NameCheap, Inc. (the "Registrar").

## 3. Procedural History

The Complaint was filed with the WIPO Arbitration and Mediation Center (the "Center") on October 11, 2025. On October 13, 2025, the Center transmitted by email to the Registrar a request for registrar verification in connection with the disputed domain name.  On October 14, 2025, the Registrar transmitted by email to the Center its verification response disclosing registrant and contact information for the disputed domain name which differed from the named Respondent (Redacted for Privacy, Privacy service provided by Withheld for pirvacy ehf) and contact information in the Complaint.  The Center sent an email communication to the Complainant on October 14, 2025, providing the registrant and contact information disclosed by the Registrar, and inviting the Complainant to submit an amendment to the Complaint.  The Complainant filed an amendment to the Complaint on October 14, 2025.

The Center verified that the Complaint together with the amendment to the Complaint satisfied the formal requirements of the Uniform Domain Name Dispute Resolution Policy (the "Policy" or "UDRP"), the Rules for Uniform Domain Name Dispute Resolution Policy (the "Rules"), and the WIPO Supplemental Rules for Uniform Domain Name Dispute Resolution Policy (the "Supplemental Rules").

In accordance with the Rules, paragraphs 2 and 4, the Center formally notified the Respondent of the Complaint, and the proceedings commenced on October 21, 2025.  In accordance with the Rules, paragraph 5, the due date for Response was November 10, 2025.  The Response was filed with the Center on November 8, 2025.

The Center appointed Andrew D. S. Lothian as the sole panelist in this matter on November 17, 2025. The Panel finds that it was properly constituted. The Panel has submitted the Statement of Acceptance and Declaration of Impartiality and Independence, as required by the Center to ensure compliance with the Rules, paragraph 7.

On November 18, 2025, the Complainant filed a supplemental filing. On November 20, 2025, the Respondent filed a supplemental filing.


## 4. Factual Background

The Complainant is a corporation existing under the laws of Delaware, United States. It is a video game developer, notably of the online multiplayer game titled "World of Warcraft", also known as "WoW", originally released in 2004. The Complainant owns multiple trademarks in respect of both of these terms, for example:

United States Registered Trademark Number 2972619 for the word mark WORLD OF WARCRAFT, registered on July 19, 2005, in Class 9; and

United States Registered Trademark Number 4071311 for the word mark WOW, registered on December 13, 2011, in Class 41.

The Complainant's evidence shows that its promotion of these marks has led to each of them being synonymous with the Complainant and its said game franchise in the minds of the relevant public. The Complainant's game has been subject to continuous updates over the years, and it also offers a variant named "World of Warcraft Classic" for players who wish to play older, legacy versions.

The Complainant's "World of Warcraft" / "WoW" game is played on a client-server basis, in other words, the user downloads and installs software from the Complainant's official website and during the game play this interacts with the Complainant's server (accessed by the user via a password-protected account) to provide the complete gaming experience, which includes connecting gamers to one another. The player must therefore have a licensed copy of the said software and an active, authorized online connection to one of the Complainant's official servers in order to play the game.

The disputed domain name was registered on July 6, 2018. Little is known of the Respondent apart from the fact that it appears to be a private individual with an address in Kazakhstan.

The website associated with the disputed domain name is used as the home of the "Turtle WoW Vanilla WoW" game. On said site, Internet users can download a game client which then interacts with the Respondent's private servers in a similar way to the manner of operation of the Complainant's game. The homepage for said game describes it at the top of the page as "Mysteries of Azeroth / A fan-made expansion story for Vanilla World of Warcraft that delves deeper into exploring the original lore of the game […]". The terms of use page alleges "Turtle WoW is a non-profit project developed to emulate outdated game versions strictly for educational and nostalgic purposes. The Site and Services do not support or provide modifications to any original game files. By using the Site or Services, users agree to comply with the original game's End User License Agreement (EULA)". There is a dispute between the Parties as to whether this game directly uses any of the Complainant's proprietary software, although the Parties appear to agree that the purpose of the game is to provide the legacy experience of the Complainant's World of Warcraft / WoW game, with certain unauthorized expansions written by the Respondent's team, via private servers that are not authorized by the Complainant.

The Respondent has produced historic screenshots of the website associated with the disputed domain name which it says display a "disclaimer" of non-affiliation with the Complainant at the top and bottom of each page. However, no such disclaimer or non-affiliation statement is evident at the top of any page that the Panel has seen. Generally speaking, the top of the page does indicate that the game offered by the Respondent is "fan-made", while, with the exception of the first screenshot dating from June 20, 2019, there

is a statement (not a disclaimer as such) at the foot of most of the homepages provided.  The statement is first introduced in the screenshot of December 28, 2021, and reads, "Mysteries of Azeroth - is a story expansion made by the Turtle WoW Team, inspired by the Warcraft universe of Blizzard Entertainment. [line break] World of Warcraft remains the intellectual property of Blizzard Entertainment".  Starting from the screenshot dated October 1, 2024, the statement changes to, "Mysteries of Azeroth - is a fan-made expansion story for WoW Vanilla that delves deeper into exploring the original lore of the game.  [line break] World of Warcraft remains the intellectual property of Blizzard Entertainment."  All such footer statements are written in small text and in a grey colored font against a black background.  At least one historic screenshot produced by the Respondent dated March 29, 2023, listing the server rules and terms of use does not contain any such statement at the foot of the page.

The Respondent's game is allegedly provided to play for free on a community basis, and the terms of service prohibit real money trading or purchases for real-life currency or donation tokens.  However, "donations" are solicited on the website associated with the disputed domain name.  The Respondent's "donations" page states "Turtle WoW is free to play.  However, for donation points we offer a variety of cosmetic and Quality of Life rewards.  You can access them via the button on your minimap or in the in-game menu.  To receive donation points you can use one of the payment systems below".  The payment methods listed are PayPal, Visa (with international cards noted as now being accepted), Bitcoin, Alipay, or TBank.  The page goes on to claim that Turtle WoW is a community-driven noncommercial online gaming platform, whereby "donations" support server maintenance and hosting, security measures, technical development, and community management.  It is asserted on the page that all contributions are voluntary, do not grant competitive advantages, and are non-refundable.  The Parties are in dispute as to whether the term "donations" is a smokescreen for a for-profit activity, or whether, because the term "donations" is used, this necessarily signifies a noncommercial project.

The Respondent's historic screenshots also show a version of its terms of use published in a forum-style format dated March 29, 2023, which begins by indicating that the rules "flow from our forums, to our discord, to in game".  The rules relating to "Token items refund" describe the procedure for obtaining a refund "of an item purchased from the donation shop".  Below this, under the heading "Promotional Sale" is the statement, "During the promotional sale, those [sic] following rules will apply:  - Items purchased at full price won't be refunded for softcore or hardcore characters.  – Items purchased during the promotional sale will be refunded for their discounted tokens value, not their full value.  – Dead hardcore characters will get their items refunded at their purchased value.  If you purchased items during the promotional sale, it will be refunded in their discounted tokens value.  You won't be able to purchase the items again for the same token amount after the promotional sale is over.  Tokens don't have an expiration date and shop promotional sales happen periodically.  Token [sic] can be hold on an account until the next event. / Any scam attempt by trying to refund items purchased at half the price for full price will lead to a severe punishment".

There is a dispute between the Parties as to whether the Respondent's operation is genuinely noncommercial.  The Complainant points to an online profile of a person allegedly responsible for the Respondent's marketing, which states, "I've done a great deal of marketing for a private gaming network based out of Europe, however I cannot publicly display the name due to privacy concerns. This work included management of the brand across YouTube, Discord, Reddit, Facebook, Instagram, Bluesky, X/Twitter, and TikTok for over two years. A few standout statistics are: Growth of a Discord server from 14,000 to over 100,000 members; More than 1.5 million organic YouTube views; Quadrupling (or better) engagement on all social platforms."  The Respondent does not deny that this person was working with it but disputes whether this account should be considered to describe a commercial operation.

In a discussion apparently concerning the Respondent's funding model, an apparent representative of the Respondent also posted in an online forum on November 27, 2024, "As one of the leads for the project, I am uniquely aware of the network's financial requirements.  While I will not publicly share a number, please keep in mind that we have - Over 100 team members (not including the separate, massive SEA [Southeast Asia] team) consisting of artists, developers modelers, animators, etc. - 24/7 support - an entire new client in development (which is a separate development team entirely)."  The Parties are in dispute as to whether this statement indicates a commercial operation.

On August 29, 2025, the Complainant filed a lawsuit in the United States District Court, Central District of California, against various parties, not including the Respondent (unless the Respondent is included in the parties named "DOES 1 through 10, inclusive") for Direct Copyright Infringement, Inducement to Infringe Copyright, Contributory Copyright Infringement, Vicarious Copyright Infringement, Violation of the Digital Millennium Copyright Act, Intentional Interference with Contractual Relations, False Designation of Origin, Federal Civil RICO – Conduct or Participation in an Enterprise, and Federal Civil RICO – Conspiracy.  These claims relate to the operation of the website associated with the disputed domain name.  The disputed domain name itself does not appear to be the subject of the action.

On October 17, 2025 (going by the date of posting) the Respondent posted an "open letter" to the Complainant on the website associated with the disputed domain name.  This letter attempts to justify the Respondent's actions, describing itself as a "modding community" and asking the Complainant to consider establishing "a formal ecosystem for licensing fan-run community servers" while acknowledging that the Complainant does not have "a framework that allows projects like ours to operate without risking legal conflict".  The letter goes on to list "successful studios" that allegedly promote a "well-structured community-server ecosystem".


## 5. Parties' Contentions

### A. Complainant

The Complainant contends that it has satisfied each of the elements required under the Policy for a transfer of the disputed domain name.

Notably, the Complainant contends that the disputed domain name is confusingly similar to its WOW mark, which is contained in the disputed domain name in its entirety, prefixed by the word "turtle-" which suggests a spin-off of the Complainant's game, and that the addition of other terms to a trademark does not prevent a finding of confusing similarity under the first element assessment.

The Complainant submits that it never authorized the Respondent to register the disputed domain name, that the Respondent is not known thereby (beyond an attempt to create a false association with the Complainant), and that the term WOW in the disputed domain name is intended to refer to the Complainant's mark based on the many references on the associated website.  The Complainant adds that the Respondent has not used or made preparations to use the disputed domain name in connection with a bona fide offering of goods or services and is not making a legitimate noncommercial or fair use thereof, adding that the associated website and unauthorized expansion is unaffiliated with the Complainant and does not offer authorized content from the Complainant, and that the Respondent chose the disputed domain name to appropriate and piggyback on the Complainant's brand and intellectual property.  The Complainant asserts that the Respondent has not used the term "wow" to reference an expression of surprise or amazement, but to market and distribute a competing and infringing "World of Warcraft" product.

The Complainant contends that the Respondent intentionally registered the disputed domain name to wrongly appropriate and trade off the Complainant's WOW mark, and to capitalize on consumer confusion by directing consumers to an unauthorized website, filled with unauthorized copies of the Complainant's artwork, screenshots and videos of the Complainant's gameplay, claiming to provide an expansion for the Complainant's game.  The Complainant adds that an inference of bad faith may be drawn from the fact that the Respondent registered the disputed domain name via a domain name privacy service, which the Complainant says was to make it more difficult for the Complainant to obtain relief under the Policy, or to avoid or delay a lawsuit.  The Complainant asserts that the Respondent had actual knowledge of the Complainant's trademark rights because it expressly refers to the Complainant's corresponding game, makes depictions of the Complainant's game characters, and uses copyrighted artwork from the Complainant's game, while adding that constructive knowledge of the Complainant's rights is evidenced by the registration of its marks alone.

36

**B. Respondent**

The Respondent contends that the Complainant has not satisfied the elements required under the Policy for a transfer of the disputed domain name.

Notably, the Respondent contends that there is no recognizable incorporation of the Complainant's mark in the disputed domain name, in that, when considered in its full context, the disputed domain name forms a single coined expression where the term "turtle" is the dominant and defining element. The Respondent adds that the phrase in the disputed domain name conveys a distinct visual, phonetic, and conceptual impression that is different from the Complainant's WOW mark, transforming the meaning into something new which connotes a slower, more relaxed, community driven variant of the legacy game experience rather than a corporate identifier, asserting that where contextual elements substantially alter a mark's impression, confusion is unlikely. The Respondent cites three previous cases under the Policy, discussed generally in section 6.2 below, which it says are authority for the proposition that added descriptive or distinctive terms can change the overall impression. The Respondent states that the presence of prominent disclaimers at the top and bottom of the pages on the associated website and the context mean that no user could believe it to be an official platform, referencing historic screenshots. The Respondent cites two previous cases under the Policy, discussed generally in section 6.2 below, which it says are authority for this proposition.

The Respondent notes that the term "wow" is a common English interjection and is not a proprietary term of the Complainant, adding that its presence in the disputed domain name serves to describe compatibility with the legacy game environment and signals subject matter, not source. The Respondent adds that the Complainant's inconsistency in referring to the disputed domain name and to a domain name <turtle-wow.com> suggests that the Complainant depends upon the extraction of the term "wow" and not of the totality of the disputed domain name. The Respondent concludes its contentions on the first element assessment by noting that even if the Panel finds the WOW mark is recognizable in the disputed domain name, the outcome of the proceeding turns on the second and third element analysis of the Policy.

The Respondent asserts that since 2018 it has operated a genuine fan and community preservation project, which includes the preservation by enthusiasts of a cultural work created by others, noting that it has provided clear disclaimers of non-affiliation on every page since at least 2019, and adding that its community rules prohibit any form of monetization, frame its efforts as cultural preservation and academic study, and emphasize noncommercial operation and the Respondent's independence from the Complainant. The Respondent cites five cases under the Policy which it says are authority for the proposition that good faith fan-based initiatives constitute legitimate, noncommercial use within the meaning of paragraph 4(c)(iii) of the Policy. As discussed in section 6.2 below, none of the cited cases appears to exist.

The Respondent asserts that it includes the mark WOW in the disputed domain name only to identify the subject under discussion, adding that WoW is confined to context explaining compatibility and history, that the term "Turtle WoW" has become a shorthand within the community to describe the slow-paced play style of its preservation project, and that according to the case of *Oki Data Americas, Inc. v. ASD, Inc.*, WIPO Case No. D2001-0903, fair and nominative use are recognized where a respondent accurately identifies the subject under discussion and makes clear its independence.

The Respondent submits that there is no evidence to support the Complainant's suggestion that the Respondent is engaged in commercial activity, adding that no advertising or affiliate tools are embedded in the source code, that the optional donation page merely covers hosting expenses, while donors receive "no in-game advantages or other benefits", and that archived screenshots show a consistent non-profit character. The Respondent asserts that the website associated with the disputed domain name contains no infringing downloads or circumvention software, adding that the site's rules forbid uploading or distributing copyrighted client files. The Respondent cites one case under the Policy, discussed generally in section 6.2 below, which it says is authority for the proposition that accurate descriptors in meta tags are not evidence of bad faith. The Respondent states that its "Turtle WoW" identity, used since 2018, functions as the community's identity independent of the Complainant's marks, adding that its mission statement confirms that it is not a derivative trade name but a "community label". The Respondent references the WIPO

37

Overview of WIPO Panel Views on Selected UDRP Questions, Third Edition (WIPO Overview 3.0), sections 2.13 to 2.13.2 in connection with its position regarding the legitimacy of its alleged fan site.

The Respondent contends that there has been no attempted sale of the disputed domain name, no blocking of the Complainant, and no abusive pattern of registrations, but rather that there has been one domain name, one project and consistent ownership since 2018, adding that its privacy protection is standard and neutral, preventing spam and harassment.  The Respondent cites one case under the Policy, discussed generally in section 6.2 below, which it says is authority for the proposition that privacy alone does not prove bad faith, adding that its transparency in publishing disclaimers and contact channels demonstrates the opposite of concealment.  The Respondent asserts that because its project is not commercial, it is not a competitor to the Complainant, adding that it is not the Complainant's commercial rival.  The Respondent says that Panels under the Policy consistently distinguish between commercial operators and fan or educational projects, and cites one case under the Policy, discussed generally in section 6.2 below, which it says is authority for the proposition that purely noncommercial use, even when referencing a well-known mark, is consistent with good faith.  The Respondent repeats that its project contains no monetization, whereby it contends that there can be no attraction for commercial gain, adding that search engine results for the website associated with the disputed domain name are labeled as a non-affiliated fan project.  The Respondent cites one case under the Policy, discussed generally in section 6.2 below, which it says is authority for the proposition that non-profit educational intent is incompatible with bad faith.  The Respondent adds that the doctrine of passive holding does not apply because its website is active, and submits that there is no evidence of imitation of the Complainant's website.  The Respondent says that its website contains descriptive meta tags regarding its fan project and non-affiliated status, citing one case under the Policy which it says is authority for the proposition that truthful meta data does not establish bad faith.  The Respondent asserts that the separate "parallel" litigation described by the Complainant has no bearing upon the present administrative proceeding.

The Respondent concludes that the strongest proof of its good faith is its consistent public acknowledgement of the Complainant's ownership rights by way of disclaimers prominently placed at the top and bottom of every major page stating that "World of Warcraft remains the intellectual property of Blizzard Entertainment" and that "Turtle WoW is not affiliated with Blizzard."

**C. Complainant's Supplemental Filing**

In summary, the Complainant contends as follows:  The Complainant notes that only those with an active, password protected WoW client and account can play the Complainant's game, noting that technical measures are taken to prevent use by or with unauthorized pirate emulated servers, adding that appropriate prohibitions are included in its End-User License Agreement.  The Complainant therefore submits that the Respondent must have created a modified, pirated version of the Complainant's client, adding that the website associated with the disputed domain name also advertises an unauthorized recreation of said game.

The Complainant refers to the "open letter" which the Respondent published on its website, adding that the Respondent's characterization of the website associated with the disputed domain name as a fan initiative to discuss a cultural work is untrue, adding that it induces, facilitates, and onboards individuals to an infringing emulated server network directly competing with the Complainant's video game, and noting that whether the website operators claim to be "fans" does not make the site a "fandom" site or excuse their use of the Complainant's trademark to promote the same.  The Complainant asserts that the first item on said website is a promotional statement that it offers an expansion story to enhance the game, and promotes many "new" features and content to provide "a unique WoW experience", noting that this is said to contain the "full original WoW 1.12 API preservation".  The Complainant explains that said website contains a "launcher" which is available for download, and fetches an infringing copy of the Complainant's software that has been modified to remove the Complainant's technological controls.

The Complainant states that the Respondent's claim that its website is noncommercial is false or misleading, asserting that the offering is a sophisticated business enterprise, and describing the payment page through which tokens are purchased for "rewards".  The Complainant says that the latter compete with in-game

cosmetics and virtual items offered by the Complainant in its in-game store, and infringe the Complainant's rights due to the inclusion of artwork and virtual currency derived from the Complainant's game. The Complainant describes the statement made by the Respondent's marketing manager, and notes the extent of the team, adding with reference to a previous case under the Policy that where a fan tries to make money in a fan site, the domain name has been regarded as being used in bad faith. The Complainant notes that the website itself lists a team member whose job description is "managing relations with the sponsors, in short, gaining our daily bread", and adding that the site contains publicity banners. The Complainant states that the Respondent cannot use the term "donations" to disguise a profit motive, especially where donors are compensated with points permitting the purchase of virtual goods competitive with those of the Complainant.

The Complainant contends that the Respondent has not offered evidence that its website serves any academic or educational purpose, noting that a review of its forums shows these are dedicated to the Respondent's server, including items such as "Help and Support" and "Guild Recruitment", and adding that the community discussion contains extensive content about the site's infringement of the Complainant's intellectual property rights. The Complainant submits that the use of its trademark for such a website is unequivocally bad faith under the Policy, adding that this was held in near identical circumstances in *Nexon America Inc. and Nexon Korea Corporation v. Name Redacted,* WIPO Case No. D2023-4279, which also involved "donations" compensated with "points", and regarded this as use of a domain name for an illegal activity. Other previous cases under the Policy have found that similar activities disrupt a complainant's business and violate their terms of service, all constituting bad faith use of the domain name concerned.

The Complainant submits that the Respondent's purported "disclaimer" is not a disclaimer and instead fosters confusion, noting that there is no evidence of any statement that the project is not affiliated with the Complainant, and adding that if the Respondent is intending to rely on its "open letter", this was only published weeks after the Complaint was filed. The Complainant notes that the statement on the Respondent's website's footer is not prominent, requiring the user to scroll through six pages of WoW imagery and artwork, and adding that the purported disclaimer is wholly ambiguous in that it says nothing about whether the Respondent's website is unauthorized or unaffiliated, and asserting that the phrase suggests the website is an authorized, licensed (by the Complainant) fan creation. The Complainant contends that in any event such "disclaimer", even if it were non-ambiguous, would not cure the overarching bad faith.

**D. Respondent's Supplemental Filing**

In summary, the Respondent contends as follows: The Respondent states that the Complainant re-labels the Respondent's longstanding community activity as a "competing expansion" and attempts to transform volunteer coordination and community growth as evidence of a for-profit enterprise, adding that the size or popularity of a fan community, even that of a large online community, would not negate legitimate interest, and that the focus is on whether the use of the disputed domain name is genuinely noncommercial, clearly presented as unofficial, and not misleading. The Respondent notes that its project has no compensation structure and no employees, adding that its volunteers participate without remuneration.

The Respondent repeats that it fulfils the fan site criteria of the WIPO Overview 3.0, adding that the disputed domain name makes referential use identifying the subject matter of such fan project, noting that its site is consistently branded as such community project rather than that of an offering of the Complainant. The Respondent cites three cases under the Policy, all non-existent and false citations, that it says are authority for the proposition that "disclaimers, distinct branding, and absence of commercial exploitation support a finding of legitimate interest under paragraph 4(c)(iii)". False citations are discussed in section 6.2 below.

The Respondent notes that some incidental or cost-recovery activity does not automatically strip a site of its noncommercial character, if there is no intent for commercial gain from misleading diversion. The Respondent cites three cases under the Policy, only one of which exists, which it says confirm the critical question is whether users are misled, and whether the project seeks to trade on confusion to sell goods or services. The Respondent states that its token recognition does not function as a currency or provide gameplay advantages, adding that the record contains no evidence of competitive commerce, and indicating

39

that the record shows the opposite, namely a transparent, donation-supported community project that does not sell access to its game.

The Respondent says that the record shows no distribution of the Complainant's client software or assets, adding that its launcher does not contain the Complainant's proprietary data, adding that this claim comes from the Complainant's litigation, which the Panel is not adjudicating.  With reference to the Complainant's allegation that the Respondent changed its content, the Respondent notes that the historical archive evidence from 2018 to date shows the evolution of the look of a multi-year community project, that its "non-affiliation disclaimers" and preservation-focused messaging have been present since long before the administrative proceeding, that "disclaimers" are present in the "header, footer, and key informational pages not hidden in fine print", and that the "open letter" did not replace or add disclaimers.  The Respondent says that the "open letter" is evidence of good faith behavior, reflecting an effort to explain the project to the community, adding that its website redesign is natural for a multi-year community project.  The Respondent notes that its "disclaimer" is a relevant factor in assessing the second and third elements under the Policy, particularly if site content is consistent with non-affiliation.

The Respondent asserts that, where there are parallel court proceedings, the Panel retains its discretion in terms of how to proceed, but that whether there is any copyright infringement or DMCA violation is a question for domestic courts, adding that the Respondent's actions have not yet been found "illegal".  The Respondent requests the Panel not to make a finding of bad faith from mere allegations in such a lawsuit, adding that they are beyond the scope of the Policy, and do not alter the analysis to be made under the Policy.


## 6. Discussion and Findings

### 6.1. Procedural Issue: Parties' Supplemental Filings

Paragraph 12 of the Rules expressly provides that it is for the panel to request, in its sole discretion, any further statements or documents from the parties it may deem necessary to decide the case.  Unsolicited supplemental filings are generally discouraged, unless specifically requested by the panel.  WIPO Overview 3.0, section 4.6.

Panels have sole discretion, under paragraphs 10 and 12 of the Rules, whether to accept an unsolicited supplemental filing from either party, bearing in mind the need for procedural efficiency, and the obligation to treat each party with equality and ensure that each party has a fair opportunity to present its case.  The party submitting a supplemental filing would normally need to show its relevance to the case and explain why it was unable to provide that information in the complaint or response (for example, owing to some exceptional circumstance).

As noted in the procedural history section above, the Complainant filed a supplemental filing on November 18, 2025.  The Complainant asserted that there were exceptional circumstances for this, notably that the Response relied upon a new version of the website associated with the disputed domain name which did not exist when the Complaint was filed, including a purported "open letter" to the Complainant.  The Complainant also noted that the Response disclosed for the first time the Respondent's argument that said website was for the purposes of historical preservation rather than to market and onboard users to an unlawful private network of World of Warcraft servers.

On November 20, 2025, the Respondent filed an opposition to the Complainant's request that its supplemental filing be considered on the basis that no exceptional circumstances existed, and that the Complainant was attempting to introduce new factual allegations, theories and evidence.  The Respondent went on to assert that allowing the Complainant's filing into the record would prejudice the Respondent and undermine procedural fairness, noting that if the Panel nevertheless accepted the Complainant's submission, the Respondent sought leave to file its own supplemental filing (provided) to safeguard the procedural balance.

The Panel rejects the Respondent's objection to the admission of the Complainant's supplemental filing.  In particular, the Complainant is correct that the Respondent's publication of a detailed "open letter" to the Complainant is dated October 17, 2025, i.e., after the filing of the Complainant's amendment to the Complaint.  In these circumstances, given that the date of this material is known to the Respondent and was entirely under its control, the Panel finds it somewhat surprising that the Respondent would seek to oppose the Complainant being permitted to comment regarding this.  Notably, the Respondent characterized its activities in such letter (whether or not this is an expansion of its position as previously outlined on the website associated with the disputed domain name) as being part of a "well-structured community-server ecosystem".  It would be prejudicial to the Complainant's interests not to allow it a right of reply on this matter and on the detailed terms of the Response.  The Respondent had already taken the opportunity to file its own reply to the Complainant's supplemental filing, whereby it would not be prejudiced by the latter being admitted.

The Panel considers that the appropriate disposal is to allow both the Complainant's supplemental filing and the Respondent's supplemental filing in answer to be admitted into the record, noting that this is procedurally efficient, treats each party with equality, and ensures that they both have a fair opportunity to present their case.

### 6.2. Preliminary issue:  Respondent's mis-citation of previous cases under the Policy

The Panel has specifically noted on multiple occasions in the summary of the Respondent's contentions above that the Respondent quoted multiple previous cases under the Policy as authorities for various propositions which it wished to make.  The Panel has been concerned to note that the vast majority of these cases do not exist and that the citations are false.  At least one case that was wrongly cited does exist, but under a different case number.  The various cited cases that do exist are not authorities for the proposition which the Respondent says that they are, and, had they been read by the Respondent, this would have been obvious to it.  To quote just one example of several, the Respondent submits that in both *Ticketmaster Corporation v. DiscoverNet, Inc.*, WIPO Case No. D2001-0252 (mis-cited as *Ticketmaster Corp. v. Domain Connections,* though with the correct case number), and *The Knot, Inc. v. In Knot We Trust LTD*, WIPO Case No. D2006-0340, panels found that prominent disclaimers and distinct site presentation were sufficient to distinguish the respondent's fan or commentary websites from the complainant's official domain names.  However, both of these cases were decided against the respondent concerned, not in its favor, and neither of the cases included any discussion of disclaimers.  In neither case was the respondent's website a fan or commentary site.

The Respondent continued to compound matters by including similar false citations in its supplemental filing.  As just one example, it quoted a case under the Policy as establishing a legitimate interest where a fan site included disclaimers and noncommercial use.  The case at the relevant number was a different case which did not deal with a fan site, and in which transfer of the domain name concerned to the complainant was ordered.

Where cases were mis-cited and did not exist, the Panel was also put to the additional trouble of assessing whether there was any possibility that the Respondent had simply got the case numbers wrong and the cases did exist under different numbers.  This involved checking the named parties for the existence of a suitable alternative case reference.  In false examples generated by the Respondent where a prolific complainant or respondent under the Policy had been named, this required the Panel to look up many tens of cases to establish that no such complainant or respondent had engaged with another party of a suitable name as described in the Respondent's mis-citation (or in the case of at least one citation, to track the actual intended case down under a different case number even if it was then of no actual relevance to the matter in hand).  The reader will not be surprised to learn that all of this took (and wasted) an inordinate amount of the Panel's time.  The Respondent is fortunate that the Panel went to this trouble as a very small number of its citations were accurate, or inaccurate but identified, and were actually relevant to the Respondent's propositions.  However, parties to administrative proceedings under the Policy should not assume that future panels will necessarily undertake this detective work once they have found, say, more than one falsely cited case.

The Panel does not know why the Respondent cited as many cases inappropriately as it did, although it is not beyond the bounds of probability that the Respondent may have used generative artificial intelligence in assisting it to make its arguments.  If so, this case illustrates the present limits of that technology more effectively than any other that the Panel has seen to date, together with the danger of relying upon its output without performing adequate (or possibly any) checks.  The false citations bear all the hallmarks of what has been termed "hallucinations" of a large language model.

The Panel takes the view that the Respondent's certification in the Response that the information contained therein is to the best of the Respondent's knowledge complete and accurate is called into question by its provision of a significant number of false or otherwise irrelevant citations to previous cases under the Policy, because a party must be deemed to know and understand the submissions which it is making.  Such misstatements, when made repeatedly (whereby they cannot be regarded as an inadvertent mistake, misinterpretation or other minor omission) are material to the Panel's deliberations and, where accompanied by a declaration of truth and accuracy, must be treated as an attempt to mislead the Panel.  Such citations do not further a respondent's case, but rather cause actual damage to its chances of success.

As this Panel noted recently in *Arcelormittal v. Ruben Puerto*, WIPO Case No. D2025-2916, an indication that a respondent may have used such a technical tool to generate a response is unlikely to inspire confidence with this Panel as to the veracity of its content, unless the Panel could be satisfied that the output has been reviewed for accuracy and truth before its submission, which is evidently not the case here.  The simple expedient of checking the citations using the Center's decision search tool would have revealed either that they did not exist or were not appropriate for the point being made.

The Respondent's conduct here has an inevitable knock-on effect upon the credibility of its case as a whole.  In particular, this Panel is likely to make an adverse inference in respect of any material factual assertions contained in the Response that are lacking sufficient support in the evidence.  These too could be "hallucinations" depending upon the prompts, or lack of accurate prompts, supplied by the end user.  Notably, in the present case, that includes the Respondent's unevidenced assertion that there is a disclaimer of non-affiliation present at the top of each major page on the website associated with the disputed domain name.  The Panel finds this assertion to be entirely unsupported on the evidence before it, and therefore more likely than not to be untrue.

### 6.3. Preliminary issue:  Effect of Court Proceedings

Paragraph 18 of the Rules contemplates the fact that legal proceedings in respect of a domain name dispute that is the subject of the Complaint may be initiated prior to or during an administrative proceeding, and that such proceeding may be terminated or suspended in consequence, or the Panel may proceed to a decision, in its discretion.

Here, the Complainant has described ongoing litigation between the Parties, or possibly related parties, which has been helpful to the Panel in terms of understanding some aspects of the factual matrix.  However, the legal proceedings concerned do not appear to be in respect of the domain name dispute that is the subject of the Complaint.  Consequently, the Panel will proceed to a Decision on the present record and adds that it does not address this to any other forum that may be seized of those matters described in the said court action, or of any other related matters.

### 6.4. Substantive Issues

### A. Identical or Confusingly Similar

It is well accepted that the first element functions primarily as a standing requirement.  The standing (or threshold) test for confusing similarity involves a reasoned but relatively straightforward comparison between the Complainant's trademark and the disputed domain name.  WIPO Overview 3.0, section 1.7.

42

The Complainant has shown rights in respect of a trademark or service mark for the purposes of the Policy. WIPO Overview 3.0, section 1.2.1.

The entirety of the mark is reproduced and is recognizable within the disputed domain name.  Accordingly, the disputed domain name is confusingly similar to the mark for the purposes of the Policy.  WIPO Overview 3.0, section 1.7.

Although the addition of other terms, here, "turtle-" may bear on assessment of the second and third elements, the Panel finds the addition of such term does not prevent a finding of confusing similarity between the disputed domain name and the mark for the purposes of the Policy.  WIPO Overview 3.0, section 1.8.

The Panel finds the first element of the Policy has been established.

**B. Rights or Legitimate Interests**

Paragraph 4(c) of the Policy provides a list of circumstances in which the Respondent may demonstrate rights or legitimate interests in a disputed domain name.

Although the overall burden of proof in UDRP proceedings is on the complainant, panels have recognized that proving a respondent lacks rights or legitimate interests in a domain name may result in the difficult task of "proving a negative", requiring information that is often primarily within the knowledge or control of the respondent.  As such, where a complainant makes out a prima facie case that the respondent lacks rights or legitimate interests, the burden of production on this element shifts to the respondent to come forward with relevant evidence demonstrating rights or legitimate interests in the domain name (although the burden of proof always remains on the complainant).  If the respondent fails to come forward with such relevant evidence, the complainant is deemed to have satisfied the second element.  WIPO Overview 3.0, section 2.1.

The issue between the Parties on this element, as focused in their contentions above, is whether the Respondent could be said to be making a legitimate noncommercial or fair use of the disputed domain name, without intent for commercial gain to misleadingly divert consumers or to tarnish the trademark or service mark at issue, conform to paragraph 4(c)(iii) of the Policy.  The essence of the Respondent's case is that its website constitutes a noncommercial fan site, and that the disputed domain name merely contains a permissible descriptive or nominative reference to the Complainant's trademark, "solely for identifying compatibility with [the Complainant's] game […] similar to how [certain trademarks, such as PS5] are used to denote platform compatibility".  Allied to these assertions are the Respondent's contentions that it has always been clear that its website is a community and volunteer driven project without a commercial motive, and that this is evident from a disclaimer at the top and bottom of each page.

The Panel will assess these matters with reference to the core factors which panels under the Policy typically consider when faced with a claim of fair use of a domain name.  WIPO Overview 3.0, section 2.5.  These are grouped into sections considering (1) the nature of the disputed domain name on its own, WIPO Overview 3.0, section 2.5.1, (2) circumstances beyond the disputed domain name itself including website content and any other overall facts and circumstances, WIPO Overview 3.0, section 2.5.2, (3) the issue of any commercial activity identified in terms of the disputed domain name, WIPO Overview 3.0, section 2.5.3, and (4) specific issues relating to fan sites, WIPO Overview 3.0, section 2.7 (the section at 2.6 relating to criticism sites being inapposite).

Turning first to the composition of the disputed domain name, the Parties do not dispute that the Complainant's WOW mark is included, although the Respondent's additional case that the term means an expression of surprise in the English language does it no favors, especially as the Respondent's intent could not be described as anything other than deliberately to reference the Complainant's WOW mark, something that the Respondent fully acknowledges when arguing that it is entitled to make fair referential use thereof. The Respondent's argument that the addition of the word "turtle" with a hyphen somehow turns the string in

43

the disputed domain name into something new also seems disingenuous given that it cannot be denied that "wow" is intended to reference the Complainant's mark.

"Turtle" is a qualifier for the Complainant's mark in the disputed domain name.  However, this signals nothing specific to the Panel and there is no evidence that, before the Respondent adopted it, it had any meaning whatsoever in the community which might reference a slower-paced game experience that would distinguish it from the Complainant's mark or, for that matter, might mean that the Respondent was necessarily making referential use thereof.  The Panel does not in any event accept that a slower-paced game, even if denoted by the qualifier, necessarily distinguishes the disputed domain name from the mark or makes fair referential use of it.  For example, if the Complainant introduced such a game, it might call it thus, and to the Panel's mind such a composition does not signal the involvement of an unauthorized third party acting allegedly in tribute to the Complainant's game, as is suggested here.  On the contrary, the presence of the Complainant's mark without a qualifier that clearly signals any form of noncommercial, volunteer or fan efforts suggests sponsorship or endorsement when there is none.

This is the key point in dealing with the composition of the disputed domain name in the present case because even where, as here, a domain name consists of a trademark plus an additional term (at the second- or top-level), UDRP panels have largely held that such composition cannot constitute fair use if it effectively impersonates or suggests sponsorship or endorsement by the trademark owner.  WIPO Overview 3.0, section 2.5.1.  The Panel cannot see how such sponsorship or endorsement is precluded by the addition of the term "turtle-" to an exact match for the Complainant's WOW mark in the disputed domain name.  Section 2.5.1 goes on to note that terms within the trademark owner's field of commerce or indicating services related to the brand, or which are not obviously critical, may or may not by themselves trigger an inference of affiliation, and would normally require a further examination by the panel of the broader facts and circumstances of the case – particularly including the associated website content – to assess potential respondent rights or legitimate interests.  The Panel therefore turns to the website content, which purports to operate a fan site hosting or at least promoting a legacy version of the Complainant's game.

Two of the factors which may facilitate the assessment here are first, whether it is clear to Internet users visiting the Respondent's website that it is not operated by the Complainant, and, secondly, whether a prominent link (including with explanatory text) is provided to the relevant trademark owner's website.  WIPO Overview 3.0, section 2.5.2.  The Respondent makes much of the fact that the alleged community-driven nature of its site is clearly identified on principal pages.  That much is true, although the problem with this for the Respondent is that it is not a complete answer to the Complainant's case.  Even if the website makes it clear that it is not operated by the Complainant (as opposed to by a group of volunteers or a "community") the extensive use of the Complainant's trademark (and, presumably, artwork and other copyright material based upon alleged archival use of the Complainant's game) falsely indicates that the site is operated with the Complainant's blessing, and most probably with licenses of its intellectual property, when it is not.

The wording of the Respondent's "disclaimer" or statement on its footer, as discussed below in connection with registration and use in bad faith, also does not exclude this possibility.  Indeed, it is not a disclaimer at all but merely a statement acknowledging the Complainant's intellectual property rights which, for example, might have been required by the terms of a suitable license and does not expressly set out the Respondent's non-affiliation with the Complainant in any way.  It is possible that the Respondent realized that this might be a weakness in its case after the Complaint was notified, and that it attempted to rectify this (unsuccessfully from the Panel's point of view as it is too little, too late) by the publication of the "open letter" on the site.  This letter acknowledges that certain game studios promote officially sanctioned fan community ecosystems, which underscores the fact that although the Respondent clearly announces that it is a fan or community site, such an announcement on its own is neutral as to whether the Respondent is officially sanctioned.  Finally, on the disclaimer issue, it must be added that neither of the Parties identified the presence of a link to the Complainant's official website, prominent or otherwise, for the game concerned, and the Panel has found a prominent link in the screenshots of the Respondent's website that have been produced.

While sections 2.5.1, 2.5.2, and 2.5.3 of the WIPO Overview 3.0 deal generally with how panels under the Policy approach claims of noncommercial fair use, section 2.7 deals specifically with such a claim on the

basis of use for a fan site.  The section notes that the site must be active, genuinely noncommercial, and clearly distinct from any official complainant site, adding that in cases where the respondent claims to have a true fan site, panels sometimes find that it is primarily a pretext for cybersquatting or commercial activity. Meanwhile, section 2.7.3 of the WIPO Overview 3.0 notes that panels tend to find that the respondent has a legitimate interest in using the mark as part of the domain name for a fan site if such use is considered to be fair in all of the circumstances of the case, adding that where such a site is noncommercial in nature, this would tend to support a finding that the use is a fair one, and that some panels have found that a limited degree of incidental commercial activity may be permissible in certain circumstances, such as to offset registration or hosting costs.

It is clear to the Panel that the extent to which the Respondent's site is commercial or genuinely noncommercial is a key consideration here.  The Respondent places itself squarely in the genuine noncommercial category, arguing that its requested "donations" are merely intended to offset incidental running costs.  The problem for the Respondent is that it provides absolutely no evidence in support of its position.  There is no indication as to what the site costs to run, or what the Respondent makes from its donations, including any surplus, and the fact that it has failed to share this information is fatal to its case on this topic, in that it cannot demonstrate that these are, at most, incidental.  The impression that the Panel gains in the absence of this critical information is that the Respondent's site is a slick and very commercial-seeming operation.  Of some significance is that it accepts payments for "donations" by way of a very wide variety of methods, including certain credit cards on an international basis for which the Panel assumes the usual merchant accounts would be required.  Critically, the Respondent offers its donors something in return by providing "a variety of cosmetic and Quality of Life rewards," accessible in-game, as an incentive to donate.  This looks to the Panel exactly like something that the official game would do on a normal commercial basis and it runs contrary to the Respondent's statement that donors receive no in-game advantages or other benefits.  The Respondent seems to be asserting that because the "rewards" do not directly influence whether a user wins the game, they are not benefits.  The Panel disagrees.  Any enhanced experience is a benefit, and in the Respondent's world, that is only available via a "donation".  Furthermore, the existence or at least previous use of terminology by the Respondent relating to "promotional sales" does not strike the Panel as anything other than commercial in nature.

In short, the Panel considers that the Respondent's "donations" scheme is designed purely to create a false impression of genuine noncommercial activity when in fact it bears the principal hallmarks of a commercial scheme.  In the Panel's view, one cannot convert a commercial activity into a noncommercial one purely by the use of terminology such as "donations," "tokens", and "rewards".  What matters is that users are paying real money as a "donation", that the "tokens" obtained in return are redeemable for a "reward", i.e., a service involving an enhanced experience, and that this is exactly how many commercial games work.  It must be said that in a relatively recent case under the Policy such a model involving "donations" (seen by the panel to be a direct substitution for the game developer's own virtual enhancements) has been found to preclude the existence of rights and legitimate interests and likewise has been found to be a use of the domain name concerned in bad faith (see:  *Nexon America Inc. and Nexon Korea Corporation v. Name Redacted*, WIPO Case No. D2023-4279).  That the Respondent seeks to counter this by reference to false citations to Policy precedent cannot help it.

When the wider context is viewed, the Panel is reinforced in its opinion as to the commercial nature of the Respondent's activity on the balance of probabilities.  The description of the Respondent's marketing director's achievements for the site do not sound like a volunteer-driven community project.

The Panel accepts the Respondent's assertion that successful scaling of a community project in itself would signal nothing significant.

Nevertheless, the Panel must ask itself why, if this is a grassroots, voluntary effort of enthusiasts, it is necessary to manage a "brand" to achieve "1.5 million organic YouTube views" (again the Panel notes that this will likely involve monetization) and "quadrupling engagement on all social platforms" by way of a "7 man marketing department".  Enthusiasts for a legacy game or academics interested in a cultural preservation project do not need their "engagement" quadrupled by a "marketing department", for example.  They will

45

simply put their own effort into seeking out their game of interest online and find it wherever it can be found. While none of the marketing manager's claims, taken on their own, necessarily exclude the possibility of noncommercial activity, the fact that this looks far more like a major commercial effort than a volunteer-driven group of enthusiasts must be added to the analysis the Panel has made of the Respondent's "donation" model.

The Panel adds for completeness that the Respondent's citation of the "Oki Data test" (WIPO Overview 3.0, 2.8) is somewhat misplaced. The Respondent is not a reseller of the Complainant's goods, is not using its site only to sell the trademarked goods, and is not accurately and prominently disclosing its (lack of) relationship with the trademark holder. On the latter topic, see the discussion on the Respondent's "disclaimer" in the section below.

Taking all of these matters together, the Panel is not satisfied that the disputed domain name is being used for a genuine noncommercial fan site which would allow the Respondent access to the safe harbor of paragraph 4(c)(iii) of the Policy.

The Panel finds the second element of the Policy has been established.

## C. Registered and Used in Bad Faith

The Panel notes that, for the purposes of paragraph 4(a)(iii) of the Policy, paragraph 4(b) of the Policy establishes circumstances, in particular, but without limitation, that, if found by the Panel to be present, shall be evidence of the registration and use of a domain name in bad faith.

Paragraph 4(b) of the Policy sets out a list of non-exhaustive circumstances that may indicate that a domain name was registered and used in bad faith, but other circumstances may be relevant in assessing whether a respondent's registration and use of a domain name is in bad faith. WIPO Overview 3.0, section 3.2.1.

In the present case, the third element analysis largely follows that of the second element. If the Respondent registered and used the disputed domain name in connection with its operation of a genuine, noncommercial, non-pretextual, fan site, then it follows that it would have registered the disputed domain name in good faith. However, the Panel's analysis above suggests that the disputed domain name is being used in connection with a large-scale commercial activity which takes unfair advantage of the Complainant's trademark rights. The Respondent's claim that it is using the Complainant's mark for its substantial activities on a fair, referential basis is not borne out by the evidence, and the use of terms such as "donations" or to characterize the operation as educational, nostalgic, academic, or for reasons of "cultural preservation" seems to the Panel to be nothing more than a calculated and deliberate smokescreen. Despite the fact that the website content might express the Respondent's contention that it is "fan-made", the presence of the Complainant's trademark in the disputed domain name nevertheless suggests to the public that the Respondent's activities proceed with the Complainant's imprimatur in some fashion, and this is likely to cause confusion to the relevant public, to the Respondent's commercial benefit, resulting in the increased sale (promotional or otherwise) of "tokens" via "donations". Although written after the filing of the Complaint, the Respondent's "open letter" strongly suggests that it was well aware of this when it registered the disputed domain name, given that it shows an understanding that this was registered without the Complainant's blessing, and that it knew there was a risk of "legal conflict".

The Respondent would have the Panel believe that all and any confusion would be dispelled by the presence of its "disclaimer" at the foot of most of the pages of the website. This of course excludes the confusion arising from the presence of the Complainant's mark in the disputed domain name, whereby the Respondent benefits from increased traffic to its website even if such confusion might be dispelled upon arrival there. WIPO Overview 3.0, section 3.7 provides that in cases where the respondent appears to otherwise have a right or legitimate interest in a disputed domain name, a clear and sufficiently prominent disclaimer would lend support to circumstances suggesting its good faith. For example, where a respondent is legitimately providing goods or services related to the complainant's mark only (referencing the Oki Data test discussed above), the presence of a clear and sufficiently prominent disclaimer can support a finding that the

46

respondent has undertaken reasonable steps to avoid unfairly passing itself off as related to the complainant, or to otherwise confuse users.  However, the section goes on to say that, on the other hand, where the overall circumstances of a case point to the respondent's bad faith, the mere existence of a disclaimer cannot cure this.  In such cases, panels may consider the respondent's use of a disclaimer as an admission by the respondent that users may be confused.

Here, it must be said that the Panel has not found that the Respondent appears to have a right or legitimate interest in the disputed domain name, and furthermore has found that the Respondent's "disclaimer" is not a really a disclaimer as such.  It is an acknowledgment of the Complainant's intellectual property rights, but such acknowledgment, on its own, tends to suggest that the Respondent has the right, whether by license or otherwise, to use the Complainant's marks in its "fan-made" project when it does not.  Crucially, the wording does not specify the Respondent's non-affiliation to the Complainant, and seems carefully calculated to suggest otherwise, or at least to take advantage of an ambiguity which might indicate to users that the site is the kind of officially sanctioned community described in the Respondent's "open letter" when it is not.  The disclaimer's wording is thus not "clear," as section 3.7 of the WIPO Overview 3.0 puts it.  Nor is it "sufficiently prominent."  The wording appears at the foot of the page in very small grey text on a black background.  It is highly likely that most users of the website would miss it entirely.  The Respondent repeatedly states in its submissions that its non-affiliation to the Complainant is specified at the top of every page of the website.  This is untrue as there is no such specification.  Stating that the site, or the game, is "fan-made" or "community-driven" does not by itself amount to a clear declaration of non-affiliation.  The Respondent is not legitimately providing goods or services related to the Complainant's mark only, or at all.  The Panel finds that the Respondent has not undertaken reasonable steps to avoid confusing users.

The Panel adds for completeness that while it is not in a position to assess whether the Respondent's game illegally uses any of the Complainant's software code or copyrighted artwork, it must be observed that the statement on the Respondent's website that "The Site and Services do not support or provide modifications to any original game files" does not exclude the possibility that illegal copies of the Complainant's original game files could be in use.  The further statement that "By using the Site or Services, users agree to comply with the original game's End User License Agreement (EULA)" tends to reinforce this impression as there would be no need to have any engagement with the Complainant's EULA if there was no use of the Complainant's code in the Respondent's game.  In any event, the Complainant's EULA appears to preclude the use of private, non-official servers such as that operated by the Respondent.  The Panel asks itself why the Respondent felt it necessary to make these statements if it was not using the Complainant's game files.

Taking all of the above into consideration, the Panel has reached the conclusion that the Respondent's activities in connection with the disputed domain name and related website strongly indicate a finding of registration and use of the disputed domain name in bad faith insofar as the terms of the Policy are concerned.  The Panel finds that by using the disputed domain name, the Respondent has intentionally attempted to attract, for commercial gain, Internet users to its website, by creating a likelihood of confusion with the Complainant's mark as to the source, sponsorship, affiliation, or endorsement of such website and of a product or service on said website.

This decision is not intended to preclude the Respondent operating a genuinely noncommercial fan site in tribute to the Complainant's game or indeed providing its present game under a domain name that does not reference the Complainant's trademarks (assuming it does not use the Complainant's code or otherwise violate the Complainant's intellectual property).  The issues it might continue to face in respect of such website or game arising out of the lawsuit described in the factual background section above are beyond the scope of this administrative proceeding.

The Panel finds that the Complainant has established the third element of the Policy.

**7. Decision**

For the foregoing reasons, in accordance with paragraphs 4(i) of the Policy and 15 of the Rules, the Panel
orders that the disputed domain name <turtle-wow.org> be transferred to the Complainant.

*/Andrew D. S. Lothian/*
**Andrew D. S. Lothian**
Sole Panelist
Date:  December 1, 2025

# EXHIBIT 5



**Companies Registry**
The Government of the Hong Kong Special Administrative Region

# Company Particulars

## Company Particulars Search

**System Clock:** 23-SEP-2025 11:26:32 GMT +0800

**Your Search:** BRN = 77789754

| | |
|---|---|
| **BRN** | 77789754 |
| **Company Name** | Afkcraft Limited |
| **Company Type** | Private company limited by shares |
| **Date of Incorporation** | 04-Mar-2025 |
| **Company Active Status** | Live |
| **Remarks** | - |
| **Winding Up Mode** | - |
| **Date of Dissolution / Ceasing to Exist** | - |
| **Register of Charges** | Unavailable |
| **Important Note** | - |

## Name History

| Effective Date | Name Used |
|---|---|
| 04-Mar-2025 | Afkcraft Limited |

## Registered Office

**Registered Office:** ROOM 5003, 5/F, YAU LEE CENTRE, 45 HOI YUEN ROAD, KWUN TONG HONG KONG

**Effective Date:** 04-Mar-2025

50

## Share Capital

**Issued:**  HKD 10,000

**Paid-Up:**  HKD 10,000

## Person(s) Holding Shares

<u>Note :</u>

1. The information of the company provided herein is taken from
(a) its "Incorporation Form" (Form NNC1) or if the company is a re-domiciled company, its "Return of Particulars of Members of Re-domiciled Company as at Re-domiciliation Date" (Form NSC21);
(b) its "Annual Return" (Form NAR1) and its "Return of Allotment" (Form NSC1)
filed with the Companies Registry, as the case may be. Other information relating to shareholding such as share transfer, reduction of share capital, repurchase of shares, share consolidation, listing, delisting, etc. is not included.

### Shareholder(s)

**Displaying: Record 1 to 1 of 1 records.**

| No. | English Name | Chinese Name | Address | Class of Share | No. of Shares Held | Position as at (Note 1) |
|-----|-------------|-------------|---------|---------------|-------------------|------------------------|
| 1 | REZNIK, PAVEL | – | 12 SQ .81 ., GVARDEYSKAYA PRIOZERSK, KARGANDA, KAZAKHSTAN | ORDINARY | 10,000 | 04-Mar-2025 |

## List of Directors

### Director

| No. | Name in English | Name in Chinese | HKID No. / BRN | Passport No. | Passport Issuing Country / Region | Director Type | Director Particulars | | All Directorships |
|-----|----------------|----------------|---------------|-------------|----------------------------------|--------------|---------------------|---|-------------------|
| | | | | | | | Online View | Certified Copy | |
| 1 | REZNIK, PAVEL | – | – | 3931**** | 以色列 ISRAEL | Natural Person | ⌕ | 👤 | ▶ |

## Particulars of Company Secretary

### Particulars of Company Secretary (Body Corporate)

| No. | 1 |
|-----|---|
| **English Name** | MAOTOM BUSINESS LIMITED |

51

| Chinese Name | 貿通商務有限公司 |
| --- | --- |
| BRN | 73211604 |
| Registered / Principal Office | ROOM 5003, 5/F, YAU LEE CENTRE, 45 HOI YUEN ROAD, KWUN TONG HONG KONG |
| Date of Appointment | 2025年3月4日 |
| Important Note | - |

## Particulars of Receiver and Manager

---

## Particulars of Liquidator

---

**Please select the Order Type:**

 Order certified report    HK$152.00 plus additional handling charges for different delivery mode(*)

Note 1: (*) Additional handling charges for different delivery mode will be shown when check out shopping cart.

**Please select if you want to perform other searches or order other products for this company:**

| Image Record (including Document Index) | GO |
| --- | --- |

52

# EXHIBIT 6

**Page Vault**

| | |
|---|---|
| Document title: | Hong Kong, Kwun Tong, 45 Hoi Yuen Road, Yau Lee Centre, Room 5003, 5/F - Google Search |
| Capture URL: | https://www.google.com/search?q=Hong+Kong%2C+Kwun+Tong%2C+45+Hoi+Yuen+Road%2C+Yau+Lee+Centre%2C+Room+5003%2C+5%2FF&oq=Hong+Kong%2C+Kwun+Tong%2C+45+Hoi+Yuen+Road%2C+Yau+Lee+Centre%2C+Room+5003%2C+5%2FF&gs_lcrp=EgZjaHJvbWUqBggAEEUYOzIGCAAQRRg70gEGNDRqMGo3qAIAsAIA&sourceid=chrome&ie=UTF-8 |
| Page loaded at (UTC): | Mon, 12 Jan 2026 21:01:48 GMT |
| Capture timestamp (UTC): | Mon, 12 Jan 2026 21:01:49 GMT |
| Capture tool: | 3.17.0 |
| Collection server IP: | 54.89.165.51 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/142.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 3 |
| Capture ID: | hsGnxZjuVMmHrH17aBptHr |
| Display Name: | cbg |



Google

Hong Kong, Kwun Tong, 45 Hoi Yuen Road, Ya... Centre, Room 5003, !    ✕    🎤    📷    🔍    🧪    ⠿    S

AI Mode    All    Maps    Images    Shopping    Videos    Short videos    More ▾    Tools ▾

WJY LIMITED
https://www.wjylimited.com    ⋮

**WJY LIMITED – ROOM 5003, FLOOR 5, YAU LEE CENTRE ...**

What services does WJY LIMITED offer? · Sourcing. We source products of reliable quality directly from
manufacturers in China. · Warehousing. We offer 100% free ...    Read more

Podopure
https://podopure.com › pages › contact    ⋮

**Contact Us**

HK Office Address: **5003 Room, Yau Lee Centre 5/F, 45 Hoi Yuen Road, Kwun Tong**, Kowloon, **Hong Kong**
SAR Email: support@podopure.com. Phone:+852 44619974.    Read more

Mesiaco
https://www.mesiaco.com › croatia › pages › about-us    ⋮

**About us**

mesiaco is an online clothing store created for people who value comfort and style. Our offer is
addressed to women and men who want to look fashionable and ...

boelon
https://www.boelon.com › pages › contact    ⋮

**Contact Us**

Company Information. **HONGKONG** AIRESSO TECHNOLOGY LIMITED **Room 5003, 5/F, Yau Lee Centre**
**45 Hoi Yuen Road, Kwun Tong Hong Kong** SAR This is not a warehouse ...    Read more

Ning-Life
https://ninglife.com › contact-us    ⋮

**Contact Us**

Address:**ROOM 5003, FLOOR 5, YAU LEE CENTRE, 45 HOI YUEN ROAD, KWUN TONG, HONG KONG**
999077. Store Info. Email: hi@ninglife.com; Phone:+1 (617) 433-9683; Company ...    Read more

Keszoox
https://keszoox.com › pages › contact-us    ⋮

**Contact us**

Service time: 8:00-20:00. Contact email:support@keszoox.com. **Room 5003**, Floor 5, **Yau Lee Centre,45**
**Hoi Yuen Road,Kwun Tong,Hong Kong**.

eterinis.com
https://www.eterinis.com › pages › contact-us    ⋮

**Contact us – Eterinis**

Company Name:Ultra Holdings Limited. Registered Address:**ROOM 5003, 5/F, YAU LEE CENTRE, 45 HOI**
**YUEN ROAD, KWUN TONG, HONG KONG**.    Read more

Nucular controller
https://nucular.tech › policy    ⋮

**the platform for design light electric vehicles (LEV)**

Manufacturer - Nucular Limited (BRN: 73773696, Business address **Room 5003, 5/F Yau Lee Centre, 45**
**Hoi Yuen Road Kwun Tong Hong Kong**, **Hong Kong**, 999077) ...    Read more

55

45 Hoi Yuen Road, Kwun Tong Hong Kong SAR This is not a warehouse ... Read more 4.7



### Ning-Life
https://ninglife.com › contact-us

## Contact Us

Address:**ROOM 5003**, FLOOR **5**, **YAU LEE CENTRE**, **45 HOI YUEN ROAD**, **KWUN TONG**, **HONG KONG**
999077. Store Info. Email: hi@ninglife.com; Phone:+1 (617) 433-9683; Company ... Read more

### Keszoox
https://keszoox.com › pages › contact-us

## Contact us

Service time: 8:00-20:00, Contact email:support@keszoox.com. **Room 5003**, Floor **5**, **Yau Lee Centre**,**45 Hoi Yuen Road**,**Kwun Tong**,**Hong Kong**.

### eterinis.com
https://www.eterinis.com › pages › contact-us

## Contact us - Eterinis

Company Name:Ultra Holdings Limited. Registered Address:**ROOM 5003**, **5/F**, **YAU LEE CENTRE**, **45 HOI YUEN ROAD**, **KWUN TONG**, **HONG KONG**. Read more

### Nucular controller
https://nucular.tech › policy

## the platform for design light electric vehicles (LEV)

Manufacturer - Nucular Limited (BRN: 73773696, Business address **Room 5003**, **5/F Yau Lee Centre**, **45 Hoi Yuen Road Kwun Tong Hong Kong**, **Hong Kong**, 999077) ... Read more

### ImportGenius
https://www.importgenius.com › s... · Translate this page

## Smdex Limited Room 5003 5/f Yau Lee Centre 45 Hoi Yuen ...

Government customs records and notifications available for Smdex Limited **Room 5003** **5/f Yau Lee Centre 45 Hoi Yuen Road Kwun Tong Hong Kong** K in Ukraine.

### U.S. Department of the Treasury (.gov)
https://sanctionssearch.ofac.treas.gov › Details

## Sanctions List Search

The Sanctions List Search tool uses approximate string matching to identify possible matches between word or character strings as entered into Sanctions List ... Read more

# Goooooooooogle  >

1 2 3 4 5 6 7 8 9 10    Next

Results are not personalized

● 11211, Brooklyn, NY - Based on your past activity - Update location

Help    Send feedback    Privacy    Terms

56

# EXHIBIT 7



# afkcraft.com

Updated 46 days ago

## Domain Information

| | |
|---|---|
| Domain: | afkcraft.com |
| Registered On: | 2024-09-19 |
| Expires On: | 2026-09-19 |
| Updated On: | 2025-08-24 |
| Status: | client delete prohibited<br>client renew prohibited<br>client transfer prohibited<br>client update prohibited |
| Name Servers: | agustin.ns.cloudflare.com<br>elisabeth.ns.cloudflare.com |

## Registrar Information

| | |
|---|---|
| Registrar: | GoDaddy.com, LLC |
| IANA ID: | 146 |
| Abuse Email: | abuse@godaddy.com |
| Abuse Phone: | 480-624-2505 |

.space

$29.88  $1.18

BUY NOW

*while stocks last

On Sale!



.ICU @ $1.48 $17.48



## related domain names

verisign.com          godaddy.com          cloudflare.com          icann.org

Copyright © Whois.com. All rights reserved

Privacy | Terms

https://www.whois.com/whois/afkcraft.com          1/1

# EXHIBIT 8

Page Vault

| | |
|---|---|
| Document title: | AFK-craft - Catalog of products in the category T-Shirt |
| Capture URL: | https://afkcraft.com/category/t-shirt/ |
| Page loaded at (UTC): | Thu, 20 Nov 2025 00:12:58 GMT |
| Capture timestamp (UTC): | Thu, 20 Nov 2025 00:18:38 GMT |
| Capture tool: | 10.68.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.7204.251 Safari/537.36 |
| Operating system: | Linux (Node 22.19.0) |
| PDF length: | 3 |
| Capture ID: | 8JXxCWrVmxkbKdUzi5zJUx |
| Display Name: | whk |




**AFK CRAFT**

Search

Login
Registration

**T-Shirt : 29**







**50,0 €**
AFK Craft

**51,0 €**
Anomalus 1

**52,0 €**
Anomalus 2



**54,0 €**
Balar 2

1　2　3　4　...　8



admin@afkcraft.com

AfkCraft Limited

77789754

Hong Kong, Kwun Tong, 45 Hoi Yuen Road, Yau Lee Centre, Room 5003, 5/F

61

Document title: AFK-craft - Catalog of products in the category T-Shirt
Capture URL: https://afkcraft.com/category/t-shirt/
Capture timestamp (UTC): Thu, 20 Nov 2025 00:18:38 GMT



**T-Shirt : 29**



**50,0 €**  ♡ 🛒
AFK Craft



**51,0 €**  ♡ 🛒
Anomalus 1



**52,0 €**  ♡ 🛒
Anomalus 2



**54,0 €**  ♡ 🛒
Balar 2

1   2   3   4   ...   8



admin@afkcraft.com

AfkCraft Limited

77789754

Hong Kong, Kwun Tong, 45 Hoi Yuen Road, Yau Lee Centre, Room 5003, 5/F.

62




Search

**T-Shirt : 29**





**55,0 €**      **56,0 €**      **57,0 €**

Gnarlmoon 1      Gnarlmoon 2      Gnome 1



**58,0 €**

Gnome 2

1  **2**  3  4  5  ...  8



admin@afkcraft.com

AfkCroft Limited

77789754

Hong Kong, Kwun Tong, 45 Hoi Yuen Road, Yau Lee Centre, Room 5003, 5/F

63



**T-Shirt : 29**







**55,0 €**

Gnarlmoon 1

**56,0 €**

Gnarlmoon 2

**57,0 €**

Gnome 1



**58,0 €**

Gnome 2

1 **2** 3 4 5 ... 8

**AFK CRAFT**

admin@afkcraft.com

AfkCraft Limited

77789754

Hong Kong, Kwun Tong, 45 Hoi Yuen Road, Yau Lee Centre, Room 5003, 5/F.

64



Login
Registration

**T-Shirt : 29**







**59,0 €**

Grim 1

**50,0 €**

Grim 2

**50,0 €**

Lapidis Gliijim



**50,0 €**

Level One Lunatic 1

1   2   **3**   4   5   6   ...   8

AFK CRAFT

admin@afkcraft.com

AfkCraft Limited

77789754

Hong Kong, Kwun Tong, 45 Hoi Yuen Road, Yau Lee Centre, Room 5003, 5/F

65



**T-Shirt : 29**



**59,0 €**

Grim 1



**50,0 €**

Grim 2



**50,0 €**

Lapidis Giiijim





**50,0 €**

Level One Lunatic 1

1    2    **3**    4    5    6    ...    8



admin@afkcraft.com

AfkCraft Limited

77789754

Hong Kong, Kwun Tong, 45 Hoi Yuen Road, Yau Lee Centre, Room 5003, 5/F.

66

# EXHIBIT 9

| | |
|---|---|
| Document title: | AFK-craft - |
| Capture URL: | https://afkcraft.com/footer_pages/contacts/ |
| Page loaded at (UTC): | Thu, 20 Nov 2025 00:07:13 GMT |
| Capture timestamp (UTC): | Thu, 20 Nov 2025 00:09:07 GMT |
| Capture tool: | 10.68.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.7204.251 Safari/537.36 |
| Operating system: | Linux (Node 22.19.0) |
| PDF length: | 2 |
| Capture ID: | wSqftdsLZDYCWmMWAvrqup |
| Display Name: | whk |



Search

Turtle WoW
101100, Карагандинская область, г. Приозерск, ул. Гвардейская д.12 кв. 81
ИИН (БИН совместного предпринимательства) физического лица 890813401305



admin@afkcraft.com

AfkCraft Limited

77789754

Hong Kong, Kwun Tong, 45 Hoi Yuen Road, Yau Lee Centre, Room 5003, 5/F.

69

Document title: AFK-craft -
Capture URL: https://afkcraft.com/footer_pages/contacts/
Capture timestamp (UTC): Thu, 20 Nov 2025 00:09:07 GMT

# EXHIBIT 10

Login Registration 



🔍 Search

Turtle WoW
101100, Karaganda region, Priozersk, Gvardeyskaya st., 12, apt. 81
IIN (BIN of joint venture) of an individual 890813401305



admin@afkcraft.com

AfkCraft Limited

71

77789754

Hong Kong, Kwun Tong, 45 Hoi Yuen Road, Yau Lee Centre, Room 5003, 5/F.

72

# EXHIBIT 11

Page Vault

| | |
|---|---|
| Document title: | Turtle WoW - Forums |
| Capture URL: | https://forum.turtle-wow.org/ |
| Page loaded at (UTC): | Mon, 17 Nov 2025 23:30:56 GMT |
| Capture timestamp (UTC): | Mon, 17 Nov 2025 23:30:57 GMT |
| Capture tool: | 3.15.8 |
| Collection server IP: | 18.208.181.107 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/142.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 3 |
| Capture ID: | uEeFbFYjLjgsMEAhHDkTKN |
| Display Name: | cbg |



☰ Quick links  ⏻ Login

| Quick Search | Advanced Search |

Search...    **Search**

🏠 Turtle WoW  ›  Forums



## ⊟ OFFICIAL INFORMATION & DEVELOPEMENT

**Announcements**
Stay up-to-date with the latest news, updates, and exciting events!
( Topics: 83 | Posts:5515 )

**Remastered Client: Unreal Engine 5**
Taking the emulation of Azeroth to new depths. Everything About Turtle WoW II
( Topics: 7 | Posts:333 )

**Patch Notes & Changelog**
Breaking stuff, fixing stuff, and pretending it was all part of the plan.
( Topics: 212 | Posts:7878 )

**Itemization**
Gear updates that make you question every piece you've ever equipped.
( Topics: 17 | Posts: 1008 )

**Help & Support**
Got a connection issue? Let's fix it together!
( Topics: 4431 | Posts:16062 )

**Everlook Broadcasting Co.**
Bringing you news, tunes, and probably some goblin propaganda!
( Topics: 39 | Posts:401 )

## ⊟ COMMUNITY

**General**
A place for all kinds of discussions.
( Topics: 3800 | Posts:25013 )

**Suggestions**
Your wish list for Azeroth.
( Topics: 7510 | Posts:56556 )

**Streams & Videos**
Show off your skills — or fails — we're not picky.
( Topics: 121 | Posts:407 )

**Guild Recruitment**
Find your next guild or recruit new members!
( Topics: 341 | Posts:1113 )

**Roleplay Guild Recruitment**
Forge your legacy in Azeroth. Join or create a guild of roleplayers!
( Topics: 751 | Posts:802 )

**Raids**
Strategies, stories, and tales of that one guy who stood in the fire.
( Topics: 85 | Posts:750 )

**Professions**
Talk about crafting, gathering, and everything in between.
( Topics: 116 | Posts:564 )

**Modding**
Ship it now, and let the players patch it.
( Topics: 354 | Posts:5687 )

**AddOns**
Tools to improve your life or just make it shinier.
( Topics: 708 | Posts:3891 )

**Lore**
Explore the rich history and stories of Azeroth.
( Topics: 116 | Posts:1009 )

**Player vs Player**
Strategies, victories, and a bit of salt.
( Topics: 170 | Posts:477 )

**Hardcore Lounge**
For those who laugh in the face of death...
( Topics: 315 | Posts:2084 )

**The Storyteller's Corner**
Everything roleplay — share your characters, stories, and events!

**Level One Lunatics**
Zero XP, zero regrets. Maximum effort, minimum level.

## ⊟ RECENT TOPICS

**Cross faction battlegrounds**
Community » Player vs Player
by Crake    Mon Nov 17, 2025 11:24 pm

**PvP remains totally fubared**
Community » Player vs Player
by Insanefool    Mon Nov 17, 2025 11:09 pm

**No EXP**
Official Information & Developement » Help & Support
by Dprogib    Mon Nov 17, 2025 9:55 pm

**⚡ HD Patch: Reforged ⚡**
Community » Modding
by Stormhand81    Mon Nov 17, 2025 9:51 pm

**[Release] A little extra for Female High E...**
Community » Modding
by Necropheus    Mon Nov 17, 2025 9:26 pm

**So many bugs...**
Community » General
by Ingameacc12345    Mon Nov 17, 2025 9:07 pm

**Turtle WoW on Linux?**
Community » General
by Matches    Mon Nov 17, 2025 8:48 pm

**Cute little story of a T3 dps who didn't k...**
Community » General
by Matches    Mon Nov 17, 2025 8:01 pm

**request: re-do quest for multiple rewards**
Community » Suggestions
by FrankFankledank    Mon Nov 17, 2025 7:54 pm

**Purified Ashbringer**
Community » Suggestions
by Jcarrill0    Mon Nov 17, 2025 6:30 pm

**Consider Giving The PVP Trinket Multipl...**
Community » Suggestions
by FrankFankledank    Mon Nov 17, 2025 6:15 pm

**Quest "Gates of Uldum" is poorly desig...**
Community » Suggestions
by FrankFankledank    Mon Nov 17, 2025 6:08 pm

**Alpha Gameplay Footage**
Official Information & Development » Remastered Client: Unreal Engine 5
by FrankFankledank    Mon Nov 17, 2025 6:01 pm

**request: make champion's hall for all ra...**
Community » Suggestions
by Wsta    Mon Nov 17, 2025 4:28 pm

**[OG-RaidHelper] New Addon**
Community » AddOns
by basednoob    Mon Nov 17, 2025 3:31 pm

**Leveling Challenge — Slow & Steady**
Official Information & Development »
by Gladeshadow    Mon Nov 17, 2025 2:30 pm

75

Document title: Turtle WoW - Forums
Capture URL: https://forum.turtle-wow.org/
Capture timestamp (UTC): Mon, 17 Nov 2025 23:30:57 GMT



**Professions**
Talk about crafting, gathering, and everything in between.
[Topics: 118 | Posts:984]

**AddOns**
Tools to improve your life or just make it shinier.
[Topics: 705 | Posts:805]

**Player vs Player**
Strategies, victories, and a bit of salt.
[Topics: 170 | Posts:2477]

**The Storyteller's Corner**
Everything roleplay — share your characters, stories, and events!
[Topics: 151 | Posts:758]

**Creative Corner**
Show off your art, stories, and creative projects.
[Topics: 140 | Posts:1588]

**Modding**
Ship it now and let the players patch it.
[Topics: 394 | Posts:5587]

**Lore**
Explore the rich history and stories of Azeroth.
[Topics: 116 | Posts:1039]

**Hardcore Lounge**
For those who laugh in the face of death..
[Topics: 215 | Posts:2088]

**Level One Lunatics**
Zero XP, zero regrets. Maximum effort, minimum level.
[Topics: 28 | Posts:176]

## CLASSES

**Warrior**
[Topics: 171 | Posts:1267]

**Druid**
[Topics: 287 | Posts:1278]

**Priest**
[Topics: 158 | Posts:1040]

**Warlock**
[Topics: 141 | Posts:1038]

**Shaman**
[Topics: 269 | Posts:2796]

**Paladin**
[Topics: 266 | Posts:964]

**Mage**
[Topics: 39 | Posts:801]

**Hunter**
[Topics: 306 | Posts:3557]

**Rogue**
[Topics: 155 | Posts:980]

## NON-ENGLISH FORUMS

**Chinese**
[Topics: 411 | Posts:1584]

**German**
[Topics: 48 | Posts:204]

**Ukrainian**
[Topics: 18 | Posts:97]

**Russian**
[Topics: 793 | Posts:1119]

**Spanish**
[Topics: 82 | Posts:273]

### Recent posts (right column)

**Quest "Gates of Uldum" is poorly desig...**
Community » Suggestions
by FrankFankledank    Mon Nov 17, 2025 6:06 pm

**Alpha Gameplay Footage**
Official Information & Developement » Remastered Client: Unreal Engine 5
by FrankFankledank    Mon Nov 17, 2025 6:01 pm

**request: make champion's hall for all ra...**
Community » Suggestions
by Wsta    Mon Nov 17, 2025 4:22 pm

**[OG-RaidHelper] New Addon**
Community » AddOns
by basednoob    Mon Nov 17, 2025 3:31 pm

**Leveling Challenge — Slow & Steady**
Official Information & Developement » Announcements
by Gladeshadow    Mon Nov 17, 2025 2:35 pm

**PvP Reward Overhaul & New Gear**
Community » Player vs Player
by Moomoobro    Mon Nov 17, 2025 1:17 pm

**request: inspect both sides (horde/allian...**
Community » Suggestions
by Wez0    Mon Nov 17, 2025 1:14 pm

**request: remove AH limit**
Community » Suggestions
by Sylveria    Mon Nov 17, 2025 1:01 pm

**request: make it possible to walk on nor...**
Community » Suggestions
by Wez0    Mon Nov 17, 2025 12:48 pm

**I cannot target objects nor players**
Official Information & Developement » Help & Support
by Baggles    Mon Nov 17, 2025 12:21 pm

**2 Accounts**
Community » General
by Blameinsane    Mon Nov 17, 2025 12:07 pm

**On Farm Raids (and why they should no...**
Community » Raids
by Elesion    Mon Nov 17, 2025 12:04 pm

**An Unofficial Guidebook to Turtle WoW**
Community » General
by Kerenis    Mon Nov 17, 2025 9:03 am

**Patch 1.18.1 — Nightmares of Ursol**
Official Information & Developement » Patch Notes & Changelog
by Slipknot    Mon Nov 17, 2025 8:33 am

**implement gear score match making in ...**
Community » Player vs Player
by Xudo    Mon Nov 17, 2025 7:38 am

[1] [2] [3] [4] [5] ▶

---

76

# EXHIBIT 12

| | |
|---|---|
| Document title: | We didn't protest because we respected the fact that it was an English server - Turtle WoW |
| Capture URL: | https://forum.turtle-wow.org/viewtopic.php?p=66302&hilit=United+States#p66302 |
| Page loaded at (UTC): | Tue, 16 Dec 2025 17:56:59 GMT |
| Capture timestamp (UTC): | Tue, 16 Dec 2025 17:57:01 GMT |
| Capture tool: | 3.17.0 |
| Collection server IP: | 52.207.224.23 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/142.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 9 |
| Capture ID: | 8VhqCrGYGmdxVzu1X2Tgcc |
| Display Name: | cbg |

**TURTLE WOW**
*Mysteries of Azeroth*

Quick Search · Login

Quick Search | Advanced Search

Search…          [Search]

⌂ Turtle WoW › Forums › Community › General › We didn't protest because it was an English server

# We didn't protest because we respected the fact that it was an English server

POST REPLY | 🔧 ▾    Search this topic…  🔍  ⚙

20 posts • Page **1** of **1**

---

by **Addd** » Wed Sep 20, 2023 2:39 am

**Addd**

Posts: 6

We didn't protest when the Twow team said we were going to block Chinese, because we respected the fact that it was an English server

When the Twow team said to give priority to English players we didn't protest because we respected the fact that it was an English server

Now Chinese players can hardly log in to the game, but the Twow team did not tell us when accepting Chinese players to recharge in the game that Chinese players will be difficult to log in to the game in the future, and it has not opened the account transfer function, but in the past few days has been modifying the login strategy to prevent Chinese players

I didn't go to bed until 4:00 last night, because I was finally able to log in to the game after 0:00. During most of the time from 10:00 to 23:00 yesterday, the queue remained the same or even increased in reverse. I queued from 10:00 when the 1000+ queue was displayed until 21:00, but I couldn't enter the game The queue showed 1900+, today I got up at 9:00 to try to log in to the game, but I desperately found that the queue gradually changed from 89 to 1162, which made me very frustrated

I was fine with waiting in line for hours to log in, but now it looks like I can't even wait in line all day

---

by **Tutayanova** » Wed Sep 20, 2023 3:19 am

**Tutayanova**

Posts: 38

When EU players couldn't log into the EU SERVER there were no problems, right? It is convenient to write on behalf of the group, and not on your own.
As one of yours answered. Never sleep and stay online:

> by **A375615581** » 10 Sep 2023 14:00
>
> **A375615581**
> Posts: 22
> Contact: 💬
>
> > Ellinkumwow wrote: ↑                    10 Sep 2023 09:19
> >
> > > A375615581 wrote: ↑              10 Sep 2023 07:54
> > >
> > > no matter what happens, we won't leave, and it doesn't work if you ban Chinese IP because we have VPN :D xD hahahahahhahaha
> >
> > What is so funny you also have 2 hours queue
>
> what is so funny is that we never sleep and can permanently stay online. :O 🐸

> by **A375615581** » 11 Sep 2023 01:00
>
> **A375615581**
> Posts: 22
> Contact: 💬
>
> > Ellinkumwow wrote: ↑                   10 Sep 2023 21:05
> >
> > > A375615581 wrote: ↑             10 Sep 2023 14:08
> > >
> > > > Ellinkumwow wrote: ↑          10 Sep 2023 09:19
> > > >
> > > > What is so funny you also have 2 hours queue





I can understand the experience of EU players, before I was queued 3000+, need to wait 5-6 hours to enter the game, but at least then as long as the queue can still enter the game, now Chinese players can not enter the game, now the experience of Chinese players is watching the queue gradually from 89 to 2000, even if I start from 9:00 until 21:00 can not Enter the game

You should use an English client instead of a Chinese client,which means deleting the files used for ENGLISH2CHINESE. The checking mechanism is likely to check if there is a EN-CN file.

by **Mac** » Wed Sep 20, 2023 6:24 am

**NO CHARACTER SELECTED**

**Mac**
Bug Report Enthusiast
Posts: 911
Has thanked: 1 time
Been thanked: 23 times

Have you tried playing on the SEA servers?

by **Grizb37** » Wed Sep 20, 2023 6:52 am

**NO CHARACTER SELECTED**

**Grizb37**
Bug Report Enthusiast
Posts: 940
Been thanked: 194 times

There's now 3 SEA Servers, why are you wanting to play on EU?

by **Geojak** » Wed Sep 20, 2023 7:12 am

**NO CHARACTER SELECTED**

**Geojak**
Grandmaster of Forum PvP
Posts: 2257
Has thanked: 189 times
Been thanked: 70 times

> **Grizb37 wrote:** ⊙
> There's now 3 SEA Servers, why are you wanting to play on EU?
>
> Wed Sep 20, 2023 6:52 am

Because there is still not transfer option and peolle like to stick with their chars.

TWoW needs to prio rushing out the transfers this week!

by **Addd** » Wed Sep 20, 2023 7:57 am

Document title: We didn&#39;t protest because we respected the fact that it was an English server - Turtle WoW
Capture URL: https://forum.turtle-wow.org/viewtopic.php?p=66302&amp;hilit=United+States#p66302
Capture timestamp (UTC): Tue, 16 Dec 2025 17:57:01 GMT



by **Addd** » Wed Sep 20, 2023 7:57 am

> **Mac** wrote:
> Wed Sep 20, 2023 6:24 am
> Have you tried playing on the SEA servers?

The account transfer function is not yet available

---

by **Mac** » Wed Sep 20, 2023 8:07 am

> **Addd** wrote:
> Wed Sep 20, 2023 7:57 am
>
>> **Mac** wrote:
>> Wed Sep 20, 2023 6:24 am
>> Have you tried playing on the SEA servers?
>
> The account transfer function is not yet available

Yeah but you can still make a new character there.

---

by **Skumbanana** » Wed Sep 20, 2023 9:22 am

Yea, it still baffles me how accounts transfers to SEA were not prioritized over new accounts. Haven't found a single reasonable explanation for this... The way devs treated the veteran/english-speaking community when this all started was awful and a lot of mistakes were made because of simple inaction. Now, the Chinese community also doesn't deserve what's happening, being unable to login and not having transfers (devs say it will happen this week, I hope so!). Quite a mess at this point, really...

---

by **Thecakeisalie** » Wed Sep 20, 2023 9:43 am

> **Torta** wrote:
> Tue Sep 19, 2023 9:52 am
>
>> **Cctd2010** wrote:
>> Tue Sep 19, 2023 9:49 am
>> So the English community is the only one that should be served?
>
> What do you mean? We have opened three servers (https://cn.turtle-wow.org) exclusively to accommodate Chinese players, as our first realm has become overcrowded. If you would like to play on the EU realm, you will need to wait until we have resolved the queue crisis on the EU realm, ensuring that there is enough room for everyone.

> **Akalix** wrote:
> Sat Sep 16, 2023 5:00 pm
> **This Week, September 16-23**
>
> • Offering transfers from EU to SEA.

---

by **Cc515k2** » Thu Sep 21, 2023 2:30 pm

> **Thecakeisalie** wrote:
> Wed Sep 20, 2023 9:43 am

Addd

Posts: 6

Mac

StayResortEnthusiast

Posts: 911
Has thanked: 1 time
Been thanked: 23 times

Skumbanana

SkinnestChiefCapacity

Posts: 78
Location: poewe
Been thanked: 2 times

Thecakeisalie

SkinnestChiefCapacity

Posts: 96
Has thanked: 1 time
Been thanked: 4 times

Cc515k2

Document title: We didn&#39;t protest because we respected the fact that it was an English server - Turtle WoW
Capture URL: https://forum.turtle-wow.org/viewtopic.php?p=66302&amp;hilit=United+States#p66302
Capture timestamp (UTC): Tue, 16 Dec 2025 17:57:01 GMT

Page 4 of 8



Document title: We didn&#39;t protest because we respected the fact that it was an English server - Turtle WoW
Capture URL: https://forum.turtle-wow.org/viewtopic.php?p=66302&amp;hilit=United+States#p66302
Capture timestamp (UTC): Tue, 16 Dec 2025 17:57:01 GMT



**Sccfo**

Posts: 5

> Have you tried playing on the SEA servers?

I live in the United States. I'm Chinese. Why can't I play the game in my native language? Of course it is possible to play in English. But there should be no restriction on players using Chinese clients to log into the game!

---

by **Cc515k2** » Thu Sep 21, 2023 5:19 pm

**Cc515k2**

Posts: 39

> **Thecakeisalie wrote:** ⊕                                    Thu Sep 21, 2023 4:40 pm
>
> > **Cc515k2 wrote:** ⊕                                        Thu Sep 21, 2023 2:30 pm
> >
> > > **Thecakeisalie wrote:** ⊕                                Wed Sep 20, 2023 9:43 am
> >
> > Note: Chinese partners provided funding to open three new Asian servers. Pay attention to the core of the problem!!! Chinese partner!!! Is there a problem with Chinese people providing their own money to open new servers? Those Chinese players whom you despise have also made significant donations on Euroserver. How to solve this problem?
>
> So what is the issue? Go and enjoy the game on your three servers that you "apparently" have funded.

The actual number of English players on European servers now ranges from 3000 to 4000. 5000 to 10000 non English speaking players. Actually, English players are a minority.

---

by **Mac** » Thu Sep 21, 2023 5:52 pm

**Mac**

Legendary Overlord

Posts: 611

Has thanked: 1 time

Been thanked: 23 times

> **Sccfo wrote:** ⊕                                            Thu Sep 21, 2023 5:09 pm
>
> > **Mac wrote:** ⊕                                            Wed Sep 20, 2023 6:24 am
> >
> > Have you tried playing on the SEA servers?
>
> I live in the United States. I'm Chinese. Why can't I play the game in my native language? Of course it is possible to play in English. But there should be no restriction on players using Chinese clients to log into the game!

You can play Turtle WoW in Chinese on any of the three Turtle SEA servers.

Or at least you could until you decided to delete your account and go on a rant about "European pigs" in that other thread.

> **Sccfo wrote:** ⊕                                            Thu Sep 21, 2023 5:33 pm
>
> 我操你妈的，我是说你们这群畜生！你们这些欧洲猪，我操你妈的，你们这群畜生，我操你妈的，你们这些欧洲猪，我操你妈的，你们这群畜生，我玩了20年魔兽世界，老子就是要玩中文，
> TMD你们这群畜生，我操你妈的，你们这些欧洲猪，我操你妈的！ 我操你妈的，你们这些欧洲猪，我操你妈的，你们这群畜生，我操你妈的，你们这群畜生 我(操你 )妈的，我捐了超过1000刀给你们这群畜生，我操你妈的，
> 你们这些欧洲猪

Again, bye!

---

by **Turboman** » Thu Sep 21, 2023 6:21 pm

**Turboman**

Patch Note Conspiracy Theorist

Posts: 317

Has thanked: 25 times

Been thanked: 46 times

> **Cc515k2 wrote:** ⊕                                          Thu Sep 21, 2023 5:19 pm
>
> > **Thecakeisalie wrote:** ⊕                                  Thu Sep 21, 2023 4:40 pm
> >
> > > **Cc515k2 wrote:** ⊕                                      Thu Sep 21, 2023 2:30 pm

Document title: We didn&#39;t protest because we respected the fact that it was an English server - Turtle WoW

Capture URL: https://forum.turtle-wow.org/viewtopic.php?p=66302&amp;hilit=United+States#p66302

Capture timestamp (UTC): Tue, 16 Dec 2025 17:57:01 GMT

Page 6 of 8



**Turboman**
Patch Note Conspiracy Theorist
Posts: 317
Has thanked: 25 times
Been thanked: 46 times

> **Thecakeisalie wrote:** ↑                          Thu Sep 21, 2023 4:40 pm
>
>> **Cc515k2 wrote:**                               Thu Sep 21, 2023 2:30 pm
>>
>> Note: Chinese partners provided funding to open three new Asian servers. Pay attention to the core of the problem!!! Chinese partner!!! Is there a problem with Chinese people providing their own money to open new servers? Those Chinese players whom you despise have also made significant donations on Euroserver. How to solve this problem?
>
> So what is the issue? Go and enjoy the game on your three servers that you "apparently" have funded.

The actual number of English players on European servers now ranges from 3000 to 4000. 5000 to 10000 non English speaking players. Actually, English players are a minority.

Minority and? What are you trying to say?

---

**No Character Selected**

**Tendies**
Patch Note Conspiracy Theorist
Posts: 222

 by **Tendies** » Thu Sep 21, 2023 7:33 pm

> **Sccfo wrote:** ↑                               Thu Sep 21, 2023 5:33 pm
> I have lived in the U.S. for almost 20 years and I speak English.

Lmao, his English is trash.

---



**Thecakeisalie**
Servers Chat Casualty
Posts: 96
Has thanked: 1 time
Been thanked: 4 times

 by **Thecakeisalie** » Thu Sep 21, 2023 9:21 pm

> **Cc515k2 wrote:** ↑                             Thu Sep 21, 2023 5:19 pm
>
>> **Thecakeisalie wrote:** ↑                       Thu Sep 21, 2023 4:40 pm
>>
>>> **Cc515k2 wrote:** ↑                            Thu Sep 21, 2023 2:30 pm
>>>
>>> Note: Chinese partners provided funding to open three new Asian servers. Pay attention to the core of the problem!!! Chinese partner!!! Is there a problem with Chinese people providing their own money to open new servers? Those Chinese players whom you despise have also made significant donations on Euroserver. How to solve this problem?
>>
>> So what is the issue? Go and enjoy the game on your three servers that you "apparently" have funded.
>
> The actual number of English players on European servers now ranges from 3000 to 4000. 5000 to 10000 non English speaking players. Actually, English players are a minority.

Good for you! Your point is?

---

**No Character Selected**

**Edgarfam**
Servers Chat Casualty
Posts: 85
Has thanked: 1 time

 by **Edgarfam** » Thu Sep 21, 2023 11:36 pm

> **Sccfo wrote:** ↑                               Thu Sep 21, 2023 5:09 pm
>
>> **Mac wrote:** ↑                                Wed Sep 20, 2023 6:24 am
>> Have you tried playing on the SEA servers?
>
> I live in the United States. I'm Chinese. Why can't I play the game in my native language? Of course it is possible to play in English. But there should be no restriction on players using Chinese clients to log into the game!

Of course there are language rules in mmorpg servers.

Document title: We didn&#39;t protest because we respected the fact that it was an English server - Turtle WoW
Capture URL: https://forum.turtle-wow.org/viewtopic.php?p=66302&amp;hilit=United+States#p66302
Capture timestamp (UTC): Tue, 16 Dec 2025 17:57:01 GMT



by **Tendies** » Thu Sep 21, 2023 7:33 pm

> **Sccfo wrote:** ⊕                                    Thu Sep 21, 2023 5:33 pm
>
> I have lived in the U.S. for almost 20 years and I speak English.

Lmao, his English is trash.

---

by **Thecakeisalie** » Thu Sep 21, 2023 9:21 pm

> **Cc515k2 wrote:** ⊕                                  Thu Sep 21, 2023 5:19 pm
>
> > **Thecakeisalie wrote:** ⊕                          Thu Sep 21, 2023 4:40 pm
> >
> > > **Cc515k2 wrote:** ⊕                              Thu Sep 21, 2023 2:30 pm
> > >
> > > Note: Chinese partners provided funding to open three new Asian servers. Pay attention to the core
> > > of the problem!!! Chinese partner!!! Is there a problem with Chinese people providing their own
> > > money to open new servers? Those Chinese players whom you despise have also made significant
> > > donations on Euroserver. How to solve this problem?
> >
> > So what is the issue? Go and enjoy the game on your three servers that you "apparently" have funded.
>
> The actual number of English players on European servers now ranges from 3000 to 4000. 5000 to 10000 non
> English speaking players. Actually, English players are a minority.

Good for you! Your point is?

---

by **Edgarfam** » Thu Sep 21, 2023 11:36 pm

> **Sccfo wrote:** ⊕                                    Thu Sep 21, 2023 5:09 pm
>
> > **Mac wrote:** ⊕                                    Wed Sep 20, 2023 6:24 am
> >
> > Have you tried playing on the SEA servers?
>
> I live in the United States, I'm Chinese. Why can't I play the game in my native language? Of course it is possible
> to play in English. But there should be no restriction on players using Chinese clients to log into the game!

Of course there are language rules in mmorpg servers.

Use English>>>play on EU server
Use Chinese>>>play on SEA server

But you won't go to SEA server because you hate Chinese people even though your native language is Chinese.

---

POST REPLY ↩    🔧 ▾    ⬇ ▾                                       20 posts • Page **1** of **1**

‹ Return to "General"                                            JUMP TO ▾

Document title: We didn&#39;t protest because we respected the fact that it was an English server - Turtle WoW
Capture URL: https://forum.turtle-wow.org/viewtopic.php?p=66302&amp;hilit=United+States#p66302
Capture timestamp (UTC): Tue, 16 Dec 2025 17:57:01 GMT                                 Page 8 of 8

Page Vault

| | |
|---|---|
| Document title: | New queue prioritization system is in place! - Page 6 - Turtle WoW |
| Capture URL: | https://forum.turtle-wow.org/viewtopic.php?p=66148&hilit=United+States#p66148 |
| Page loaded at (UTC): | Tue, 16 Dec 2025 17:58:27 GMT |
| Capture timestamp (UTC): | Tue, 16 Dec 2025 17:58:30 GMT |
| Capture tool: | 3.17.0 |
| Collection server IP: | 98.94.5.141 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/142.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 15 |
| Capture ID: | khLqmHBFS6VYkjxcPyZiFW |
| Display Name: | cbg |



Document title: New queue prioritization system is in place! - Page 6 - Turtle WoW
Capture URL: https://forum.turtle-wow.org/viewtopic.php?p=66148&amp;hilit=United+States#p66148
Capture timestamp (UTC): Tue, 16 Dec 2025 17:58:30 GMT

Page 1 of 14



Do Asian servers restrict European IP login?

Since Asian servers do not restrict European IP login, European players' unwillingness to log in to Asian servers is a matter of their own intention

But the European server intercepted Asian players who were interested in logging into the European server

Asian servers have not taken restrictive measures, only European servers that consider themselves non racist have taken this measure

The queues in the asian servers(3) that affect the chinese are caused by the chinese.
The queues in the european server(1) that affect the rest of the planet are caused by the chinese.
There would be literally no reason to restrict european logins other than pure spite (which is clearly what you're displaying here) because 1: they sure as hell don't want to play on your servers and 2: they aren't affecting queue times.
You can cry as much as you want but so long as you're the cause the problem you won't find people that sympathise with you.

Last edited by Gnomoerectus on Tue Sep 19, 2023 3:45 pm, edited 1 time in total.

by **Uncmage** » Tue Sep 19, 2023 3:22 pm

**Uncmage**
Posts: 1

I'm Chinese and I'm disappointed.

Some of us are being mad and said unreasonable things here. But you know what, we are mad and should say what we should.

Since when are we forced to say the same language in an mmorpg? Don't tell me about the server rules. You all got time for reading server rules? I once played a game called EVE oh boy you will get surprised how many languages are spoken there. And what about those who just want to mind their own bussiness and not interacting at all? I have always been a quiet one and wow has been my peaceful harbor. I speak only to people I know well and get awkward with strangers. The language thing is a lie. It's a cover. Just admit it. You don't like to see spams or spaces. It's annoying I know. But you took one very irresponsible measure and decorate it with nice execuses.

IMO what actually happened:
Twow team (understandably) failed to see the sharp incline in player base and didn't took action to upgrade their hardware.
There are certainly golder sellers growing in EU, and the team failed to ban them, which is the primary reason for the queue problem.
Now instead of having more GMs to ban them, they took a very "convenient" action which is to force all Chinese to another server, and hope the gold sellers go with them. Guess what? If you are not able to manage this situation in EU, how are we confident, you can manage this in SEA? But now it's not your problem anymore is it? The Chinese can RMT their ass off in the SEA and it won't hurt your EU butt. And the [][]s are gone too hopefully.

That's classic double standard. Just admit it. You're not willing, nor capable of providing the same quality of service. But in the time of crises, EU citizen comes first. Just say the word. We will gladly admit that we misjudged you for better.

by **Geojak** » Tue Sep 19, 2023 3:43 pm

**Geojak**
Grandmaster of Fatpod PvP
Posts: 2257
Has thanked: 109 times
Been thanked: 70 times

> **Uncmage wrote:** ⊙                                    Tue Sep 19, 2023 3:22 pm
> I'm Chinese and I'm disappointed.
>
> Some of us are being mad and said unreasonable things here. But you know what, we are mad and should say what we should.
>
> Since when are we forced to say the same language in an mmorpg? Don't tell me about the server rules. You all got time for reading server rules? I once played a game called EVE oh boy you will get surprised how many languages are spoken there. And what about those who just want to mind their own bussiness and not interacting at all? I have always been a quiet one and wow has been my peaceful harbor. I speak only to people I know well and get awkward with strangers. The language thing is a lie. It's a cover. Just admit it. You don't like to see spams or spaces. It's annoying I know. But you took one very irresponsible measure and decorate it with nice execuses.
>
> IMO what actually happened:

89



at all? I have always been a quiet one and wow has been my peaceful harbor. I speak only to people I know well and get awkward with strangers. The language thing is a lie. It's a cover. Just admit it. You don't like to see spams or spaces. It's annoying I know. But you took one very irresponsible measure and decorate it with nice execuses.

IMO what actually happened:
Twow team (understandably) failed to see the sharp incline in player base and didn't took action to upgrade their hardware.
There are certainly golder sellers growing in EU, and the team failed to ban them, which is the primary reason for the queue problem.
Now instead of having more GMs to ban them, they took a very "convenient" action which is to force all Chinese to another server, and hope the gold sellers go with them. Guess what? If you are not able to manage this situation in EU, how are we confident, you can manage this in SEA? But now it's not your problem anymore is it? The Chinese can RMT their ass off in the SEA and it won't hurt your EU butt. And the [[]]s are gone too hopefully.

That's classic double standard. Just admit it. You're not willing, nor capable of providing the same quality of service. But in the time of crises, EU citizen comes first. Just say the word. We will gladly admit that we misjudged you for better.

You never read the server rules? You should.
Rly these types of accusations get so old.
We value an English speaking server environment
You obviously don't. Adapt or move.

How would you feel if your Chinese town was in the spawn of a month quadrupled in size and all these new peolpe all speak Hungarian, noone on the streets speaks your language anymore, and your cultures is replaced by this new majority. It would suck, you would feel not at home anymore and you would be mad for being colonised and conquered.

Sorry but this is exactly what happened here on twow eu.
All I ask you is to adapt to the English culture on the EU server instead of replacing it. It would not be an issue if there were just <10% Chinese. But thats just not the case, and that's why measured had to be taken. You can even use the English client to go around the queue prio system as long as you don't use the Chinese client because if you use that you rly sjoild not be here.

Call it double standards if you want.

by **Mynamewastaken** » Tue Sep 19, 2023 3:51 pm

**Mynamewastaken**
Posts: 48
Has thanked: 9 times
Been thanked: 2 times

> **Uncmage wrote:** ⬆
> Tue Sep 19, 2023 3:22 pm
> I'm Chinese and I'm disappointed.
>
> Some of us are being mad and said unreasonable things here. But you know what, we are mad and should say what we should.
>
> Since when are we forced to say the same language in an mmorpg? Don't tell me about the server rules. You all got time for reading server rules? I once played a game called EVE oh boy you will get surprised how many languages are spoken there. And what about those who just want to mind their own bussiness and not interacting at all? I have always been a quiet one and wow has been my peaceful harbor. I speak only to people I know well and get awkward with strangers. The language thing is a lie. It's a cover. Just admit it. You don't like to see spams or spaces. It's annoying I know. But you took one very irresponsible measure and decorate it with nice execuses.
>
> IMO what actually happened:
> Twow team (understandably) failed to see the sharp incline in player base and didn't took action to upgrade their hardware.
> There are certainly golder sellers growing in EU, and the team failed to ban them, which is the primary reason for the queue problem.
> Now instead of having more GMs to ban them, they took a very "convenient" action which is to force all Chinese to another server, and hope the gold sellers go with them. Guess what? If you are not able to manage this situation in EU, how are we confident, you can manage this in SEA? But now it's not your problem anymore is it? The Chinese can RMT their ass off in the SEA and it won't hurt your EU butt. And the [[]]s are gone too hopefully.
>
> That's classic double standard. Just admit it. You're not willing, nor capable of providing the same quality of service. But in the time of crises, EU citizen comes first. Just say the word. We will gladly admit that we misjudged you for better.

EVE is different case. There's one server with 100k online and there are no queues.

The Twow server obviously can't handle all the people who want to play. Launched separate servers.

90



you for better.

EVE is different case. There's one server with 100k online and there are no queues.

The Twow server obviously can't handle all the people who want to play. Launched separate servers.
And until there were no separate Chinese servers, the administration had a very tolerant policy.

by **Mynamewastaken** » Tue Sep 19, 2023 3:58 pm

Well and in my understanding of the Chinese mentality, in a mirror situation they would send the Europeans to hell at the first inconvenience, instead of fiddling with them until the last.

**Mynamewastaken**
Posts: 48
Has thanked: 9 times
Been thanked: 2 times

by **Neoporco** » Tue Sep 19, 2023 5:04 pm

> **Gnomoerectus wrote:** ⊙                                          Tue Sep 19, 2023 3:05 pm
>> **Neoporco wrote:** ⊙                                          Tue Sep 19, 2023 2:46 pm
>>> **Gnomoerectus wrote:** ⊙                                  Tue Sep 19, 2023 2:30 pm
>>> The problem was caused by the chinese players in the first place and the privilege is not getting rangebanned.
>>
>> Do Asian servers restrict European IP login?
>>
>> Since Asian servers do not restrict European IP login, European players' unwillingness to log in to Asian servers is a matter of their own intention
>>
>> But the European server intercepted Asian players who were interested in logging into the European server
>>
>> Asian servers have not taken restrictive measures, only European servers that consider themselves non racist have taken this measure
>
> The queues in the asian servers(3) that affect the chinese are caused by the chinese.
> The queues in the european server(1) that affect the rest of the planet are caused by the chinese.
> There would be literally no reason to restrict european logins other than pure spite (which is clearly what you're displaying here) because 1: they sure as hell don't want to play on your servers and 2: they aren't affecting queue times.
> You can cry as much as you want but so long as you're the cause the problem you won't find people that sympathise with you.

You're right. Having double standards and empathy are usually mutually exclusive

**Neoporco**
Posts: 18

by **Kazel9090** » Tue Sep 19, 2023 5:04 pm

> **Akalix wrote:** ⊙                                          Sun Sep 17, 2023 6:08 pm
> Greetings!
>
> We have an update to share with everyone about our queue prioritization system, which will be in effect upon the next restart.
>
> Our new queue system provides priority for our English community on our **Turtle EU** realm. As we have multiple new, lively realms launched in the SEA region, we have developed this system with the concept in mind that our Turtle EU realm is primarily for our English community, and our Turtle Asia network is primarily for our CN community.
>
> We will continue to tweak this system as needed in the future, however, we expect that it will solve many issues veteran players have been facing.

**Kazel9090**
Posts: 31
Been thanked: 3 times

91



Turtle EU realm is primarily for our English community, and our Turtle Asia network is primarily for our CN
community.

We will continue to tweak this system as needed in the future, however, we expect that it will solve many issues
veteran players have been facing.

What prio is there else?

---

by **Jolikmc** » Tue Sep 19, 2023 9:01 pm

**Jolikmc**

Flatch Note Conspiracy Theorist

Posts: 478

Location: United States

Been thanked: 3 times

Contact: 💬

This is somewhat "out-of-character" for me to say… but why hasn't this topic been closed yet?

No one's really talking about the actual subject of the topic, at this point – they're too busy arguing "racism vs.
necessity" – and it doesn't seem like the staff aren't willing to answer questions about the new queue system – not
that they need to. Apparently, the new system works based on the client language? That seems ineffectual and very
easy to circumvent… and already *has* been, since the queues are, reportedly, back to being outrageous.

Anyway, yeah. Topic's burning like a tire fire: hot and stinky. So. d:

**Edit:** Oh.

…

What's that old saying? "Top tier kek"?

**Edit 2:**

That "queue circumvention tutorial" topic has been removed by the moderators. (But, the damage is already done, so…)

Last edited by Jolikmc on Tue Sep 19, 2023 11:30 pm, edited 1 time in total.

*Not currently playing. Just skulking and snarking~*

---

by **Hamalam** » Tue Sep 19, 2023 9:20 pm

**Hamalam**

Harness Data Disciple

Posts: 57

> **Jolikmc wrote:** ↑    Tue Sep 19, 2023 9:01 pm
>
> This is somewhat "out-of-character" for me to say… but why hasn't this topic been closed yet?
>
> No one's really talking about the actual subject of the topic, at this point – they're too busy arguing "racism vs.
> necessity" – and it doesn't seem like the staff aren't willing to answer questions about the new queue system – not
> that they need to. Apparently, the new system works based on the client language? That seems ineffectual and
> very easy to circumvent… and already *has* been, since the queues are, reportedly, back to being outrageous.
>
> Anyway, yeah. Topic's burning like a tire fire: hot and stinky. So. d:
>
> **Edit:** Oh.
> …
> What's that old saying? "Top tier kek"?

TOP-TIER KEK 🐸 🐸 🐸

Greetings from Ham(da)(the)… (warr) (getter) (etc..)

Say again!

---

by **Akalix** » Wed Sep 20, 2023 4:10 am

**Akalix**

Turtle WoW Team

Posts: 523

Location: United States

Has thanked: 23 times

Been thanked: 92 times

> **Uncmage wrote:** ↑    Tue Sep 19, 2023 3:22 pm
>
> I'm Chinese and I'm disappointed.
>
> Some of us are being mad and said unreasonable things here. But you know what, we are mad and should say
> what we should.
>
> Since when are we forced to say the same language in an mmorpg? Don't tell me about the server rules. You all
> got time for reading server rules? I once played a game called EVE oh boy you will get surprised how many
> languages are spoken there. And what about those who just want to mind their own bussiness and not interacting

---

Document title: New queue prioritization system is in place! - Page 6 - Turtle WoW
Capture URL: https://forum.turtle-wow.org/viewtopic.php?p=66148&hilit=United+States#p66148
Capture timestamp (UTC): Tue, 16 Dec 2025 17:58:30 GMT



Turtle WoW Team
Location: United States
Posts: 623
Has thanked: 23 times
Been thanked: 92 times

Some of us are being mad and said unreasonable things here. But you know what, we are mad and should say what we should.

Since when are we forced to say the same language in an mmorpg? Don't tell me about the server rules. You all got time for reading server rules? I once played a game called EVE oh boy you will get surprised how many languages are spoken there. And what about those who just want to mind their own bussiness and not interacting at all? I have always been a quiet one and wow has been my peaceful harbor. I speak only to people I know well and get awkward with strangers. The language thing is a lie. It's a cover. Just admit it. You don't like to see spams or spaces. It's annoying I know. But you took one very irresponsible measure and decorate it with nice execuses.

IMO what actually happened:
Twow team (understandably) failed to see the sharp incline in player base and didn't took action to upgrade their hardware.
There are certainly golder sellers growing in EU, and the team failed to ban them, which is the primary reason for the queue problem.
Now instead of having more GMs to ban them, they took a very "convenient" action which is to force all Chinese to another server, and hope the gold sellers go with them. Guess what? If you are not able to manage this situation in EU, how are we confident, you can manage this in SEA? But now it's not your problem anymore is it? The Chinese can RMT their ass off in the SEA and it won't hurt your EU butt. And the [][]s are gone too hopefully.

That's classic double standard. Just admit it. You're not willing, nor capable of providing the same quality of service. But in the time of crises, EU citizen comes first. Just say the word. We will gladly admit that we misjudged you for better.

This is beyond a bad faith argument and is a borderline attempt at smearing.

Our GM team, which has been actively expanding, is not the issue. We have continued to monitor and punish RMT. We will continue to enforce our strict anti-RMT policies across **all our realms**, regardless of region.

Our EU Network, which is staffed by English GMs, only offers support in English. Additionally we have, and have had for multiple years, a rule requiring English in all public channels. Any user's failure to read the Terms of Service they agree to is not the responsibility of anyone but themselves. If your entire argument is predicated on an unwillingness or inability to read/follow our rules, then there's no discussion to be had.

Public Relations / Community Manager / Lead of Marketing

Making content on Turtle? viewtopic.php?f=15122
Looking to join our team? viewtopic.php?t=14168

---

by **Miemieko** » Wed Sep 20, 2023 4:54 am

NO CHARACTER SELECTED
**Miemieko**
Posts: 1

You as a Chinese to say this is really disappointing and hopeless. You're enjoying the administration of another country [the game] and you're not following the rules, making more and more European players think that's the way the Chinese are. Your existence is a piece of shit. If you don't follow the most basic rules, you don't deserve to live on this server. Your existence is called a refugee in real life (sorry that seems insulting to refugees), and you should be grateful to have a server that allows you to survive instead of pouring your unthinking irrational demands on the WOW team. 🤢

---

by **Redmagejoe** » Wed Sep 20, 2023 5:25 am

**Redmagejoe**
Grandmaster of Forum PvP
Posts: 1192
Has thanked: 1 time
Been thanked: 55 times

> Uncmage wrote: ↑
> words

Tue Sep 19, 2023 3:22 pm

tl;dr "I don't have to follow the rules because I'm an entitled child and to reinforce my excellent rhetoric, I'm going to convolute a conspiracy theory and present the current situation in the worst possible light."

Shut the fuck up.

---

by **Borefficz** » Wed Sep 20, 2023 6:47 am

**Borefficz**

> Uncmage wrote: ↑
> I'm Chinese and I'm disappointed.

Tue Sep 19, 2023 3:22 pm

Some of us are being mad and said unreasonable things here. But you know what, we are mad and should say

93

**Borefficz**

Fractii Nato Conspiracy Theorist

Posts: 223
Has thanked: 1 time
Been thanked: 9 times

> **Uncmage** wrote: 
> Tue Sep 19, 2023 3:22 pm
>
> I'm Chinese and I'm disappointed.
>
> Some of us are being mad and said unreasonable things here. But you know what, we are mad and should say what we should.
>
> Since when are we forced to say the same language in an mmorpg? Don't tell me about the server rules. You all got time for reading server rules? I once played a game called EVE oh boy you will get surprised how many languages are spoken there. And what about those who just want to mind their own bussiness and not interacting at all? I have always been a quiet one and wow has been my peaceful harbor. I speak only to people I know well and get awkward with strangers. The language thing is a lie. It's a cover. Just admit it. You don't like to see spams or spaces. It's annoying I know. But you took one very irresponsible measure and decorate it with nice execuses.
>
> IMO what actually happened:
> Twow team (understandably) failed to see the sharp incline in player base and didn't took action to upgrade their hardware.
> There are certainly golder sellers growing in EU, and the team failed to ban them, which is the primary reason for the queue problem.
> Now instead of having more GMs to ban them, they took a very "convenient" action which is to force all Chinese to another server, and hope the gold sellers go with them. Guess what? If you are not able to manage this situation in EU, how are we confident, you can manage this in SEA? But now it's not your problem anymore is it? The Chinese can RMT their ass off in the SEA and it won't hurt your EU butt. And the []]s are gone too hopefully.
>
> That's classic double standard. Just admit it. You're not willing, nor capable of providing the same quality of service. But in the time of crises, EU citizen comes first. Just say the word. We will gladly admit that we misjudged you for better.

The staff favours EU/NA players on an EU based server that used to have an EU/NA community for 5 years before the invasion? Unthinkable!

---

📄 by **Harkus** » Wed Sep 20, 2023 11:57 am

**Harkus**

Fractii Nato Conspiracy Theorist

Posts: 231
Has thanked: 84 times
Been thanked: 21 times

> **Akalix** wrote: 
> Wed Sep 20, 2023 4:10 am
>
> > **Uncmage** wrote: 
> > Tue Sep 19, 2023 3:22 pm
> >
> > I'm Chinese and I'm disappointed.
> >
> > Some of us are being mad and said unreasonable things here. But you know what, we are mad and should say what we should.
> >
> > Since when are we forced to say the same language in an mmorpg? Don't tell me about the server rules. You all got time for reading server rules? I once played a game called EVE oh boy you will get surprised how many languages are spoken there. And what about those who just want to mind their own bussiness and not interacting at all? I have always been a quiet one and wow has been my peaceful harbor. I speak only to people I know well and get awkward with strangers. The language thing is a lie. It's a cover. Just admit it. You don't like to see spams or spaces. It's annoying I know. But you took one very irresponsible measure and decorate it with nice execuses.
> >
> > IMO what actually happened:
> > Twow team (understandably) failed to see the sharp incline in player base and didn't took action to upgrade their hardware.
> > There are certainly golder sellers growing in EU, and the team failed to ban them, which is the primary reason for the queue problem.
> > Now instead of having more GMs to ban them, they took a very "convenient" action which is to force all Chinese to another server, and hope the gold sellers go with them. Guess what? If you are not able to manage this situation in EU, how are we confident, you can manage this in SEA? But now it's not your problem anymore is it? The Chinese can RMT their ass off in the SEA and it won't hurt your EU butt. And the []]s are gone too hopefully.
> >
> > That's classic double standard. Just admit it. You're not willing, nor capable of providing the same quality of service. But in the time of crises, EU citizen comes first. Just say the word. We will gladly admit that we misjudged you for better.
>
> This is beyond a bad faith argument and is a borderline attempt at smearing.
>
> Our GM team, which has been actively expanding, is not the issue. We have continued to monitor and punish RMT. We will continue to enforce our strict anti-RMT policies across **all our realms**, regardless of region.

94

Document title: New queue prioritization system is in place! - Page 6 - Turtle WoW
Capture URL: https://forum.turtle-wow.org/viewtopic.php?p=66148&amp;hilit=United+States#p66148
Capture timestamp (UTC): Tue, 16 Dec 2025 17:58:30 GMT



misjudged you for better.

This is beyond a bad faith argument and is a borderline attempt at smearing.

Our GM team, which has been actively expanding, is not the issue. We have continued to monitor and punish RMT. We will continue to enforce our strict anti-RMT policies across **all our realms**, regardless of region.

Our EU Network, which is staffed by English GMs, only offers support in English. Additionally we have, and have had for multiple years, a rule requiring English in all public channels. Any user's failure to read the Terms of Service they agree to is not the responsibility of anyone but themselves. If your entire argument is predicated on an unwillingness or inability to read/follow our rules, then there's no discussion to be had.

Thank you for saying it like it is Akalix! I am sorry you and the team have to endure such nonsense and thank you for your continued hard work 🐸

---

**Fresharugula**
Banner Chief Casualty
Posts: 105

by **Fresharugula** » Wed Sep 20, 2023 12:34 pm

> **Mynamewastaken wrote:**                    Tue Sep 19, 2023 3:58 pm
> Well and in my understanding of the Chinese mentality, in a mirror situation they would send the Europeans to hell at the first inconvenience, instead of fiddling with them until the last.

The biggest of facts. Turtle devs treated the incoming Chinese WAY more respectfully than if it had been the other way around

---

**Fresharugula**
Banner Chief Casualty
Posts: 105

by **Fresharugula** » Wed Sep 20, 2023 12:35 pm

> **Akalix wrote:**                              Wed Sep 20, 2023 4:10 am
>
> > **Uncmage wrote:**                          Tue Sep 19, 2023 3:22 pm
> > I'm Chinese and I'm disappointed.
> >
> > Some of us are being mad and said unreasonable things here. But you know what, we are mad and should say what we should.
> >
> > Since when are we forced to say the same language in an mmorpg? Don't tell me about the server rules. You all got time for reading server rules? I once played a game called EVE oh boy you will get surprised how many languages are spoken there. And what about those who just want to mind their own bussiness and not interacting at all? I have always been a quiet one and wow has been my peaceful harbor. I speak only to people I know well and get awkward with strangers. The language thing is a lie. It's a cover. Just admit it. You don't like to see spams or spaces. It's annoying I know. But you took one very irresponsible measure and decorate it with nice execuses.
> >
> > IMO what actually happened:
> > Twow team (understandably) failed to see the sharp incline in player base and didn't took action to upgrade their hardware.
> > There are certainly golder sellers growing in EU, and the team failed to ban them, which is the primary reason for the queue problem.
> > Now instead of having more GMs to ban them, they took a very "convenient" action which is to force all Chinese to another server, and hope the gold sellers go with them. Guess what? If you are not able to manage this situation in EU, how are we confident, you can manage this in SEA? But now it's not your problem anymore is it? The Chinese can RMT their ass off in the SEA and it won't hurt your EU butt. And the [||]s are gone too hopefully.
> >
> > That's classic double standard. Just admit it. You're not willing, nor capable of providing the same quality of service. But in the time of crises, EU citizen comes first. Just say the word. We will gladly admit that we misjudged you for better.
>
> This is beyond a bad faith argument and is a borderline attempt at smearing.
>
> Our GM team, which has been actively expanding, is not the issue. We have continued to monitor and punish RMT. We will continue to enforce our strict anti-RMT policies across **all our realms**, regardless of region.
>
> Our EU Network, which is staffed by English GMs, only offers support in English. Additionally we have, and have had for multiple years, a rule requiring English in all public channels. Any user's failure to read the Terms of Service they agree to is not the responsibility of anyone but themselves. If your entire argument is predicated on

---

95

Our GM team, which has been actively expanding, is not the issue. We have continued to monitor and punish RMT. We will continue to enforce our strict anti-RMT policies across **all our realms**, regardless of region.

Our EU Network, which is staffed by English GMs, only offers support in English. Additionally we have, and have had for multiple years, a rule requiring English in all public channels. Any user's failure to read the Terms of Service they agree to is not the responsibility of anyone but themselves. If your entire argument is predicated on an unwillingness or inability to read/follow our rules, then there's no discussion to be had.

Good to see the GMs getting as frustrated with these bad faith arguments as the rest of is. Absolutely sick of the his victimhood complex they wanna whip out constantly.

---

by **Victormolten1** » Wed Sep 20, 2023 12:37 pm

i start the queue in the 400 place, 5 minutes after I am in the 600 place, why? I'm from Europe

**Victormolten1**
Posts: 1

---

by **Mac** » Wed Sep 20, 2023 12:40 pm

> **Uncmage wrote:** ⊙                                                          Tue Sep 19, 2023 3:22 pm
>
> I'm Chinese and I'm disappointed.
>
> Some of us are being mad and said unreasonable things here. But you know what, we are mad and should say what we should.
>
> Since when are we forced to say the same language in an mmorpg? Don't tell me about the server rules. You all got time for reading server rules? I once played a game called EVE oh boy you will get surprised how many languages are spoken there. And what about those who just want to mind their own bussiness and not interacting at all? I have always been a quiet one and wow has been my peaceful harbor. I speak only to people I know well and get awkward with strangers. The language thing is a lie. It's a cover. Just admit it. You don't like to see spams or spaces. It's annoying I know. But you took one very irresponsible measure and decorate it with nice execuses.
>
> IMO what actually happened:
> Twow team (understandably) failed to see the sharp incline in player base and didn't took action to upgrade their hardware.
> There are certainly golder sellers growing in EU, and the team failed to ban them, which is the primary reason for the queue problem.
> Now instead of having more GMs to ban them, they took a very "convenient" action which is to force all Chinese to another server, and hope the gold sellers go with them. Guess what? If you are not able to manage this situation in EU, how are we confident, you can manage this in SEA? But now it's not your problem anymore is it? The Chinese can RMT their ass off in the SEA and it won't hurt your EU butt. And the [][]s are gone too hopefully.
>
> That's classic double standard. Just admit it. You're not willing, nor capable of providing the same quality of service. But in the time of crises, EU citizen comes first. Just say the word. We will gladly admit that we misjudged you for better.

**Mac**
Bug Report Enthusiast
Posts: 911
Has thanked: 1 time
Been thanked: 23 times

I'm not disappointed because I know the staff are working hard and trying their best to make everyone happy and that's a really difficult — if not impossible — task to perform. But they have a plan and it seems like a good one so i say give them some time to execute their plan. And while you do that you ought to read the rules. To answer your question yes I have read through them before. It took a couple minutes. You should also apologize to the staff for making up lies about them. Being mad is no excuse for being so rude.

---

by **Velpera** » Wed Sep 20, 2023 1:14 pm

why do i have 600 que while my friends dont? we are from same country eu.

**Velpera**
Posts: 1



96



Posts: 1

by **Voidcaller5** » Wed Sep 20, 2023 1:33 pm

WTF is going on? I'm from Ukraine and my queue is acting like non EU ie position is jumping up and down!

**Voidcaller5**
Posts: 4

Last edited by Voidcaller5 on Wed Sep 20, 2023 1:36 pm, edited 1 time in total.

by **3azc** » Wed Sep 20, 2023 1:35 pm

> **Voidcaller5 wrote:** ⊕                                    Wed Sep 20, 2023 1:33 pm
> WTF is going on? I'm from Ukraine and my queue action is acting like non EU ie position is jumping up and down!

**3azc**
Posts: 1

Same thing. Im from Turkey

by **Cc515k2** » Thu Sep 21, 2023 7:02 am

> **Fresharugula wrote:** ⊕                                    Tue Sep 19, 2023 12:59 pm
>> **Cc515k2 wrote:** ⊕                                    Tue Sep 19, 2023 9:53 am
>>> **Harkus wrote:** ⊕                                    Mon Sep 18, 2023 1:41 pm
>>>
>>> Assuming you speak English, EU :D
>>
>> If he doesn't speak English. According to the current rules, he will be discriminated against.
>
> You can quit with the victimhood complex.
> It's not discrimination , just follow the rules that have ALWAYS been in place. Or go to the servers that the devs pain stakingly set up for you where English is not the official language.
>
> Everyone here is absolutely sick of the victimhood "you guys are racist for this" nonsense

So where should I go if I know English, Chinese, and a little German. Do I have multiple options. Of course, I am Chinese.

**Cc515k2**
Posts: 39

by **Cc515k2** » Thu Sep 21, 2023 7:04 am

> **Cc515k2 wrote:** ⊕                                    Thu Sep 21, 2023 7:02 am
>> **Fresharugula wrote:** ⊕                                    Tue Sep 19, 2023 12:59 pm
>>> **Cc515k2 wrote:** ⊕                                    Tue Sep 19, 2023 9:53 am
>>>
>>> If he doesn't speak English. According to the current rules, he will be discriminated against.
>>
>> You can quit with the victimhood complex.
>> It's not discrimination , just follow the rules that have ALWAYS been in place. Or go to the servers that the devs pain stakingly set up for you where English is not the official language.
>>
>> Everyone here is absolutely sick of the victimhood "you guys are racist for this" nonsense

**Cc515k2**
Posts: 39

97



you can quit with their stupid mod complex.

It's not discrimination , just follow the rules that have ALWAYS been in place. Or go to the servers that the devs pain stakingly set up for you where English is not the official language.

Everyone here is absolutely sick of the victimhood "you guys are racist for this" nonsense

So where should I go if I know English, Chinese, and a little German. Do I have multiple options. Of course, I am Chinese.

If this is a European server, it specifically provides services for European players. So it's not a problem for us Chinese people to leave here. If this is an English server, do players who do not speak English want to leave.

---

by **Sccfo** » Thu Sep 21, 2023 7:06 am

**Sccfo**

Posts: 5

I'm in the United States, I'm Chinese, and I like to use Chinese clients. Why queue? Why can't I log in? You are discriminating against people who speak Chinese! You are racist!

---

by **Cc515k2** » Thu Sep 21, 2023 7:10 am

**Cc515k2**

Posts: 39

> **Fischminister wrote:**                                                                            Tue Sep 19, 2023 11:10 am
>
> > **Cc515k2 wrote:**                                                                            Tue Sep 19, 2023 9:53 am
> >
> > > **Harkus wrote:**                                                                            Mon Sep 18, 2023 1:41 pm
> > >
> > > Assuming you speak English, EU :D
> >
> > If he doesn't speak English. According to the current rules, he will be discriminated against.
>
> boi oh boi do we have a dentcanyon here.
>
> so you are going to an english website with english service and cry that they dont cater to your needs.
> i am not a native englishspeaker and i knew that i had to speak english if i dont find a german community. after
> that short thought i made the desicion that i can handle that and joined.
>
> if you dont inform yourself properly its not the fault of everyone else and only yours. so bugger off to your sea-
> server that was made for your kind and dont pester us with your fake morals.

It's obvious. Many people are discriminating against Chinese people who speak English, for example, I am now communicating with you in English. You informed me to leave the English server. Clearly racist thinking. Although you tried to explain with victim thinking, what you did was Nazi behavior.

---

by **Cc515k2** » Thu Sep 21, 2023 7:11 am

**Cc515k2**

Posts: 39

> **Cc515k2 wrote:**                                                                            Thu Sep 21, 2023 7:10 am
>
> > **Fischminister wrote:**                                                                            Tue Sep 19, 2023 11:10 am
> >
> > > **Cc515k2 wrote:**                                                                            Tue Sep 19, 2023 9:53 am
> > >
> > > If he doesn't speak English. According to the current rules, he will be discriminated against.
> >
> > boi oh boi do we have a dentcanyon here.
> >
> > so you are going to an english website with english service and cry that they dont cater to your needs.

98

If he doesn't speak English. According to the current rules, he will be discriminated against.

boi oh boi do we have a dentcanyon here.

so you are going to an english website with english service and cry that they dont cater to your needs.
i am not a native englishspeaker and i knew that i had to speak english if i dont find a german community.
after that short thought i made the desicion that i can handle that and joined.

if you dont inform yourself properly its not the fault of everyone else and only yours. so bugger off to your
sea-server that was made for your kind and dont pester us with your fake morals.

It's obvious. Many people are discriminating against Chinese people who speak English, for example, I am now
communicating with you in English. You informed me to leave the English server. Clearly racist thinking. Although
you tried to explain with victim thinking, what you did was Nazi behavior. Pay attention to your vocabulary: your
own kind. You have divided humans into categories, high and low, high and low.

---

**No Character Selected**

**Cc515k2**
Posts: 39

by **Cc515k2** » Thu Sep 21, 2023 7:12 am

> **Cc515k2 wrote:** ⬆                                    Thu Sep 21, 2023 7:11 am
>
>> **Cc515k2 wrote:** ⬆                              Thu Sep 21, 2023 7:10 am
>>
>>> **Fischminister wrote:** ⬆                    Tue Sep 19, 2023 11:10 am
>>>
>>> boi oh boi do we have a dentcanyon here.
>>>
>>> so you are going to an english website with english service and cry that they dont cater to your
>>> needs.
>>> i am not a native englishspeaker and i knew that i had to speak english if i dont find a german
>>> community. after that short thought i made the desicion that i can handle that and joined.
>>>
>>> if you dont inform yourself properly its not the fault of everyone else and only yours. so bugger off to
>>> your sea-server that was made for your kind and dont pester us with your fake morals.
>>
>> It's obvious. Many people are discriminating against Chinese people who speak English, for example, I am
>> now communicating with you in English. You informed me to leave the English server. Clearly racist
>> thinking. Although you tried to explain with victim thinking, what you did was Nazi behavior. Pay attention to
>> your vocabulary: your own kind. You have classified humans into categories and levels.

---

**No Character Selected**

**Cc515k2**
Posts: 39

by **Cc515k2** » Thu Sep 21, 2023 7:13 am



---

**No Character Selected**

by **Cc515k2** » Thu Sep 21, 2023 7:14 am

[quote=Cc515k2 post_id=66151 time=1695280354 user_id=502394]
[quote=Cc515k2 post_id=66150 time=1695280315 user_id=502394]
[quote=Cc515k2 post_id=66149 time=1695280200 user_id=502394]

99



by **Cc515k2** » Thu Sep 21, 2023 7:14 am

[quote=Cc515k2 post_id=66151 time=1695280354 user_id=502394]
[quote=Cc515k2 post_id=66150 time=1695280315 user_id=502394]
[quote=Cc515k2 post_id=66149 time=1695280200 user_id=502394]

**Cc515k2**
Posts: 39

It's obvious. Many people are discriminating against Chinese people who speak English, for example, I am now communicating with you in English. You informed me to leave the English server. Clearly racist thinking. Although you tried to explain with victim thinking, what you did was Nazi behavior. Pay attention to your vocabulary: your own kind. You have classified humans into categories and levels. If you work in politics in Europe, you will be in big trouble now.

---

by **Cc515k2** » Thu Sep 21, 2023 7:16 am

**Cc515k2**
Posts: 39

> **Neoporco wrote:** ⬆                                    Tue Sep 19, 2023 12:40 pm
>
> > **Reploidrocsa wrote:** ⬆                            Tue Sep 19, 2023 9:57 am
> >
> > > **Cc515k2 wrote:** ⬆                               Tue Sep 19, 2023 9:47 am
> > > The Asian server was built with funding from Chinese partners and is not free. Please note that people like you are actually playing completely free games. We are willing to raise funds to install more servers, provided that we comply with the game rules of Turtle Warcraft. Your superior attitude reminds me of the Nazis.
> >
> > I cant believe he compared the Eu comunity to nazis
>
> Being born in China is not the fault of these players
> It's not the player's fault that China has a large population, it's just that it has so many people
> You ban them, label them, restrict them just because of their identity. Even if you're not a Nazi, you're still racist

It is obvious that the remarks are directed at you personally.

---

by **Blackcat2023** » Thu Sep 21, 2023 7:19 am

**Blackcat2023**
Posts: 12

大家都很好。愿热爱艾泽拉斯的人都开心团结。

Everything is good. May the people who love Azeroth be happy and united. Without prejudice from American politicians

---

by **Allwynd01** » Thu Sep 21, 2023 7:35 am

**Allwynd01**
Bug Report Enthusiast
Posts: 865
Has thanked: 47 times
Been thanked: 77 times

> **Sccfo wrote:** ⬆                                       Thu Sep 21, 2023 7:06 am
> I'm in the United States, I'm Chinese, and I like to use Chinese clients. Why queue? Why can't I log in? You are discriminating against people who speak Chinese! You are racist!

What are you talking about? Homo Sapiens is one race, just different ethnicities and some physiological differences based on geographic factors. Chinese and Sudanese and Mexican and German are the same race - Homo Sapiens.

---

by **Gnomoerectus** » Thu Sep 21, 2023 7:36 am

**Gnomoerectus**
Ransom Chat Casualty
Posts: 81

Gweilo doesn't do what you want? Call him racist and try to guilt-trip him into bending the knee, knowing that if the sruation were reversed you'd tell him to get lost.

100



**by Allwynd01** » Thu Sep 21, 2023 7:35 am

> **Sccfo wrote:** Thu Sep 21, 2023 7:06 am
>
> I'm in the United States, I'm Chinese, and I like to use Chinese clients. Why queue? Why can't I log in? You are discriminating against people who speak Chinese! You are racist!

What are you talking about? Homo Sapiens is one race, just different ethnicities and some physiological differences based on geographic factors. Chinese and Sudanese and Mexican and German are the same race - Homo Sapiens.

**Allwynd01**

Borg Reborn Enthusiast

Posts: 865
Has thanked: 47 times
Been thanked: 77 times

---

**by Gnomoerectus** » Thu Sep 21, 2023 7:36 am

Gweilo doesn't do what you want? Call him racist and try to guilt-trip him into bending the knee, knowing that if the siruation were reversed you'd tell him to get lost.

**Gnomoerectus**

Posts: 61

---

**by Geojak** » Thu Sep 21, 2023 9:18 am

> **Cc515k2 wrote:** Thu Sep 21, 2023 7:10 am
>
> > **Fischminister wrote:** Tue Sep 19, 2023 11:10 am
> >
> > > **Cc515k2 wrote:** Tue Sep 19, 2023 9:53 am
> > >
> > > If he doesn't speak English. According to the current rules, he will be discriminated against.
> >
> > boi oh boi do we have a dentcanyon here.
> >
> > so you are going to an english website with english service and cry that they dont cater to your needs.
> > i am not a native englishspeaker and i knew that i had to speak english if i dont find a german community.
> > after that short thought i made the desicion that i can handle that and joined.
> >
> > if you dont inform yourself properly its not the fault of everyone else and only yours. so bugger off to your sea-server that was made for your kind and dont pester us with your fake morals.
>
> It's obvious. Many people are discriminating against Chinese people who speak English, for example, I am now communicating with you in English. You informed me to leave the English server. Clearly racist thinking. Although you tried to explain in victim thinking, what you did was Nazi behavior.

Nazi behaviours. Wow, this is insulting... To the actual nazis /s

**Geojak**

Grandmaster of Forum PVP
Posts: 2257
Has thanked: 189 times
Been thanked: 70 times

---

LOCKED 🔒

213 posts    ‹ 1 … 3 4 5 6 7 ›

‹ Return to "Announcements"

JUMP TO

Document title: New queue prioritization system is in place! - Page 6 - Turtle WoW
Capture URL: https://forum.turtle-wow.org/viewtopic.php?p=66148&amp;hilit=United+States#p66148
Capture timestamp (UTC): Tue, 16 Dec 2025 17:58:30 GMT
Page 14 of 14

**Page Vault**

| | |
|---|---|
| Document title: | Cannot choose Europe for server - Turtle WoW |
| Capture URL: | https://forum.turtle-wow.org/viewtopic.php?p=13003&hilit=United+States#p13003 |
| Page loaded at (UTC): | Tue, 16 Dec 2025 17:59:18 GMT |
| Capture timestamp (UTC): | Tue, 16 Dec 2025 17:59:19 GMT |
| Capture tool: | 3.17.0 |
| Collection server IP: | 54.156.37.43 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/142.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 3 |
| Capture ID: | uS2ZqVju331QZPSKADZXZb |
| Display Name: | cbg |



Document title: Cannot choose Europe for server - Turtle WoW
Capture URL: https://forum.turtle-wow.org/viewtopic.php?p=13003&amp;hilit=United+States#p13003
Capture timestamp (UTC): Tue, 16 Dec 2025 17:59:19 GMT



Document title: Cannot choose Europe for server - Turtle WoW
Capture URL: https://forum.turtle-wow.org/viewtopic.php?p=13003&amp;hilit=United+States#p13003
Capture timestamp (UTC): Tue, 16 Dec 2025 17:59:19 GMT

| | |
|---|---|
| Document title: | HC leveling static - Turtle WoW |
| Capture URL: | https://forum.turtle-wow.org/viewtopic.php?p=162392&hilit=USA#p162392 |
| Page loaded at (UTC): | Tue, 16 Dec 2025 19:05:55 GMT |
| Capture timestamp (UTC): | Tue, 16 Dec 2025 19:05:56 GMT |
| Capture tool: | 3.17.0 |
| Collection server IP: | 44.211.74.227 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/142.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 3 |
| Capture ID: | iDch7P6mtDDBCFvGV8x9Hv |
| Display Name: | cbg |



Quick Search   Advanced Search

Search…          **Search**

🏠 Turtle WoW > Forums > Community > Hardcore Lounge > HC leveling static

# HC leveling static

**POST REPLY** 🔧 ▾    Search this topic…  🔍 ⚙

1 post • Page **1** of **1**



No Character Selected

**Hypaethralfm**

Posts: 1

📄 by **Hypaethralfm** » Wed Dec 10, 2025 9:17 pm

[Update 12/12] Full :)
[Update 12/10] we're interested in also adding slow & steady given we want to explore and don't want to dungeon spam anyway
[Update 12/10] 1 slot left! Thanks for the interest so far :)

Hello there!

We are a group of three new to turtlewow who are excited to form a static leveling group for hardcore 1-60. Currently have two slots! Ideally we'd only play these characters together from about level 6 or so (enough to make it to a shared leveling zone). We'd like individual deaths to be counted as full-group deaths: if one goes of us goes down, we all restart together! We're also enabling the 'no rested XP' challenge and aim to do a healthy mix of dungeon and overworld content for leveling. At the moment we don't plan to get into inferno (where you permanently stay HC after hitting 60) or really much raiding, so most likely it'd be a one-off leveling experience with endgame tapering off at the end. Gaming is our main hobby, we're all a little goofy, and we have very flexible USA evening hours :)

If leveling as a static and hanging out sounds fun to you, feel free to share your interest either here or on add on disc ( t.ai )

Generally would be keen to know three things:
- general mindset / expectations, just a brief intro would be plenty!
- class/role interest
- general availability

Stay gaming 🐢

**POST REPLY** 🔧 ▾

1 post • Page **1** of **1**

‹ Return to "Hardcore Lounge"

JUMP TO ▾

106

Document title: HC leveling static - Turtle WoW
Capture URL: https://forum.turtle-wow.org/viewtopic.php?p=162392&amp;hilit=USA#p162392
Capture timestamp (UTC): Tue, 16 Dec 2025 19:05:56 GMT

Page 1 of 2



Quick Search   Advanced Search
Search...                    Search

Turtle WoW  >  Forums  >  Community  >  Hardcore Lounge  >  HC leveling static

# HC leveling static

POST REPLY          Search this topic...          

1 post • Page **1** of **1**

by **Hypaethralfm** » Wed Dec 10, 2025 9:17 pm

**Hypaethralfm**
Posts: 1

[Update 12/12] Full :)
[Update 12/10] we're interested in also adding slow & steady given we want to explore and don't want to dungeon spam anyway
[Update 12/10] 1 slot left! Thanks for the interest so far :)

Hello there!

We are a group of three new to turtlewow who are excited to form a static leveling group for hardcore 1-60. Currently have two slots! Ideally we'd only play these characters together from about level 6 or so (enough to make it to a shared leveling zone). We'd like individual deaths to be counted as full-group deaths: if one goes of us goes down, we all restart together! We're also enabling the 'no rested XP' challenge and aim to do a healthy mix of dungeon and overworld content for leveling. At the moment we don't plan to get into inferno (where you permanently stay HC after hitting 60) or really much raiding, so most likely it'd be a one-off leveling experience with endgame tapering off at the end. Gaming is our main hobby, we're all a little goofy, and we have very flexible USA evening hours :)

If leveling as a static and hanging out sounds fun to you, feel free to share your interest either here or on add on disc ( t.ai )

Generally would be keen to know three things:
- general mindset / expectations, just a brief intro would be plenty!
- class/role interest
- general availability

Stay gaming

POST REPLY          

1 post • Page **1** of **1**

‹ Return to "Hardcore Lounge"                    JUMP TO

---

107

 **Page Vault**

| | |
|---|---|
| Document title: | USA Connection Speeds - Fixes? - Turtle WoW |
| Capture URL: | https://forum.turtle-wow.org/viewtopic.php?p=162096&hilit=USA#p162096 |
| Page loaded at (UTC): | Tue, 16 Dec 2025 19:07:14 GMT |
| Capture timestamp (UTC): | Tue, 16 Dec 2025 19:07:15 GMT |
| Capture tool: | 3.17.0 |
| Collection server IP: | 54.90.31.69 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/142.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 3 |
| Capture ID: | mn15kivCLL1S3bdpgtQJ1q |
| Display Name: | cbg |



Document title: USA Connection Speeds - Fixes? - Turtle WoW
Capture URL: https://forum.turtle-wow.org/viewtopic.php?p=162096&amp;hilit=USA#p162096
Capture timestamp (UTC): Tue, 16 Dec 2025 19:07:15 GMT

Page 1 of 2



Document title: USA Connection Speeds - Fixes? - Turtle WoW
Capture URL: https://forum.turtle-wow.org/viewtopic.php?p=162096&amp;hilit=USA#p162096
Capture timestamp (UTC): Tue, 16 Dec 2025 19:07:15 GMT

Page 2 of 2

**Page Vault**

| | |
|---|---|
| Document title: | Open Letter to Blizzard Entertainment - Turtle WoW |
| Capture URL: | https://forum.turtle-wow.org/viewtopic.php?p=155910&hilit=USA#p155910 |
| Page loaded at (UTC): | Tue, 16 Dec 2025 19:08:30 GMT |
| Capture timestamp (UTC): | Tue, 16 Dec 2025 19:08:32 GMT |
| Capture tool: | 3.17.0 |
| Collection server IP: | 54.204.241.31 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/142.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 12 |
| Capture ID: | sRpnYy2Qe42fTggabuZ2qA |
| Display Name: | cbg |



≡ Quick links  🔍 Login

Quick Search | Advanced Search
Search… | **Search**

🏠 Turtle WoW › Forums › Official Information & Developement › Announcements › Open Letter to Blizzard Entertainment

# Open Letter to Blizzard Entertainment

POST REPLY ↰ | 🔧 ▾ | Search this topic… 🔍 ⚙

119 posts | 1 | 2 | 3 | 4 | ›

📄 by **Torta** » Fri Oct 17, 2025 1:49 pm

**Torta**
Turtle WoW Team
Posts: 1247
Location: Tararis
Has thanked: 1 time
Been thanked: 54 times
Contact: 💬

Dear Blizzard Entertainment,

We're Turtle WoW, a group of fans who love World of Warcraft and share a lifelong dream of contributing to its development. Mysteries of Azeroth, our content expansion, is a collective effort of our community members: writers, developers, 3D-modellers, composers, voice actors, game designers, artists, and radio DJs, each pouring their soul and skills into creating an environment where others can experience the vision we all share through expanding and adding onto the universe you have created.

During the seven years we've been online, we have worked towards finding the right recipe to add an element of replayability to the natural progression of an MMO world. Every update brings fresh areas to explore, new ways to engage with the game, and levelling challenges that require players to approach the experience with creativity and strategy, while the hard-earned progress they've fought for remains valuable as the game continues to evolve. The response from our community has been nothing short of positive and heart-warming. Our players have consistently expressed that Mysteries of Azeroth "feels like a home that always welcomes players back".

Many successful games have a modding community. It is a part of gaming culture and a testament to the game's quality, and the community's passion. The World of Warcraft modding community is flourishing, and as more tools become available, it will only continue to grow. Everything your devoted fans create enriches the game universe with diverse perspectives and innovative ideas. Your storytelling has inspired this creativity, and we hope that Blizzard embraces fan-driven content as its own legacy, rather than alienate this passionate community.

Unfortunately, unlike other studios, Blizzard does not yet have a framework that allows projects like ours to operate without risking legal conflict. With that in mind, we respectfully ask that Blizzard consider establishing a formal ecosystem for licensing fan-run community servers.

On behalf of our community, we can say that all players would be deeply grateful if you would consider working with fan communities like ours to create a clear, lawful pathway for building upon the legacy of the World of Warcraft universe, with your blessing. By fostering an ecosystem for modders to run their own community servers, Blizzard can continue to oversee and control its progress while encouraging fan-driven innovation. This approach would not only enhance the gameplay experience, but also strengthen the bonds between developers and players, ensuring that World of Warcraft remains a true home for everyone who loves it.

Other successful studios have shown how rewarding a well-structured community-server ecosystem can be:

- **Daybreak Game Company** provides legal permission for Project 1999, a private server that faithfully recreates the classic EverQuest experience. The partnership is confirmed by an official statement and discussed openly on the project's forums.

- **Rockstar Games / GTAV** partnered with the FiveM platform that enables community-run multiplayer servers that use Rockstar's GTAV engine while adhering to a licensing agreement that permits custom game modes, role-playing worlds, and user-generated content. Over 1 million concurrent players have been reported on FiveM servers, illustrating how a major publisher can safely coexist with a fan-driven ecosystem while maintaining control over the core IP.

- **NCSoft** granted a license to the Homecoming private-server project for **City of Heroes**, allowing the community to continue operating the MMO under a clear legal agreement that protects the IP and player accounts.

- **Bethesda** has long supported Skyrim mods, providing official tools that have kept the game vibrant for years.

Document title: Open Letter to Blizzard Entertainment - Turtle WoW
Capture URL: https://forum.turtle-wow.org/viewtopic.php?p=155910&amp;hilit=USA#p155910
Capture timestamp (UTC): Tue, 16 Dec 2025 19:08:32 GMT

Page 1 of 11



maintaining control over the core IP.

- **NCSoft** granted a license to the Homecoming private server project for **City of Heroes**, allowing the community to continue operating the MMO under a clear legal agreement that protects the IP and player accounts.

- **Bethesda** has long supported Skyrim mods, providing official tools that have kept the game vibrant for years.

- **Valve** opened the Source engine to the public, a decision that birthed enduring titles such as Counter-Strike and Team Fortress 2.

- **Epic Games** introduced Creative Mode in Fortnite, turning players into co-creators and dramatically boosting engagement. Epic also released the source code for Unreal Tournament 99 to the community, allowing fans to continue development, produce new mods, and distribute classic builds through sites like oldunreal.com, thereby demonstrating that a major publisher can safely coexist with a fan-run ecosystem.

- **Microsoft / Mojang** allows third-party servers such as Hypixel, Mineplex, and many others to host multiplayer experiences built on the Minecraft engine. These servers operate under a clear licensing regime, generate massive player engagement, and extend the life of the core product while remaining fully compliant with Microsoft's IP policies.

- **EA / Star Wars Battlefront II** cooperated with the community project Kyber to fix server-side exploits, and its lead engineer later joined EA itself. Although no formal licensing announcement exists, this cooperation illustrates how a publisher and a fan-run server can work together on security and stability.

These examples illustrate that, when a clear licensing framework and technical safeguards are in place, fan-run servers can extend a franchise's lifespan, fuel low-cost innovation, and strengthen the brand, all while respecting the publisher's intellectual-property and security requirements.

Why it matters to Blizzard?

A licensed framework for fan-run servers would extend World of Warcraft's active audience by bringing back players who have drifted away from the official game in search of niche experiences that mainstream releases can't accommodate. Community-crafted mods fill those gaps, offering gameplay that appeals to smaller, passionate audiences. This not only keeps the overall player base larger and more diverse, but also gives Blizzard a source of successful concepts that can be identified and integrated into future official content.

We are open to any licensing structure that fits Blizzard's risk-management and financial guidelines. Should Blizzard wish to move forward, we stand ready to adapt and meet whatever technical, security and data-privacy standards you require.

Turtle WoW Community

For the past seven years our players have poured countless hours into building characters and stories that make Turtle WoW feel like a living, ever-changing world. Those memories and progress are priceless to us and to the people who call our servers home. A licensing framework would give them a permanent, protected home, so every character and memory can continue to live on without the fear of being lost.

We look forward to the day you embrace this opportunity and would welcome the chance to begin a dialogue, offering any support needed to bring this program to life.

Thank you for considering our ideas. We hope to find a resolution that will be best for the game and its gamers.

contact@turtle-wow.org
Turtle WoW Team

---

by **Xudo** » Fri Oct 17, 2025 3:34 pm

I really hope that current situation will get resolved in win-win scenario. I support this peace treaty.

**Xudo**

Posts: 2655
Has thanked: 126 times
Been thanked: 190 times

Best and optimal gear for 10-19 twinks.
Support or argue my suggestions please:
Nerf high level enchants on low level gear.
Overlapping brackets
I am glad for any constructive response

---

by **Seitan** » Fri Oct 17, 2025 3:41 pm

Bad choice to add Daybreak games and p1999. DBG have just been on a 5+ month lawsuit with The Hero's Journey (another EQ emulator) and have forced them to shutdown. It doesnt look good for tWoW or any Emulators.

Document title: Open Letter to Blizzard Entertainment - Turtle WoW
Capture URL: https://forum.turtle-wow.org/viewtopic.php?p=155910&amp;hilit=USA#p155910
Capture timestamp (UTC): Tue, 16 Dec 2025 19:08:32 GMT



by **Seitan** » Fri Oct 17, 2025 3:41 pm

Bad choice to add Daybreak games and p1999. DBG have just been on a 5+ month lawsuit with The Hero's Journey (another EQ emulator) and have forced them to shutdown. It doesnt look good for tWoW or any Emulators. Especially how cutthroat blizzard is compared to DBG.

**Seitan**

Posts: 1

---

by **Sylveria** » Fri Oct 17, 2025 3:55 pm

This is like a gift to Blizzard. Blizzard wouldn't need to do anything but set up guidlines, maybe some legal documents, and they would get:

- ideas/content that have proven succesful without spending any resources
- propably some percentage of TurtleWoW's income (without spending any resources)
- good PR (Like SERIOUSLY! That would be a BIG move and show that they DO care about the community's demands)
- maybe even access to TurtleWoW's UE5 Client without spending any resources
- long time money they don't have to spend anything for (Like.. let's be real: WoW is a slowly dying franchise. They are losing players slowly but surely. With each addon or new release, some players come back, but not all of 'em. WoW IS on a decline. They will reach the point. when it won't be worth it to maintain the servers or any further development.)

I hope they're smart and approach the TurtleTeam to come to some form of aggreement (that won't tarnish what TurtleWoW is).

<Turtle WoW Guru>
- I help as best I can -

**Sylveria**

Big (paper) Dragoon

Posts: 996
Has thanked: 83 times
Been thanked: 231 times

---

by **Nopheros** » Fri Oct 17, 2025 4:00 pm

This Signal Pilgrim approves.

Long live Turtle WoW!
And long live Everlook Broadcasting!

**Nopheros**

Turtle WoW Team

Posts: 56
Location: Chasin' the Signal
Has thanked: 1 time
Been thanked: 2 times
Contact: 💬

---

by **Escaton1** » Fri Oct 17, 2025 4:01 pm

I'm sure I'm not the only one in that situation, but I can safely say that Turtle WoW as a server did not remove me from the Blizzard customer base, and therefore didn't "steal" profit from Blizzard.

I have close to 15 years of WoW subscription in total, and I have played WoW and WoW classic before **and** after Turtle WoW (I stopped playing turtle some times two years ago and then went to play Season of Discovery). My point being that Turtle WoW doesn't need to be seen as a competitor but rather as a different experience to the retail servers, there are things that players can prefer in one version or the other, and that is entirely fair.

Would Blizzard offer an experience like that of Turtle WoW, I would have no issue paying a monthly sub to experience it. This is why a cooperation between Blizzard and Turtle WoW, or even other servers offering their own experience would be a good thing for all involved

**Escaton1**

Warrant Card Custody

Posts: 100
Has thanked: 8 times
Been thanked: 37 times

---

by **Avereth** » Fri Oct 17, 2025 4:08 pm

I feel like the letter should mention how Blizzard's own Warcraft 3 enabled players to create their own games and worlds within the Warcraft toolkit and even led to successful independent games and rather than fight the community they should see custom projects like Mysteries of Azeroth as opportunities to expand the reach of World of Warcraft and fuel excitement and innovation and grow their own playerbase. Blizzard does not currently provide a product I

**Avereth**

114



**Avereth**
Posts: 27
Been thanked: 5 times

I feel like the letter should mention how Blizzard's own Warcraft 3 enabled players to create their own games and worlds within the Warcraft toolkit and go on to successful independent games and rather than fight the community they should see custom projects like Mysteries of Azeroth as opportunities to expand the reach of World of Warcraft and fuel excitement and innovation and grow their own playerbase. Blizzard does not currently provide a product I want to support and pay for, and I even said if Blizzard actually got Turtle IP banned in USA that I would rather pay for a VPN to play Turtle than pay Blizzard a monthly subscription. Blizzard finally just getting with the modern times and reaching licensing agreements would formalize the legitimacy of private servers and provide healthy competition to Blizzard's own design teams.

by **Kerenis** » Fri Oct 17, 2025 4:12 pm

**Kerenis**
Posts: 351
Has thanked: 31 times
Been thanked: 31 times

Blizzard refusing this will expose them as the Merchants of Venice they are. Smart move

Edit: DOTA and LoL wouldnt have been possible without WC3, so there's a precedent if im not mistaken

by **Dannyp92** » Fri Oct 17, 2025 4:15 pm

**Dannyp92**
Posts: 182
Has thanked: 312 times
Been thanked: 64 times

How would this benefit Microsoft/Blizzard economically? Turtle pays for all the costs running their game, but also pays a cut of their profits to Microsoft/Blizzard?

by **Sylveria** » Fri Oct 17, 2025 4:20 pm

**Sylveria**
Posts: 996
Has thanked: 83 times
Been thanked: 231 times

> **Dannyp92 wrote:** ⬆                                    Fri Oct 17, 2025 4:15 pm
> How would this benefit Microsoft/Blizzard economically? Turtle pays for all the costs running their game, but also pays a cut of their profits to Microsoft/Blizzard?

> **Sylveria wrote:** ⬆                                    Fri Oct 17, 2025 3:55 pm
> This is like a gift to Blizzard. Blizzard wouldn't need to do anything but set up guidlines, maybe some legal documents, and they would get:
>
> - ideas/content that have proven succesful without spending any resources
> - propably some percentage of TurtleWoW's income (without spending any resources)
> - good PR (Like SERIOUSLY! That would be a BIG move and show that they DO care about the community's demands)
> - maybe even access to TurtleWoW's UE5 Client without spending any resources
> - long time money they don't have to spend anything for (Like.. let's be real: WoW is a slowly dying franchise. They are losing players slowly but surely. With each addon or new release, some players come back, but not all of 'em. WoW IS on a decline. They will reach the point, when it won't be worth it to maintain the servers or any further development.)
>
> I hope they're smart and approach the TurtleTeam to come to some form of aggreement (that won't tarnish what TurtleWoW is).

<Turtle WoW Guru>
- I help as best I can -

by **Vaporizer7** » Fri Oct 17, 2025 4:21 pm

History is in the making. I hope Blizzard understant that is the best for everyone !

115



by **Vaporizer7** » Fri Oct 17, 2025 4:21 pm

History is in the making. I hope Blizzard understant that is the best for everyone !

**Vaporizer7**
Posts: 13
Been thanked: 1 time

by **Elspir** » Fri Oct 17, 2025 4:29 pm

Totally agree,and sign for that!!!!

**Elspir**
Posts: 1

by **Madmane** » Fri Oct 17, 2025 4:50 pm

Comes off as incredibly desperate.

This reads like a last gasp before getting crushed in court.

**Madmane**
Patch Note Conspiracy Theorist
Posts: 255
Has thanked: 199 times
Been thanked: 18 times

by **Sylveria** » Fri Oct 17, 2025 5:03 pm

> **Resnica wrote:** ⊕                                    Fri Oct 17, 2025 4:59 pm
> Nonsense from any angle! Those guys stole stuff and knew exactly what they were doing!
> Now they're scared they might be cut off from that income and have started talking about "cooperation," but they
> basically have nothing to offer the giant company!
> They're trying to sell a product that already belongs to them! Ugh...
> "I'll steal it, make money, and then let's work together" =)) Good luck!

who pissed into your cereals? Turtle has a lot to offer. The players wouldn't come back to Blizzard if Turtle would shut
down. this way they would have the opportunity to gain at least 'something' out of that "lost playerbase".

<Turtle WoW Guru>
- I help as best I can -

**Sylveria**
Bug Report Enthusiast
Posts: 996
Has thanked: 83 times
Been thanked: 231 times

by **Wsta** » Fri Oct 17, 2025 5:09 pm

> **Madmane wrote:** ⊕                                    Fri Oct 17, 2025 4:50 pm
> Comes off as incredibly desperate.
>
> This reads like a last gasp before getting crushed in court.

ok they get crushed in court?
What's next?

**Wsta**
Patch Note Conspiracy Theorist
Posts: 220
Location: Tel'Abim
Been thanked: 54 times

by **Kanto123** » Fri Oct 17, 2025 5:12 pm

> **Resnica wrote:** ⊕                                    Fri Oct 17, 2025 4:59 pm

116



**Kanto123**

Posts: 306

Has thanked: 6 times

Been thanked: 18 times

by **Kanto123** » Fri Oct 17, 2025 5:12 pm

> **Resnica** wrote: ⊙                                    Fri Oct 17, 2025 4:59 pm
>
> Nonsense from any angle! Those guys stole stuff and knew exactly what they were doing!
> Now they're scared they might be cut off from that income and have started talking about "cooperation," but they
> basically have nothing to offer the giant company!
> They're trying to sell a product that already belongs to them! Ugh...
> "I'll steal it, make money, and then let's work together" =)) Good luck!

I'm not giving any money to Blizzard if they shut down Turtle Wow; however, via a licensing agreement between
Blizzard and Turtle, I would continue to play and also pay, which I presume would mean some of my money goes to
Blizzard.

---

**Kurwisko**

Posts: 1

by **Kurwisko** » Fri Oct 17, 2025 5:28 pm

Before suggesting Blizzard cooperation (a completely unrealistic scenario in my opinion), I think it's logical to give
something back to the community of the base server on top of which turtle works (mangos, cmangos, vmangos, etc.)
to demonstrate that cooperation is possible in principle and not just outright theft. Since this project has been taken
not only from Blizzard but also from the original server creators.

Best regards

---

**Hoo**

Posts: 24

Has thanked: 1 time

by **Hoo** » Fri Oct 17, 2025 5:40 pm

Disappointing and embarassing. This can't be a free modding scene type of situation. Turtle WoW, the way it was
and the way it still is, CAN NOT exist under Blizzard yoke

If you're giving in to the pressure - that's fair. But in such case I'd rather see everything shut down and made open
source for others to pick at for their own projects than you even considering going "official". My characters be
damned, this isn't my first rodeo

Fuck Activision/Blizzard

Last edited by Hoo on Fri Oct 17, 2025 6:26 pm, edited 1 time in total.

---

**Illyria**

Posts: 101

Has thanked: 6 times

by **Illyria** » Fri Oct 17, 2025 5:55 pm

Just move everything you have to Russia and tell Blizzard GO TO HELL.

---

**Torta**

Turtle WoW Team

Posts: 1247

Location: Tarren

Has thanked: 1 time

Been thanked: 54 times

Contact: 💬

by **Torta** » Fri Oct 17, 2025 5:57 pm

> **Kurwisko** wrote: ⊙                                    Fri Oct 17, 2025 5:28 pm
>
> Before suggesting Blizzard cooperation (a completely unrealistic scenario in my opinion), I think it's logical to give
> something back to the community of the base server on top of which turtle works (mangos, cmangos, vmangos,
> etc.) to demonstrate that cooperation is possible in principle and not just outright theft. Since this project has been
> taken not only from Blizzard but also from the original server creators.
>
> Best regards

We've been in close contact with the vMaNGOS maintainers for years, making sure every fix or performance
improvement relevant to their version gets ported back to their open-source repo. Any other MaNGOS-based
emulators are absolutely free to use those changes.

Before you jump to anyone's defense, reach out and ask whether they actually need this.

117



We've been in close contact with the vMaNGOS maintainers for years, making sure every fix or performance improvement relevant to their version gets ported back to their open-source repo. Any other MaNGOS-based emulators are absolutely free to use those changes.

Before you jump to anyone's defense, reach out and ask whether they actually need this.

by **Resnica** » Fri Oct 17, 2025 5:59 pm

> **Sylveria wrote:** ⊙                                      Fri Oct 17, 2025 5:03 pm
>
> > **Resnica wrote:** ⊙                                   Fri Oct 17, 2025 4:59 pm
> >
> > Nonsense from any angle! Those guys stole stuff and knew exactly what they were doing!
> > Now they're scared they might be cut off from that income and have started talking about "cooperation," but
> > they basically have nothing to offer the giant company!
> > They're trying to sell a product that already belongs to them! Ugh...
> > "I'll steal it, make money, and then let's work together" =)) Good luck!
>
> who pissed into your cereals? Turtle has a lot to offer. The players wouldn't come back to Blizzard if Turtle would
> shut down. this way they would have the opportunity to gain at least 'something' out of that 'lost playerbase".

In your ignorance, you've outdone yourself! And the fact that you're not competent in this matter is obvious from your own views and opinions — and yours alone!

https://youtu.be/eW79woloUSc?si=AfEnDfaGdIKhZbMr

**Resnica**
Posts: 33
Has thanked: 16 times
Been thanked: 3 times
Contact: 💬

---

by **Resnica** » Fri Oct 17, 2025 6:03 pm

> **Kanto123 wrote:** ⊙                                     Fri Oct 17, 2025 5:12 pm
>
> > **Resnica wrote:** ⊙                                   Fri Oct 17, 2025 4:59 pm
> >
> > Nonsense from any angle! Those guys stole stuff and knew exactly what they were doing!
> > Now they're scared they might be cut off from that income and have started talking about "cooperation," but
> > they basically have nothing to offer the giant company!
> > They're trying to sell a product that already belongs to them! Ugh...
> > "I'll steal it, make money, and then let's work together" =)) Good luck!
>
> I'm not giving any money to Blizzard if they shut down Turtle Wow; however, via a licensing agreement between
> Blizzard and Turtle, I would continue to play and also pay, which I presume would mean some of my money goes
> to Blizzard.

In principle, your resources are of no interest there.

Last edited by Resnica on Fri Oct 17, 2025 6:42 pm, edited 2 times in total.

https://youtu.be/eW79woloUSc?si=AfEnDfaGdIKhZbMr

**Resnica**
Posts: 33
Has thanked: 16 times
Been thanked: 3 times
Contact: 💬

---

by **Sylveria** » Fri Oct 17, 2025 6:07 pm

> **Resnica wrote:** ⊙                                      Fri Oct 17, 2025 6:03 pm
>
> > **Kanto123 wrote:** ⊙                                  Fri Oct 17, 2025 5:12 pm
> >
> > > **Resnica wrote:** ⊙                                Fri Oct 17, 2025 4:59 pm
> > >
> > > Nonsense from any angle! Those guys stole stuff and knew exactly what they were doing!
> > > Now they're scared they might be cut off from that income and have started talking about
> > > "cooperation," but they basically have nothing to offer the giant company!
> > > They're trying to sell a product that already belongs to them! Ugh...
> > > "I'll steal it, make money, and then let's work together" =)) Good luck!
> >
> > I'm not giving any money to Blizzard if they shut down Turtle Wow; however, via a licensing agreement

**Sylveria**
Blop Reson Enthusiast
Posts: 996
Has thanked: 83 times
Been thanked: 231 times

---

118

"cooperation," but they basically have nothing to offer the giant company!
They're trying to sell a product that already belongs to them! Ugh...
"I'll steal it, make money, and then let's work together" =)) Good luck!

I'm not giving any money to Blizzard if they shut down Turtle Wow; however, via a licensing agreement between Blizzard and Turtle, I would continue to play and also pay, which I presume would mean some of my money goes to Blizzard.

Believe me, your money doesn't interest us in the slightest...

As if there would ever be the day, blizzard wouldn't be interested in money. 
At this point i'm positive you're just trolling/ragebaiting. :D

&lt;Turtle WoW Guru&gt;
- I help as best I can -

---

by **Escaton1** » Fri Oct 17, 2025 6:07 pm

**Escaton1**

*Nemesis Clone Creation*

Posts: 100
Has thanked: 8 times
Been thanked: 37 times

> **Resnica wrote:** ⊙      Fri Oct 17, 2025 6:03 pm
>
>> **Kanto123 wrote:** ⊙      Fri Oct 17, 2025 5:12 pm
>>
>>> **Resnica wrote:** ⊙      Fri Oct 17, 2025 4:59 pm
>>> Nonsense from any angle! Those guys stole stuff and knew exactly what they were doing!
>>> Now they're scared they might be cut off from that income and have started talking about
>>> "cooperation," but they basically have nothing to offer the giant company!
>>> They're trying to sell a product that already belongs to them! Ugh...
>>> "I'll steal it, make money, and then let's work together" =)) Good luck!
>>
>> I'm not giving any money to Blizzard if they shut down Turtle Wow; however, via a licensing agreement
>> between Blizzard and Turtle, I would continue to play and also pay, which I presume would mean some of
>> my money goes to Blizzard.
>
> Believe me, your money doesn't interest us in the slightest...

This is some weird ass RP you have going on, get help

---

by **Hoo** » Fri Oct 17, 2025 6:11 pm

**Hoo**

Posts: 24
Has thanked: 1 time

Somebody, give this Resnica guy his meds...

---

by **Madmane** » Fri Oct 17, 2025 6:12 pm

**Madmane**

*Black Rose Conspiracy Theorist*

Posts: 255
Has thanked: 199 times
Been thanked: 18 times

> **Torta wrote:** ⊙      Fri Oct 17, 2025 5:57 pm
> Before you jump to anyone's defense, reach out and ask whether they actually need this.

Definitely the sane and rational response of someone who is winning.

---

by **Allwynd01** » Fri Oct 17, 2025 6:14 pm

For me this raises a few questions:

Document title: Open Letter to Blizzard Entertainment - Turtle WoW
Capture URL: https://forum.turtle-wow.org/viewtopic.php?p=155910&amp;hilit=USA#p155910
Capture timestamp (UTC): Tue, 16 Dec 2025 19:08:32 GMT



Document title: Open Letter to Blizzard Entertainment - Turtle WoW
Capture URL: https://forum.turtle-wow.org/viewtopic.php?p=155910&amp;hilit=USA#p155910
Capture timestamp (UTC): Tue, 16 Dec 2025 19:08:32 GMT



by **Lorddandas** » Fri Oct 17, 2025 6:44 pm

**Lorddandas**
Posts: 14
Been thanked: 2 times

My girlfriend said Turtle WoW should contact the victims of Blizzard´s sexual harrassment to support their cause.

by **Sylveria** » Fri Oct 17, 2025 6:45 pm

**Sylveria**
Bug Report Enthusiast
Posts: 996
Has thanked: 83 times
Been thanked: 231 times

> **Blackduck4 wrote:** ⊕                                      Fri Oct 17, 2025 6:41 pm
> Can we just stop doing this thing where we pretend like twow is just a free fan server and torta runs it out of the goodness of her heart? It's a big business. Fuck blizzard and copyright in general but I don't like this constant framing twow as just a big fan project.

does one side exclude the other side?
does business and fan-passion exclude each other? I know we know a lot of bad examples from the "real" business out there, but that does not count for everyone else.

\<Turtle WoW Guru\>
- I help as best I can -

by **Adremmalech** » Fri Oct 17, 2025 6:53 pm

**Adremmalech**
Posts: 3

Yikes

by **Blackduck4** » Fri Oct 17, 2025 6:54 pm

**Blackduck4**
Siennes Chill Casualty
Posts: 50
Been thanked: 11 times

> **Sylveria wrote:** ⊕                                      Fri Oct 17, 2025 6:45 pm
>> **Blackduck4 wrote:** ⊕                                   Fri Oct 17, 2025 6:41 pm
>> Can we just stop doing this thing where we pretend like twow is just a free fan server and torta runs it out of the goodness of her heart? It's a big business. Fuck blizzard and copyright in general but I don't like this constant framing twow as just a big fan project.
>
> does one side exclude the other side?
> does business and fan-passion exclude each other? I know we know a lot of bad examples from the "real" business out there, but that does not count for everyone else.

Did they launch multiple chinese servers for the "fans" or to make money? I think it's obvious. If Twow was a non profit server blizzard probably would have just stuck to sending "cease and desist" letters and left us alone.

by **Galendor** » Fri Oct 17, 2025 6:57 pm

**Galendor**
Party Horn Conspiracy Theorist

> **Blackduck4 wrote:** ⊕                                      Fri Oct 17, 2025 6:41 pm
> Can we just stop doing this thing where we pretend like twow is just a free fan server and torta runs it out of the goodness of her heart? It's a big business. Fuck blizzard and copyright in general but I don't like this constant framing twow as just a big fan project.



**Adremmalech**
Posts: 3

Yikes

by **Blackduck4** » Fri Oct 17, 2025 6:54 pm

**Blackduck4**
Silveria Glial Casualty
Posts: 50
Been thanked: 11 times

> **Sylveria wrote:** ⊙                                    Fri Oct 17, 2025 6:45 pm
>
> > **Blackduck4 wrote:** ⊙                          Fri Oct 17, 2025 6:41 pm
> > Can we just stop doing this thing where we pretend like twow is just a free fan server and torta runs it out of the goodness of her heart? It's a big business. Fuck blizzard and copyright in general but I don't like this constant framing twow as just a big fan project.
>
> does one side exclude the other side?
> does business and fan-passion exclude each other? I know we know a lot of bad examples from the "real" business out there, but that does not count for everyone else.

Did they launch multiple chinese servers for the "fans" or to make money? I think it's obvious. If Twow was a non profit server blizzard probably would have just stuck to sending "cease and desist" letters and left us alone.

by **Galendor** » Fri Oct 17, 2025 6:57 pm

**Galendor**
Patch Note Conspiracy Theorist
Posts: 354
Has thanked: 77 times
Been thanked: 71 times

> **Blackduck4 wrote:** ⊙                          Fri Oct 17, 2025 6:41 pm
> Can we just stop doing this thing where we pretend like twow is just a free fan server and torta runs it out of the goodness of her heart? It's a big business. Fuck blizzard and copyright in general but I don't like this constant framing twow as just a fan project.

Can we stop pretending that 3d artists, landscapers, musicians, painters, programmers should work for free?

Suggestion: Crestfall & Zul'Dare
Silvermyst Isle and Furbolgs content
Four playable factions

by **Madmane** » Fri Oct 17, 2025 7:00 pm

**Madmane**
Patch Note Conspiracy Theorist
Posts: 295
Has thanked: 199 times
Been thanked: 18 times

> **Galendor wrote:** ⊙                            Fri Oct 17, 2025 6:57 pm
> Can we stop pretending that 3d artists, landscapers, musicians, painters, programmers should work for free?

lol

bleeding heart nonsense

POST REPLY ↩    🔧 ▾    ☰ ▾                    119 posts   1  2  3  4   ›

‹ Return to "Announcements"                                      JUMP TO ▾

122

**Page Vault**

| | |
|---|---|
| Document title: | Looking for a duo leveling buddy - Turtle WoW |
| Capture URL: | https://forum.turtle-wow.org/viewtopic.php?p=132781&hilit=USA#p132781 |
| Page loaded at (UTC): | Tue, 16 Dec 2025 19:10:58 GMT |
| Capture timestamp (UTC): | Tue, 16 Dec 2025 19:10:59 GMT |
| Capture tool: | 3.17.0 |
| Collection server IP: | 54.237.70.57 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/142.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 3 |
| Capture ID: | dHUanQviDhVJ43XYKojnbk |
| Display Name: | cbg |





Quick Search | Advanced Search

Search...   [Search]

🏠 Turtle WoW > Forums > Community > General > Looking for a duo leveling buddy

# Looking for a duo leveling buddy

[POST REPLY ↩]  🔧 ▾   Search this topic...  🔍  ⚙

1 post • Page **1** of **1**

📄 by **Icedpanda818** » Sat May 24, 2025 8:11 am

**Icedpanda818**
Posts: 3

Hello, looking for a buddy to start a new char at level 1 with hardcore mode, and maybe slow and steady mode. I am down with any faction and race. I am thinking of going a priest or warrior. My time zone is NA - West PST (California, USA). My age is 32, and I would prefer to play with someone over 18+. Voice chat (via Discord) isn't necessary but recommended. The goal for our duo leveling journey is for both of us to start and sync our world quest so we can level securely and fast until 60. We should level together and rotate on an alt character when we aren't both online to work on our duo leveling characters. If you have any suggestion then please reply.

Feel free to dm on Discord Icedpanda818

[POST REPLY ↩]  🔧 ▾

1 post • Page **1** of **1**

‹ Return to "General"

JUMP TO ▾

124

Document title: Looking for a duo leveling buddy - Turtle WoW
Capture URL: https://forum.turtle-wow.org/viewtopic.php?p=132781&amp;hilit=USA#p132781
Capture timestamp (UTC): Tue, 16 Dec 2025 19:10:59 GMT

Page 1 of 2



Document title: Looking for a duo leveling buddy - Turtle WoW
Capture URL: https://forum.turtle-wow.org/viewtopic.php?p=132781&amp;hilit=USA#p132781
Capture timestamp (UTC): Tue, 16 Dec 2025 19:10:59 GMT

**Page Vault**

| | |
|---|---|
| Document title: | How to patch Turtle WoW? - Turtle WoW |
| Capture URL: | https://forum.turtle-wow.org/viewtopic.php?p=105910&hilit=USA#p105910 |
| Page loaded at (UTC): | Tue, 16 Dec 2025 19:13:39 GMT |
| Capture timestamp (UTC): | Tue, 16 Dec 2025 19:13:40 GMT |
| Capture tool: | 3.17.0 |
| Collection server IP: | 34.229.186.33 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/142.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 4 |
| Capture ID: | uRXsek4wTZCkbu5cmwuuTR |
| Display Name: | cbg |



# TURTLE WOW
*Mysteries of Azeroth*

🏠 **Turtle WoW** > **Forums** > **Official Information & Developement** > **Help & Support** > **How to patch Turtle WoW?**

# How to patch Turtle WoW?

POST REPLY ↩ | 🔧 ▾    Search this topic… 🔍 ⚙

13 posts • Page **1** of **1**

---

by **Lichtblick** » Fri Nov 01, 2024 4:31 pm

Hi guys, iam new on Turtle WoW, and i want to patch but i dont know how, can someone help me out? Ty vm. 🤢

**Lichtblick**
Posts: 1

---

by **Sylveria** » Fri Nov 01, 2024 5:19 pm

Patch isnt out yet for us.
Be patient. They're still updating the server. ^^
We'll propably get new infos in the next hours.

<Turtle WoW Guru>
- I help as best I can -

**Sylveria**
Big Horrid Enforcer
Posts: 996
Has thanked: 83 times
Been thanked: 231 times

---

by **Bakebeaner** » Fri Nov 01, 2024 11:17 pm

hours latter :(

Jax 🐸

**Bakebeaner**
Posts: 6

---

by **Jeman** » Sat Nov 02, 2024 1:58 am

> **Sylveria wrote:** ⊙    Fri Nov 01, 2024 5:19 pm
> Patch isnt out yet for us.
> Be patient. They're still updating the server. ^^
> We'll propably get new infos in the next hours.

He asked how to patch it. It is not a question of when. Not sure either tbh.

**Jeman**
Posts: 8
Been thanked: 2 times

---

by **Drubarrymooer** » Sat Nov 02, 2024 2:15 am

Start your game and login. It should begin updating.

---

127



by **Drubarrymooer** » Sat Nov 02, 2024 2:13 am

Start your game and login. It should begin updating.

---

by **Iru** » Sat Nov 02, 2024 10:01 am

When I do this, it just tells me to download the client from the twow website; is that the patch or am I missing something? It's dawn on Nov 2 in west coast USA, is the update live yet or not?

I'm really struggling to figure out how the game is supposed to patch, your comment here is the best info I've found that's relevant to the current update. Is it really supposed to just do it itself without a launcher/patch downloader?

---

by **Drubarrymooer** » Sat Nov 02, 2024 10:41 am

> **Iru wrote:** ⊙                                          Sat Nov 02, 2024 10:01 am
> When I do this, it just tells me to download the client from the twow website; is that the patch or am I missing something? It's dawn on Nov 2 in west coast USA, is the update live yet or not?
>
> I'm really struggling to figure out how the game is supposed to patch, your comment here is the best info I've found that's relevant to the current update. Is it really supposed to just do it itself without a launcher/patch downloader? 🙶

If starting the game and logging in isn't updating for you, just go to the turtle wow homepage and click the download client option.

---

by **Creature** » Tue Nov 05, 2024 10:41 am

Every time i restart my PC i have to download the patch again, any tips?

---

by **Ragetto** » Tue Nov 05, 2024 10:50 am

> **Creature wrote:** ⊙                                       Tue Nov 05, 2024 10:41 am
> Every time I restart my PC I have to download the patch again, any tips? 🙶

Are you using WoW_tweaked.exe to launch the game?

*(I was at first, and it kept putting me back to 1.17.1)*

---

by **Creature** » Tue Nov 05, 2024 11:56 am

Probably lol, not really sure how to check anymore

---

128



**Ragetto**
Patch Note Company Timferet
Posts: 300
Location: France
Has thanked: 12 times
Been thanked: 32 times

Are you using WoW_tweaked.exe to launch the game?

*(I was at first, and it kept putting me back to 1.17.1)*

by **Creature** » Tue Nov 05, 2024 11:56 am

**Creature**
Posts: 4

Probably lol, not really sure how to check anymore

by **Ragetto** » Tue Nov 05, 2024 12:06 pm

> **Creature wrote:** ⊕                                    Tue Nov 05, 2024 11:56 am
> Probably lol, not really sure how to check anymore

**Ragetto**
Patch Note Company Timferet
Posts: 300
Location: France
Has thanked: 12 times
Been thanked: 32 times

Right-click on the desktop shortcut (assuming you have one) and check the file path. It should look something like this:

- C:\TurtleWoW\WoW_tweaked.exe

or

- C:\TurtleWoW\WoW.exe

If it's the first one, you just need to reapply the tweak by dragging the new WoW.exe onto vanilla-tweaks.exe (you probably did it long ago).

by **Creature** » Tue Nov 05, 2024 12:10 pm

**Creature**
Posts: 4

Thank you!

by **polytrack** » Sat Jan 25, 2025 8:14 am

**polytrack**
Posts: 2

Make sure you are using the correct version of the game that is compatible with Turtle WoW. If you are unsure, try reinstalling the standard version  or following the community guide.

**POST REPLY** ↩    🔧 ▾    ⬆ ▾                                    13 posts • Page **1** of **1**

‹ Return to "Help & Support"                                                                JUMP TO ▾

**Page Vault**

| | |
|---|---|
| Document title: | Any tips on surviving an internet drop ? - Turtle WoW |
| Capture URL: | https://forum.turtle-wow.org/viewtopic.php?p=100146&hilit=USA#p100146 |
| Page loaded at (UTC): | Tue, 16 Dec 2025 19:14:09 GMT |
| Capture timestamp (UTC): | Tue, 16 Dec 2025 19:14:10 GMT |
| Capture tool: | 3.17.0 |
| Collection server IP: | 44.210.143.96 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/142.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 3 |
| Capture ID: | sMictRkPDzSgd6VSrR7LiH |
| Display Name: | cbg |



Document title: Any tips on surviving an internet drop ? - Turtle WoW
Capture URL: https://forum.turtle-wow.org/viewtopic.php?p=100146&hilit=USA#p100146
Capture timestamp (UTC): Tue, 16 Dec 2025 19:14:10 GMT
Page 1 of 2



**Steakhouse**

Czech Data Conspiracy Theorist

Posts: 291

Has thanked: 115 times
Been thanked: 66 times

> buy a wifi usb stick for pc
> turn your mobile into data hot spot
> PRAY

Can I be connected to two networks (ie: wired in, and wifi tethered to my phone), such that when one drops, I immediately fall back to the other ?

How about surviving a power drop ?

---

Nordanaar HC player
Steakhouse: 58 Hunter (died at 18, 27, 52, 37 (dc), 12 (dc), 30)
Veggiecity: 31 Paladin
Dairydomain: 20 Warrior
Annetremblay: 21 Shaman

Don't forget that video games are about having fun, and to be nice, tolerant, and civil ! :)

---

by **Daedalus007** » Mon Jul 22, 2024 9:16 pm

**Daedalus007**

Pure Data Conspiracy Theorist

Posts: 269

Has thanked: 102 times
Been thanked: 35 times

> **Steakhouse wrote:** ⊙                                    Mon Jul 22, 2024 7:29 pm
> Can I be connected to two networks (ie: wired in, and wifi tethered to my phone), such that when one drops, I immediately fall back to the other ?
> How about surviving a power drop ?

Ethernet is the typical 'wired in' method that you claim.
There is also physically plugging your phone into your computer via a USB port and setting options on the phone to allow tethering. Your computer has to recognize your phone as a unique device for this to work.

If you want 'instant fallback' you'd want to do the phone method (Android phones only) where you connect via WiFi on the phone AND keep data enabled. There's some developer options you can enable to instantly/seamlessly swap to data when the WiFi drops and vice-versa.

Will this prevent a disconnect? Possibly.
Is it extra-reliable? Probably not.
If your home internet is spotty then you can probably try a local library where they have 'mobile data hotspots' for borrowing for a specific period of time (usually 3 weeks or so). These are far more reliable for gaming than I originally thought, even in inclement weather they almost-never bug out or screw up.

All of this presumes you are located in the USA. Most other countries have far better reliability and speeds than USA internet providers.

I won't be typing up a full how-to guide. Google is your friend.

---

by **joombo** » Tue Sep 17, 2024 10:36 am

**NO CHARACTER
SELECTED**

**joombo**

Posts: 8

that's what I was looking for

---

POST REPLY ↰    🔧 ▾    ▤ ▾                                    5 posts • Page **1** of **1**

‹ Return to "Hardcore Lounge"                                    JUMP TO ▾

Document title: Any tips on surviving an internet drop ? - Turtle WoW
Capture URL: https://forum.turtle-wow.org/viewtopic.php?p=100146&amp;hilit=USA#p100146
Capture timestamp (UTC): Tue, 16 Dec 2025 19:14:10 GMT

Page Vault

| | |
|---|---|
| Document title: | LFR ES Hard Mode Holy Pal - Turtle WoW |
| Capture URL: | https://forum.turtle-wow.org/viewtopic.php?p=95656&hilit=USA#p95656 |
| Page loaded at (UTC): | Tue, 16 Dec 2025 19:14:35 GMT |
| Capture timestamp (UTC): | Tue, 16 Dec 2025 19:14:36 GMT |
| Capture tool: | 3.17.0 |
| Collection server IP: | 34.239.118.154 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/142.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 3 |
| Capture ID: | krRU3Qx7GyFc8TwJh3zeo1 |
| Display Name: | cbg |





Quick Search | Advanced Search

Search…  **Search**

🏠 Turtle WoW  >  Forums  >  Community  >  Raids  >  LFR ES Hard Mode Holy Pal

# LFR ES Hard Mode Holy Pal

**Moderator:** Gifted

POST REPLY 🔧 ▾   Search this topic…   🔍  ⚙

1 post • Page **1** of **1**

by **Foobs** » Sat May 25, 2024 9:42 am

Please let me know here in the forums or in-game if available. Prefer weekends 8 pm or 20:00 hours PST start time. **USA**.

**Foobs**

Barrens Chat Casualty

Posts: 143

Has thanked: 1 time

Been thanked: 1 time

*I'm just here for the GM's replies--Carry on!!*

1 post • Page **1** of **1**

POST REPLY 🔧 ▾

◂ Return to "Raids"

JUMP TO ▾

134

Document title: LFR ES Hard Mode Holy Pal - Turtle WoW
Capture URL: https://forum.turtle-wow.org/viewtopic.php?p=95656&amp;hilit=USA#p95656
Capture timestamp (UTC): Tue, 16 Dec 2025 19:14:36 GMT
Page 1 of 2



Quick Search   Advanced Search

Search...   **Search**

🏠 Turtle WoW  >  Forums  >  Community  >  Raids  >  LFR ES Hard Mode Holy Pal

# LFR ES Hard Mode Holy Pal

Moderator: Gifted

**POST REPLY**   🔧 ▾   Search this topic…  🔍  ⚙️

1 post • Page **1** of **1**

by **Foobs** » Sat May 25, 2024 9:42 am

Please let me know here in the forums or in-game if available. Prefer weekends 8 pm or 20:00 hours PST start time.
`USA`

**Foobs**

Servers Crist Casualty

Posts: 143

Has thanked: 1 time

Been thanked: 1 time

*I'm just here for the GM's replies--Carry on!!*

**POST REPLY**   🔧 ▾

1 post • Page **1** of **1**

‹ Return to "Raids"

**JUMP TO** ▾

Document title: LFR ES Hard Mode Holy Pal - Turtle WoW
Capture URL: https://forum.turtle-wow.org/viewtopic.php?p=95656&amp;hilit=USA#p95656
Capture timestamp (UTC): Tue, 16 Dec 2025 19:14:36 GMT

Page Vault

| | |
|---|---|
| Document title: | So how's Tel'Abim? - Turtle WoW |
| Capture URL: | https://forum.turtle-wow.org/viewtopic.php?p=85423&hilit=USA#p85423 |
| Page loaded at (UTC): | Tue, 16 Dec 2025 19:16:22 GMT |
| Capture timestamp (UTC): | Tue, 16 Dec 2025 19:16:25 GMT |
| Capture tool: | 3.17.0 |
| Collection server IP: | 3.83.202.140 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/142.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 14 |
| Capture ID: | 7Bwj2wbBXurabwKbvRej3N |
| Display Name: | cbg |





by **Bigsmerf** » Fri Jan 19, 2024 6:58 pm

**Bigsmerf**

Grandmaster of Forum PvP

Posts: 2137

Location: Canada, Eh

Has thanked: 55 times

Been thanked: 289 times

> **Jc473 wrote:** ⊕                                                    Fri Jan 19, 2024 6:27 pm
>
> > **Bigsmerf wrote:** ⊕                                          Fri Jan 19, 2024 5:59 pm
> > Seriously though. No doom and gloom here, just curiosity. I've recently made a mage on alliance for a
> > quieter levelling experience and I'm only 12, so my input on the server's stability wouldn't be very well
> > informed. BUT, for those of you who have been around since the early days of the realm, and who still play
> > in endgame PvE/PvP, I wanted to ask how the experience is, even at the low population.
>
> It's nice. A small population has its charm; I recognise so many names and end up in dungeon groups with them a
> lot. So, it's nice building up a rapport with them.
>
> I'm choosing to play casually on this server by levelling alts and trying to ensure people have a decent chance at
> finding dungeon groups throughout the 1-59 journey. In fact, a couple of people decided to make a casual levelling
> guild called 'Traveler'. They share a similar mindset in ensuring that the world feels alive. Only formed about a
> week ago but currently has about 190 members with about 15-25 online at any moment. I suggest you join with
> your mage if you want some companionship :)
>
> As for the PvP scene:
> BGs - they tend to be the daily ones however whenever any BG pops, people call it out in world chat and it fills up
> fairly well.
> wPvP - there are a few dedicated groups who raid the Horde/Alliance cities which always results in some sort of
> battle. These folks are really into it and you can tell by their pictures posted in the Tel'Abim general channel in
> discord.
>
> As for raiding, I can't say. Probably best for others to comment.
>
> On the whole, I think the population is stabilising at about 600-700 (EU times! NA has a tougher time…) and I think
> it will maintain this whilst slowly growing as over the next few months.

Heya! Glad to see such a positive outlook on things, so the input is appreciated. Believe it or not I actually got invited
to Traveler just yesterday (perhaps you'd recognise a "Chadical'?) and they were pretty welcoming.

Elmhoof - 60 Feral
Tacheka - 57 Melee hunter (Planned secondary main)

On another break. The big E looks kinda fun.

by **Ataika** » Fri Jan 19, 2024 8:11 pm

**Ataika**

Grandmaster of Forum PvP

Posts: 1518

Has thanked: 112 times

Been thanked: 146 times

Its completely dead.
Dead wpvp outside of some rare events, battlegrounds pop pretty rarely.
People spend their time dueling outside of cities and post lies on forum.

by **Jc473** » Fri Jan 19, 2024 9:44 pm

**Jc473**

Rank Nani Cameprator Theorist

Posts: 437

Has thanked: 2 times

> **Bigsmerf wrote:** ⊕                                                    Fri Jan 19, 2024 6:58 pm
> Heya! Glad to see such a positive outlook on things, so the input is appreciated. Believe it or not I actually got
> invited to Traveler just yesterday (perhaps you'd recognise a "Chadical'?) and they were pretty welcoming.

Yeah, I think people in this sort of guild have recognised what kind of atmosphere we're trying to create; warm and
welcoming! By extension, hopefully this influences the server's atmosphere too. I've got a couple of characters in
there too (Trovi/Alumi) so feel free to say hi or ask for help! :)

We very much appreciate the attention Akalix is devoting to the server but why just sit there and wait for the TWoW
staff to make things better...? This is the inspiration for creating the guild; take it upon ourselves to help Tel'Abim
survive and grow. Hopefully the combination of these sorts of community and dev efforts will encourage people to
start and continue playing here. I've also given Vrograg the guild stats/information and he said he'll include it in one

138



there too (Trovi/Alumi) so feel free to say hi or ask for help! :)

We very much appreciate the attention you're devoting to the server but why just sit there and wait for the TWoW
staff to make things better...? This is the inspiration for creating the guild; take it upon ourselves to help Tel'Abim
survive and grow. Hopefully the combination of these sorts of community and dev efforts will encourage people to
start and continue playing here. I've also given Vrograg the guild stats/information and he said he'll include it in one
of his weekly news reporting episodes. People need to know that you can start a character on this server and, from a
PvE perspective, have a reliable way to play with people.

As for the comment above, we can't change the perspective of people like this right now. Population numbers mean
everything to them. I mean, it's understandable. Bigger populations allow for more widespread wPvP (not just level
60 events) and BGs popping round the clock. For now, all we can do is accept that this can't happen with this current
population and try to rectify it, slowly, but surely.

Personally, my plan is to make multiple druids and leave them at various level ranges (e.g. 20/30/40) so I can fill the
sought after tank/healer roles for random dungeon groups. I feel like peoples' perspection of server health is largely
influenced by how hard or easy it is to find dungeon groups. So, this seems like the most effective thing I can do to
help the server.

---

by **Tacticalnelf** » Sat Jan 20, 2024 12:05 am

**Tacticalnelf**

Stormy Chill Cultivity

Posts: 127
Has thanked: 2 times
Been thanked: 2 times

It's pretty bad, there aren't enough people interested in doing UBRS, phase 2 started today and I've spent the whole
day managing to do UBRS once, which is very bad because my T0 is in there and it never drops.

There are very few options for raiding, either you join the coalition that controls everything and uses the SR>MS>OS
system (but does HR without any explanation for some items), or you subject yourself to raiding in DKP in the other 2
smaller guilds.

PVP is controlled by a few players who make 800k honor per week and no one can rank up without selling their soul

---

by **Jc473** » Sat Jan 20, 2024 12:12 am

**Jc473**

Peach Nole Conspiracy Theorist

Posts: 437
Has thanked: 2 times

> **Tacticalnelf wrote:** ⊕                                              Sat Jan 20, 2024 12:05 am
> It's pretty bad, there aren't enough people interested in doing UBRS, phase 2 started today and I've spent the
> whole day managing to do UBRS once, which is very bad because my T0 is in there and it never drops.
>
> There are very few options for raiding, either you join the coalition that controls everything and uses the
> SR>MS>OS system (but does HR without any explanation for some items), or you subject yourself to raiding in
> DKP in the other 2 smaller guilds.
>
> PVP is controlled by a few players who make 800k honor per week and no one can rank up without selling their
> soul

Bad day to be looking to run a level 60 dungeon, let alone one requiring 10 people!

A lot of the end game players have been busy tackling the new content from today's release of phase 2 (world
bosses, ZG & Emerald Sanctum).

---

by **Burunduk** » Sat Jan 20, 2024 3:38 am

**Burunduk**

Peach Nole Conspiracy Theorist

Posts: 227
Been thanked: 18 times

Dead server, we are all waiting for transfer.

---

by **Vettan** » Sat Jan 20, 2024 9:57 am

tbh yeah its pretty much dead. No dungeons on 60 only a few while leveling up but only if u have a tank friend. I
mean its clear the missmanagement and lack of changes killed this ream. U had 5k people on the server now its 400.
Yeah there are the fresh chasers that drop off after a while but they dont make up this big of a number. And even if

---

139

by **Vettan** » Sat Jan 20, 2024 9:57 am

**Vettan**

Posts: 22

tbh yeah its pretty much dead. No dungeons 60 only a few while leveling up but only if u have a tank friend. I mean its clear the missmanagement and lack of changes killed this ream. U had 5k people on the server now its 400. Yeah there are the fresh chasers that droff off after a while but they dont make up this big of a number. And even if they implement changes now its just a classic case of to little to late. And rushing the phases now only makes it worse nobody will join this realm when R12-14 players roaming the BG´s and u get a big ZG or BWL weapon in ur face joining a BG at fresh 60. More and more of the names u played with drop off. Friend list gets smaller instead of bigger and i cant blame anyone throwing the towel.

by **Marafado** » Sat Jan 20, 2024 12:23 pm

**Marafado**

Barrens Chat Casualty

Posts: 131

Ye pvp server need more ppl !!

The pve server atm its over the 5k, drop a bit in EU prime time to around 3k. But most of the ppl in pve are asian "players", for some some reason (RMT maybe ;p) they prefer the lag on the EU server to the many servers they have close to home.

If the EU/USA move they toons to pvp realm this problem can be fixed, and pvp shoud get around 1k more ppl.

by **Thecakeisalie** » Sat Jan 20, 2024 1:23 pm

**Thecakeisalie**

Barrens Chat Casualty

Posts: 96

Has thanked: 1 time

Been thanked: 4 times

Looks like the pvp realm dried up like a raisin to no ones surprise.

> **Marafado** wrote: ⊙    Sat Jan 20, 2024 12:23 pm
>
> Ye pvp server need more ppl !!
>
> The pve server atm its over the 5k, drop a bit in EU prime time to around 3k. But most of the ppl in pve are asian "players", for some some reason (RMT maybe ;p) they prefer the lag on the EU server to the many servers they have close to home.
>
> If the EU/USA move they toons to pvp realm this problem can be fixed, and pvp shoud get around 1k more ppl.

I seriously doubt bringing in T3 and R14 players will save the server.

by **Tendies** » Sat Jan 20, 2024 1:51 pm

**Tendies**

Fetch Will Conspiracy Thread

Posts: 222

If the team had had any good PvP'ers they would have known this would happen.

by **Scelus12** » Sat Jan 20, 2024 3:19 pm

**Scelus12**

Barrens Chat Casualty

Posts: 79

Has thanked: 4 times

Been thanked: 3 times

You can see the numbers for yourself, the pop is quite low. Daily peak is 700ish, daily low is 300ish.

However there are several guilds on both sides raiding consistently and having a ton of fun. Very friendly groups that don't really care about pop. Just clearing content together and having a blast playing the game. You can still buy most things you need on the AH. BGs pop a few times a day! World pvp happens too! Usually when each side calls for backup.

It's way way less than ideal. It needs some help. But the people who are still playing are great folks who just love the game. We've finally shaken out all the negative nerds who just trolled "dead server" all day. (Who are those pathetic people?)

by **Scelus12** » Sat Jan 20, 2024 3:27 pm

Document title: So how&#39;s Tel&#39;Abim? - Turtle WoW

Capture URL: https://forum.turtle-wow.org/viewtopic.php?p=85423&amp;hilit=USA#p85423

Capture timestamp (UTC): Tue, 16 Dec 2025 19:16:25 GMT

Page 4 of 13



by **Scelus12** » Sat Jan 20, 2024 3:27 pm

**Scelus12**
Gamers Club Calcutty
Posts: 79
Has thanked: 4 times
Been thanked: 3 times

> **Tendies wrote:** ⬆
> Sat Jan 20, 2024 1:51 pm
> If the team had had any good PvP'ers they would have known this would happen.

This is a strange take when there were 4k players online until SoD was announced, then a massive dip when SoD launched. You can look at the graphs.

Telabim for better or worse attracted the "fresh" crowd. And of course that same crowd went to SoD which was the bigger/better fresh.

---

by **Tendies** » Sat Jan 20, 2024 4:37 pm

**Tendies**
Patch Hide Conspiracy Theorist
Posts: 222

> **Scelus12 wrote:** ⬆
> Sat Jan 20, 2024 3:27 pm
>> **Tendies wrote:** ⬆
>> Sat Jan 20, 2024 1:51 pm
>> If the team had had any good PvP'ers they would have known this would happen.
>
> This is a strange take when there were 4k players online until SoD was announced, then a massive dip when SoD launched. You can look at the graphs.
>
> Telabim for better or worse attracted the "fresh" crowd. And of course that same crowd went to SoD which was the bigger/better fresh.

Massive cope

---

by **Scelus12** » Sat Jan 20, 2024 6:02 pm

**Scelus12**
Gamers Club Calcutty
Posts: 79
Has thanked: 4 times
Been thanked: 3 times

> **Tendies wrote:** ⬆
> Sat Jan 20, 2024 4:37 pm
>> **Scelus12 wrote:** ⬆
>> Sat Jan 20, 2024 3:27 pm
>>> **Tendies wrote:** ⬆
>>> Sat Jan 20, 2024 1:51 pm
>>> If the team had had any good PvP'ers they would have known this would happen.
>>
>> This is a strange take when there were 4k players online until SoD was announced, then a massive dip when SoD launched. You can look at the graphs.
>>
>> Telabim for better or worse attracted the "fresh" crowd. And of course that same crowd went to SoD which was the bigger/better fresh.
>
> Massive cope

Are you a chatbot? What exactly is the cope? You absolutely are not passing the turing test right now man

---

by **Vettan** » Sat Jan 20, 2024 6:07 pm

**Vettan**
No Character Selected
Posts: 22

Even a PVE project like Epoch (more PVP changes there then on the actual PVP realm here) will be the nail in the coffin for this realm.

Devs. just speed it up so they can roll out patches simultaneously for both realms. That alone is the wrong thinking a different game mode needs a different approach. U cant just copy pasta. That just shows that there is no interest or understanding for PVP on the dev side.

https://turtle-wow.org/#/population-graph

another 100 players lost in January. Still no major changes to the realm.

Its just not possible to gear up anymore without an unhealthy gaming cylce and time investment. We should have

141



another 100 players lost in January. Still no major changes to the realm.

Its just not possible to gear up anymore without an unhealthy gaming cylce and time investment. We should have gotten goody bags for dungeon queueing as heal or tank two months ago to keep the game working.

---

by **Tacticalnelf** » Sat Jan 20, 2024 6:19 pm

**Tacticalnelf**

Gnome Child (Usurer)

Posts: 127
Has thanked: 2 times
Been thanked: 2 times

> **Jc473 wrote:** ↑                                    Sat Jan 20, 2024 12:12 am
>
> Bad day to be looking to run a level 60 dungeon, let alone one requiring 10 people!

every day is a bad day when you only have 150 players in your faction and none of them need to gear up

---

by **Vettan** » Sat Jan 20, 2024 6:40 pm

**Vettan**

Posts: 22

> **Tacticalnelf wrote:** ↑                               Sat Jan 20, 2024 6:19 pm
>
> > **Jc473 wrote:** ↑                                  Sat Jan 20, 2024 12:12 am
> >
> > Bad day to be looking to run a level 60 dungeon, let alone one requiring 10 people!
>
> every day is a bad day when you only have 150 players in your faction and none of them need to gear up

Exactly this thats why Tel Abim needs an incentive for players to revisit dungeons. Or every new player will quit when hitting lvl 60 if not before. No BRD no DM occassionally some Strat and Scholo runs but not enough.

I mean next week a cool game releases and i think i will just drop my guild and move there. I really tried to be positive and build sth up here but it cant be done by only by the players we need the right framework for it.

---

by **Jc473** » Sat Jan 20, 2024 6:44 pm

**Jc473**

Parti Nain (Currency Thrower)

Posts: 437
Has thanked: 2 times

To all the people with a negative perception/outlook, ask yourself how the PvE server survived for years with ~50-300? Sure, they had cross faction but these numbers are substantially less what we have now. Most likely, they had a 'glass half full' perspective and made the most of it. Quite simply, it's what you make of it.

So, you can either chose to:
1) proactively help the server survive/grow (e.g. level alts, selflessly run dungeons to gear others etc)
2) continuing playing in whatever style you want and making the most of it
3) vociferously lament about how bad things are and will continue to be

For the love of me, I cannot grasp why people choose option 3. It's just destructive behaviour and creates a self fulfiling prophecy.... :(

---

by **Vettan** » Sat Jan 20, 2024 7:35 pm

**Vettan**

Posts: 22

> **Jc473 wrote:** ↑                                    Sat Jan 20, 2024 6:44 pm
> To all the people with a negative perception/outlook, ask yourself how the PvE server survived for years with ~50-300? Sure, they had cross faction but these numbers are substantially less what we have now. Most likely, they had a 'glass half full' perspective and made the most of it. Quite simply, it's what you make of it.
>
> So, you can either chose to:
> 1) proactively help the server survive/grow (e.g. level alts, selflessly run dungeons to gear others etc)
> 2) continuing playing in whatever style you want and making the most of it
> 3) vociferously lament about how bad things are and will continue to be
>
> For the love of me, I cannot grasp why people choose option 3. It's just destructive behaviour and creates a self

---

Document title: So how&#39;s Tel&#39;Abim? - Turtle WoW
Capture URL: https://forum.turtle-wow.org/viewtopic.php?p=85423&amp;hilit=USA#p85423
Capture timestamp (UTC): Tue, 16 Dec 2025 19:16:25 GMT

1) proactively help the server survive/grow (e.g. level alts, selflessly run dungeons to gear others etc)
2) continuing playing in whatever style you want and making the most of it
3) vociferously lament about how bad things are and will continue to be

For the love of me, I cannot grasp why people choose option 3. It's just destructive behaviour and creates a self fulfilling prophecy.... :(

I invest alot of time and work into building sth. up here and making this a better place but pls stop these stupid arguments with how the PVE server bla bla bla.

Be open for criticism would help the server too but these constant copium is as bad as the constan memes that plaigued the server for to long.

Its looking bad real bad right now. Let accept this as a base of discussion before we continue.

---



by **Vettan** » Sat Jan 20, 2024 7:37 pm

**Vettan**

Posts: 22

> **Vettan wrote:** ⊙                                    Sat Jan 20, 2024 7:35 pm
>
> > **Jc473 wrote:** ⊙                                Sat Jan 20, 2024 6:44 pm
> > To all the people with a negative perception/outlook, ask yourself how the PvE server survived for years with ~50-300? Sure, they had cross faction but these numbers are substantially less what we have now. Most likely, they had a 'glass half full' perspective and made the most of it. Quite simply, it's what you make of it.
> >
> > So, you can either chose to:
> > 1) proactively help the server survive/grow (e.g. level alts, selflessly run dungeons to gear others etc)
> > 2) continuing playing in whatever style you want and making the most of it
> > 3) vociferously lament about how bad things are and will continue to be
> >
> > For the love of me, I cannot grasp why people choose option 3. It's just destructive behaviour and creates a self fulfilling prophecy.... :(
> >
> > I invest alot of time and work into building sth. up here and making this a better place but pls stop these stupid arguments with how the PVE server bla bla bla.
> >
> > Be open for criticism would help the server too but these constant copium is as bad as the constan memes that plaigued the server for to long.
> >
> > Its looking bad real bad right now. Let accept this as a base of discussion before we continue.

I mean the argument cant be a server can survive with 50 players when we just lost 4k in a few months. There are major flaws people leaving a reason maybe its wise to think about that before thinking the server will rise from low pop to glorius numbers.

---

by **Marafado** » Sat Jan 20, 2024 7:55 pm

**Marafado**
Banned Chill Casually
Posts: 131

attention to the 'glass half full' boys , in portugal we call them "vendedores da banha da cobra" ;p

---

by **Thol** » Sat Jan 20, 2024 8:59 pm

**Thol**
Banned Chill Casually
Posts: 190
Has thanked: 3 times

It's perfectly fine to not be satisfied with Tel'Abim and it's current population but to reply to the initial post, I'm personally having fun on Tel'Abim ever since the launch, there are regular PvP raids, and I never had issues to find groups for dungeons. Just join a guild and you'll be set. The community is nice. It's like the old realms where you know almost everyone and server rep matters.

---

143

Document title: So how&#39;s Tel&#39;Abim? - Turtle WoW
Capture URL: https://forum.turtle-wow.org/viewtopic.php?p=85423&amp;hilit=USA#p85423
Capture timestamp (UTC): Tue, 16 Dec 2025 19:16:25 GMT

groups for dungeons. Just join a guild and you'll be set. The community is nice. It's like the old realms where you find almost everyone and server mailers.



Thol

Posts: 190
Has thanked: 3 times
Been thanked: 1 time

---

**No Character Selected**

**Vettan**

Posts: 22

by **Vettan** » Sat Jan 20, 2024 9:12 pm

Just join a guild and u will be set is not true. Please i appreciate ur efforts on the server but stop telling things that just not reflected by the reality on this server.

If u got a lucky spot and have a tank mate and get into dungeons easy then u for sure the minority on this server. I was in multiple guilds were nothing was going on at all and people i talk to have the same experience.

I think if things are spoken out loud and clearly thats the only chance for the realm to get the changes it needs to attract and keep new players.

---

**Thol**

Warwick Chat Luminary

Posts: 190

by **Thol** » Sat Jan 20, 2024 10:14 pm

> **Vettan wrote:** ⤴                                Sat Jan 20, 2024 9:12 pm
> Just join a guild and u will be set is not true. Please i appreciate ur efforts on the server but stop telling things that just not reflected by the reality on this server.

Well I can only speak for my guild it's true, (also I'm speaking of EU prime time, I know NA prime time is rougher.)

144



> > Vettan wrote:                                          Sat Jan 20, 2024 9:12 pm
> > Just join a guild and u will be set is not true. Please i appreciate ur efforts on the server but stop telling things that
> > just not reflected by the reality on this server.
>
> Well I can only speak for my guild it's true, (also I'm speaking of EU prime time, I know NA prime time is rougher.)
> Our members find dungeon groups regularly, when they can't find a group of their level, higher level players help
> them do the run.
>
> There's a lack of tanks and healers on Nordanaar as well while leveling, even with more pop. And with tents and xp
> boost, players often choose to skip low level dungeons and elite quests.
>
> > Vettan wrote:                                          Sat Jan 20, 2024 9:12 pm
> > I think if things are spoken out loud and clearly thats the only chance for the realm to get the changes it needs to
> > attract and keep new players.
>
> You find that doomers are not speaking out loud enough? Surely you jest. Look at this thread. Most of them don't
> offer any tangible solutions.
>
> Be the change you want to see.

by **Vettan** » Sat Jan 20, 2024 10:46 pm

> > Thol wrote:                                            Sat Jan 20, 2024 10:14 pm
> > > Vettan wrote:                                        Sat Jan 20, 2024 9:12 pm
> > > Just join a guild and u will be set is not true. Please i appreciate ur efforts on the server but stop telling
> > > things that just not reflected by the reality on this server.
> >
> > Well I can only speak for my guild it's true, (also I'm speaking of EU prime time, I know NA prime time is rougher.)
> > Our members find dungeon groups regularly, when they can't find a group of their level, higher level players help
> > them do the run.
> >
> > There's a lack of tanks and healers on Nordanaar as well while leveling, even with more pop. And with tents and
> > xp boost, players often choose to skip low level dungeons and elite quests.
> >
> > > Vettan wrote:                                        Sat Jan 20, 2024 9:12 pm
> > > I think if things are spoken out loud and clearly thats the only chance for the realm to get the changes it
> > > needs to attract and keep new players.
> >
> > You find that doomers are not speaking out loud enough? Surely you jest. Look at this thread. Most of them don't
> > offer any tangible solutions.
> >
> > Be the change you want to see.
>
> Yes and no u can ofc try to be the change and thats exactly what im doing but im not in charge of changing stuff on a
> server level. Thats up to the Turtle team so my impact is limited and its not enough. U can only change things if
> accept them.
>
> Tbh not beeing able to gear chars or see content i would love to play just drains my longterm motivation. And alone
> in january that was the case for over 100 players that left Tel Abim according to the player graph.
>
> So we have to admit without doomsaying the server is dying. Slow but steady sadly in a negative way.

by **Jc473** » Sun Jan 21, 2024 12:52 am

> > Vettan wrote:                                          Sat Jan 20, 2024 7:35 pm
> > I invest alot of time and work into building sth. up here and making this a better place but pls stop these stupid
> > arguments with how the PVE server bla bla bla.
>
> I don't see why it's stupid to draw a parallel with the PvE server. Do I expect this server to rise back up to the heights
> of the initial population (~4-5k)? Nope. Am I aware that the PvE server didn't have to experience an initial ~90% drop
> off in population? Of course. However, my previous question still stands... logistically, how did the extremely low pop
> PvE server survive? Undoubtedly, they would've also experienced the issue of finding dungeon groups at any level.
> How did they cope with this?

145

I don't see why it's stupid to draw a parallel with the PvE server. Do I expect this server to rise back up to the heights of the initial population (~4-5k)? Nope. Am I aware that the PvE server didn't have to experience an initial ~90% drop off in population? Of course. However, my previous question still stands... logistically, how did the extremely low pop PvE server survive? Undoubtedly, they would've also experienced the issue of finding dungeon groups at any level. How did they cope with this?

The fact is, there are existing (and new) players who are currently having a good time on Tel'Abim. They are choosing to either make the most of it or trying to maintain/grow the server (e.g. Thol organising plenty of wPvP or the creators of this Traveler guild I mentioned earlier in this thread). On the other hand, there are people who are not having a good time and might also have a bleak outlook. They have two choices; sink or swim. If they choose to sink (i.e. leave), I wish they would do it quietly and without casting aspersions on the server. Choosing to swim can take two forms; either doing something positive in-game or leaving constructive feedback for the developers on this forum or on Discord.

Sadly, there is a lot of unconstructive feedback which only hurts the server. You only have to scroll up a bit to see Burunduk's post for a perfect example.

> **Vettan wrote:** ⊘                                                    Sat Jan 20, 2024 7:35 pm
> Be open for criticism would help the server too but these constant copium is as bad as the constan memes that plalgued the server for to long.
>
> Its looking bad real bad right now. Let accept this as a base of discussion before we continue.

I find this baffling to read. You honestly think this "constant copium" is as bad!? Sharing good experiences is a standard way of encouraging people to play. You must be really upset with the server to warp this stuff into something negative.

As for being open to critcism, I very much am. I could probably write a book on the short comings of the PvP server and how it can be improved. In fact, we've had plenty of discussions with Akalix and co on the Discord server as to how we can improve things. What's refreshing is that Akalix has been very engaged on this front. You can hear him speak about it on Vrograg's last stream. He said he's very focused on Tel'Abim and you can tell given his previous announcement post (viewtopic.php?t=12138). To be clear, almost everything in this announcement post has stemmed from **constructive** player feedback on the forums/Discord server. So, we have very much already acknowledged the server's short comings and have discussed how it can be improved.

To conclude, there are players who have done plenty of positive stuff, in and outside of game, to try and help the server survive/grow. I hope more people follow suit.

---

🗎 by **Ishilu** » Sun Jan 21, 2024 2:27 pm



**NO CHARACTER SELECTED**

**Ishilu**

Patch Note Conspiracy Theorist

Posts: 381
Has thanked: 1 time
Been thanked: 18 times

So, I started on Tel'Abim this week (playing at EU times, btw). I had played for a while on the original realm and then I mostly sat out the overhype and player influx of the past year, while remaining somewhat active on the forums and playing on TBC private servers which were also overpopulated.

My first impression is a good one.

World chat looks promising. A little bit of barrens-level nonsense, but no dad-server whining and people are looking for groups in various levelranges and even organise world pvp events. I'm really looking forward to these.

I've also seen lvl 60 players setting up tents in crossroads after announcing them in world chat. My guess is that things are similar on alliance side. I even got some free green items there. So there's a community actively welcoming new players and helping them to get into the game. That alone is worth much more than any fastlevel or transfer service that the team could offer if they chose to do so.

It feels a lot like my early time at turtle before the mainstream locusts put such a strain on the server community and if these people are moving on to SoD or Fortnite or Hello Kitty then I can say that I'm not going to miss them on "my server".

Yes, the population is a bit on the low side but finding groups for RFC at least was quite doable and people are motivated to push on. I also keep in mind that right now I'm used to playing on overpopulated realms. On the plus side: I haven't encountered any players yet with whom I wouldn't have been able to team up. No or only very few language barriers and no HC competition makes the gaming experience quite neat, imo.

Considering that the old realm has been up and running for 5 years or so by now, with people coming, going, and returning, I can imagine that the same will happen on Tel Abim, so I'm actually quite optimistic at the moment.

146



Considering that the old realm has been up and running for 5 years or so by now, with people coming, going and returning, I can imagine that the same will happen on Tel Abim, so I'm actually quite optimistic at the moment.

by **Ataika** » Mon Jan 22, 2024 7:30 am

**Ataika**
Crusader in Gnomeregan
Posts: 1518
Has thanked: 112 times
Been thanked: 146 times

> **Ishilu wrote:** ⊕    Sun Jan 21, 2024 2:27 pm
> World chat looks promising.

by **Burunduk** » Mon Jan 22, 2024 1:39 pm

**Burunduk**
Patch Note Conspiracy Theorist
Posts: 227
Been thanked: 16 times

600+ online on sunday evening.
Phase 2 didn't help.

by **Tendies** » Mon Jan 22, 2024 1:45 pm

**Tendies**
Patch Note Conspiracy Theorist
Posts: 222

702 peak last week up from 697 peak the week before. We going up guys, the content is working!

Last edited by Tendies on Mon Jan 22, 2024 1:53 pm, edited 1 time in total.

by **Grizb37** » Mon Jan 22, 2024 1:51 pm

**Grizb37**
Bug Report Enthusiast
Posts: 940
Been thanked: 194 times

> **Burunduk wrote:** ⊕    Mon Jan 22, 2024 1:39 pm
> 600+ online on sunday evening.
> Phase 2 didn't help.

Nothing will help, apart from class changes Unfortuantly.

by **Ishilu** » Mon Jan 22, 2024 2:44 pm

147

Nothing will help, apart from class changes Unfortuantly.

Posts: 940
Been thanked: 133 times

---

**Ishilu**

Dutch lore conspiracy theorist

Posts: 381
Has thanked: 1 time
Been thanked: 18 times

by **Ishilu** » Mon Jan 22, 2024 2:44 pm

> **Ataika wrote:** ⬆                                           Mon Jan 22, 2024 7:30 am
>
>> **Ishilu wrote:** ⬆                                         Sun Jan 21, 2024 2:27 pm
>> World chat looks promising.
>
> 
>
> Hope I didn't hurt your feelings, mate.

---

**Ataika**

Grandmaster of Forum PVP

Posts: 1518
Has thanked: 112 times
Been thanked: 146 times

by **Ataika** » Thu Jan 25, 2024 6:18 pm

> **Ishilu wrote:** ⬆                                          Mon Jan 22, 2024 2:44 pm
>
>> **Ataika wrote:** ⬆                                         Mon Jan 22, 2024 7:30 am
>>
>>> **Ishilu wrote:** ⬆                                        Sun Jan 21, 2024 2:27 pm
>>> World chat looks promising.
>>
>> Hope I didn't hurt your feelings, mate.

Na, had a laught.



Hope I didn't hurt your feelings, mate.

by **Ataika** » Thu Jan 25, 2024 6:18 pm

**Ataika**
Grandmaster of Forum PvP
Posts: 1518
Has thanked: 112 times
Been thanked: 146 times

> **Ishilu wrote:**                                      Mon Jan 22, 2024 2:44 pm
>
> > **Ataika wrote:**                                    Mon Jan 22, 2024 7:30 am
> >
> > > **Ishilu wrote:**                                  Sun Jan 21, 2024 2:27 pm
> > > World chat looks promising.
> > >
> > > Hope I didn't hurt your feelings, mate.

Na, had a laught.

**POST REPLY**                                                47 posts  1  2  ›

‹ Return to "General"                                         JUMP TO

149

Page Vault

| | |
|---|---|
| Document title: | Where are the PVP players who wanted a new fresh PvP realm? - Page 2 - Turtle WoW |
| Capture URL: | https://forum.turtle-wow.org/viewtopic.php?p=79768&hilit=USA#p79768 |
| Page loaded at (UTC): | Tue, 16 Dec 2025 19:16:43 GMT |
| Capture timestamp (UTC): | Tue, 16 Dec 2025 19:16:45 GMT |
| Capture tool: | 3.17.0 |
| Collection server IP: | 54.165.118.52 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/142.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 11 |
| Capture ID: | oKfCdHAFuSZnWgcnrdjPC3 |
| Display Name: | cbg |



Document title: Where are the PVP players who wanted a new fresh PvP realm? - Page 2 - Turtle WoW
Capture URL: https://forum.turtle-wow.org/viewtopic.php?p=79768&amp;hilit=USA#p79768
Capture timestamp (UTC): Tue, 16 Dec 2025 19:16:45 GMT

Page 1 of 10

I don't think Torta wanted the PvP realm, the initial goal was to always keep one realm, I don't think most team members would care if the PvP server died. PvP was never the focus, PvP server was around 1k off peak even after SoD launch, just need to be patient and let it grow, PvE server started below 1k too and we still had plenty of fun. Community was fewer but quality was higher, theres was no doomer like you back then.



by **Vaikaris** » Fri Dec 01, 2023 12:36 pm

**Vaikaris**

*Memes Chat Champion*

Posts: 113
Has thanked: 1 time
Been thanked: 5 times

> **Blackbook wrote:** ⊕
>
> Fri Dec 01, 2023 9:24 am
>
> > **Vaikaris wrote:** ⊕
> >
> > Fri Dec 01, 2023 7:44 am
> >
> > I wanted a fresh realm, because t2.5+ pvp is garbage.
> >
> > I'm still playing, but from the very start I said, we KNOW what the problem is - horde OP racials attract the pvp crowd, leads to heavy imbalance and server dies.
> >
> > This was not fixed.
> >
> > I.e. Turtle, which ironically was supposed to be the anti-classic, did a classic - where the devs intentionally made mistakes that killed what they released so their idea could be reinforced. Just like Blizzard released a broken, badly planned classic so they can show us retail was right all along, twow released a pvp server without adressing the obvious core issues of a pvp server so they can show us pve was right all along.
> >
> > And you, like retail people, blame the players instead of those that did the mistake :)
> >
> > I guess Turtle Token is coming soon.
>
> I dont say ur right but thats the feeling i got about the server too. A few words could easily dolve most problems but the lack of insight or acknowledge of existing problems really hurts the server and the community. Its the perfect soil for trolls and toxic behavior which seems to be tolerated by staff.

I don't think its tolerated, I think it's encouraged.

To this day I think Blizzard killed classic intentionally because they were mad people wanted vanilla back and they wanted to drive home "you think you do, but you don't".

I think twow devs were mad people kept asking for "fresh" and "pvp changes" so they dumped a fresh pvp server, refused to fix any issues and even exacerbated them (they promised us faction balance yet when leveling horde outnumbered alliance) and are now happy people aren't happy with it.

by **Bandyc** » Fri Dec 01, 2023 1:40 pm

**Bandyc**

Posts: 30
Been thanked: 1 time

> **Thol wrote:** ⊕
>
> Fri Dec 01, 2023 1:52 am
>
> It's seasonal content though, not everyone is into that. Fresh chasers will always keep switching servers. Turtle is about taking your time in a truly persistent world.

Im refering to classic as a whole. Private vanilla died 2019. SoD is totally irrelevant in this as classic would be alive despite sod.

by **Dracarusggotham** » Fri Dec 01, 2023 2:33 pm

**Dracarusggotham**

*Bug Report Enthusiast*

Posts: 975
Location: Azeroth
Has thanked: 117 times
Been thanked: 133 times
Contact: 💬

> **Korval1 wrote:** ⊕
>
> Fri Dec 01, 2023 8:07 am
>
> > **Dracarusggotham wrote:** ⊕
> >
> > Fri Nov 24, 2023 5:46 pm
> >
> > I mean, ...
>
> Questing and leveling in vanilla WOW is hard. Vanilla PVP shows people that doing so on a PVP realm isn't worth the effort.

And there is where the game lost the main attractive and that's the reason why the people in the PvE Server don't go to the PvP, we are not in a generic PvP Server.
We are in TWoW, the devs put all their effort in new quests, stories, places, dungeons, raids, etc.
Questing, leveling and exploring is the main attractive here, no the PvP, for that reason the devs never put attention

152



And there is where the game lost the main attractive and that's the reason why the people in the PvE Server don't go to the PvP, we are not in a generic PvP Server.

We are in TWoW, the devs put all their effort in new quests, stories, places, dungeons, raids, etc.

Questing, leveling and exploring is the main attractive here, no the PvP, for that reason the devs never put attention in a PvP Server, they put a small PvP for those who wants to make PvP.

Damn, you made an amazing guide about all the new places that the devs created for TWoW. So, I hope the people never ask for a new PvP Realm.

---

by **Jc473** » Fri Dec 01, 2023 2:50 pm

**NO CHARACTER SELECTED**

**Jc473**

Fresh Meat Conspiracy Theorist

Posts: 437

Has thanked: 2 times

> **Vaikaris** wrote: ↑                                                     Fri Dec 01, 2023 7:44 am
>
> I wanted a fresh realm, because t2.5+ pvp is garbage.
>
> I'm still playing, but from the very first I said, we KNOW what the problem is - horde OP racials attract the pvp crowd, leads to heavy imbalance and server dies.
>
> This was not fixed.

Please stop this narrative. You created a previous thread about it and people already discussed this with you. There has been no 'heavy imbalance' on this server. As per their population graph, the faction ratio has always been about 46:54. They already said they have implemented a system to ensure a respectable faction balance is maintained. So, for the first month, they have 100% achieved this goal. If you are going to argue that 46:54 is 'heavily imbalanced' then there really isn't much point in continuing the conversation. I'm 99% sure that the majority of people who have stopped playing did not do so due to the apparent faction imbalance.

> **Vaikaris** wrote: ↑                                                     Fri Dec 01, 2023 7:44 am
>
> I.e. Turtle, which ironically was supposed to be the anti-classic, did a classic - where the devs intentionally made mistakes that killed what they released so their idea could be reinforced. Just like Blizzard released a broken, badly planned classic so they can show us retail was right all along, twow released a pvp server without adressing the obvious core issues of a pvp server so they can show us pve was right all along.
>
> And you, like retail people, blame the players instead of those that did the mistake :)
>
> I guess Turtle Token is coming soon.

This is an absolutely horrid and cynical perspective. I'm more willing to believe it when there are big corporations involved but you're actually going to acuse a small TWoW team of this? Absolutely ludicrous....

Put your thinking cap on for a second. There are far better ways to encourage people to play on the PvE realm than go through all the effort of setting up a sacrificial PvP realm!

---

by **Oomentaloo** » Sat Dec 02, 2023 2:58 am

**Oomentaloo**

Journeyman Conspiracy...

Posts: 168

Has thanked: 1 time

Been thanked: 24 times

> **Vaikaris** wrote: ↑                                                     Fri Dec 01, 2023 12:36 pm
>
> > **Blackbook** wrote: ↑                                                     Fri Dec 01, 2023 9:24 am
> >
> > > **Vaikaris** wrote: ↑                                                     Fri Dec 01, 2023 7:44 am
> > >
> > > I wanted a fresh realm, because t2.5+ pvp is garbage.
> > >
> > > I'm still playing, but from the very first I said, we KNOW what the problem is - horde OP racials attract the pvp crowd, leads to heavy imbalance and server dies.
> > >
> > > This was not fixed.
> > >
> > > I.e. Turtle, which ironically was supposed to be the anti-classic, did a classic - where the devs intentionally made mistakes that killed what they released so their idea could be reinforced. Just like Blizzard released a broken, badly planned classic so they can show us retail was right all along, twow released a pvp server without adressing the obvious core issues of a pvp server so they can show us pve was right all along.
> > >
> > > And you, like retail people, blame the players instead of those that did the mistake :)

---

153



> > > Blizzard released a broken, badly planned classic so they can show us retail was right all along, two releases a new server without addressing the obvious issues of pvp realm so they can show us pve was right all along.
> >
> > And you, like retail people, blame the players instead of those that did the mistake :)
> >
> > I guess Turtle Token is coming soon.
>
> > I dont say ur right but thats the feeling i got about the server too. A few words could easily dolve most problems but the lack of insight or acknowledge of existing problems really hurts the server and the community. Its the perfect soil for trolls and toxic behavior which seems to be tolerated by staff.
>
> I don't think its tolerated, I think it's encouraged.
>
> To this day I think Blizzard killed classic intentionally because they were mad people wanted vanilla back and they wanted to drive home "you think you do, but you don't".
>
> I think twow devs were mad people kept asking for "fresh" and "pvp changes" so they dumped a fresh pvp server, refused to fix any issues and even exacerbated them (they promised us faction balance yet when leveling horde outnumbered alliance) and are now happy people aren't happy with it.

I think you are overreacting.

Firstly, many players were annoyed about the "Fresh, when?" crowd, probably developers too, but we there is no indication that the developers willingly sabotaged the PvP realm. That's bull.

Secondly, the PvP realm crowd assured everybody that asked, that they just want to have a new realm, the RP-PvE guys should just give in, because then everybody is happy.

Thirdly, everybody that played a couple of weeks on Turtle know that its a gem, but the gem has broken edges, some cuts are a bit wrong and some side aren't even touched. Everybody knows that it is a massive workload with different opinions to finish the unpolished or broken parts.

Fourthly, the realm is balanced but not of course not in every situation (level, zone). Maybe the playstyle of horde players are different so you think there are more. Classes were not balanced before launch and everybody knew that it would take time to fix some stuff. We waited long for the Gilneas patch and they delivered something very good.

Lastly, as long as the players on the PvP realm have fun its all good. And there seems to be a core community that likes it. If you want a perfect balanced game, you have to look somewhere else OR you play on the realm and make it work.

---

by **Filauro1989** » Sat Dec 02, 2023 9:47 am

**Filauro1989**
Posts: 7
Has thanked: 3 times

I personally stopped levelling because of the normal xp ratio. As a player that levelled several characters I think that a 1 to 60 with normal xp gain is really hard and, for me, doesn't make my game relaxing. I understand the fact that they tried to provide a full and original experience to new players, but I think that the point of a lot of pvp players is pvping around the world, or bgs or whatever and, even if wpvp while levelling is fun, the majority wants to get 60 and start to get gear to express the character potential. I would have kept, or at least let people choose, the 30% xp boost provided by the war glyph… this is my opinion.

---

by **Marafado** » Sat Dec 02, 2023 11:18 am

**Marafado**
*Beloved Zandalari Champion*
Posts: 131

hehe lets be honest, the normal fresh pvp "player" like a fast run to 60, farm the pre bis raid gear incluing the av ring (fast runs for efficient pvp ;p), and raid logging :)

This play style have nothing to do compared to what turtle staff was selling before the "hype", but i guess in the end if you see an oportunity to make some rublos you take it.

Its all about earn rubles, the china provide the gold and r14 toons and torta provides the mounts and skins ;p for a proper raid logging hehe

---

by **Jc473** » Sat Dec 02, 2023 2:09 pm

> **Filauro1989 wrote:** ⊕     Sat Dec 02, 2023 9:47 am
> I personally stopped levelling because of the normal xp ratio. As a player that levelled several characters I think

Document title: Where are the PVP players who wanted a new fresh PvP realm? - Page 2 - Turtle WoW
Capture URL: https://forum.turtle-wow.org/viewtopic.php?p=79768&amp;hilit=USA#p79768
Capture timestamp (UTC): Tue, 16 Dec 2025 19:16:45 GMT



**Jc473**

Patch Note Conspiracy Theorist

Posts: 437

Has thanked: 2 times

> **Filauro1989 wrote:** ⊕                                    Sat Dec 02, 2023 9:47 am
>
> I personally stopped levelling because of the normal xp ratio. As a player that levelled several characters I think that a 1 to 60 with normal xp gain is really hard and, for me, doesn't make my game relaxing. I understand the fact that they tried to provide a full and original experience to new players, but I think that the point of a lot of pvp players is pvping around the world, or bgs or whatever and, even if wpvp while levelling is fun, the majority wants to get 60 and start to get gear to express the character potential. I would have kept, or at least let people choose, the 30% xp boost provided by the war glyph... this is my opinion.

Are you aware of the tent system? Effectively, it allows for a x2 levelling experience which completely overshadows the 30% xp boost from the warmode glyph.

---

🗋 by **Jc473** » Sat Dec 02, 2023 2:17 pm

**Jc473**

Patch Note Conspiracy Theorist

Posts: 437

Has thanked: 2 times

> **Marafado wrote:** ⊕                                    Sat Dec 02, 2023 11:18 am
>
> hehe lets be honest, the normal fresh pvp "player" like a fast run to 60, farm the pre bis raid gear inclung the av ring (fast runs for efficient pvp ;p), and raid logging :)

How are the TWoW team meant to control how the 'normal fresh pvp' players behave? If they are treating the whole thing as a race to 60, that's their prerogative and you can't stop them.

If players want a nice PvP environment throughout the 1-60 journey, then they can take it upon themselves and create it.

> **Marafado wrote:** ⊕                                    Sat Dec 02, 2023 11:18 am
>
> This play style have nothing to do compared to what turtle staff was selling before the "hype"

I'm not sure what you are suggesting here. What do you think the turtle staff were selling before the hype?

Are you suggesting that the TWoW philosphy is to take it slow? Well, again, there's nothing they can do about a bunch of players rushing to 60.

---

🗋 by **Mackylol** » Sat Dec 02, 2023 4:12 pm

**Mackylol**

Barrens Chat Casualty

Posts: 97

Been thanked: 1 time

Im not worried tbh, phase 1 has no content.

---

🗋 by **Vaikaris** » Sun Dec 03, 2023 10:02 am

**Vaikaris**

Barrens Chat Casualty

Posts: 113

Has thanked: 1 time

Been thanked: 5 times

> **Thol wrote:** ⊕                                    Fri Dec 01, 2023 11:30 am
>
> > **Algeri420 wrote:** ⊕                                    Fri Dec 01, 2023 10:25 am
> >
> > healthy u guys say? I skip every group/elite quest at alliance cuz theres not enough people to do them. Why you keep repeating "pvp is healthy" "pvp server is not dying" "everything is okay, everyone else is troll/bait"? are you getting paid by torta or youre just delusional and turtle wow is part of your identity?
>
> I had issues to find group on the PvE realm too. It's not only about pop, Because of tents and new quests players now tend to skip elite quests more. On the PvP server, I would advise you to join a guild, in ours, we help our members do elite quests every day.
>
> You should avoid unnecessary personal attacks it doesn't help driving your point across.
> I don't think Torta wanted the PvP realm, the initial goal was to always keep one realm, I don't think most team members would care if the PvP died. PvP was never the focus. PvP server was around 1k off peak even after SoD launch, just need to be patient and let it grow, PvE server started below 1k too and we still had plenty of

155



You should avoid unnecessary personal attacks it doesn't help driving your point across.

I don't think Torta wanted the pvp realm to die, his initial goal was to always keep one realm, I don't think most team members would care if the PvP server died. PvP was never the focus. PvP server was around 1k off peak even after SoD launch, just need to be patient and let it grow, PvE server started below 1k too and we still had plenty of fun. Community was fewer but quality was higher, theres was no doomer like you back then.

If they didn't want a pvp realm, why announce it, why push it and why outright point blank refuse to fix any issue whatsoever?

This will never be fixed, because the toxicity has set in. The pve realm was fun and non-toxic even when it had 100 players on. That's the point.

Here they're letting toxicity run rampant, promoting it even and you think it'll fix itself? Hell no.

⌃

▢ by **Vaikaris** » Sun Dec 03, 2023 10:32 am

NO CHARACTER
SELECTED

**Vaikaris**

Survivor, Chill Casually

Posts: 113
Has thanked: 1 time
Been thanked: 5 times

> **Oomentaloo wrote:** ⊙                                    Sat Dec 02, 2023 2:58 am
>
> > **Vaikaris wrote:** ⊙                                  Fri Dec 01, 2023 12:36 pm
> >
> > > **Blackbook wrote:** ⊙                            Fri Dec 01, 2023 9:24 am
> > >
> > > I dont say ur right but thats the feeling i got about the server too. A few words could easily dolve most problems but the lack of insight or acknowledge of existing problems really hurts the server and the community. Its the perfect soil for trolls and toxic behavior which seems to be tolerated by staff.
> >
> > I don't think its tolerated, I think it's encouraged.
> >
> > To this day I think Blizzard killed classic intentionally because they were mad people wanted vanilla back and they wanted to drive home "you think you do, but you don't".
> >
> > I think twow devs were mad people kept asking for "fresh" and "pvp changes" so they dumped a fresh pvp server, refused to fix any issues and even exacerbated them (they promised us faction balance yet when leveling horde outnumbered alliance) and are now happy people aren't happy with it.
>
> I think you are overreacting.
>
> Firstly, many players were annoyed about the "Fresh, when?" crowd, probably developers too, but we there is no indication that the developers willingly sabotaged the PvP realm. That's bull.
>
> Secondly, the PvP realm crowd assured everybody that asked, that they just want to have a new realm, the RP-PvE guys should just give in, because then everybody is happy.
>
> Thirdly, everybody that played a couple of weeks on Turtle know that its a gem, but the gem has broken edges, some cuts are a bit wrong and some side aren't even touched. Everybody knows that it is a massive workload with different opinions to finish the unpolished or broken parts.
>
> Fourthly, the realm is balanced but not of course not in every situation (level, zone). Maybe the playstyle of horde players are different so you think there are more. Classes were not balanced before launch and everybody knew that it would take time to fix some stuff. We waited long for the Gilneas patch and they delivered something very good.
>
> Lastly, as long as the players on the PvP realm have fun its all good. And there seems to be a core community that likes it. If you want a perfect balanced game, you have to look somewhere else OR you play on the realm and make it work.

Alright, give me another reason that we've known for 15 years horde pvp racials skew pvp badly and prevent any meaningful balance from taking place, but there were 0 changes on racials with the announcement of the pvp realm?

And no, very few people are having fun on the pvp realm. It's extremely toxic.

⌃

▢ by **Thol** » Sun Dec 03, 2023 3:12 pm

Document title: Where are the PVP players who wanted a new fresh PvP realm? - Page 2 - Turtle WoW
Capture URL: https://forum.turtle-wow.org/viewtopic.php?p=79768&amp;hilit=USA#p79768
Capture timestamp (UTC): Tue, 16 Dec 2025 19:16:45 GMT



by **Thol** » Sun Dec 03, 2023 3:12 pm

**Thol**
Sarcery One Casualty
Posts: 190
Has thanked: 3 times
Been thanked: 1 time

> **Vaikaris wrote:** ⊙                                                    Fri Dec 01, 2023 12:36 pm
> And no, very few people are having fun on the pvp realm. It's extremely toxic.

Yeah, well, that's just, like, your opinion, man.

---

by **Filauro1989** » Sun Dec 03, 2023 7:09 pm

**Filauro1989**
Posts: 7
Has thanked: 3 times

> **Jc473 wrote:** ⊙                                                    Sat Dec 02, 2023 2:09 pm
>
> > **Filauro1989 wrote:** ⊙                                            Sat Dec 02, 2023 9:47 am
> > I personally stopped levelling because of the normal xp ratio. As a player that levelled several characters I
> > think that a 1 to 60 with normal xp gain is really hard and, for me, doesn't make my game relaxing. I
> > understand the fact that they tried to provide a full and original experience to new players, but I think that
> > the point of a lot of pvp players is pvping around the world, or bgs or whatever and, even if wpvp while
> > levelling is fun, the majority wants to get 60 and start to get gear to express the character potential. I would
> > have kept, or at least let people choose, the 30% xp boost provided by the war glyph… this is my opinion.
>
> Are you aware of the tent system? Effectively, it allows for a x2 levelling experience which completely
> overshadows the 30% xp boost from the warmode glyph.

Of course I know it, but it's 2x on xp by killing mobs…. 30% from war glyph it's overall.

---

by **Jc473** » Sun Dec 03, 2023 7:12 pm

**Jc473**
Patch Num Conspiracy Theorist
Posts: 437
Has thanked: 2 times

> **Filauro1989 wrote:** ⊙                                                Sun Dec 03, 2023 7:09 pm
> Of course I know it, but it's 2x on xp by killing mobs…. 30% from war glyph it's overall.

Well, I'm pretty sure 2x xp from mobs is substantially better than 30% from overall. During Vanilla levelling, the
majority of quests require you to kill mobs.

---

by **Martym00se** » Sun Dec 03, 2023 10:07 pm

**Martym00se**
Posts: 4

I just started turtle wow on both servers. I have a lvl 15 warrior on both. I know this is just the tip of the iceberg on
content. From what I say, the PVP server was more friendly to help out. Kinda feels like a huge server of one guild.
The original server, I did notice 4 out of 5 players were HC players, they seemed to be grouped up and playing
tagging mobs and rolling forward. Seemed some were multiboxing with a higher level toon to push them along.

Playing from the midwest USA  the ping was the same on both servers. I appreciate reliving my WOW days since I
beta tested it many years ago. I am mostly a solo player, but my question is running dungeons. Will they be viable on
the PVP server, only time will tell.

157

The original server, I did notice 4 out of 5 players were HC players, they seemed to be grouped up and playing tagging mobs and rolling forward. Seemed some were multiboxing with a higher level toon to push them along.

Playing from the midwest  USA the ping was the same on both servers. I appreciate reliving my WOW days since I beta tested it many years ago. I am mostly a solo player, but my question is running dungeons. Will they be viable on the PVP server, only time will tell.

Remember people this is NOT a paid subscription.

I think the GM's need to get a post out on what they expect to have on the servers. Will cross server BG's help, I would say so to fill the PVP void.

The new server also did pop when SoD was hitting, so there was the loss in player base i think.

Loving my experience with TurtleWOW so far.

Thank you.

---

**Majestik51**

Plant Fund Composer / Trustee

Posts: 429
Has thanked: 3 times
Been thanked: 7 times
Contact: 💬

by **Majestik51** » Mon Dec 04, 2023 9:18 am

> **Martym00se wrote:** ⬆
> Sun Dec 03, 2023 10:07 pm
> I just started turtle wow on both servers. I have a lvl 15 warrior on both. I know this is just the tip of the iceberg on content. From what I say, the PVP server was more friendly to help out. Kinda feels like a huge server of one guild. The original server, I did notice 4 out of 5 players were HC players, they seemed to be grouped up and playing tagging mobs and rolling forward. Seemed some were multiboxing with a higher level toon to push them along.
>
> Playing from the midwest USA the ping was the same on both servers. I appreciate reliving my WOW days since I beta tested it many years ago. I am mostly a solo player, but my question is running dungeons. Will they be viable on the PVP server, only time will tell.
>
> Remember people this is NOT a paid subscription.
>
> I think the GM's need to get a post out on what they expect to have on the servers. Will cross server BG's help, I would say so to fill the PVP void.
>
> The new server also did pop when SoD was hitting, so there was the loss in player base i think.
>
> Loving my experience with TurtleWOW so far.
>
> Thank you.

Welcome!
and yes Cross Server - BGs PLEASE!!! 🐸🐸

Tel'Abim:
Necromantis - 60 Warlock
Necropsy - 60 Warrior
Necrotanx - 60 Druid

---

**Xudo**

Grandmaster of Forum PvP

Posts: 2655
Has thanked: 126 times
Been thanked: 190 times

by **Xudo** » Mon Dec 04, 2023 9:39 am

If you want cross server battlegrounds only to reduce queue time, then it is really bad wish and you will not be happy when it be implemented.

Gear difference between PvE and PvP server is huge. It will harm PvP server community even more.
If you want to participate only in 60 lvl battlegrounds and ranking, then why would you want to level character on PvP server? You don't care about world-PvP anyway. You have warmode on PvE to get additional 30% xp. Leveling on PvE server is easier and faster. You probably have main character on PvE server with gold, so you don't have to solve money problem. AH prices on PvE server is higher, so even if you don't have 60 lvl character, you can get more gold from selling stuff on AH.

Regarding low level bg. PvE server have enough twinks with lvl 60 enchants. Those enchants are not available on PvP server. So people will get even less reasons to join low level battlegrounds on both servers.

Best and optimal gear for 10-19 twinks
Support or argue my suggestions please:
Nerf high level enchants on low level gear

158

Best and optimal gear for 10-19 twinks

Support or argue my suggestions please:

Nerf high level enchants on low level gear

Overlapping brackets

I am glad for any constructive response

---

by **Dracarusggotham** » Mon Dec 04, 2023 3:10 pm

**Dracarusggotham**

Bug Report Enthusiast

Posts: 975

Location: Sarath

Has thanked: 117 times

Been thanked: 133 times

Contact: 

So...the server is healthy, right?

26/11/2023:
Alliance: 1122
Horde: 1147
Total: 2269

-----------------------------------------------------------

3/12/2023:
Alliance: 685
Horde: 740
Total: 1425

844 Players less in one week...



---

by **Filauro1989** » Mon Dec 04, 2023 7:02 pm

**Filauro1989**

NO CHARACTER SELECTED

Posts: 7

Has thanked: 3 times

> **Jc473 wrote:** ⊙                    Sun Dec 03, 2023 7:12 pm
>
> > **Filauro1989 wrote:** ⊙            Sun Dec 03, 2023 7:09 pm
> > Of course I know it, but it's 2x on xp by killing mobs.... 30% from war glyph it's overall.
>
> Well, I'm pretty sure 2x xp from mobs is substantially better than 30% from overall. During Vanilla levelling, the majority of quests require you to kill mobs.

Dude you are missing the point, tents are present in the pve server as well so, basically, u have 2x byrested xp and 30% overall by the glyph...

---

by **Jc473** » Mon Dec 04, 2023 10:22 pm

---

159



No Character Selected

**Jc473**

Patch Note Conspiracy Theorist

Posts: 437

Has thanked: 2 times

> **Filauro1989 wrote:** ⬆
>
> Mon Dec 04, 2023 7:02 pm
>
> > **Jc473 wrote:** ⬆
> >
> > Sun Dec 03, 2023 7:12 pm
> >
> > > **Filauro1989 wrote:** ⬆
> > >
> > > Sun Dec 03, 2023 7:09 pm
> > >
> > > Of course I know it, but it's 2x on xp by killing mobs...., 30% from war glyph it's overall.
> >
> > Well, I'm pretty sure 2x xp from mobs is substantially better than 30% from overall. During Vanilla levelling, the majority of quests require you to kill mobs.
>
> Dude you are missing the point, tents are present in the pve server as well so, basically, u have 2x byrested xp and 30% overall by the glyph...

Fair enough. When I read your initial comment of "I personally stopped levelling because of the normal xp ratio", this sounds like a reference to original (1x) levelling speed.

Honestly, I don't think this contributed to the pop decline much because; 1) a lot of new folks hadn't even experienced the tent buff let alone the extra 30% from warmode and 2) I don't think many people wanted to power through the levelling experience because they enjoy the organic low level wPvP and BGs.

🔼

---

📄 by **Filauro1989** » Tue Dec 05, 2023 8:52 am

No Character Selected

**Filauro1989**

Posts: 7

Has thanked: 3 times

> **Jc473 wrote:** ⬆
>
> Mon Dec 04, 2023 10:22 pm
>
> > **Filauro1989 wrote:** ⬆
> >
> > Mon Dec 04, 2023 7:02 pm
> >
> > > **Jc473 wrote:** ⬆
> > >
> > > Sun Dec 03, 2023 7:12 pm
> > >
> > > Well, I'm pretty sure 2x xp from mobs is substantially better than 30% from overall. During Vanilla levelling, the majority of quests require you to kill mobs.
> >
> > Dude you are missing the point, tents are present in the pve server as well so, basically, u have 2x byrested xp and 30% overall by the glyph...
>
> Fair enough. When I read your initial comment of "I personally stopped levelling because of the normal xp ratio", this sounds like a reference to original (1x) levelling speed.
>
> Honestly, I don't think this contributed to the pop decline much because; 1) a lot of new folks hadn't even experienced the tent buff let alone the extra 30% from warmode and 2) I don't think many people wanted to power through the levelling experience because they enjoy the organic low level wPvP and BGs.

I guess your thoughts might be right but you have to consider the retention aspects of such a feature. It could be very interesting to let people choose. That would not limit the ones that want to have an old style experience, including low level wPvP and BGs, and would be compelling for people that just want to restart a fresh 60 char experience with phases etc. This is just a reflection and i might be wrong ofc 😎

I just wanted to share my personal experience, as and old player, still fascinated but a bit bored by the levelling experience, i would just get the lv 60 and do BGs and wPvP.

🔼

**POST REPLY** ↩    🔧 ▾    ⬇ ▾

◄ Return to "General"

60 posts  ‹  1  **2**

JUMP TO  ▾

---

Page Vault

| | |
|---|---|
| Document title: | Tel'Abim - [A]  - Raiding &amp; RPPvP! - Turtle WoW |
| Capture URL: | https://forum.turtle-wow.org/viewtopic.php?p=73261&hilit=USA#p73261 |
| Page loaded at (UTC): | Tue, 16 Dec 2025 19:17:21 GMT |
| Capture timestamp (UTC): | Tue, 16 Dec 2025 19:17:22 GMT |
| Capture tool: | 3.17.0 |
| Collection server IP: | 3.94.162.24 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/142.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 3 |
| Capture ID: | 6MUv8gQw2oL5LembAZfqE3 |
| Display Name: | cbg |



Quick Search | Advanced Search

Search… | **Search**

🏠 Turtle WoW > Forums > Community > Guild Recruitment > Tel'Abim - [A] <Emote Heavy> - Raiding & RPPvP!

# Tel'Abim - [A] <Emote Heavy> - Raiding & RPPvP!

POST REPLY ↩ | 🔧 ▾ | Search this topic… | 🔍 | ⚙

1 post • Page **1** of **1**

📄 by **Fishvendor** » Tue Oct 24, 2023 4:39 am

> **NO CHARACTER SELECTED**
>
> **Fishvendor**
> Posts: 2

No friends joining you on the new PvP server Tel'Abim 🐢 ?

**You express your curiosity to those around you.**

Tell us your story in <u>**<Emote Heavy>**</u>! - A guild focused on having fun with all elements of the game from PvP to mediumcore Raiding to some light Roleplaying... but most importantly **Making Friends!** The easiest way to achieve all this? Whip out some /emotes! /Wave to newfound pals and brave an unknown adventure./Sit down around the campfire with us; this being the first and only Classic+ PvP Server we plan to stay a while and listen. A goal of mine is to know each and every one of you on some personal levels in the guild.

> Emotes are a special type of chat in WoW. The word "Emote" indicates that you are communicating an action, not directly saying something. 🔲

**About Us:**

- We're based in NA (USA) and we will be Alliance, and speaking basic and advanced English.
- Active Times** and **Raid Times** will revolve around typical 9-5 job; **6-12 PM PST/EST** Weekdays, **All Day** Weekends.
- Leader and Officers are Classic, TBC, WOTLK, Retail veterans who are casual-friendly, helpful, and realize the most memorable parts of the games are those with friends.
- We often Raidlead, and afterward receive many private whispers commending what a fun experience it was after we down a final boss.
- Expect **RP events**, fair loot, interesting shenanigans, gold giveaways; **/Pray** and let us help you restore faith in a fun guild environment.

<u>**Who we want:**</u>
* Fun players who want us! Veterans, new players, memespecs.
* Preferably **Active Players** who plan on playing regularly.
* People from **NA **are encouraged, but players all over the world are welcome.
* Potential Officers, Raiders, PvPers, Roleplayers.
* Social members, Crafters.
* **Be willing to learn and properly execute an extensive list of emotes!**

come have fun you rascals
**
https://discord.gg/qvJfAzB5PP
**

POST REPLY ↩ | 🔧 ▾

1 post • Page **1** of **1**

‹ Return to "Guild Recruitment"

JUMP TO ▾

Document title: Tel&#39;Abim - [A]  - Raiding &amp; RPPvP! - Turtle WoW
Capture URL: https://forum.turtle-wow.org/viewtopic.php?p=73261&amp;hilit=USA#p73261
Capture timestamp (UTC): Tue, 16 Dec 2025 19:17:22 GMT

Page 1 of 2



Quick Search  Advanced Search

Search...                    **Search**

🏠 Turtle WoW  >  Forums  >  Community  >  Guild Recruitment  >  Tel'Abim - [A] <Emote Heavy> - Raiding & RPPvP!

# Tel'Abim - [A] <Emote Heavy> - Raiding & RPPvP!

POST REPLY 🔄      🔧 ▾    Search this topic...   🔍  ⚙️                                    1 post • Page **1** of **1**

**Fishvendor**

No Character
Selected

Posts: 2

📄 by **Fishvendor** » Tue Oct 24, 2023 4:39 am

No friends joining you on the new PvP server Tel'Abim 🐢 ?

**You express your curiosity to those around you.**

Tell us your story in **<Emote Heavy>!** - A guild focused on having fun with all elements of the game from PvP to mediumcore Raiding to some light Roleplaying... but most importantly **Making Friends!** The easiest way to achieve all this? Whip out some /emotes! /Wave to newfound pals and brave an unknown adventure,/Sit down around the campfire with us; this being the first and only Classic+ PvP Server we plan to stay a while and listen. A goal of mine is to know each and every one of you on some personal levels in the guild.

> Emotes are a special type of chat in WoW. The word "Emote" indicates that you are communicating an action, not directly saying something.

**About Us:**

- We're based in NA (USA) and we will be Alliance, and speaking basic and advanced English.
- Active Times** and **Raid Times** will revolve around typical 9-5 job; **6-12 PM PST/EST** Weekdays, **All Day** Weekends.
- Leader and Officers are Classic, TBC, WOTLK, Retail veterans who are casual-friendly, helpful, and realize the most memorable parts of the games are those with friends.
- We often Raidlead, and afterward receive many private whispers commending what a fun experience it was after we down a final boss.
- Expect **RP events**, fair loot, interesting shenanigans, gold giveaways; **/Pray** and let us help you restore faith in a fun guild environment.

**Who we want:**

* Fun players who want us! Veterans, new players, memespecs.
* Preferably **Active Players** who plan on playing regularly.
* People from **NA **are encouraged, but players all over the world are welcome.
* Potential Officers, Raiders, PvPers, Roleplayers.
* Social members, Crafters.
* **Be willing to learn and properly execute an extensive list of emotes!**

come have fun you rascals
**
https://discord.gg/qvJfAzB5PP
**

POST REPLY 🔄      🔧 ▾                                                                    1 post • Page **1** of **1**

‹ Return to "Guild Recruitment"                                                          JUMP TO ▾

---

163

| Document title: | Make official twow reddit - Turtle WoW |
| --- | --- |
| Capture URL: | https://forum.turtle-wow.org/viewtopic.php?p=63907&hilit=USA#p63907 |
| Page loaded at (UTC): | Tue, 16 Dec 2025 19:20:07 GMT |
| Capture timestamp (UTC): | Tue, 16 Dec 2025 19:20:08 GMT |
| Capture tool: | 3.17.0 |
| Collection server IP: | 54.146.44.174 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/142.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 3 |
| Capture ID: | 7HyACUZrMHiBSXneaK6Ahi |
| Display Name: | cbg |



Document title: Make official twow reddit - Turtle WoW
Capture URL: https://forum.turtle-wow.org/viewtopic.php?p=63907&amp;hilit=USA#p63907
Capture timestamp (UTC): Tue, 16 Dec 2025 19:20:08 GMT

Page 1 of 2



Quick Search • Advanced Search

Search...                    **Search**

🏠 Turtle WoW > Forums > Community > Suggestions > Make official twow reddit

# Make official twow reddit

**POST REPLY** 🔧 ▾        Search this topic… 🔍 ⚙        4 posts • Page **1** of **1**

---

**NO CHARACTER SELECTED**

**Geojak**
Grandmaster of Forum PvP
Posts: 2257
Has thanked: 189 times
Been thanked: 70 times

📄 by **Geojak** » Thu Sep 14, 2023 8:17 am

With an official twow reddit we could share memes better. I am actually not sure it's a good idea, but it could be.

For actual discussion forum is better, for converdation we got discord, but for memes reddit seems best suited.

Wowserversreddit has 104k users. Can turtle beat that, probably not without the Chinese where reddit is blocked but it would still be big enough with usa and eu users. And wowservers reddit always has a lot of anti turtle haters.

⌃

---

**Emilyrose89**
Posts: 16

📄 by **Emilyrose89** » Thu Sep 14, 2023 11:37 am

already exists

https://www.reddit.com/r/turtlewow/

⌃

---

**NO CHARACTER SELECTED**

**Geojak**
Grandmaster of Forum PvP
Posts: 2257
Has thanked: 189 times
Been thanked: 70 times

📄 by **Geojak** » Thu Sep 14, 2023 12:49 pm

Oh wow how did I I miss that. Thx

⌃

---

**Eclipsetimm**
Posts: 34

📄 by **Eclipsetimm** » Thu Sep 14, 2023 7:13 pm

anyone who is not perma banned on reddit isnt worth talking to

⌃

---

**POST REPLY** 🔧 ▾ 📑 ▾        4 posts • Page **1** of **1**

‹ Return to "Suggestions"                                    JUMP TO ▾

---

166

Page Vault

| | |
|---|---|
| Document title: | Turtle WoW is full - Position in queue 500+ - Page 2 - Turtle WoW |
| Capture URL: | https://forum.turtle-wow.org/viewtopic.php?p=60602&hilit=USA#p60602 |
| Page loaded at (UTC): | Tue, 16 Dec 2025 19:20:55 GMT |
| Capture timestamp (UTC): | Tue, 16 Dec 2025 19:20:57 GMT |
| Capture tool: | 3.17.0 |
| Collection server IP: | 13.221.83.30 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/142.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 9 |
| Capture ID: | czzrDxtd2RKD5tT14YQS5v |
| Display Name: | cbg |





Even if they did do that, it almost always ends up dying out because new players still choose the more populated realm, and the less populated realm just keeps losing population.

Thats why you open a HC only realm so they dont have a choice.

30% of the population are hardcore and over 50% are HC in the lower leveling zones, as they have to reroll at lvl 1 everytime they die.

HC only server is the solution IMO

If you do that, you lose a large part of the seen activity in the leveling zones and the game soon feels like a solo barren wasteland.

And you also lose the pleasure of seeing HC graveyards, and a lot of player interactions (like killing lil HC ppl who put the war mode on).

It's a loss of immersion and social community for the game, actually.

It's far more logical to make a chinese server : creates 2 coherent communities out of the language barrier.

Main toon: Laitfraise

---

by **Jammyxx** » Sun Aug 13, 2023 12:24 pm

**Jammyxx**

Black Iron Conspiracy Theorist

Posts: 475

Been thanked: 1 time

> **Lahire wrote:** ⊕                                                        Sun Aug 13, 2023 12:06 pm
>
>> **Jammyxx wrote:** ⊕                                                     Sun Aug 13, 2023 11:55 am
>>
>>> **Getplucked wrote:** ⊕                                                 Mon Jul 24, 2023 3:25 am
>>>
>>> Even if they did do that, it almost always ends up dying out because new players still choose the more populated realm, and the less populated realm just keeps losing population.
>>
>> Thats why you open a HC only realm so they dont have a choice.
>>
>> 30% of the population are hardcore and over 50% are HC in the lower leveling zones, as they have to reroll at lvl 1 everytime they die.
>>
>> HC only server is the solution IMO
>
> If you do that, you lose a large part of the seen activity in the leveling zones and the game soon feels like a solo barren wasteland.
>
> And you also lose the pleasure of seeing HC graveyards, and a lot of player interactions (like killing lil HC ppl who put the war mode on).
>
> It's a loss of immersion and social community for the game, actually.
>
> It's far more logical to make a chinese server : creates 2 coherent communities out of the language barrier.

LOL Barren wasteland with 15k + Population... Tell me youre stupid with out telling me you're stupid.

How is fighting for tags over people you cant group with fun interactions.... with 5k server pop back in the day I loved seeing HC's but at this point theyre a huge hinderence to the population as they overpopulate low lvl zones and they cant even group with anyone.

"Killing lil HC ppl who put war mode on) - Oh so youre one of those that likes killing low level people do you? Something tells me youre one of those idiots that 1 shots 30 lvl lower people than you for fun.

Making a chinese server alone wont solve the issue as we are 4000 in queue right now and 1.17 isnt even out... chinese are around 5000 atm... so yeah will not really help in the long run.

---

by **Anatole74** » Sun Aug 13, 2023 1:44 pm

Position in queue: 4200...
Ok bye, see you next time !

Document title: Turtle WoW is full - Position in queue 500+ - Page 2 - Turtle WoW
Capture URL: https://forum.turtle-wow.org/viewtopic.php?p=60602&amp;hilit=USA#p60602
Capture timestamp (UTC): Tue, 16 Dec 2025 19:20:57 GMT



by **Anatole74** » Sun Aug 13, 2023 1:44 pm

**Anatole74**
Posts: 2

Position in queue: 4200...
Ok bye, see you next time !

---

by **Darktifa** » Sun Aug 13, 2023 1:49 pm

**Darktifa**
Bug Report Enthusiast
Posts: 820
Location: Greece
Been thanked: 86 times

> **Anatole74 wrote:** ⊕                                    Sun Aug 13, 2023 1:44 pm
> Position in queue: 4200...
> Ok bye, see you next time !

bb

> **Czasku wrote:** ⊕                                    Wed Mar 20, 2024 6:31 pm
> After Reading Turtle WoW's forum i understood why Blizzard stopped responding on their own forum topics.

---

by **Shroudedsoul** » Sun Aug 13, 2023 1:59 pm

**Shroudedsoul**
Slimest Child Casualty
Posts: 66

> **Getplucked wrote:** ⊕                                    Sun Jul 23, 2023 1:59 pm
> It'll go down a bit once the china server is opened

I don't think so. Not all Chinese players will transfer, or even want to.

---

by **Thiella** » Sun Aug 13, 2023 4:40 pm

**Thiella**
Posts: 0

> **Shroudedsoul wrote:** ⊕                                    Sun Aug 13, 2023 1:59 pm
> > **Getplucked wrote:** ⊕                                    Sun Jul 23, 2023 1:59 pm
> > It'll go down a bit once the china server is opened
> 
> I don't think so. Not all Chinese players will transfer, or even want to.

They can ban asian ips and vpn from the old server and force them to make account to the asian server. Yes, most asians will not want to migrate to the new server so they have to force them. The question is if the devs want to save the server or not. I am not willing to stay here if the server have queue or 10k+ players. Ofc they can choose to stay with the asians like everlook did.

---

by **Allwynd01** » Sun Aug 13, 2023 6:35 pm

**Allwynd01**
Bug Report Enthusiast
Posts: 865
Has thanked: 47 times
Been thanked: 77 times

> **Thiella wrote:** ⊕                                    Sun Aug 13, 2023 4:40 pm
> > **Shroudedsoul wrote:** ⊕                                    Sun Aug 13, 2023 1:59 pm
> > > **Getplucked wrote:** ⊕                                    Sun Jul 23, 2023 1:59 pm
> > > It'll go down a bit once the china server is opened
> > 
> > I don't think so. Not all Chinese players will transfer, or even want to.
> 
> They can ban asian ips and vpn from the old server and force them to make account to the asian server. Yes, most

---

170

It'll go down a bit once the china server is opened

I don't think so. Not all Chinese players will transfer, or even want to.

They can ban asian ips and vpn from the old server and force them to make account to the asian server. Yes, most asians will not want to migrate to the new server so they have to force them. The question is if the devs want to save the server or not. I am not willing to stay here if the server have queue or 10k+ players. Ofc they can choose to stay with the asians like everlook did.

What makes you think this will happen?

---

by **Shaman111** » Sun Aug 13, 2023 7:19 pm

**Shaman111**

Patch Note Conspiracy Theorist

Posts: 210

it wont because chinese brought in so much money, whoever gets their hands on it can just work on the server full time. why do you think they let it happen on everlook? its funny how many people seem to think the whole thing is about not being "racist" or creating a friendly multinational enviroment for everyone to enjoy world of warcraft in :-). with average age of pre tbc server player propably nearing 30 no less

---

by **Lahire** » Sun Aug 13, 2023 9:19 pm

**Lahire**

Patch Note Conspiracy Theorist

Posts: 241
Has thanked: 4 times
Been thanked: 7 times

> **Jammyxx wrote:** ⊙                                    Sun Aug 13, 2023 12:24 pm
>
> LOL Barren wasteland with 15k + Population... Tell me youre stupid with out telling me you're stupid.

Mate you're not forced to insult people you disagree with.

---

Main toon: Laitfraise

---

by **Dickeradieschen** » Mon Aug 14, 2023 11:52 am

**Dickeradieschen**

Posts: 10

Hope they resolve this soon. Its way too overcrowded and not fun to play at all.
Sadly the most chinese players refuse to speak english, so you cannot group up for questing etc.

---

by **Bellbotems** » Sun Aug 27, 2023 6:14 am

**Bellbotems**

Posts: 9

I'm 1410 in the queue

---

by **Xtyam2** » Sun Aug 27, 2023 9:56 am

**Xtyam2**

Posts: 3

It's my day off today. Hit a 3500+ queue. Hour and a half later, went for a shower. Missed my login slot and now back in a 4500+ 2 hour plus queue again. As a donator this is frustrating. Can anyone recommend another similar private server please? Many thanks.

---

by **Shade81** » Sun Aug 27, 2023 10:29 am

171

Document title: Turtle WoW is full - Position in queue 500+ - Page 2 - Turtle WoW
Capture URL: https://forum.turtle-wow.org/viewtopic.php?p=60602&amp;hilit=USA#p60602
Capture timestamp (UTC): Tue, 16 Dec 2025 19:20:57 GMT

Posts: 3

by **Shade81** » Sun Aug 27, 2023 10:29 am

**Shade81**

Posts: 16

500+ and you complain?
Is that a joke?
I was 4956 in queue last time i tried to log in...

by **Familyislife** » Sun Aug 27, 2023 10:33 am

**Familyislife**

Posts: 30

My GOD after waiting for 1 grueling hour then the server crashed!!! seriously will it take me 2hrs again to be able to login??? for crying out loud guys please do something regarding this.

Vulcanhammer lvl 17 Human (Paladin)

by **Brosferatu** » Mon Aug 28, 2023 12:52 pm

**Brosferatu**

Posts: 1

I am in the future! IT'S WORSE NOW.
I am in Arizona, USA. I can really only play in the morning or evening. I logged on at 5:30am MST and the queue was 6500. It is Monday morning. This game is unplayable and I get closer to finding something else to play every day. How can they allow this to continue?

by **Azuladrip** » Mon Aug 28, 2023 1:37 pm

**Azuladrip**

Retired Class Champion

Posts: 95

> **Karrados wrote:** ⊕    Mon Jul 31, 2023 7:21 pm
> One possible short-term solution would be to forbid Multi-boxing. Not ideal but if there are queue's then people should not dual-log.

Pretty sure that's already forbidden.

by **Wulfs** » Mon Aug 28, 2023 2:32 pm

**Wulfs**

Posts: 1

Damn, this is a first for me... I took a break a cople om months. I came back to 5k queue. Turtle wow is on fire! xD

lvl 60 hunter 🐢

by **Shaman111** » Mon Aug 28, 2023 2:37 pm

**Shaman111**

Public Hate Champions Thread

Posts: 210

>Turtle WoW is full - Position in queue 500+
>quene today is 7k

ill come back to this thread when it reaches 10k this week

by **Denk** » Tue Aug 29, 2023 12:44 pm

172



by **Raxk** » Tue Aug 29, 2023 12:44 pm

Gotta open Asian Realm and isolate this one to English speaking players ONLY. If you can't write normal Western characters, shouldn't be on the server (After the Asian server opens).

**Raxk**

Posts: 32

Has thanked: 1 time

by **Blackbird1973** » Tue Aug 29, 2023 12:52 pm

6700 in queue. OMG. Turtle - you were the best. Was. RIP

**Blackbird1973**

Posts: 10

by **Getwild** » Tue Aug 29, 2023 1:20 pm

Try 7200

**Getwild**

Posts: 3

by **Shampoman** » Tue Aug 29, 2023 1:42 pm

WE don't know yet what Turtle gonna do.
Force cn to the new server or let them stay

**Shampoman**

Posts: 12

by **Shaman111** » Tue Aug 29, 2023 1:44 pm

> **Shampoman wrote:** ⟲                                    Tue Aug 29, 2023 1:42 pm
> WE don't know yet what Turtle gonna do.
> Force cn to the new server or let them stay

except we already know. they wont force them

**Shaman111**

Posts: 210

by **Shampoman** » Tue Aug 29, 2023 1:46 pm

Are you 100% sure?
If not, let's wait and see

**Shampoman**

Posts: 12

by **Vie** » Tue Aug 29, 2023 1:57 pm

173

Document title: Turtle WoW is full - Position in queue 500+ - Page 2 - Turtle WoW
Capture URL: https://forum.turtle-wow.org/viewtopic.php?p=60602&hilit=USA#p60602
Capture timestamp (UTC): Tue, 16 Dec 2025 19:20:57 GMT



Posts: 12

**Vie**

Posts: 1

by **Vie** » Tue Aug 29, 2023 1:57 pm

7000ish queue atm, what the hell?!

**Warche**

Posts: 10

by **Warche** » Tue Aug 29, 2023 2:07 pm

> **Shaman111 wrote:** ⊙                                          Tue Aug 29, 2023 1:44 pm
>
> > **Shampoman wrote:** ⊙                                       Tue Aug 29, 2023 1:42 pm
> > WE don't know yet what Turtle gonna do.
> > Force cn to the new server or let them stay
>
> except we already know. they wont force them

One of the negative things about being overly "polite". It is a sort of sickness that EU people seem to have. It leads to inaction where simple actions actually help the person you are not being "nice" to by creating a resolution instead of a limbo tea party of awkwardness.

**Shaman111**

Patch Note Conspiracy Theorist

Posts: 210

by **Shaman111** » Tue Aug 29, 2023 2:20 pm

> **Warche wrote:** ⊙                                            Tue Aug 29, 2023 2:07 pm
>
> > **Shaman111 wrote:** ⊙                                       Tue Aug 29, 2023 1:44 pm
> >
> > > **Shampoman wrote:** ⊙                                     Tue Aug 29, 2023 1:42 pm
> > > WE don't know yet what Turtle gonna do.
> > > Force cn to the new server or let them stay
> >
> > except we already know. they wont force them
>
> One of the negative things about being overly "polite". It is a sort of sickness that EU people seem to have. It leads to inaction where simple actions actually help the person you are not being "nice" to by creating a resolution instead of a limbo tea party of awkwardness.

you well know if sides were reversed these people wouldnt give us an inch

**Lucyllama**

Posts: 4

by **Lucyllama** » Wed Aug 30, 2023 12:46 pm

Its wonderful that turtle is so popular. Its now 6500+ in the que, I don't think I will be playing tonight. but when I do get in I have lots of friends and not enough monsters. I don't think wow can handle this type of population. The server is amazing to handle it so well, I have little change against hunters, mages, charging warriors, and even warlocks, I am just a healing paladin would be. I look forward to a new server.

**Borna**

by **Borna** » Sun Sep 03, 2023 6:21 am

3500 queue?? 8 am EU on sunday though so i get it a lot of people around the world could be playing...but really strange never seen a queue here at all until official hardcore servers released which by all logic should deplete the turtle numbers, not increase them, right?

174



**Borna**
Posts: 15

could this be a form od DDOS attack?

---

 by **Borna** » Sun Sep 03, 2023 6:26 am

**Borna**

Posts: 15

> **Brosferatu wrote:** ↑
> Mon Aug 28, 2023 12:52 pm
> I am in the future! IT'S WORSE NOW.
> I am in Arizona, USA. I can really only play in the morning or evening. I logged on at 5:30am MST and the queue was 6500. It is Monday morning. This game is unplayable and I get closer to finding something else to play every day. How can they allow this to continue?

how can a illegal pirated wow server allow this to continue?? 🐸

you can play on official hc classic servers. just throwing them out there

---

 by **Kazel9090** » Sun Sep 03, 2023 12:59 pm

**Kazel9090**

Posts: 31

Been thanked: 3 times

is there a release date for chinese server? can we get a european server?

---

 by **Shaman111** » Sun Sep 03, 2023 1:06 pm

**Shaman111**

Patch Note Conspiracy Theorist

Posts: 210

> **Borna wrote:** ↑
> Sun Sep 03, 2023 6:21 am
> 3500 queue?? 8 am EU on sunday though so i get it a lot of people around the world could be playing...but really strange never seen a queue here at all until official hardcore servers released which by all logic should deplete the turtle numbers, not increase them, right?
>
> could this be a form od DDOS attack?

english speaking players are leaving the server, have no doubt in it. its just that there are more chinese coming in so the queue is getting worse every day. i tried leveling in hinterlands last night and i ONLY saw chinese names and guilds and i absolutely DREAD to even think whats the ratio of cn to english speaker now

---

 by **Anadrol** » Sun Sep 03, 2023 1:15 pm

**Anadrol**

Sleppns Chat Casually

Posts: 65

Ya vamos por 7k!! Injugable!! Genial :)

---

**POST REPLY**                                    96 posts   ‹  1 **2** 3  ›

‹ Return to "General"                                              JUMP TO

175

Page Vault

| | |
|---|---|
| Document title: | Stuck in realm selection - Turtle WoW |
| Capture URL: | https://forum.turtle-wow.org/viewtopic.php?p=54677&hilit=USA#p54677 |
| Page loaded at (UTC): | Tue, 16 Dec 2025 19:21:51 GMT |
| Capture timestamp (UTC): | Tue, 16 Dec 2025 19:21:52 GMT |
| Capture tool: | 3.17.0 |
| Collection server IP: | 54.196.93.77 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/142.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 4 |
| Capture ID: | agTzFh4DJReBQUEKkT8wLk |
| Display Name: | cbg |



# TURTLE WOW
## Mysteries of Azeroth

Quick Search  Advanced Search
Search…                    Search

🏠 Turtle WoW  >  Forums  >  Official Information & Developement  >  Help & Support  >  Stuck in realm selection

# Stuck in realm selection

POST REPLY 🔧 ▾    Search this topic…  🔍  ⚙    12 posts • Page **1** of **1**

---

by **Axidog** » Wed Jul 26, 2023 12:44 am

**Axidog**
Posts: 1

I played yesterday with no issues but today when I try to log in, it asks me to select a realm, which I do, then it loads for a moment, then asks me again to select a realm in an infinite loop. I've tried deleting my wowdb file with no result.

⌃

---

by **Redmagejoe** » Wed Jul 26, 2023 12:51 am

**Redmagejoe**
Grandmaster of Forum PVP
Posts: 1192
Has thanked: 1 time
Been thanked: 55 times

Weekly maintenance, same time every week.

⌃

---

by **Vill1988** » Wed Jul 26, 2023 1:02 am

**Vill1988**
Posts: 6
Been thanked: 1 time

How long does it last usually? I only just started and this is my prime time to play (USA resident)

⌃

---

by **Aenashi** » Wed Jul 26, 2023 1:05 am

**Aenashi**
Posts: 3

server says high population, but i cannot join the server? is it maintenance? I only ask because it has a population and its high.

⌃

---

by **Llamalord07** » Wed Jul 26, 2023 1:09 am

Tried to get in this evening and it keeps wanting me to select a realm. I do, it starts to load then goes back to the same window. I keep clicking okay and it's rinse and repeat. The population is high.

Document title: Stuck in realm selection - Turtle WoW
Capture URL: https://forum.turtle-wow.org/viewtopic.php?p=54677&amp;hilit=USA#p54677
Capture timestamp (UTC): Tue, 16 Dec 2025 19:21:52 GMT

by **Llamalord07** » Wed Jul 26, 2023 1:03 am

Tried to get in this evening and it keeps wanting me to select a realm. I do, it starts to load then goes back to the same window. I keep clicking okay and it's rinse and repeat. The population is high.

Seriously T-wow. You need another realm and reduce the population so people don't have to wait to get in. There was a five minute wait this morning. Tonight, can't get in, and yes, the WDB folder was deleted. How are you going to fix this please?

**Llamalord07**
Posts: 24

---

by **Redmagejoe** » Wed Jul 26, 2023 1:10 am

> **Aenashi** wrote: ⊙                                    Wed Jul 26, 2023 1:05 am
>
> > **Llamalord07** wrote: ⊙                          Wed Jul 26, 2023 1:09 am

Read the first reply. No one is on the server because the server isn't online.

**Redmagejoe**
Grandmaster of Forum PvP
Posts: 1192
Has thanked: 1 time
Been thanked: 55 times

---

by **Vill1988** » Wed Jul 26, 2023 1:18 am

> **Llamalord07** wrote: ⊙                          Wed Jul 26, 2023 1:09 am
>
> Tried to get in this evening and it keeps wanting me to select a realm. I do, it starts to load then goes back to the same window. I keep clicking okay and it's rinse and repeat. The population is high.
>
> Seriously T-wow. You need another realm and reduce the population so people don't have to wait to get in. There was a five minute wait this morning. Tonight, can't get in, and yes, the WDB folder was deleted. How are you going to fix this please?

**Vill1988**
Posts: 6

Been thanked: 1 time

Servers are down. Read first reply. Also the discord mentions it

---

by **Aenashi** » Wed Jul 26, 2023 1:21 am

> **Redmagejoe** wrote: ⊙                            Wed Jul 26, 2023 1:10 am
>
> > **Aenashi** wrote: ⊙                              Wed Jul 26, 2023 1:05 am
> >
> > > **Llamalord07** wrote: ⊙                        Wed Jul 26, 2023 1:09 am
>
> Read the first reply. No one is on the server because the server isn't online.

**Aenashi**
Posts: 3

read my post, the server says "HIGH POPULATION" thank you :) That is the only reason i ask.

---

by **Redmagejoe** » Wed Jul 26, 2023 1:26 am

> **Aenashi** wrote: ⊙                              Wed Jul 26, 2023 1:21 am
>
> read my post, the server says "HIGH POPULATION" thank you :) That is the only reason i ask.

**Redmagejoe**
Grandmaster of Forum PvP
Posts: 1192
Has thanked: 1 time
Been thanked: 55 times

I did read your post and I'm telling you that information does not reflect reality. It is likely based on the cached data of the population from before the maintenance as the emulation software does not operate precisely the way Blizzard servers did during the vanilla era.

178

Document title: Stuck in realm selection - Turtle WoW
Capture URL: https://forum.turtle-wow.org/viewtopic.php?p=54677&amp;hilit=USA#p54677
Capture timestamp (UTC): Tue, 16 Dec 2025 19:21:52 GMT



Redmagejoe

*Grandmaster of Forum PvP*

Posts: 1192
Has thanked: 1 time
Been thanked: 55 times

by **Aenashi** » Wed Jul 26, 2023 1:21 am

read my post, the server says "HIGH POPULATION" thank you :) That is the only reason i ask.

I did read your post and I'm telling you that information does not reflect reality. It is likely based on the cached data of the population from before the maintenance as the emulation software does not operate precisely the way Blizzard servers did during the vanilla era.

---

**Wwy12321**

Posts: 6

by **Wwy12321** » Wed Jul 26, 2023 1:30 am

> **Aenashi wrote:** ↑ Wed Jul 26, 2023 1:21 am
>
> > **Redmagejoe wrote:** ↑ Wed Jul 26, 2023 1:10 am
> >
> > > **Aenashi wrote:** ↑ Wed Jul 26, 2023 1:05 am
> > >
> > > > **Llamalord07 wrote:** ↑ Wed Jul 26, 2023 1:09 am
> > > >
> > > > Read the first reply. No one is on the server because the server isn't online.
> > >
> > > read my post, the server says "HIGH POPULATION" thank you :) That is the only reason i ask.
> >
> > The realm will report the payload to login server, and login server record it, the HIGH POPULATION you saw is the realm status recorded by login server, and when realm shutdown it didn't sent the OFF status to login server, the realm is still offline.
> > Just relax and waiting.

---

**Aenashi**

Posts: 3

by **Aenashi** » Wed Jul 26, 2023 1:32 am

> **Wwy12321 wrote:** ↑ Wed Jul 26, 2023 1:30 am
>
> The realm will report the payload to login server, and login server record it, the HIGH POPULATION you saw is the realm status recorded by login server, and when realm shutdown it didn't sent the OFF status to login server, the realm is still offline.
> Just relax and waiting.

thank you kindly, that explains that.

---

**Drubarrymooer**

*Grandmaster of Forum PvP*

Posts: 1951
Has thanked: 175 times
Been thanked: 213 times

by **Drubarrymooer** » Wed Jul 26, 2023 12:58 pm

The maintenance is usually 15-30 mins. It was a bit longer yesterday.

---

POST REPLY

12 posts • Page **1** of **1**

‹ Return to "Help & Support"

JUMP TO

179

Document title: Stuck in realm selection - Turtle WoW
Capture URL: https://forum.turtle-wow.org/viewtopic.php?p=54677&hilit=USA#p54677
Capture timestamp (UTC): Tue, 16 Dec 2025 19:21:52 GMT

Page Vault

| | |
|---|---|
| Document title: | Turtle WoW is expanding to the East! - Page 5 - Turtle WoW |
| Capture URL: | https://forum.turtle-wow.org/viewtopic.php?p=57950&hilit=USA#p57950 |
| Page loaded at (UTC): | Tue, 16 Dec 2025 19:21:51 GMT |
| Capture timestamp (UTC): | Tue, 16 Dec 2025 19:21:54 GMT |
| Capture tool: | 3.17.0 |
| Collection server IP: | 18.208.232.80 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/142.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 14 |
| Capture ID: | nDwhuzbiwKjvcSLfUVQjtC |
| Display Name: | cbg |





scan English translation of Chinese way? This passage is translated by the translation software. I think the translation may be inaccurate, but my friends should be able to understand what I mean. Thank you all for wasting your time and read my comments.

by **Cnlaowang** » Wed Aug 16, 2023 1:22 am

**Cnlaowang**
Posts: 9

I said too much above, simply 3 requirements. 1. Perfect for the Chinese version of the game. 2. A perfect fit for the Chinese plug-in. 3. Chat window can be converted into Chinese and English plug-in. I thought it would be easier for us to fit in. After all, now there are many translation software, also very developed. I personally want to be part of this family.

by **Cnlaowang** » Wed Aug 16, 2023 1:24 am

**Cnlaowang**
Posts: 9

There is a problem with the translation software is a request, not a request! I hope you understand!

by **Albel** » Wed Aug 16, 2023 1:58 am

**Albel**
Posts: 28

Been thanked: 3 times

> **Azuladrip wrote:** ↑
> Tue Aug 15, 2023 5:06 am
>
> > **Albel wrote:** ↑
> > Mon Aug 14, 2023 12:03 am
> >
> > Moreover, maybe just... let people do what they want. Unless actual problems are being caused (people being reported, certain scripts not being able to be displayed), what the hell do the mods care if two Italians talk for a bit in Italian? What damage is being caused?
>
> Is your brain broken? How can you be so insufferable? How can you enter a thread about the team opening a CHINESE servers to solve the problem of CHINESE PLAYERS to go on a tangent about how much of lunatic I am for wanting to stop two Italians speaking in Italian when they cross each other every blue moon? Is our server being invaded by Italians, or Chinese? And is it just two Chinese speaking, or does it happen to be that our server is overrun with them, to the extent that I wonder now if even 50% of the people online at any time can speak English? I AFK in front of Goldshire at the tent, I see Chinese. I do a /who of a certain zone, and I get an army of -xiao-(s)
>
> And to answer your ridiculous hypothetical anyway since you seem incapable of simple common sense: it obviously depends. If the server were 99% English-speaking, then yeah, I don't think I or anybody else would be that bothered by two random Italians chatting in Italian once they recognize each other. However, that tolerance comes at a price. If that ratio starts to tick in favor of non-English speakers and goes up to 2%, then 3%, then 4%, till we're looking at a 1/10 ratio of people who are playing and can't speak English, at that point draconic regulations must be put in place and enforced before the entire server goes to shit and gets surrendered to non-English speakers, as happened here. The point of extreme rules being enforced with precision is to stop further degeneration and restore things to something workable, not to spitefully ruin the experience of certain players out of xenophobia and racism.
>
> Outside the autistic world of theoreticals, there's what is actually existing and affecting people. We aren't--or at least I'm not--here to test the logic of some hypothetical. If our biggest problem was some 8-person guild of people who spoke only in Catalan, or Yiddish, or in Latin, then yeah, this conversation wouldn't be happening and I wouldn't give the softest shit, which I'm sure goes for the vast majority of people in this thread who stand on my side on this issue. But that's not what we have. We have a very specific problem: thousands upon thousands of Chinese players who don't speak English and who are slowly taking over the server due to sheer numbers.
>
> EDIT: And just to make it clear unless you can't understand this, I'm not American. English isn't my first language, or even my second. I'm not some Anglo supremacist trying to get everyone to speak English. But this is an English server. You can either speak English, or get fucked. Not my problem.

Go touch some grass, mate. It sounds like you need it. Tranquilo.

Document title: Turtle WoW is expanding to the East! - Page 5 - Turtle WoW
Capture URL: https://forum.turtle-wow.org/viewtopic.php?p=57950&hilit=USA#p57950
Capture timestamp (UTC): Tue, 16 Dec 2025 19:21:54 GMT

182

Go touch some grass, mate. It sounds like you need it. Tranquilo.



by **Cnlaowang** » Wed Aug 16, 2023 2:35 am

NO CHARACTER SELECTED

**Cnlaowang**
Posts: 0

> **Azuladrip** wrote: ↑
> Tue Aug 15, 2023 5:06 am
>
> > **Albel** wrote: ↑
> > Mon Aug 14, 2023 12:03 am
> >
> > Moreover, maybe just... let people do what they want. Unless actual problems are being caused (people being reported, certain scripts not being able to be displayed), what the hell do the mods care if two Italians talk for a bit in Italian? What damage is being caused?
>
> Is your brain broken? How can you be so insufferable? How can you enter a thread about the team opening a CHINESE servers to solve the problem of CHINESE PLAYERS to go on a tangent about how much of lunatic I am for wanting to stop two Italians speaking in Italian when they cross each other every blue moon? Is our server being invaded by Italians, or is it just two Chinese speaking, or does it happen to be that our server is overrun with them, to the extent that I wonder now if even 50% of the people online at any time can speak English? I AFK in front of Goldshire at the tent, I see Chinese. I do a /who of a certain zone, and I get an army of -xiao-(s)
>
> And to answer your ridiculous hypothetical anyway since you seem incapable of simple common sense: it obviously depends. If the server were 99% English-speaking, then yeah, I don't think I or anybody else would be that bothered by two random Italians chatting in Italian once they recognize each other. However, that tolerance comes at a price. If that ratio starts to tick in favor of non-English speakers and goes up to 2%, then 3%, then 4%, till we're looking at a 1/10 ratio of people who are playing and can't speak English, at that point draconic regulations must be put in place and enforced before the entire server goes to shit and gets surrendered to non-English speakers, as happened here. The point of extreme rules being enforced with precision is to stop further degeneration and restore things to something workable, not to spitefully ruin the experience of certain players out of xenophobia and racism.
>
> Outside the autistic world of theoreticals, there's what is actually existing and affecting people. We aren't--or at least I'm not--here to test the logic of some hypothetical. If our biggest problem was some 8-person guild of people who spoke only in Catalan, or Yiddish, or in Latin, then yeah, this conversation wouldn't be happening and I wouldn't give the softest shit, which I'm sure goes for the vast majority of people in this thread who stand on my side on this issue. But that's not what we have. We have a very specific problem: thousands upon thousands of Chinese players who don't speak English and who are slowly taking over the server due to sheer numbers.
>
> EDIT: And just to make it clear unless you can't understand this, I'm not American. English isn't my first language, or even my second. I'm not some Anglo supremacist trying to get everyone to speak English. But this is an English server. You can either speak English, or get fucked. Not my problem.

Friend, I am a Chinese. I hope you don't hate it when I use the word "Friend" to start a conversation with you. You need to calm down. I admit, for some reason, the number of US Chinese players on this server has skyrocketed! But it's a really good game! Is a Warcraft fan, will think so. In the age of information explosion, the Earth is already a village. Don't live with isolationism thoughts. Just as the game is a global village, we may never socialize in the game. Like two parallel lines, I don't influence you, but you can't judge me for what I do on my line that you don't like? We have no intention of dominating the game. I think we still have a lot of good English players in China. Isn't it cool to meet more people from other countries? We have a saying in China that a prime minister can hold a boat in his stomach.

by **Wilczan** » Wed Aug 16, 2023 5:14 am

**Wilczan**
Barrens Chat Casualty
Posts: 139
Has thanked: 4 times
Been thanked: 8 times

I wonder, if people understand that moving to chinese server is just optional and no one gonna be forced.

For me, english is foreign language, like probably for many turtle players, and I need to use it in almost every game anyway. And I have 0 problems with that, couse it's some kind of standard.

I understand that chinese is so much different, and alphabet is a world of difference, but if chinese players like to play here, then should invest minimum effort to learn few basic words.

If not, they gonna have opportunity to switch the server for chinese version, that will be prepared, just for them. Other nationalities won't gonna have that privilege and no one whines.

by **Ringmorf** » Wed Aug 16, 2023 5:52 am

Document title: Turtle WoW is expanding to the East! - Page 5 - Turtle WoW
Capture URL: https://forum.turtle-wow.org/viewtopic.php?p=57950&amp;hilit=USA#p57950
Capture timestamp (UTC): Tue, 16 Dec 2025 19:21:54 GMT

If not, they gonna have opportunity to switch the server for chinese version, that will be prepared, just for them. Other nationalities won't gonna have that privilege and no one whines.



by **Bigsmerf** » Wed Aug 16, 2023 5:52 am

**Bigsmerf**
Grandmaster of Forum Rolls
Posts: 2137
Location: Canmas (?)
Has thanked: 55 times
Been thanked: 289 times

> **Redmagejoe wrote:** ⊙
> Tue Aug 15, 2023 5:17 am
> inb4 das racis

das racis

Elmhoof - 60 Feral
Tacheka - 57 Melee hunter (Planned secondary main)

On another break. The big E looks kinda fun.

by **Shaman111** » Wed Aug 16, 2023 8:31 am

**Shaman111**
Patch Note Conspiracy Theorist
Posts: 210

> **Wilczan wrote:** ⊙
> Wed Aug 16, 2023 5:14 am
> I wonder, if people understand that moving to chinese server is just optional and no one gonna be forced.

in that case might not even bother with the server. nobody wants to play with cn, not even themselves - as seen in this thread even. lets hope its forced with an ip/vpn ban on eu realm

by **Azuladrip** » Wed Aug 16, 2023 12:01 pm

**Azuladrip**
Sempai Chill Casually
Posts: 95

> **Albel wrote:** ⊙
> Wed Aug 16, 2023 1:58 am
> Go touch some grass, mate. It sounds like you need it. Tranquilo.

An empty-headed reply from an empty-headed zero of a person with nothing to say and no thoughts in that vapid brain. You're literally arguing on some niche private server of a dead game, but you give an NPC reply of "touch grass" because you got demolished and realized you are wrong, inferior, and have nothing worthwhile to say or contribute. I'll take your copypasted reply as the concession it is.

by **Azuladrip** » Wed Aug 16, 2023 12:10 pm

**Azuladrip**
Sempai Chill Casually
Posts: 95

> **Cnlaowang wrote:** ⊙
> Wed Aug 16, 2023 2:35 am
> Friend, I am a Chinese. I hope you don't hate it when I use the word"Friend" to start a conversation with you. You need to calm down. I admit, for some reason, the number of US Chinese players on this server has skyrocketed! But it's a really good game! Is a Warcraft fan, will think so. In the age of information explosion, the Earth is already a village. Don't live with isolationism thoughts. Just as the game is a global village, we may never socialize in the game. Like two parallel lines, I don't influence you, but you can't judge me for what I do on my line that you don't like? We have no intention of dominating the game. I think we still have a lot of good English players in China. Isn't it cool to meet more people from other countries? We have a saying in China that a prime minister can hold a boat in his stomach.

I am very calm, so projecting what you think my emotions are at the start of a conversation is not exactly a successful strategy, "friend." I don't have isolationism thoughts. Almost al my friends are online and from other countries.But it's true, there is a particular trait all my friends have: THEY SPEAK AT LEAST ONE LANGUAGE I ALSO SPEAK. Also, you are dominating the game. It's not about intentions, it's about existing. If I idle in a place and every line said in /say is an unknown language, that is a bad experience. If I whisper someone to ask something and I get no reply because they don't speak English, that's a problem. As for Chinese players who speak English, nobody has a problem with them. I certainly don't. I wouldn't care if 99,99% of players were Chinese on Turtle IF they spoke fluent English. Unfortunately, that's not the case.

When I sit down to play Turtle WoW, I do it to relax and to have a pleasant experience. Being surrounded by people who do not speak a language I speak is not a pleasant experience, nor do I think I did anything wrong in ending up with such an unpleasant experience because I very specifically chose to play on an ENGLISH server.

I understand that other people do not give a shit. There are people who don't talk in /say, who have /general and

184

Document title: Turtle WoW is expanding to the East! - Page 5 - Turtle WoW
Capture URL: https://forum.turtle-wow.org/viewtopic.php?p=57950&amp;hilit=USA#p57950
Capture timestamp (UTC): Tue, 16 Dec 2025 19:21:54 GMT



When I sit down to play Turtle WoW, I do it to relax and to have a pleasant experience. Being surrounded by people who do not speak a language I speak is not a pleasant experience, nor do I think I did anything wrong in ending up with such an unpleasant experience because I very specifically chose to play on an ENGLISH server.

I understand that other people do not give a shit. There are people who don't talk in /say, who have /general and every other chat disabled, and basically play with a specific guild made of their friends group and don't interact with anyone else. But that is not me. I play specifically for the open world and for meeting people. And yes, a game that's full of people I can't interact at all or only at a minimal level is antithetical to anything I'd want out of an MMO.

Clearly, you do not care about having the same experience, because if you did, you'd be playing with Chinese players on a Chinese server where you understand everyone else. Even when I've wanted to play Korean MMOs, I've never made a Korean account to get in, specifically because I have 0 interest to be part of a community which I can't understand. If that's the only thing offered to me, I would rather not play at all.

---

by **Azuladrip** » Wed Aug 16, 2023 12:15 pm

**Azuladrip**

*Senior Chief Getonally*

Posts: 95

> **Shaman111 wrote:** ⊕ Wed Aug 16, 2023 8:31 am
>
> > **Wilczan wrote:** ⊕ Wed Aug 16, 2023 5:14 am
> > I wonder, if people understand that moving to chinese server is just optional and no one gonna be forced.
>
> in that case might not even bother with the server. nobody wants to play with cn, not even themselves - as seen in this thread even. lets hope its forced with an ip/vpn ban on eu realm

Pretty much, yeah. At this point only drastic measures will solve the situation. And I imagine there are reasons Turtle WoW doesn't want to take those measures. On the other hand, it's hard to empathize, since they got themselves in this situation and watched the server degrade month after month while remaining stubborn and doing nothing. At this point it may very well be too late to fix it. And either way, thousands of people are going to suffer, whether that's English-speakers who don't want to play with non-English speakers, or the Chinese who get moved by force.

I will say, if the Chinese do get moved by force, but we still have Ukrainians and Russians writing messages in cyrillic and talking to each other, it wouldn't be too hard to understand why the Chinese feel singled out and treated differently. I'd be mad too.

The only "real" solution is to actually start banning people who can't speak English, straight up. That way there's no discrimination based on nationality whatsoever. All the Chinese people who speak English can stay and we can all be happy.

---

by **Cnlaowang** » Wed Aug 16, 2023 12:35 pm

**Cnlaowang**

Posts: 9

> **Azuladrip wrote:** ⊕ Wed Aug 16, 2023 12:10 pm
>
> > **Cnlaowang wrote:** ⊕ Wed Aug 16, 2023 2:35 am
> > Friend, I am a Chinese. I hope you don't hate it when I use the word"Friend" to start a conversation with you. You need to calm down. I admit, for some reason, the number of US Chinese players on this server has skyrocketed! But it's a really good game! Is a Warcraft fan, will think so. In the age of information explosion, the Earth is already a village. Don't live with isolationism thoughts. Just as the game is a global village, we may never socialize in the game. Like two parallel lines, I don't influence you, but you can't judge me for what I do on my line that you don't like? We have no intention of dominating the game. I think we still have a lot of good English players in China. Isn't it cool to meet more people from other countries? We have a saying in China that a prime minister can hold a boat in his stomach.
>
> I am very calm, so projecting what you think my emotions are at the start of a conversation is not exactly a successful strategy, "friend." I don't have isolationist thoughts. Almost al my friends are online and from other countries.But it's true, there is a particular trait all my friends have: THEY SPEAK AT LEAST ONE LANGUAGE I ALSO SPEAK. Also, you are dominating the game. It's not about intentions, it's about existing. If I idle in a place and every line said in /say is an unknown language, that is a bad experience. If I whisper someone to ask something and I get no reply because they don't speak English, that's a problem. As for Chinese players who speak English, nobody has a problem with them. I certainly don't. I wouldn't care if 99,99% of players were Chinese on Turtle IF they spoke fluent English. Unfortunately, that's not the case.
>
> When I sit down to play Turtle WoW, I do it to relax and to have a pleasant experience. Being surrounded by people who do not speak a language I speak is not a pleasant experience, nor do I think I did anything wrong in ending up with such an unpleasant experience because I very specifically chose to play on an ENGLISH server.

---

185

Chinese on Turtle IF they spoke fluent English. Unfortunately, that's not the case.

When I sit down to play Turtle WoW, I do it to relax and to have a pleasant experience. Being surrounded by people who do not speak a language I speak is not a pleasant experience, nor do I think I did anything wrong in ending up with such an unpleasant experience because I very specifically chose to play on an ENGLISH server.

I understand that other people do not give a shit. There are people who don't talk in /say, who have /general and every other chat disabled, and basically play with a specific guild made of their friends group and don't interact with anyone else. But that is not me. I play specifically for the open world and for meeting people. And yes, a game that's full of people I can't interact at all or only at a minimal level is antithetical to anything I'd want out of an MMO.

Clearly, you do not care about having the same experience, because if you did, you'd be playing with Chinese players on a Chinese server where you understand everyone else. Even when I've wanted to play Korean MMOs, I've never made a Korean account to get in, specifically because I have 0 interest to be part of a community which I can't understand. If that's the only thing offered to me, I would rather not play at all.

In a village people are in self-protection consciousness, the villagers will enter their favorite environment. I understand that, and I hope you do too. And the people of this village have no intention of attacking other villages! It's just the villagers protecting themselves! There are people in this village who want to know about other villages, like me. We Don't want to change the game, and we don't want to take players from other countries out of the game, so we don't want to dominate the game. We Chinese are very warm, welcome you to visit China, feel the enthusiasm of the Chinese people and the love of peace. I and you so many conversations are using the translator! You can research, you come to China to play do not need to know Chinese, as long as you can use a translator on it, a smartphone on it. Again, if you don't like it, you can treat us as a parallel line and you can. Most of us see players from other countries as parallel to each other. Our hearts want to know you, and we want to know us. We mean you no harm!

by **Kirric** » Wed Aug 16, 2023 2:11 pm

**Kirric**

Posts: 13

> **Cnlaowang** wrote: ⊙                                        Wed Aug 16, 2023 12:35 pm
>
> > **Azuladrip** wrote: ⊙                                    Wed Aug 16, 2023 12:10 pm
> >
> > > **Cnlaowang** wrote: ⊙                                Wed Aug 16, 2023 2:35 am
> > > Friend, I am a Chinese. I hope you don't hate it when I use the word"Friend" to start a conversation with you. You need to calm down. I admit, for some reason, the number of US Chinese players on this server has skyrocketed! But it's a really good game! Is a Warcraft fan, will think so. In the age of information explosion, the Earth is already a village. Don't live with isolationism thoughts. Just as the game is a global village, we may never socialize in the game. Like two parallel lines, I don't influence you, but you can't judge me for what I do on my line that you don't like? We have no intention of dominating the game. I think we still have a lot of good English players in China. Isn't it cool to meet more people from other countries? We have a saying in China that a prime minister can hold a boat in his stomach.
> >
> > I am very calm, so projecting what you think my emotions are at the start of a conversation is not exactly a successful strategy, "friend." I don't have isolationist thoughts. Almost al my friends are online and from other countries.But it's true, there is a particular trait all my friends have: THEY SPEAK AT LEAST ONE LANGUAGE I ALSO SPEAK. Also, you are dominating the game. It's not about intentions, it's about existing. If I idle in a place and every line said in /say is an unknown language, that is a bad experience. If I whisper someone to ask something and I get no reply because they don't speak English, that's a problem. As for Chinese players who speak English, nobody has a problem with them. I certainly don't. I wouldn't care if 99,99% of players were Chinese on Turtle IF they spoke fluent English. Unfortunately, that's not the case.
> >
> > When I sit down to play Turtle WoW, I do it to relax and to have a pleasant experience. Being surrounded by people who do not speak a language I speak is not a pleasant experience, nor do I think I did anything wrong in ending up with such an unpleasant experience because I very specifically chose to play on an ENGLISH server.
> >
> > I understand that other people do not give a shit. There are people who don't talk in /say, who have /general and every other chat disabled, and basically play with a specific guild made of their friends group and don't interact with anyone else. But that is not me. I play specifically for the open world and for meeting people. And yes, a game that's full of people I can't interact at all or only at a minimal level is antithetical to anything I'd want out of an MMO.
> >
> > Clearly, you do not care about having the same experience, because if you did, you'd be playing with Chinese players on a Chinese server where you understand everyone else. Even when I've wanted to play Korean MMOs, I've never made a Korean account to get in, specifically because I have 0 interest to be part of a community which I can't understand. If that's the only thing offered to me, I would rather not play at all.



186



I'd want out of an MMO.

Clearly, you do not care about having the same experience, because if you did, you'd be playing with Chinese players on a Chinese server where you understand everyone else. Even when I've wanted to play Korean MMOs, I've never made a Korean account to get in, specifically because I have 0 interest to be part of a community which I can't understand. If that's the only thing offered to me, I would rather not play at all.

In a village people are in self-protection consciousness, the villagers will enter their favorite environment. I understand that, and I hope you do too. And the people of this village have no intention of attacking other villages! It's just the villagers protecting themselves! There are people in this village who want to know about other villages, like me. We Don't want to change the game, and we don't want to take players from other countries out of the game, so we don't want to dominate the game. We Chinese are very warm, welcome you to visit China, feel the enthusiasm of the Chinese people and the love of peace. I and you so many conversations are using the translator! You can research. you come to China to play do not need to know Chinese, as long as you can use a translator on it, a smartphone on it. Again, if you don't like it, you can treat us as a parallel line and you can. Most of us see players from other countries as parallel to each other. Our hearts want to know you, and we want you to know us. We mean you no harm!

Except the rules states that you should use English in public chats, thus by not using English outside of your Chinese only guild or in Chinese only private messages, you are breaking the rules and have nothing to do on this server.

Read more at:
https://turtle-wow.org/#/rules/chat-abuse

---

by **Cnlaowang** » Wed Aug 16, 2023 2:46 pm

> **Kirric wrote:** ⊙ — Wed Aug 16, 2023 2:11 pm
>
> > **Cnlaowang wrote:** ⊙ — Wed Aug 16, 2023 12:35 pm
> >
> > > **Azuladrip wrote:** ⊙ — Wed Aug 16, 2023 12:10 pm
> > >
> > > I am very calm, so projecting what you think my emotions are at the start of a conversation is not exactly a successful strategy, "friend." I don't have isolationist thoughts. Almost al my friends are online and from other countries.But it's true, there is a particular trait all my friends have: THEY SPEAK AT LEAST ONE LANGUAGE I ALSO SPEAK. Also, you are dominating the game. It's not about intentions, it's about existing. If I idle in a place and every line said in /say is an unknown language, that is a bad experience. If I whisper someone to ask something and I get no reply because they don't speak English, that's a problem. As for Chinese players who speak English, nobody has a problem with them. I certainly don't. I wouldn't care if 99,99% of players were Chinese on Turtle IF they spoke fluent English. Unfortunately, that's not the case.
> > >
> > > When I sit down to play Turtle WoW, I do it to relax and to have a pleasant experience. Being surrounded by people who do not speak a language I speak is not a pleasant experience, nor do I think I did anything wrong in ending up with such an unpleasant experience because I very specifically chose to play on an ENGLISH server.
> > >
> > > I understand that other people do not give a shit. There are people who don't talk in /say, who have /general and every other chat disabled, and basically play with a specific guild made of their friends group and don't interact with anyone else. But that is not me. I play specifically for the open world and for meeting people. And yes, a game that's full of people I can't interact at all or only at a minimal level is antithetical to anything I'd want out of an MMO.
> > >
> > > Clearly, you do not care about having the same experience, because if you did, you'd be playing with Chinese players on a Chinese server where you understand everyone else. Even when I wanted to play Korean MMOs, I've never made a Korean account to get in, specifically because I have 0 interest to be part of a community which I can't understand. If that's the only thing offered to me, I would rather not play at all.
> >
> > In a village people are in self-protection consciousness, the villagers will enter their favorite environment. I understand that, and I hope you do too. And the people of this village have no intention of attacking other villages! It's just the villagers protecting themselves! There are people in this village who want to know about other villages, like me. We Don't want to change the game, and we don't want to take players from other countries out of the game, so we don't want to dominate the game. We Chinese are very warm, welcome you to visit China, feel the enthusiasm of the Chinese people and the love of peace. I and you so many conversations are using the translator! You can research, you come to China to play do not need to know Chinese, as long as you can use a translator on it, a smartphone on it. Again, if you don't like it, you

**Cnlaowang**
Posts: 9



villages. It's just the villagers protecting themselves. There are people in this village who want to know about other villages, like me. We Don't want to change the game, and we don't want to take players from other countries out of the game, so we don't want to dominate the game. We Chinese are very warm, welcome you to visit China, feel the enthusiasm of the Chinese people and the love of peace. I and you so many conversations are using the translator! You can research, you come to China to play do not need to know Chinese, as long as you can use a translator on it, a smartphone on it. Again, if you don't like it, you can treat us as a parallel line and you can. Most of us see players from other countries as parallel to each other. Our hearts want to know you, and we want you to know us. We mean you no harm!

Except the rules states that you should use English in public chats, thus by not using English outside of your Chinese only guild or in Chinese only private messages, you are breaking the rules and have nothing to do on this server.

Read more at:
https://turtle-wow.org/#/rules#chat-abuse

Excuse me! I didn't know there were such rules! I read your link and found that the public chat channel is only used in English, I also understand why use English, because so many people are playing in English, the most convenient communication. I think GM's intention is to let everyone better communication! For public chat channels, my personal understanding is the world channel, not the current chat channel. Perhaps the understanding has the deviation, once again hoped your understanding!

---

by **Geojak** » Wed Aug 16, 2023 2:53 pm

**Geojak**
Obtainable: 3 Faime Evil
Posts: 2257
Has thanked: 189 times
Been thanked: 70 times

> **Cnlaowang wrote:** ⬆
> There is a problem with the translation software is a request, not a request! I hope you understand!
>
> Wed Aug 16, 2023 1:24 am

No offense but reading machine transletd stuff hurts. I have read way too much trash Asian webcomic and when it's Maschine translated it's Absouket not worth the time. The Software can not replace language skill

---

by **Cnlaowang** » Wed Aug 16, 2023 3:03 pm

**Cnlaowang**
Posts: 9

> **Geojak wrote:** ⬆
> Wed Aug 16, 2023 2:53 pm
>
> > **Cnlaowang wrote:** ⬆
> > There is a problem with the translation software is a request, not a request! I hope you understand!
> >
> > Wed Aug 16, 2023 1:24 am
>
> No offense but reading machine transletd stuff hurts. I have read way too much trash Asian webcomic and when it's Maschine translated it's Absouket not worth the time. The Software can not replace language skill

Ha Ha, long live understanding

---

by **Borefficz** » Wed Aug 16, 2023 4:34 pm

**Borefficz**
Black Rose Campaign Thread
Posts: 223
Has thanked: 1 time
Been thanked: 9 times

I think IP/VPN bans are a too drastic measure and would hurt those Chinese players who speak English and wish to stay (and a lot of non-Chinese people who use VPNs for one reason or another would suffer too). What I would do instead is set up the server to completely block messages containing certain characters across all channels - even the most basic ones such as /say or /whisper. This way people won't be able to communicate in Chinese which will be a strong argument for non English-speaking players to move.
And of course character transfers need to be offered otherwise the project will be dead on arrival no matter what.

---

by **Edgarfam** » Thu Aug 17, 2023 3:27 am

**Edgarfam**
Barrens Chat (casual?)

> **Cnlaowang wrote:** ⬆
> There is a problem with the translation software is a request, not a request! I hope you understand!
>
> Wed Aug 16, 2023 1:24 am

Honestly, your translation software is not working well...just try to learn some basic English.

188

**Edgarfam**

Siren's Chill Custody

Posts: 85

Has thanked: 1 time

> **Cnlaowang wrote:** ↑ Wed Aug 16, 2023 1:24 am
>
> There is a problem with the translation software is a request, not a request! I hope you understand!

Honestly, your translation software is not working well...just try to learn some basic English.

□ by **Azuladrip** » Thu Aug 17, 2023 9:07 am

**Azuladrip**

Siren's Chill Custody

Posts: 95

> **Cnlaowang wrote:** ↑ Wed Aug 16, 2023 12:35 pm
>
> In a village people are in self-protection consciousness, the villagers will enter their favorite environment. I understand that, and I hope you do too. And the people of this village have no intention of attacking other villages! It's just the villagers protecting themselves! There are people in this village who want to know about other villages, like me. We Don't want to change the game, and we don't want to take players from other countries out of the game, so we don't want to dominate the game. We Chinese are very warm, welcome you to visit China, feel the enthusiasm of the Chinese people and the love of peace. I and you so many conversations are using the translator! You can research, you come to China to play do not need to know Chinese, as long as you can use a translator on it, a smartphone on it. Again, if you don't like it, you can treat us as a parallel line and you can. Most of us see players from other countries as parallel to each other. Our hearts want to know you, and we want you to know us. We mean you no harm!

Unlike some people who want to ban all the Chinese players, I don't have a problem with Chinese people at all. I love Chinese history and have Chinese friends I've made from DOTA. However, you are mistaking a server for an MMO for a language learning app. If I log into Turtle WoW, it's not to learn other languages or to get frustrated, as I said before. It's just not the experience I'm looking forward to. I don't want to translate anything, I don't want to double question whether or not a person speaks English, and I don't want to be essentially denied access to conversations going on around me because I don't speak the language.

As somebody else wrote above, this is English-speaking server. This isn't some random point being brought up by me and others because we feel entitled and want everyone to speak English. It is, in fact, a rule. A rule that is now for all intents and purposes voided because there are players who couldn't speak English even if they wanted to.

And what makes it worse is that Turtle WoW was always designed to be a lore-friendly, cozy, immersive kind of server that could even facilitate stuff like roleplaying. It was not meant to be like one of those anything goes servers with a focus on PvP. So beyond the fact that having people running around that can't speak English is annoying to me personally and to others who feels the same way, it's not just going against the rules but against the very spirit of what Turtle WoW is supposed to be about. Or WAS supposed to be about, I should say.

Again, I don't really have a problem with Chinese players in particular. If instead of Chinese we'd have a problem with Brazilians infesting the server and only speaking Portuguese, my stance would be exactly the same.

I don't even blame Chinese players. I blame the Turtle WoW team for not banning people when it was apparent non-English speakers were becoming a genuine problem.

□ by **Azuladrip** » Thu Aug 17, 2023 9:10 am

**Azuladrip**

Siren's Chill Custody

Posts: 95

> **Borefficz wrote:** ↑ Wed Aug 16, 2023 4:34 pm
>
> What I would do instead is set up the server to completely block messages containing certain characters across all channels - even the most basic ones such as /say or /whisper.

That's actually an amazing idea if it were possible. That way the problem would just take care of itself.

□ by **Okn** » Thu Aug 17, 2023 11:30 am

**Okn**

Posts: 2

Exciting news. But I may wait a little longer to see which server suits me more because I heard many chinese only play as gold farmer or something, and there're a lot of them.

Another fact is that most news about turtle wow from chinese website are about to sell their vpn, without giving any link. However, that's how i know there's a turtle wow server. @_@

189

Document title: Turtle WoW is expanding to the East! - Page 5 - Turtle WoW
Capture URL: https://forum.turtle-wow.org/viewtopic.php?p=57950&amp;hilit=USA#p57950
Capture timestamp (UTC): Tue, 16 Dec 2025 19:21:54 GMT



by **Miniwing** » Fri Aug 18, 2023 5:03 pm

Yes I agree the English speaking ban hammer would be good at this point. I'm questing on my level 18 priest and I see this:

NAME yells. [ ]!!!!

That's not even the worst part. The game is essentially not playable. I'm 10 to 1 outnumbered by players with guilds I don't know, Playing my game in a way that is 100% unlike the way leveling zones feel.

I'm getting a culture shock inside my game culture because of opening doors to the far east.

I don't get how my far east players can function standing with 10 players sitting in the Harvest Watcher zone circling around grabbing tags. It reminds me of that old game Tempest where you play a ship that's stationary and just spins around like a 365 degree turret and blast targets. Move, click, spin click, done, move to the next field of Gnolls.

No talking or banter in zone chat. No friendly parties with conversations about *this* cave or *that* island. "That darn Gnome losing his tools again! SMH!" or similar bullshitting around your zone with a cool player or group. Having a few laughs in this cave of that island is how the game is enjoyable to me, and memorable looking back at that one day that you and a buddy wiped on Chok'sul or barely scraped by with 10% health and a healer with 2% mana and cheering each other on. Nope. Just get tags, kill mob, boom, done. Real memorable...

This is how the game play goes hour after hour (USA PST). Good luck finding a boar or a coyote in the Westfall fields between the subzones.

None will group with you, you're stalking Grawdon in the Loch Modan cave trying to get a group. Literally 20 minutes go by. My fellow USA PST players are fed up and salty and playing with them and their mood and comments make you feel like being members of the underground resistance.

I know you're probably thinking, "oh, Westfall is always crowded." Psh. What about the bottleneck zones at 30 and at 40? Do you think that will somehow be better, just because you have 10 levels behind you? Good luck with 20 players, unwilling to group, stalking one Hardshelled Tortoise spawn in Salt Flats.

I don't understand our new-found far east friends play. Kill tags, never group, clear zones, never sharing the unique feel of a zone with you. It doesn't feel like a world anymore. It feels like a crowded mall at Christmas time where you're shoulder to shoulder trying to squeeze into the Game Stop. The world experience now does not feel like exploring a world. I don't understand how the game play has suddenly changed from that feeling of being a wide-eyed elf entering into a zone with a new world full of danger and risks, morphing into clicking red nameplates down, then finding more nameplates elsewhere, clicking them down, and then finding more nameplates to click down. Where's the interaction with the zone's unique look and feel? That's lost. That experience of camaraderie in the fighting of monsters and dragons? Gone.

Why bother playing world of warcraft? Why not just head over to the shooting gallery at the fair, take your LED "rifle" and kill stuff, with no interaction with the world.

So in sum: I'm unable to interact with players, outnumbered 10 to 1 that don't know this is a MMORPG world of adventure. I'm unable to role play as my character. I'm unable to find groups and "explore" Azeroth with other wide-eyed trolls or gnomes or forsaken. I'm looking to find a red nameplate to click in a field because I have to. This what the game has come down to.

Sure, I'd like a bank at 50% off but I'm to the point where TWOW can piss off "opening the world to the far east" opening up TWOW, to putting a toddler into an adult party and tugging on the tablecloth while the patient adults wait for bedtime. Please play this MMORPG with me, guys, the way I've played this MMORPG for 16 years.

Later, off to find a decent simulator to play with players in the world!

(Edited for typos)

by **Raggni** » Sat Aug 19, 2023 12:00 am

I joined within the past week or so. It's been very exciting to be on a server that's actually populated, though it's a bit extreme at times. I could deal with the overpopulation frustrations, but combined with the hardcore thing where I can't meaningfully interact with the majority of the people around me, and most of the game chatter being in another language, "[]", or just blank (which I only recently learned is due to language incompatibility), I'm already struggling

190



**Raggni**

Posts: 15

Has thanked: 4 times

Been thanked: 1 time

I joined within the past week or so. It's been very exciting to be on a server that's actually populated, though it's a bit extreme at times. I could deal with the overpopulation frustrations, but combined with the hardcore thing where I can't meaningfully interact with the majority of the people around me, and most of the game chatter being in another language, "[]", or just blank (which I only recently learned is due to language incompatibility), I'm already struggling with burnout and a feeling of alienation.

If it was overpopulated but everyone was able to communicate, that would be one thing. This feels more like being in an environment where you're surrounded by people yet you're alone. I've gone back to the dead server I come from a few times already, where I still feel (and actually am) alone, but at least I don't have to camp a spot to try and desperately tag the mobs I need while trying to filter out a bunch of empty/buggy chat and dealing with the false hope of potential allies when really they're either HC or they don't speak the server's official language.

I realize I'm coming across as the new guy who comes in and immediately starts griping, but what I'm trying to do is give my support for helping the specifically-English server be an English community. From the "Rules" page on turtle-wow.org:

> The rule set for the following public channels: /world, guild chat of <Still Alive>, guild chat of <Newcomers>, /trade, any crowded leveling or recreation zones:
>
> Public chats are English speaking only. The only exception are guild recruitment announcements, those can be in your native language.

But again, the vast majority of what I've seen has been "[]" or completely blank (unsupported language characters, apparently).

I love the "custom vanilla" environment so far and I'm excited to discover more new stuff and hopefully gather up some fashion currency so I can transmog my gear when I get to a point I'm not upgrading so frequently. The community aspect of Turtle-WoW has been highly regarded in all the past reviews I've read, and I'm hoping a solution can be found to keep that going, whether it's setting up new realms for other languages or something else.

Edits: Removed an extra word ("vote"), added a missing word ("of")

---

by **Panklaza** » Sat Aug 19, 2023 3:06 pm

**Panklaza**

Posts: 12

I hope admins gonna transfer chinese characters to new server, without this, majority wont go to the new server. This may sound drastic but I think admins should ban chinese players from main server and force relocate them to new one.
Its almost imposibble to comunicate to chinese players since maority of them dont know english and if they use chinese client, they they dont see latin alpabet.

---

by **Hctwowfan** » Sat Aug 19, 2023 4:19 pm

**Hctwowfan**

Patch note company member

Posts: 478

Has thanked: 5 times

Been thanked: 35 times

Ofc they won't transfer voluntarily. Can't really hold it against em. I wouldn't either if I were them. Then again if you don't force em over you might as well just update the twow server with the translated stuff and turn this one into the asian twow server.

Exlusively hc, alive toons below

[ Show ]

---

by **Ww2304656** » Sun Aug 20, 2023 11:45 am

**Ww2304656**

Posts: 10

> **Azuladrip wrote:** ⬆                                         Thu Aug 17, 2023 9:07 am
>
> > **Cnlaowang wrote:** ⬆                                    Wed Aug 16, 2023 12:35 pm
> > In a village people are in self-protection consciousness, the villagers will enter their favorite environment. I understand that, and I hope you do too. And the people of this village have no intention of attacking other villages! It's just the villagers protecting themselves! There are people in this village who want to know about other villages, like me. We Don't want to change the game, and we don't want to take players from other countries out of the game, so we don't want to dominate the game. We Chinese are very warm, welcome you to visit China, feel the enthusiasm of the Chinese people and the love of peace. I and you so

191

understand that, and I hope you do too. And the people of this village have no intention of attacking other villages. It's just the villagers protecting themselves! There are people in this village who want to know about other villages, like me. We Don't want to change the game, and we don't want to take players from other countries out of the game, so we don't want to dominate the game. We Chinese are very warm, welcome you to visit China, feel the enthusiasm of the Chinese people and the love of peace. I and you so many conversations are using the translator! You can research, you come to China to play do not need to know Chinese, as long as you can use a translator on it, a smartphone on it. Again, if you don't like it, you can treat us as a parallel line and you can. Most of us see players from other countries as parallel to each other. Our hearts want to know you, and we want you to know us. We mean you no harm!

Unlike some people who want to ban all the Chinese players, I don't have a problem with Chinese people at all. I love Chinese history and have Chinese friends I've made from DOTA. However, you are mistaking a server for an MMO for a language learning app. If I log into Turtle WoW, it's not to learn other languages or to get frustrated, as I said before. It's just not the experience I'm looking forward to. I don't want to translate anything. I don't want to double question whether or not a person speaks English, and I don't want to be essentially denied access to conversations going on around me because I don't speak the language.

As somebody else wrote above, this is English-speaking server. This isn't some random point being brought up by me and others because we feel entitled and want everyone to speak English. It is, in fact, a rule. A rule that is now for all intents and purposes voided because there are players who couldn't speak English even if they wanted to.

And what makes it worse is that Turtle WoW was always designed to be a lore-friendly, cozy, immersive kind of server that could even facilitate stuff like roleplaying. It was not meant to be like one of those anything goes servers with a focus on PvP. So beyond the fact that having people running around that can't speak English is annoying to me personally and to others who feels the same way, it's not just going against the rules but against the very spirit of what Turtle WoW is supposed to be about. Or WAS supposed to be about, I should say.

Again, I don't really have a problem with Chinese players in particular. If instead of Chinese we'd have a problem with Brazilians infesting the server and only speaking Portuguese, my stance would be exactly the same.

I don't even blame Chinese players. I blame the Turtle WoW team for not banning people when it was apparent non-English speakers were becoming a genuine problem.

it is so coool, i always play dota from wcr3 to dota2,always.
my gamename ID is ilovedota maybe i will can play dota2 or turtle wow together

---

by **Shaman111** » Sun Aug 20, 2023 2:14 pm

**NO CHARACTER SELECTED**

**Shaman111**

Patch Note Conspiracy Theorist

Posts: 210

holy fuck i started playing the game again after few months and its bizarre. they are everywhere. looking like christmas trees with gaudy cash shop shit in every slot. every spawn is contested. every escort mob has a party of 4+ chinese camping on it. i dont even see other english speaking people in the wild. the only english i am seeing is on /g like i am in some fucking ghetto. dont even start me on the lag and delay to do anything like i am playing on a dial up

---

by **Ingameacc12345** » Sun Aug 20, 2023 2:24 pm

**Ingameacc12345**

Patch Note Conspiracy Theorist

Posts: 380
Location: Darkshire :
Has thanked: 41 times
Been thanked: 31 times

> **Shaman111 wrote:** ⊕                                     Sun Aug 20, 2023 2:14 pm
> holy fuck i started playing the game again after few months and its bizarre. they are everywhere. looking like christmas trees with gaudy cash shop shit in every slot. every spawn is contested. every escort mob has a party of 4+ chinese camping on it. i dont even see other english speaking people in the wild. the only english i am seeing is on /g like i am in some fucking ghetto. dont even start me on the lag and delay to do anything like i am playing on a dial up

Yeah, I stopped logging a month or so ago. I'll wait and see what happens as currently playing isn't fun at all (when you finally can login).
Unfortunately I don't see a 100% working solution to the problem at hand.

---

by **Grindplayertwo** » Sun Aug 20, 2023 4:52 pm

**NO CHARACTER SELECTED**

**Grindplayertwo**

> **Ingameacc12345 wrote:** ⊕                                 Sun Aug 20, 2023 2:24 pm
> > **Shaman111 wrote:** ⊕                                   Sun Aug 20, 2023 2:14 pm



192



**Grindplayertwo**

**Shaman111 wrote:** ⊕                                    Sun Aug 20, 2023 2:14 pm

holy fuck. i started playing the game again after few months and its bizarre. they are everywhere. looking like christmas trees with flaucy crap. shop shit in every slot. every spawn is contested. every escort mob has a party of 4+ chinese camping on it. i dont even see other english speaking people in the wild. the only english i am seeing is on /g like i am in some fucking ghetto. dont even start me on the lag and delay to do anything like i am playing on a dial up

Yeah, I stopped logging a month or so ago. I'll wait and see what happens as currently playing isn't fun at all (when you finally can login).
Unfortunately I don't see a 100% working solution to the problem at hand.

Solution is simple, like many Pserver did in the past with this population:
- ban VPN use
- ban IP from China

No more overcrowed zone, no more language problem with this old client, no more mass botting and no more mass gold selling.

---

by **Pett** » Sun Aug 20, 2023 8:49 pm

**Pett**

Posts: 27

It's just so bad. After a year here at turtlewlow, I reinstalled WOTLK classic from blizz, that's how bad it is now. I'll try here again after the new realms and servers, but I just can't be here it's that unfun right now.

---

by **Karrados** » Sun Aug 20, 2023 9:01 pm

**Karrados**

Flash N4b conspiracy thinker

Posts: 439

Has thanked: 1 time

Been thanked: 16 times

People will not want to transfer from an already established Server. There will be a few people here and there that might transfer to the Chinese Server but I am willing to bet that the vast majority will not want to give up on the market and all the additional people.

So really they are mostly wasting their time developing this Chinese server unless they will force a transfer which they won't do.

---

by **Panklaza** » Sun Aug 20, 2023 9:08 pm

**Panklaza**

Posts: 12

**Karrados wrote:** ⊕                                    Sun Aug 20, 2023 9:01 pm

People will not want to transfer from an already established Server. There will be a few people here and there that might transfer to the Chinese Server but I am willing to bet that the vast majority will not want to give up on the market and all the additional people.

So really they are mostly wasting their time developing this Chinese server unless they will force a transfer which they won't do.

yeah, this server will die for english speaking population if they dont force transfer chinese, might as well just tell us now if they gonna transfer them so we dont waste time here

---

LOCKED 🔒

277 posts    ⟨ 1 … 3 4 **5** 6 7 8 ⟩

‹ Return to "Announcements"                    JUMP TO

193

Page Vault

| | |
|---|---|
| Document title: | Connection Restricted - Turtle WoW |
| Capture URL: | https://forum.turtle-wow.org/viewtopic.php?p=38260&hilit=USA#p38260 |
| Page loaded at (UTC): | Tue, 16 Dec 2025 19:22:21 GMT |
| Capture timestamp (UTC): | Tue, 16 Dec 2025 19:22:22 GMT |
| Capture tool: | 3.17.0 |
| Collection server IP: | 98.93.255.82 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/142.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 3 |
| Capture ID: | p5DNHnwupy67BVqHDpSC6w |
| Display Name: | cbg |





🏠 Turtle WoW  ›  Forums  ›  Official Information & Developement  ›  Help & Support  ›  Connection Restricted

# Connection Restricted

POST REPLY ↩   🔧 ▾    Search this topic…   🔍  ⚙

2 posts • Page **1** of **1**

by **Jimbridger** » Sun Mar 19, 2023 9:27 pm

Hello there, I just started playing on TurtleWoW for the first time in the past week and have not had any issues so far. Today, however, when trying to log into the client, am prompted with an error message that reads "Your connection is too restricted. Too many unsuccessful authentication attempts!". I have never encountered this error on retail wow, nor on any other private server. Could anyone shed some light on what may be causing this, why I was able to flawlessly play for a week and now I am stuck permanently behind this error? Thanks for any insight. (I am based out of Midwest USA, average 95 ms)

**Jimbridger**
Posts: 1

by **Healingrain** » Mon Mar 20, 2023 1:53 am

You may have been IP banned.

Given you can still post on the forums, it may be a case where someone else was actually IP banned but you also copped it due to a shared IP via Network Address Translation, which ISPs are increasingly doing.

In any case, you should make an email to help.turtlewow@gmail.com and they should be able to resolve it.

**Healingrain**
Posts: 29
Been thanked: 1 time

POST REPLY ↩   🔧 ▾   ≣ ▾

2 posts • Page **1** of **1**

‹ Return to "Help & Support"

JUMP TO ▾

195

Document title: Connection Restricted - Turtle WoW
Capture URL: https://forum.turtle-wow.org/viewtopic.php?p=38260&amp;hilit=USA#p38260
Capture timestamp (UTC): Tue, 16 Dec 2025 19:22:22 GMT

Page 1 of 2



Document title: Connection Restricted - Turtle WoW
Capture URL: https://forum.turtle-wow.org/viewtopic.php?p=38260&amp;hilit=USA#p38260
Capture timestamp (UTC): Tue, 16 Dec 2025 19:22:22 GMT

Page Vault

| | |
|---|---|
| Document title: | Very strange latency issue (Please help!) MYSTERY! - Turtle WoW |
| Capture URL: | https://forum.turtle-wow.org/viewtopic.php?p=41477&hilit=USA#p41477 |
| Page loaded at (UTC): | Tue, 16 Dec 2025 19:22:32 GMT |
| Capture timestamp (UTC): | Tue, 16 Dec 2025 19:22:33 GMT |
| Capture tool: | 3.17.0 |
| Collection server IP: | 54.157.165.110 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/142.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 3 |
| Capture ID: | ejSrFLs6YTk65EAQUtqGap |
| Display Name: | cbg |



Quick Search :: Advanced Search

Search... | Search

🏠 Turtle WoW > Forums > Official Information & Developement > Help & Support > Very strange latency issue (Please help!) MYSTERY!

# Very strange latency issue (Please help!) MYSTERY!

POST REPLY | 🔧 | Search this topic... | 🔍 | ⚙

2 posts • Page **1** of **1**

by **Randomlyryan** » Fri Apr 14, 2023 5:43 am

Okay so, when I'm alone playing this I stay in the green around 172ms and I don't have issues.

However, whenever my fiance (whom sits right next to me) logs in, we both get flung into red latency (Around 1100, 1400ms).

We play other games just fine together, no issues with lag, but with Turtle WoW it seems to be another story. We read about an addon called Leantrix and that they had something for people with latency issues but no idea if it's safe/recommended or whatever... or if anyone has had success using it. (Should we try it?)

We're on the West coast of the USA if that matters, but I can't fathom how I have such a solid connection alone, and how it then wrecks us when we're both on SO hard, it makes no sense.

Please, any help with this would be greatly appreciated!

by **Randomlyryan** » Sun Apr 16, 2023 5:35 pm

PROBLEM FIXED: It was "one drive" causing the issue from her laptop. She didn't realize it was on and "uploading" data that was killing our connection to Turtle.

Lesson Learned: Make sure that one drive is OFF (Windows OS problem) when playing on Turtle WoW.

POST REPLY | 🔧 | ≡

2 posts • Page **1** of **1**

‹ Return to "Help & Support"

JUMP TO

198



Turtle WoW  >  Forums  >  Official Information & Developement  >  Help & Support  >  Very strange latency issue (Please help!) MYSTERY!

# Very strange latency issue (Please help!) MYSTERY!

POST REPLY | Search this topic... | 2 posts • Page **1** of **1**

**No Character Selected**

**Randomlyryan**
Posts: 0

by **Randomlyryan** » Fri Apr 14, 2023 5:43 am

Okay so, when I'm alone playing this I stay in the green around 172ms and I don't have issues.

However, whenever my fiance (whom sits right next to me) logs in, we both get flung into red latency (Around 1100, 1400ms).

We play other games just fine together, no issues with lag, but with Turtle WoW it seems to be another story. We read about an addon called Leantrix and that they had something for people with latency issues but no idea if it's safe/recommended or whatever... or if anyone has had success using it. (Should we try it?)

We're on the West coast of the USA if that matters, but I can't fathom how I have such a solid connection alone, and how it then wrecks us when we're both on SO hard, it makes no sense.

Please, any help with this would be greatly appreciated!

**No Character Selected**

**Randomlyryan**
Posts: 0

by **Randomlyryan** » Sun Apr 16, 2023 5:35 pm

PROBLEM FIXED: It was "one drive" causing the issue from her laptop. She didn't realize it was on and "uploading" data that was killing our connection to Turtle.

Lesson Learned: Make sure that one drive is OFF (Windows OS problem) when playing on Turtle WoW.

2 posts • Page **1** of **1**

POST REPLY

Return to "Help & Support"

JUMP TO

199

Page Vault

| | |
|---|---|
| Document title: | Final Changelog for Class Changes coming in 1.16.1 - Page 13 - Turtle WoW |
| Capture URL: | https://forum.turtle-wow.org/viewtopic.php?p=19188&hilit=USA#p19188 |
| Page loaded at (UTC): | Tue, 16 Dec 2025 19:22:55 GMT |
| Capture timestamp (UTC): | Tue, 16 Dec 2025 19:22:57 GMT |
| Capture tool: | 3.17.0 |
| Collection server IP: | 13.222.149.242 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/142.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 11 |
| Capture ID: | oikE2KRYxPp67zv3mKEKK6 |
| Display Name: | cbg |



Document title: Final Changelog for Class Changes coming in 1.16.1 - Page 13 - Turtle WoW
Capture URL: https://forum.turtle-wow.org/viewtopic.php?p=19188&amp;hilit=USA#p19188
Capture timestamp (UTC): Tue, 16 Dec 2025 19:22:57 GMT

Page 1 of 10



by **Markuis** » Mon Jun 06, 2022 9:17 am

As soon as it's released I'm returning to Twow. So I'm checking the forum almost daily.

**Markuis**
Patch Note Conspiracy Theorist
Posts: 218
Has thanked: 8 times
Been thanked: 8 times

by **Reploidrocsa** » Mon Jun 06, 2022 7:22 pm

My guess is the team in charge of developing the class changes came to a halt for whateaver reason and now the staff won't dare tell us. AFAIK it's been months since they didn't make any progress on their private PTR server

**Reploidrocsa**
Bug Report Enthusiast
Posts: 780
Has thanked: 22 times
Been thanked: 70 times

by **Projecx** » Tue Jun 07, 2022 5:56 am

> **Reploidrocsa wrote:** ⊕    Mon Jun 06, 2022 7:22 pm
> My guess is the team in charge of developing the class changes came to a halt for whateaver reason and now the staff won't dare tell us. AFAIK it's been months since they didn't make any progress on their private PTR server

They stopped around the same time Ukraine was invaded. Are we sure the developers are not Ukrainian themselves?

**Projecx**
Wannabe Elitist Community
Posts: 57
Location: Pasco Washington, USA
Has thanked: 1 time
Been thanked: 1 time

by **Markuis** » Tue Jun 07, 2022 9:08 am

> **Projecx wrote:** ⊕    Tue Jun 07, 2022 5:56 am
> > **Reploidrocsa wrote:** ⊕    Mon Jun 06, 2022 7:22 pm
> > My guess is the team in charge of developing the class changes came to a halt for whateaver reason and now the staff won't dare tell us. AFAIK it's been months since they didn't make any progress on their private PTR server
> >
> > They stopped around the same time Ukraine was invaded. Are we sure the developers are not Ukrainian themselves?

I think everyone would be ok with any info regarding the release of the update, even if it means there will be no update. It's people working on this after all.

**Markuis**
Patch Note Conspiracy Theorist
Posts: 218
Has thanked: 8 times
Been thanked: 8 times

by **Ghola** » Wed Jun 08, 2022 4:44 pm

Please please reconsider moving seal of command to row 5 for paladin, I've always enjoyed holy/ret hybrid with holy shock + seal of command for big chunky spell burst damage and your talent changes are removing my favorite way to play the class. The talent changes shouldn't be removing unique and fun builds from the game

EDIT: Allow me to make my case for why I enjoy this build and it should remain in the game. Since your main source of burst comes from divine favor + holy shock and hammer of justice + judgment of command, you must decide when

**Ghola**
Patch Note Conspiracy Theorist
Posts: 204

Document title: Final Changelog for Class Changes coming in 1.16.1 - Page 13 - Turtle WoW
Capture URL: https://forum.turtle-wow.org/viewtopic.php?p=19188&amp;hilit=USA#p19188
Capture timestamp (UTC): Tue, 16 Dec 2025 19:22:57 GMT



**Ghola**
Patch Note Conspiracy Theorist
Posts: 204
Been thanked: 2 times

shock + seal of command for big chunky spell burst damage and your talent changes are removing my favorite way to play the class. The talent changes shouldn't be removing unique and fun builds from the game

EDIT: Allow me to make my case for why I enjoy this build and it should remain in the game. Since your main source of burst comes from divine favor + holy shock and hammer of justice + judgment of command, you must decide when you use these cds whether you are using them offensively or defensively. This is well balanced and still gives paladins the ability to confirm kills, something paladin majorly lacks in classic. This build also scales extremely well off of spellpower, allowing you to wear spellpower plate gear that's intended for paladins and still be a decent healer who can dish out some burst to help their team out in pvp

Last edited by Ghola on Wed Jun 08, 2022 4:55 pm, edited 1 time in total.

---

**Redmagejoe**
Grandmaster of Forum FAQ
Posts: 1192
Has thanked: 1 time
Been thanked: 55 times

by Redmagejoe » Wed Jun 08, 2022 4:50 pm

> **Ghola wrote:** ⊙ Wed Jun 08, 2022 4:44 pm
> Please please reconsider moving seal of command to row 5 for paladin, I've always enjoyed holy/ret hybrid with holy shock + seal of command for big chunky spell burst damage and your talent changes are removing my favorite way to play the class. The talent changes shouldn't be removing unique and fun builds from the game

These changes are final and they're not making any changes prior to the patch dropping. They will likely be evaluating potential needs for tweaks or rebalancing after a month or so of the patch being out, but it's literally pointless to ask for anything to be changed until we actually get the patch.

---

**Ghola**
Patch Note Conspiracy Theorist
Posts: 204
Been thanked: 2 times

by Ghola » Wed Jun 08, 2022 4:58 pm

> **Redmagejoe wrote:** ⊙ Wed Jun 08, 2022 4:50 pm
>> **Ghola wrote:** ⊙ Wed Jun 08, 2022 4:44 pm
>> Please please reconsider moving seal of command to row 5 for paladin, I've always enjoyed holy/ret hybrid with holy shock + seal of command for big chunky spell burst damage and your talent changes are removing my favorite way to play the class. The talent changes shouldn't be removing unique and fun builds from the game
>
> These changes are final and they're not making any changes prior to the patch dropping. They will likely be evaluating potential needs for tweaks or rebalancing after a month or so of the patch being out, but it's literally pointless to ask for anything to be changed until we actually get the patch.

cool

---

**Yverebia**
Posts: 2

by Yverebia » Fri Jun 10, 2022 4:19 pm

any news ?

---

**Allwynd01**
Bug Report Enthusiast
Posts: 865
Has thanked: 47 times
Been thanked: 77 times

by Allwynd01 » Fri Jun 10, 2022 7:25 pm

January ended a long time ago. I even got a job and my life changed drastically.

---

by Yverebia » Fri Jun 10, 2022 7:47 pm

203

Posts: 855
Has thanked: 47 times
Been thanked: 77 times



□ by **Yverebia** » Fri Jun 10, 2022 7:47 pm

a little light on this situation will be very helpful. i with me many of us (i am sure ) will understand if announced changes are abandoned or delayed till some point in time, no problem, if we wont get class changes soon or at all, i am still enjoying playing . But confusion , certainly, can be frustrating . why not say something ?

**Yverebia**

Posts: 2

---

□ by **Torta** » Fri Jun 10, 2022 9:26 pm

We're absolutely sorry about this delay. During the development of this patch, we faced a lot of obstacles with both technical and human parts: some people were forced to prioritize real life over the project, and some things we couldn't figure out for a longer time.

However, development is ongoing even if we haven't posted specifically on the forums, and I can assure you that the patch release date is within sight.

**Torta**

Turtle WoW Team

Posts: 1247

Location: Toronto

Has thanked: 1 time

Been thanked: 54 times

Contact: 💬

---

□ by **Hibernate** » Sat Jun 11, 2022 12:08 am

Can we get a date from you Torta? Or at least the month you plan on release?

**Hibernate**

Posts: 5

---

□ by **Redmagejoe** » Sat Jun 11, 2022 1:14 am

> **Hibernate wrote:** ⊙                                          Sat Jun 11, 2022 12:08 am
> Can we get a date from you Torta? Or at least the month you plan on release?

**Redmagejoe**

Old Brewer of Forest Hills

Posts: 1192

Has thanked: 1 time

Been thanked: 55 times

Don't pester the team for exact dates, because the last time they gave a concrete date, as happens in development, the deadline came and went and people have been angry or memeing or etc ever since. Be patient, we finally got a response. The thing about development is that unexpected difficulties come up, technical limitations exist, and you don't always have all the resources to do everything under ideal circumstances in a perfectly timely manner. Developers' worst enemy is deadlines, and that's how shitty games get shipped out just in time for Christmas.

tl;dr the team is working hard to bring everyone the patch as soon as possible with as few problems as possible, so please just give them your patience and understanding.

---

□ by **Projecx** » Sat Jun 11, 2022 2:29 am

> **Torta wrote:** ⊙                                          Fri Jun 10, 2022 9:26 pm
> We're absolutely sorry about this delay. During the development of this patch, we faced a lot of obstacles with both technical and human parts: some people were forced to prioritize real life over the project, and some things we couldn't figure out for a longer time.
>
> However, development is ongoing even if we haven't posted specifically on the forums, and I can assure you that the patch release date is within sight.

**Projecx**

Savage Club Casualty

Posts: 57

Location: Pasco Washington, USA

Has thanked: 1 time

Been thanked: 1 time

Thank you for replying. I'm sure most of us are understanding. It was just the total lack of information and explanation

204

Posts: 57
Location:
Has thanked: 1 time
Been thanked: 1 time

> We're absolutely sorry about this delay. During the development of this patch, we faced a lot of obstacles with both technical and human parts: some people were forced to prioritize real life over the project, and some things we couldn't figure out for a longer time.
>
> However, development is ongoing even if we haven't posted specifically on the forums, and I can assure you that the patch release date is within sight.

Thank you for replying. I'm sure most of us are understanding. It was just the total lack of information and explanation for the delay that had many of us concerned.

I hope everyone on the team is doing well and putting their family and personal lives ahead of development of this game. We must all have our properties straight.

---



by **Markuis** » Sat Jun 11, 2022 3:43 am

**Markuis**
Patch Relic Conspiracy Theorist
Posts: 218
Has thanked: 8 times
Been thanked: 8 times

> **Projecx wrote:** ⊕                                                   Sat Jun 11, 2022 2:29 am
>
> > **Torta wrote:** ⊕                                              Fri Jun 10, 2022 9:26 pm
> >
> > We're absolutely sorry about this delay. During the development of this patch, we faced a lot of obstacles with both technical and human parts: some people were forced to prioritize real life over the project, and some things we couldn't figure out for a longer time.
> >
> > However, development is ongoing even if we haven't posted specifically on the forums, and I can assure you that the patch release date is within sight.
>
> Thank you for replying. I'm sure most of us are understanding. It was just the total lack of information and explanation for the delay that had many of us concerned.
>
> I hope everyone on the team is doing well and putting their family and personal lives ahead of development of this game. We must all have our properties straight.

+1

It's people behind this patch after all.

---

by **Krizpmango** » Sat Jun 11, 2022 1:56 pm

**Krizpmango**
Posts: 21
Been thanked: 1 time

> **Torta wrote:** ⊕                                                   Fri Jun 10, 2022 9:26 pm
>
> We're absolutely sorry about this delay. During the development of this patch, we faced a lot of obstacles with both technical and human parts: some people were forced to prioritize real life over the project, and some things we couldn't figure out for a longer time.
>
> However, development is ongoing even if we haven't posted specifically on the forums, and I can assure you that the patch release date is within sight.

So great getting some info! Ofc the team should prioritize real life too!

---

by **Flameroller** » Sun Jun 12, 2022 2:21 am

**Flameroller**
Posts: 15
Been thanked: 2 times

Very disappointing.

---

by **Redmagejoe** » Sun Jun 12, 2022 3:00 am

**Redmagejoe**
Grandmaster of Forum PvP
Posts: 1192

> **Flameroller wrote:** ⊕                                              Sun Jun 12, 2022 2:21 am
>
> Very disappointing.

You're free to play somewhere else.

---

205



**Flameroller wrote:** ↑

Sun Jun 12, 2022 2:21 am

Very disappointing.

**Redmagejoe**

Grandmaster of Forum PvP

Posts: 1192

Has thanked: 1 time

Been thanked: 55 times

You're free to play somewhere else.

---

by **Mikik3jr** » Sun Jun 12, 2022 5:38 pm

NO CHARACTER SELECTED

**Mikik3jr**

Posts: 4

**Soleman wrote:** ↑

Thu Jun 02, 2022 8:28 am

Although I'm not opposed to any of the class changes listed in this thread, on the contrary I actually welcome them, I would like to remind everyone that talent changes are not necessary to make a spec viable. Rather what was missing from the vanilla game was proper itemization.

To illustrate my point I have created an item for a spec that is near and dear to my heart -- the protection paladin.

https://dev.turtle-wow.org/#!/itemcreat ... JOVUxMIi0=

This could very simply be added as an additional reward item to the paladin class quest "The Tome of Valor" that you get at level 20. The taunt spell has an internal 12 sec cooldown so it's inferior to the warrior version by 2 sec. This should appease the "Hybrid Tax" crowd even though personally I find the concept of the hybrid tax to be outdated and moronic. Blizzard themselves confirmed this with later expansions to the game starting with TBC.

You could even implement upgrades to this item in subsequent class quests or by adding custom class quests that feature this item as a requirement. Similar to the Tier .5 upgrade quests. This would make it so that the item scales to end game but it would not be totally necessary.

The paladin would now have to make a difficult decision: Do I sacrifice the utility other relics provide in order to gain the ability to taunt?

Thoughts?

My thoughts are that paladin does not need taunt. A tank paladin may only need a buff on "Improved Righteous Fury" talent to generate more threat from holy damage and as you said some spell power tanking gear.

We have 3 kinds of tanks:
- Warrior: Good single target, not so good AOE threat.
- Druid: Can't parry, but has higher dodge and armor, bit weaker for single target than a warrior, but has okay aoe threat.
- Paladin: Not that great on single target, but good AOE + single target threat generation.

Putting the taunt on Seal of Justice is a huge waste for paladins. All the threat comes from holy damage, if you use Seal of Justice, you don't deal additional holy damage due not using Seal of Righteousness AND if you stun the enemy, they don't attack you, so you don't block their attacks and your spikes + Blessing of Sanctuary + Holy Shield won't trigger on them for the threat. And this talent requires 3 points.

I think paladins should have the tank identity that they don't have taunt, but have really strong threat output. To reach this aim buffing the "Improved Righteous Fury" talent is way easier than to implement 1-2 items into EVERY dungeon for the itemization.

---

by **Redmagejoe** » Sun Jun 12, 2022 7:36 pm

**Redmagejoe**

Grandmaster of Forum PvP

Posts: 1192

Has thanked: 1 time

Been thanked: 55 times

The Paladin changes are fine. Tankadins do better single target threat than you're giving them credit for and can still struggle with AoE threat even with Consecrate due to mana constraints. You also mention using Seal of Justice and not generating threat, but that's not how Paladins work at all. I wonder if you've played Paladin for an extended period of time, because it seems as if you have a misconception about Seals and Judgements. The idea is that you have your Judgement on an enemy and your Seal, like Righteousness, and if someone does something ridiculous or a boss dumps threat, you switch to SoJ, JUDGE it which instantly removes that Seal from you and taunts the target, and then put your usual Seal back on. This does not cause the enemy to be stunned, but prevents them from "running in fear" and also Taunts them. Then when Judgement is off cooldown, you place another Judgement on them like Wisdom, Light, or Crusader, while using Seal of Righteousness for threat.

There's no reason they shouldn't have a taunt, especially since they have less active threat generation than a Warrior or a Druid (because of cooldowns on their only 2 active threat spells, Holy Strike and Judgement of Righteousness) and because a party of randos can't be counted on to not go full ape-shit DPS before you even get into melee range. It also has a mana and CD requirement to take into account, so it's not as if it's a magical fix-all button. There's no

206

Document title: Final Changelog for Class Changes coming in 1.16.1 - Page 13 - Turtle WoW
Capture URL: https://forum.turtle-wow.org/viewtopic.php?p=19188&amp;hilit=USA#p19188
Capture timestamp (UTC): Tue, 16 Dec 2025 19:22:57 GMT



them like Wisdom, Light, or Crusader, while using Seal of Righteousness for threat.

There's no reason they shouldn't have a taunt, especially since they have less active threat generation than a Warrior or a Druid (because of cooldowns on their only 2 active threat spells, Holy Strike and Judgement of Righteousness) and because a party of randos can't be counted on to not go full ape-shit DPS before you even get into melee range. It also has a mana and CD requirement to take into account, so it's not as if it's a magical fix-all button. There's no good argument that can be made not to include it when it's meant, as all Taunts are, to be a contingency, especially in situations where bosses dump threat. I do not understand this "these classes are supposed to tank in this specific way" mentality that somehow precludes taunt being in their kit. Blizzard and Turtle have both acknowledge that vanilla class design was far from perfect and there's no good reason Paladins didn't already have taunt prior to TBC and Wrath. Let's please come up with actual mechanically-valid reasons to argue against something that would make the tank class actually able to tank.

Signed, someone who has been playing Tankadin without these changes for 53 levels and, across dozens of parties, can tell you that the taunt is not NECESSARY but would be EXTREMELY WELCOME in a number of scenarios.

by **Absolon** » Tue Jun 14, 2022 6:38 am

from what i understand, problem with paladin is either you go with tons of spelldamage, and output really good threat, or you equip actual tanking gear, and produce no threat. having tank gear with alot spelldamage creates balance issues, so i second the idea of buffing threat modifiers instead

**Absolon**

Posts: 10

by **Jesterjacks** » Tue Jun 14, 2022 10:40 am

> **Augustfenix85 wrote:** ↑ Mon May 30, 2022 3:49 am
>
> > **Augustfenix85 wrote:** ↑ Mon May 30, 2022 3:49 am
> > I won't be playing WotLK

**Jesterjacks**

Posts: 18

Still, would like a release date. Needs a fresh coat of paint.

by **Kwayver** » Wed Jun 15, 2022 2:27 am

The Paladin changes don't go far enough to address mana problems. Refunding 20% of base seal cost is good in that it will encourage rets to use a higher rank of the seal, however the minor amount of mana restored by this is immediately countered by crusader strike's mana investment in the rotation.
Unless Paladin gear has been tuned differently in twow, it still has spirit on it. Without a mechanic to allow % mana regen while in combat (like so many other classes have access to) this could be utilised to solve the problem and make gear upgrades feel like progress. Either flat % increase of combat regen, or increase the mana awarded by judgement off wisdom scaling to the paladins spirit.
Also make the crusader strike stacking effect a buff on the Paladin rather than a debuff on the enemy. It's hard enough justifying a debuff slot with judgement of wisdom/crusader. Alternatively, cause the debuff to increase ALL magic damage taken by the target. This delegates nightfall duties to paladins without the need to hold a specific weapon. Would prefer it was a buff, this is just a few options to consider

**Kwayver**

Posts: 116

Location:

by **Apimius** » Wed Jun 15, 2022 9:54 pm

please give priest a spell hit talent in the discipline/holy tree for smite priests. Also please consider lowering the mana cost on holy nova a bit

**Apimius**

Posts: 176

Has thanked: 6 times
Been thanked: 4 times

by **Dalijon** » Thu Jun 16, 2022 10:00 am

207



by **Dalijon** » Thu Jun 16, 2022 10:00 am

As a druid, I'm really excited for these changes. For me, Turtle WoW is all about the nostalgia of Vanilla, but instead of vertical growth like expansions, it can grow horizontally through new content and class tweaks. I understand the wait. Most people are looking forward to changes, but some are opposed or are not sure. If you make these changes, it is important that they don't get rolled out with tons of bugs. Sending nothing but love from the USA - keep up the great work!

**Dalijon**
Posts: 37
Has thanked: 3 times
Been thanked: 1 time

---

by **Allwynd01** » Thu Jun 16, 2022 2:23 pm

Melee Hunter should be able to place traps even when in combat.

**Allwynd01**
Bug Report Enthusiast
Posts: 865
Has thanked: 47 times
Been thanked: 77 times

---

by **Crazyhelix** » Fri Jun 17, 2022 6:21 am

> **Allwynd01 wrote:** ⊕                                    Thu Jun 16, 2022 2:23 pm
> Melee Hunter should be able to place traps even when in combat.

Absolutely true. Im w8ing this changes in classic like servers all my life. It's very logical but nobody do this...

BIg job about Pala's. But...not enought:
1) Where 10 min Blesses?!?!?!?!?!?!?!??!?!?!? There is another classic based custom server and they finally after many years did it and u dont even know how much pleasure it gives. 5 minut regular buff = idiotism
2) One-handed weapon spec - 10% for 5 talent points, really???? It mb norm for DD, but for tanking looks so expensive. 3 points! 3/6/10% (safer for war tanks)
3) Mb should give Improved Righteous Fury 2/4/6% bonus for incoming heal and move it from row 3 to 5?
only 3 more changes and Pala will shine)))

Again about Hunters. It's shame. BM does so low DPS. Pet cannot survive in all kind of situations. Absolutely stupid channeling heal (who will do the damage while hunter healing? Bill Gates?). And broken surv....
BM
1) Thick hide - too weak
2) Bestial swiftness - need to add 10% constant speed buff (or even merge with Pathfinding to make both hunter and pet faster with 1 talent point - good move)
3) Unleashed fury - up to 25%
4) Improved mend pet - add +5/10% bonus heal, chanse for tick up to 25/50 (and dont forget about instance HoT Mend Pet - not channeling!)
5) Spirit Bond - had to be doubled 1/2% every 5 sec (not 10 omg!)
6) Bestial discipline - 10/20 really?????? 25/50 - norm for tier 5 talent (in BC blizz made 50/100)
7) Need to add talent to adding attribute scaling from hunter gear
8) Need to add in 5-7 rows small bonuses to additional pet training points (we r Beast master or f%*king clown with Cat?)
MM
1) Improved Hunter mark - useless. Need to add 20/40/60/80/100 bonus AP with half bonus to melee
2) Separate Arcane shot and Aimed shot CD's
3) Improved Arcane shot - useless
4) Improved Serpent sting - 2 weak and expensive = useless
5) Improved scorpid Sting = useless
6) Barrage need depended talent (or just bonus) to discrease Volley casting time when taking damage
7) IMHO all MM branch is VERY BAD and had to be remastered (i got my own version that realize several version of MM that all effective in difference situations)
Surv
Dont have time 2 chew obvious - absolutely broken branch. Surv has to had put traps in combat (in my version he pays with range penalty - i like this more). Or even make him full melee (more radically - not my favorite, but anyway good).

**Crazyhelix**
Posts: 33
Has thanked: 1 time

Document title: Final Changelog for Class Changes coming in 1.16.1 - Page 13 - Turtle WoW
Capture URL: https://forum.turtle-wow.org/viewtopic.php?p=19188&amp;hilit=USA#p19188
Capture timestamp (UTC): Tue, 16 Dec 2025 19:22:57 GMT

MM that all effective in difference situations)

Dont have time 2 chew obvious - absolute/no break branch. Surv has to had put traps in combat (in my version he pays with range penalty - i like this more). Or even make him full melee (more radically - not my favorite, but anyway good).



by **Kwayver** » Fri Jun 17, 2022 7:59 am

Add the following to Two-handed weapon specialisation:

Causes the paladin to regenerate mana equal to 2%/4%/6% of physical damage caused.

This provides more sustain which will scale with gear and provides more access to Holy Strike, while ensuring Holy Strike does not become self-reliant on mana. Holy Strike should operate as a mana dump and only be used in the amount which the gear can support through passive mana regeneration

**Kwayver**
Sailress Chief Capability
Posts: 116
Location: Australia

by **Alrav23** » Tue Jun 21, 2022 12:53 pm

It might be too late. But...
I think the right direction would be to give nerfs along with the new buffs. For example, making melee hunter viable by limiting ranged capability. (making aspect of the wolf unable to use ranged attacks). This is an excellent way to bring about new changes to vanilla. Vanilla is very sensitive. Even with small changes people can find ways to min/max with items to make things viable. Also this gives players a chance to opt into these new changes or not. For example making paladin a viable tank with taunt, however applying restrictions to healing. That way people can mess around with the new builds at a cost. And if they don't like it they don't have to use it. But forcing players into a new spec can create chaos and make some classes very overpowered almost a necessity.

Making every meme spec viable just isn't possible without major nerfs. Why? Because of pvp. I can already see how some of these changes will make pvp a nightmare. The only solution to that would be crossfaction. That way if people complain about one class being OP everyone can just roll that class. Lol

**Alrav23**
Posts: 1

Whats best for the game will almost always be hated. Because people want want without having to sacrifice anything. The spirit of changes in vanilla patches were always in the nerfs. Like it or not. And its all the buffing classes that distinguishes expansions.

Quality of life changes should be given regardless; Druid rez, shaman totem recall. Etc. Those are just bad design and should have been implemented.

by **Redmagejoe** » Tue Jun 21, 2022 5:42 pm

While classes will not be set in stone for all of eternity with no hope of there ever being another class change patch, there have been suggestions that after this patch drops there will not be tweaks to classes beyond bug fixing for a long time. The patch will need at least a couple months of trial for people to feel things out, for data and feedback to be collected, and for decisions to be made. So just bear in mind that any ideas being proposed in this thread likely will not be incorporated into the patch and may very well not even have an impact on classes for up to a year from the patch dropping.

**Redmagejoe**
Grandmaster of Forum PvP
Posts: 1192
Has thanked: 1 time
Been thanked: 55 times

by **Kwayver** » Wed Jun 22, 2022 2:15 am

I have some questions about Sanctified Command:

1. Are there any range limits on the group mana restoring effect?
2. If I am using Libram of Hope (lowering cost of seals by 25 mana) will the Manas restoration be calculated before applying the effect of the Libram or after?

**Kwayver**
Sailress Chief Capability
Posts: 116
Location: Australia

by **Dharmok** » Sat Jun 25, 2022 2:42 pm

Moonkin idea. Owlkin frenzy causes a couple % mana regen during duration. Or spell critical refund a % of mana.

Document title: Final Changelog for Class Changes coming in 1.16.1 - Page 13 - Turtle WoW
Capture URL: https://forum.turtle-wow.org/viewtopic.php?p=19188&amp;hilit=USA#p19188
Capture timestamp (UTC): Tue, 16 Dec 2025 19:22:57 GMT



by Alrav23 » Tue Jun 21, 2022 11:53 am

It might be too late. But...

I think the right direction would be to give nerfs along with the new buffs. For example, making melee hunter viable by limiting ranged capability. (making aspect of the wolf unable to use ranged attacks). This is an excellent way to bring about new changes to vanilla. Vanilla is very sensitive. Even with small changes people can find ways to min/max with items to make things viable. Also this gives players a chance to opt into these new changes or not. For example making paladin a viable tank with taunt, however applying restrictions to healing. That way people can mess around with the new builds at a cost. And if they don't like it they don't have to use it. But forcing players into a new spec can create chaos and make some classes very overpowered almost to a necessity.

Making every meme spec viable just isn't possible without major nerfs. Why? Because of pvp. I can already see how some of these changes will make pvp a nightmare. The only solution to that would be crossfaction. That way if people complain about one class being OP everyone can just roll that class. Lol

Whats best for the game will almost always be hated. Because people want want without having to sacrifice anything. The spirit of changes in vanilla patches were always in the nerfs. Like it or not. And its all the buffing classes that distinguishes expansions.

Quality of life changes should be given regardless; Druid rez, shaman totem recall. Etc. Those are just bad design and should have been implemented.

by **Redmagejoe** » Tue Jun 21, 2022 5:42 pm

**Redmagejoe**
Grandmaster of Foxen Orb

Posts: 1192
Has thanked: 1 time
Been thanked: 55 times

While classes will not be set in stone for all of eternity with no hope of there ever being another class change patch, there have been suggestions that after this patch drops there will not be tweaks to classes beyond bug fixing for a long time. The patch will need at least a couple months of trial for people to feel things out, for data and feedback to be collected, and for decisions to be made. So just bear in mind that any ideas being proposed in this thread likely will not be incorporated into the patch and may very well not even have an impact on classes for up to a year from the patch dropping.

by **Kwayver** » Wed Jun 22, 2022 2:15 am

**Kwayver**
Stormwind Core Guardsman

Posts: 116
Location: Australia

I have some questions about Sanctified Command:

1. Are there any range limits on the group mana restoring effect?
2. If I am using Libram of Hope (lowering cost of seals by 25 mana) will the Manas restoration be calculated before applying the effect of the Libram or after?

by **Dharmok** » Sat Jun 25, 2022 2:42 pm

**Dharmok**
Posts: 4
Location: Ontario Canada

Moonkin idea. Owlkin frenzy causes a couple % mana regen during duration. Or spell critical refund a % of mana.

LOCKED 🔒      500 posts      ‹  1 ... 11  12  **13**  14  15  ›

‹ Return to "Patch Notes & Changelog"

JUMP TO ▾

210

Page Vault

| | |
|---|---|
| Document title: | Turtle WoW - Information |
| Capture URL: | https://forum.turtle-wow.org/search.php?st=0&sk=t&sd=d&sr=posts&keywords=USA&start=35 |
| Page loaded at (UTC): | Tue, 16 Dec 2025 19:23:48 GMT |
| Capture timestamp (UTC): | Tue, 16 Dec 2025 19:23:49 GMT |
| Capture tool: | 3.17.0 |
| Collection server IP: | 34.229.12.231 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/142.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 3 |
| Capture ID: | 7UJHkRXK9UV1ykxG3HSC4U |
| Display Name: | cbg |



Document title: Turtle WoW - Information
Capture URL: https://forum.turtle-wow.org/search.php?st=0&amp;sk=t&amp;sd=d&amp;sr=posts&amp;keywords=USA&amp;start=35
Capture timestamp (UTC): Tue, 16 Dec 2025 19:23:49 GMT

Page Vault

| | |
|---|---|
| Document title: | Windows Defender says patch has Trojan - Turtle WoW |
| Capture URL: | https://forum.turtle-wow.org/viewtopic.php?p=9113&hilit=USA#p9113 |
| Page loaded at (UTC): | Tue, 16 Dec 2025 19:23:48 GMT |
| Capture timestamp (UTC): | Tue, 16 Dec 2025 19:23:49 GMT |
| Capture tool: | 3.17.0 |
| Collection server IP: | 3.80.248.111 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/142.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 3 |
| Capture ID: | w4wNhP3enTyYozjqJgCXzX |
| Display Name: | cbg |

Quick Search  Advanced Search  Login

# TURTLE WOW
*Mysteries of Azeroth*

Quick Search | Advanced Search
Search… [Search]

🏠 Turtle WoW › Forums › Community › General › Windows Defender says patch has Trojan

# Windows Defender says patch has Trojan

POST REPLY ↩  🔧 ▾   Search this topic… 🔍 ⚙

6 posts • Page **1** of **1**

---

📄 by **Vaacct** » Thu Jan 14, 2021 3:29 pm

**NO CHARACTER SELECTED**

**Vaacct**
Posts: 4

Hello.

I am not a new player, though I did not play at all Oct-Dec this year. My setup has been 1.12 with patches applied as Turtle supplied and automatically installed them (if any). On Jan 13, I downloaded the full game using a mirror on Turtle website. Today, Jan 14, I ran Wow.exe as Administrator using that new download, got the Login screen, entered my username and password, and the program said it was downloading a patch. When the patch download completed, the programs displayed a Restart button. I clicked that, Turtle Wow reloaded, and displayed a message that my patch had failed to install. When I looked in the folder on my hard drive - the folder with the Turtle Wow files - there was no patch program.

I also tried a copy of my previously-working install, and got the same result: patch downloaded, required reset, message "failed to install", patch program is not in the Turtle Wow folder.

I just found out why. Microsoft Defender says the program TWPatcher.exe had the Trojan Win32/Cryptinject!ml in it, and Defender quarantined that program. Cryptinject is a ransomware program.

Has anyone else had this happen? I see numerous postings from folks who successfully patched and are running the program.

I am in the USA and am running the latest version of Windows 10.

Thx in advance for your thoughts and comments.

---

📄 by **Torta** » Thu Jan 14, 2021 4:51 pm

**Torta**
Turtle WoW Team
Posts: 1247
Location: Turtle
Has thanked: 1 time
Been thanked: 54 times
Contact: 💬

Hello there! Please read this thread: viewtopic.php?f=2&t=1528

---

📄 by **Vaacct** » Thu Jan 14, 2021 6:04 pm

**NO CHARACTER SELECTED**

**Vaacct**
Posts: 4

Hi. I'm afraid that did not work: I posted details of my steps as an answer to that thread. That thread appears to address an issue with the Discord file. I'm not savvy enough to know if it's the Discord file causing my problem, but I can say Discord is not mentioned in the messages the programs gives me. The program simply says Failed to Patch, and the patch program is not in my Turtle Wow folder, presumably because Defender quarantined it.

Thx

215



Posts: 1247
Location:
Has thanked: 1 time
Been thanked: 54 times

Contact:

by **Vaacct** » Thu Jan 14, 2021 6:04 pm

Hi. I'm afraid that did not work; I posted details of my steps as an answer to that thread. That thread appears to address an issue with the Discord file. I'm not savvy enough to know if it's the Discord file causing my problem, but I can say Discord is not mentioned in the messages the programs gives me. The program simply says Failed to Patch, and the patch program is not in my Turtle Wow folder, presumably because Defender quarantined it.

Thx.

**Vaacct**
Posts: 4

by **Torta** » Thu Jan 14, 2021 6:31 pm

Probably something on your PC doesn't let TWPatcher to execute the files. You could try to donwload a full client from one of our mirrors: viewtopic.php?f=2&t=1491&p=8896#p8896

**Torta**
Turtle WoW Team
Posts: 1247
Location: Tortana
Has thanked: 1 time
Been thanked: 54 times

Contact:

by **Vaacct** » Fri Jan 15, 2021 12:16 am

Thanks Torta. I did download from Mirror #1, and the download apparently required a patch. It was indeed TWPatcher than Defender was blocking/quarantining. I released that from Defender. That worked, thanks. BTW, I did scan all files with Kaspersky after installing. No problems of course.

You are quick to answer. Very nice. I am now playing my first High Elf. Wonderful idea to expand Classic a bit while still keeping to what made us all like Classic BITD. Thanks!!

**Vaacct**
Posts: 4

by **Torta** » Fri Jan 15, 2021 3:03 pm

Thank & safe travels 😊❤️

**Torta**
Turtle WoW Team
Posts: 1247
Location: Tortana
Has thanked: 1 time
Been thanked: 54 times

Contact:

**POST REPLY**

6 posts • Page **1** of **1**

‹ Return to "General"

JUMP TO

216

Page Vault

| | |
|---|---|
| Document title: | Soft Reserve - Turtle WoW |
| Capture URL: | https://forum.turtle-wow.org/viewtopic.php?p=6339&hilit=USA#p6339 |
| Page loaded at (UTC): | Tue, 16 Dec 2025 19:25:17 GMT |
| Capture timestamp (UTC): | Tue, 16 Dec 2025 19:25:19 GMT |
| Capture tool: | 3.17.0 |
| Collection server IP: | 34.235.119.217 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/142.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 10 |
| Capture ID: | kkJStxkg8LBVSsQVN4cjUs |
| Display Name: | cbg |



≡ Quick links  ⏻ Login



Quick Search | Advanced Search

Search…        [ Search ]

🏠 Turtle WoW  ›  Forums  ›  Community  ›  Raids  ›  Soft Reserve

# Soft Reserve

**Moderator:** Gifted

[ POST REPLY ↩ ]  [ 🔧 ▾ ]  [ Search this topic… ]  [ 🔍 ]  [ ⚙ ]

20 posts • Page **1** of **1**

📄 by **Xerron** » Tue May 26, 2020 6:27 pm

**Xerron**
Banned Club Casualty

Posts: 60

***7/6/2020 UPDATE***
Starting next raid, 11th of July, getting an item in a <u>Main Spec Roll</u> or <u>Winning your Reserved</u> item will both count toward the 1item/run rule.
We decided to change this rule after some feedback we got from the raiders regarding the possible 'gaming the system' by reserving end boss loot, and getting away with winning one or two MS items + the reserved item.

Sure, this update doesn't mean people can't still reserve end bosses loot, but rather it makes your reserved item have more meaning since it can be the only item you could get after one raid.

People can still get more than one item / run:
- case when two or more people already got 1 item as MS/RES each, they all can roll (like it was before)
- or MS/RES + as many offspec items you win by rolling
- or trash BOEs

**IMPORTANT NOTE : Please don't come on alts and expect loot over mains who raid BWL**

TL;DR; : we changed from MS item AND RES item to MS item OR RES item

***END 7/6/2020 UPDATE***

Hello Turtles 🐢 .

Since the last thread about loot systems (vet/newcomer) did not get to a general agreement I want to propose a new system for our **Molten Core** raids.

It is called **"Soft Reserve"** and it goes like this:

**1.** All players can have **1 (one)** item soft reserved per raid and it must be declared at least 6 hours before the start of the raid in the **#soft-reserve** (channel will be created soon if it does not exist when you're reading this) channel on Thunder Ale discord https://discord.gg/nUaUUXZ
It is important for people who post there to also write their in-game character name.
Text syntax:

> <in-game character name> - <exact item name>                                    ⁹⁹

Example :

> Momo - Azuresong Mageblade                                                       ⁹⁹

Please don't post wowhead links or images, only **plain text** will count and please try to respect the syntax, we have plans to write an <u>addon</u> that will import discord text (or accept reserves in-game) into the game for faster reserved item lookup (hence the importance of exact item name).
Before the raid will start the reservation system **closes** and every message is accounted for and written in a publicly available online file or on discord.

218

Document title: Soft Reserve - Turtle WoW
Capture URL: https://forum.turtle-wow.org/viewtopic.php?p=6339&amp;hilit=USA#p6339
Capture timestamp (UTC): Tue, 16 Dec 2025 19:25:19 GMT



Please don't post wowhead links or images, only plain text will count and please try to respect the syntax, we have plans to write an addon that will import discord text (or accept reserves in-game) into the game for faster reserved item lookup (hence the importance of exact item name).

Before the raid will start the reservation system **closes** and every message is accounted for and written in a publicly available online file or on discord.

**2.** When a soft reserved item drops, all **players who reserved** it will roll for it.

If only one person soft reserved an item, they will automatically get it.

If an item was not soft reserved by someone, everyone can roll according to the MS > OS rules and the one item/run rules.

**Notes:**

**Trash BoE Tier** items are excluded from one item per run rules (like we had in previous raids)

**Winning your reserved item** will count(7/6/2020 update) toward the one item/run rule. However, if two people who already got one item roll on a new item, they can get it unless someone who didn't win anything wants it.

**Legendary items** are excluded from this rule.

**Alts** You can only reserve items on your main character, for your main spec and loot on main counts toward alt's one item/run rule(if you want to switch to alt for certain fights)

**Fiery/Lava Core** - will be gathered by Smultron/Engie/Er and will be traded to raiders as needed for specific crafts (hunter scope,FR gear,etc)

**MS Roll** means you should roll for items that fit your Main Spec, your current spec and the spec you're planning to raid in the near future

**OS Roll** will happen if nobody rolls for their Main Specs and you can roll if you can use it and plan to use it, these items do not count toward the one item/run rules

**Later Edits**

People who soft reserve items need to be present for the entirety of the raid.

Rolls will still be ran on a 5 seconds timer.

As usual, come prepared with consumables, BigWigs boss mods, knowledge of boss strats, at least UBRS level gear, and enchants, especially if you got loot in the past runs.

This loot system will be tested out this next MC raid (30th of May)

You can whisper 'Er' the text: '-mcres' to check your current reservation.

*Allons-y!*

E.R.

---

by **Reito** » Tue May 26, 2020 7:41 pm

Quick question, is there some confirmation that the soft reservation was successful? Also is it possible to change my reservation?

Anyway thx for this, I might have a bit different idea, but this is still much better than nothing! See ya in the raid :-)

Faustus

**Reito**
Posts: 16

---

by **Xerron** » Tue May 26, 2020 7:54 pm

> **Reito** wrote: ⊙
> Quick question, is there some confirmation that the soft reservation was successful?

The system or your personal reservation ?

E.R.

**Xerron**
Serenis Chibi Casually
Posts: 80

---

by **Reito** » Tue May 26, 2020 8:29 pm

Let me rephrase it - when i write "Faustus - Azuresong mageblade", will I get any notifications it was registered?

Document title: Soft Reserve - Turtle WoW
Capture URL: https://forum.turtle-wow.org/viewtopic.php?p=6339&amp;hilit=USA#p6339
Capture timestamp (UTC): Tue, 16 Dec 2025 19:25:19 GMT



by **Reito** » Tue May 26, 2020 8:29 pm

Let me rephrase it - when i write "Faustus - Azuresong mageblade", will I get any notifications it was registered?

**Reito**
Posts: 18

Faustus

---

by **Chirpy** » Tue May 26, 2020 9:37 pm

I'm glad to see a system being put in place. Can only make things clearer. Is there movement on a priority system as well?

**Chirpy**
Posts: 16
Has thanked: 7 times

Romanov

---

by **Chirpy** » Wed May 27, 2020 12:52 am

> **Reito** wrote: ⊙
> Tue May 26, 2020 8:29 pm
> Let me rephrase it - when i write "Faustus - Azuresong mageblade", will I get any notifications it was registered?

**Chirpy**
Posts: 16
Has thanked: 7 times

Like what a text?

Romanov

---

by **Xerron** » Wed May 27, 2020 4:51 am

> **Reito** wrote: ⊙
> Tue May 26, 2020 8:29 pm
> Let me rephrase it - when i write "Faustus - Azuresong mageblade", will I get any notifications it was registered?

**Xerron**
(Sampere Chief Curiosity)
Posts: 80

I'll probably have the addon half-ready till next MC so you'll be able to whisper me a command like : '!res' or something to see your reserved item.

E.R.

---

by **Reito** » Wed May 27, 2020 7:05 am

> **Xerron** wrote: ⊙
> Wed May 27, 2020 4:51 am
>> **Reito** wrote: ⊙
>> Tue May 26, 2020 8:29 pm
>> Let me rephrase it - when i write "Faustus - Azuresong mageblade", will I get any notifications it was registered?
>
> I'll probably have the addon half-ready till next MC so you'll be able to whisper me a command like : '!res' or something to see your reserved item.

**Reito**
Posts: 18

Thx thats what I had in mind. Or mb a disc PM? Just so ppl know they didnt do it wrong smth like: "Item reserved MC: Faustus - Azuresong mageblade"

Thanks for the answer :-)

Faustus

---

220

Thanks for the answer :-)

Faustus 

---

by **Hejtr** » Wed May 27, 2020 11:23 pm

**No Character Selected**

**Hejtr**
Posts: 8

WoW, weirdly simple system yet truly complicated to keep track of. I hope ER can make some addon for it soon.

Still I agree with Faust, not perfect but better than nothing.

---

Zlodcera - lvl 60 Orc Warlock

Krasz - lvl 60 Orc Shaman

---

by **Xerron** » Fri May 29, 2020 11:57 am

**Xerron**
Warrior Chief Lieutenant
Posts: 60

Bump for some edits.

E.R.

---

by **Connelly** » Fri May 29, 2020 11:23 pm

**Connelly**
Posts: 15

Should I assume these reserves are only for Thunder Ale members, or for everyone in the server?

> 2. When a soft reserved item drops, all players who reserved it will roll for it.

Reading the rule as phrased here, should I understand then that those reserves are indiscriminate, whether a player raids in a main spec appropriate for the item and another that doesn't?

To use an example I myself experienced: in a different server, in a MC raid where Bonereaver's Edge (a two-handed weapon) dropped, and I was the only melee playing with a two-handed Fury spec. The leaders allowed the dual wielding Furies to roll and gave it to one of them.

The same can easily happen to other classes and specs. Should I expect the same outcome to happen with the wording of this rule?

> People who soft reserve items need to be present for the entirety of the raid.

Is this a "black and white" rule, or does it allow for nuances? Is it about being there at the time of finishing the instance for the day (be it downing the last boss in the raid or hitting the time limit), or being there the entire time without interruptions?

The current raid times intersects with the times I *must* leave to walk the dogs. during the past weeks at MC this has meant Shazraz, and Baron once but that was because of delays beyond everyone's control. Shazraz is one encounters where a melee like me doesn't matter that much, which is why I decided it was a good moment to leave. Usually I'm back before or during the time the raid is crossing the bridge behind Golemagg.

Should I be counted out of this system, then?

Less importantly:

> come prepared with [...] BigWigs boss mods

Is this conditional to participating in the system, or just a friendly reminder of raiding expectations?

Because all versions of BigWigs I've tried have given me terrible performance in the game, even freezing the client during encounters until I was dead (IE: Firemaw. I'm sure you'd notice me stand in the open like an idiot. This was the suspected reason, for now). Not just BigWigs, there are other raiding addons that I'm suspecting of causing troubles and poor performance, so I'm starting to disable them. I prefer a working game without helps to one where the help kills me.

221

Because all versions of BigWigs I've tried have given me terrible performance in the game, even freezing the client during encounters until I was scad (I.E: Firemaw. I'm sure you'd notice me stand in the open like an idiot. This was the suspected reason, for now). Besides BigWigs, there are other raiding addons that I'm suspecting of causing troubles and poor performance, so I'm starting to disable them. I prefer a working game without helps to one where the help kills me.

by **Chlo** » Sat May 30, 2020 2:20 am

**Chlo**

Posts: 30

Just my input on the items a few people have reserved and how the system is open to abuse. I have stated this opinion on discord to the people discussing things at the time but after chatting to a few other players and hearing their concerns I will repeat here:

With the reserve system being visible until around raid start, you can view what other players have selected and "game" the system. (this obviously doesn't apply if you only want one item, you will just pick that item)

An example:

I am a new hunter. I see that Chlo and Ruari have picked the cloak. Wither has picked the T1 shoulders. All other hunter T1 gear will be a free roll, so it is pointless to use my reserve on. So I reserve the T2 legs from Ragnaros. If hunter T1 gear other than the shoulders drops throughout the raid, I can roll and win. I am happy. If no T1 gear drops I have a guaranteed win if the final boss drops the T2 legs. Pure logic suggests viewing other people's reserves and picking late-boss items for your own reserve is the best strategy.

I mentioned that people might do this on discord and perhaps came across as a little cynical, however I would like to draw attention to the following reserves:

Motorboat: A player with 3 greens to upgrade reserving the highly contested Choker of the Fire Lord that is the only item many casters who have raided for a long time need. If you view their reserve you will notice several people have reacted with the "?" response. No mage T1 gear has been reserved, so why reserve it I guess.

Halyeth: A player that has raided three times picking the Quick Strike Ring. To be fair, why pick hunter tier gear when you will likely win some on free rolls, per the example given earlier? Much better to ensure a win on an elusive item in case no tier gear drops and the ring does. I do however find this pick less contentious than a mage in greens going for the Choker.

Both the choker and QSR are items that have been highly contested within the "roll if you want the item" system previously used. If I've misrepresented anyone here, please do correct me.

I don't really have much of a solution other than private reserves, as I've seen people change their choices back and forth based on what others pick.

by **Xerron** » Sat May 30, 2020 5:42 am

**Xerron**

Élément Orisa Casualty

Posts: 80

> **Connelly wrote:** ⊕ Fri May 29, 2020 11:23 pm
> Should I assume these reserves are only for Thunder Ale members, or for everyone in the server?
>
> > 2. When a soft reserved item drops, all players who reserved it will roll for it.
>
> Reading the rule as phrased here, should I understand then that those reserves are indiscriminate, whether a player raids in a main spec appropriate for the item and another that doesn't?
>
> To use an example I myself experienced: in a different server, in a MC raid where Bonereaver's Edge (a two-handed weapon) dropped, and I was the only melee playing with a two-handed Fury spec. The leaders allowed the dual wielding Furies to roll and gave it to one of them.
>
> The same can easily happen to other classes and specs. Should I expect the same outcome to happen with the wording of this rule?
>
> > People who soft reserve items need to be present for the entirety of the raid.
>
> Is this a "black and white" rule, or does it allow for nuances? Is it about being there at the time of finishing the instance for the day (be it downing the last boss in the raid or hitting the time limit), or being there the entire time without interruptions?

The current raid times intersects with the times I *must* leave to walk the dogs. during the past weeks at MC this has meant Shazraz, and Baron once but that was because of delays beyond everyone's control. Shazraz is one encounters where a melee like me doesn't matter that much, which is why I decided it was a good moment to



222

instance for the day (be it downing the last boss in the raid or hitting the time limit), or being there the entire time without interruptions?

The current raid times intersects with the times I *must* leave to walk the dogs. during the past weeks at MC this has meant Shazraz, and Baron once but that was because of delays beyond everyone's control. Shazraz is one encounters where a melee like me doesn't matter that much, which is why I decided it was a good moment to leave. Usually I'm back before or during the time the raid is crossing the bridge behind Golemagg.

Should I be counted out of this system, then?

Less importantly:

> come prepared with [...] BigWigs boss mods

Is this conditional to participating in the system, or just a friendly reminder of raiding expectations?

Because all versions of BigWigs I've tried have given me terrible performance in the game, even freezing the client during encounters until I was dead (IE: Firemaw. I'm sure you'd notice me stand in the open like an idiot. This was the suspected reason, for now). Not just BigWigs, there are other raiding addons that I'm suspecting of causing troubles and poor performance, so I'm starting to disable them. I prefer a working game without helps to one where the help kills me.

1.
Why would you assume that only TABC members can reserve items when I clearly stated that

```
CODE: SELECT ALL
1. All players can have 1 (one) item soft reserved per raid...
```

2.
Reserved items should be main spec only without any meme specs. Regarding BRE, if you really want to help the raid with your furry dps, do it dual wielding it's far more dps

3.
Regarding being present for the entirety of the raid, yes you can afk for one boss, or for 15 mins to walk the dogs, if a melee can do it for shaz, even better but don't expect the raid to wait for you if you want loot off that boss. My idea was for people who want to come in at the end of the raid for the last couple of bosses and roll on their reserved items, i don't find it fair for the others who were there from the beginning of the raid.

4.
Boss Mods. Just the fact that you think this is the 'Less importantly' aspect of raiding makes me want to not invite people without boss mods in the future. Yes it's important, we don't enforce it yet, because we're calling out important boss mechanics on discord but sooner or later fails(bombs in the raid, etc) will be punished, and having boss mods will help you avoid such fails

E.R.

---

by **Connelly** » Sat May 30, 2020 8:00 am

**Connelly**

Posts: 15

> **Xerron wrote:**                                                   Sat May 30, 2020 5:42 am
> Why would you assume that only TABC members can reserve items when I clearly stated that

Merely asking for clarification.

> Reserved items should be main spec only without any meme specs. Regarding BRE, if you really want to help the raid with your furry dps, do it dual wielding it's far more dps

Aham. Meme specs. Cool. That's very reassuring.

Also, I was hoping you to look at the moon instead of the pointing finger.

> Boss Mods. Just the fact that you think this is the 'Less importantly' aspect of raiding makes me want to not invite people without boss mods in the future. Yes it's important, we don't enforce it yet, because we're calling out important boss mechanics on discord but sooner or later fails(bombs in the raid, etc) will be punished, and having boss mods will help you avoid such fails

I meant "less important" as "less relevant to the subject of loot distribution or how this particular system works". I seem to have failed to convey that, expecting it would be implied in the broad matter of discussion. My mistake.

223

Document title: Soft Reserve - Turtle WoW
Capture URL: https://forum.turtle-wow.org/viewtopic.php?p=6339&amp;hilit=USA#p6339
Capture timestamp (UTC): Tue, 16 Dec 2025 19:25:19 GMT

people without boss mods in the future. Yes it's important, we don't enforce it yet, because we're calling out
important boss mechanics on discord but sooner or later fails/bombs in the raid, etc) will be punished, and having
boss mods will help you avoid them fails

I meant "less important" as "less relevant to the subject of loot distribution or how this particular system works". I
seem to have failed to convey that, expecting it would be implied in the broad matter of discussion. My mistake.

---



by **Ezuba** » Sat Jun 13, 2020 3:11 pm

**Ezuba**

Posts: 33

I'm in favor of this system. That being said, can the burden of re reserving items be put on the people who got loot
instead of becoming a weekly chore for all to do?

What I mean is that, if you reserved an item last week and didn't get the item can the reserve just be forwarded on for
future weeks and if you got the item it is on you to reserve something different.

I honestly forgot that I hadn't reserved yet htis week, sign on this morning to get my characters consumables and raid
buffs inline(I'm in the USA here, is already within the 6 hour freeze on reserving).
I've realized now, 5.95 hours before raid, that I have no reason to come at all today.

I would like my gear and the time I've spent collecting up DMF, Songflower, and logged myself ready to get ZG and
Ony head right before raid to go to benefit the raid with a quick MC clear and hopes that we can start BWL
afterwards but instead will probably just join on a shitly geared alt or just not come at all because there is no chance
for loot on my character.

Again, I think this is a good system but the kinks could still be ironed out.

-AstrId

Astrid — 60 Nightelf Rogue
Nachichi — 60 Nightelf Priest
Snappster — 60 Gnome Mage
Tazri — 60 Human Warrior
Rafig — 59 Human Paladin

---

by **Chlo** » Sat Jun 13, 2020 10:58 pm

**NO CHARACTER
SELECTED**

**Chlo**

Posts: 30

I asked a question in raid today but didn't want to hammer the point since we needed to get on with killing baddies so
will request to discuss it again now.

My question was pretty much "does winning a BOP epic mean you lose your reserve on a later piece of loot?" and
the answer received was "no". Myself and various other players were confused by this.

From my understanding, the purpose of the soft reserve system was to reward the players who show up week after
week (and month after month) with only one or two items left that they need. By allowing the player's loot reserve to
stand no matter what they win prior, the system can and perhaps will be abused.

For example, it is in the best interests of any player who does not need a specific item from an earlier boss (such as
Brutality Blade/QSR) to opt for a later-boss item as their choice of reserved item. For example the Choker of the Fire
Lord, Cloak of the Shrouded Mists, Perdition's Blade, Cauterising Band, Wild Growth Spaulders etc.

Newer players are then able to scoop up a bunch of earlier loot, often uncontested such as the warlock shoulders
and mage legs today, as well as loads of priest gear. The player then will *still* be able to have a shot at the late-raid
item they picked to reserve, no matter what they have already received, by virtue of their earlier wins not counting.
Why the heck would a new healer not pick the ring or the shoulders (if they can use leather)? They will be afforded
the opportunity to win loads of other stuff beforehand and roll on the reserved late-raid item too. It would be pointless
for them to reserve earlier gear since it can be won anyway with no consequences.

I would also submit that if you have already won an epic, you should be leaving the raid happy. If you need many items
and have won one of several upgrades, you have not left empty-handed and have plenty of time to attend more raids
and collect lots of loot! Players that only need one item should not miss out or have a lower chance to win due to
other epics not counting.

---

by **Xerron** » Mon Jun 15, 2020 2:30 pm

66 **Ezuba wrote:** ⊙                                                              Sat Jun 13, 2020 3:11 pm

---

224

Document title: Soft Reserve - Turtle WoW
Capture URL: https://forum.turtle-wow.org/viewtopic.php?p=6339&amp;hilit=USA#p6339
Capture timestamp (UTC): Tue, 16 Dec 2025 19:25:19 GMT



by **Xerron** » Mon Jun 15, 2020 2:30 pm

> **Ezuba wrote:** ⊙                                    Sat Jun 13, 2020 3:11 pm
> I'm in favor of this system. That being said, can the burden of re reserving items be put on the people who got loot instead of becoming a weekly chore for all to do?

The process of getting reserves into the game is half-automated.
This means that Discord allows us to export the whole channel into a json file, then I have a few lines of code that extracts just the messages 'Player - item' and converts it into a format that my res addon can understand eg: ["Tyrelys"] = "Band of Accuria" and that gets auto loaded into the addon

I like to reset the channel because I don't want to rely on people to delete/update their reserves, some forget, some don't care after they get it, some can't make it next week, etc, and some people like to see exactly what is reserved and what's not for the next raid so they can adapt their res.

E.R.

---

**Xerron**
Barrens Chief Constable
Posts: 80

---

by **Ezuba** » Wed Jun 17, 2020 2:23 am

> "
> I like to reset the channel because I don't want to rely on people to delete/update their reserves, some forget, some don't care after they get it, some can't make it next week, etc, and some people like to see exactly what is reserved and what's not for the next raid so they can adapt their res.
> "

If they don't update it, it will come up that they want it and they will say no I got that last week.

Some forget is a reason to have it carry over not a reason to reset it.

Some don't care after they get it. Why are we pandering to those that don't care?

Some can't make it next week. Well when we are deciding loot they won't be getting it since they aren't present.

Some people like to see exactly what is reserved and what's not for the next raid so they can adapt their res. These would be people trying to game the system, why are we pandering to them? They could still update their reserve anyway so it's also a mute point.

Astrid — 60 Nightelf Rogue
Nachichi — 60 Nightelf Priest
Snapcaster — 60 Gnome Mage
Tazri — 60 Human Warrior
Rafiq — 59 Human Paladin

---

**Ezuba**
Posts: 33

---

by **Ezuba** » Sat Jun 20, 2020 1:00 pm

Partially bumping my previous post. Also wanted to bring up an idea that was put into discord voice chat last weekend that maybe shouldn't be swept under the rug.

Someone suggested (maybe it was Chlo?) that if you have reserved an item you should NOT be able to roll against others on other contested items. This would make the reserve more so favor the veteran players that only need one item and reduce the use of reserving an item to game the system by newer raiders. Having a negative impact of having a reserve would discourage people from just reserving the most sought after items and then getting the rest of their loot too.

-Astrid

Astrid — 60 Nightelf Rogue
Nachichi — 60 Nightelf Priest
Snapcaster — 60 Gnome Mage
Tazri — 60 Human Warrior
Rafiq — 59 Human Paladin

---

**Ezuba**
Posts: 33

---

by **Xerron** » Mon Jul 06, 2020 1:06 pm

225



by **Ezuba** » Wed Jun 17, 2020 2:23 am

I like to reset the channel because I don't want to rely on people to delete/update their reserves, some forget, some don't care after they get it, some can't make it next week, etc, and some people like to see exactly what is reserved and what's not for the next raid so they can adapt their res.
"

If they don't update it, it will come up that they want it and they will say no I got that last week.

Some forget is a reason to have it carry over not a reason to reset it.

Some don't care after they get it. Why are we pandering to those that don't care?

Some can't make it next week. Well when we are deciding loot they won't be getting it since they aren't present.

Some people like to see exactly what is reserved and what's not for the next raid so they can adapt their res. These would be people trying to game the system, why are we pandering to them? They could still update their reserve anyway so it's also a mute point.

**Ezuba**

Posts: 33

Astrid — 60 Nightelf Rogue
Nachichi — 60 Nightelf Priest
Snapcaster — 60 Gnome Mage
Tazri — 60 Human Warrior
Rafiq — 59 Human Paladin

---

by **Ezuba** » Sat Jun 20, 2020 1:00 pm

Partially bumping my previous post. Also wanted to bring up an idea that was put into discord voice chat last weekend that maybe shouldn't be swept under the rug.

Someone suggested (maybe it was Chlo?) that if you have reserved an item you should NOT be able to roll against others on other contested items. This would make the reserve more so favor the veteran players that only need one item and reduce the use of reserving an item to game the system by newer raiders. Having a negative impact of having a reserve would discourage people from just reserving the most sought after items and then getting the rest of their loot too.

-Astrid

**Ezuba**

Posts: 33

Astrid — 60 Nightelf Rogue
Nachichi — 60 Nightelf Priest
Snapcaster — 60 Gnome Mage
Tazri — 60 Human Warrior
Rafiq — 59 Human Paladin

---

by **Xerron** » Mon Jul 06, 2020 1:06 pm

bump for updates

**Xerron**

Gemini Clan Custody

Posts: 80

E.R.

---

POST REPLY ↩

20 posts • Page **1** of **1**

‹ Return to "Raids"

JUMP TO

Document title: Soft Reserve - Turtle WoW
Capture URL: https://forum.turtle-wow.org/viewtopic.php?p=6339&amp;hilit=USA#p6339
Capture timestamp (UTC): Tue, 16 Dec 2025 19:25:19 GMT

Page Vault

| | |
|---|---|
| Document title: | Where's Gifted?!? - Turtle WoW |
| Capture URL: | https://forum.turtle-wow.org/viewtopic.php?p=3469&hilit=USA#p3469 |
| Page loaded at (UTC): | Tue, 16 Dec 2025 19:25:50 GMT |
| Capture timestamp (UTC): | Tue, 16 Dec 2025 19:25:51 GMT |
| Capture tool: | 3.17.0 |
| Collection server IP: | 18.207.177.105 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/142.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 3 |
| Capture ID: | 25ARFQPsH39CPs2k7uf5Hb |
| Display Name: | cbg |



Document title: Where&#39;s Gifted?!? - Turtle WoW
Capture URL: https://forum.turtle-wow.org/viewtopic.php?p=3469&amp;hilit=USA#p3469
Capture timestamp (UTC): Tue, 16 Dec 2025 19:25:51 GMT



**Gifted**

Barrens Chat Casualty

Posts: 118

Been thanked: 4 times

I'll be gone on vacation from Thursday, July 18th - Tuesday, July 23rd. I'm going to Minnesota (USA) to visit my wife's family's farm. They don't have internet so I won't be logging into the server at all during that time.

I just wanted to give everyone a heads-up before I leave. You won't see me advertising on the server for a couple of days, but I still intend to organize and help lead the Molten Core raid on Sunday, August 4th @ 6pm (18:00) server time!

Most of the level 60s on this server know me because I'm pretty aggressive about getting people into 5-man instances and getting them geared-up. As we get closer to raiding on this server I want to encourage everyone to make the same effort to keep doing 5-mans for your BiS pre-raid gear!

See you when I return!

**~Gifted**

Thunder Ale Brewing Co

---

□ by **Torta** » Wed Jul 17, 2019 12:34 pm

Safe travels! :) We'll be waiting.

**Torta**

Is In WoW Jail?

Posts: 1247

Location: Canada

Has thanked: 1 time

Been thanked: 54 times

Contact: 💬

---

□ by **Sinrek** » Wed Jul 17, 2019 3:34 pm

A proper post in the appropriate section of the forum? I'd upvote it!

**Sinrek**

GM/Moderator of Faeral OVP

Posts: 1317

Location: England

Has thanked: 106 times

Been thanked: 22 times

🐢 Slowly turtling my way up.

---

□ by **Kazgrim** » Thu Jul 18, 2019 1:19 pm

Enjoy your vacation!

**Kazgrim**

Faedt Neo Crusading Trooper

Posts: 405

**Chieftain of the Dreadskull Clan**
viewtopic.php?f=23&t=5562

Check out my patches in the modding section!
viewforum.php?f=29

---

POST REPLY 🔧 ▾   ☰ ▾

4 posts • Page **1** of **1**

‹ Return to "General"

JUMP TO ▾

229

Document title: Where&#39;s Gifted?!? - Turtle WoW

Capture URL: https://forum.turtle-wow.org/viewtopic.php?p=3469&amp;hilit=USA#p3469

Capture timestamp (UTC): Tue, 16 Dec 2025 19:25:51 GMT

| | |
|---|---|
| Document title: | Turtle WoW Birthday Party - Turtle WoW |
| Capture URL: | https://forum.turtle-wow.org/viewtopic.php?p=458&hilit=New+York#p458 |
| Page loaded at (UTC): | Tue, 16 Dec 2025 19:29:09 GMT |
| Capture timestamp (UTC): | Tue, 16 Dec 2025 19:29:11 GMT |
| Capture tool: | 3.17.0 |
| Collection server IP: | 44.201.211.61 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/142.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 9 |
| Capture ID: | mjWNY5jkyrbB1t2x9gHCQF |
| Display Name: | cbg |



🔍 Quick links  👤 Login

Quick Search | Advanced Search

Search… [ Search ]

🏠 Turtle WoW › Forums › Community › General › Turtle WoW Birthday Party

# Turtle WoW Birthday Party

LOCKED 🔒    🔧 ▾    Search this topic…  🔍  ⚙    46 posts  1  2  ❯

📄 by **Torta** » Fri Oct 05, 2018 7:36 pm

**Torta**
Turtle WoW Team
Posts: 1247
Location: Tanaris
Has thanked: 1 time
Been thanked: 54 times
Contact: 💬



Greetings, Tortollans!

You are invited to the Turtle WoW birthday party, tomorrow, 6th of October at the following time:

- France: 16:00 PM
- UK: 15:00 PM
- Spain: 16:00 PM
- New York: 10:00 AM
- Australia: 24:00 AM
- Moscow: 17:00 PM

Countdown to Turtle WoW Launch: https://www.tickcounter.com/clone/countdown/763418

Confirm your invitation by replying to this topic, we will prepare plenty of Turtle's favorite Cider for everyone!

We can't wait to see our slow but steady growing community tomorrow! Without your support our turtle would have never made it to the water!

Stay T.U.R.T.L.E.D!

231



**Video unavailable**

This video is unavailable

▶

by **Wyke** » Fri Oct 05, 2018 7:42 pm

I will do my best to attend, but in true turtle style I may be a little late 🐢

**Wyke**
Posts: 16

by **Talespinner** » Fri Oct 05, 2018 7:47 pm

I'd be right happy to.

**Talespinner**
Posts: 20

Premier Vanilla Moonkin

by **Grouchyhippie** » Fri Oct 05, 2018 7:49 pm

Count me in.

**Grouchyhippie**
Posts: 1

by **Brequete** » Fri Oct 05, 2018 8:28 pm

Attendance confirmed..! 🐢

**Brequete**
Posts: 1

by **Laizek** » Fri Oct 05, 2018 8:40 pm

On my way 🐢

232

Document title: Turtle WoW Birthday Party - Turtle WoW
Capture URL: https://forum.turtle-wow.org/viewtopic.php?p=458&amp;hilit=New+York#p458
Capture timestamp (UTC): Tue, 16 Dec 2025 19:29:11 GMT

Page 2 of 8

by **Laizek** » Fri Oct 05, 2018 8:40 pm

On my way 

**Laizek**

Posts: 29

---

by **Zazzi** » Fri Oct 05, 2018 9:27 pm

I'll be there!

**Zazzi**

Posts: 9

---

by **Inriot** » Fri Oct 05, 2018 10:01 pm

Count me in

**Inriot**

Posts: 1

---

by **Dzigibau** » Fri Oct 05, 2018 10:05 pm

Would love to be there!!!!

**"Resistance is futile!!!"**

**Dzigibau**

Posts: 7

Location: Serbia

---

by **Arcangel** » Fri Oct 05, 2018 10:23 pm

me too!

**Arcangel**

Posts: 3

---

by **Hush** » Fri Oct 05, 2018 10:52 pm

I'll be there with bel...shells on!

**Hush**

Posts: 2

---

by **Pineapplecz** » Sat Oct 06, 2018 12:42 am

I will join!

233

Document title: Turtle WoW Birthday Party - Turtle WoW
Capture URL: https://forum.turtle-wow.org/viewtopic.php?p=458&amp;hilit=New+York#p458
Capture timestamp (UTC): Tue, 16 Dec 2025 19:29:11 GMT

by **Pineapplecz** » Sat Oct 06, 2018 12:43 am

I will join!

**Pineapplecz**
Posts: 1

by **Rad** » Sat Oct 06, 2018 1:44 am

🐸

**Rad**
Posts: 1

by **Shippo** » Sat Oct 06, 2018 3:29 am

I NEED PLAY THIS!!1 Xd

**Shippo**
Posts: 2

by **Trottles** » Sat Oct 06, 2018 5:55 am

Of course :D

**Trottles**
Posts: 1

by **Hajuka** » Sat Oct 06, 2018 7:44 am

Me too! ^_^

**Hajuka**
Posts: 1

by **Mrazomor** » Sat Oct 06, 2018 7:53 am

omw

**Mrazomor**
Posts: 1

by **Aliwoo** » Sat Oct 06, 2018 8:05 am

I'll be there. 😊

234



■ by Juncco » Sat Oct 06, 2018 3:03 am

I'll be there. 😎

**Aliwoo**

Posts: 1

---

■ by **Tortuga** » Sat Oct 06, 2018 8:12 am

OMW :)

**Tortuga**

Bankers Child Casualty

Posts: 81

Location: CET (ST+1)

---

■ by **Owondyah** » Sat Oct 06, 2018 8:46 am

well... fk it.

It launches exactly when my shift starts so I'll be late to party.
Expect me online after 23:00 ;)

Mah YahTuhbe stuffz (TW related content included)

Have you VOTED today?

OWONDYAH armory link

**Owondyah**

Bankers Child Casualty

Posts: 148

---

■ by **Sparlok** » Sat Oct 06, 2018 9:44 am

where will this be taking place in-game? :D

**Sparlok**

Posts: 1

---

■ by **Jester** » Sat Oct 06, 2018 10:09 am

How many people are expected to be there during the launch?

**Jester**

Posts: 1

---

■ by **Hiccup** » Sat Oct 06, 2018 10:16 am

ILL BRING CAKE!!

**Hiccup**

Posts: 4

Location: England

---

235

Document title: Turtle WoW Birthday Party - Turtle WoW
Capture URL: https://forum.turtle-wow.org/viewtopic.php?p=458&amp;hilit=New+York#p458
Capture timestamp (UTC): Tue, 16 Dec 2025 19:29:11 GMT

Page 5 of 8

Hiccup

Posts: 4

Location: England

---



by **Vonturtle** » Sat Oct 06, 2018 10:24 am

**Vonturtle**

Posts: 1

Turtle's are so cool. I'm psyched... my bro and I are gettin' hyped yo... if we can get a solid pop of 400+ on each site... we gucchi!!

:)

p.s. - I really hope too, b/c this is a PvE server the command .pvp on is enabled by default.

---

by **Sirastral** » Sat Oct 06, 2018 10:38 am

**Sirastral**

Posts: 1

Can't wait to get in !

---

by **Durotard** » Sat Oct 06, 2018 11:39 am

**Durotard**

Posts: 2

Looking forward to it! 4 and a half more hours to go :)

---

by **Calebhat7** » Sat Oct 06, 2018 11:40 am

**Calebhat7**

Posts: 2

---

by **Durotard** » Sat Oct 06, 2018 12:06 pm

**Durotard**

Posts: 2

> **Durotard wrote:** ⊙                                    Sat Oct 06, 2018 11:39 am
> Looking forward to it! 4 and a half more hours to go :)

Oh well I counted wrongly, it's only about 2 hours left. Hype!

---

by **Bellybutton** » Sat Oct 06, 2018 12:08 pm

**Bellybutton**

Servers Chat Casualty

Posts: 182

Has thanked: 16 times

Been thanked: 55 times

Count me in!

**Zamba the Unruly**
*"Zamba be sensing the winds of change in da air. Can you be feeling it too, mon?"*

---

236



Posts: 192
Has thanked: 16 times
Been thanked: 55 times

---

User avatar

**Kainnee**
Posts: 38

by **Kainnee** » Sat Oct 06, 2018 12:15 pm

My wife and me are so slow, we'll arrive tomorrow :).

---

NO CHARACTER SELECTED

**Nanthei**
Posts: 2

by **Nanthei** » Sat Oct 06, 2018 12:16 pm

coming

---

NO CHARACTER SELECTED

**Nanthei**
Posts: 2

by **Nanthei** » Sat Oct 06, 2018 12:17 pm

any discord for this server?

---

**Torta**
Turtle WoW Team
Posts: 1247
Location: Tarieth
Has thanked: 1 time
Been thanked: 54 times

Contact:

by **Torta** » Sat Oct 06, 2018 12:23 pm

https://discord.turtle-wow.org :)

---

NO CHARACTER SELECTED

**Zopiteve**
Posts: 1

by **Zopiteve** » Sat Oct 06, 2018 1:16 pm

Coming! 🐢

---

NO CHARACTER SELECTED

**Largex**

by **Largex** » Sat Oct 06, 2018 1:18 pm

Attending bois! 🐢

237



by **Nanthei** » Sat Oct 06, 2018 12:16 pm

coming

**Nanthei**
Posts: 2

by **Nanthei** » Sat Oct 06, 2018 12:17 pm

any discord for this server?

**Nanthei**
Posts: 2

by **Torta** » Sat Oct 06, 2018 12:23 pm

https://discord.turtle-wow.org :)

**Torta**
Turtle WoW Team
Posts: 1247
Location: Tanaris
Has thanked: 1 time
Been thanked: 54 times
Contact: 💬

by **Zopiteve** » Sat Oct 06, 2018 1:16 pm

Coming! 🐢

**Zopiteve**
Posts: 1

by **Largex** » Sat Oct 06, 2018 1:18 pm

Attending bois! 🐢

**Largex**
Posts: 3

LOCKED 🔒      🔧 ▾      ⌄ ▾                                    46 posts   1   2   ›

‹ Return to "General"                                              JUMP TO ▾

Page Vault

| | |
|---|---|
| Document title: | Turtle WoW Birthday Party - Turtle WoW |
| Capture URL: | https://forum.turtle-wow.org/viewtopic.php?p=458&hilit=New+York#p458 |
| Page loaded at (UTC): | Tue, 16 Dec 2025 19:32:19 GMT |
| Capture timestamp (UTC): | Tue, 16 Dec 2025 19:32:21 GMT |
| Capture tool: | 3.17.0 |
| Collection server IP: | 13.217.44.203 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/142.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 9 |
| Capture ID: | 5bzSExqew9NZJXSevFBSGR |
| Display Name: | cbg |



Quick Search | Advanced Search

Search...   [Search]

🏠 Turtle WoW  >  Forums  >  Community  >  General  >  Turtle WoW Birthday Party

# Turtle WoW Birthday Party

LOCKED 🔒     🔧 ▼   | Search this topic… | 🔍 | ⚙        46 posts  [1] [2]  ›

Torta
Turtle WoW Team
Posts: 1247
Location: Tarturth
Has thanked: 1 time
Been thanked: 54 times
Contact: 💬

▫ by **Torta** » Fri Oct 05, 2018 7:36 pm



Greetings, Tortollans!

You are invited to the Turtle WoW birthday party, tomorrow, 6th of October at the following time:

- France: 16:00 PM
- UK: 15:00 PM
- Spain: 16:00 PM
- New York: 10:00 AM
- Australia: 24:00 AM
- Moscow: 17:00 PM

Countdown to Turtle WoW Launch: https://www.tickcounter.com/clone/countdown/763418

Confirm your invitation by replying to this topic, we will prepare plenty of Turtle's favorite Cider for everyone!

We can't wait to see our slow but steady growing community tomorrow! Without your support our turtle would have never made it to the water!

Stay T.U.R.T.L.E.D!

Document title: Turtle WoW Birthday Party - Turtle WoW
Capture URL: https://forum.turtle-wow.org/viewtopic.php?p=458&amp;hilit=New+York#p458
Capture timestamp (UTC): Tue, 16 Dec 2025 19:32:21 GMT



by **Wyke** » Fri Oct 05, 2018 7:42 pm

I will do my best to attend, but in true turtle style I may be a little late

**Wyke**

Posts: 16

---

by **Talespinner** » Fri Oct 05, 2018 7:47 pm

I'd be right happy to.

Premier Vanilla Moonkin

**Talespinner**

Posts: 20

---

by **Grouchyhippie** » Fri Oct 05, 2018 7:49 pm

Count me in.

**Grouchyhippie**

Posts: 1

---

by **Brequete** » Fri Oct 05, 2018 8:28 pm

Attendance confirmed..!

**Brequete**

Posts: 1

---

by **Laizek** » Fri Oct 05, 2018 8:40 pm

On my way

241

Document title: Turtle WoW Birthday Party - Turtle WoW
Capture URL: https://forum.turtle-wow.org/viewtopic.php?p=458&amp;hilit=New+York#p458
Capture timestamp (UTC): Tue, 16 Dec 2025 19:32:21 GMT



by **Laizek** » Fri Oct 05, 2018 8:40 pm

On my way 😄

**Laizek**
Posts: 29

by **Zazzi** » Fri Oct 05, 2018 9:27 pm

I'll be there!

**Zazzi**
Posts: 9

by **Inriot** » Fri Oct 05, 2018 10:01 pm

Count me in 😊

**Inriot**
Posts: 1

by **Dzigibau** » Fri Oct 05, 2018 10:05 pm

Would love to be there!!!!

**Dzigibau**
Posts: 7
Location: Serbia

😆 **"Resistance is futile!!!"** 😆

by **Arcangel** » Fri Oct 05, 2018 10:23 pm

me too!

**Arcangel**
Posts: 3

by **Hush** » Fri Oct 05, 2018 10:52 pm

I'll be there with bel...shells on!

**Hush**
Posts: 2

by **Pineapplecz** » Sat Oct 06, 2018 12:42 am

I will join!

242



by **Pineapplecz** » Sat Oct 06, 2018 12:43 am

I will join!

**Pineapplecz**
Posts: 1

by **Rad** » Sat Oct 06, 2018 1:44 am

**Rad**
Posts: 1

by **Shippo** » Sat Oct 06, 2018 3:29 am

I NEED PLAY THIS!!1 Xd

**Shippo**
Posts: 2

by **Trottles** » Sat Oct 06, 2018 5:55 am

Of course :D

**Trottles**
Posts: 1

by **Hajuka** » Sat Oct 06, 2018 7:44 am

Me too! ^_^

**Hajuka**
Posts: 1

by **Mrazomor** » Sat Oct 06, 2018 7:53 am

omw

**Mrazomor**
Posts: 1

by **Aliwoo** » Sat Oct 06, 2018 8:05 am

I'll be there.

243

Document title: Turtle WoW Birthday Party - Turtle WoW
Capture URL: https://forum.turtle-wow.org/viewtopic.php?p=458&amp;hilit=New+York#p458
Capture timestamp (UTC): Tue, 16 Dec 2025 19:32:21 GMT



by Aliwoo » Sat Oct 06, 2018 3:05 am

I'll be there. 😋

**Aliwoo**
Posts: 1

---

by **Tortuga** » Sat Oct 06, 2018 8:12 am

OMW :)

**Tortuga**
Battlerite Grind Casualty
Posts: 81
Location: CET (ST+1)

---

by **Owondyah** » Sat Oct 06, 2018 8:46 am

well... fk it.

It launches exactly when my shift starts so I'll be late to party.
Expect me online after 23:00 ;)

Mah YahTubbe stuffz (TW related content included)

Have you VOTED today?

OWONDYAH armory link

**Owondyah**
Battlerite Grind Casualty
Posts: 148

---

by **Sparlok** » Sat Oct 06, 2018 9:44 am

where will this be taking place in-game? :D

**Sparlok**
Posts: 1

---

by **Jester** » Sat Oct 06, 2018 10:09 am

How many people are expected to be there during the launch?

**Jester**
Posts: 1

---

by **Hiccup** » Sat Oct 06, 2018 10:16 am

ILL BRING CAKE!!

**Hiccup**
Posts: 4
Location: England

244



**Hiccup**

Posts: 4

Location: England

---

by **Vonturtle** » Sat Oct 06, 2018 10:24 am

**Vonturtle**

Posts: 1

Turtle's are so cool. I'm psyched... my bro and I are gettin' hyped yo... if we can get a solid pop of 400+ on each site... we gucchi!!

:)

p.s. - I really hope too, b/c this is a PvE server the command .pvp on is enabled by default.

---

by **Sirastral** » Sat Oct 06, 2018 10:38 am

**Sirastral**

Posts: 1

Can't wait to get in !

---

by **Durotard** » Sat Oct 06, 2018 11:39 am

**Durotard**

Posts: 2

Looking forward to it! 4 and a half more hours to go :)

---

by **Calebhat7** » Sat Oct 06, 2018 11:40 am

**Calebhat7**

Posts: 2

---

by **Durotard** » Sat Oct 06, 2018 12:06 pm

**Durotard**

Posts: 2

> **Durotard wrote:** ⊕                                                Sat Oct 06, 2018 11:39 am
> Looking forward to it! 4 and a half more hours to go :)

Oh well I counted wrongly, it's only about 2 hours left. Hype!

---

by **Bellybutton** » Sat Oct 06, 2018 12:08 pm

**Bellybutton**

Servers Child Crusader

Posts: 182

Has thanked: 16 times

Been thanked: 55 times

Count me in!

**Zamba the Unruly**
*"Zamba be sensing the winds of change in da air. Can you be feeling it too, mon?"*

---

245



**Zamba the Unruly**

Zamba be sensing the winds of change in da air. Can you be feelin it too, mon?

---

by **Kainnee** » Sat Oct 06, 2018 12:15 pm

My wife and me are so slow, we'll arrive tomorrow :).

**Kainnee**
Posts: 38

---

by **Nanthei** » Sat Oct 06, 2018 12:16 pm

coming

**Nanthei**
Posts: 2

---

by **Nanthei** » Sat Oct 06, 2018 12:17 pm

any discord for this server?

**Nanthei**
Posts: 2

---

by **Torta** » Sat Oct 06, 2018 12:23 pm

https://discord.turtle-wow.org :)

**Torta**
Turtle WoW Team
Posts: 1247
Location: Tirisfal
Has thanked: 1 time
Been thanked: 54 times

Contact: 💬

---

by **Zopiteve** » Sat Oct 06, 2018 1:16 pm

Coming! 🐸

**Zopiteve**
Posts: 1

---

by **Largex** » Sat Oct 06, 2018 1:18 pm

Attending bois! 🐸

**Largex**

246

by **Nanthei** » Sat Oct 06, 2018 12:16 pm

coming

**Nanthei**

Posts: 2

---

by **Nanthei** » Sat Oct 06, 2018 12:17 pm

any discord for this server?

**Nanthei**

Posts: 2

---

by **Torta** » Sat Oct 06, 2018 12:23 pm

https://discord.turtle-wow.org :)

**Torta**

Turtle WoW Team

Posts: 1247

Location: Tamara

Has thanked: 1 time

Been thanked: 54 times

Contact: 💬

---

by **Zopiteve** » Sat Oct 06, 2018 1:16 pm

Coming! 

**Zopiteve**

Posts: 1

---

by **Largex** » Sat Oct 06, 2018 1:18 pm

Attending bois! 

**Largex**

Posts: 3

---

LOCKED 🔒    🔧 ▾    ↓≡ ▾          46 posts  **1** 2  ›

‹ Return to "General"                                    JUMP TO ▾

247

Page Vault

| | |
|---|---|
| Document title: | [Concept] Elite Guild in TWoW. - Turtle WoW |
| Capture URL: | https://forum.turtle-wow.org/viewtopic.php?p=132828&hilit=EST#p132828 |
| Page loaded at (UTC): | Tue, 16 Dec 2025 19:33:34 GMT |
| Capture timestamp (UTC): | Tue, 16 Dec 2025 19:33:35 GMT |
| Capture tool: | 3.17.0 |
| Collection server IP: | 18.206.188.242 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/142.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 3 |
| Capture ID: | 3tMgXZVKWcCMLoWJNfdw9T |
| Display Name: | cbg |



Document title: [Concept] Elite Guild in TWoW. - Turtle WoW
Capture URL: https://forum.turtle-wow.org/viewtopic.php?p=132828&amp;hilit=EST#p132828
Capture timestamp (UTC): Tue, 16 Dec 2025 19:33:35 GMT



> **Drubarrymooer wrote:** ⊕                                    Fri May 23, 2025 6:45 pm
> You have no further to look than the twow speed running community. They are as geared and elite as it gets.
> Unfortunately, you won't find
>
> > **zer0g3 wrote:** ⊕                                         Fri May 23, 2025 5:53 pm
> > Respect, good vibes and general positive mental attitude
>
> in all of them. The problem with elitism is it tends to lead to elitest behaviours....no matter how well intentioned at
> first.

Well, that's true. But it all depends on the individuals.

---

□ by **Gildark** » Sat May 24, 2025 11:53 am

> **zer0g3 wrote:** ⊕                                           Fri May 23, 2025 5:53 pm
> I've noticed that there is no "True Elite" guild around.

*<Mortality> has entered the chat*

---

□ by **zer0g3** » Sat May 24, 2025 2:42 pm

> **Gildark wrote:** ⊕                                          Sat May 24, 2025 11:53 am
> > **zer0g3 wrote:** ⊕                                         Fri May 23, 2025 5:53 pm
> > I've noticed that there is no "True Elite" guild around.
>
> *<Mortality> has entered the chat*

Yeah. Mortality is where I wanted to go originally but they are NA while I am EU. Their raid schedule lines to 4AM my
time. It's just not feasible to go there.

---

□ by **Gildark** » Sat May 24, 2025 3:10 pm

> **zer0g3 wrote:** ⊕                                           Sat May 24, 2025 2:42 pm
> Yeah. Mortality is where I wanted to go originally but they are NA while I am EU. Their raid schedule lines to 4AM
> my time. It's just not feasible to go there.

Yeah we usually raid 9pm EST.

I don't know their raid times but from the top of my head you could try Weird Vibes, Hard Knocks Society, or Doom
Turtles. They're probably the closest competition we have. At the very least I encourage you to start your own speed-
running guild, more the merrier.

**POST REPLY**                                              6 posts • Page **1** of **1**

‹ Return to "Guild Recruitment"                                          JUMP TO

250

**Page Vault**

| | |
|---|---|
| Document title: | Fury DPS/Fury Prot Tank Warrior Looking for Active Raiding Guild - Turtle WoW |
| Capture URL: | https://forum.turtle-wow.org/viewtopic.php?p=103072&hilit=PST#p103072 |
| Page loaded at (UTC): | Tue, 16 Dec 2025 19:34:15 GMT |
| Capture timestamp (UTC): | Tue, 16 Dec 2025 19:34:16 GMT |
| Capture tool: | 3.17.0 |
| Collection server IP: | 13.223.254.187 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/142.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 3 |
| Capture ID: | ighhFjdih3U6qu1hvP3cWT |
| Display Name: | cbg |



Login

Quick Search   Advanced Search

Search…                    **Search**

🏠 Turtle WoW > Forums > Community > Guild Recruitment > Fury DPS/Fury Prot Tank Warrior Looking for Active Raiding Guild

# Fury DPS/Fury Prot Tank Warrior Looking for Active Raiding Guild

POST REPLY    🔧 ▾    Search this topic…    🔍 ⚙️

3 posts • Page **1** of **1**

---

**Dareturtle**

NO CHARACTER SELECTED

**Dareturtle**

Posts: **2**

Has thanked: **1** time

by **Dareturtle** » Mon Oct 14, 2024 6:27 pm

Hey everyone,

I'm Mokota, a Warrior currently leveling (30+) with plans to cap and get pre-BiS within the week. I'm looking to join a guild that's active and focused on PvE raiding. Here's a bit more about me:

About Me:

Class/Role: Warrior (can Tank or Fury DPS)
Playstyle: PvE, focused on raiding
Activity: I play daily after 4:45 PM PST
Time Zone: MST
Voice Chat: Discord
Experience: Hardcore raiding in Retail WoW, Classic WoW, and Final Fantasy 14

What I'm Looking For:

Guild Focus: Raiding
Guild Size: Doesn't matter, as long as it's active and raids regularly
Activity: I want a guild that is active daily with consistent raiding
Environment: Friendly, no racism, bigotry, homophobia, or slurs. LGBT-friendly and no hate speech tolerated
Region: I'm based in NA, but open to guilds from any region

Why I'd Be a Valuable Asset: I come to every raid prepared, knowing the mechanics, with full consumables, world buffs, and enchants. I strive to min-max and expect the same level of effort from my teammates. I'm loyal to my guilds (raided with the same one through all of Classic) and go above and beyond to help guild members improve and succeed. I ensure that we're all on the same page, and I'm always happy to assist in any way I can. Currently, I'm leveling (30+), but I plan on capping and getting pre-BiS within the week.

Feel free to message me in-game through whispers or via mail, discord: dare9566, or on this thread if your guild sounds like a good fit.

Cheers,
Mokota

---

**Akos1896**

**Akos1896**

Crusader of Fort UER

Posts: **1680**

Has thanked: **162** times

Been thanked: **252** times

by **Akos1896** » Mon Oct 14, 2024 6:31 pm

One note:
World buffs don't work in raids here. But you're kinda compensated with consumables (even new ones) which still stay on you upon death + the benefits of crossfaction.

---

252

Document title: Fury DPS/Fury Prot Tank Warrior Looking for Active Raiding Guild - Turtle WoW
Capture URL: https://forum.turtle-wow.org/viewtopic.php?p=103072&hilit=PST#p103072
Capture timestamp (UTC): Tue, 16 Dec 2025 19:34:16 GMT



**Dareturtle**
Posts: 2
Has thanked: 1 time

Hey everyone,

I'm Mokota, a Warrior currently leveling (30+) with plans to cap and get pre-BiS within the week. I'm looking to join a guild that's active and focused on PvE raiding. Here's a bit more about me:

About Me:

Class/Role: Warrior (can Tank or Fury DPS)
Playstyle: PvE, focused on raiding
Activity: I play daily after 4:45 PM PST
Time Zone: MST
Voice Chat: Discord
Experience: Hardcore raiding in Retail WoW, Classic WoW, and Final Fantasy 14

What I'm Looking For:

Guild Focus: Raiding
Guild Size: Doesn't matter, as long as it's active and raids regularly
Activity: I want a guild that is active daily with consistent raiding
Environment: Friendly, no racism, bigotry, homophobia, or slurs. LGBT-friendly and no hate speech tolerated
Region: I'm based in NA, but open to guilds from any region

Why I'd Be a Valuable Asset: I come to every raid prepared, knowing the mechanics, with full consumables, world buffs, and enchants. I strive to min-max and expect the same level of effort from my teammates. I'm loyal to my guilds (raided with the same one through all of Classic) and go above and beyond to help guild members improve and succeed. I ensure that we're all on the same page, and I'm always happy to assist in any way I can. Currently, I'm leveling (30+), but I plan on capping and getting pre-BiS within the week.

Feel free to message me in-game through whispers or via mail, discord: dare9566, or on this thread if your guild sounds like a good fit.

Cheers,
Mokota

---

by **Akos1896** » Mon Oct 14, 2024 6:31 pm

**Akos1896**
Champion of Forest PvE
Posts: 1690
Has thanked: 162 times
Been thanked: 262 times

One note:
World buffs don't work in raids here. But you're kinda compensated with consumables (even new ones) which still stay on you upon death + the benefits of crossfaction.

---

by **Dareturtle** » Mon Oct 14, 2024 6:39 pm

**Dareturtle**
Posts: 2
Has thanked: 1 time

Oh wow, that's awesome!

---

POST REPLY

3 posts • Page **1** of **1**

‹ Return to "Guild Recruitment"

JUMP TO

Document title: Fury DPS/Fury Prot Tank Warrior Looking for Active Raiding Guild - Turtle WoW
Capture URL: https://forum.turtle-wow.org/viewtopic.php?p=103072&amp;hilit=PST#p103072
Capture timestamp (UTC): Tue, 16 Dec 2025 19:34:16 GMT

| | |
|---|---|
| Document title: | Two players new to Turtle not WoW - Turtle WoW |
| Capture URL: | https://forum.turtle-wow.org/viewtopic.php?p=89589&hilit=PST#p89589 |
| Page loaded at (UTC): | Tue, 16 Dec 2025 19:34:24 GMT |
| Capture timestamp (UTC): | Tue, 16 Dec 2025 19:34:25 GMT |
| Capture tool: | 3.17.0 |
| Collection server IP: | 34.203.199.155 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/142.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 3 |
| Capture ID: | e4RYoHhtEv1XQmEuA3Juxo |
| Display Name: | cbg |



Document title: Two players new to Turtle not WoW - Turtle WoW

Capture URL: https://forum.turtle-wow.org/viewtopic.php?p=89589&amp;hilit=PST#p89589

Capture timestamp (UTC): Tue, 16 Dec 2025 19:34:25 GMT

Page 1 of 2



Page Vault

| | |
|---|---|
| Document title: | Looking for a guild to call home! - Turtle WoW |
| Capture URL: | https://forum.turtle-wow.org/viewtopic.php?p=83870&hilit=PST#p83870 |
| Page loaded at (UTC): | Tue, 16 Dec 2025 19:34:59 GMT |
| Capture timestamp (UTC): | Tue, 16 Dec 2025 19:35:00 GMT |
| Capture tool: | 3.17.0 |
| Collection server IP: | 54.152.69.215 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/142.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 3 |
| Capture ID: | wdeFvib6rmRMVb4EpPKRJC |
| Display Name: | cbg |

## TURTLE WOW
### Mysteries of Azeroth

Quick Search  Advanced Search

Search…  **Search**

🏠 Turtle WoW › Forums › Community › Guild Recruitment › Looking for a guild to call home!

# Looking for a guild to call home!

POST REPLY    🔧 ▾    Search this topic…  🔍  ⚙

3 posts • Page **1** of **1**

---

**NO CHARACTER SELECTED**

**Feyre**

Posts: 2

📄 by **Feyre** » Sun Jan 07, 2024 2:01 am

I've been playing retail for the past 15 years, but fell in love with TWoW.

Looking for a group of people to adventure with, who likes to have fun, but get things done. Who is drama/toxicity free and cares about a person behind the pixels. I have plenty experience in raiding, experience in leadership and recruitment. My main character is warlock (still leveling).

Some other preferences:

• **PST** or late night guild
• Adults ( age 30+ ) so we would have a better chance to have common vibes

Last edited by Feyre on Sun Jan 07, 2024 4:12 am, edited 1 time in total.

---

**NO CHARACTER SELECTED**

**Drubarrymooer**

Guildmaster of Future PvP

Posts: 1061
Has thanked: 175 times
Been thanked: 213 times

📄 by **Drubarrymooer** » Sun Jan 07, 2024 3:14 am

The Blackwing Guard raids 6pm pst most days. A fair amount of us are old heads.

---

**Foobs**

Farmers Chief Executive

Posts: 143
Has thanked: 1 time
Been thanked: 1 time

📄 by **Foobs** » Sun Jan 07, 2024 4:58 am

> ❝ **Feyre wrote:** ⊕    Sun Jan 07, 2024 2:01 am
>
> I've been playing retail for the past 15 years, but fell in love with TWoW.
>
> Looking for a group of people to adventure with, who likes to have fun, but get things done. Who is drama/toxicity free and cares about a person behind the pixels. I have plenty experience in raiding, experience in leadership and recruitment. My main character is warlock (still leveling).
>
> Some other preferences:
>
> • **PST** or late night guild
> • Adults ( age 30+ ) so we would have a better chance to have common vibes ❞

Farmers Market needs more healers or tanks. Let us know if your still in need of a guild.

🐢 *I'm just here for the GM's replies--Carry on!!*

---

258



Document title: Looking for a guild to call home! - Turtle WoW
Capture URL: https://forum.turtle-wow.org/viewtopic.php?p=83870&amp;hilit=PST#p83870
Capture timestamp (UTC): Tue, 16 Dec 2025 19:35:00 GMT

Page Vault

| | |
|---|---|
| Document title: | Keep Raid Scaling - Page 2 - Turtle WoW |
| Capture URL: | https://forum.turtle-wow.org/viewtopic.php?p=70020&hilit=PST#p70020 |
| Page loaded at (UTC): | Tue, 16 Dec 2025 19:35:44 GMT |
| Capture timestamp (UTC): | Tue, 16 Dec 2025 19:35:46 GMT |
| Capture tool: | 3.17.0 |
| Collection server IP: | 54.83.109.112 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/142.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 7 |
| Capture ID: | 5hN2owND1SVd9Re21GKA6z |
| Display Name: | cbg |





**Bitayou**
Turtle Chef Celestity
Posts: 193
Has thanked: 4 times
Been thanked: 31 times

the growing pains right now of trying to recruit more players, and it is very painful to find even one consistent player as it is right now. Combine this with the horrible direction of allowing 10's of thousands of Chinese players over the past several months drive away players until recently, it's just very disheartening to continue on.

---

by **Shirazen** » Tue Oct 10, 2023 5:07 pm



**Shirazen**
Posts: 18

Weaker raid teams are going to struggle with these changes. And, "Go look for a better/stronger/bigger raid team." is a contrarian solution to a problem that didn't exist until the changes created it.

A casual 20-30-man progression environment is something very common on Turtle and asking for people to abandon their preferred way of raiding is basically just telling them that their method of enjoying the game is wrong, which I can't get behind.

Scaling is great. The ability for less people to enjoy content that was heavily gated in Vanilla due to 40man requirements is a GOOD thing, with minimal if no downsides from my perspective. People will probably mention 25man raids in TBC, which, while they aren't perfect, a scaling system allows for much more dynamic group-forming if you're into a smaller community like that.

It's not like raids are using a 30man meta for 40man content or something. If a guild wants to be fast, push progression hard with 40 people - they have the choice to do that. But kicking the little guilds or forcing them to split up/frantically look for additional members is only going to add stress into the community, in my opinion.

I think that forcing raid teams to either band together or disband if they cannot handle scaling is not really a good thing. I guess you could argue that it's a "social" change because people will have to re-network or advertise their raid teams more, but.... I'm not sure those are things anyone wanted to do to begin with. Most people were already having fun, happily existing in their preference environment.

-Zarken Nightshade-
Hardcore Roleplayer, Shitty Naxxrammas Raider, WPvP Enjoyer, Community Cult Leader, Music Fanatic, and silly LGBT fella.

---

by **Nilay** » Tue Oct 10, 2023 5:16 pm

**Nilay**
Turtle Chef Celestity
Posts: 158
Has thanked: 28 times
Been thanked: 27 times

RIP small communities and non-mainstream themed guilds. I guess my FR guild project on the new PVP realm will never see the light of day.
The more Turtle WoW grows, the less attractive it is. RP is dying without care or help (not even a gesture like an RP glyph, or a universal tavern to help people meet others), and small communities see hostile changes like this one just destroying their asses. Okay. This is becoming a God Damn McDonald I understand. Like on other Private Servers: they will soon ask us to see the "bigger picture" and "understand that from their POV".
This wasn't the project I thought it would become, I didn't see it going in this direction, and like always: My cynical friends were damn right from the very, very, very beginning. I am salty.

Last edited by Nilay on Wed Oct 11, 2023 6:19 am, edited 2 times in total.

Nordanaar: Illyan (60 - Hunter), Feryal (60 - Rogue)
Tel'abim: Feryal (60 - Rogue), Ashhoof (XX - Hunter)

---

by **Martinwalker789** » Tue Oct 10, 2023 5:25 pm

**Martinwalker789**
Posts: 2

I have to agree with this change not being very well thought out. If your north star is going to be more 40 man content, then you will be shooting yourselves in the foot down the road when people eventually leave for the next new shiny and the population drops to a point that all this new content you will be creating with become inaccessible due to this limit.

Guilds can work around the mechanics of raids. I know my guild is planning on this for 4 horsemen as it requires 8 tanks. I knew we had to work around it for Cthun. The mechanics themselves aren't the limiting issue for most of us, it is the health and damage. Scaling solved for this.

Keep the scaling, let the Guilds figure out the mechanics with their numbers. This change is for sure short sided on thinking Twow pop will always be growing and not shrinking.

262



Keep the scaling, let the Guilds figure out the mechanics with their numbers. This change is for sure short sided on thinking Twow pop will always be growing and not shrinking.

---

by **Jstansberry** » Tue Oct 10, 2023 6:00 pm

**Jstansberry**

Warrens Clinic Casualty

Posts: 143

> **Martinwalker789 wrote:** ⚙
> Tue Oct 10, 2023 5:25 pm
>
> I have to agree with this change not being very well thought out. If your north star is going to be more 40 man content, then you will be shooting yourselves in the foot down the road when people eventually leave for the next new shiny and the population drops to a point that all this new content you will be creating with become inaccessible due to this limit.
>
> Guilds can work around the mechanics of raids. I know my guild is planning on this for 4 horsemen as it requires 8 tanks. I knew we had to work around it for Cthun. The mechanics themselves aren't the limiting issue for most of us, it is the health and damage. Scaling solved for this.
>
> Keep the scaling, let the Guilds figure out the mechanics with their numbers. This change is for sure short sided on thinking Twow pop will always be growing and not shrinking.

The population size has very little impact on the ease of getting a 40 man raid crew together. This server has been online for 5+ years and recruiting for a progressing guild is very difficult because of that. There are many guilds that have all end game content on farm and finding players who would rather progress through the content with you rather than being carried in one of those guilds for easier loot is very difficult I've been playing on this server on and off since the beginning of 2019, I understand why they think this change is appropriate - because it was put in place when there literally were not enough people raiding on the server for more than one raid a week - but removing it just makes no sense. The ladder is being pulled out from under those of us who want to actually do the progression ourselves.

---

by **Nilay** » Tue Oct 10, 2023 6:07 pm

**Nilay**

Samaris Chief Casualty

Posts: 156

Has thanked: 28 times

Been thanked: 27 times

> **Xerilin wrote:** ⚙
> Tue Oct 10, 2023 4:04 pm
>
> We already lost the small and cozy rp server, let us keep the small and cozy guilds.

I feel ya. Like always, RP players are the first to be thrown under the bus (then told to STFU one way or another). Now it's the turn of little communities.

Nordanaar: Illyan (60 - Hunter), Feryal (60 - Rogue)
Tel'abim: Feryal (60 - Rogue), Ashhoof (XX - Hunter)

---

by **Martinwalker789** » Tue Oct 10, 2023 6:15 pm

**NO CHARACTER SELECTED**

**Martinwalker789**

Posts: 2

Right, but going forward they plan on releasing more 40 man content, so the "find a fully progressed guild" doesn't mean anything for new content. The new content will be something even those guilds will have to progress through.

I don't agree with the pop size having very little impact. If your playing in EU, then that might be true, but those of us in NA aren't all bunched together in CET. It's mostly EST and PST... 3 hour difference. Our options are limited on who can raid and at what times.

> **Jstansberry wrote:** ⚙
> Tue Oct 10, 2023 6:00 pm
>
> > **Martinwalker789 wrote:** ⚙
> > Tue Oct 10, 2023 5:25 pm
> >
> > I have to agree with this change not being very well thought out. If your north star is going to be more 40 man content, then you will be shooting yourselves in the foot down the road when people eventually leave for the next new shiny and the population drops to a point that all this new content you will be creating with become inaccessible due to this limit.
> >
> > Guilds can work around the mechanics of raids. I know my guild is planning on this for 4 horsemen as it requires 8 tanks. I knew we had to work around it for Cthun. The mechanics themselves aren't the limiting issue for most of us, it is the health and damage. Scaling solved for this.
> >
> > Keep the scaling, let the Guilds figure out the mechanics with their numbers. This change is for sure short sided on thinking Twow pop will always be growing and not shrinking.

---

Document title: Keep Raid Scaling - Page 2 - Turtle WoW
Capture URL: https://forum.turtle-wow.org/viewtopic.php?p=70020&hilit=PST#p70020
Capture timestamp (UTC): Tue, 16 Dec 2025 19:35:46 GMT



issue for most of us, it is the health and damage. Scaling solved for this.

Keep the scaling, let the devs figure out the mechanics with their numbers. This change is for sure short sided on thinking Twow pop will always be growing and not shrinking.

The population size has very little impact on the ease of getting a 40 man raid crew together. This server has been online for 5+ years and recruiting for a progressing guild is very difficult because of that. There are many guilds that have all end game content on farm and finding players who would rather progress through the content with you rather than being carried in one of those guilds for easier loot is very difficult I've been playing on this server on and off since the beginning of 2019, I understand why they think this change is appropriate - because it was put in place when there literally were not enough people raiding on the server for more than one raid a week - but removing it just makes no sense. The ladder is being pulled out from under those of us who want to actually do the progression ourselves.

---

by **Jstansberry** » Tue Oct 10, 2023 7:07 pm

**Jstansberry**
Barrens Chat Casualty
Posts: 143

As one of my guildmates put it, the reality of the situation is that the majority of players that would like to do the progression themselves and make friends rather than be carried by a big guild that has had all content on farm for years are just going to quit the game.

Last edited by Jstansberry on Tue Oct 10, 2023 7:21 pm, edited 1 time in total.

---

by **Qruzii** » Tue Oct 10, 2023 7:12 pm

**Qruzii**
Posts: 2

Disappointing to be frank, could have handled this waaayyy better.

---

by **Happyshadow** » Tue Oct 10, 2023 7:43 pm

**Happyshadow**
Posts: 7

The most annoying thing about this is how it was handled. And then someone gets on the high horse and tells you cannot look to the community for answers. That's kinda arrogant.

Yes maybe the devs know better. Always? Debatable. Either way it was handled poorly imo. And now there's absolute silence from the staff about all of this :/ I don't even need to point out anything else as others have already said it well here on the forum and on Discord.

At the very least provide some evidence if you make this correlation :
amount of scaling/raid size = amount of socialness

---

by **Edgarek** » Tue Oct 10, 2023 9:38 pm

**Edgarek**
Posts: 21
Been thanked: 3 times

i just wanna repeat some information mentioned above. Most guilds physically cant find even 30 ppl for consistant raiding groups. Its already hard enough to recruit native speaking people, let alone raiders and specific roles between them, especially if your guild still progressing through content.

Removing scaling would slowly decay small casual guilds raiding ZG, AQ20, MC, Ony, locking their progression and forcing them to recruit pugs, which leads to more disorganized groups, to frustration and burnout after wipes with spended consumables.

And even if we find those 30 ppl, they will be never in the same raid, since most of us are adults, who cant be on PC every day. Our current community isnt large enough to support this change, because we initially divided by different means: culture, language, raid times, raiding approach, loot system e.t.c. and most of us dont wanna organize medium talkative groups into strict silent raids with only RL speaking.
Because its not fun.

Please undo the change.

264

means: culture, language, raid times, raiding approach, loot system e.t.c. and most of us dont wanna organize
medium talkative groups into strict silent raids with only PL speaking.

Because its not fun.

Please undo the change.



by **Reploidrocsa** » Tue Oct 10, 2023 9:51 pm

**Reploidrocsa**
Bug Report Enthusiast
Posts: 780
Has thanked: 22 times
Been thanked: 70 times

> **Geojak wrote:** ⊙                                                    Tue Oct 10, 2023 8:08 am
> i suggest adjusting the minimum player scalings thresholds rougly according to raid tiers and adding a little scaling
> to ES:
>
> currently to my knowledge (until last week)
> zg, aq20 scales to 12
> mc bwl aq40 ony scales to 20
> naxx scales to 35
> em does not scales at all so 40
>
> since this week:
> zg, aq20: ?
> mc, ony, bwl, aq40: 30
> naxx 35
> es 40
>
> suggestion:
> zg, aq20 scales to 15
> mc, ony: 20
> bwl: 25
> aq40, ES: 30 (we often struggled getting 30 for aq40 when we progressed)
> Naxx: 35

Scale by difficulty? I like that

by **Beefchalupa3** » Tue Oct 10, 2023 9:53 pm

**Beefchalupa3**
Posts: 5

Extremely disappointing. My guildies and I can no longer have weekly fun, it is as simple as that. A perplexing and
pointless change that does nothing but make the game worse for many people.

by **Fresharugula** » Tue Oct 10, 2023 10:05 pm

**Fresharugula**
Gamers Chit Casually
Posts: 105

I'll be quitting if raid scaling is removed. No interest in scaling up my guild as recruiting to fill the current raid sizes
has been difficult enough.

Brain dead decision by turtle devs

by **Williamson75** » Wed Oct 11, 2023 12:03 am

**Williamson75**
Gamers Chit Casually
Posts: 113

I thought this was supposed to a long term server and now they are making decisions to make it crash and burn like
every other blizzard server. This is not a blizzard like server and hasn't been since they added tons of new content.
Why chase something you don't have to. Lean into the uniqueness of the server. Raid scaling is a major reason I
joined. I hated the 40 man grinds of getting people. I know natare the most popular pug group has done raids with
just barely enough people. Running bwl with 25 people way back when the population was tiny. How the hell are
small or mid sized guilds supposed to pull a team together to progress with friends? This is by far the worst change
they have done. I would take a direct nerf to enhancement shamans before I would consider this

265

Document title: Keep Raid Scaling - Page 2 - Turtle WoW
Capture URL: https://forum.turtle-wow.org/viewtopic.php?p=70020&hilit=PST#p70020
Capture timestamp (UTC): Tue, 16 Dec 2025 19:35:46 GMT



naxx 35
es 40

suggestion:
zg, aq20 scales to 15
mc, ony: 20
bwl: 25
aq40, ES: 30 (we often struggled getting 30 for aq40 when we progressed)
Naxx: 35

Scale by difficulty? I like that

by **Beefchalupa3** » Tue Oct 10, 2023 9:53 pm

Extremely disappointing. My guildies and I can no longer have weekly fun, it is as simple as that. A perplexing and pointless change that does nothing but make the game worse for many people.

**Beefchalupa3**
Posts: 5

by **Fresharugula** » Tue Oct 10, 2023 10:05 pm

I'll be quitting if raid scaling is removed. No interest in scaling up my guild as recruiting to fill the current raid sizes has been difficult enough.

Brain dead decision by turtle devs

**Fresharugula**
Sanren Chid Casually
Posts: 105

by **Williamson75** » Wed Oct 11, 2023 12:03 am

I thought this was supposed to a long term server and now they are making decisions to make it crash and burn like every other blizzard server. This is not a blizzard like server and hasn't been since they added tons of new content. Why chase something you don't have to. Lean into the uniqueness of the server. Raid scaling is a major reason I joined. I hated the 40 man grinds of getting people. I know natare the most popular pug group has done raids with just barely enough people. Running bwl with 25 people way back when the population was tiny. How the hell are small or mid sized guilds supposed to pull a team together to progress with friends? This is by far the worst change they have done. I would take a direct nerf to enhancement shamans before I would consider this

**Williamson75**
Sanren Chid Casually
Posts: 113

by **Xerilin** » Wed Oct 11, 2023 5:19 am

viewtopic.php?t=10748

**Xerilin**
Bug Report Enthusiast
Posts: 555
Has thanked: 162 times
Been thanked: 52 times

LOCKED 🔒    🔧 ▾    ↓≡ ▾                                          54 posts    ‹    1    2

‹ Return to "Suggestions"                                                          JUMP TO ▾

266

# EXHIBIT 13



OFFICIAL MEASURE OF
THE DIGITAL WORLD

Oct 2025 - Dec 2025

# Website Analysis

turtlecraft.gg



**View the full analysis at:**
**pro.similarweb.com**





# turtlecraft.gg



## Traffic & Engagement

### Total visits
Oct 2025 - Dec 2025    Worldwide

## 654,871

change is not available

### Device distribution
Oct 2025 - Dec 2025    Worldwide



- Desktop    92.18%
- Mobile Web    7.82%

| | |
|---|---|
| Global rank | #45,704 --- |
| Country rank<br>🇺🇸 United States | #29,789 |
| Industry rank | - --- |

### Engagement overview ⓘ
Oct 2025 - Dec 2025    Worldwide    All Traffic

| | | |
|---|---|---|
| 📅 Monthly visits ⓘ    654,871 | 👥 Deduplicated audience ⓘ    55,750 | 📑 Pages / Visit ⓘ    13.75 |
| 👤 Monthly Unique Visitors ⓘ    60,183 | 🕐 Visit Duration ⓘ    00:06:40 | 📈 Bounce Rate ⓘ    27.14% |

269

similarweb

**Visits over time**

📅 Oct 2025 - Dec 2025   🌐 Worldwide   🔁 All traffic



☑ turtlecraft.gg
## 654,871

## Geography

### Top Countries
📅 Oct 2025 - Dec 2025   🔁 All traffic



| Country | Traffic Share | | Change |
|---|---|---|---|
| 🇺🇸 United States | 21.98% | ▬ | - |
| 🇩🇪 Germany | 12.35% | ▪ | - |
| 🇨🇳 China | 6.48% | ▪ | - |
| 🇵🇱 Poland | 5.49% | ▪ | - |
| 🇷🇺 Russia | 5.44% | ▪ | - |

270

All Rights Reserved by SimilarWeb LTD. 2019 | info@similarweb.com

# Marketing Channels

## Channels overview
📅 Oct 2025 - Dec 2025   🌐 Worldwide   🔗 All traffic



## Organic Search

Organic search makes up **23.01%** of website traffic

### Branded vs. non-branded
📅 Dec 2025   🌐 Worldwide   🔗 All traffic



- Branded      14%
- Non-Branded  86%

### Top organic non-branded search terms
📅 Dec 2025   🌐 Worldwide   🔗 All traffic



| Term | % | |
|------|------|---|
| turtle wow | 52.44% | - |
| turtlewow | 3.72% | - |
| turtle wow database | 2.80% | - |
| turtle wow gg | 1.93% | - |
| turtle wow db | 1.40% | - |

271

⬡ similarweb    All Rights Reserved by SimilarWeb LTD. 2019 | info@similarweb.com    1/9/26, 7:27 PM

## Paid Search

Paid search makes up **<1%** of website traffic

### Top paid non-branded search terms



**No results**
Try broadening your parameters or searching for something else.

## Referrals

Referrals makes up **3.08%** of website traffic

### Top referring websites
📅 Oct 2025 - Dec 2025   🌐 Worldwide   🖥 Desktop

| Domain | Share | | Change |
|---|---|---|---|
| 📄 raidres.top | 41.35% | ▬▬▬ | - |
| 🐯 wuguifu.com | 38.45% | ▬▬▬ | - |
| 🎮 kookapp.cn | 10.97% | ▬ | - |
| 🌐 wowauctions.net | 3.59% | ▪ | - |
| 🔴 pcgamesn.com | 2.45% | ▪ | - |

### Top referring industries
📅 Oct 2025 - Dec 2025   🌐 Worldwide   🖥 Desktop

| Website Categories | Traffic Share | |
|---|---|---|
| Video Games Consoles and Accessories | 56.72% | ▬▬▬ |
| Banking Credit and Lending | 0.95% | ▪ |
| Financial Planning and Management | 0.28% | ▪ |

## Outgoing Traffic

### Top link destinations
📅 Oct 2025 - Dec 2025   🌐 Worldwide   🖥 Desktop

| Domain | Share | | Change |
|---|---|---|---|
| 🔴 fandom.com | 16.00% | ▪ | - |
| 🅿 paypal.com | 15.85% | ▪ | - |
| ⬛ deepstatemap.live | 13.78% | ▪ | - |
| 🇬 google.com | 11.65% | ▪ | - |
| 🔵 mediafire.com | 9.83% | ▪ | - |

## Outgoing Ads

### Top ad destinations
📅 Oct 2025 - Dec 2025   🌐 Worldwide   🖥 Desktop

| Domain | Share | | Change |
|---|---|---|---|
| 🟪 no.search.yahoo.com | 100% | ▬▬ | - |

272


**similarweb**    All Rights Reserved by SimilarWeb LTD. 2019 | info@similarweb.com    1/9/26, 7:27 PM



similarweb    All Rights Reserved by SimilarWeb LTD. 2019 | info@similarweb.com    1/9/26, 7:27 PM

Display Advertising

## Top publishers

📅 Oct 2025 - Dec 2025   🌐 Worldwide   🔁 All traffic

| Publisher | Share | | Change |
|-----------|-------|--|--------|
| 🖼 yts.lt | 100% | ████████████████ | New |

274

EXHIBIT 14



**similarweb** | OFFICIAL MEASURE OF THE DIGITAL WORLD

Oct 2025 - Dec 2025

# Website Analysis

turtle-wow.org



**View the full analysis at:**
**pro.similarweb.com**





# turtle-wow.org

Mysteries of Azeroth — is a fan-made expansion story for WoW Vanilla that delves deeper into exploring the original lore of the game.

▶ Google Play



## Traffic & Engagement

### Total visits
📅 Oct 2025 - Dec 2025   🌐 Worldwide

**6.555M**

↓ -24.58%  from last month

### Device distribution
📅 Oct 2025 - Dec 2025   🌐 Worldwide



● Desktop      71.49%
● Mobile Web   28.51%

| | |
|---|---|
| Global rank | #26,066 📊 |
| Country rank 🔴 China | #6,194 📊 |
| Industry rank .../Video_Games_Consoles_and_Accessor... | #925 📊 |

### Engagement overview ⓘ
📅 Oct 2025 - Dec 2025   🌐 Worldwide   🔀 All Traffic

| | | | | | |
|---|---|---|---|---|---|
| 📅 Monthly visits ⓘ | 2.185M | 👥 Deduplicated audience ⓘ | 415,134 | 🗐 Pages / Visit ⓘ | 8.32 |
| 👤 Monthly Unique Visitors ⓘ | 498,872 | ⏱ Visit Duration ⓘ | 00:04:24 | 📈 Bounce Rate ⓘ | 33.17% |

277

All Rights Reserved by SimilarWeb LTD. 2019 | info@similarweb.com

1/9/26, 7:25 PM

**Visits over time**

📅 Oct 2025 - Dec 2025   🌐 Worldwide   🔀 All traffic

| ✅ turtle-wow.org | vs. | ☐ wowhead.com | ☐ legacy-wow.com | ☐ wow-professions.com | ☐ curseforge.com |
|---|---|---|---|---|---|
| **6.555M** | | **112.2M** | **870,153** | **4.458M** | **95.94M** |

```
3.250M
3.000M  ●
2.750M
2.500M
2.250M
2.000M              ●
1.750M
1.500M                              ●
1.250M
        Oct 25          Nov 25          Dec 25
```

## Geography

**Top Countries**

📅 Oct 2025 - Dec 2025   🔀 All traffic



| Country | Traffic Share | | Change |
|---|---|---|---|
| 🇨🇳 China | 17.05% | ▬▬ | ↓ 59.81% |
| 🇺🇸 United States | 11.37% | ▪ | ↓ 26.52% |
| 🇩🇪 Germany | 7.78% | ▪ | ↓ 18.53% |
| 🇷🇺 Russia | 6.49% | ▪ | ↓ 22.43% |
| 🇵🇱 Poland | 4.60% | ▪ | ↓ 27.13% |

278

All Rights Reserved by SimilarWeb LTD. 2019 | info@similarweb.com    1/9/26, 7:25 PM

# Marketing Channels

## Channels overview
📅 Oct 2025 - Dec 2025   🌐 Worldwide   🔗 All traffic



## Organic Search

Organic search makes up **55.14%** of website traffic

### Branded vs. non-branded
📅 Dec 2025   🌐 Worldwide   🔗 All traffic



● Branded       86%
○ Non-Branded   14%

### Top organic non-branded search terms
📅 Dec 2025   🌐 Worldwide   🔗 All traffic

| Term | Share | Change |
|------|-------|--------|
| 乌龟服亚服官网 | 1.07% | ↑ 36.36% |
| 乌龟服中文官网 | 0.74% | ↑ 210.00% |
| 乌龟服亚服 | 0.70% | ↑ 11.32% |
| the scythe of elune | 0.51% | ↑ 16.22% |
| unreal azeroth team | 0.50% | - |

279

All Rights Reserved by SimilarWeb LTD. 2019 | info@similarweb.com
1/9/26, 7:25 PM

# Paid Search

Paid search makes up **<1%** of website traffic

### Top paid non-branded search terms



**No results**

Try broadening your parameters or searching for something else.

## Referrals

Referrals makes up **3.89%** of website traffic

### Top referring websites

📅 Oct 2025 - Dec 2025   🌐 Worldwide   🖥 Desktop

| Domain | Share | Change |
|---|---|---|
| 🟩 kookapp.cn | 48.23% | ↓ 66.75% |
| 📄 raidres.top | 9.19% | ↓ 4.69% |
| 📄 pbrigade.gitlab.io | 4.95% | ↑ 14.54% |
| 🌐 wowauctions.net | 4.14% | ↓ 80.90% |
| 🔲 rentry.co | 3.86% | ↓ 92.65% |

### Top referring industries

📅 Oct 2025 - Dec 2025   🌐 Worldwide   🖥 Desktop

| Website Categories | Traffic Share |
|---|---|
| Video Games Consoles and Accessories | 65.61% |
| Search Engines | 4.12% |
| File Sharing and Hosting | 3.97% |
| AI Chatbots and Tools | 1.73% |
| Programming and Developer Software | 1.27% |

## Outgoing Traffic

### Top link destinations

📅 Oct 2025 - Dec 2025   🌐 Worldwide   🖥 Desktop

| Domain | Share | Change |
|---|---|---|
| G google.com | 17.31% | ↓ 70.73% |
| github.com | 11.41% | ↓ 37.35% |
| fandom.com | 11.23% | ↓ 45.67% |
| mediafire.com | 10.68% | ↓ 34.70% |
| paypal.com | 7.79% | ↑ 21.19% |

## Outgoing Ads

### Top ad destinations

📅 Oct 2025 - Dec 2025   🌐 Worldwide   🖥 Desktop

| Domain | Share | Change |
|---|---|---|
| tunevpn.xyz | 28.61% | - |
| raidres.top | 19.38% | - |
| moodle25.technion.ac.il | 16.67% | ↑ 1,118.59% |
| disneyplus.com | 10.87% | - |
| live.com | 9.10% | - |



280

All Rights Reserved by SimilarWeb LTD. 2019 | info@similarweb.com

1/9/26, 7:25 PM

Social

Social makes up **2.66%** of website traffic

## Social traffic

📅 Oct 2025 - Dec 2025   🌐 Worldwide   🖥 Desktop



281

# Display Advertising

Display ads makes up **<1%** of website traffic

## Top publishers

📅 Oct 2025 - Dec 2025   🌐 Worldwide   🗂 All traffic

| Publisher | Share | | Change |
|---|---|---|---|
| 📄 gxcorner.games | 45.16% | ███████ | - |
| 🟨 web.de | 45.16% | ███████ | - |
| 🟡 lidl.de | 7.53% | ██ | - |
| ⬤ xhamster19.com | 2.15% | ▪ | - |

👋 similarweb          All Rights Reserved by SimilarWeb LTD. 2019 | info@similarweb.com          1/9/26, 7:25 PM

# EXHIBIT 15

🔒 Page Vault

| | |
|---|---|
| Document title: | Turtle WoW — Mysteries of Azeroth |
| Capture URL: | https://turtle-wow.org/ |
| Page loaded at (UTC): | Thu, 25 Sep 2025 17:54:05 GMT |
| Capture timestamp (UTC): | Thu, 25 Sep 2025 17:55:15 GMT |
| Capture tool: | 10.61.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.7204.97 Safari/537.36 |
| Operating system: | Linux (Node 22.17.0) |
| PDF length: | 10 |
| Capture ID: | 6we2KTh3HwKeR3pksqC2Uv |
| Display Name: | cbg |

# Mysteries of Azeroth

A fan-made expansion story for Vanilla World of Warcraft that delves deeper into exploring the original lore of the game. Mysteries of Azeroth aims to take a different path from the Burning Crusade, emphasizing the familiar Azeroth of old over the cosmic battles with the Burning Legion. Following the lore of Warcraft III and Vanilla WoW, Mysteries of Azeroth enhances the game by adding content that matches the spirit of the original Warcraft Universe.

● ○ ○ ○ ○ ○ ○ ○ ○ ○ ○ ○



SIGN UP

DOWNLOAD

◉ Nordanaar        Online
◉ Tel'Abim         Online
◉ Ambershire       Online






### Patch 1.18.0 — Scars of the Past

We've got three brand-new zones to explore — Grim Reaches, Northwind, and the haunted island of Balor. Two fresh dungeons are coming, Stormwrought Ruins and Dra...

...more

### Ambershire (RPPvE), New EU Realm!

With the release of Scars of the Past on August 15, we're expecting another natural population spike — as always happens with a major patch, and we want to make...

...more

### Development Roadmap 2025-2026

Hello everyone! The past years on Turtle WoW has been a blast with exciting milestones, and successful patch releases. We're constantly learning and improving,...

...more



**CALAMITOS**
*Transmog Of The Week*



**ASHENVALE RENDEZVOUS**
*Screenshot Of The Week*



**THRALL'S BOOK CLUB**
*Community Artworks*

## Watch Our Trailers



▶ 2:12 / 2:18



▶ 2:20 / 2:26



▶ 2:19 / 2:30

285



### New Playable Races
# Goblins & High Elves

In addition to new dungeons, raids, and zones, the expansion also features two new races. A group of greedy Goblins splits off from the Venture Company to join their fellow outcasts in the Horde, and High Elf refugees from the fall of Quel'Thalas lend their magical talents to the Alliance.

### Existing Content
# Stays Relevant

We're not here to invalidate Vanilla WoW content. The new expansion runs alongside it, starting at level 1 and going all the way to 60.

### High Elves
### Of The Alliance
## Silvermoon Remnants

Long ago, the exiled high elves founded the magical city of Quel'Thalas. Here they created a mystical fount called the Sunwell. For generations, the elves cultivated a prosperous and powerful country until the shadow of death fell upon them. Scourge attacked Quel'Thalas and destroyed the Sunwell, at the same time reducing the population of the High Elves to an all-time low.

### Goblins
### Of The Horde
## Durotar Labor Union

Shrewd, greedy, and ruthless, goblins have built a reputation for putting profit above all else. For goblins, loyalty is a commodity, and every decision is a transaction. They're brilliant engineers, clever traders, and expert sailors, but what truly defines them is their relentless pursuit of opportunity — no matter the cost.

286

Long ago, the exiled high elves founded the magical city of Quel'Thalas. Here they created a mystical fount called the Sunwell. For generations, the elves cultivated a prosperous and powerful country until the shadow of death fell upon them. Scourge attacked Quel'Thalas and destroyed the Sunwell, at the same time reducing the population of the High Elves to an all-time low.

Shrewd, greedy, and ruthless, goblins have built a reputation for putting profit above all else. For goblins, loyalty is a commodity, and every decision is a transaction. They're brilliant engineers, clever traders, and expert sailors, but what truly defines them is their relentless pursuit of opportunity — no matter the cost.



# MUSIC
## and
# SOUNDS

Sound design has always been a big part of Warcraft Universe. It helped bring players closer to the stories this world had to offer and enhanced the experience its players had.



# LORE
## and
# FACTIONS

Whether you are a seasoned adventurer or a new one, Mysteries of Azeroth brings with it a ton of new content for everyone to enjoy. Journey across Azeroth and encounter numerous new factions, locations and characters.



# ZONES
## and
# MAPS

Lands of tales and legends, these mysterious zones are awaiting adventurers to seek their riches and uncover their secrets.



## New Class & Race
# Combinations

While beautiful, no one can deny that Azeroth is a dangerous place. To rise above the challenges they face, the heroes of Azeroth found new ways to succeed.

- Trained by their other kin the Orcs learned how to wield the arts of the arcane.
- Uncovering the lost texts the Dwarvish mages reconnected with their titanic roots.
- Armed with the experiences from their past lives, the Forsaken once again seek to improve their hunting and survival skills.
- By using their ingenuity, the Gnomes found new ways to surpass other races. With their new devices, the Gnomish hunters managed to bend even the mightiest of beasts to their will.

## New
# Transport

By creating new transport routes and flight paths, the Horde and Alliance can now access even the farthest corners of the world. Including those undeservedly forgotten.

287

By creating new transport routes and flight paths, the Horde and Alliance can now access even the farthest corners of the world. Including those undeservedly forgotten.

**VIEW ALL**

### New Secondary Profession
## Survival

Ah, the great outdoors! Make yourself at home with a camping tent, warm up with a cozy campfire and enjoy fishing on a sturdy fishing boat, with bonuses on top. Collect new seeds from around the world and tend to your own crops and reap the rewards.

### New Primary Profession
## Jewelcrafting

Create new, powerful gear and gems with our custom profession Jewelcrafting! Explore the specialty of Goldsmithing and craft equipment, or try your hand at Gemology to enhance existing rings and necklaces!

## ITEMS
### and
## Recipes

Uncover new treasures and lost recipes scattered around the world, defeat powerful foes or earn the favor of different quartermasters to earn their boons.

## RAIDS
### and
## Dungeons

From the depths of Karazhan Crypt to the corrupted wilds of Crescent Grove, new foes arise to threaten the world. Only by the combined might of the brave adventures do residents of Azeroth stand a chance.

## ARENA
### and
## Battlegrounds

From the sands of the Blood Ring to the timeless conflicts of Sunnyglade Valley, there are many opportunities to earn fame and glory for your faction.



## Guild Vaults

Guild Vaults have been added, they can be unlocked by paying a hefty sum of gold, with extra tabs costing extra gold, either from the vault itself donated by members or from your pockets.

The tabs can be customized with icons, limits to amount of items you can take daily and which



## Guild Quarters

Guilds have the ability to rent any tavern in the game that includes an Innkeeper, using either gold or tokens. These guild quarters can be located in Horde, Alliance, or neutral areas for cross-faction guilds. However, in cross-faction guilds, only players from the same faction as the guild leader will be able to use the guild teleport if the rented tavern is in a faction-restricted

288

Guild vaults have been added, they can be unlocked by paying a hefty sum of gold, with extra tabs costing extra gold, either from the vault itself donated by members or from your pockets.

The tabs can be customized with icons, limits to amount of items you can take daily and which guild ranks can access the tab.

Guilds have the ability to rent any tavern in the game that includes an Innkeeper, using either gold or tokens. These guild quarters can be located in Horde, Alliance, or neutral areas for cross-faction guilds. However, in cross-faction guilds, only players from the same faction as the guild leader will be able to use the guild teleport if the rented tavern is in a faction-restricted area.



## New Character
# Customizations

With new hair colors, skin paints and colors its never been easier to make your character truly yours.

## New
# Pets & Mounts

From cute critters to valiant steeds and whirring shredders, there are new companions for everyone, now safely stored in your personal pets and mounts tabs found in your spellbook.

New Feature
**Player's Titles**

New Feature
**Transmog**

289



### New Feature
## Player's Titles

Show off your outstanding accomplishments with a title granted to you by wielding legendary items or accomplishing extreme feats

### New Feature
## Transmog

Complete repeatable quests to earn Fashion Tokens and change your gear looks to your desire!

### Classic
## Raid & Dungeon Update

These additions are designed to enrich the exploration and combat experience in familiar dungeons with new lore, challenges, and rewards. All new locations and encounters are optional, providing flexibility for players.

**Molten Core**
Incindis' Lair, Old Shadowforge

**Zul'Farrak**
Farraki Arena, Farraki Tombs

**Razorfen Kraull**
Brambled Grotto

**Razorfen Downs**
Temple Of Agamaggan

**Blackfathom Deeps**
Temple Of Elune

290



**Shadowfang Keep**
The Chapel

**Scarlet Monastery**
Graveyard, Prison

**Wailing Caverns**
Kolkar's Birthright

**Wailing Caverns**
The Overgrowth

**The Deadmines**
Harvest Golem Foundary

**The Deadmines**
The Laboratory

Class Changes
# Making Your Spec Viable

Every class and specialization has been shown
some extra love, with new and reworked talents,
abilities, and interactions allowing every playstyle
to shine while staying true to the Vanilla WoW
spirit of unique class identity.

In — Game Radio
## EVERLOOK
Broadcasting Co.

More than just static, it's Everlook Radio magic! 24/7 tunes only a click away,
accessible in-game or in your browser!

291

More than just static, it's Everlook Radio magic! 24/7 tunes only a click away, accessible in-game or in your browser!



### User
## Interface

### Reduced Add-On Dependency

A better experience, by default — no more scouring the web for 20 year old addons! With UI adjustments and updates all in the existing vanilla style, you'll be able to experience all the game has to offer without downloading anything extra.

## Itemization

Explore the new progression in Turtle WoW's vanilla+ world. New dungeons, raids, and alternatives for existing tier sets allow new and refreshing progression for vanilla veterans and classic newcomers alike!

### Exciting Seasonal
## Events

Whether you like spending summer days on the beach parties in Tanaris or enjoying cold yet cozy holidays in Winter Veil Vale, there is always something to do for everyone!

### Test Your Strength With
## Leveling Challenges

Prove yourself a great adventurer by leveling with a twist! Our leveling challenges provide motivation to get back into the world and level another alt!

- Hardcore
- War Mode
- Slow and Steady
- Vagrant's Endeavor

- Boaring Adventure
- Level One Lunatic
- Artisan's Quest
- Exhaustion Challenge

## Follow Us

292

Document title: Turtle WoW — Mysteries of Azeroth
Capture URL: https://turtle-wow.org/
Capture timestamp (UTC): Thu, 25 Sep 2025 17:55:15 GMT

### Interface

#### Reduced Add-On Dependency

A better experience, by default — no more scouring the web for 20 year old addons! With UI adjustments and updates all in the existing vanilla style, you'll be able to experience all the game has to offer without downloading anything extra.

### Itemization

Explore the new progression in Turtle WoW's vanilla+ world. New dungeons, raids, and alternatives for existing tier sets allow new and refreshing progression for vanilla veterans and classic newcomers alike!

### Exciting Seasonal Events

Whether you like spending summer days on the beach parties in Tanaris or enjoying cold yet cozy holidays in Winter Veil Vale, there is always something to do for everyone!



## Test Your Strength With
## Leveling Challenges

Prove yourself a great adventurer by leveling with a twist! Our leveling challenges provide motivation to get back into the world and level another alt!

- Hardcore
- War Mode
- Slow and Steady
- Vagrant's Endeavor

- Boaring Adventure
- Level One Lunatic
- Artisan's Quest
- Exhaustion Challenge

## Follow Us



           



Mysteries of Azeroth — is a fan-made expansion story for WoW Vanilla that delves deeper into exploring the original lore of the game. World of Warcraft remains the intellectual property of Blizzard Entertainment.

**Terms of Service**

293

# EXHIBIT 16

Page Vault

| | |
|---|---|
| Document title: | ☐    Turtle WoW - Apple Music |
| Capture URL: | https://music.apple.com/us/artist/turtle-wow/1649088037 |
| Page loaded at (UTC): | Wed, 07 Jan 2026 15:51:11 GMT |
| Capture timestamp (UTC): | Wed, 07 Jan 2026 15:51:12 GMT |
| Capture tool: | 3.17.0 |
| Collection server IP: | 3.80.124.7 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/142.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 3 |
| Capture ID: | eyo2v2DbxGZvdNjBvtmS88 |
| Display Name: | cbg |

PDF REFERENCE #:        h9957wNbvc7SrjVcsXTWvG



Document title: ☐ Turtle WoW - Apple Music
Capture URL: https://music.apple.com/us/artist/turtle-wow/1649088037
Capture timestamp (UTC): Wed, 07 Jan 2026 15:51:12 GMT

Page 1 of 2

Sign In

 Music

Q Search

⌂ Home

▦ New

((•)) Radio



Latest Release

Grim Reaches
8 songs
OCT 14, 2025

Top Songs ›

The Unseen Frontier
Spectral Symphony · 2023

Tropical Morning
Unvisited Island - EP · 2022

Beaty of Death, Pt. 3
Beauty of Death - Single · 2025

Albums

Grim Reaches
2025

Time Ticks
2024

Blackstone Island
2024

Thalassian Dawn
2024

Singles & EPs ›

Beauty of Death - Single
2025

Fall of Balor - EP
2025

Veins of the Jungle - EP
2024

Banquet of the Dead –
Single
2024

Similar Artists ›

BuJaa Beats

Christy Carew

Piano Fruits Music

Soup

Saltonbria

Çağıl Çil

United States

Español (México)    العربية    Русский    简体中文    Français (France)    한국어    Português (Brasil)    Tiếng Việt    繁體中文 (台灣)

Copyright © 2026 Apple Inc. All rights reserved.

Internet Service Terms    Apple Music & Privacy    Cookie Warning    Support    Feedback

♫ Open in Music ↗

Get over 100 million songs free for 1 month.
Plus your entire music library on all your devices. 1 month free, then $10.99/month.

Try It Free

Document title: ☐    Turtle WoW - Apple Music
Capture URL: https://music.apple.com/us/artist/turtle-wow-1649088037
Capture timestamp (UTC): Wed, 07 Jan 2026 15:51:12 GMT

EXHIBIT 17

**Page Vault**

| | |
|---|---|
| Document title: | Turtle WoW (@turtlecraft) / X |
| Capture URL: | https://x.com/turtlecraft |
| Page loaded at (UTC): | Wed, 07 Jan 2026 15:53:42 GMT |
| Capture timestamp (UTC): | Wed, 07 Jan 2026 16:01:31 GMT |
| Capture tool: | 10.71.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/142.0.7444.177 Safari/537.36 |
| Operating system: | Linux (Node 22.21.1) |
| PDF length: | 9 |
| Capture ID: | t7KGk6Uy4Wbw9wyRUoMXcD |
| Display Name: | cbg |

**𝕏**

Turtle WoW ✓

**New to X?**

Sign up now to get your own personalized timeline!

G  Sign up with Google

 Sign up with Apple

**Create account**

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

Terms of Service | Privacy Policy | Cookie Use
Accessibility | Ads info | More… | © 2026 X Corp.

Follow

# Turtle WoW ✓
@turtlecraft

Mysteries of Azeroth — is a fan-made expansion story for WoW Vanilla that delves deeper into exploring the original lore of the game.

🏢 Entertainment & Recreation   📍 Azeroth   🔗 turtlecraft.gg
📅 Joined May 2022 ›

**0** Following   **22.2K** Followers

| Posts | Replies | Highlights | Media |
|---|---|---|---|

📌 Pinned

**Turtle WoW** ✓ @turtlecraft · Dec 20, 2025   ···
Our turtles have found a new pond! 🐢

We've moved! 🌐 turtlecraft.gg

💬 26    ↻ 11    ♡ 345    �..ᴵ 50K    🔖    ⬆

**Turtle WoW** ✓ @turtlecraft · 17h   ···
Some gamers rush to the endgame...

□□□□□#1484 stops to decorate the tree. 🎄😍🎄

💬    ↻ 5    ♡ 68    ᴵᴵᴵ 1.9K    🔖    ⬆

**Turtle WoW** ✓ @turtlecraft · Jan 3   ···
Thank you 模特#0151, so much for your artwork of Winter Veil Vale! 😊

**Don't miss what's happening**
People on X are the first to know.

Log in    Sign up

300



**Turtle WoW** ✓ @turtlecraft · Jan 2
Congratulations to the <POKOO> guild of the Ravenstorm realm for conquering Naxxramas in Hardcore! This is the first guild on Turtle WoW to achieve this goal.

🗨 14    ⟲ 10    ♡ 351    ᴉᴉᴉ 17K    🔖    ⬆

**Turtle WoW** ✓ @turtlecraft · Jan 1
Thank you, Jega from Ambershire, for this wonderful artwork and story!

Author: forum.turtlecraft.gg/viewtopic.php?...

🗨 2    ⟲ 3    ♡ 103    ᴉᴉᴉ 4.6K    🔖    ⬆

**Turtle WoW** ✓ @turtlecraft · Dec 31, 2025
Join the SUPER CRAZY BIG SMILE SCUFFED NEW YEAR'S EVE EXTRAVAGANZA! [31 December @ 11:00 PM EDT / 01:00 ST] DJ @TokyoBillboard will be spinning live on Ambershire PvE 🎄
turtlecraft.gg/radio

**New to X?**
Sign up now to get your own personalized timeline!

G  Sign up with Google

 Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

Terms of Service    |    Privacy Policy    |    Cookie Policy
Accessibility    |    Ads info    |    More···    © 2026 X Corp.

**Don't miss what's happening**
People on X are the first to know.

Log in    Sign up

Document title: Turtle WoW (@turtlecraft) / X
Capture URL: https://x.com/turtlecraft
Capture timestamp (UTC): Wed, 07 Jan 2026 16:01:31 GMT

# X

**Turtle WoW** 🐢

**Follow**

New to X?

Sign up now to get your own personalized timeline!

🇬 Sign up with Google

 Sign up with Apple

**Create account**

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

Terms of Service | Privacy Policy | Cookie Policy
Accessibility | Ads info | More···    © 2026 X Corp.

turtlecraft.gg/radio

Happy New Year! 🖐️



Turtle WoW ✓ @turtlecraft · Dec 29, 2025
Earn the Hero of Azeroth title by walking the hard road.

○ 20    ⟳ 6    ♡ 216    📊 17K

Turtle WoW ✓ @turtlecraft · Dec 29, 2025
Heart-warming moments everywhere at Turtle Faire! 🎆

Huge shout-out to the community for making it such a beautiful day.

**Don't miss what's happening**
People on X are the first to know.

Log in    Sign up

302

Document title: Turtle WoW (@turtlecraft) / X
Capture URL: https://x.com/turtlecraft
Capture timestamp (UTC): Wed, 07 Jan 2026 16:01:31 GMT



New to X?

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

Terms of Service | Privacy Policy | Cookie Policy

Accessibility | Ads info | More... | © 2026 X Corp.

💬 6    🔁 8    ♡ 165    📊 8.1K

Turtle WoW ✓ @turtlecraft · Dec 27, 2025
Is there a better feeling than this?

💬 30    🔁 10    ♡ 328    📊 17K

Turtle WoW ✓ @turtlecraft · Dec 25, 2025
Highlighting a community event! The Turtle Faire returns for a Winter's Veil themed faire: a guild-hosted, bi-monthly RP community event for role-players of all levels and both factions to showcase their talents through performances, stalls, games & contests, storytelling, food &
Show more

💬 5    🔁 3    ♡ 159    📊 8.3K

Turtle WoW ✓ @turtlecraft · Dec 23, 2025
This week's changelog 🪓→ twow.link/J7WG

This is the last changelog we'll publish in 2025. Thank you all for following our progress throughout the year, and we wish you and your families a Merry Christmas and a Happy New Year! May the coming years be filled with warm

Don't miss what's happening
People on X are the first to know.

Log in    Sign up

303



New to X?

Sign up now to get your own personalized timeline!

G    Sign up with Google

🍎    Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

Terms of Service | Privacy Policy | Cookie Policy
Accessibility | Ads info | More··· | © 2026 X Corp.

your families a Merry Christmas and a Happy New Year! May the coming years be filled with warm

Show more

💬 9        ↩ 10        ♡ 186        �395 9K

**Turtle WoW** ✓ @turtlecraft · Dec 23, 2025
Get in the right mood with "It's Beginning to Look a Lot Like Warcraft" performed by our radio staff and voice actors. 🎄 🎙️
Happy Winter's Veil!

youtube.com
It's Beginning to Look a Lot Like Warcraft! — ...
A special production from our Everlook Broadcasting Co. staff and voice actors, enjoy...

💬        ↩ 7        ♡ 86        �395 7.5K

**Turtle WoW** ✓ @turtlecraft · Dec 22, 2025
We've heard you are all looking for an update on the development directions! We'll soon publish a completely refreshed roadmap, with the Patch 1.18.1 release very close.

Meanwhile, guess the name and level of this new dungeon! 🫣

💬 43        ↩ 13        ♡ 352        �395 25K

**Turtle WoW** ✓ @turtlecraft · Dec 22, 2025
Drop "Moo!" in the comments if you're excited for more Tauren content in the next patch! 🐮

**Don't miss what's happening**
People on X are the first to know.

Log in        Sign up

304

New to X?

Sign up now to get your own personalized timeline!

🔵 Sign up with Google

 Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

Terms of Service  |  Privacy Policy  |  Cookie Policy
Accessibility  |  Ads info  |  More···  |  © 2026 X Corp.



💬 53      🔁 14      ❤️ 511      📊 109K      🔖  📤

**Turtle WoW** ✅ @turtlecraft · Dec 21, 2025                              ···
Windhorn Canyon – a new dungeon for levels 26–30, arriving with Nightmares of Ursol. Learn more about the upcoming patch:
turtlecraft.gg/nightmares

💬 21      🔁 28      ❤️ 475      📊 49K      🔖  📤

**Turtle WoW** ✅ @turtlecraft · Dec 19, 2025                              ···
Dear players,

We have a difficult announcement to make. After extensive discussions and consideration of the direction we want for Turtle WoW, we have reached a difficult decision.

Effective today, our development agreement with Unreal Azeroth for the production of the Turtle
Show more

💬 255      🔁 95      ❤️ 1.3K      📊 479K      🔖  📤

**Turtle WoW** ✅ @turtlecraft · Dec 18, 2025                              ···
It's not all fun and games. ❄️🐺❄️

**Don't miss what's happening**
People on X are the first to know.

Log in    Sign up

305

New to X?

Sign up now to get your own personalized timeline!

G Sign up with Google

 Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

Terms of Service | Privacy Policy | Cookie Policy |
Accessibility | Ads info | More··· | © 2026 X Corp.



**Turtle WoW** ✔ @turtlecraft · Dec 17, 2025
This week's changelog 🔧→ twow.link/vz41

💬 6        ⟲ 3        ♡ 94        ᐧᶦᶦᶦ 12K        🔖        ⬆

**Don't miss what's happening**
People on X are the first to know.

Log in    Sign up

306



New to X?
Sign up now to get your own personalized
timeline!

Sign up with Google

Sign up with Apple

Create account

By signing up, you agree to the Terms of Service
and Privacy Policy, including Cookie Use.

Terms of Service | Privacy Policy | Cookie Policy |
Accessibility | Ads info | More···   © 2026 X Corp.

**Don't miss what's happening**
People on X are the first to know.

Log in    

307

Document title: Turtle WoW (@turtlecraft) / X
Capture URL: https://x.com/turtlecraft
Capture timestamp (UTC): Wed, 07 Jan 2026 16:01:31 GMT

# EXHIBIT 18

PageVault

| | |
|---|---|
| Document title: | Instagram |
| Capture URL: | https://www.instagram.com/turtlewowteam/ |
| Page loaded at (UTC): | Wed, 07 Jan 2026 16:15:12 GMT |
| Capture timestamp (UTC): | Wed, 07 Jan 2026 16:20:35 GMT |
| Capture tool: | 10.71.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/142.0.7444.177 Safari/537.36 |
| Operating system: | Linux (Node 22.21.1) |
| PDF length: | 2 |
| Capture ID: | hF9MeA1ixhSCm7zT1VFpkr |
| Display Name: | cbg |



310

EXHIBIT 19

**Page Vault**

| | |
|---|---|
| Document title: | Turtle WoW - YouTube |
| Capture URL: | https://www.youtube.com/@TurtleWoWTeam/featured |
| Page loaded at (UTC): | Wed, 07 Jan 2026 16:26:18 GMT |
| Capture timestamp (UTC): | Wed, 07 Jan 2026 16:26:19 GMT |
| Capture tool: | 3.17.0 |
| Collection server IP: | 54.197.83.128 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/142.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 3 |
| Capture ID: | qd25mxy9JGe4GVdXFkvN6j |
| Display Name: | cbg |



🔍 Search 🎤 ➕ Create 🔔 S

**Home**

**Shorts**

**Subscriptions**

**You**



# Turtle WoW

@TurtleWoWTeam · 24.1K subscribers · 51 videos

Mysteries of Azeroth — is a fan-made expansion story for World of Warcraft Vanilla that c... **...more**

turtlecraft.gg

**Subscribe**

**Home**   Videos   Shorts   Playlists   



**Tower of Karazhan: Rediscover Classic+ | Turtle WoW**

73,692 views · 1 year ago

Rediscover Classic+ in Turtle WoW's new Patch 1.17.2: Tower of Karazhan. With everything from massive class changes, to a new raid HARDER than Naxxramas—this patch is the biggest release of Classic+ content in WoW's history.

---------------------------------------------------

...

**READ MORE**

## Videos

   

**NEW CLASSIC+ DUNGEON — WINDHORN CANYON**

28K views · 2 weeks ago

**Merry Winter Veil! | Winter Veil Vale Trailer**

10K views · 1 month ago

**Turtle WoW 2.0 — Unreal Azeroth Gameplay Trailer**

202K views · 3 months ago

**Mysteries of Azeroth Full Trailer | Turtle WoW Classic+**

143K views · 4 months ago

## 🌀 Shorts                                                                     ⋮

   

313




Home


Shorts


Subscriptions


You



Tower of Karazhan: Rediscover Classic+ | Turtle WoW

73,692 views · 1 year ago

Rediscover Classic+ in Turtle WoW's new Patch 1.17.2: Tower of Karazhan. With everything from massive class changes, to a new raid HARDER than Naxxramas—this patch is the biggest release of Classic+ content in WoW's history.

------------------------------------------------------

...

READ MORE

## Videos









NEW CLASSIC+ DUNGEON — WINDHORN CANYON

28K views · 2 weeks ago

Merry Winter Veil! | Winter Veil Vale Trailer

10K views · 1 month ago

Turtle WoW 2.0 — Unreal Azeroth Gameplay Trailer

202K views · 3 months ago

Mysteries of Azeroth Full Trailer | Turtle WoW Classic+

143K views · 4 months ago

## Shorts









Class Changes, New Items & New Tier Sets ...

22K views

Transmogs, Professions & More in Turtle WoW!...

22K views

3 New Raids in Turtle WoW! 🐢|#turtlewow ...

15K views

10+ Dungeon Extensions in Turtle ...

11K views

314

EXHIBIT 20

| | |
|---|---|
| Document title: | Stream Turtle WoW music \| Listen to songs, albums, playlists for free on SoundCloud |
| Capture URL: | https://soundcloud.com/turtlewow |
| Page loaded at (UTC): | Wed, 07 Jan 2026 16:50:58 GMT |
| Capture timestamp (UTC): | Wed, 07 Jan 2026 16:51:13 GMT |
| Capture tool: | 10.71.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/142.0.7444.177 Safari/537.36 |
| Operating system: | Linux (Node 22.21.1) |
| PDF length: | 2 |
| Capture ID: | fUA5mKv89YwGkZgVGWposb |
| Display Name: | cbg |



Document title: Stream Turtle WoW music | Listen to songs, albums, playlists for free on SoundCloud
Capture URL: https://soundcloud.com/turtlewow
Capture timestamp (UTC): Wed, 07 Jan 2026 16:51:13 GMT

# EXHIBIT 21

Page Vault

| | |
|---|---|
| Document title: | Turtle WoW (@turtlewowteam) \| TikTok |
| Capture URL: | https://www.tiktok.com/@turtlewowteam |
| Page loaded at (UTC): | Wed, 07 Jan 2026 16:41:52 GMT |
| Capture timestamp (UTC): | Wed, 07 Jan 2026 16:42:33 GMT |
| Capture tool: | 10.71.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/142.0.7444.177 Safari/537.36 |
| Operating system: | Linux (Node 22.21.1) |
| PDF length: | 2 |
| Capture ID: | stzr3Xh7uq7BnqZvd6S1jk |
| Display Name: | cbg |



Document title: Turtle WoW (@turtlewowteam) | TikTok
Capture URL: https://www.tiktok.com/@turtlewowteam
Capture timestamp (UTC): Wed, 07 Jan 2026 16:42:33 GMT