1  MARC E. MAYER (SBN 190969)
     mem@msk.com
2  MITCHELL SILBERBERG & KNUPP LLP
   2049 Century Park East, 18th Floor
3  Los Angeles, CA  90067-3120
   Telephone: (310) 312-2000
4  Facsimile: (310) 312-3100

5  THERESA B. BOWMAN (admitted *pro hac vice*)
     tbb@msk.com
6  MITCHELL SILBERBERG & KNUPP LLP
   1818 N St., NW
7  Washington, D.C. 20036
   Telephone: (202) 470-2752
8  Facsimile: (202) 470-2776

9  Attorneys for Plaintiff
   Blizzard Entertainment, Inc.

10

11            UNITED STATES DISTRICT COURT

12           CENTRAL DISTRICT OF CALIFORNIA

13 BLIZZARD ENTERTAINMENT,            CASE NO. 2:25-cv-08194-SVW (SK*x*)
   INC., a Delaware Corporation,
14                                    [Assigned to Honorable Stephen V.
              Plaintiff,              Wilson]
15
        v.                           **EXHIBITS TO DECLARATION
16                                    OF MARC E. MAYER IN
   TURTLE WOW, an entity of unknown   SUPPORT OF PLAINTIFF
17 form; AFKCRAFT LIMITED, a Hong     BLIZZARD ENTERTAINMENT,
   Kong Company; YULIA SAVKO a/k/a    INC.'S OPPOSITION TO MOTION
18 JULIA SAVKO a/k/a Torta and        OF DEFENDANT AFKCRAFT
   Shenna, an individual; ERIC MAUSER LIMITED TO DISMISS FOR
19 a/k/a Shagu and Meph1s, an individual; LACK OF PERSONAL
   JOSIAH ZIMMER a/k/a Akalix, an     JURISDICTION AND FAILURE
20 individual; STEFAN KOSTOV a/k/a    TO STATE A CLAIM**
   brotalnia, an individual, JESSE
21 LAUTENBACK a/k/a Niralthas, an     **[EXHIBITS 22-34, VOL. 2 OF 2]**
   individual, COSMIN POP a/k/a xerron,
22 an individual, JAMEY DIEPBRINK     [Memorandum of Points and
   a/k/a Jamma an individual, MAROS   Authorities and (Proposed) Order filed
23 BETKO a/k/a Haaxor, an individual, concurrently herewith]
   MARCO KRETAS a/k/a MARCO
24 KAPTEIN a/k/a Kruxis, an individual; Date:       February 2, 2026
   ALEX JULEV a/k/a PepeSmite, an     Time:       1:30 p.m.
25 individual; and DOES 1 through 10, Location:   Courtroom 10A
   inclusive,                                     350 West 1st Street
26                                                Los Angeles, CA 90012
              Defendants.
27                                    Complaint Filed: August 29, 2025

28

Mitchell
Silberberg &
Knupp LLP

21271978.3

# EXHIBIT 22

| | |
|---|---|
| Document title: | Turtle WoW (@turtlewowteam.bsky.social) — Bluesky |
| Capture URL: | https://bsky.app/profile/turtlewowteam.bsky.social |
| Page loaded at (UTC): | Wed, 07 Jan 2026 16:47:54 GMT |
| Capture timestamp (UTC): | Wed, 07 Jan 2026 16:48:02 GMT |
| Capture tool: | 3.17.0 |
| Collection server IP: | 3.90.78.86 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/142.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 45 |
| Capture ID: | uoYNRNFHCCUWP4fRLDPdgp |
| Display Name: | cbg |





Search

**Turtle WoW** @turtlewowteam.bsky.social · 3d
Congratulations to the <POKOO> guild of the Ravenstorm realm for conquering Naxxramas in Hardcore! This is the first guild on Turtle WoW to achieve this goal.

💬          🔁          ♡ 11          🔖  ⬆  ⋯

**Turtle WoW** @turtlewowteam.bsky.social · 4d
Thank you, Jega from Ambershire, for this wonderful artwork and story!

Author:
forum.turtlecraft.gg/viewtopic.ph...

💬          🔁          ♡ 7          🔖  ⬆  ⋯

**Turtle WoW** @turtlewowteam.bsky.social · 5d
Earn the Hero of Azeroth title by walking the hard road.



**⚡ Trending**                                          ✕

Rubio        US Military Strategy

Greenland Policy        RHOSLC

Ukraine Support

Music Challenge

Privacy • Terms • Help

English  ⌄

🦋 **Bluesky**

Create account        Sign in

324

Document title: Turtle WoW (@turtlewowteam.bsky.social) — Bluesky
Capture URL: https://bsky.app/profile/turtlewowteam.bsky.social
Capture timestamp (UTC): Wed, 07 Jan 2026 16:48:02 GMT





Document title: Turtle WoW (@turtlewowteam.bsky.social) — Bluesky
Capture URL: https://bsky.app/profile/turtlewowteam.bsky.social
Capture timestamp (UTC): Wed, 07 Jan 2026 16:48:02 GMT

Page 3 of 44

Posts    Media



Document title: Turtle WoW (@turtlewowteam.bsky.social) — Bluesky
Capture URL: https://bsky.app/profile/turtlewowteam.bsky.social
Capture timestamp (UTC): Wed, 07 Jan 2026 16:48:02 GMT



🌐 turtlecraft.gg

💬   🔁 1   ♡ 16   🔖 ⬆ •••

**Turtle WoW** @turtlewowteam.bsky.social · 19d
Dear players,

We have a difficult announcement to make. After extensive discussions and consideration of the direction we want for Turtle WoW, we have reached a difficult decision.

(Read more in the comments.)

💬 1   🔁 1   ♡ 6   🔖 ⬆ •••

**Turtle WoW** @turtlewowteam.bsky.social · 19d
PT.2
Effective today, our development agreement with Unreal Azeroth for the production of the Turtle WoW 2.0 client is permanently discontinued.

💬 1   🔁   ♡ 5   🔖 ⬆ •••

**Turtle WoW** @turtlewowteam.bsky.social · 19d
PT.3
We want to thank the Unreal Azeroth team for their lasting enthusiasm and dedication to this incredible challenge, and we apologize to everyone who was excited about the release.

Turtle WoW Team

💬   🔁   ♡ 6   🔖 ⬆ •••

**Turtle WoW** @turtlewowteam.bsky.social · 20d
It's not all fun and games. ❄️🌡️❄️



💬   🔁   ♡ 10   🔖 ⬆ •••

⚡ **Trending**   ✕

Rubio   US Military Strategy

Greenland Policy   RHOSLC

Ukraine Support

Music Challenge

Privacy • Terms • Help

English ⌄

🦋 **Bluesky**   Create account   Sign in

328

Search

**Turtle WoW** @turtlewowteam.bsky.social · 20d
This week's changelog 📄 → forum.turtle-wow.org/viewtopic.ph...



🔔 **Trending** ✕

Rubio    US Military Strategy

Greenland Policy    RHOSLC

Ukraine Support

Music Challenge

Privacy • Terms • Help

English ⌄

♡ 6

**Turtle WoW** @turtlewowteam.bsky.social · 21d
Quick music sneak peek for Patch 1.18.1 — Nightmares of Ursol! 🎵

0:16

♡ 7

**Turtle WoW** @turtlewowteam.bsky.social · 21d
Testing of Windhorn Canyon has been completed!

♡ 11

**Turtle WoW** @turtlewowteam.bsky.social · 23d
What do you want for Christmas? 🎵 Taking notes...

 **Bluesky**

Create account    Sign in

329



Turtle WoW @turtlewowteam.bsky.social · 24d
An issue that caused players to be teleported to Blackrock Mountain has been resolved, and the affected hardcore players have been revived!

We'll provide more details about what happened in the next weekly changelog.

Document title: Turtle WoW (@turtlewowteam.bsky.social) — Bluesky
Capture URL: https://bsky.app/profile/turtlewowteam.bsky.social
Capture timestamp (UTC): Wed, 07 Jan 2026 16:48:02 GMT
Page 8 of 44

Reads     Media     Video

**Turtle WoW** @turtlewowteam.bsky.social · 25d
Woodcutting — a new gathering skill required for the expanded Survival Skill in Patch 1.18.1.



💬     🔁 1     ♡ 8     🔖 ⬆ ···

**Turtle WoW** @turtlewowteam.bsky.social · 28d
Timbermaw Hold bear mounts! ▌

💬     ⇄     ♡ 5     🔖 ⬆ ···

**Turtle WoW** @turtlewowteam.bsky.social · 28d
This week's changelog ▌→ twow.link/P8uG

2025 — DECEMBER 10
**CHANGELOG**

The Stormbowl 3/6 set bonus now works as intended.

Hunter's Mark now correctly applies to auto attacks, fixing the regression.

Flametongue Weapon – damage and scaling calculations have been corrected.

Earthfury Battlegear 6/8 set bonus now scales correctly.

💬     ⇄     ♡ 6     🔖 ⬆ ···

**Turtle WoW** @turtlewowteam.bsky.social · 29d
Come join the Winter's Veil celebration!

〽️ **Trending**                              ×

Rubio     US Military Strategy

Greenland Policy     RHOSLC

Ukraine Support

Music Challenge

Privacy • Terms • Help

English ∨

🦋 **Bluesky**                                        Create account     Sign in

Document title: Turtle WoW (@turtlewowteam.bsky.social) — Bluesky
Capture URL: https://bsky.app/profile/turtlewowteam.bsky.social
Capture timestamp (UTC): Wed, 07 Jan 2026 16:48:02 GMT



Document title: Turtle WoW (@turtlewowteam.bsky.social) — Bluesky
Capture URL: https://bsky.app/profile/turtlewowteam.bsky.social
Capture timestamp (UTC): Wed, 07 Jan 2026 16:48:02 GMT



Posts    Media    Video

🔍 Search

〽 Trending                                                    ✕

Rubio       US Military Strategy

Greenland Policy       RHOSLC

Ukraine Support

Music Challenge

Privacy • Terms • Help

English ⌄

**Turtle WoW** @turtlewowteam.bsky.social · 1mo
A strange signal echoes from Everlook... and nothing sounds quite like it should!

Tune in and let your imagination fill in the rest. ▮

youtu.be/u90BCZfygz0

A GOOD DAY — Everlook Broadcasting Co. Radio Play Series
YouTube video by Everlook Broadcasting Co.
ⓘ youtu.be

💬        ⇄        ♡ 6        🔖  ⬆  •••

**Turtle WoW** @turtlewowteam.bsky.social · 1mo
The next patch introduces Thorn Gorge, a new 15✕15 battleground.

Teams capture flags and bases until they reach the maximum resource points to win.

🦋 **Bluesky**

Create account    Sign in

333

Document title: Turtle WoW (@turtlewowteam.bsky.social) — Bluesky
Capture URL: https://bsky.app/profile/turtlewowteam.bsky.social
Capture timestamp (UTC): Wed, 07 Jan 2026 16:48:02 GMT

Posts   Media   Videos

**Turtle WoW** @turtlewowteam.bsky.social · 1mo
Moonwhisper Coast, the mysterious land of the Kaldorei. Forlorn
Highborne spirits haunt the abandoned elven ruins, and alien magic
permeates the blue forests along this humid shore.



💬 2          🔁 2          ♡ 17          🔖  ↥  ⋯

**Turtle WoW** @turtlewowteam.bsky.social · 1mo
Weapons of the Nightmare... ▋

💬          🔁          ♡ 10          🔖  ↥  ⋯

**Turtle WoW** @turtlewowteam.bsky.social · 1mo
New radio schedule is live! ▋ | turtle-wow.org/radio

More DJ hours, more show variety, and plenty of senseless yapping
paired with magnificently awful music to suit everyone's taste!

🔍 Search

✧ Trending                                    ✕

Rubio     US Military Strategy

Greenland Policy     RHOSLC

Ukraine Support

Music Challenge

Privacy • Terms • Help

English ⌄

🦋 **Bluesky**

Create account     Sign in

334

Document title: Turtle WoW (@turtlewowteam.bsky.social) — Bluesky
Capture URL: https://bsky.app/profile/turtlewowteam.bsky.social
Capture timestamp (UTC): Wed, 07 Jan 2026 16:48:02 GMT



**DJ Crustman**

Join the Crustman on a melodic journey through time, exploring far out themes and subjects. Catch him live in a different graveyard every Tuesday. Come get some rest, soul food and musical banter. See you in the graveyard!

**EVERLOC**
Broadcasting Co.

♡ 6

**Turtle WoW** @turtlewowteam.bsky.social · 1mo
— How many recolors?
— Yes.

MYSTERIES · AZERITH

⇄ 3    ♡ 23

**Turtle WoW** @turtlewowteam.bsky.social · 1mo
This week's changelog 📑 → twow.link/gP4W

2025 — NOVEMBER 26
**CHANGELOG**

Custom race/class combinations as well as several Human classes now use the correct stats templates. High Elves and Goblins now have unique starter stats.

Attempting to channel a spell that would be interrupted by movement will no longer cast and will display an error stating you cannot do that while moving. This resolves issues such as players being flagged with RecentlyBandaged even if the spell was immediately canceled due to movement.

♡ 7

**Turtle WoW** @turtlewowteam.bsky.social · 1mo
An ancient enemy returns with the Nightmares of Ursol.

MYSTERIES · AZERITH

**Trending** ✕

Rubio    US Military Strategy
Greenland Policy    RHOSLC
Ukraine Support
Music Challenge

Privacy • Terms • Help

English ∨

🦋 **Bluesky**

Create account    Sign in

335



💬 1        🔁 1        ♡ 15                    🔖  ⬆  •••

**Turtle WoW** @turtlewowteam.bsky.social · 1mo
A new variant of a familiar enemy arrives with the Nightmares of Ursol.

💬          🔁          ♡ 11                    🔖  ⬆  •••

**Turtle WoW** @turtlewowteam.bsky.social · 1mo
Encounter in Winterspring, an artwork by 0█ █0, inspired by her Turtle WoW adventures!

If you want your art featured on our website, send us an email at community@turtle-wow.org

💬          🔁 1         ♡ 8                     🔖  ⬆  •••

**Turtle WoW** @turtlewowteam.bsky.social · 1mo
Exciting rewards await those aiding the Earthen Ring in their cause in

## Trending                                    ✕

Rubio      US Military Strategy

Greenland Policy      RHOSLC

Ukraine Support

Music Challenge

Privacy • Terms • Help

English  ⌄

🦋 Bluesky                                      Create account    Sign in

336





Document title: Turtle WoW (@turtlewowteam.bsky.social) — Bluesky
Capture URL: https://bsky.app/profile/turtlewowteam.bsky.social
Capture timestamp (UTC): Wed, 07 Jan 2026 16:48:02 GMT

338

Posts    Media    Video

Search

↗ Trending                              ✕

Rubio    US Military Strategy

Greenland Policy    RHOSLC

Ukraine Support

Music Challenge


Privacy • Terms • Help

English ⌄



**Turtle WoW** @turtlewowteam.bsky.social · 1mo
Blackwing Lair extension entrance! ▐

♡ 9

**Turtle WoW** @turtlewowteam.bsky.social · 1mo
This week's changelog ▐ → twow.link/JgJU

2025 — NOVEMBER 12
**CHANGELOG**

Druid's Rip and Ferocious Bite Hunter traps
with the Untamed Trapper talent,
and Rogue's Eviscerate and Rupture now
also correctly scale with Attack Power
bonuses against specific creature types.

Fixed an issue where the Warlock's
Malediction talent did not function against
creatures immune to physical damage.

Whirlwind now correctly benefits
from the Warrior talent Impale.

♡ 9

**Turtle WoW** @turtlewowteam.bsky.social · 1mo
It ain't much but it's honest work.


**Bluesky**

Create account    Sign in

339

Document title: Turtle WoW (@turtlewowteam.bsky.social) — Bluesky
Capture URL: https://bsky.app/profile/turtlewowteam.bsky.social
Capture timestamp (UTC): Wed, 07 Jan 2026 16:48:02 GMT

Posts    Media    Video

Q Search

∿ Trending    ✕

Rubio    US Military Strategy

Greenland Policy    RHOSLC

Ukraine Support

Music Challenge

Privacy • Terms • Help

English ⌄

❤ 6

**Turtle WoW** @turtlewowteam.bsky.social · 2mo
A plethora of new utilities await Survivalists in the next patch!



💬    ⇄    ♡ 6    🔖    ⬆    ⋯

**Turtle WoW** @turtlewowteam.bsky.social · 2mo
Preview the map of Windhorn Canyon, a new 5-player dungeon in Thousand Needles for levels 26–30, coming in the next patch.

💬 1    ⇄    ♡ 11    🔖    ⬆    ⋯

↑ **Turtle WoW** @turtlewowteam.bsky.social · 2mo
Concept art for the Timbermaw Hold mail set, Patch 1.18.1 — Nightmares of Ursol.

🦋 **Bluesky**

Create account    Sign in

Document title: Turtle WoW (@turtlewowteam.bsky.social) — Bluesky
Capture URL: https://bsky.app/profile/turtlewowteam.bsky.social
Capture timestamp (UTC): Wed, 07 Jan 2026 16:48:02 GMT



Posts    Media    Video

Q Search

✨ Trending                                    ✕

Rubio    US Military Strategy

Greenland Policy    RHOSLC

Ukraine Support

Music Challenge

Privacy • Terms • Help

English ⌄

♡ 13

Turtle WoW @turtlewowteam.bsky.social · 2mo
Waiting for the raid to start? Anchor Orc – Vrograg Fishslayer, is here to help you pass the time with weekly news!

November 4th, 2025 on the Archive of Everlook Broadcasting Co.
youtu.be/iS07Q7PEvPY

Everlook Broadcasting Weekly News with Vrograg for November 4th, 2025
YouTube video by Everlook Broadcasting Co.
© youtu.be

♡ 3

Turtle WoW @turtlewowteam.bsky.social · 2mo
This week's changelog ▌→ twow.link/4SH9

2025 — NOVEMBER 5
CHANGELOG
Fixed pathing issues near Hearthglen and Blackrock Depths.
Players can no longer learn talents while dead.
Fixed an issue where summoning the Eye of Kilrogg could cause the Warlock's pet to become lost.
Totemic Slam no longer triggers unintended

🦋 Bluesky                                    Create account    Sign in

341

Document title: Turtle WoW (@turtlewowteam.bsky.social) — Bluesky
Capture URL: https://bsky.app/profile/turtlewowteam.bsky.social
Capture timestamp (UTC): Wed, 07 Jan 2026 16:48:02 GMT

Post    Media    Video

🔍 Search

⚡ Trending                                    ✕

Rubio    US Military Strategy

Greenland Policy    RHOSLC

Ukraine Support

Music Challenge

Privacy • Terms • Help

English ⌄

💬    🔁    ♡ 9    🔖  ⬆  •••

**Turtle WoW** @turtlewowteam.bsky.social · 2mo
Starting November 5, right after the maintenance restart, the Grand Alt'Lympic Games kick off again on the veteran realms: Nordanaar RPPvE and Tel'Abim PvP.

The character must be created on November 5 after maintenance, not before.



💬    🔁 2    ♡ 6    🔖  ⬆  •••

**Turtle WoW** @turtlewowteam.bsky.social · 2mo
During the November 5 maintenance, we'll clear inactive character names on the Ambershire RPPvE realm reserved during pre-launch but never used. Names of characters below Level 2 and inactive since September 1 will be released.

🦋 **Bluesky**                                    Create account    Sign in

342



♡ 7

**Turtle WoW** @turtlewowteam.bsky.social · 2mo
More screenshots of Moonwhisper Coast zone while it's still in the
making. Can't wait to release this one!

💬    ⇄ 1    ♡ 19

**Turtle WoW** @turtlewowteam.bsky.social · 2mo
The Black Dragonflight broodmother has fended off countless assaults,
each one edging her toward ruin...

Updating Onyxia's lair security in the next patch: new guardians, a
brood-commander boss, fresh mechanics, and richer loot!

💬    ⇄    ♡ 9

**Turtle WoW** @turtlewowteam.bsky.social · 2mo
Once home only to furbolgs, Timbermaw Hold now trembles beneath the
steps of something far older and far larger...

MYSTERIES · AZEROTH

🔍 Search

**√** Trending    ✕

Rubio    US Military Strategy

Greenland Policy    RHOSLC

Ukraine Support

Music Challenge

Privacy • Terms • Help

English ⌄

🦋 **Bluesky**

Create account    Sign in

343

Posts    Media    Video



❤ 10

**Turtle WoW** @turtlewowteam.bsky.social · 2mo
As indicated prior, our PvE realms will soon have Crossfaction
Battlegrounds enabled.
This means that players, depending on team imbalance in a given
Battleground, may end up fighting for the opposite faction for that game
to increase fairness and reduce queue times.

💬 1    ❤ 10

**Turtle WoW** @turtlewowteam.bsky.social · 2mo
This week's changelog ▌→ twoc.link/lgl2

❤ 8

**Turtle WoW** @turtlewowteam.bsky.social · 2mo
There will be Kul Tiras someday.

🔍 Search

〽 Trending                                    ✕

Rubio    US Military Strategy

Greenland Policy    RHOSLC

Ukraine Support

Music Challenge

Privacy • Terms • Help

English ⌄

🦋 Bluesky                                    Create account    Sign in

344

Document title: Turtle WoW (@turtlewowteam.bsky.social) — Bluesky
Capture URL: https://bsky.app/profile/turtlewowteam.bsky.social
Capture timestamp (UTC): Wed, 07 Jan 2026 16:48:02 GMT



🔍 Search

✴ Trending                                    ✕

Rubio   US Military Strategy

Greenland Policy   RHOSLC

Ukraine Support

Music Challenge

Privacy • Terms • Help

English ⌄

💬          ⇄ 3          ♡ 16          🔖 ⬆ •••

**Turtle WoW** @turtlewowteam.bsky.social · 2mo
Never punt a gnome without due cause.

💬          ⇄          ♡ 9          🔖 ⬆ •••

**Turtle WoW** @turtlewowteam.bsky.social · 2mo
Another Day, Another Weekly News with Anchor Orc - Vrograg
Fishslayer! ⚓

October 21st 2025 on the Archive of Everlook Broadcasting Co.
www.youtube.com/watch?v=c6Pl...

  Bluesky

Create account    Sign in

345

Posts          Media          Videos



🔍 Search

⚡ Trending                                    ✕

Rubio        US Military Strategy

Greenland Policy        RHOSLC

Ukraine Support

Music Challenge

Privacy • Terms • Help

English ⌄

Everlook Broadcasting Weekly News with Vrograg for October 21st, 2025
YouTube video by Everlook Broadcasting Co.
🌐 www.youtube.com

💬              🔁              ♡ 2              🔖  ⬆  •••

Turtle WoW @turtlewowteam.bsky.social · 2mo
In the upcoming Patch 1.18.1 — Nightmares of Ursol, Tauren will tread the path of Light as Priests, while Dwarves will embrace the Shadow as Warlocks: twow.link/5WgQ

💬              🔁 1              ♡ 10              🔖  ⬆  •••

Turtle WoW @turtlewowteam.bsky.social · 2mo
Survival Skill is getting its long-overdue overhaul in the next patch! ▌

💬              🔁              ♡ 13              🔖  ⬆  •••

Turtle WoW @turtlewowteam.bsky.social · 2mo
This week's changelog ▌→ twow.link/zw11

2025 — OCTOBER 22
CHANGELOG
Mage's Ign▮ no longer triggers from

🦋 Bluesky                                                    Create account    Sign in

346



Totemic Mastery (Shaman) now correctly affects Skarnaskin Token.

Mana Attuned is no longer removed from a player: after a long-distance teleport within a battleground.

The root effect of Iridian on the caster can no longer trigger negative effects.

♡ 8

**Turtle WoW** @turtlewowteam.bsky.social · 2mo
An open letter to @blizzard.com:
our community's appeal for a licensing framework for fan-run WoW servers: turtle-wow.org

💬    ⟳ 3    ♡ 28

**Turtle WoW** @turtlewowteam.bsky.social · 2mo
More Mysteries of Azeroth soundtracks dropped on Spotify today!

▌ twow.link/spotify
▌ twow.link/applemusic

💬    ⟳ 1    ♡ 11

**Turtle WoW** @turtlewowteam.bsky.social · 2mo
Concept art for the Timbermaw Hold leather-set gear.

MYSTERIES · AZEROTH

 Bluesky
Create account    Sign in

**Trending**

Rubio    US Military Strategy
Greenland Policy    RHOSLC
Ukraine Support
Music Challenge

Privacy • Terms • Help

English ⌄

347



348

Document title: Turtle WoW (@turtlewowteam.bsky.social) — Bluesky
Capture URL: https://bsky.app/profile/turtlewowteam.bsky.social
Capture timestamp (UTC): Wed, 07 Jan 2026 16:48:02 GMT



**Turtle WoW** @turtlewowteam.bsky.social · 2mo
Duel to the death! ⚔️

💬 🔁 ♡ 14 🔖 ⬆ •••

**Turtle WoW** @turtlewowteam.bsky.social · 3mo
War in Zul'Aman ⚔️🗡️⚔️

💬 1 🔁 ♡ 12 🔖 ⬆ •••

**Turtle WoW** @turtlewowteam.bsky.social · 3mo
Preliminary patch notes for Patch 1.18.1 — Nightmares of Ursol are here!

🦋 **Bluesky**

**Create account**    **Sign in**

349

Document title: Turtle WoW (@turtlewowteam.bsky.social) — Bluesky
Capture URL: https://bsky.app/profile/turtlewowteam.bsky.social
Capture timestamp (UTC): Wed, 07 Jan 2026 16:48:02 GMT

🔍 Search

📈 Trending                        ✕

Rubio   US Military Strategy

Greenland Policy   RHOSLC

Ukraine Support

Music Challenge

Privacy • Terms • Help

English ⌄

Stay tuned for more updates as we approach the release.

twow.link/5WgQ



💬        ⇄ 2        ♡ 14        🔖 ⬆ •••

**Turtle WoW** @turtlewowteam.bsky.social · 3mo
7 Years.. Happy Birthday Turtle WoW! 🎂

0:25

💬        ⇄ 4        ♡ 28        🔖 ⬆ •••

⇄ Reposted by Turtle WoW
**Nopheros** @nopheros.bsky.social · 3mo
Septennial Signal — Turtle WoW 7th Anniversary
Mon 10/6 @ 5 PM EDT (21:00 ST), LIVE from Booty Bay.
DJ marathon from 8 AM ET / 12:00 ST.
Details & schedule: forum.turtle-wow.org/viewtopic.ph...

Watch: www.twitch.tv/nopheros
Listen: turtle-wow.org/radio
@turtlewowteam.bsky.social
#turtlewow

**Trending**                                                    ✕

Rubio        US Military Strategy

Greenland Policy        RHOSLC

Ukraine Support

Music Challenge

Privacy • Terms • Help

English ⌄

 Bluesky        Create account        Sign in

Document title: Turtle WoW (@turtlewowteam.bsky.social) — Bluesky
Capture URL: https://bsky.app/profile/turtlewowteam.bsky.social
Capture timestamp (UTC): Wed, 07 Jan 2026 16:48:02 GMT

Page 28 of 44



**Turtle WoW** @turtlewowteam.bsky.social · 3mo
Tiny but mighty, our server's smallest raiders just have taken down Lady Anacondra! Ferocious...

💬          ⇄          ♡ 12          🔖  ⬆️  •••

**Turtle WoW** @turtlewowteam.bsky.social · 3mo
Ragnaros is toast! Who did it? It was <who did it>, of course! Huge congrats to everyone on the first full clear of Molten Core on Ambershire and rightfully earning the title of <Guardian of the Flame>!

💬          ⇄          ♡ 12          🔖  ⬆️  •••

**Turtle WoW** @turtlewowteam.bsky.social · 3mo

🦋 **Bluesky**

351

Document title: Turtle WoW (@turtlewowteam.bsky.social) — Bluesky
Capture URL: https://bsky.app/profile/turtlewowteam.bsky.social
Capture timestamp (UTC): Wed, 07 Jan 2026 16:48:02 GMT

Posts    Media    Video

Search

⚡ Trending                                    ✕

Rubio    US Military Strategy

Greenland Policy    RHOSLC

Ukraine Support

Music Challenge

Privacy • Terms • Help

English ⌄

The Timbermaw Hold raid set sketch.



💬        ⇄        ♡ 10        🔖   ⬆   •••

**Turtle WoW** @turtlewowteam.bsky.social · 3mo
Everlook Broadcasting will be hosting a LIVE DJ Marathon for our 7 Year
Anniversary on Monday October 6, starting at Noon server time!

-> 16 HOURS OF LIVE DJ ACTION <-

Join us all day (and most of the night) for live music and events, either in
game or through our web player!

💬        ⇄        ♡ 6        🔖   ⬆   •••

**Turtle WoW** @turtlewowteam.bsky.social · 3mo
Peek-a-boo!

💬        ⇄ 1        ♡ 14        🔖   ⬆   •••

**Turtle WoW** @turtlewowteam.bsky.social · 3mo
You're going on a journey! Choose two challenges.

🦋 **Bluesky**

Create account    Sign in

352

Document title: Turtle WoW (@turtlewowteam.bsky.social) — Bluesky
Capture URL: https://bsky.app/profile/turtlewowteam.bsky.social
Capture timestamp (UTC): Wed, 07 Jan 2026 16:48:02 GMT



 Bluesky

Create account    Sign in

353



Q Search

💭          ♡ 5

**Trending**                                              ✕

**Turtle WoW** @turtlewowteam.bsky.social · 3mo
Grimtotem hasn't been idle... Explore Windhorn Canyon in the next patch, a new mid-level dungeon in Mysteries of Azeroth!

Rubio    US Military Strategy

Greenland Policy    RHOSLC

Ukraine Support

Music Challenge

Privacy • Terms • Help

English ⌄

💭 1          ⇄ 2          ♡ 15

⇄ Reposted by Turtle WoW

**Dan "Leto" Hahn** · @danination.bsky.social · 3mo
I'm live on @turtlewowteam.bsky.social's Everlook Broadcasting, tune in via the in game widget or the web player NOW!

Tonights' Living in the Past is all about the thick eyeliner and goth garb, because we're celebrating some serious scene and emo hits!

IT'S NOT A PHASE, MOM!

turtle-wow.org/radio

Gerard: I just got so emo I fell apart

💭          ⇄ 3          ♡ 6

**Turtle WoW** @turtlewowteam.bsky.social · 3mo
Horror lurks in every shadow... ▌ Stormwrought Ruins dungeon soundtrack is live on Spotify! More to follow. Stay tuned!

🦋 Bluesky                                    Create account    Sign in

354

Document title: Turtle WoW (@turtlewowteam.bsky.social) — Bluesky
Capture URL: https://bsky.app/profile/turtlewowteam.bsky.social
Capture timestamp (UTC): Wed, 07 Jan 2026 16:48:02 GMT

Posts    Media    Videos



🔍 Search

⚡ **Trending** ✕

Rubio    US Military Strategy

Greenland Policy    RHOSLC

Ukraine Support

Music Challenge

Privacy • Terms • Help

English ⌄

♡ 10

**Turtle WoW** @turtlewowteam.bsky.social · 3mo
We love Furbolgs! Timbermaw Hold raid loading screen art.

⇄ 1    ♡ 19

**Turtle WoW** @turtlewowteam.bsky.social · 3mo
UE5 client alpha now runs natively on Linux! ▊

↑

🦋 **Bluesky**

**Create account**    Sign in

355

Document title: Turtle WoW (@turtlewowteam.bsky.social) — Bluesky
Capture URL: https://bsky.app/profile/turtlewowteam.bsky.social
Capture timestamp (UTC): Wed, 07 Jan 2026 16:48:02 GMT

Posts    Media    Video

Q Search

⚡ Trending                                                    ✕

[Rubio]   [US Military Strategy]

[Greenland Policy]   [RHOSLC]

[Ukraine Support]

[Music Challenge]

Privacy • Terms • Help

English  ⌄



💬 1        ⇄        ♡ 65        🔖  ⬆  •••

**Turtle WoW** @turtlewowteam.bsky.social · 4mo
It is never to be taken lightly, for once the words are spoken, the speaker is bound eternally in service to the Light, and to the Scarlet Legion! ⚔

💬        ⇄ 1        ♡ 15        🔖  ⬆  •••

**Turtle WoW** @turtlewowteam.bsky.social · 4mo
It's getting hot in here.. ▮

💬 1        ⇄        ♡ 15        🔖  ⬆  •••

**Turtle WoW** @turtlewowteam.bsky.social · 4mo
Keeping up a screenshot tradition — Northshire on launch day!

↑        15 minutes into launch day and Ambershire just hit 10k players online! ▮

🦋 Bluesky                                    [Create account]   [Sign in]

356

Posts    Media    Video

Search

√ Trending                                    ✕

Rubio      US Military Strategy

Greenland Policy      RHOSLC

Ukraine Support

Music Challenge

Privacy • Terms • Help

English ⌄



💬 1          ⇄ 1          ♡ 21                    🔖  ⬆  •••

**Turtle WoW** @turtlewowteam.bsky.social · 4mo
If you are having issues with talents, please log out, open your launcher, and click on "Verify Game Files" ▌

TROUBLESHOOTING:

✓ Verify game files    ⬦ Clear cache

📅 Launcher changelog

💬 1          ⇄          ♡ 6                    🔖  ⬆  •••

**Turtle WoW** @turtlewowteam.bsky.social · 4mo
A Level One Lunatic is charging at you. What's your move?

Lunatics on the loose
BEWARE

💬 1          ⇄          ♡ 3                    🔖  ⬆  •••

**Turtle WoW** @turtlewowteam.bsky.social · 4mo
How it started vs. how it's going.

🦋 Bluesky                                    Create account    Sign in

357



**Turtle WoW** @turtlewowteam.bsky.social · 4mo
Durmir Rugford established his famous and beloved inn many years ago. Formerly offering respite and rest for the mountaineers of Ironforge, it is now overrun by the sinister Dark Iron Dwarves, sowing chaos among the dwarven kingdom.

Artwork by @LionelSchramm | Twitter

♡ 11

**Turtle WoW** @turtlewowteam.bsky.social · 4mo
The 3D team's already living in 2026. You didn't hear it from me.

💬 1    ♡ 9

**Turtle WoW** @turtlewowteam.bsky.social · 5mo
It's all coming together... get ready for the gameplay trailer!

**Trending**                          ✕

[Rubio]  [US Military Strategy]

[Greenland Policy]  [RHOSLC]

[Ukraine Support]

[Music Challenge]

Privacy • Terms • Help

English ⌄

🦋 **Bluesky**                    [Create account]   Sign in

358

Document title: Turtle WoW (@turtlewowteam.bsky.social) — Bluesky
Capture URL: https://bsky.app/profile/turtlewowteam.bsky.social
Capture timestamp (UTC): Wed, 07 Jan 2026 16:48:02 GMT



Document title: Turtle WoW (@turtlewowteam.bsky.social) — Bluesky
Capture URL: https://bsky.app/profile/turtlewowteam.bsky.social
Capture timestamp (UTC): Wed, 07 Jan 2026 16:48:02 GMT





**Turtle WoW** @turtlewowteam.bsky.social · 5mo

We've got a weekend full of exciting things in store for everyone, and we're starting off with some news for raiders! Starting in Scars of the Past, the raid 'Tower of Karazhan' will scale to 35 players! ✂️

💬         🔁         ♡ 7         🔖   ↑   ⋯

**Turtle WoW** @turtlewowteam.bsky.social · 5mo

It's a beautiful day in Ambershire! The sun is warm, the wind carries the scent of wildflowers, and absolutely nothing suspicious is happening...

💬         🔁         ♡ 7         🔖   ↑   ⋯

⇄ Reposted by Turtle WoW

**Nopheros** @nopheros.bsky.social · 5mo

Signal's Sojourn – "Scars of the Party"

LIVE from RATCHET!
Karazhan - Turtle WoW SEA - Sunday @ 8AM EDT/13:00 ST

turtle-wow.org/radio
twitch.tv/nopheros

🔍 Search

〽 Trending                                    ✕

Rubio          US Military Strategy

Greenland Policy          RHOSLC

Ukraine Support

Music Challenge

Privacy • Terms • Help

English ⌄

🦋 **Bluesky**

Create account          Sign in

360

Document title: Turtle WoW (@turtlewowteam.bsky.social) — Bluesky
Capture URL: https://bsky.app/profile/turtlewowteam.bsky.social
Capture timestamp (UTC): Wed, 07 Jan 2026 16:48:02 GMT



 Bluesky

361



Posts        Media        Video

🔍 Search

✳️ Trending                              ✕

Rubio        US Military Strategy

Greenland Policy        RHOSLC

Ukraine Support

Music Challenge

Privacy • Terms • Help

English ⌄

**Turtle WoW** @turtlewowteam.bsky.social · 5mo
The sacred grounds of the Earthen Ring lie in ruin, claimed by the very elements they once calmed.

Earthen Ring, a new addition to the Stonetalon Mountains in Patch 1.18.0.

💬    ⇄ 1    ♡ 7    🔖    ⬆    •••

**Turtle WoW** @turtlewowteam.bsky.social · 5mo
This week's changelog ▮→ twow.link/ex2b

2025 — JULY 23
**CHANGELOG**

Spells that do not deal damage, such as Distract, should no longer trigger procs from Blade of Eternal Darkness.

Frostbrand Weapon (Rank 5) no longer incorrectly stacks with Windfury Totem.

Fixed an issue where Healing Ward IV was not actually healing.

Fixed incorrect requirements for the quest Spirit Totem.

💬    ⇄    ♡ 5    🔖    ⬆    •••

**Turtle WoW** @turtlewowteam.bsky.social · 5mo
Collect every tiny spider pet in the game... and earn the title of The Itsy Bitsy Hero. ▮▮

Rise for your master, my eight-legged horde!

🦋 **Bluesky**                    Create account    Sign in

Document title: Turtle WoW (@turtlewowteam.bsky.social) — Bluesky
Capture URL: https://bsky.app/profile/turtlewowteam.bsky.social
Capture timestamp (UTC): Wed, 07 Jan 2026 16:48:02 GMT



Trending ×

Rubio    US Military Strategy
Greenland Policy    RHOSLC
Ukraine Support
Music Challenge

Privacy • Terms • Help

English ∨

**Turtle WoW** @turtlewowteam.bsky.social · 5mo
Huge congratulations to the Hardcore raiding guild Hard Chores for defeating C'thun in Inferno Mode! You crushed him so hard, he may never respawn.

Old Gods better think twice before returning!

1      8

**Turtle WoW** @turtlewowteam.bsky.social · 5mo
The Forsaken toil in shadow, forging weapons worthy of their Banshee Queen.

Turtle WoW Roleplay Community Spotlight

We shall commune with the Shadows, and gather their blessing, so that the Blade can be changed one last time.

 Bluesky

Create account    Sign in

363

Document title: Turtle WoW (@turtlewowteam.bsky.social) — Bluesky
Capture URL: https://bsky.app/profile/turtlewowteam.bsky.social
Capture timestamp (UTC): Wed, 07 Jan 2026 16:48:02 GMT



364



Document title: Turtle WoW (@turtlewowteam.bsky.social) — Bluesky
Capture URL: https://bsky.app/profile/turtlewowteam.bsky.social
Capture timestamp (UTC): Wed, 07 Jan 2026 16:48:02 GMT



**Turtle WoW** @turtlewowteam.bsky.social · 5mo

Level up with METAL with DJ Andulin every Thursday at 18:00 server time! You can tune into the radio station directly by name.

Turtle WoW Radio → turtle-wow.org/radio
Wallpaper → turtle-wow.org/artworks



💬          🔁 1          ♡ 6          🔖  ⬆️  •••

**Turtle WoW** @turtlewowteam.bsky.social · 5mo
The Scarlet Crusade, Scarlet Vanguard, and Scarlet Legion uniting forces in the Plaguelands! ▐

Turtle WoW Roleplay Community Spotlight

💬          🔁          ♡ 4          🔖  ⬆️  •••

🦋 Bluesky          Create account    Sign in

366

# EXHIBIT 23

**Page Vault**

| | |
|---|---|
| Document title: | Facebook |
| Capture URL: | https://www.facebook.com/people/Turtle-WoW/61573990658226/ |
| Page loaded at (UTC): | Wed, 07 Jan 2026 16:47:58 GMT |
| Capture timestamp (UTC): | Wed, 07 Jan 2026 16:48:16 GMT |
| Capture tool: | 10.71.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/142.0.7444.177 Safari/537.36 |
| Operating system: | Linux (Node 22.21.1) |
| PDF length: | 2 |
| Capture ID: | ohqu7SRx5sXE5QJkNVJnMN |
| Display Name: | cbg |



369

# EXHIBIT 24

**Page Vault**

| | |
|---|---|
| Document title: | Turtle WoW \| Spotify |
| Capture URL: | https://open.spotify.com/artist/3QLoyBdT2ZlirCtRPhdOcp?flow_ctx=9eac1631-3137-4db7-8a59-692e72e33565%3A1767826118&creation_point=https%3A%2F%2Fopen.spotify.com%2Fartist%2F3QLoyBdT2ZlirCtRPhdOcp |
| Page loaded at (UTC): | Wed, 07 Jan 2026 16:50:43 GMT |
| Capture timestamp (UTC): | Wed, 07 Jan 2026 16:50:44 GMT |
| Capture tool: | 3.17.0 |
| Collection server IP: | 3.95.22.14 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/142.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 2 |
| Capture ID: | 1CUZzva5xJE3KeojpF4nwu |
| Display Name: | cbg |



Document title: Turtle WoW | Spotify
Capture URL: https://open.spotify.com/artist/3QLoyBdT2ZlirCtRPhdOcp?…
Capture timestamp (UTC): Wed, 07 Jan 2026 16:50:44 GMT

# EXHIBIT 25

**Page Vault**

| | |
|---|---|
| Document title: | Turtle WoW Team — Mysteries of Azeroth |
| Capture URL: | https://www.reddit.com/r/turtlewow/ |
| Page loaded at (UTC): | Wed, 07 Jan 2026 16:57:56 GMT |
| Capture timestamp (UTC): | Wed, 07 Jan 2026 16:58:14 GMT |
| Capture tool: | 3.17.0 |
| Collection server IP: | 34.229.155.27 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/142.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 145 |
| Capture ID: | qfz6v6s2wzRtpUTnsChnW5 |
| Display Name: | cbg |



Document title: Turtle WoW Team — Mysteries of Azeroth
Capture URL: https://www.reddit.com/r/turtlewow/
Capture timestamp (UTC): Wed, 07 Jan 2026 16:58:14 GMT

Page 1 of 144

questions about your health, lifestyle, and goals to see if GLP-1s are right for you.

See Important Safety Information, including Boxed Warning: ro.co/safety-info/glp1



Meet the first FDA-approved

# GLP-1 weight loss pill

**From the makers of Ozempic** *(see explanation)*

**Patented formula for better absorption**

**Lose 14% of your weight in a year**

See if you qualify

ro

ro.co

**Learn More**

⬆ Vote ⬇    💬 0    ↗ Share

---

🔴 u/Drushy • 44 min. ago    ···

### Griefing new players

Hello, I am new to turtle wow and wow in general. I am now level 27 playing a paladin which is super cool. I was trying to complete a quest in today but was unable to- after a level 60 mage names Squeakums teleported in front of all mobs in sight, killing everything. So I couldn't get a single kill. This went on for about an hour until I had to log out, it was unplayable. I asked him if I could kill some mobs but he was very toxic for no reason. Anyhow, this was very frustrating having a level 60 run after every low level mob you try to kill. Even the mobs that I did kill gave me no exp and no loot or completion towards quest. I've only played about 2 weeks but is th…

⬆ 15 ⬇    💬 20    Ʊ    ↗ Share

---

🟠 u/Sauce6609 • 39 min. ago    ···

### Wow books

Hi guys, i was wondering if anyone knew some wow books i could read. If theres a certain order you recommend or a favorite of yours. I really like the game and its lore and want to read more stories beyond what is told to us via Warcraft and WoW

`Question`

⬆ 0 ⬇    💬 2    Ʊ    ↗ Share

---

🔴 u/nano_peen • 14 hr. ago    ···

### Rogalin had the clarity to say bye

## Turtle WoW Team — Mysteries of Azeroth

Mysteries of Azeroth — is a story expansion made by the Turtle WoW Team, inspired by the Warcraft universe of Blizzard Entertainment.

🔒 Created Sep 10, 2018
🌐 Public

**92K** Weekly visitors    **2.6K** Weekly contributions

### R/TURTLEWOW RULES

1  Be respectful    ⌄
2  Only Turtle WoW Content    ⌄
3  Requesting for support    ⌄
4  Posting media    ⌄
5  Flair your posts    ⌄
6  Low effort posts    ⌄

### DISCORD

Turtle-WoW Join us on Discord!

### POST FLAIR

`Discussion`  `Screenshot`  `Artwork`
`Question`  `Video / Media`  `AddOns`
`Meta`

### LINKS

Homepage
Forums
Report a bug
YouTube
Instagram
Twitter
Discord

Document title: Turtle WoW Team — Mysteries of Azeroth
Capture URL: https://www.reddit.com/r/turtlewow/
Capture timestamp (UTC): Wed, 07 Jan 2026 16:58:14 GMT

### Rogalin had the clarity to say bye

`Screenshot`



[Hardcore] [Rogalin]: byebye
[5. World] [Saow]: Pitters are quitters
[5. World] [Jayr]: Strat live need tank / heal
[5. World] [Cheychey]: pitter plz save me
[Rogalin]: Level 21 Orc Rogue <HC Heroes> - Hillsbrad Foothills
1 player total
A tragedy has occurred. Hardcore character Rogalin (level 21) has fallen to Cave Yeti (level 31) in Darrow Hill. May this sacrifice not be forgotten.
[5. World] [Cheekers]: grab patter and lets get at'er

⬆ 60 ⬇    💬 5    ⟲    ↪ Share

---

u/StrawberryHaze69 • 8 days ago

### I made a Shadow Priest Guide for Turtle Wow! Enjoy :)

`Discussion`

yes i play shadow priest, how did you know?

⬆ 160 ⬇    💬 41    ⟲    ↪ Share

---

u/nano_peen • 22 hr. ago

### My thoughts on turtlewow

I love it. My dream is for Blizzard to give out license to Turtlewow so I can play without wondering if or when the servers will be shut down. Pros:

- active game masters which enforce the rules
- hardcore mode that by default stops at 60
- little to no layering - the world is SO ALIVE
- class changes (i can play any spec? so good)...

`Discussion`

⬆ 103 ⬇    💬 146    ⟲    ↪ Share

---

u/_-Malachite-_ • 2 hr. ago

Can we have houses?

---

**Turtle WoW Team — Mysteries of Azeroth**

Mysteries of Azeroth — is a story expansion made by the Turtle WoW Team, inspired by the Warcraft universe of Blizzard Entertainment.

🔒 Created Sep 10, 2018
🌐 Public

**92K**
Weekly visitors

**2.6K**
Weekly contributions

**R/TURTLEWOW RULES**

| 1 | Be respectful | ⌄ |
| 2 | Only Turtle WoW Content | ⌄ |
| 3 | Requesting for support | ⌄ |
| 4 | Posting media | ⌄ |
| 5 | Flair your posts | ⌄ |
| 6 | Low effort posts | ⌄ |

**DISCORD**

Turtle-WoW Join us on Discord!

**POST FLAIR**

`Discussion` `Screenshot` `Artwork`
`Question` `Video / Media` `AddOns`
`Meta`

**LINKS**

Homepage
Forums
Report a bug
YouTube
Instagram
Twitter
Discord

☰  **reddit**  🔍 r/turtlewow ×   Search in r/turtlewow

u/_-Malachite-_ • 2 hr. ago                                          ···

### Can we have houses?

I saw some people on word chat talking about houses, then I was wondering, can we have a house in Twow? Or is something like a guild house? If so, how do we get one? Thanks for the attention!! I'm really new to wow

`Question`

⇧ 0 ⇩      💬 8      ⊘      ↪ Share

u/RepulsiveRaisin7 • 3 hr. ago                                       ···

### Low breath or death warning addon?

Yesterday my hardcore character drowned in the wetlands. I was just chilling with some crocodiles and listening to a podcast, didn't pay attention to my breath. Pretty embarrassing death, probably won't happen again, but are there any addons to protect against this? Just something that LOUDLY screams at me when my breath gets below 30%. Or maybe a generic addon that extrapolates the expected damage intake and gives you a warning if you are going to die soon? Kinda like TimeToLive, but more noticable. Maybe I need to hack something together

⇧ 3 ⇩      💬 3      ⊘      ↪ Share

u/HumPal47 • 7 days ago                                              ···

### From my experience starting a High Elf this morning



⇧ 140 ⇩      💬 9      ⊘      ↪ Share

u/shikkui • 10 hr. ago                                               ···

### Enchants and Jewel Crafting enchants.

Hey I'm new to TWow. I was wondering where to look up mats needed for enchants specific to TWoW. A lot of the links on Google seem dead. Any ideas for good guides?

⇧ 6 ⇩      💬 3      ⊘      ↪ Share

---

### Turtle WoW Team — Mysteries of Azeroth

Mysteries of Azeroth — is a story expansion made by the Turtle WoW Team, inspired by the Warcraft universe of Blizzard Entertainment.

🗓 Created Sep 10, 2018
🌐 Public

**92K**                          **2.6K**
Weekly visitors              Weekly contributions

**R/TURTLEWOW RULES**

| 1 | Be respectful | ⌄ |
| 2 | Only Turtle WoW Content | ⌄ |
| 3 | Requesting for support | ⌄ |
| 4 | Posting media | ⌄ |
| 5 | Flair your posts | ⌄ |
| 6 | Low effort posts | ⌄ |

**DISCORD**

Turtle-WoW
Join us on Discord!

**POST FLAIR**

`Discussion`  `Screenshot`  `Artwork`
`Question`  `Video / Media`  `AddOns`
`Meta`

**LINKS**

Homepage
Forums
Report a bug
YouTube
Instagram
Twitter
Discord

378

Document title: Turtle WoW Team — Mysteries of Azeroth
Capture URL: https://www.reddit.com/r/turtlewow/
Capture timestamp (UTC): Wed, 07 Jan 2026 16:58:14 GMT



Document title: Turtle WoW Team — Mysteries of Azeroth
Capture URL: https://www.reddit.com/r/turtlewow/
Capture timestamp (UTC): Wed, 07 Jan 2026 16:58:14 GMT



↑ 84 ↓    💬 7    ⊠    ↪ Share

**u/Teo_Verunda** • 3 hr. ago    ...

### Anybody use QuickHeal addon? Can you share your Macros?

I rolled a Druid recently but sometimes we missing a healer so I'd like to be able to flex. I heard that QuickHeal makes things super easy and efficient so I'd like to find some people who already have experience using it.

`Question`

↑ 2 ↓    💬 0    ⊠    ↪ Share

**u/riquadconf** • 2 days ago    ...

### A Mad Dwarven Paladin seeking his own Death

`Screenshot`

↑ 76 ↓    💬 12    ⊠    ↪ Share

**u/Alive-Situation-9622** • 14 hr. ago    ...

### Anyone had a death like this before?

Insta death, any explanation for this? [My death from Medal.tv](#)

`Video / Media`

---

**Turtle WoW Team — Mysteries of Azeroth**

Mysteries of Azeroth — is a story expansion made by the Turtle WoW Team, inspired by the Warcraft universe of Blizzard Entertainment.

🔓 Created Sep 10, 2018

🌐 Public

**92K**
Weekly visitors

**2.6K**
Weekly contributions

**R/TURTLEWOW RULES**

1   Be respectful                    ⌄
2   Only Turtle WoW Content          ⌄
3   Requesting for support           ⌄
4   Posting media                    ⌄
5   Flair your posts                 ⌄
6   Low effort posts                 ⌄

**DISCORD**

Turtle-WoW
Join us on Discord!

**POST FLAIR**

`Discussion`  `Screenshot`  `Artwork`
`Question`  `Video / Media`  `AddOns`
`Meta`

**LINKS**

Homepage

Forums

Report a bug

YouTube

Instagram

Twitter

Discord

---

380

Document title: Turtle WoW Team — Mysteries of Azeroth
Capture URL: https://www.reddit.com/r/turtlewow/
Capture timestamp (UTC): Wed, 07 Jan 2026 16:58:14 GMT



Insta death, any explanation for this? My death from Medal.tv

`Video / Media`

⬆ 5 ⬇ 💬 5 ⚬ 🔗 Share

🟢 u/987987654321 • 2 days ago ⋯

### Twinks have killed low level PVP on Ambershire

I guess this happens on every new server eventually, but it's sad to see as low level PVP turned from a super fun break from questing with a little bonus XP into the state that it's currently in. Now in most matches, the "normal" players often leave after finding out that there are 2-3 twinks every match, leading to BGs closing or extremely one-sided matches. I wish the devs found a solution to that like giving them separate BGs or disabling the option to turn leveling off...

`Discussion`

⬆ 69 ⬇ 💬 91 ⚬ 🔗 Share

🟢 u/Hail_Yldra • 18 hr. ago ⋯

### Elemental Invasion

Is there anyway to track the spawn of these elemental invasions or it's just total luck ? Anyone faced one already ? It seems that there is a warning message in chat when one appears but never seen such thing. Thanks in advance 🤷

⬆ 9 ⬇ 💬 6 ⚬ 🔗 Share

🔵 u/Try_SkinnyRx • Promoted ⋯

**Meet the GLP-1 program built to help you feel like yourself again.**

skinny.Rx

GLP-1 Weight Loss ⬭ Not Feeling Like Sh*t

Tirzepatide GLP-1 Tablets

Users report losing up to 10 lbs in 1 month

STARTING AT $299/month affirm

skinnyrx.com                    Learn More

⬆ Vote ⬇ 💬 0 🔗 Share

### Turtle WoW Team — Mysteries of Azeroth

Mysteries of Azeroth — is a story expansion made by the Turtle WoW Team, inspired by the Warcraft universe of Blizzard Entertainment.

🔒 Created Sep 10, 2018

🌐 Public

**92K**          **2.6K**
Weekly visitors    Weekly contributions

**R/TURTLELOW RULES**

1  Be respectful                    ⌄
2  Only Turtle WoW Content          ⌄
3  Requesting for support           ⌄
4  Posting media                    ⌄
5  Flair your posts                 ⌄
6  Low effort posts                 ⌄

**DISCORD**

Turtle-WoW
Join us on Discord!

**POST FLAIR**

`Discussion` `Screenshot` `Artwork`
`Question` `Video / Media` `AddOns`
`Meta`

**LINKS**

Homepage
Forums
Report a bug
YouTube
Instagram
Twitter
Discord

Document title: Turtle WoW Team — Mysteries of Azeroth
Capture URL: https://www.reddit.com/r/turtlewow/
Capture timestamp (UTC): Wed, 07 Jan 2026 16:58:14 GMT



Document title: Turtle WoW Team — Mysteries of Azeroth
Capture URL: https://www.reddit.com/r/turtlewow/
Capture timestamp (UTC): Wed, 07 Jan 2026 16:58:14 GMT

Page 8 of 144

street! Bring them all back to your humble abode and claim the ultimate title of Crazy Cat Lady in the game. It's time to show the world just how much you're head-over-heels in love with these purrfect little creatures. Meow!

⬆ 54 ⬇    💬 9    ♺    ↪ Share

**u/begy6** • 1 day ago    ...

### Beginner friendly tanks

Hi all, I'm planning on trying out this server with some friends. They have played official WoW (a lot) before. I have not, although I have played plenty of MMO's in the past. I'm planning on playing tank, however I'm a bit lost with all the options, especially since it is a private server. Do you guys have any recommendations for somebody that has played MMO's the last 20 years, but not WoW? I'd love to hear your thoughts!

⬆ 11 ⬇    💬 19    ♺    ↪ Share

**u/AssociationLanky8632** • 3 days ago    ...

### Why are there so many Paladins?

They're like the most played class on Alliance BY FAR - especially on Ambershire. Of course most of them are prot or ret. What gives? Is it because they're OP?

⬆ 39 ⬇    💬 111    ♺    ↪ Share

**u/Teo_Verunda** • 1 day ago    ...

### Anybody got a fix for this?



⬆ 24 ⬇    💬 43    ♺    ↪ Share

**u/myiq_iq** • Promoted    ...

### ⬚ Answer 30 Questions To Find Out Your Score

---

## Turtle WoW Team — Mysteries of Azeroth

Mysteries of Azeroth — is a story expansion made by the Turtle WoW Team, inspired by the Warcraft universe of Blizzard Entertainment.

🔒 Created Sep 10, 2018
🌐 Public

**92K**
Weekly visitors

**2.6K**
Weekly contributions

**R/TURTLELOW RULES**

| 1 | Be respectful | ⌄ |
| 2 | Only Turtle WoW Content | ⌄ |
| 3 | Requesting for support | ⌄ |
| 4 | Posting media | ⌄ |
| 5 | Flair your posts | ⌄ |
| 6 | Low effort posts | ⌄ |

**DISCORD**

Turtle-WoW
Join us on Discord!

**POST FLAIR**

Discussion   Screenshot   Artwork
Question   Video / Media   AddOns
Meta

**LINKS**

Homepage

Forums

Report a bug

YouTube

Instagram

Twitter

Discord

---

383

Document title: Turtle WoW Team — Mysteries of Azeroth
Capture URL: https://www.reddit.com/r/turtlewow/
Capture timestamp (UTC): Wed, 07 Jan 2026 16:58:14 GMT



Document title: Turtle WoW Team — Mysteries of Azeroth
Capture URL: https://www.reddit.com/r/turtlewow/
Capture timestamp (UTC): Wed, 07 Jan 2026 16:58:14 GMT

Page 10 of 144

Suggestion

⬆ 3 ⬇   💬 11   ⚡   ↗ Share



u/UpstairsSad3207 • 10 hr. ago          ...

### Donations 40% bonus

New to TWow here, noticed a system message about 40% donation bonus points, but dont recall the dates.. is it seems like it's gone now? How often do such campaigns occur?

⬆ 5 ⬇   💬 4   ⚡   ↗ Share

u/Exterminatus2102 • 12 hr. ago          ...

### My spellbook is not working anymore since...

Interface\FrameXML\SpellBookFrame.lua:109: bad argument #1 to 'strsub' (string expected, got nil)

Okay

⬆ 1 ⬇   💬 7   ⚡   ↗ Share

u/dwerps • 1 day ago          ...

### Anyone got Clique to work on turtle?

There should be a tab in spellbook to config it, but pets/mounts/toys tabs are blocking clique i think. No slash commands etc to get in config?

Question

⬆ 4 ⬇   💬 4   ⚡   ↗ Share

u/Recent-Fishing7700 • 2 days ago          ...

### Anybody wanna do some dungeon runs and hangout

Yo, I'm a level 40 night elf, feral druid, looking for new friends to do dungeon runs with and hangout. Dm me :)

Question

⬆ 12 ⬇   💬 4   ⚡   ↗ Share

u/FoundationGF • Promoted          ...

### The first brand-new sci-fi strategy game based on Issac Asimov's Foundation series. Gift Code: PLAYONPC2025

### Turtle WoW Team — Mysteries of Azeroth

Mysteries of Azeroth — is a story expansion made by the Turtle WoW Team, inspired by the Warcraft universe of Blizzard Entertainment.

🗓 Created Sep 10, 2018
🌐 Public

**92K**
Weekly visitors

**2.6K**
Weekly contributions

**R/TURTLEWOW RULES**

1   Be respectful ⌄
2   Only Turtle WoW Content ⌄
3   Requesting for support ⌄
4   Posting media ⌄
5   Flair your posts ⌄
6   Low effort posts ⌄

**DISCORD**

Turtle-WoW
Join us on Discord!

**POST FLAIR**

Discussion   Screenshot   Artwork
Question   Video / Media   AddOns
Meta

**LINKS**

Homepage
Forums
Report a bug
YouTube
Instagram
Twitter
Discord

385

Document title: Turtle WoW Team — Mysteries of Azeroth
Capture URL: https://www.reddit.com/r/turtlewow/
Capture timestamp (UTC): Wed, 07 Jan 2026 16:58:14 GMT



fnd.foundation.game

**Play Now**

⇧ 153 ⇩    💬 97    ↗ Share

● **u/Incredible_nutt** • 2 days ago    ···

### Arena / PVP

I am looking for addon recommendations to track enemy cds and diminishing returns? I'd love other recommendations you feel good in pvp scenarios as well Thanks!

⇧ 7 ⇩    💬 0    ⊋    ↗ Share

● **u/mrcool650** • 12 hr. ago    ···

### Dreamshard Elixir

Hello! I am using Dreamshard Elixir --- (Alchemy Skill 300) - "Grants 2% spell critical and 15 spell power for 1 hour" --- all the time - I have 300 Alchemy and want to make it myself but cannot for the life of me figure out how to get the recipe - Can someone please help me? I feel like this information is very hard to find. Thank you for your help

`Question`

⇧ 2 ⇩    💬 5    ⊋    ↗ Share

● **u/Snowcrash000** • 2 days ago    ···

### Warrior Downtime

This was never great for me, but has really started to become an issue since I turned 50. I'm 51 now and when fighting mobs exactly my level, I usually lose around 25-30% of my HP per mob when just fighting single mobs. I'm a pretty decently geared Arms Warrior (fairly standard spec), so this seems harsh to me. Am I doing something wrong or is this just how it is for Warriors? I use sharpening stones, always keep Battle Shout up and my rotation is Charge, Demo Shout, TC, Rend, Sunder x5, while weaving in MS and OP as they come up. I use Execute depending on how much rage I have left when it starts to pop. Why TC on single mobs you ask? Well…

`Question`

⇧ 10 ⇩    💬 46    ⊋    ↗ Share

● **u/Famous-Scarcity-6436** • 14 hr. ago    ···

### Looking for a Dungeon Buddy Monday or Tuesday nights

Is anyone available for a committed dungeon duo every Monday or Tuesday night? It's the only time I have off from work. I quit Turtle WoW a month ago because I hate how stupid some people are in PUGs but I really enjoy dungeons with a good group. I quit Classic Era WoW for the same reason, and just never having time. If I could

---

**Turtle WoW Team — Mysteries of Azeroth**

Mysteries of Azeroth — is a story expansion made by the Turtle WoW Team, inspired by the Warcraft universe of Blizzard Entertainment.

🗋 Created Sep 10, 2018
🌐 Public

**92K**
Weekly visitors

**2.6K**
Weekly contributions

**R/TURTLELOW RULES**

1    Be respectful                              ⌄
2    Only Turtle WoW Content           ⌄
3    Requesting for support               ⌄
4    Posting media                             ⌄
5    Flair your posts                           ⌄
6    Low effort posts                          ⌄

**DISCORD**

Turtle-WoW
Join us on Discord!

**POST FLAIR**

`Discussion`  `Screenshot`  `Artwork`

`Question`  `Video / Media`  `AddOns`

`Meta`

**LINKS**

**Homepage**

**Forums**

**Report a bug**

**YouTube**

**Instagram**

**Twitter**

**Discord**

386

Document title: Turtle WoW Team — Mysteries of Azeroth
Capture URL: https://www.reddit.com/r/turtlewow/
Capture timestamp (UTC): Wed, 07 Jan 2026 16:58:14 GMT

from work. I quit Turtle WoW a month ago because I hate how stupid some people are in PUGs but I really enjoy dungeons with a good group. I quit Classic Era WoW for the same reason, and just never having time. If I could find just one person to be either a healer or tank and I'll do the other role, we could do dungeons every week.

`Question`

⇧ 0 ⇩   💬 7   ♋   ↗ Share



u/Immagonko • 3 days ago   •••

### Need help with mouseover macro for healing (CleveRoidMacros)

Hey guys, question for CleveRoidMacros users.
I've managed to get a good mousover macro with the help of CleveRoidMacros which works perfectly: #showtooltip /cast [@mouseover]Lesser Heal /cast Lesser Heal However, when I'm trying to do include rank (to use a lower M rank spell), it completely ruins the tooltip - tooltip won't show ever and the icon will always change to something random I have on my panel. My macro with the spell rank looks like this: #showtooltip /cast [@mouseover]Lesser Heal(rank 1) /cast Lesser Heal(rank 1) Should I change anything or macros with ranks…

`AddOns`

⇧ 5 ⇩   💬 4   ♋   ↗ Share

u/Jagged_One • 16 hr. ago   •••

### Macro dummy here

I thought I would find some basic macros for my Hunter. The main thing I wanted to do was to automate pet feeding. I found this macro: /cast Feed Pet
/use Goldenbark Apple When I put the macro on the qbar and click it, the cursor lights up like it normally does for Feed Pet, but nothing happens. And yes, I some of said apple in my bags. I also tried a basic "fight starter" macro: /cast Hunter's Mark
/petattack…

`Question`

⇧ 1 ⇩   💬 10   ♋   ↗ Share

u/Human_Druid • 8 days ago   •••

### Leveling Dungeon healer thoughts

Hey everyone, since I have to sit alone at work today I decided to write down some of my thoughts to pass the time. I often see posts about "what specc to choose for leveling?" or "which class should I play to heal dungeons while leveling". For priests the answer is usually to go shadow/disc because you can heal as dps just fine. For druids the answer is to go feral and keep some int gear for healing. Shamans can tank on turtle, so they usually go enhance/tank - on classic they also get told to go enhance and keep int gear for healing. Paladins also get told to spec ret and they can heal just fine with int gear. Tanks are usually half tank specced (feral, enhance) o…

⇧ 35 ⇩   💬 29   ♋   ↗ Share

Ⓚ u/kalshi_official • Promoted   •••

### Think you know POLITICS? Click below to claim your FREE Kalshi account and make your first trade on the '08 Presidential Election. Up to 20x your money!

Politics · US Elections
Next US Presidential Election Winner?
○ ⬦ ⬦
• GDP Vance 30%   • Gavin Newsom 18%   • Vince Kunc 10%
Kalshi

---

### Turtle WoW Team — Mysteries of Azeroth

Mysteries of Azeroth — is a story expansion made by the Turtle WoW Team, inspired by the Warcraft universe of Blizzard Entertainment.

🔒 Created Sep 10, 2018
🌐 Public

**92K**
Weekly visitors

**2.6K**
Weekly contributions

**R/TURTLEWOW RULES**

| 1 | Be respectful | ⌄ |
| 2 | Only Turtle WoW Content | ⌄ |
| 3 | Requesting for support | ⌄ |
| 4 | Posting media | ⌄ |
| 5 | Flair your posts | ⌄ |
| 6 | Low effort posts | ⌄ |

**DISCORD**

Turtle-WoW
Join us on Discord!

**POST FLAIR**

`Discussion`  `Screenshot`  `Artwork`
`Question`  `Video / Media`  `AddOns`
`Meta`

**LINKS**

Homepage

Forums

Report a bug

YouTube

Instagram

Twitter

Discord

Document title: Turtle WoW Team — Mysteries of Azeroth
Capture URL: https://www.reddit.com/r/turtlewow/
Capture timestamp (UTC): Wed, 07 Jan 2026 16:58:14 GMT



$6,482,127 vol

$5,582,871 (amount)                                    ALL ≡

| | | | |
|---|---|---|---|
| J.D. Vance | 30% | Yes 30¢ | No 71¢ |
| Gavin Newsom | 18% | Yes 19¢ | No 82¢ |
| Marco Rubio | 10% | Yes 10¢ | No 91¢ |
| Alexandria Ocasio-Cortez | 7% | Yes 7¢ | No 94¢ |
| Donald J. Trump | 5% | Yes 5¢ | No 97¢ |

kalshi.com                                              Sign Up

### Turtle WoW Team — Mysteries of Azeroth

Mysteries of Azeroth — is a story expansion made by the Turtle WoW Team, inspired by the Warcraft universe of Blizzard Entertainment.

🔒 Created Sep 10, 2018
🌐 Public

**92K**  Weekly visitors        **2.6K** Weekly contributions

**R/TURTLEWOW RULES**

1  Be respectful ⌄
2  Only Turtle WoW Content ⌄
3  Requesting for support ⌄
4  Posting media ⌄
5  Flair your posts ⌄
6  Low effort posts ⌄

**DISCORD**

Turtle-WoW — Join us on Discord!

**POST FLAIR**

Discussion   Screenshot   Artwork
Question   Video / Media   AddOns
Meta

**LINKS**

Homepage
Forums
Report a bug
YouTube
Instagram
Twitter
Discord

---

⬆ Vote ⬇   ○ 0   ↪ Share

**u/be4math** • 17 hr. ago

### Can we get Sunwalkers already?

If Tauren can be priest can we just add Tauren Paladins already?!??!

⬆ 0 ⬇   ○ 13   ⎔   ↪ Share

---

**u/be4math** • 17 hr. ago

### Advanced Professions?

Anyone else want TBC proffs in the current iteration of Turtle wow? I would love to see the TBC prof bonuses. Helps define each profession better. Thoughts?

⬆ 0 ⬇   ○ 10   ⎔   ↪ Share

---

**u/Kaptainkirk27** • 3 days ago

### Mysterious unhatched egg?

Does anyone know what it's for or what it does? It's going for 1.62g on the AH at the moment. Is that just people messing around or does it actually have a purpose?

⬆ 4 ⬇   ○ 8   ⎔   ↪ Share

---

**u/zfwn111** • 9 days ago

### Who is this YELO person?

Kept hearing their name in world chat, in hc chat, and in private chats. Apparently some kind of big name legendary player, but when I ask for details, people always tell me some abstract idea that I cannot comprehend and then refuse to elaborate on top of it. As a new player to turtle wow, I am just so confused, tried to Google and yet no result. I cannot tell if this is real guy or just some kind of server specific joke...wondering if the kind lads on reddit knows anything about this.

⬆ 43 ⬇   ○ 49   ⎔   ↪ Share

---

**u/III_Stress1009** • 8 days ago

### Turtle Silicon DMG Link

Document title: Turtle WoW Team — Mysteries of Azeroth
Capture URL: https://www.reddit.com/r/turtlewow/
Capture timestamp (UTC): Wed, 07 Jan 2026 16:58:14 GMT

### Turtle Silicon DMG Link

Hey does anyone have the Turtle Wow Silicon link? All the old links I've come across in the subreddit are dead. Thanks!

⬆ 2 ⬇    💬 1    🔄    ↗ Share

---

u/Alert-Negotiation144 • 19 hr. ago    ⋯

### Do this item exist in the game?

`Question`

https://database.turtlecraft.gg/?item=50056

⬆ 0 ⬇    💬 4    🔄    ↗ Share

---

u/Human_Nr19980203 • 20 hr. ago    ⋯

### Priest Leveling need tips

Hello, I managed to get priest lvl 18 actually wearing items from Deadmines but I don't feel that much powerfull. Still having problems leveling on my level mobs, or one under. I rested specs from Holy to 5/5 sap, 2/2 wand and 2/2 pain word. My combo is mind blast, pain, wand, shield, wand and go on with flow. Mana is not a problem thanks to sap but overall damage is distrusting, even thanks to godly cookie stiring stick (this shit is amazing). So if any priests could pop a tip how to play as priest ;)

`Question`

⬆ 2 ⬇    💬 20    🔄    ↗ Share

---

u/monarchmoney • Promoted    ⋯

### In 2026, I finally know where all my money actually goes.



monarch.com — Download

**Turtle WoW Team — Mysteries of Azeroth**

Mysteries of Azeroth — is a story expansion made by the Turtle WoW Team, inspired by the Warcraft universe of Blizzard Entertainment.

🔒 Created Sep 10, 2018
🌐 Public

**92K**
Weekly visitors

**2.6K**
Weekly contributions

**R/TURTLEWOW RULES**

1  Be respectful ˅
2  Only Turtle WoW Content ˅
3  Requesting for support ˅
4  Posting media ˅
5  Flair your posts ˅
6  Low effort posts ˅

**DISCORD**

Turtle-WoW — Join us on Discord!

**POST FLAIR**

`Discussion` `Screenshot` `Artwork`
`Question` `Video / Media` `AddOns`
`Meta`

**LINKS**

Homepage
Forums
Report a bug
YouTube
Instagram
Twitter
Discord

389



monarch.com

⬆ Vote ⬇        💬 0        ↗ Share

u/Vast-Excitement-2181 • 9 days ago                                   ...

### What's you best turtle wow (class) feature

What's the best change in twow for your class or in general in your opinion. I'm not looking for a list with all the changes but your fav I will start. I like that my prot pally have a taunt

⬆ 17 ⬇        💬 43        ⚑        ↗ Share

u/Ddraig_65 • 21 hr. ago                                             ...

### Quien para iniciar en turtle

Quien se apunta para empezar en turtle mi experiencia es entre poco o nada 🥲 Psdt: soy de latam lo digo por temas de horarios

⬆ 0 ⬇        💬 4        ⚑        ↗ Share

u/Lion_Armhold • 7 days ago                                          ...

### Something that I need to know before committing…

Something that I really struggled with on the Anniversary servers was the need to spend lots of gold for consumes on raid nights. i am a competitive person and I liked to parse with my guild which meant spending gold on consumables each week. The economy over there was dreadful and I ended up resenting the fact that i had to spend so much each week.. I'm not expecting free consumes for raiding but I really dislike farming for gold. How is Turtle WoW's economy and general attitude towards consumables during raids? I realise most of this issue is down to my own competitive mindset and feeling the need to parse.

⬆ 33 ⬇        💬 26        ⚑        ↗ Share

u/dacci • 5 days ago                                                 ...

### Hunter question, Why arent Hyenas (or other pets) more popular?

I currently use a Scorpion, but feel kind of bored with it. I was wondering when other pets (not Scorp or raptor) arent used more... I feel like with pets being able to benefit from Wind Fury, a Hyena with Pack Leader (summons second hyena for 20 secs), would be really OP for dps? Strider seems good, I have seen a few of those, do casters or troll's notice much a difference when a hunter has those? Bear Aura seems like it'd be hard for tanks, but I rarely see them. Are there any other pets that OTHER classes like to see hunters use?

⬆ 32 ⬇        💬 36        ⚑        ↗ Share

u/Funny-Bowler-9859 • 8 days ago                                     ...

### Hunter Leveling Tips

Share your tips for leveling a hunter: Edit1: its just a post, no need to be a toxic edge teenager or a unhappy adult.

⬆ 30 ⬇        💬 50        ⚑        ↗ Share

u/Urosko96 • 5 days ago                                              ...

### Battlegrounds while leveling

Just tried some bgs yesterday and I was amazed how much xp I've gained by winning couple of them. It is such a fun way for pvp player to level up. Thank you Twow for showing pvp some love!

⬆ 28 ⬇        💬 27        ⚑        ↗ Share

u/SupremeDKK • 8 days ago                                            ...

**Turtle WoW Team — Mysteries of Azeroth**

Mysteries of Azeroth — is a story expansion made by the Turtle WoW Team, inspired by the Warcraft universe of Blizzard Entertainment.

🔒 Created Sep 10, 2018
🌐 Public

**92K**                              **2.6K**
Weekly visitors              Weekly contributions

**R/TURTLELOW RULES**

1    Be respectful                              ⌄

2    Only Turtle WoW Content                     ⌄

3    Requesting for support                      ⌄

4    Posting media                               ⌄

5    Flair your posts                            ⌄

6    Low effort posts                            ⌄

**DISCORD**

Turtle-WoW
Join us on Discord!

**POST FLAIR**

Discussion    Screenshot    Artwork

Question    Video / Media    AddOns

Meta

**LINKS**

Homepage

Forums

Report a bug

YouTube

Instagram

Twitter

Discord

390



Document title: Turtle WoW Team — Mysteries of Azeroth
Capture URL: https://www.reddit.com/r/turtlewow/
Capture timestamp (UTC): Wed, 07 Jan 2026 16:58:14 GMT



Suggestion

⬆ 3 ⬇    💬 7    ⚲    ↗ Share

**u/vati22** • 2 days ago                                                      •••

### GudaPlates Updated! New Fonts, Mana Bars, Target Glow & Much More Customization

I'm excited to share a significant update for the GudaPlates nameplate addon. This version focuses on giving you much more control over how your nameplates look and function. What's New:

1. Font Selection: You can now choose any font you like for your nameplates! Finally, make those names and numbers match your UI's style perfectly.
2. Mana/Resource Bar: A highly requested feature is here. You can now show a mana bar below the health bar. It's fully customizable:…

⬆ 27 ⬇    💬 11    ⚲    ↗ Share

**u/swift-tom-hanks** • 7 days ago                                             •••

### HC: Bad luck or bad players?

New to TWoW hardcore. Love it, found fun guild! Level a Druid to 18, tank a RFC. Hunter attacks troggs across the lava at the first boss. He survived, the rest of us died. Laughed it off, made a shaman tank. Lvl 17 tanking RFC. Hunter sends pet 4 mobs deep. Healer dies the rest of us live. I tried to save him with slow totem and healing him. He got slapped so hard. I almost died too, another shaman saved me. Hunter roached first. So… bad luck or do I just wait to dungeon at later levels when some bozos are already dead by then?

⬆ 27 ⬇    💬 52    ⚲    ↗ Share

**u/spank-you** • 9 days ago                                                   •••

### I'm excited to swap to shadow at 40. My disc priwst review.

First of all let me say I LOVE disc. I actually think it is better for leveling than shadow till 40 for 2 reasons. First most of your damage comes from wands until high 20s or so, so what kind of damaging spells you have doesn't really matter, and going down the disc tree gives you some nice survival bonuses like tougher shields. Second, going down the disc tree gives you some useful stuff when healing dungeons. Mainly stronger shields and buffs to your healing when it breaks. I'm swapping to shadow for 3 reasons. First, the gameay is different and I like shaking things up when I have played a certain way for a long time. Second, I want to get the brainwashing…

⬆ 11 ⬇    💬 14    ⚲    ↗ Share

**u/malpheres** • 9 days ago                                                   •••

### Driver Timeout while using AMD GPU

For a while now, I've been experiencing a Driver Timeout issue that causes my game to crash. I've tried rolling back drivers, but still am running into the issue of receiving a Driver Timeout. What triggers it is, if I'm running the twow client on my main monitor, and I have a video playing in a browser on a separate monitor (youtube, netflix, hbomax, etc). So, I had some luck by rolling back to a specific driver version (I cannot remember which one) and then I took a gamble because I saw there was a new driver released in December 2025, and decided to upgrade to give it a shot, and boom, back where I started. I started to rollback to drivers, all with receiving the same iss…

Question

⬆ 9 ⬇    💬 8    ⚲    ↗ Share

**u/No_Standard7223** • 9 days ago                                             •••

### I'm a new player looking to play as a healer since I usually go for the support role in multiplayer games, but I'm torn between which race and class I should be picking.

I'm considering choosing paladin, but I don't know which race would be more suited or how difficult the class

---

**Turtle WoW Team — Mysteries of Azeroth**

Mysteries of Azeroth — is a story expansion made by the Turtle WoW Team, inspired by the Warcraft universe of Blizzard Entertainment.

🔒 Created Sep 10, 2018
🌐 Public

**92K**                    **2.6K**
Weekly visitors            Weekly contributions

**R/TURTLEWOW RULES**

| 1 | Be respectful | ⌄ |
| 2 | Only Turtle WoW Content | ⌄ |
| 3 | Requesting for support | ⌄ |
| 4 | Posting media | ⌄ |
| 5 | Flair your posts | ⌄ |
| 6 | Low effort posts | ⌄ |

**DISCORD**

Turtle-WoW
Join us on Discord!

**POST FLAIR**

Discussion    Screenshot    Artwork
Question    Video / Media    AddOns
Meta

**LINKS**

Homepage

Forums

Report a bug

YouTube

Instagram

Twitter

Discord

Document title: Turtle WoW Team — Mysteries of Azeroth
Capture URL: https://www.reddit.com/r/turtlewow/
Capture timestamp (UTC): Wed, 07 Jan 2026 16:58:14 GMT

I'm considering choosing paladin, but I don't know which race would be more suited or how difficult the class really is. I was also thinking about asking how fun it is, but then again, fun is pretty subjective, isn't it? Can I even level up as a healer on my own? Any advice would be greatly appreciated.

`Discussion`

⬆ 10 ⬇   💬 38   ⚬   ↪ Share

👤 u/xxTrikkyxx • 9 days ago   •••

### New L60 Warlock

Good morning fellow Turtles! I just hit L60 with my lock and i'm looking to start raiding with my guild as Affliction. I wanted to re-do my talents following the google doc thats floating around but the links are now broken since turtle migrated to a new web address. I think I did alright but here is my current build. Would anyone recomend changing this https://talents.turtlecraft.gg/warlock?points=FoASaASDBBFAB--FAFAAoC Thanks in advance for any advice!

⬆ 8 ⬇   💬 15   ⚬   ↪ Share

🅿 u/Peacock • Official • Promoted   •••

### Based on a true story, Devil in Disguise: John Wayne Gacy is streaming now, only on Peacock.



peacocktv.com                                      Sign Up

⬆ Vote ⬇   💬 0   ↪ Share

🔴 u/Glay_47 • 21 hr. ago   •••

### Pvp balance fix solution

So i have heared that twow balance is around pve not pvp. And pvp is unbalnce. So why dont they make 2 diffrent skill tree. 1 when you are questing and moving around the world.but as soon you enter compat with another player it will change to the second skill tree.

`Suggestion`

⬆ 0 ⬇   💬 4   ⚬   ↪ Share

👤 u/utrydd • 2 days ago   •••

### Defensive Tactics question

---

### Turtle WoW Team — Mysteries of Azeroth

Mysteries of Azeroth — is a story expansion made by the Turtle WoW Team, inspired by the Warcraft universe of Blizzard Entertainment.

🖥 Created Sep 10, 2018
🌐 Public

**92K**            **2.6K**
Weekly visitors    Weekly contributions

**R/TURTLEWOW RULES**

| 1 | Be respectful | ⌄ |
| 2 | Only Turtle WoW Content | ⌄ |
| 3 | Requesting for support | ⌄ |
| 4 | Posting media | ⌄ |
| 5 | Flair your posts | ⌄ |
| 6 | Low effort posts | ⌄ |

**DISCORD**

Turtle-WoW
Join us on Discord!

**POST FLAIR**

`Discussion`  `Screenshot`  `Artwork`
`Question`  `Video / Media`  `AddOns`
`Meta`

**LINKS**

Homepage
Forums
Report a bug
YouTube
Instagram
Twitter
Discord

Document title: Turtle WoW Team — Mysteries of Azeroth
Capture URL: https://www.reddit.com/r/turtlewow/
Capture timestamp (UTC): Wed, 07 Jan 2026 16:58:14 GMT

u/utrydd · 2 days ago                                    ···

**Defensive Tactics question**

`Question`



⬆ 28 ⬇    💬 23    ⋒    ↪ Share

---

u/Sauce6609 · 22 hr. ago                                 ···

**Warrior tanking**

I was wondering what the usual warrior rotation was for tanking? What are some macros you guys recommend i use?

`Question`

⬆ 2 ⬇    💬 13    ⋒    ↪ Share

---

u/InvestmentFew7653 · 6 days ago                         ···

**???**

A tragedy has occurred. Hardcore character Meowfurryon (level 60) has drowned in Valley of Heroes. May this sacrifice not be forgotten.

⬆ 25 ⬇    💬 14    ⋒    ↪ Share

---

u/Blackfyre7144 · 1 day ago                              ···

**Turtle WoW Team — Mysteries of Azeroth**

Mysteries of Azeroth — is a story expansion made by the Turtle WoW Team, inspired by the Warcraft universe of Blizzard Entertainment.

🏛 Created Sep 10, 2018
🌐 Public

**92K**                    **2.6K**
Weekly visitors            Weekly contributions

**R/TURTLEWOW RULES**

| 1 | Be respectful | ⌄ |
| 2 | Only Turtle WoW Content | ⌄ |
| 3 | Requesting for support | ⌄ |
| 4 | Posting media | ⌄ |
| 5 | Flair your posts | ⌄ |
| 6 | Low effort posts | ⌄ |

**DISCORD**

Turtle-WoW
Join us on Discord!

**POST FLAIR**

`Discussion`  `Screenshot`  `Artwork`

`Question`  `Video / Media`  `AddOns`

`Meta`

**LINKS**

Homepage
Forums
Report a bug
YouTube
Instagram
Twitter
Discord

Document title: Turtle WoW Team — Mysteries of Azeroth
Capture URL: https://www.reddit.com/r/turtlewow/
Capture timestamp (UTC): Wed, 07 Jan 2026 16:58:14 GMT



**u/Blackfyre7144** · 1 day ago

### Stormwind vault warlock pull

Was this patched very recently? I saw a post not too long ago about it (couple weeks?) But I tried doing it last night and the succubus just would not go pull the bosses. Is there a trick im missing or did they patch it?

⬆ 0 ⬇   💬 3   🏷   ↗ Share

**u/neolectron** · 9 days ago

### Am I missing something, or are guild banks inaccessible for casual guilds?

Hello everyone, I recently started my first World of Warcraft experience with a small group of friends on Turtle WoW, and we're having a great time so far. We're a group of 7 friends level ~35 playing casually and discovering the game together. Naturally, we wanted to share crafted items, materials, and recipes between us. Like in most MMOs, we relied on in-game mail, but it quickly became tedious:

- "Did you finish the bandages I sent mats for?"
- "How much should I send you back?"…

⬆ 4 ⬇   💬 53   🏷   ↗ Share

**u/ArgonianFly** · 5 days ago

### Which class interacts with the world the most?

I'm trying to decide which class would make a fun new immersive character for Hardcore and I think a good measure of how immersive a class is, is how much they interact with the game world. For example, hunter having to track down pets to tame and learn abilities, as well as feed their pet is pretty immersive. Rogue having stealth, pickpocket and distract is pretty immersive too. What other classes have immersive mechanics like that which deepen your connection to the game world?

`Discussion`

⬆ 24 ⬇   💬 12   🏷   ↗ Share

**u/Skycoach_gg** · Promoted

### Skycoach: World Of Warcraft services. You enjoy the game and get the loot, while we fuel the run. Safe and legit. Try now! ⓘ

**SKYCOACH**   ✓ Trustpilot 4.9

**WORLD OF WARCRAFT**

# GOLD

---

## Turtle WoW Team — Mysteries of Azeroth

Mysteries of Azeroth — is a story expansion made by the Turtle WoW Team, inspired by the Warcraft universe of Blizzard Entertainment.

🔒 Created Sep 10, 2018
🌐 Public

**92K**     **2.6K**
Weekly visitors   Weekly contributions

**R/TURTLEWOW RULES**

| | |
|---|---|
| 1 | Be respectful ⌄ |
| 2 | Only Turtle WoW Content ⌄ |
| 3 | Requesting for support ⌄ |
| 4 | Posting media ⌄ |
| 5 | Flair your posts ⌄ |
| 6 | Low effort posts ⌄ |

**DISCORD**

Turtle-WoW Join us on Discord!

**POST FLAIR**

`Discussion` `Screenshot` `Artwork` `Question` `Video / Media` `AddOns` `Meta`

**LINKS**

Homepage
Forums
Report a bug
YouTube
Instagram
Twitter
Discord

395



☰ reddit    search r/turtlewow

**Turtle WoW Team — Mysteries of Azeroth**

Mysteries of Azeroth — is a story expansion made by the Turtle WoW Team, inspired by the Warcraft universe of Blizzard Entertainment.

🔒 Created Sep 10, 2018

🌐 Public

**92K**
Weekly visitors

**2.6K**
Weekly contributions

**R/TURTLEWOW RULES**

1  Be respectful ⌄

2  Only Turtle WoW Content ⌄

3  Requesting for support ⌄

4  Posting media ⌄

5  Flair your posts ⌄

6  Low effort posts ⌄

**DISCORD**

Turtle-WoW Join us on Discord!

**POST FLAIR**

Discussion   Screenshot   Artwork

Question   Video / Media   AddOns

Meta

**LINKS**

Homepage

Forums

Report a bug

YouTube

Instagram

Twitter

Discord

---

**ORDER NOW**

skycoach.gg                    Order Now

⬆ Vote ⬇   💬 0   ↪ Share

**u/LockenessM** • 1 day ago                    ...

### Bald eagle pet

I have seen a few Hunters with this pet, and I love the aesthetics of it. I think there maybe some in Stonetalon Mts but they would be lvl 10-12 and I am 46, so I would prefer to find one closer to my lvl. I have been in the Hinterlands, but all I see are golden eagles,, and I would really prefer the Bald-headed look. any hunters out there who can give me some advice?

Question

⬆ 1 ⬇   💬 1   ⚘   ↪ Share

**u/StudioObjective9321** • 9 days ago                    ...

### How are hunters in turtle?

I am a noob and wanna play hunter since you can lvl up faster than other classes. Is hunter good for endgame? I heard that in general hunter isn t so viable in endgame. Can I do raids and end content as a hunter?

⬆ 5 ⬇   💬 49   ⚘   ↪ Share

**u/Ok-Caterpillar-6135** • 9 days ago                    ...

### Rogue tipps

Hey perplex Its me again leveling my rogue. i am just wondering what are the best poisons to use weile leveling? And a generell questions? How do i make good money weile leveling?

⬆ 4 ⬇   💬 14   ⚘   ↪ Share

**u/Snowcrash000** • 9 days ago                    ...

### What's your formula for putting greens on the AH?

When is it worth it to put greens on the AH at different levels? I don't really like putting greens on the AH because they typically have a high deposit cost and if they don't sell, which they rarely do, you are incuring a loss. However, when they do sell, you can make a pretty decent profit from them. So they question is, how can you tell when a green will sell and at what price? Do people have formulas for this based on item level, initial bid, vendor price, suffix, etc.? Sure, checking for existing similar items and paying attention to how useful the suffix is helps, but I still found myself in situations often where something I thought should sell well didn't or something...

Question

⬆ 13 ⬇   💬 36   ⚘   ↪ Share

**u/Huttles94** • 7 days ago                    ...

### Got the itch to play WOW again but dont really wanna go to classic so......

As above, I have got the itch to play WOW again but I want something more chill and relaxing, something I could never get with offical servers. I played a warrior from classic to cata classic only taking a break for all of WOTLK classic, Was thinking of playing a warrior again but I am tempted to play a Ret pally (just something about weilding a massive 2h sword and having holy powers speaks to me) but I know they were not really viable in vanilla, do ret pally's still get memed on in TWOW? Wanna be able to atleast try and get into raids in the end,

---

396

Document title: Turtle WoW Team — Mysteries of Azeroth
Capture URL: https://www.reddit.com/r/turtlewow/
Capture timestamp (UTC): Wed, 07 Jan 2026 16:58:14 GMT



☰ **reddit** Search r/turtlewow

weilding a massive 2h sword and having holy powers speaks to me) but I know they were not really viable in vanilla, do ret pally's still get memed on in TWOW? Wanna be able to atleast try and get into raids in the end, something I missed out on in classic. Cheers and happy new year!

⬆ 24 ⬇    💬 16    ⚗    ↗ Share

u/MugiYugi • 1 day ago

### How can I play Turtle Wow ?

Hello, I can't find the turtle wow website. Any help please ?

⬆ 0 ⬇    💬 5    ⚗    ↗ Share

u/No-Water164 • 10 days ago

### Greetings! 20+ Year WOW player, just joined today.

My subscription bill was due and I struggled to pay for another month, I quit retail a few months ago with ten level 80's all geared in the 700's and was just playing classic, but the grind and lack of addon's was really getting me down, just wasn't fun anymore. Had been hearing about Turtlewow so figured I would give it a try and I absolutely LOVE IT! I donated my next three months WOW sub to the developers and have around 600 tokens, question about that, are the items I buy attached to my account or the character I spend them on? Really glad I found you guys, i'll join the Discord and look for an active guild!

⬆ 62 ⬇    💬 29    ⚗    ↗ Share

u/OldSchoolRSTeam • Promoted

### Rediscover what real exploration feels like, download Old School RuneScape today.

gsght.com    [Play Now]

⬆ 70 ⬇    💬 96    ↗ Share

u/FuriousHernandes • 9 days ago

### Where to go as a new -to Twow- PvP player?

I've been looking to migrate to Turtle for a while now as I have some friends who have recommended it, but I'm unsure where to go if I want to play PvP (Mostly BGs) at lvl 60 since I'm not too fond of twinking. I heard there was a PvP server, Tel'abim, would that be my go-to? If so, how would gearing work at max level, is it a ranking system or is it honor/ap to acquire your BiS outside of raiding? Lastly, how is the class balance? I'm not gonna lie, most people say the balance is awful, but I take that with a grain of salt as I hear it on other servers

---

## Turtle WoW Team — Mysteries of Azeroth

Mysteries of Azeroth — is a story expansion made by the Turtle WoW Team, inspired by the Warcraft universe of Blizzard Entertainment.

🔒 Created Sep 10, 2018
🌐 Public

**92K**
Weekly visitors

**2.6K**
Weekly contributions

### R/TURTLEWOW RULES

| 1 | Be respectful | ⌄ |
| 2 | Only Turtle WoW Content | ⌄ |
| 3 | Requesting for support | ⌄ |
| 4 | Posting media | ⌄ |
| 5 | Flair your posts | ⌄ |
| 6 | Low effort posts | ⌄ |

### DISCORD

Turtle-WoW
Join us on Discord!

### POST FLAIR

Discussion   Screenshot   Artwork   Question   Video / Media   AddOns   Meta

### LINKS

Homepage
Forums
Report a bug
YouTube
Instagram
Twitter
Discord

397

Document title: Turtle WoW Team — Mysteries of Azeroth
Capture URL: https://www.reddit.com/r/turtlewow/
Capture timestamp (UTC): Wed, 07 Jan 2026 16:58:14 GMT



398

Document title: Turtle WoW Team — Mysteries of Azeroth
Capture URL: https://www.reddit.com/r/turtlewow/
Capture timestamp (UTC): Wed, 07 Jan 2026 16:58:14 GMT

Page 24 of 144



**Turtle WoW Team — Mysteries of Azeroth**

Mysteries of Azeroth — is a story expansion made by the Turtle WoW Team, inspired by the Warcraft universe of Blizzard Entertainment.

🔒 Created Sep 10, 2018
🌐 Public

**92K**
Weekly visitors

**2.6K**
Weekly contributions

**R/TURTLEWOW RULES**

1  Be respectful            ⌄
2  Only Turtle WoW Content   ⌄
3  Requesting for support    ⌄
4  Posting media             ⌄
5  Flair your posts          ⌄
6  Low effort posts          ⌄

**DISCORD**

Turtle-WoW
Join us on Discord!

**POST FLAIR**

Discussion   Screenshot   Artwork

Question   Video / Media   AddOns

Meta

**LINKS**

Homepage

Forums

Report a bug

YouTube

Instagram

Twitter

Discord

⬆ 26 ⬇   💬 28   ⋒   ⤴ Share

**u/MissYouDesertRat** • 10 days ago          ...

### It took me 32 runs of SWV to get the Crown of Lost Memories to drop.

What the fuck? Its a blue healing headpeice. The atlasloot info says it has about the same drop chance as everything else. I convinced myself it wasnt a real item and wasnt actually on the loot table.

⬆ 13 ⬇   💬 35   ⋒   ⤴ Share

**u/TroveGoblin** • 10 days ago          ...

### Looking for a super useful SSF addon

Question

⬆ 30 ⬇   💬 1   ⋒   ⤴ Share

**u/gwiggins2020** • 4 days ago          ...

### Non-Raiding Warrior Tank

Hey, so im just wondering if playing a protection warrior would make sense if I never plan to raid. Raiding is just too time consuming so what does the end game dungeon scene look like?

⬆ 20 ⬇   💬 24   ⋒   ⤴ Share

Document title: Turtle WoW Team — Mysteries of Azeroth
Capture URL: https://www.reddit.com/r/turtlewow/
Capture timestamp (UTC): Wed, 07 Jan 2026 16:58:14 GMT
Page 25 of 144



Document title: Turtle WoW Team — Mysteries of Azeroth
Capture URL: https://www.reddit.com/r/turtlewow/
Capture timestamp (UTC): Wed, 07 Jan 2026 16:58:14 GMT



Document title: Turtle WoW Team — Mysteries of Azeroth
Capture URL: https://www.reddit.com/r/turtlewow/
Capture timestamp (UTC): Wed, 07 Jan 2026 16:58:14 GMT
Page 27 of 144

⬆ 20 ⬇   💬 22   ⚹   ↗ Share



u/PlayWarcraft · Promoted   …

**Play World of Warcraft now and ready yourself for Midnight.**

shop.battle.net                                    Subscribe

⬆ Vote ⬇   💬 0   ↗ Share

u/Top_Buy_5848 · 2 days ago   …

**Twow vs Classic wow**

I'm downloading twow. Have a question re graphics and backgrounds in twow. Is it the same as in classic wow? Best way to direct download to pc and install on pc Alienware. Thanks.

`Question`

⬆ 1 ⬇   💬 3   ⚹   ↗ Share

u/Most-Round-4132 · 3 days ago   …

**Why does everyone suggest getting omen of clarity 1st for feral druid when lvling?**

Blood Frenzy seems like 10x more important to me, or am I missing something? Its not until lvl 37 that you can have both, so prioritizing those 11 points into Omen just seems like a waste until lvl 37 ya?

`Discussion`

⬆ 20 ⬇   💬 28   ⚹   ↗ Share

u/Complex_Carpenter772 · 4 days ago   …

**Tel'Abim**

i've been playing on nordanaar for quite some time, reached max level, raided MC/BWL, but i really like world pvp, and no cross-faction, just curious about the population and the community, is it considered a thriving

---

**Turtle WoW Team — Mysteries of Azeroth**

Mysteries of Azeroth — is a story expansion made by the Turtle WoW Team, inspired by the Warcraft universe of Blizzard Entertainment.

🔒 Created Sep 10, 2018
🌐 Public

**92K**                    **2.6K**
Weekly visitors           Weekly contributions

**R/TURTLEWOW RULES**

| 1 | Be respectful | ⌄ |
| 2 | Only Turtle WoW Content | ⌄ |
| 3 | Requesting for support | ⌄ |
| 4 | Posting media | ⌄ |
| 5 | Flair your posts | ⌄ |
| 6 | Low effort posts | ⌄ |

**DISCORD**

Turtle-WoW
Join us on Discord!

**POST FLAIR**

`Discussion`  `Screenshot`  `Artwork`
`Question`  `Video / Media`  `AddOns`
`Meta`

**LINKS**

Homepage
Forums
Report a bug
YouTube
Instagram
Twitter
Discord

---

402

i've been playing on nordanaar for quite some time, reached max level, raided MC/BWL, but i really like world pvp and no cross-faction, just curious about the population and the community, is it considered a thriving server?

`Question`

⬆ 19 ⬇     💬 13     🏆     ↪ Share



🟢 u/Luux_96 • 10 days ago                                                          ...

### SuperWoW Buffs

I finally managed to install SuperWoW but now it seems that some "buffs" (herb, mount, double combustion, random background berserking??) that previously didn't show up above my player unitframe appear. Any fix to that? I also use Pfui. Thanks in advance.

⬆ 9 ⬇     💬 2     🏆     ↪ Share

🟢 u/External_Law6203 • 2 days ago                                                   ...

### discord connection problem please help me

hello i have a problem, i can't enter discord everything was fine until i attached the mobile number and after that I was kicked instantly off the discord page

⬆ 0 ⬇     💬 2     🏆     ↪ Share

🟣 u/billyfisty • 10 days ago                                                        ...

### Goblin Brainwashing Cost

Does it cost gold to switch between two saved specs on the Goblin Brainwashing Device every time? If I have a healing spec for dungeons/raids and a DPS spec saved for just questing out in the world on the device and want to swap between the two, will it cost gold for every swap?

⬆ 20 ⬇     💬 23     🏆     ↪ Share

🔴 u/Dobri7 • 10 days ago                                                            ...

### Rogue Sub PvE-raiding build

Hello everyone, I'm curently playing assa build and i'm having fun vut everyone are playing same build i wanna go Sub for change and raid with it, any build and list od pre BiS i should get? Thanks for help:)

`Question`

⬆ 8 ⬇     💬 14     🏆     ↪ Share

🟤 u/Hot-Persimmon-9768 • Promoted                                                   ...

### The **ULTIMATE** Fantasy Sandbox.

### Turtle WoW Team — Mysteries of Azeroth

Mysteries of Azeroth — is a story expansion made by the Turtle WoW Team, inspired by the Warcraft universe of Blizzard Entertainment.

🔒 Created Sep 10, 2018

🌐 Public

**92K**
Weekly visitors

**2.6K**
Weekly contributions

**R/TURTLEWOW RULES**

| 1 | Be respectful | ⌄ |
| 2 | Only Turtle WoW Content | ⌄ |
| 3 | Requesting for support | ⌄ |
| 4 | Posting media | ⌄ |
| 5 | Flair your posts | ⌄ |
| 6 | Low effort posts | ⌄ |

**DISCORD**

Turtle-WoW
Join us on Discord!

**POST FLAIR**

`Discussion`  `Screenshot`  `Artwork`

`Question`  `Video / Media`  `AddOns`

`Meta`

**LINKS**

Homepage

Forums

Report a bug

YouTube

Instagram

Twitter

Discord

403



**Turtle WoW Team — Mysteries of Azeroth**

Mysteries of Azeroth — is a story expansion made by the Turtle WoW Team, inspired by the Warcraft universe of Blizzard Entertainment.

🔒 Created Sep 10, 2018
🌐 Public

**92K** Weekly visitors    **2.6K** Weekly contributions

**R/TURTLEWOW RULES**

1   Be respectful                        ⌄
2   Only Turtle WoW Content              ⌄
3   Requesting for support               ⌄
4   Posting media                        ⌄
5   Flair your posts                     ⌄
6   Low effort posts                     ⌄

**DISCORD**

Turtle-WoW
Join us on Discord!

**POST FLAIR**

Discussion   Screenshot   Artwork
Question   Video / Media   AddOns
Meta

**LINKS**

Homepage
Forums
Report a bug
YouTube
Instagram
Twitter
Discord

---

store.steampowered.com                    View More

⬆ Vote ⬇    💬 0    ↗ Share

u/StudioObjective9321 • 10 days ago                    ...

**Do I need to make some configs to show when enemies are channeling?**

⬆ 8 ⬇    💬 4    ⏸    ↗ Share

u/Major-Algae518 • 5 days ago                    ...

**How does holy paladin feel in raids? Is there some sort of melee in the rotation now?**

Have a decently geared prot pally but looking to take a step back from tanking and move to healer role, interested in ppls opinions on it

Question

⬆ 17 ⬇    💬 21    ⏸    ↗ Share

u/vati22 • 4 days ago                    ...

**Guda 1.5.5 Update**

Just pushed a new update for Guda bags: Fixed - Fixed an issue with pfUI Config -> Tooltip Position -> Cursor, where the tooltip was not correctly following the cursor. Added - Added a Bind on Equip (BoE) section. - Added Restack functionality for Bag View: Category, allowing items to be reorganized more efficiently.
https://github.com/vatichild/guda

⬆ 17 ⬇    💬 33    ⏸    ↗ Share

u/LanguageFearless3601 • 2 days ago                    ...

**hunter mouseover macro help TWOW**

hi guys, i am really looking for a mouseover macro which does the following: sends my pet in to attack the mouseover applys hunter mark on the mouseover target uses Dash on my raptor go back to my original current target so i can keep shooting. million thanks or let me know if this is not possible.. i ve been running crazy on the net for this.

⬆ 0 ⬇    💬 4    ⏸    ↗ Share

u/Mongfeng • 11 days ago                    ...

**Dang man, i take offense in that**

Screenshot

404

Document title: Turtle WoW Team — Mysteries of Azeroth
Capture URL: https://www.reddit.com/r/turtlewow/
Capture timestamp (UTC): Wed, 07 Jan 2026 16:58:14 GMT



Screenshot

## Turtle WoW Team — Mysteries of Azeroth

Mysteries of Azeroth — is a story expansion made by the Turtle WoW Team, inspired by the Warcraft universe of Blizzard Entertainment.

🗐 Created Sep 10, 2018
🌐 Public

**92K**
Weekly visitors

**2.6K**
Weekly contributions

**R/TURTLEWOW RULES**

| 1 | Be respectful | ⌄ |
| 2 | Only Turtle WoW Content | ⌄ |
| 3 | Requesting for support | ⌄ |
| 4 | Posting media | ⌄ |
| 5 | Flair your posts | ⌄ |
| 6 | Low effort posts | ⌄ |

**DISCORD**

Turtle-WoW
Join us on Discord!

**POST FLAIR**

Discussion  Screenshot  Artwork
Question  Video / Media  AddOns
Meta

**LINKS**

Homepage

Forums

Report a bug

YouTube

Instagram

Twitter

Discord

---

⬆ 45 ⬇   💬 2   ⟳   ↪ Share

👤 **u/ThrowRA-expectinfart** • 10 days ago   ⋯

### Help deciding server

Hi all, I'm new to the twow scene. Just curious on what server yall suggest I roll on. I've played a bit on tel'abim bc I really want to enjoy world PVP but the double xp makes me feel like Im going too fast through content to experience it. Also, I'm not making enough gold to keep pace with buying skills at each level up. Finally, I worry that the low population will spell doom for finding groups etc. I haven't been able to find a RFC group at all or even seen anyone spamming to find groups. Is it worth it to continue here? I logged onto nordanar and I saw that orgrimmar had a healthy population within, while I would say I saw about a third of that population on…

⬆ 6 ⬇   💬 20   ⟳   ↪ Share

👤 **u/M61999** • 3 days ago   ⋯

### Nordanaar or Ambershire ?

Hey guys, new to turtle wow. Trying to figure out which realm to play on. what is the population like on both realms these days ?

⬆ 16 ⬇   💬 34   ⟳   ↪ Share

👤 **u/Tylenol_Us** • Promoted   ⋯

### Tylenol is the No. 1 Doctor Recommended Brand of Pain Reliever

TYLENOL®
— ♥ —
#1 Doctor Recommended Brand of Pain Reliever
Visit www.Tylenol.com/answers

405



#1 Doctor Recommended Brand of Pain Reliever
Visit Tylenol.com/answers

▶ ●━━━━━━━━━━  0:01 / 0:06  [CC] ⚙ ↗ 🔇

tylenol.com                                          [ Learn More ]

⬆ Vote ⬇    💬 0    ↗ Share

**u/LanfearSedai** • 2 days ago                                      ...

### Winter Veil Vale quests reset today?

It appears that all of the quests in Winter Veil Vale have reset for some reason today. It also appears that I lost all the credit for the ones I had already done on my level 1 lunatic, as my /played has dropped by several quests in total. Is this a bug or intended? I am doing them all again because I have been working towards the 100 quest mark on my Lunatic, but what a pain to have to do the Icy Menace run-around, find another GM, get another Thunderbrew Lager, talk to 15 more moonkins, etc. etc. This seems to be the case on all my characters as well as my wife's, so it isn't limited to the Lunatic. Ambershire server. Edit: Checked with some Lunatics on Nord an...

⬆ 4 ⬇    💬 5    ⚲    ↗ Share

**u/Budget_Librarian_565** • 4 days ago                             ...

### Scourge Invasion Bosses are Back

Somehow they returned. Was yesterday in a Scholo run and suddenly there was Lord Blackwood right before our group. Tested SFK for Sever and he also was right there. Where the Scourge Invasion bosses reimplemented very recently or is there some kind of special event going on right now?

`Question`

⬆ 15 ⬇    💬 4    ⚲    ↗ Share

**u/Ok_Young9432** • 7 days ago                                     ...

### Lightning Strike - Tidal mastery

---

## Turtle WoW Team — Mysteries of Azeroth

Mysteries of Azeroth — is a story expansion made by the Turtle WoW Team, inspired by the Warcraft universe of Blizzard Entertainment.

🔒 Created Sep 10, 2018
🌐 Public

**92K**              **2.6K**
Weekly visitors      Weekly contributions

### R/TURTLEWOW RULES

1  Be respectful                          ⌄
2  Only Turtle WoW Content                ⌄
3  Requesting for support                 ⌄
4  Posting media                          ⌄
5  Flair your posts                       ⌄
6  Low effort posts                       ⌄

### DISCORD

Turtle-WoW
Join us on Discord!

### POST FLAIR

`Discussion`  `Screenshot`  `Artwork`
`Question`  `Video / Media`  `AddOns`
`Meta`

### LINKS

[ Homepage ]
[ Forums ]
[ Report a bug ]
[ YouTube ]
[ Instagram ]
[ Twitter ]
[ Discord ]

406



⬆ 14 ⬇    💬 51    ⊘    ↪ Share

u/Draconuus95 • 11 days ago                                    •••

### Quest addon

So. Has anyone picked up on development of pfquest/pfquest-turtle ever since shagu left the scene? Or has anyone started a new quest helper project to replace it? I understand why shagu quit considering blizzards moves towards adding them to the lawsuits. Gotta look out for number one. But I'm curious if we have a replacement dev or addon that's stepping up.

`AddOns`

⬆ 16 ⬇    💬 5    ⊘    ↪ Share

u/vati22 • 11 days ago                                       •••

### 🐢 Turtle WoW: Guda Addon Now Tracks Mailbox & Improves Bag/Bank Management

### 🐢 New Feature: Cached Mailbox Item Count (Cross-Character)

Overview Guda now tracks and stores mailbox data when you open the Blizzard mailbox.
This allows you to view your mailbox item count anytime, anywhere, and across all characters, without reopening the mailbox.

### How it works

- Mailbox data is captured when the Blizzard mailbox is opened…

⬆ 18 ⬇    💬 14    ⊘    ↪ Share

u/Urosko96 • 4 days ago                                      •••

### Pvp addons

### Turtle WoW Team — Mysteries of Azeroth

Mysteries of Azeroth — is a story expansion made by the Turtle WoW Team, inspired by the Warcraft universe of Blizzard Entertainment.

🔒 Created Sep 10, 2018
🌐 Public

**92K**             **2.6K**
Weekly visitors      Weekly contributions

### R/TURTLEWOW RULES

| 1 | Be respectful | ⌄ |
| 2 | Only Turtle WoW Content | ⌄ |
| 3 | Requesting for support | ⌄ |
| 4 | Posting media | ⌄ |
| 5 | Flair your posts | ⌄ |
| 6 | Low effort posts | ⌄ |

### DISCORD

Turtle-WoW — Join us on Discord!

### POST FLAIR

`Discussion`  `Screenshot`  `Artwork`
`Question`  `Video / Media`  `AddOns`
`Meta`

### LINKS

Homepage
Forums
Report a bug
YouTube
Instagram
Twitter
Discord

407

⬆ 14 ⬇  💬 2  🔊  ➦ Share



👤 u/grejty • 10 days ago                                                          ⋯

## Help me remove the default cast bar

`Question`

⬆ 1 ⬇  💬 15  🔊  ➦ Share

👤 u/myiq_iq • Promoted                                                            ⋯

**🗆 Answer 30 Questions To Find Out Your Score**

myiq.com                                                              [ Learn More ]

---

### Turtle WoW Team — Mysteries of Azeroth

Mysteries of Azeroth — is a story expansion made by the Turtle WoW Team, inspired by the Warcraft universe of Blizzard Entertainment.

🔒 Created Sep 10, 2018
🌐 Public

**92K**
Weekly visitors

**2.6K**
Weekly contributions

**R/TURTLEWOW RULES**

| | |
|---|---|
| 1 | Be respectful ⌄ |
| 2 | Only Turtle WoW Content ⌄ |
| 3 | Requesting for support ⌄ |
| 4 | Posting media ⌄ |
| 5 | Flair your posts ⌄ |
| 6 | Low effort posts ⌄ |

**DISCORD**

Turtle-WoW
Join us on Discord!

**POST FLAIR**

`Discussion`  `Screenshot`  `Artwork`
`Question`  `Video / Media`  `AddOns`
`Meta`

**LINKS**

Homepage

Forums

Report a bug

YouTube

Instagram

Twitter

Discord

Document title: Turtle WoW Team — Mysteries of Azeroth
Capture URL: https://www.reddit.com/r/turtlewow/
Capture timestamp (UTC): Wed, 07 Jan 2026 16:58:14 GMT



☰  reddit                                                                    Learn More

**Turtle WoW Team — Mysteries of Azeroth**

Mysteries of Azeroth — is a story expansion made by the Turtle WoW Team, inspired by the Warcraft universe of Blizzard Entertainment.

🔒 Created Sep 10, 2018
🌐 Public

**92K**                    **2.6K**
Weekly visitors            Weekly contributions

**R/TURTLEWOW RULES**

| 1 | Be respectful | ⌄ |
| 2 | Only Turtle WoW Content | ⌄ |
| 3 | Requesting for support | ⌄ |
| 4 | Posting media | ⌄ |
| 5 | Flair your posts | ⌄ |
| 6 | Low effort posts | ⌄ |

**DISCORD**

Turtle-WoW
Join us on Discord!

**POST FLAIR**

Discussion   Screenshot   Artwork
Question   Video / Media   AddOns
Meta

**LINKS**

Homepage
Forums
Report a bug
YouTube
Instagram
Twitter
Discord

---

u/TheOnesWithin • 3 days ago                                              ...

### Priest healer VS Druid healer

So looking to playing a healer with friends and started with a priest as I used to run a priest years ago and quite enjoyed it.
Problem is we are at level 12 and I am so bored.
Smite does almost no damage compared to me and they don't need healing very often so I am just sitting there bored. Does priest get more fun at later levels? So I was thinking of switching over to a druid healer but I remember druid healers used to kind of suck but I heard they are better now. So looking for three questions....

⬆ 14 ⬇   💬 45   Ꝺ   ↗ Share

---

u/loukas22 • 2 days ago                                                    ...

### Looking for an addon that changes colour of group name plates in raid

I need to easily find where my group is at all times. not sure how to do that. need an addon that either changes their nameplates to something like red or maybe something that marks them? (not for whole raid just for me)
Please suggest me something really need a solution

⬆ 3 ⬇   💬 0   Ꝺ   ↗ Share

---

u/Snowcrash000 • 6 days ago                                                ...

### Warrior tanking at 50

I'm a level 50 Arms warrior and was doing fine tanking in my mid-thirties. I ran SM a LOT and got plenty of compliments on my tanking, but now in instances like Gilneas City and Maraudon I'm struggling. What I used to do was simply range pull skull so it gets to me a few seconds ahead of the pack, put 2-3 sunders up. then thunderclap, demo shout once the rest of the pack catches up and tab sunder. worked like a charm and I could preserve enough rage into the next pull. Now, particularly in Gilneas City, this does not work on packs with casters that need to die first as they stay stationary unless you can LOS pull. Also DPS just seem to do more...

Question

⬆ 14 ⬇   💬 15   Ꝺ   ↗ Share

---

u/spank-you • 2 days ago                                                   ...

### I love pvp but I love hugely populated servers. I'm gonna take some flack for this...

I love and prefer pvp servers, and I have a couple of toons on banana. However, I keep going back to Amber because it feels more alive with the high population. I wish everyone who likes pvp and plays on banana would play on the normals server(s) and just enable pvp. Of course I know the reasons you can't do that, mainly assholes who dont have pvp enabled waiting for the opportune moment to strike in bad faith, but I just so wish that the pvp server was as populated as Amber.

⬆ 3 ⬇   💬 51   Ꝺ   ↗ Share

---

u/Human_Nr19980203 • 6 days ago                                            ...

### Token Bag 36 slots

Is bag for tokens 36 slots it's one time buy or I buy and it is obtainable as soulbound for all characters? Asking cuz dropping like 30$ (my day and half wage) for item on hardcore is stupid idea.

Question

⬆ 14 ⬇   💬 17   Ꝺ   ↗ Share

---

u/Threbox • 10 days ago                                                    ...

---

409



u/Threbox • 10 days ago

### Got BOED on my first actual try - what now?

Got the incendosaur 3 item set too, what should be my main focus next?

⬆ 1 ⬇    💬 27    ⚗    ↪ Share

u/Snowcrash000 • 11 days ago

### Golden Elves of Feralas

Where are the golden elves for the Bloodsail Buccaneer quest of the same name? I've only been to Feralas briefly, but it's a big zone and the quest gives ZERO indication where these golden elves are supposed to be. I really wish TWOW developers wouldn't just expect people to use quest helper add-ons... PSA EDIT TO ANYONE LOOKING TO COMPLETE THIS QUEST: Directions are down below, but bring a Mithril Tube, 4 Mithril Bars and and 2 Jades along with you to save you a lot of traveling back and forth. And another tip, since this quest just keeps getting more annoying: When you have to collect the additional statues (which are the half...

`Question`

⬆ 3 ⬇    💬 7    ⚗    ↪ Share

u/Lazy_Tea_5186 • Promoted

### Fish. Scale. Upgrade. Repeat.

**Wishlist & Play the Demo on Steam!**
store.steampowered.com

[Play Now]

⬆ Vote ⬇    💬 6    ↪ Share

u/Volcom1991 • 2 days ago

### Level 60 paladin holy damage/solo rotation/talents

Hello all! I love Turtle wow, I love paladins, I love soloing dungeons and massive trains of mobs! I have some decent protection gear, but even better healing/sp gear. I created a talent tree that focuses on holy with a retribution runoff. I focused on gaining armor, strength, and spell power… my main rotation after getting a large group of mobs (or even a regular group in higher dungeons) is seal of wisdom, holy shock myself, consecration, crusader strike, holy shock myself.. I only shock ME and only when I need it. I do have a good amount of spell power and defense, but I'm looking for a talent tree that allows me to refresh holy shock while maximizing my…

`Question`

---

## Turtle WoW Team — Mysteries of Azeroth

Mysteries of Azeroth — is a story expansion made by the Turtle WoW Team, inspired by the Warcraft universe of Blizzard Entertainment.

🔒 Created Sep 10, 2018
🌐 Public

**92K**
Weekly visitors

**2.6K**
Weekly contributions

### R/TURTLEWOW RULES

| | | |
|---|---|---|
| 1 | Be respectful | ⌄ |
| 2 | Only Turtle WoW Content | ⌄ |
| 3 | Requesting for support | ⌄ |
| 4 | Posting media | ⌄ |
| 5 | Flair your posts | ⌄ |
| 6 | Low effort posts | ⌄ |

### DISCORD

Turtle-WoW
Join us on Discord!

### POST FLAIR

`Discussion` `Screenshot` `Artwork`
`Question` `Video / Media` `AddOns`
`Meta`

### LINKS

[Homepage]
[Forums]
[Report a bug]
[YouTube]
[Instagram]
[Twitter]
[Discord]

Document title: Turtle WoW Team — Mysteries of Azeroth
Capture URL: https://www.reddit.com/r/turtlewow/
Capture timestamp (UTC): Wed, 07 Jan 2026 16:58:14 GMT



☰ reddit

**Turtle WoW Team — Mysteries of Azeroth**

Mysteries of Azeroth — is a story expansion made by the Turtle WoW Team, inspired by the Warcraft universe of Blizzard Entertainment.

🔒 Created Sep 10, 2018
🌐 Public

**92K**
Weekly visitors

**2.6K**
Weekly contributions

**R/TURTLEWOW RULES**

1  Be respectful ⌄
2  Only Turtle WoW Content ⌄
3  Requesting for support ⌄
4  Posting media ⌄
5  Flair your posts ⌄
6  Low effort posts ⌄

**DISCORD**

Turtle-WoW — Join us on Discord!

**POST FLAIR**

Discussion  Screenshot  Artwork
Question  Video / Media  AddOns
Meta

**LINKS**

Homepage
Forums
Report a bug
YouTube
Instagram
Twitter
Discord

---

Question

⇧ 4 ⇩    💬 2    ☊    ↪ Share

u/Life-Vehicle-4593 • 4 days ago    ···

**Wow buddy ?**

hello, i'm currently lvl 15 on Nordanaar, and my class is warrior. i'm looking for someone pretty much the same level to just level, have fun and explore !

⇧ 14 ⇩    💬 11    ☊    ↪ Share

u/Teo_Verunda • 7 days ago    ···

**I need Tanking Addon that makes it easy to mark targets.**

Is there an addon that basically does. "Mark the thing I'm fighting with a skull" So if I hit a golem, the golem is marked skull, but if there's a goblin behind the golem, the goblin is marked skull once I change targets, regardless if the golem is killed or not

Question

⇧ 13 ⇩    💬 20    ☊    ↪ Share

u/perpetvo • 2 days ago    ···

**Best realm for a casual slow and steady leveler**

Hi everyone,
Been playing turtle on and off for years and mostly made characters an leveled in a casual slow pace, not going further than level 50ish in any character. I mostly make a new one when i get the itch and enjoy the leveling experience very much on Turtle.
Last time i did it, Nordanar was the only "serious" realm for this, but now i'm getting the itch again and don't know where to go to....

Question

⇧ 3 ⇩    💬 20    ☊    ↪ Share

u/Nattydread2010 • 2 days ago    ···

**BWL attunement**

Hey sorry if this has already been asked, I'm playing on ambershire and now we have ZG. Is the BWL attunement active yet? Killed the mob and he didn't drop the documents.

⇧ 3 ⇩    💬 4    ☊    ↪ Share

u/Teo_Verunda • 7 days ago    ···

**Do I need to pull the entire room for Lasher Farm? Or can I just farm each pack normally**

Been avoiding that farm method but rn I'm super strapped for cash after enchanting my stuff. I watched some tutorials on YT and I pretty much understand that I can pull the whole room with my Dash 3 pet. But since you get locked out after 5 resets, is it possible to just jump down and farm the room normally? It's so I can just turn my brain off and watch YouTube while doing it.

Question

⇧ 12 ⇩    💬 16    ☊    ↪ Share

u/Ocean-in-Motion • 11 days ago    ···

**Newest Update Issues**

411

## Newest Update Issues

Whatever they did with their newest build is clearly not working right for many people. I've tried the fixes for the Dxvk that many have posted but this game still runs like a slideshow on my 5090. It's such a deep problem that even after closing the game it's continuing to effect my monitor's refresh rate. Wtf did the devs do and is there any way to play using the last build?

`Question`

⬆ 6 ⬇   💬 35   ⊘   ↗ Share

🟠 u/mechanize_inc · Promoted   ⋯

### Purdue seniors: automate SWE before someone else does.



# Junior software engineer
San Francisco, CA · **$300K/year**

We build RL environments to train AI on real-world work. Our goal is the full automation of the economy.

$300K base + competitive equity

Mechanize, Inc.

jobs.ashbyhq.com

⬆ Vote ⬇   💬 8   ↗ Share

🟣 u/El_Khajiita · 11 days ago   ⋯

### Guys, I need help building up my warlock's talents; it's my first time using him.

⬆ 4 ⬇   💬 7   ⊘   ↗ Share

🟣 u/Prior-Age4675 · 2 days ago   ⋯

### ⬜⬜ can I play T wow on MacBook m2? Alot of private servers no longer support macOs due to custom launchers. How about twow?

⬜⬜ can I play T wow on MacBook m2? Alot of private servers no longer support macOs due to custom launchers. How about twow?

`Question`

⬆ 3 ⬇   💬 1   ⊘   ↗ Share

---

**Turtle WoW Team — Mysteries of Azeroth**

Mysteries of Azeroth — is a story expansion made by the Turtle WoW Team, inspired by the Warcraft universe of Blizzard Entertainment.

🔒 Created Sep 10, 2018
🌐 Public

**92K**
Weekly visitors

**2.6K**
Weekly contributions

**R/TURTLEWOW RULES**

1   Be respectful   ⌄
2   Only Turtle WoW Content   ⌄
3   Requesting for support   ⌄
4   Posting media   ⌄
5   Flair your posts   ⌄
6   Low effort posts   ⌄

**DISCORD**



**POST FLAIR**

`Discussion`  `Screenshot`  `Artwork`
`Question`  `Video / Media`  `AddOns`
`Meta`

**LINKS**

Homepage

Forums

Report a bug

YouTube

Instagram

Twitter

Discord

Document title: Turtle WoW Team — Mysteries of Azeroth
Capture URL: https://www.reddit.com/r/turtlewow/
Capture timestamp (UTC): Wed, 07 Jan 2026 16:58:14 GMT

Page 38 of 144



⬆ 3 ⬇   💬 1   ॰   ↪ Share

**u/Prior-Age4675** • 2 days ago   •••

### ⬚Which of 4 servers to choose as new starter to Turtlewow twow 2026

New to twow. Amber or other severe. Whats the difference??

⬆ 0 ⬇   💬 13   ॰   ↪ Share

**u/Fantastic-Push4573** • 11 days ago   •••

### High Elves can play as Warlocks

Hello, I'd like to make a High Elf Warlock. Is this a viable class/race combination? I understand High Elves are not tainted by fel magic but it would be cool if they could be warlocks. Like arcane based. Will we ever see this happen or is it forever NO like undead or tauren paladins ? Troll can be mages which I find a little odd.

⬆ 5 ⬇   💬 15   ॰   ↪ Share

**u/Vlarmitage** • 2 days ago   •••

### Loot and drop chances

Hello guys ! I wanted to share a feeling I had since some raids now. Do you think there is something like a chance reduction on the drop chance for a class depending on the number of player of that class in the raid group ? I mean I play sham, and I never see sham loot when we are outnumpering the other classes. When I am not raiding and guild is going with fewer shams it drops. Another example is we had 1 hunter geared in 2-3 raids (MC/BWL), same for rogues and druids that are few in numbers. That's why it led me to think there is some kind of TWow rule regarding the number of player of a class, and the drop chance of related gear. I am not...

⬆ 4 ⬇   💬 16   ॰   ↪ Share

**u/fartdog8** • 5 days ago   •••

### Does anyone use lazy script addon

I like making macros but the is one seems to be a sleeper. The shear power one has over their rotation with this addon. You can make a one button macro that heals you, your party, buffs, does your rotation based on conditions. It's kind of an if/then type macro builder. Not actual code but for example If player has greater than 80% hp and less than 50 % mana, cast seal of wisdom. If player has less than 45 % hp cast seal of light You can get as complicated as you want. If have several logic conditions. If the line of code is false it moves to the next line. It's been a game changer. Anyone else use this addon?

`AddOns`

⬆ 12 ⬇   💬 23   ॰   ↪ Share

**u/spank-you** • 8 days ago   •••

### Disc priest question: is spirit tap worth dropping force of will?

Spec 1 (go for as mush damage through spirit as possible): https://talents.turtlecraft.gg/priest? points=ToAAQYaAZI-CoFCABAoB-F Spec 2 (still go for spirit, but opt for the flat 5% extra crit and 20% more shield which, i think, translates to more damage when it breaks): https://talents.turtlecraft.gg/priest? points=ToAAQYaAZIAo-CoFCABAoB- Thoughts?

⬆ 11 ⬇   💬 10   ॰   ↪ Share

**u/hbomax** • Promoted   •••

### The Pitt returns for Season 2 this Thursday on HBO Max

---

## Turtle WoW Team — Mysteries of Azeroth

Mysteries of Azeroth — is a story expansion made by the Turtle WoW Team, inspired by the Warcraft universe of Blizzard Entertainment.

🔒 Created Sep 10, 2018
🌐 Public

**92K**
Weekly visitors

**2.6K**
Weekly contributions

### R/TURTLELOW RULES

1   Be respectful   ⌄
2   Only Turtle WoW Content   ⌄
3   Requesting for support   ⌄
4   Posting media   ⌄
5   Flair your posts   ⌄
6   Low effort posts   ⌄

### DISCORD

Turtle-WoW
Join us on Discord!

### POST FLAIR

`Discussion`  `Screenshot`  `Artwork`
`Question`  `Video / Media`  `AddOns`
`Meta`

### LINKS

Homepage
Forums
Report a bug
YouTube
Instagram
Twitter
Discord

Document title: Turtle WoW Team — Mysteries of Azeroth
Capture URL: https://www.reddit.com/r/turtlelow/
Capture timestamp (UTC): Wed, 07 Jan 2026 16:58:14 GMT



hbomax.com

**Learn More**

⇧ Vote ⇩   💬 0   ↗ Share

### Turtle WoW Team — Mysteries of Azeroth

Mysteries of Azeroth — is a story expansion made by the Turtle WoW Team, inspired by the Warcraft universe of Blizzard Entertainment.

🗄 Created Sep 10, 2018
🌐 Public

**92K**
Weekly visitors

**2.6K**
Weekly contributions

**R/TURTLEWOW RULES**

1  Be respectful ⌄
2  Only Turtle WoW Content ⌄
3  Requesting for support ⌄
4  Posting media ⌄
5  Flair your posts ⌄
6  Low effort posts ⌄

**DISCORD**

**Turtle-WoW** Join us on Discord!

---

🟢 u/Budget-Bowler-4918 • 2 days ago   ⋯

### Hybrid class main spec

Hey guys. I'm prot pala started to tank (off and Mt) zg, kara10, Ony this week and I'm bit confused should I maybe respec to retri because it seems I would find group for raids easily? Btw, this is my fist character in vanilla. What confuses me is for example, mechanics and path direction I was watching on YouTube for zg seems to be irrelevant (not all but half of it). Should I go through all these raids as dps and then switch to tank again when I get some experience or stay as prot?

⇧ 3 ⇩   💬 9   🎧   ↗ Share

**POST FLAIR**

🟢 Discussion   🔵 Screenshot   🟠 Artwork
🔴 Question   🔵 Video / Media   🟢 AddOns
🟢 Meta

---

🟠 u/Sauce6609 • 11 days ago   ⋯

### Arms spec tanking

Im leveling an arms warrior but am wondering if i should have more prot talents if i want to tank level 50+ dungeons? So far i only have 3 points in anticipation for prot tree and am wondering if i should be fine or not, i plan on getting shield mastery also. Any tips? I plan on being a prot warrior once i hit 60, then get a gobo brain wash and dual spec with arms for pvp

🔴 Question

⇧ 4 ⇩   💬 5   🎧   ↗ Share

**LINKS**

**Homepage**

**Forums**

**Report a bug**

**YouTube**

**Instagram**

**Twitter**

**Discord**

---

🔵 u/gvsykes • 2 days ago   ⋯

### Error when trying to install SuperWoW

Hi all, I am hoping you can help me with this error when I launch turtle wow after I have tried to install Super WoW. I have followed the steps listed in the SuperWoW github page but I seem to be getting this error and then when I launch Twow I can see that SuperWoW is not loaded. Any ideas on what is causing this and how to fix it? Thanks in advance

⇧ 3 ⇩   💬 10   🎧   ↗ Share

---

🔴 u/Risenzealot • 3 days ago   ⋯

### New player here with just a couple of questions :)

Hello Turtle WoW! I'm a new player and just had a couple of questions. I know the team has done some adjustments to classes so I was wondering where I could get info on that. Basically would like information on builds. I'm thinking of playing a Rogue but not sure what spec is for leveling now. Also, can you respec for fairly

414

Document title: Turtle WoW Team — Mysteries of Azeroth
Capture URL: https://www.reddit.com/r/turtlelow/
Capture timestamp (UTC): Wed, 07 Jan 2026 16:58:14 GMT

adjustments to classes so I was wondering where I could get info on that. Basically would like information on builds. I'm thinking of playing a Rogue but not sure what spec is for leveling now. Also, can you respec for fairly cheap on this server? Lastly, I'm not sure what server to pick. I do like world PvP but I read somewhere that the PvP server is dead. Apparently you can still do world PvP on the PvE server though? I guess I just want a server with a steady population but one where I won't get punished if I don't speak in role playing flavor. Thank you all :)

`Question`

⇧ 10 ⇩     💬 20     ୟ     ⤳ Share

**u/Snowcrash000** • 11 days ago                                              ⋯

### Elf in the Jungle

Where is the elf in the jungle for the Bloodsail Buccaneer quest of the same name? I can't find him anywhere near the nagas near the bloodsail compound as the quest suggests.

`Question`

⇧ 0 ⇩     💬 2     ୟ     ⤳ Share

**u/TrygerWTF** • 12 days ago                                                ⋯

### Lost lvl 40 HC to disconnect



⇧ 311 ⇩     💬 158     ୟ     ⤳ Share

**u/Human_Nr19980203** • 11 days ago                                          ⋯

### Hunter pet for leveling

I am lvl 12 hunter with Snow Fox (winter event) pet. Took him because it looked nice and no hunter will have probably similar one at that level. But what are good pet for leveling, we play hunter + Druid in duo.

`Question`

⇧ 7 ⇩     💬 27     ୟ     ⤳ Share

**u/Merck** • Promoted                                                        ⋯

### Our business development & licensing team looks for opportunities to complement and augment our pipeline where science and value align.

---

### Turtle WoW Team — Mysteries of Azeroth

Mysteries of Azeroth — is a story expansion made by the Turtle WoW Team, inspired by the Warcraft universe of Blizzard Entertainment.

🗄 Created Sep 10, 2018
🌐 Public

**92K**
Weekly visitors

**2.6K**
Weekly contributions

**R/TURTLEWOW RULES**

1  Be respectful                          ⌄
2  Only Turtle WoW Content                 ⌄
3  Requesting for support                  ⌄
4  Posting media                           ⌄
5  Flair your posts                        ⌄
6  Low effort posts                        ⌄

**DISCORD**

[Turtle-WoW — Join us on Discord!]

**POST FLAIR**

`Discussion`  `Screenshot`  `Artwork`
`Question`  `Video / Media`  `AddOns`
`Meta`

**LINKS**

| Homepage |
| Forums |
| Report a bug |
| YouTube |
| Instagram |
| Twitter |
| Discord |





Document title: Turtle WoW Team — Mysteries of Azeroth
Capture URL: https://www.reddit.com/r/turtlewow/
Capture timestamp (UTC): Wed, 07 Jan 2026 16:58:14 GMT
Page 43 of 144



WITH UP TO

# 12 HRS WETNESS PROTECTION

click2cart.com

**Shop Now**

⇧ Vote ⇩    ☐ 0    ↱ Share

---

**u/Snowcrash000** • 3 days ago    ...

## Secret of the Circle

I have already done The Stone Circle, which should unlock both Secret of the Circle and Into the Depths. However, only Into the Depths is available to me, not Secret of the Circle. Any idea what the issue is and how to fix it? This is the Sunken Temple quest you get from Mavron Rivetseeker, the Goblin in Tanaris.

`Question`

⇧ 3 ⇩    ☐ 4    ⊘    ↱ Share

---

**u/amgcx** • 11 days ago    ...

## Help with choosing alt

Was thinking of rolling an alt and simply cant decide between feral druid or rogue so I'm curious what people who played both classes think. Which one is more fun to level in general, through quests and dungeons? Which one levels faster? Talking from dps perspective purely, i have no intention of healing or tanking. Only reason why im asking is because im kinda new to Twow, only leveled a warrior and not very sure how Twow's tweaks and changes affect those 2 classes. I find them both equally fun in general, played/mained them in other expansions but not sure how things are on Twow

`Question`

⇧ 3 ⇩    ☐ 12    ⊘    ↱ Share

---

**u/jeregxd** • 11 days ago    ...

## 7900xtx AMD driver timeout on Turtle, stuttering

hey, since dec 24 update my game is stuttering and driver is hanging tried doing DDU, fresh, latest, prevous, september driver everything results in super big stuttering in SW + driver timing out 7800x3d 64gb 7900xtx W11 no oc, everything is default after latest bios update i'm using dxvk, tried completely reinstalling the game. modern titles are running fine, atm im playing bf6 with 200ish fps constantly

`Question`

⇧ 2 ⇩    ☐ 9    ⊘    ↱ Share

---

**u/Alert-Negotiation144** • 3 days ago    ...

## Do Seal of Righteousness work as a spell or auto attack?

I thought it counts as spell both the passive damage and judgement but some1 is claiming it counts as auto

---

### Turtle WoW Team — Mysteries of Azeroth

Mysteries of Azeroth — is a story expansion made by the Turtle WoW Team, inspired by the Warcraft universe of Blizzard Entertainment.

🗐 Created Sep 10, 2018
🌐 Public

**92K**    **2.6K**
Weekly visitors    Weekly contributions

**R/TURTLEWOW RULES**

1    Be respectful    ⌄
2    Only Turtle WoW Content    ⌄
3    Requesting for support    ⌄
4    Posting media    ⌄
5    Flair your posts    ⌄
6    Low effort posts    ⌄

**DISCORD**

Turtle-WoW
Join us on Discord!

**POST FLAIR**

`Discussion`  `Screenshot`  `Artwork`

`Question`  `Video / Media`  `AddOns`

`Meta`

**LINKS**

| Homepage |
| Forums |
| Report a bug |
| YouTube |
| Instagram |
| Twitter |
| Discord |

Document title: Turtle WoW Team — Mysteries of Azeroth
Capture URL: https://www.reddit.com/r/turtlewow/
Capture timestamp (UTC): Wed, 07 Jan 2026 16:58:14 GMT

### Do Seal of Righteousness work as a spell or auto attack?

I thought it counts as spell both the passive damage and judgement but some1 is claiming it counts as auto attack

⇧ 9 ⇩      ◯ 16      Ω      ⇗ Share

**u/kqtlyn** • 11 days ago                                                  •••

### shaman revenge

`Video / Media`



⇧ 0 ⇩      ◯ 0      Ω      ⇗ Share

**u/S1Lv3rh4nd** • 8 days ago                                               •••

### Arms vs Fury - Ambershire

I like Arms way better but i noticed it's lacking compared to Fury Could be that i just turned 60 and have more tanking gear than dps gear Is fury going to be better than arms all the way or will arms pick up at some point Thanks

⇧ 8 ⇩      ◯ 15      Ω      ⇗ Share

**u/AugustNetherius** • 3 days ago                                          •••

### Help me choose

Im not sure whats more fun to lvl with 1.HC + S&S 2.Normal lvling + S&S + PvP Bgs and Arenas What u think ?

`Question`

⇧ 3 ⇩      ◯ 3      Ω      ⇗ Share

**u/myiq_iq** • Promoted                                                    •••

### ⓘ Answer 30 Questions To Find Out Your Score

> ## WHICH SIDE OF THE INTELLIGENCE SPECTRUM ARE YOU ON?

---

### Turtle WoW Team — Mysteries of Azeroth

Mysteries of Azeroth — is a story expansion made by the Turtle WoW Team, inspired by the Warcraft universe of Blizzard Entertainment.

🔒 Created Sep 10, 2018
🌐 Public

**92K**                    **2.6K**
Weekly visitors            Weekly contributions

**R/TURTLEWOW RULES**

| 1 | Be respectful | ⌄ |
| 2 | Only Turtle WoW Content | ⌄ |
| 3 | Requesting for support | ⌄ |
| 4 | Posting media | ⌄ |
| 5 | Flair your posts | ⌄ |
| 6 | Low effort posts | ⌄ |

**DISCORD**

Turtle-WoW
Join us on Discord!

**POST FLAIR**

`Discussion`  `Screenshot`  `Artwork`
`Question`  `Video / Media`  `AddOns`
`Meta`

**LINKS**

Homepage
Forums
Report a bug
YouTube
Instagram
Twitter
Discord

Document title: Turtle WoW Team — Mysteries of Azeroth
Capture URL: https://www.reddit.com/r/turtlewow/
Capture timestamp (UTC): Wed, 07 Jan 2026 16:58:14 GMT



TAKE THE QUIZ

myiq.com

[ Learn More ]

⬆ Vote ⬇   💬 0   ↪ Share

🐢 u/MrTravacos • 6 days ago                                          ⋯

### Turtle WoW Radio Song

Hello all, I was trying to find a Spanish song that plays on the radio sometimes, it's somewhat mellow but cannot remember any lyric for the life of me. Is there any way of seeing songs that were played on the radio or any sort of playlist where all the IRL songs have been played are listed? Thanks in advance

`Question`

⬆ 8 ⬇   💬 9   ⚲   ↪ Share

🐢 u/Single-Razzmatazz858 • 3 days ago                               ⋯

### First time playing warrior (wanna do Fury Build)

Hello guys, enjoying turtle wow at Ambershire so far, my first main is Shaman and i tank all 5 main dungeon and tanking feels very fun for me (planning to be Resto Shaman for Raid in near future) So i wanna go Warrior next for tanking and questing, but i like dual wield fury warrior, don't care about min maxing lol. Question is can i still tanking too with fury build as long as i bring a shield? Do Fury talents can still be useful for tanking? I don't wanna be warrior dps at dungeon lol, it's just feels weird being a warrior but hide behind someone to attack first, i'm warrior, i need to be the frontliner lol (sorry i'm very role played oriented)

⬆ 9 ⬇   💬 9   ⚲   ↪ Share

🐢 u/Seinnajkcuf • 11 days ago                                       ⋯

### Elemental Shaman Resources?

Is there any sort of website or discord with guides for elemental shaman? I tried looking on the turtle wow forums but there's not much there.

`Question`

⬆ 4 ⬇   💬 15   ⚲   ↪ Share

🐢 u/dw2marques • 4 days ago                                         ⋯

Paladin or Druid

### Turtle WoW Team — Mysteries of Azeroth

Mysteries of Azeroth — is a story expansion made by the Turtle WoW Team, inspired by the Warcraft universe of Blizzard Entertainment.

🗂 Created Sep 10, 2018
🌐 Public

**92K**
Weekly visitors

**2.6K**
Weekly contributions

**R/TURTLEWOW RULES**

| 1 | Be respectful | ⌄ |
| 2 | Only Turtle WoW Content | ⌄ |
| 3 | Requesting for support | ⌄ |
| 4 | Posting media | ⌄ |
| 5 | Flair your posts | ⌄ |
| 6 | Low effort posts | ⌄ |

**DISCORD**

Turtle-WoW
Join us on Discord!

**POST FLAIR**

`Discussion`  `Screenshot`  `Artwork`

`Question`  `Video / Media`  `AddOns`

`Meta`

**LINKS**

| Homepage |
| Forums |
| Report a bug |
| YouTube |
| Instagram |
| Twitter |
| Discord |

Document title: Turtle WoW Team — Mysteries of Azeroth
Capture URL: https://www.reddit.com/r/turtlewow/
Capture timestamp (UTC): Wed, 07 Jan 2026 16:58:14 GMT



☰  reddit  Search Reddit r/turtlewow

## Paladin or Druid

u/dw2marques • 4 days ago

Hello! I currently have lvl 20 Druid and lvl 10 paladin, I like Druid because of the hybrid style, can insta tank or do dmg. The only thing is being transmog, I like the feeling of using sword, like a paladin that can tank and do dmg. For what I read everywhere, everyone is a paladin, is that still the same on the new realm? Also is Druid still viable tank on late game? And moonkin? Thank you

`Question`

⇧ 7 ⇩    💬 17    ⚲    ↪ Share

## Automatic domain change for everyone

u/Pretas • 12 days ago

Because i see many people confused from the domain change and how to fix the broken old links. I am here with a proposal for easy automation. Fixing all of the links in sheets, guides, wikis, or other resources, there's an easy workaround to switch domain automatically. Just install the open-source Redirector extension https://einaregilsson.com/redirector/ in your browser and add a rule to automatically redirect the old domain to the new one. That should automatically fix all old domain links you are trying to open with the new one for forums, database, web page, talent page, etc... redirect settings attached

`Other`

⇧ 17 ⇩    💬 8    ⚲    ↪ Share

## How do instance resets work?

u/Snowcrash000 • 3 days ago

First off, is the limit per reset or per entry into an instance? What I mean by this is say I reset BRD 5 times, will I be able to enter another instance, just not reset anymore? Or can I only enter 5 instances per hour? Also, are there any other limits beside the hourly cap?

`Question`

⇧ 1 ⇩    💬 12    ⚲    ↪ Share

## Tribal or Elementalist as feral druid?

u/Initial_Steak_3418 • 3 days ago

In the title.. i am feral dps with tank OT dont know which one to pick

⇧ 3 ⇩    💬 6    ⚲    ↪ Share

## What secret about your industry can you share now that you don't work for them anymore?

u/Pro-Life-Hacks • Promoted

Oh boy, where do I even start? After 8 years as an auto insurance agent, I have zero loyalty left to protect these companies. We Had "Loyalty Lists" Every month, I'd get a report of customers who hadn't shopped around in 2+ years. These were our golden geese - we could raise their rates aggressively because they'd proven they wouldn't leave. One customer I remember was paying $3,200 annually for coverage that should have cost $1,800. She stayed for 5 years. The "File and Use" Scam Here's something most people don't know: in many states, insurance companies can raise your rates immediately and justify it later. We'd implement 15-20%...

⇧ 783 ⇩    💬 0    ↪ Share

## FPS drops in cities and Raids w 3060

u/blinkybarkid • 3 days ago

Hi everyone, although my computer isn't great, I haven't experienced any similar problems in Season of Discovery recently. My issue is that I'm experiencing noticeable FPS drops in raids and cities. Normally, my FPS

### Turtle WoW Team — Mysteries of Azeroth

Mysteries of Azeroth — is a story expansion made by the Turtle WoW Team, inspired by the Warcraft universe of Blizzard Entertainment.

🔒 Created Sep 10, 2018
🌐 Public

**92K**
Weekly visitors

**2.6K**
Weekly contributions

#### R/TURTLEWOW RULES

| 1 | Be respectful | ⌄ |
| 2 | Only Turtle WoW Content | ⌄ |
| 3 | Requesting for support | ⌄ |
| 4 | Posting media | ⌄ |
| 5 | Flair your posts | ⌄ |
| 6 | Low effort posts | ⌄ |

#### DISCORD

Turtle-WoW
Join us on Discord!

#### POST FLAIR

`Discussion`  `Screenshot`  `Artwork`
`Question`  `Video / Media`  `AddOns`
`Meta`

#### LINKS

Homepage

Forums

Report a bug

YouTube

Instagram

Twitter

Discord

421

Hi everyone, although my computer isn't great, I haven't experienced any similar problems in Season of Discovery recently. My issue is that I'm experiencing noticeable FPS drops in raids and cities. Normally, my FPS stays between 70-100, but it can't go above 30, and the game doesn't feel smooth. I'll list my settings, computer specifications, and addons if you have time. Please help, and let's help others who are struggling to find solutions like me. Using that addons: AtlasLoot, aux, Bagnon, Difficult Bulletin Board, Itemrack, Mail, Mik's Scrolling Combat Text, pfUI, ShaguDPS, ShaguTweaks and actually using ShaguPlates too but i saw a post…

⬆ 1 ⬇     💬 12     ⚲     ↪ Share

### u/Shakes_The_World • 5 days ago                    ⋯

## New Player Question About Warriors

Started recently with WoW (new player to the game overall) and on a Troll Warrior and just got to level 10 which gives me these talents which seems like pathway skills for a build. I enjoy the class and I found the racial trait of trolls weirdly good (didn't think they'd be good warriors compared to Orcs) but I also don't know if I want to be a more defensive player or damage-output player, a.k.a Tank or DPS. That being said, can I do both with these talents and as a warrior, or is that not recommended? Is there also just some levelling/gold-making tips I can start up on at this early point in the game?

⬆ 7 ⬇     💬 13     ⚲     ↪ Share

### u/Snowcrash000 • 12 days ago                    ⋯

## The Bloodsail Buccaneers

So I did the questline that gets you to friendly with the BBs until the quest that would turn you hostile with the SWC and I thought that was it unless you didn't mind that. As it turns out a whole slew of additional quests from the BBs opens up at friendly that do not give negative rep with the SWC, including repeatable rep quests. So it is possible to build up rep with the BBs without affecting your SWC rep as long as you don't finish that quest line where you have to kill Revilgaz, right?

`Question`

⬆ 11 ⬇     💬 6     ⚲     ↪ Share

### u/Plift_Ploft • 4 days ago                    ⋯

## Does anyone have the warcraft III cursor mod for turtle?

Since the Forum was taken offline I can't find this anywhere and the link in the wiki is not working anymore. Please help a broski out.

⬆ 7 ⬇     💬 5     ⚲     ↪ Share

### u/Evandro1981 • 3 days ago                    ⋯

## What went wrong?



### Turtle WoW Team — Mysteries of Azeroth

Mysteries of Azeroth — is a story expansion made by the Turtle WoW Team, inspired by the Warcraft universe of Blizzard Entertainment.

🔒 Created Sep 10, 2018
🌐 Public

**92K**
Weekly visitors

**2.6K**
Weekly contributions

### R/TURTLELOW RULES

| 1 | Be respectful | ⌄ |
| 2 | Only Turtle WoW Content | ⌄ |
| 3 | Requesting for support | ⌄ |
| 4 | Posting media | ⌄ |
| 5 | Flair your posts | ⌄ |
| 6 | Low effort posts | ⌄ |

### DISCORD

Turtle-WoW
Join us on Discord!

### POST FLAIR

`Discussion`  `Screenshot`  `Artwork`
`Question`  `Video / Media`  `AddOns`
`Meta`

### LINKS

**Homepage**
**Forums**
**Report a bug**
**YouTube**
**Instagram**
**Twitter**
**Discord**

Document title: Turtle WoW Team — Mysteries of Azeroth
Capture URL: https://www.reddit.com/r/turtlelow/
Capture timestamp (UTC): Wed, 07 Jan 2026 16:58:14 GMT

Page 48 of 144



r/K1ngToT • 7 days ago

**Leveling a paladin on amebershire, whats more needed Tank or Healer?**

as stated, im leveling a paladin on ambershire and wanna pve mainly with a bit of pvp for fun, whats the best spec that will be easy to find groups. Holy or tank

⬆ 7 ⬇    💬 15    ⚗    ↗ Share

u/SendPetPicsPlz • 7 days ago

**Thinking of starting up**

Been itching to play WoW again but don't wanna replay TBC.. So thinking of starting up on turtle as a shaman. How are ele shamans on this server?? How is the population?? Worth starting up??

⬆ 7 ⬇    💬 14    ⚗    ↗ Share

u/ThreatLocker • Promoted

**Experience a cybersecurity event built on hands-on labs — not slide decks. Threat isolation, ransomware demos, real skills. Zero Trust World • Orlando • March 4–6, 2026 Get $200 off with code ZTWREDDIT26.**

threatlocker.com    [Sign Up]

⬆ Vote ⬇    💬 0    ↗ Share

---

**Turtle WoW Team — Mysteries of Azeroth**

Mysteries of Azeroth — is a story expansion made by the Turtle WoW Team, inspired by the Warcraft universe of Blizzard Entertainment.

🎂 Created Sep 10, 2018
🌐 Public

**92K**                    **2.6K**
Weekly visitors        Weekly contributions

**R/TURTLEWOW RULES**

| 1 | Be respectful | ⌄ |
| 2 | Only Turtle WoW Content | ⌄ |
| 3 | Requesting for support | ⌄ |
| 4 | Posting media | ⌄ |
| 5 | Flair your posts | ⌄ |
| 6 | Low effort posts | ⌄ |

**DISCORD**

Turtle-WoW
Join us on Discord!

**POST FLAIR**

Discussion   Screenshot   Artwork
Question   Video / Media   AddOns
Meta

**LINKS**

Homepage
Forums
Report a bug
YouTube
Instagram
Twitter
Discord

---

423

Document title: Turtle WoW Team — Mysteries of Azeroth
Capture URL: https://www.reddit.com/r/turtlewow/
Capture timestamp (UTC): Wed, 07 Jan 2026 16:58:14 GMT



⬆ Vote ⬇   💬 0   ↗ Share

🟢 u/Charming_Impression2 • 12 days ago   ...

### Can I tank as balance spec while leveling?

Has anyone tried this? No points in feral, some gear, just for personal accomplishment I'd like to tank/heal/dps each dungeon on the way up to 60. I know it would be much easier to do with feral spec but i'm having fun with balance.

⬆ 6 ⬇   💬 16   🔱   ↗ Share

🟢 u/LordMicon • 3 days ago   ...

### How to get goldsmithing specialization?

I'm trying to specialize jewlerycrafting into Goldsmithing. There seems to be lots about gemology, but not as much on goldsmithing. This is for Alliance (there is more for horde). I'd guess that means most people prefer gemology, but I just want to try this! I am lost here though, cant figure out if there is a quest or something that you do and the completion says "You are now a goldsmith!". I talked to Mayva Togview who just did the breadcrumb for [Mastering Goldsmithing], sending me to Talvash del Kissel. He had 3 quests on him, which I was hoping one would say the reward was "you gain goldsmithing", but they didn't. He had 3 quests on him, b...

`Question`

⬆ 7 ⬇   💬 4   🔱   ↗ Share

🟠 u/Snowcrash000 • 12 days ago   ...

### Killing Iron Patch for the Bloodsail Buccaneers

So I got to friendly with the BBs and got a quest from one of them, Sark Blacktooth, to kill another member, Iron Patch. However killing Iron Patch put me at war with the BBs and I cannot talk to any of them any more, including the quest giver who gave me this quest. This doesn't make any sense and is REALLY annoying me right now. I did a quest for someone which caused me to be unable to speak to him anymore, what the fuck?

`Question`

⬆ 6 ⬇   💬 3   🔱   ↗ Share

🟤 u/Lythardis • 6 days ago   ...

### Shadow Priest

Hey guys, my only WoW experience was a 40lv undead warlock in Classic WoW. I wanna play a shadow priest now and I heard that the undead have a racial skill for priests in Classic called devouring plague. I wonder if that's the case in Turtle. Does this skill make a difference for shadow priests? If not, which races are viable for sp?

`Question`

⬆ 6 ⬇   💬 6   🔱   ↗ Share

🟢 u/Teo_Verunda • 12 days ago   ...

### If you have encountered a problem after installing the new DXVK Update. Change this line in your config folder!

Lots of people are getting issues after installing the new DXVK update from the launcher. The simple fix for that is going into your TurtleWoW folder and opening your dxvk.conf file and changing this line. dxvk.allowFse = True to dxvk.allowFse = False Credit to the Twow Discord and this fellow on github

`Suggestion`

⬆ 23 ⬇   💬 7   🔱   ↗ Share

🟢 u/AdSudden8633 • 12 days ago   ...

**Turtle WoW Team — Mysteries of Azeroth**

Mysteries of Azeroth — is a story expansion made by the Turtle WoW Team, inspired by the Warcraft universe of Blizzard Entertainment.

🔒 Created Sep 10, 2018
🌐 Public

**92K**            **2.6K**
Weekly visitors     Weekly contributions

**R/TURTLEWOW RULES**

| 1 | Be respectful | ⌄ |
| 2 | Only Turtle WoW Content | ⌄ |
| 3 | Requesting for support | ⌄ |
| 4 | Posting media | ⌄ |
| 5 | Flair your posts | ⌄ |
| 6 | Low effort posts | ⌄ |

**DISCORD**

Turtle-WoW
Join us on Discord!

**POST FLAIR**

`Discussion`  `Screenshot`  `Artwork`
`Question`  `Video / Media`  `AddOns`
`Meta`

**LINKS**

| Homepage |
| Forums |
| Report a bug |
| YouTube |
| Instagram |
| Twitter |
| Discord |

☰  **reddit**    r/turtlewow    ⋯    🔔    👤



Document title: Turtle WoW Team — Mysteries of Azeroth
Capture URL: https://www.reddit.com/r/turtlewow/
Capture timestamp (UTC): Wed, 07 Jan 2026 16:58:14 GMT

Page 51 of 144

u/AdSudden8633 • 12 days ago

**Santa Brings a PFUI Profile For All**

Screenshot

⬆ 49 ⬇    💬 5    Ꝅ    ⤴ Share

u/FridayMorningLaundry • 8 days ago

**Promo Mount Question**

Does the promotion for the free horse/scorpion mount on Tel'Abim and Nordanarr end at midnight server time on New Year's Eve? If no, when does the promo actually end? I only saw the level challenge as "through the end of the year". Thanks! ETA: I hit 60 at 7pm EST and the mount DID show up in my mailbox. Thank you all for the encouragement!

⬆ 6 ⬇    💬 12    Ꝅ    ⤴ Share

u/PlayWarframe • Promoted

⚠ SPOILER

**[Spoilers] Delve deep into your memories and uncover the real story of what happened on Tau. The Old Peace is available now.**

View spoiler

---

**Turtle WoW Team — Mysteries of Azeroth**

Mysteries of Azeroth — is a story expansion made by the Turtle WoW Team, inspired by the Warcraft universe of Blizzard Entertainment.

🔒 Created Sep 10, 2018
🌐 Public

**92K**    **2.6K**
Weekly visitors    Weekly contributions

**R/TURTLEWOW RULES**

1  Be respectful  ⌄
2  Only Turtle WoW Content  ⌄
3  Requesting for support  ⌄
4  Posting media  ⌄
5  Flair your posts  ⌄
6  Low effort posts  ⌄

**DISCORD**

Turtle-WoW — Join us on Discord!

**POST FLAIR**

Discussion    Screenshot    Artwork
Question    Video / Media    AddOns
Meta

**LINKS**

Homepage
Forums
Report a bug
YouTube
Instagram
Twitter
Discord



warframe.com  [ Download ]

⬆ Vote ⬇ | 💬 62 | ↗ Share

🧑 u/Initial-Respect3812 • 3 days ago ⋯

### 50 Frost mage dou

Where to level now, any cool places to quest now that my wife and I are 50?

⬆ 2 ⬇ | 💬 6 | 🎧 | ↗ Share

🧑 u/Teo_Verunda • 8 days ago ⋯

### Best HS+Tabard Setup for both Factions?

Made a Horde toon now and my current setup is Ratchet Tabard and UC HS for Horde And then Ratchet Tabard plus Stormwind. Is there a more optimal setup I'm not aware of? Because I'm able to transfer to a sister guild based in Booty Bay with no real downsides.

`Question`

⬆ 6 ⬇ | 💬 17 | 🎧 | ↗ Share

🧑 u/WezZ06 • 12 days ago ⋯

### Turtle Database

Normally, when you clicked on the (?) in your quest log, it would open a link to the quest on the Turtle WoW database. For the past few days, however, the website no longer loads. Has the site been taken offline? Possibly this function is related to the addon pfQuest. EDIT: Here is a tut on how to fix the problem:
https://www.reddit.com/r/turtlewow/s/VamGJgFKol thanks to Pretas! <3

`Question`

⬆ 5 ⬇ | 💬 7 | 🎧 | ↗ Share

🧑 u/LordMicon • 6 days ago ⋯

### Anyone know how Glyph of the Beastkeeper works if you haven't bought all the slots?

`Question`

**Glyph of the Beastkeeper**
Binds when picked up
Classes: Hunter
Use: Unlocks the 4th pet stable slot, providing access to another loyal companion.

Turtle WoW D...

---

### Turtle WoW Team — Mysteries of Azeroth

Mysteries of Azeroth — is a story expansion made by the Turtle WoW Team, inspired by the Warcraft universe of Blizzard Entertainment.

🔒 Created Sep 10, 2018
🌐 Public

**92K**            **2.6K**
Weekly visitors    Weekly contributions

**R/TURTLEWOW RULES**

1  Be respectful                    ⌄
2  Only Turtle WoW Content          ⌄
3  Requesting for support           ⌄
4  Posting media                    ⌄
5  Flair your posts                 ⌄
6  Low effort posts                 ⌄

**DISCORD**

Turtle-WoW
Join us on Discord!

**POST FLAIR**

`Discussion`  `Screenshot`  `Artwork`
`Question`  `Video / Media`  `AddOns`
`Meta`

**LINKS**

[ Homepage ]
[ Forums ]
[ Report a bug ]
[ YouTube ]
[ Instagram ]
[ Twitter ]
[ Discord ]

426

Document title: Turtle WoW Team — Mysteries of Azeroth
Capture URL: https://www.reddit.com/r/turtlewow/
Capture timestamp (UTC): Wed, 07 Jan 2026 16:58:14 GMT



### Turtle WoW Team — Mysteries of Azeroth

Mysteries of Azeroth — is a story expansion made by the Turtle WoW Team, inspired by the Warcraft universe of Blizzard Entertainment.

🔒 Created Sep 10, 2018
🌐 Public

**92K**
Weekly visitors

**2.6K**
Weekly contributions

---

**R/TURTLEWOW RULES**

| | | |
|---|---|---|
| 1 | Be respectful | ⌄ |
| 2 | Only Turtle WoW Content | ⌄ |
| 3 | Requesting for support | ⌄ |
| 4 | Posting media | ⌄ |
| 5 | Flair your posts | ⌄ |
| 6 | Low effort posts | ⌄ |

**DISCORD**

Turtle-WoW
Join us on Discord!

**POST FLAIR**

Discussion  Screenshot  Artwork

Question  Video / Media  AddOns

Meta

**LINKS**

Homepage

Forums

Report a bug

YouTube

Instagram

Twitter

Discord

---

Glyph of the Beastkeeper 300  Glyph of Stars 150  Glyph of the Frostsaber 150  Gl

⬆ 6 ⬇   💬 12   ⚲   ↪ Share

**u/1warlock** • 11 days ago                                    •••

### Some interface questions..

Can't seem to fix some interface problems I have and was curious if someone else know what is wrong?

1. My crits in the scrolling combat text is blurry. Is there a fix to this?

2. When I go to respec at my trainer it won't show my hows it costs? 3. My casting bar has really bad "frame rate" and stutters? But I have no latency lag or frame rate drops what so ever. New to this game so not sure if it's supposed to be like this or I can fix it.. :)

⬆ 1 ⬇   💬 3   ⚲   ↪ Share

**u/jspartanlee** • 3 days ago                                    •••

### Moving while fighting mobs?

I'm a clicker and fully control my character with the mouse only. That's sufficient for hardcore questing and I'm having a good time. However I wonder when I see some keyboard players dancing around their foes in melee while I just stand still and fight (warrior). Is there any advantage to moving around when in melee combat against 1 foe?

Or are they just doing it to feel more involved? Also please stop jumping constantly while moving around the world - it looks stupid and is immersion breaking.

`Question`

⬆ 0 ⬇   💬 23   ⚲   ↪ Share

**u/Substantial_Dog_7395** • 12 days ago                                    •••

### Unable to download the client

Has the website been taken down or something? I deleted the install files a while ago, but now I want to redownload the game. However, the official website never loads.

`Question`

⬆ 3 ⬇   💬 3   ⚲   ↪ Share

**u/Least_Marionberry805** • 6 days ago                                    •••

### What's the best day if the week to sell herbs?

I've been selling herbs for the last 30 or so levels while questing without much of a thought about trends and still made a tidy profit on it but I've noticed the prices rising and falling to similar levels through the months I've been doing it. I mostly just put them proud around the middle of the pack at the end of a session and it seems to work well enough. I've got 300 herbalism and am questing around level 48 atm, just started getting ghost mushrooms by the stack whilst in hinterlands. So the questing really is what days gets the highest prices? I assume raid nights will have something to do with it but I've never been in the raid scene so have no real clue. Thanks!

`Question`

Document title: Turtle WoW Team — Mysteries of Azeroth
Capture URL: https://www.reddit.com/r/turtlewow/
Capture timestamp (UTC): Wed, 07 Jan 2026 16:58:14 GMT

☰  reddit  Search in r/turtlewow



Question

⬆ 6 ⬇    💬 10    ⊕    ⤴ Share

**u/angryorchard** • Promoted                                    ...

### Relax & count down from 2 real apples (per bottle)

angryorchard.com                                    [ Shop Now ]

⬆ Vote ⬇    💬 0    ⤴ Share

**u/Unique_Ad_330** • 5 days ago                                ...

### Prot palas - when to swap t2.5 full set to t3

Currently from 5 set t2.5 to 2 set t3 swap I lose like 45 SP for 2% avoidance, a bit block value, 1% hit & 18 stam. I am still one-shottable with flasks on patchwerk, my gear is pretty much prebis naxx + some naxx pieces.

⬆ 5 ⬇    💬 8    ⊕    ⤴ Share

**u/Immagonko** • 5 days ago                                    ...

### When the tauren priests/dwarf locks will be avaliable??

Really wanted to lvl one during the holidays but there's no them yet in the game...

Question

⬆ 5 ⬇    💬 11    ⊕    ⤴ Share

**u/HoneyAffectionate708** • 4 days ago                         ...

### Question

New wow players here love pvp in every mmos which server should i aim for ? Idc about open world pvp its a bonus i just don't wanna wait in q 2h for a bg or an arena matches sorry for my bad English :)

Question

⬆ 3 ⬇    💬 1    ⊕    ⤴ Share

**u/Adohen96** • 5 days ago                                     ...

### Warlock addon

---

### Turtle WoW Team — Mysteries of Azeroth

Mysteries of Azeroth — is a story expansion made by the Turtle WoW Team, inspired by the Warcraft universe of Blizzard Entertainment.

🔖 Created Sep 10, 2018
🌐 Public

**92K**          **2.6K**
Weekly visitors    Weekly contributions

**R/TURTLEWOW RULES**

1  Be respectful                          ⌄
2  Only Turtle WoW Content                ⌄
3  Requesting for support                 ⌄
4  Posting media                          ⌄
5  Flair your posts                       ⌄
6  Low effort posts                       ⌄

**DISCORD**

Turtle-WoW
Join us on Discord!

**POST FLAIR**

[ Discussion ] [ Screenshot ] [ Artwork ]
[ Question ] [ Video / Media ] [ AddOns ]
[ Meta ]

**LINKS**

[ Homepage ]
[ Forums ]
[ Report a bug ]
[ YouTube ]
[ Instagram ]
[ Twitter ]
[ Discord ]

428

Document title: Turtle WoW Team — Mysteries of Azeroth
Capture URL: https://www.reddit.com/r/turtlewow/
Capture timestamp (UTC): Wed, 07 Jan 2026 16:58:14 GMT



☰ **reddit** r/turtlewow

### Warlock addon

Hello everyone.
Is there any addon that tells me how much time i have remaning on my summoned greater demons? I can see time remaining on enslaved ones, but not on summoned.

`Question`

⬆ 5 ⬇    💬 4    Ꙫ    ↗ Share

u/swift-tom-hanks • 12 days ago    ···

### How long to find dungeon groups for HC? Better server for HC?

I leveled to 60 when Ambershire launched. Then stopped. Have a huge HC itch, but I really like to dungeon while leveling. Is there enough of a player base to find groups? I'll go healer or tank for sure, to make groups easier to find.

⬆ 4 ⬇    💬 10    Ꙫ    ↗ Share

u/griffon56 • 12 days ago    ···

### Character control issue going forward using steamdeck

Hi, I have been able to install RYAC addons and layout templates and so far and loaded the profile with /dab command. The issue is I cannot make my character go straightforward with the L stick. I need to double click the L or R sticks and the character will autorun. Did someone experienced this as well and could guide me? Thanks for reading

⬆ 0 ⬇    💬 3    Ꙫ    ↗ Share

u/chooseph • 4 days ago    ···

### Chat boxes disappearing

Just recently started binging turtle while down with the flu, and having an absolute blast with all the nostalgia (last played lived in 2007). One thing I've noticed is my chat boxes reset randomly- initially I thought it was when i logged out and back in but yesterday noticed it would happen multiple times while remaining in the same zone, no loading screens or anything. Has anybody else dealt with this? I created separate chat boxes for guild chat and for private chat, and since I've filtered them out of the main chat I will sometimes miss whispers until I realize the boxes have disappeared. For what it's worth, I have no addons installed or included. I've tried…

`Question`

⬆ 2 ⬇    💬 5    Ꙫ    ↗ Share

u/Colgate_US • Promoted    ···

### Did you know that the most common disease in the world is cavities? And did you know that you can prevent them before they start with the Colgate Total Active Prevention System, which is 15x more effective at fighting the root cause of many oral health problems*? The more you know.

**Turtle WoW Team — Mysteries of Azeroth**

Mysteries of Azeroth — is a story expansion made by the Turtle WoW Team, inspired by the Warcraft universe of Blizzard Entertainment.

🔒 Created Sep 10, 2018
🌐 Public

**92K**
Weekly visitors

**2.6K**
Weekly contributions

**R/TURTLEWOW RULES**

1    Be respectful    ⌄

2    Only Turtle WoW Content    ⌄

3    Requesting for support    ⌄

4    Posting media    ⌄

5    Flair your posts    ⌄

6    Low effort posts    ⌄

**DISCORD**

Turtle-WoW
Join us on Discord!

**POST FLAIR**

`Discussion`    `Screenshot`    `Artwork`

`Question`    `Video / Media`    `AddOns`

`Meta`

**LINKS**

Homepage

Forums

Report a bug

YouTube

Instagram

Twitter

Discord

429

Document title: Turtle WoW Team — Mysteries of Azeroth
Capture URL: https://www.reddit.com/r/turtlewow/
Capture timestamp (UTC): Wed, 07 Jan 2026 16:58:14 GMT



Be Dentist Ready

*such as gingivitis and cavities. Reduces bacteria buildup in 6 wks starting in wk 1 vs. non-stannous fluoride toothpaste and flat trim toothbrush, when used together

shop.mikmak.ai
[Shop Now]

⬆ Vote ⬇    💬 0    ↪ Share

u/Statement-Acceptable • 4 days ago

### Add-ons

I have never used any addons as I don't raid but I feel like theres so much QoL I am missing like added Q & FP markers on maps and AH lookup on loot etc.. Does anyone have any good sugestions for an addon noob like me? For eg: how do u even use addons? Just download them and then run Twow?? 🙃🙃

⬆ 3 ⬇    💬 5    Ꝏ    ↪ Share

u/Teo_Verunda • 12 days ago

### What's the Best Questing Addon and Profession?

Decided to roll a Tauren Druid while raid logging and my TourGuide Questing Addon started failing so I uninstalled it. What questing addon do people use these days. And also I don't want to sit and grind professions. Is Mining plus Herbalism good enough for passive profession grinding?

`Question`

⬆ 14 ⬇    💬 19    Ꝏ    ↪ Share

u/DangerousStudentin • 7 days ago

### Are there any guilds open for new players?

I started playing TurtleWow yesterday. I'm a 7lv undead priest in Nordanaar (RP). Are there any guilds open for me? I'm interested in playing a long time if I can also find people that I can socialize with ^^

`Question`

⬆ 5 ⬇    💬 2    Ꝏ    ↪ Share

u/Teo_Verunda • 12 days ago

### Any Advice for Druid Tank? Only played Hunter

So I already started watching some guides and read stuff on the Discord. But I have a few questions with regards to rolling a new Character plus having it be a Tauren Druid. Things I already know: I already checked the Discord for BiS Gear
I have a guide on Youtube I am planning to watch. So one of my questions is.
What's the difference between Threat/Balance and Mitigation? Because they made 2 BiS lists for it on Bear Tank. 2nd, Discord said that a specific Feral Build is the best for leveling, but can I do that as a Bear Tank? 3r...

### Turtle WoW Team — Mysteries of Azeroth

Mysteries of Azeroth — is a story expansion made by the Turtle WoW Team, inspired by the Warcraft universe of Blizzard Entertainment.

🗎 Created Sep 10, 2018
🌐 Public

**92K**
Weekly visitors

**2.6K**
Weekly contributions

**R/TURTLEWOW RULES**

| 1 | Be respectful | ⌄ |
| 2 | Only Turtle WoW Content | ⌄ |
| 3 | Requesting for support | ⌄ |
| 4 | Posting media | ⌄ |
| 5 | Flair your posts | ⌄ |
| 6 | Low effort posts | ⌄ |

**DISCORD**

Turtle-WoW
Join us on Discord!

**POST FLAIR**

`Discussion`  `Screenshot`  `Artwork`
`Question`  `Video / Media`  `AddOns`
`Meta`

**LINKS**

Homepage

Forums

Report a bug

YouTube

Instagram

Twitter

Discord

Document title: Turtle WoW Team — Mysteries of Azeroth
Capture URL: https://www.reddit.com/r/turtlewow/
Capture timestamp (UTC): Wed, 07 Jan 2026 16:58:14 GMT

Tank. 2nd, Discord said that a specific Feral Build is the best for leveling, but can I do that as a Bear Tank? 3r...

`Question`

⬆ 6 ⬇    💬 19    Ω    ⤳ Share



u/BaseballFeeling6750 • 4 days ago    ···

### pfQuest not working in Westfall

Sorry in advance because I haven't checked every posible source for a solution. I'm new to posting in forums so feel free to give any advice in what, how or where to post my questions. With that said, the problem is the following: I have the latest version of both TWoW and the pfQuest addon, and it works as intended everywhere I've been except Westfall. No quest markers, no Flight Master or similar indicators. Just plain map. Anyone knows if this is a known issue? Edit: After a bit of exploration in order to check how exclusive this issue was in regards to Westfall, I have come to notice that pfQuest also does not work in Northwind (screenshot of how th...

`AddOns`

⬆ 2 ⬇    💬 12    Ω    ⤳ Share

u/blinkybarkid • 5 days ago    ···

### I have Zulian Tiger in Ambershire, but I don't have the money for the epic riding skills to ride it

I finally got this mount, which has been my childhood dream, for the second time! I won it, but I've run out of money. From today, I've managed to increase my gold from 37 to 64 lol, my target is 720 gold. Where can I farm more? I play Rogue, 300 mining/engineering. Thank you. I really want to ride this baby as soon as possible, you understand.

⬆ 0 ⬇    💬 27    Ω    ⤳ Share

u/PigeonParkour • 5 days ago    ···

### Priest, warrior and fear in PvP

I have a hard time understanding and seeing when a warrior is immune to fear when playing as a priest. I know it's when they are in Berserker mode, but I don't see any icons indicating their stance when displaying their unit frame. Any tip ?

⬆ 5 ⬇    💬 10    Ω    ⤳ Share

u/Heineken_US • Promoted    ···

### Who says r/DryJanuary is boring? Heineken 0.0. Zero alcohol. Great taste.

HEINEKEN
00
ALCOHOL
PREMIUM QU

**When Dry Jan**

### Turtle WoW Team — Mysteries of Azeroth

Mysteries of Azeroth — is a story expansion made by the Turtle WoW Team, inspired by the Warcraft universe of Blizzard Entertainment.

📋 Created Sep 10, 2018
🌐 Public

**92K**          **2.6K**
Weekly visitors   Weekly contributions

**R/TURTLEWOW RULES**

1    Be respectful                      ⌄
2    Only Turtle WoW Content            ⌄
3    Requesting for support             ⌄
4    Posting media                      ⌄
5    Flair your posts                   ⌄
6    Low effort posts                   ⌄

**DISCORD**

Turtle-WoW
Join us on Discord!

**POST FLAIR**

`Discussion`  `Screenshot`  `Artwork`
`Question`  `Video / Media`  `AddOns`
`Meta`

**LINKS**

Homepage
Forums
Report a bug
YouTube
Instagram
Twitter
Discord

431



Turtle WoW Team — Mysteries of Azeroth

Mysteries of Azeroth — is a story expansion made by the Turtle WoW Team, inspired by the Warcraft universe of Blizzard Entertainment.

🔒 Created Sep 10, 2018
🌐 Public

**92K**
Weekly visitors

**2.6K**
Weekly contributions

**R/TURTLEWOW RULES**

1  Be respectful                          ⌄
2  Only Turtle WoW Content                ⌄
3  Requesting for support                 ⌄
4  Posting media                          ⌄
5  Flair your posts                       ⌄
6  Low effort posts                       ⌄

**DISCORD**

Turtle-WoW
Join us on Discord!

**POST FLAIR**

Discussion   Screenshot   Artwork
Question   Video / Media   AddOns
Meta

**LINKS**

Homepage
Forums
Report a bug
YouTube
Instagram
Twitter
Discord

heineken.com                           [Shop Now]

⇧ Vote ⇩    💬 0    ↪ Share

🧑 u/Miserable-IMP960 • 12 days ago                    •••

### Any advice for choosing a character

So here's my situation. I used to play a long time ago, but I lost my old account, which had a level 60 rogue on it. After failing to recover it, I had to make a new account. I rolled another rogue and leveled it for a bit, but the connection just isn't there anymore. Since then, I've made an assortment of different characters and I'm trying to decide what to stick with. I'd really love some input on everyone's favorite character—the one that truly clicked and felt right to play.

`Question`

⇧ 0 ⇩    💬 10    🢔    ↪ Share

🧑 u/keithdj13 • 12 days ago                          •••

### Every update

Comes with more random stuttering... Wtf r devs doing with every patch??

⇧ 0 ⇩    💬 16    🢔    ↪ Share

🧑 u/Initial-Respect3812 • 5 days ago                 •••

### 48 Dou AOE Frostmages

Hey guys, wife and I just completed Tanaris quests. Where should we go quest now and aoe as well? Any suggestions we are Alliance and Pure AOE first mages. Thanks alot

⇧ 4 ⇩    💬 2    🢔    ↪ Share

🧑 u/RobleViejo • 13 days ago                         •••

### Do I need to feed my Pets every 5 minutes?

I just hit lvl 10 with my Hunter and my pet's loyalty status keeps going down. And it requires more and more food each time. What am I missing here?

`Question`

⇧ 20 ⇩    💬 23    🢔    ↪ Share

🧑 u/Sad-Juggernaut8521 • 6 days ago                  •••

### A mouse fit for Dad fingers

I'd been wanting to try a multi button gaming mouse for some time. I find myself utilizing my mouse more for key bindings and could use more than the two extra my current mouse has. My spouse got me a 12-button for Christmas, but I've been having some issues with it. My thumbs are big enough I cannot reliably hit what I want with the first six and the back six are so uncomfortable trying to use + the fat thumb issue. What do y'all use assuming your situation is similar?



assuming your situation is similar?

⇧ 4 ⇩      💬 10      ⊘      ↪ Share

**u/kolort1989** • 4 days ago      ...

### Subletly leveling build

Looking for a good subletly rogue leveling build. Can anybody help?

⇧ 4 ⇩      💬 3      ⊘      ↪ Share

**u/bigcat092** • 6 days ago      ...

### Any BIS list for boomie?

Im playing balance druid and i just reached 60 recently. Im looking for any kind of BIS list or guide for boomie. I didnt really find much information about that

⇧ 4 ⇩      💬 7      ⊘      ↪ Share

**u/hbomax** • Promoted      ...

### The Pitt returns for Season 2 this Thursday on HBO Max

0:01 / 0:30   [CC]  ⚙  ⤢  🔇

hbomax.com                              Learn More

⇧ Vote ⇩      💬 0      ↪ Share

**u/Budget-Bowler-4918** • 12 days ago      ...

### Prot Paladin raiding

How much SP I need to start raiding as prot? And what should be my first raids? When I can start thinking about mitigation rather than sp?

`Question`

⇧ 3 ⇩      💬 25      ⊘      ↪ Share

**u/Major_Stop_8249** • 5 days ago      ...

### Launcher broken/Cant login?

So I'm on my laptop, I've had TWow on this device for maybe 4 months. Game works fine on my desktop, but obviously after Unreal Azeroth being shutdown. I can see maybe why the launcher won't connect to any

**Turtle WoW Team — Mysteries of Azeroth**

Mysteries of Azeroth — is a story expansion made by the Turtle WoW Team, inspired by the Warcraft universe of Blizzard Entertainment.

🔒 Created Sep 10, 2018

🌐 Public

**92K**                    **2.6K**
Weekly visitors            Weekly contributions

**R/TURTLEWOW RULES**

| 1 | Be respectful          | ⌄ |
| 2 | Only Turtle WoW Content | ⌄ |
| 3 | Requesting for support  | ⌄ |
| 4 | Posting media           | ⌄ |
| 5 | Flair your posts        | ⌄ |
| 6 | Low effort posts        | ⌄ |

**DISCORD**

Turtle-WoW
Join us on Discord!

**POST FLAIR**

`Discussion`  `Screenshot`  `Artwork`
`Question`  `Video / Media`  `AddOns`
`Meta`

**LINKS**

Homepage

Forums

Report a bug

YouTube

Instagram

Twitter

Discord

433

Document title: Turtle WoW Team — Mysteries of Azeroth
Capture URL: https://www.reddit.com/r/turtlewow/
Capture timestamp (UTC): Wed, 07 Jan 2026 16:58:14 GMT

So I'm on my laptop, I've had TWow on this device for maybe 4 months. Game works fine on my desktop, but obviously after Unreal Azeroth being shutdown, I can see maybe why the launcher won't connect to any download mirror/server and will refuse to update. Maybe I'm with the gang that is screwed by not getting the last update in? I deleted nampower.dll, I removed old addons, and all I get is the instant "Disconnected from Server" after fixing the 132 crash via removing nampower...

⇧ 1 ⇩    💬 2    ♄    ↪ Share



u/Budget-Bowler-4918 • 13 days ago                                          ⋯

### WoT & Argent Dawn

  1. Why people are doing BM and Strat/Scholo for rep and
  2. why people still spam it even with exalted rep?

How can I benefit as paladin?

`Question`

⇧ 18 ⇩    💬 23    ♄    ↪ Share

u/Sea-Personality3424 • 8 days ago                                          ⋯

### How can I obtain those specific settings? Is there anyone who can let me know which addons I should use?

`Question`

⇧ 4 ⇩    💬 9    ♄    ↪ Share

u/gizmeister1337 • 12 days ago                                              ⋯

### Questions about TWow

Hi, Last time I logged on to turtle, it felt like it didn't run or look very good, it also felt weird seeing a shop selling so many mounts etc. So, my questions are, do you have a way to optimise it so it looks like current vanilla servers, and is there a realm where the shop doesn't exist?

`Question`

⇧ 0 ⇩    💬 15    ♄    ↪ Share

u/Walkingdude21 • 12 days ago                                               ⋯

### HC professions

I created my first HC toon on Ambershire (rogue) and am having a blast. Rolled herb/alch to always be slightly buffed. Unfortunately, I am now level 16 and only have two greens.... should I reroll to skin/lw to get much needed stat bonuses or should I continue spamming /h hoping to trade pots/elixirs for gear?

⇧ 0 ⇩    💬 18    ♄    ↪ Share

u/Aryxthedudu • 7 days ago                                                  ⋯

### Weapon Swap and Click Casting

i am resto druid, I got both the rejuv idol and the MC idol. I tried CleverMacros to write both a weapon swap + Regrowth and Rejuv macro so I can maximise my use of idols. I am also using PFUI to Click Cast healing, but could not figure out how to click cast bind my macros. Anyone can assist how? Thanks!

⇧ 4 ⇩    💬 6    ♄    ↪ Share

u/chills-official • Promoted

### Why are tiny fast food burgers so expensive? Unfortunately, nobody will ever

### Turtle WoW Team — Mysteries of Azeroth

Mysteries of Azeroth — is a story expansion made by the Turtle WoW Team, inspired by the Warcraft universe of Blizzard Entertainment.

🔒 Created Sep 10, 2018
🌐 Public

**92K**          **2.6K**
Weekly visitors   Weekly contributions

**R/TURTLEWOW RULES**

| 1 | Be respectful | ⌄ |
| 2 | Only Turtle WoW Content | ⌄ |
| 3 | Requesting for support | ⌄ |
| 4 | Posting media | ⌄ |
| 5 | Flair your posts | ⌄ |
| 6 | Low effort posts | ⌄ |

**DISCORD**

Turtle-WoW — Join us on Discord!

**POST FLAIR**

`Discussion`  `Screenshot`  `Artwork`
`Question`  `Video / Media`  `AddOns`
`Meta`

**LINKS**

| Homepage |
| Forums |
| Report a bug |
| YouTube |
| Instagram |
| Twitter |
| Discord |

Why are tiny fast food burgers so expensive? Unfortunately, nobody will ever know. But we all do know a Chili's 3 For Me with the new Big QP is just $10.99. So, at least we got that going for us.



Available at participating restaurants only. Combination pictured is $10.99, prices may vary based on selection. Cannot be combined with other offers. Additional charge for alcoholic beverage.

chilis.com — Learn More

⬆ Vote ⬇ · 💬 0 · ↗ Share

u/Forstaag · 13 days ago

### The Turtle Club

`Discussion`

https://signalkorps.wordpress.com/2025/12/25/the-turtle-club/

⬆ 19 ⬇ · 💬 0 · ⟳ · ↗ Share

u/ToorakMTG · 7 days ago

### Why doesn't it show how much ressources have gathered? (Arathi BG)

---

### Turtle WoW Team — Mysteries of Azeroth

Mysteries of Azeroth — is a story expansion made by the Turtle WoW Team, inspired by the Warcraft universe of Blizzard Entertainment.

🗄 Created Sep 10, 2018
🌐 Public

**92K** — Weekly visitors
**2.6K** — Weekly contributions

**R/TURTLELOW RULES**

1. Be respectful ⌄
2. Only Turtle WoW Content ⌄
3. Requesting for support ⌄
4. Posting media ⌄
5. Flair your posts ⌄
6. Low effort posts ⌄

**DISCORD**

Turtle-WoW — Join us on Discord!

**POST FLAIR**

`Discussion` `Screenshot` `Artwork`
`Question` `Video / Media` `AddOns`
`Meta`

**LINKS**

Homepage
Forums
Report a bug
YouTube
Instagram
Twitter
Discord

435

Document title: Turtle WoW Team — Mysteries of Azeroth
Capture URL: https://www.reddit.com/r/turtlewow/
Capture timestamp (UTC): Wed, 07 Jan 2026 16:58:14 GMT



☰  reddit   r/turtlewow

Turtle WoW Team — Mysteries of Azeroth

Mysteries of Azeroth — is a story expansion made by the Turtle WoW Team, inspired by the Warcraft universe of Blizzard Entertainment.

🔒 Created Sep 10, 2018
🌐 Public

**92K**  **2.6K**
Weekly visitors   Weekly contributions

**R/TURTLEWOW RULES**

1   Be respectful                    ⌄
2   Only Turtle WoW Content          ⌄
3   Requesting for support           ⌄
4   Posting media                    ⌄
5   Flair your posts                 ⌄
6   Low effort posts                 ⌄

**DISCORD**

**POST FLAIR**

Discussion   Screenshot   Artwork

Question   Video / Media   AddOns

Meta

**LINKS**

Homepage

Forums

Report a bug

YouTube

Instagram

Twitter

Discord

---

⬆ 4 ⬇   💬 5   🏳   ↗ Share

**u/WickeDanneh** • 4 days ago                            ⋯

### Is it worth buying the Goblin Brainwashing Device, or is it too bugged?

As seen in this thread there is a longstanding bug (maybe multiple bugs) with this feature, and is actually the second most voted bug overall, with links to countless duplicate reports on the sidebar.
Yet, somehow, despite all the reports of the same issue and information provided about it from the community, the bug is also still categorized under `Couldn't Replicate` and `Further information required` and `Need Help from the Community :)`, with priority set to `Medium`. So, will you end up only wasting gold on this thing? Edit: Thanks for the replies and letting me know it's not as big of a deal as it appears to be!

Question

⬆ 4 ⬇   💬 31   🏳   ↗ Share

**u/Snowcrash000** • 13 days ago                          ⋯

### Christmas presents

In vanilla, you could open the presents under the tree in IF on the 25th, but it doesn't seemt to work like that in TWOW?

Question

⬆ 17 ⬇   💬 6   🏳   ↗ Share

**u/Snowcrash000** • 6 days ago                           ⋯

### Blue plate chest at level 50?

I'm a level 50 warrior still wearing the Scarlet Chestpiece and I'm seriously considering running RFD for the Carapace of Tuten'kash because there simply doesn't seem to be anything else available at this level. Am I missing something?

Question

⬆ 3 ⬇   💬 22   🏳   ↗ Share

**u/Facuex97** • 8 days ago                                ⋯

### Is there any sort of pre-bis ret paladin guide?

As the title says, i got my lvl60 paladin but i'm completely lost on what gear i should be getting before raiding. I know that the people in this server dont care that much about gear for the lower tier raids, but i just dont know where to start or what i should aim for. I could find guides for both prot and holy but not for ret.

Question

⬆ 3 ⬇   💬 6   🏳   ↗ Share

**u/WetSock007** • 5 days ago                              ⋯

### Alt-self cast issues

Hola turtle warriors! Im using Alt+2 key bind for my BoP as pala since 2009 so im pretty used to it.. But here for some reason even if im tageting friendly player it cast on me.. I guess its some option to alt-self cast but i cant find it pls help.. People are dying around me:(

⬆ 1 ⬇   💬 3   🏳   ↗ Share

**u/FranksRedHot** • Promoted                              ⋯

**The more you shake, the better everything gets. It's the perfect blend of flavor**

---

436



☰  reddit      Search r/turtlewow      ✉  Q  🔔  👤

🔴 u/FranksRedHot • Promoted                                    •••

**The more you shake, the better everything gets. It's the perfect blend of flavor and heat.**

mccormick.com                                          Learn More

⬆ Vote ⬇   💬 0   ↪ Share

---

u/Prior-Ad8047 • 13 days ago                                   •••

### Quest items from abandoned quests

Hi guys, when i abandon some quests here, the quest items stay in my bags, is there a way to get rid of them when i give up the quest? Most of the time i don't know from what quests they are from and i get confused + i lose bag space, is there an addon that help me delete them when i abandon the quest and other solution? Or the best solution is just to remember what i can delete and what not?

⬆ 9 ⬇   💬 6   🔉   ↪ Share

---

u/enterblank • 5 days ago                                       •••

### What to do with extra gold while leveling?

Hey all! I'm new to twow and while I was questing about someone gave me 20g. Just because. How nice of them, right? With this influx of money what should I do with it? I'm only level 20, so gearing via AH seems like a bad idea. Any advice?

⬆ 3 ⬇   💬 25   🔉   ↪ Share

---

u/tomscorer • 5 days ago                                        •••

### Addons for Holy Priest

Hello, I'm new to Turtle WoW and have already read some guides, but I'm still missing a few addons. I'm currently using Puppeteer (HealBot-like), which works fine. I would prefer Cell, but it doesn't work for me. I'm also looking for an addon that automatically announces "I'm OOM". I tried T-OoM, but it didn't work properly and was difficult to configure. Do you know a working addon for this?

### Turtle WoW Team — Mysteries of Azeroth

Mysteries of Azeroth — is a story expansion made by the Turtle WoW Team, inspired by the Warcraft universe of Blizzard Entertainment.

🕮 Created Sep 10, 2018
🌐 Public

**92K**                    **2.6K**
Weekly visitors            Weekly contributions

**R/TURTLEWOW RULES**

| 1 | Be respectful | ˅ |
| 2 | Only Turtle WoW Content | ˅ |
| 3 | Requesting for support | ˅ |
| 4 | Posting media | ˅ |
| 5 | Flair your posts | ˅ |
| 6 | Low effort posts | ˅ |

**DISCORD**

Turtle-WoW
Join us on Discord!

**POST FLAIR**

Discussion   Screenshot   Artwork
Question   Video / Media   AddOns
Meta

**LINKS**

| Homepage |
| Forums |
| Report a bug |
| YouTube |
| Instagram |
| Twitter |
| Discord |

Document title: Turtle WoW Team — Mysteries of Azeroth
Capture URL: https://www.reddit.com/r/turtlewow/
Capture timestamp (UTC): Wed, 07 Jan 2026 16:58:14 GMT



currently using Puppeteer (HealBot-like), which works fine. I would prefer Cell, but it doesn't work for me. I'm also looking for an addon that automatically announces "I'm OOM". I tried T-OoM, but it didn't work properly and was difficult to configure. Do you know a working addon for this?

Do you have any other addon recommendations for a Holy Priest?

**Question**

⇧ 2 ⇩    ▢ 2    ⊙    ⤴ Share

u/Cankbu • 12 days ago    •••

### Professions for a newcomer

Hi all, I wanted to try the vanilla for the first time and everyone directed me to turtlelow. I was a retail wotlk player back then and loved my enhancement shaman. Now I'm gonna roll one in tel'abim server cos i like to pvp. i wonder if engineering is a must for pvp enhance? If not what you guys suggest based on my class/spec and in terms of gold making?

**Question**

⇧ 2 ⇩    ▢ 3    ⊙    ⤴ Share

u/Hour_Quantity4240 • 13 days ago    •••

### New Player - Understanding the realms

Hey everyone I'm a brand new player thinking about jumping into Turtle WoW for the first time and wanted to ask how the server is doing these days. What's the current state of the population and overall community? Is it active for leveling, dungeons, and endgame, and generally friendly to new players? How about populations between servers ? i levelled to 10 in the pvp realm and saw literally noone, that bummed out quite a bit. Also curious how things feel in terms of economy, PvE/PvP activity, and long-term health of the server. Would love to hear your experiences before i dive in. Thanks!

**Question**

⇧ 17 ⇩    ▢ 8    ⊙    ⤴ Share

u/Snowcrash000 • 13 days ago    •••

### How far can I go with the BBs before losing SWC rep?

I just accepted the quest to become neutral with the Bloodsail Buccaneers and got offered another quest. How much questing can i do for the BBs before I start to lose rep with the Steamwheedle Cartel? Bonus Question: Like i said, I already did every BB quest, but am still a hair's breadth away from being revered with them. Any way to gain those last 70 points I need?

**Question**

⇧ 6 ⇩    ▢ 2    ⊙    ⤴ Share

u/ProfessorElz • 13 days ago    •••

### How to make the big bucks?

Longtime casual WoW player have leveled a couple 60s back in the day but usually quit soon after. This go around I'm a level 38 Mage on Ambershire and I'm currently at a point in the game where I want to start making lots of gold to afford mount and more. i have fishing/cooking/herb/alch and I've leveled the professions up quite a bit. I'm looking for tips on specific things to list on AH and methods to take into end game. i want a goal to work towards but currently I'm just not sure what to prioritize.

⇧ 5 ⇩    ▢ 26    ⊙    ⤴ Share

u/KodiakCakesLLC • Promoted    •••

### Protein Gets the Love. Fiber Deserves It Too!

TL;DR: Whole grains that contain fiber help fuel your gut and your performance, and protein helps seal the deal. Hey Reddit, Kodiak here. January hits, and suddenly protein

### Turtle WoW Team — Mysteries of Azeroth

Mysteries of Azeroth — is a story expansion made by the Turtle WoW Team, inspired by the Warcraft universe of Blizzard Entertainment.

🔒 Created Sep 10, 2018

🌐 Public

**92K**
Weekly visitors

**2.6K**
Weekly contributions

**R/TURTLEWOW RULES**

| 1 | Be respectful | ⌄ |
| 2 | Only Turtle WoW Content | ⌄ |
| 3 | Requesting for support | ⌄ |
| 4 | Posting media | ⌄ |
| 5 | Flair your posts | ⌄ |
| 6 | Low effort posts | ⌄ |

**DISCORD**

Turtle-WoW
Join us on Discord!

**POST FLAIR**

Discussion    Screenshot    Artwork

Question    Video / Media    AddOns

Meta

**LINKS**

Homepage

Forums

Report a bug

YouTube

Instagram

Twitter

Discord

438



TL;DR: Whole grains that contain fiber help fuel your gut and your performance, and protein helps seal the deal. Hey Reddit, Kodiak here. January hits, and suddenly protein is everywhere; bars, drinks, coffee, chips! And yes, protein matters. But the real MVP? Fiber, quietly doing a lot of the behind-the-scenes work, and most of us (95%!) aren't getting nearly enough. That's where Kodiak stands out, we bring the protein, sure, but we also pack in whole grains that contain fiber to help keep you fueled, full, and satisfied....

⇧ Vote ⇩     💬 0     ➦ Share

u/Teo_Verunda • 14 days ago                                              ...

### <Ambershire> Why You Should Vote for Zul'Gurub First in the New Poll

Hello TurtleWoW community, With the devs' recent poll offering three choices — Vanilla BWL, Extended BWL, or Zul'Gurub first — I want to make the case for why Zul'Gurub (ZG) should be the top pick for progression. ZG isn't just another raid; it's one of the most valuable stepping stones before Blackwing Lair. It gives players meaningful gear upgrades, a chance to build reputation with the Zandalar Tribe, and valuable raid experience before the true gauntlet of BWL. Under clever tuning and scaling, ZG remains a fun but challenging raid that organically prepares groups for bigger hurdles ahead. Turtle WoW Critically, picking ZG aligns with the spirit of...

`Discussion`

⇧ 133 ⇩     💬 70     𝒬     ➦ Share

u/Brilliant_Baby_6106 • 5 days ago                                       ...

### LF english speaker on SEA servers

Hi ! I just started playing on SEA servers due to location, and bad latency on EU servers. However i noticed that most players are speaking chinese, and very few speaking english. Thus, i created a discord channel for english speakers on SEA server. Please come join: https://discord.com/invite/Uh6DeeWA Maybe we'll be able to gather a small community! See you

⇧ 1 ⇩     💬 1     𝒬     ➦ Share

u/Beginning-Manager701 • 6 days ago                                      ...

### LVL 19 twinks

Anyone have a lvl 19 twink, I'm thinking of making a rogue or hunter. Just wondering if lvl 19 twink bg's is dead or nah

⇧ 0 ⇩     💬 10     𝒬     ➦ Share

u/SomeNameHuhHuhHuh • 14 days ago                                        ...

### I did my first dungeon

I was really excited to go on my first dungeon, as a level 18 mage, cause i wanted the staff from deadmines. I didn't get the staff, but i did got some cool green stuff that was better than what i had, and even a ring. So overall, lootwise, i left a more powerful mage than when i entered. Now see the thing is, that took nearly 5 hours and a lot of stress and wipes. I needed 3 groups to complete this dungeon, cause the first one, one person left, and then everyone fucked off too. The second one, we beat the 5th boss and then wiped to trash on the boat, and then guess what, everyone fucked off again. Until the third group, that was made of some really cool,...

⇧ 91 ⇩     💬 35     𝒬     ➦ Share

u/Ok_Hour6189 • 6 days ago                                               ...

### Rogue guide

Does anyone have a comprehensive rogue guide; I'm new to wow and I don't know shit. Should I watch guides for classic wow or they don't apply to turtle;

`Question`

---

**Turtle WoW Team — Mysteries of Azeroth**

Mysteries of Azeroth — is a story expansion made by the Turtle WoW Team, inspired by the Warcraft universe of Blizzard Entertainment.

🔒 Created Sep 10, 2018
🌐 Public

**92K**            **2.6K**
Weekly visitors    Weekly contributions

**R/TURTLEWOW RULES**

1   Be respectful                          ⌄

2   Only Turtle WoW Content                ⌄

3   Requesting for support                 ⌄

4   Posting media                          ⌄

5   Flair your posts                       ⌄

6   Low effort posts                       ⌄

**DISCORD**

Turtle-WoW
Join us on Discord!

**POST FLAIR**

`Discussion`  `Screenshot`  `Artwork`

`Question`  `Video / Media`  `AddOns`

`Meta`

**LINKS**

Homepage

Forums

Report a bug

YouTube

Instagram

Twitter

Discord

Document title: Turtle WoW Team — Mysteries of Azeroth
Capture URL: https://www.reddit.com/r/turtlewow/
Capture timestamp (UTC): Wed, 07 Jan 2026 16:58:14 GMT

Question

⬆ 2 ⬇   💬 3   ⋂   ↪ Share



u/AlarmingAddendum1067 • 13 days ago                    ⋯

### Petless hunter

Hello folks, has anyone tried "lone wolf" hunter build?
Is it playable here on Turtle? Pros/Cons?

⬆ 10 ⬇   💬 12   ⋂   ↪ Share

u/Lxpotent • 6 days ago                                 ⋯

### Guild bank permissions

Happy new year! We recently funded a guild bank for our small guild, and are totally confused on how it works. It
seems to be locked by everyone but the Guild Master - is there nowhere to change permissions like on
retail/classic wow?

Question

⬆ 1 ⬇   💬 2   ⋂   ↪ Share

u/Snowcrash000 • 14 days ago                            ⋯

### Merry Christmas everyone, I brought gifts!

Screenshot

⬆ 85 ⬇   💬 6   ⋂   ↪ Share

u/chipotle • Promoted                                   ⋯

**your protein fix, all real, real delicious. be one of the first to enjoy. only at
chipotle.**

---

**Turtle WoW Team — Mysteries of
Azeroth**

Mysteries of Azeroth — is a story expansion
made by the Turtle WoW Team, inspired by
the Warcraft universe of Blizzard
Entertainment.

🔒 Created Sep 10, 2018
🌐 Public

**92K**                    **2.6K**
Weekly visitors            Weekly contributions

**R/TURTLEWOW RULES**

| 1 | Be respectful | ⌄ |
| 2 | Only Turtle WoW Content | ⌄ |
| 3 | Requesting for support | ⌄ |
| 4 | Posting media | ⌄ |
| 5 | Flair your posts | ⌄ |
| 6 | Low effort posts | ⌄ |

**DISCORD**

Turtle-WoW
Join us on Discord!

**POST FLAIR**

Discussion   Screenshot   Artwork

Question   Video / Media   AddOns

Meta

**LINKS**

Homepage

Forums

Report a bug

YouTube

Instagram

Twitter

Discord



chipotle.

**new**
**high**
**protein**
**cup**

chipotle.app.link                                          Order Now

⇧ Vote ⇩        💬 0         ↗ Share

**u/OutlandishnessOk5004** • 8 days ago                              ⋯

### 2h fury rotation help?

Am I doing wrong when I just smash my keyboard in this order on raids?

1. Bloodthirst
2. Whirlwind
3. Heroic Stroje
4. Slam
5. Overpower

⇧ 3 ⇩        💬 6         ⦷         ↗ Share

**u/_D3a7Hm1N3_** • 7 days ago                                       ⋯

### Mouse Lags

So my Mouse starts to lag when i play TurtleWoW for like 10-30 mins someone in the TWoW DC said it was because one or multiple Addons cause Memory Leak i don't have the time to search for the culprit so anyone who had a problem like this please help me out

`Question`

⇧ 2 ⇩        💬 7         ⦷         ↗ Share

**u/Rencalcifer** • 13 days ago                                      ⋯

### Is there a mod to shut up the imp?

After 10 minutes it's very annoying hearing the same thing over and over. There's a  Be Silent Mod  listed in

---

### Turtle WoW Team — Mysteries of Azeroth

Mysteries of Azeroth — is a story expansion made by the Turtle WoW Team, inspired by the Warcraft universe of Blizzard Entertainment.

🔒 Created Sep 10, 2018
🌐 Public

**92K**          **2.6K**
Weekly visitors  Weekly contributions

**R/TURTLELOW RULES**

| 1 | Be respectful | ⌄ |
| 2 | Only Turtle WoW Content | ⌄ |
| 3 | Requesting for support | ⌄ |
| 4 | Posting media | ⌄ |
| 5 | Flair your posts | ⌄ |
| 6 | Low effort posts | ⌄ |

**DISCORD**

**Turtle-WoW**
Join us on Discord!

**POST FLAIR**

`Discussion`  `Screenshot`  `Artwork`
`Question`  `Video / Media`  `AddOns`
`Meta`

**LINKS**

Homepage

Forums

Report a bug

YouTube

Instagram

Twitter

Discord

Document title: Turtle WoW Team — Mysteries of Azeroth
Capture URL: https://www.reddit.com/r/turtlewow/
Capture timestamp (UTC): Wed, 07 Jan 2026 16:58:14 GMT

☰ **redclit** r/turtlewow



### Is there a mod to shut up the imp?

After 10 minutes it's very annoying hearing the same thing over and over. There's a -Be Silent Mod- listed in turtle wow wiki but links are broken and searching for it in the new forum gives no result. Also can't seem to find any GitHub repo.

⇧ 11 ⇩    💬 14    ⊕    ↪ Share

**u/danmanx** • 14 days ago    ···

### Ran RFC last night!

It brought back fun memories from 2007 for me. It was a blast to complete the dungeon. And I finally got some greens for my rogue!

`Discussion`

⇧ 32 ⇩    💬 12    ⊕    ↪ Share

**u/klurejr** • 7 days ago    ···

### Video Driver Help for twoo on Ubuntu

r/Ubuntu • 8 days ago

### Video Driver Help for twoo on Ubuntu

So this is a pretty specific problem, but I think the answer is more general to Video driver issues. I have a Dell Latitude 5400 I installed Ubuntu on more than a year ago. Laptop works great and it is super fast - way better than the Win10 image that used to be on there. Anyway, I am playing a game called Turtle wow on it - it uses an AppImage to install and run the game via wine. All of this worked just fine until about 3 months ago. I am not certain if there was a driver or OS update that caused the issue or something else. I just cannot exactly pinpoint what the change was. I had some issues with the turtle wow app it self and had to...

4 upvotes · 6 comments

⇧ 2 ⇩    💬 0    ⊕    ↪ Share

**u/rekaf_si_gop** • 7 days ago    ···

### Hi, I am level 53, going towards endgame and level 60, wants to know what is pre raid bis list for fury warrior

Ambershire server , thank you <3

⇧ 2 ⇩    💬 16    ⊕    ↪ Share

**u/w1nterzje** • 14 days ago    ···

### My HC character died today

Gotta love losing a 58 to power outage... Well we go agane

⇧ 103 ⇩    💬 48    ⊕    ↪ Share

**u/KESIMPTA_Official** • Promoted    ···

### Treating relapsing multiple sclerosis yourself at home, or having a day revolve around an infusion? Open schedules FTW. FYI: KESIMPTA® (ofatumumab) is once monthly after 3 weekly starter doses.

Please see full Prescribing Information, including Medication Guide: qr.qrhub.ly/42Qndu9

**The "no infusion center = more time to do the things I like" starter pack**

---

**Turtle WoW Team — Mysteries of Azeroth**

Mysteries of Azeroth — is a story expansion made by the Turtle WoW Team, inspired by the Warcraft universe of Blizzard Entertainment.

🔒 Created Sep 10, 2018
🌐 Public

**92K**
Weekly visitors

**2.6K**
Weekly contributions

**R/TURTLEWOW RULES**

| 1 | Be respectful | ⌄ |
| 2 | Only Turtle WoW Content | |
| 3 | Requesting for support | ⌄ |
| 4 | Posting media | ⌄ |
| 5 | Flair your posts | ⌄ |
| 6 | Low effort posts | ⌄ |

**DISCORD**

`Turtle-WoW Join us on Discord!`

**POST FLAIR**

`Discussion`  `Screenshot`  `Artwork`
`Question`  `Video / Media`  `AddOns`
`Meta`

**LINKS**

Homepage
Forums
Report a bug
YouTube
Instagram
Twitter
Discord



## to do the things I like" starter pack

### Important Safety Information

**Who should not take KESIMPTA?**
Do NOT take KESIMPTA if you:
- Have an active hepatitis B virus (HBV) infection.
- Have had an allergic reaction to ofatumumab or life-threatening injection-related reaction to KESIMPTA.

**What is the most important information I should know about KESIMPTA?**

❖ Kesimpta®
(ofatumumab) 20 mg injection

kesimpta.com          [ Learn More ]

⇧ Vote ⇩    ○ 0     ↪ Share

---

**u/MetalWeather** • 7 days ago                     •••

### LFT Channel

Why is the LFT global channel full of gibberish spam? Doesn't it stand for Lookingforteam? I use the group finder to queue for dungeons but otherwise I guess I'm supposed to just use general/trade/world to find groups?

⇧ 0 ⇩    ○ 6     ⊘     ↪ Share

---

**u/Freelildimsum** • 6 days ago                   •••

### Noob here, how do I make pots

Hi everyone..title says it all. I have Profession alchemy level 1, a stack of peace blooms, a stack of silverleafs and a stack of vials.. how do I make the pot. Been struggling for over an hour and can't find a video showing how to actually craft them. Thank you!

`Question`

⇧ 3 ⇩    ○ 8     ⊘     ↪ Share

---

**u/urHypocriite** • 14 days ago                   •••

### What server you recommend?

Regarding population and fun game play. What sv do you recommend? I'm new.

⇧ 11 ⇩    ○ 17     ⊘     ↪ Share

---

**u/Prophet72** • 8 days ago                       •••

### Can't connect

Can't seem to connect to any servers or update my client. Is TurtleWoW down?

`Question`

---

### Turtle WoW Team — Mysteries of Azeroth

Mysteries of Azeroth — is a story expansion made by the Turtle WoW Team, inspired by the Warcraft universe of Blizzard Entertainment.

🗄 Created Sep 10, 2018
🌐 Public

**92K**              **2.6K**
Weekly visitors      Weekly contributions

**R/TURTLEWOW RULES**

| 1 | Be respectful | ⌄ |
| 2 | Only Turtle WoW Content | ⌄ |
| 3 | Requesting for support | ⌄ |
| 4 | Posting media | ⌄ |
| 5 | Flair your posts | ⌄ |
| 6 | Low effort posts | ⌄ |

**DISCORD**

Turtle-WoW
Join us on Discord!

**POST FLAIR**

`Discussion`  `Screenshot`  `Artwork`
`Question`  `Video / Media`  `AddOns`
`Meta`

**LINKS**

[ Homepage ]
[ Forums ]
[ Report a bug ]
[ YouTube ]
[ Instagram ]
[ Twitter ]
[ Discord ]

---

443

☰   redlit   r/turtlewow

Question

⇧ 0 ⇩   💬 9   ⊕   ⇱ Share

**u/Callahan333** • 8 days ago                                        •••

**I'm looking for a good Warrior tank spec/bis itemization. I'm on Ambershire. So only up to Kara 10. I'm currently fury/arms. But want to start tanking. Thanks**

Question

⇧ 1 ⇩   💬 1   ⊕   ⇱ Share

**u/PepeSmite MOD** • 14 days ago                                    •••

**This week's changelog 🐢**



2025 — DECEMBER 24
# CHANGELOG

Astral Insight will no longer deal damage to you when proc effects such as Lightning Shield trigger.

Ranged mobs attempting to move away from their target will no longer pass through walls or travel absurd distances.

Every 10th item now appears correctly in Feid Rota's list of swappable items.

Warlock pets will no longer end up with incorrect spells.

⇧ 101 ⇩   💬 11   ⊕   ⇱ Share

**u/The_Shiniest_Skritt** • 8 days ago                               •••

**Feedback on the alt FOMO event**

I loved the scorpion mount from the alt event that ended today. But the holiday season takes up a lot of my free time, and work gets busier as we approach end-of-year performance evals. I managed to get to mid level on a new alt during the event. But now that I can't get the mount, it feels like it was all a waste of time, and I got nothing for my FOMO stress. I play turtle because it's fun and relaxing for me to take it slow. I'm leaning towards deleting that alt and recreating him on a preferred mode like HC or turtle mode. Or, I would've rather spent all that lost time playing on my main. This whole consequence of attempting and failing the alt event could be...

⇧ 0 ⇩   💬 34   ⊕   ⇱ Share

**u/PoiseBrand** • Promoted                                          •••

**Stay Fresh, Stay Dry—Poise Liners Have You Covered.**

Poise

▶

Poise

**Turtle WoW Team — Mysteries of Azeroth**

Mysteries of Azeroth — is a story expansion made by the Turtle WoW Team, inspired by the Warcraft universe of Blizzard Entertainment.

🏛 Created Sep 10, 2018
🌐 Public

**92K**                        **2.6K**
Weekly visitors              Weekly contributions

**R/TURTLEWOW RULES**

| 1 | Be respectful | ⌄ |
| 2 | Only Turtle WoW Content | ⌄ |
| 3 | Requesting for support | ⌄ |
| 4 | Posting media | ⌄ |
| 5 | Flair your posts | ⌄ |
| 6 | Low effort posts | ⌄ |

**DISCORD**

Turtle-WoW
Join us on Discord!

**POST FLAIR**

Discussion   Screenshot   Artwork

Question   Video / Media   AddOns

Meta

**LINKS**

Homepage

Forums

Report a bug

YouTube

Instagram

Twitter

Discord

444



Document title: Turtle WoW Team — Mysteries of Azeroth
Capture URL: https://www.reddit.com/r/turtlewow/
Capture timestamp (UTC): Wed, 07 Jan 2026 16:58:14 GMT

### Where is the new HD turtle addon patch guide now that the old forum is unavailable?

Turtle wow hd guide link isn't working anymore since website change. I think the forum got moved but I can't seem to find the post

⇧ 4 ⇩    💬 2    ⚲    ⇄ Share

● u/Valuable_Purple657 • 14 days ago                                    ⋯

### Nord prog guild

I've tried posting a while in game and don't get any hits, how many guilds are actually progging mid tier raids? Playing sub rogue and just got darkmantle set and BWL/ES attune. I need a couple rag items mostly trinkets and jewelry but still believe I'm ready to prog BWL and farm ES. Should I just keep posting in game and hope a guild sees me in world chat or would the discord be better? Seems to be a lot of Naxx prog guilds but I'd prefer I'm not just carried through the earlier raids by people speed running it to get people into naxx faster.

`Discussion`

⇧ 3 ⇩    💬 12    ⚲    ⇄ Share

● u/emeriass • 13 days ago                                             ⋯

### <Ambershire> Why you should choose BWL release as is

Most player on the server did not raid BWL at all before, for them its a nice stepping stone, learning the ropes of BWL, before encountering the more difficult turtle version, but my strongest gutfeeling is that the new BWL will be unstable, same as Molten Core was too hard when released and even Naxx geared ppl on Nordanaar struggled. I think they should release on Nordanaar, to test it, and set the balance in 2 weeks, before releasing it on Ambershire, and in the meantime the new population can learn BWL, and see it once before the final release of the new content. This will also give a better feedback loop, as we will have a recent experience how it was...

⇧ 0 ⇩    💬 32    ⚲    ⇄ Share

● u/fidelityinvestments • Official • Promoted                         ⋯

### Fidelity Active ETFs can adapt to changes in market conditions to pursue outperformance.



Take a more active approach
**to active markets**

**Fidelity Active ETFs**        *Fidelity*

---

## Turtle WoW Team — Mysteries of Azeroth

Mysteries of Azeroth — is a story expansion made by the Turtle WoW Team, inspired by the Warcraft universe of Blizzard Entertainment.

🔒 Created Sep 10, 2018
🌐 Public

**92K**              **2.6K**
Weekly visitors     Weekly contributions

**R/TURTLEWOW RULES**

| 1 | Be respectful | ⌄ |
| 2 | Only Turtle WoW Content | ⌄ |
| 3 | Requesting for support | ⌄ |
| 4 | Posting media | ⌄ |
| 5 | Flair your posts | ⌄ |
| 6 | Low effort posts | ⌄ |

**DISCORD**

Turtle-WoW
Join us on Discord!

**POST FLAIR**

`Discussion`  `Screenshot`  `Artwork`
`Question`  `Video / Media`  `AddOns`
`Meta`

**LINKS**

Homepage
Forums
Report a bug
YouTube
Instagram
Twitter
Discord



▶ ━━●━━━━━━━━━━━━━━━━━  0:01 / 0:11    CC  ⚙  ⤢  🔇

fidelity.com                                          Learn More

---

**Turtle WoW Team — Mysteries of Azeroth**

Mysteries of Azeroth — is a story expansion made by the Turtle WoW Team, inspired by the Warcraft universe of Blizzard Entertainment.

🗄 Created Sep 10, 2018
🌐 Public

**92K**          **2.6K**
Weekly visitors   Weekly contributions

**R/TURTLEWOW RULES**

1  Be respectful                          ⌄
2  Only Turtle WoW Content                ⌄
3  Requesting for support                 ⌄
4  Posting media                          ⌄
5  Flair your posts                       ⌄
6  Low effort posts                       ⌄

---

⬆ Vote ⬇     💬 0      ↪ Share

**u/Alert-Negotiation144** • 8 days ago                    ...

### Leveling without selling anything on AH

This time when i leveled another character i didnt care at all about making gold or professions. To me what is fun in the game is to do quests, farm mobs or do dungeons or group quests with other people. I also enjoy reading learning about the lore or listening to the quest npcs. PvP is also fun. To me all that other stuff is merely an obstacle to actually playing the game. Gold, inventory management, professions, talents, addons, rotations etc... I just want to kill stuff together with other people basicly. I tend to just randomly sell stuff at the vendor. I also made like 15 bank alts that i send stuff to but most of the items just end up in the mailboxes and eventually ge...

`Discussion`

⬆ 0 ⬇     💬 20      🜲      ↪ Share

**u/LanfearSedai** • 8 days ago                    ...

### Donations no longer accepting PayPal again... what do?

I want to gift some donation tokens to my wife. I was able to do this for my nephew on Christmas eve through PayPal, but it looks like that option is gone again and it's only bitcoin now. Does anyone have any insight into whether the PayPal option will return, and if so when? Otherwise, I have never used bitcoin before, does anyone have a reference I can follow for getting that set up? Thanks! Update: I see all of the payment options on one account login, and only BTC on another. No idea why. They are both Twow Europe, both the same server, accessing them from the same PC.

⬆ 0 ⬇     💬 8      🜲      ↪ Share

**u/NezuTheRat** • 8 days ago                    ...

### The future of Turtle WoW

Greetings and salutations everyone. I wish to go into turtle and do all the different content that it has. I come from WoW Era and have bunch of 60s there with Maxx gear and all that. Now I want to try something else. But the question is with the lawsuits and all that. Is Turtle WoW something that will last for someone who wants to end game content for awhile? With that have a lovely new years and hope to maybe see you all in 2026

⬆ 0 ⬇     💬 11      🜲      ↪ Share

**u/Tayow92** • 14 days ago                    ...

### Can I transmog a polearm into a two handed sword?

I know there are animation restriction for daggers or fist weapons for instance. Are there any restrictions for polearms? Need to know before I decide if I pick up the ice barbed spear 🙂 Thanks!

⬆ 4 ⬇     💬 7      🜲      ↪ Share

**u/Ill_Stress1009** • 14 days ago                    ...

### Donation for America?

How do I donate to turtle wow without bitcoin or going through those Russian sites? I'm American btw.

`Question`

⬆ 6 ⬇     💬 6      🜲      ↪ Share

---

**DISCORD**

**Turtle-WoW**
Join us on Discord!

**POST FLAIR**

`Discussion`  `Screenshot`  `Artwork`
`Question`  `Video / Media`  `AddOns`
`Meta`

**LINKS**

Homepage
Forums
Report a bug
YouTube
Instagram
Twitter
Discord

Document title: Turtle WoW Team — Mysteries of Azeroth
Capture URL: https://www.reddit.com/r/turtlewow/
Capture timestamp (UTC): Wed, 07 Jan 2026 16:58:14 GMT

☰   reddit   r/turtlewow

⬆ 6 ⬇   💬 6   🔖   ⤳ Share

🦎 u/LuchoX222 • 8 days ago                                          ...

### My fear with ambershire

well i want to start on amber but i fear for the bllizard legal thing because i would like to experience all the custom content and in ambershire i have to wait a lot for karazhan 40 for example. all the content is up on nordannar, so... i dont know what to do. What do you think?

⬆ 0 ⬇   💬 11   🔖   ⤳ Share

🦎 u/Iommi_Shreddith • 14 days ago                                   ...

### Alternate Tier Sets

Does anyone have a link to all the alternate tier set lists?

`Question`

⬆ 6 ⬇   💬 5   🔖   ⤳ Share

⋀ u/Atlas_Headrest • Official • Promoted                             ...

### YSK your Herman Miller deserves an Atlas Headrest. Elevate comfort.



atlashेadrest.com                                          [ Shop Now ]

⬆ Vote ⬇   💬 0   ⤳ Share

🐢 u/v3r50n • 14 days ago                                            ...

### Is the website down for anyone else?

⬆ 0 ⬇   💬 4   🔖   ⤳ Share

🐢 u/By-Other-Means • 14 days ago                                    ...

### Issue with website

Parts of the website, like the forum, return a 520 error code.

---

**Turtle WoW Team — Mysteries of Azeroth**

Mysteries of Azeroth — is a story expansion made by the Turtle WoW Team, inspired by the Warcraft universe of Blizzard Entertainment.

📁 Created Sep 10, 2018
🌐 Public

**92K**
Weekly visitors

**2.6K**
Weekly contributions

**R/TURTLELOW RULES**

| 1 | Be respectful | ⌄ |
| 2 | Only Turtle WoW Content | ⌄ |
| 3 | Requesting for support | ⌄ |
| 4 | Posting media | ⌄ |
| 5 | Flair your posts | ⌄ |
| 6 | Low effort posts | ⌄ |

**DISCORD**

Turtle-WoW Join us on Discord!

**POST FLAIR**

`Discussion`  `Screenshot`  `Artwork`

`Question`  `Video / Media`  `AddOns`

`Meta`

**LINKS**

[ Homepage ]
[ Forums ]
[ Report a bug ]
[ YouTube ]
[ Instagram ]
[ Twitter ]
[ Discord ]



Parts of the website, like the forum, return a 520 error code.
Anyone know what the problem is? Have attempted on several devices and browsers.

⬆ 6 ⬇      💬 8      ⚘      ↪ Share

**u/Most-Round-4132** • 15 days ago                                      ⋯

### Basically new player here who can't believe how much fun turtle has made classic wow.

After advice from someone in another thread I decided to make a druid and just ignore my desire to research how to min max lvling times and end game builds / gear etc on a different class, and I'm so glad I did! Just meandering around questing in zones I like while I lvl my fishing/cooking/herb/alch/first aid in a lazy manner is so much fun! Druid may not be the fastest to lvl with and I'm sure other professions generate way more gold but I genuinely am enjoying every bit of my time in the game now, nothing feels like a "grind" The only thing is I'm worried about gold for training my professions and class skills as I'm quickly depleting a kindb 1 gold a strang...

`Other`

⬆ 104 ⬇      💬 32      ⚘      ↪ Share

**u/eichti86** • 14 days ago                                            ⋯

### How is Ambershire doing?

Haven't played twow in a while so I'm curious. Does the new realm still have more pop than the old PvE one? Is the old one dead now? Or did the hype for a fresh realm die down and everyone came back to their chars on the old serv. Maybe there isn't a difference and they're somewhat equal in their pop rn? Just wondering

`Question`

⬆ 12 ⬇      💬 37      ⚘      ↪ Share

**u/Confident_Air_5331** • 15 days ago                                   ⋯

### How good are druids for raiding? My buddy and I both want to try druid but we're a bit worried we won't be able to find many raids that will take 2 druids

⬆ 22 ⬇      💬 34      ⚘      ↪ Share

**u/vati22** • 15 days ago                                              ⋯

### Huge Update for Guda – Category View Is Here! 🎉

A lot of you didn't like the Single Bag view and asked for a Category-based layout — so Guda 1.4.0 now supports both! You can now choose how you want your bags to look:

- Single Bag View (classic, unified view)
- Category View (items grouped by type)

Just open Guda Settings and toggle: Bag View: Single or Bag View: Category Pick whatever feels best for you — it's completely optional. 🎉 Please try it out and share your feedback!...

⬆ 40 ⬇      💬 15      ⚘      ↪ Share

**u/TechnoFuhrer** • 8 days ago                                         ⋯

### Problem to solve

Can the game be set to 4K resolution?

⬆ 1 ⬇      💬 3      ⚘      ↪ Share

**u/CABENUVA_US** • Promoted                                            ⋯

### Real Talk: Travel lighter with a long-acting treatment. See how Ashton knew

---

**Turtle WoW Team — Mysteries of Azeroth**

Mysteries of Azeroth — is a story expansion made by the Turtle WoW Team, inspired by the Warcraft universe of Blizzard Entertainment.

📄 Created Sep 10, 2018
🌐 Public

**92K**                     **2.6K**
Weekly visitors             Weekly contributions

**R/TURTLEWOW RULES**

| 1 | Be respectful | ⌄ |
| 2 | Only Turtle WoW Content | ⌄ |
| 3 | Requesting for support | ⌄ |
| 4 | Posting media | ⌄ |
| 5 | Flair your posts | ⌄ |
| 6 | Low effort posts | ⌄ |

**DISCORD**

Turtle-WoW — Join us on Discord!

**POST FLAIR**

`Discussion`  `Screenshot`  `Artwork`
`Question`  `Video / Media`  `AddOns`
`Meta`

**LINKS**

Homepage
Forums
Report a bug
YouTube
Instagram
Twitter
Discord

Document title: Turtle WoW Team — Mysteries of Azeroth
Capture URL: https://www.reddit.com/r/turtlewow/
Capture timestamp (UTC): Wed, 07 Jan 2026 16:58:14 GMT



☰ reddit

u/CABENUVA_US • Promoted

···

**Real Talk: Travel lighter with a long-acting treatment. See how Ashton knew CABENUVA was right for him.**

CABENUVA PI https://gskp.ro/3zrn5q2

IMPORTANT SAFETY INFORMATION
**Do not receive CABENUVA if you:**
• have ever had an allergic reaction to cabotegravir or rilpivirine.
• are taking certain medicines: carbamazepine; oxcarbazepine; phenobarbital; phenytoin; rifabutin; rifampin; rifapentine; dexamethasone (more than a single-dose treatment); St John's wort (*Hypericum perforatum*).

cabenuva.com                    [ Watch Now ]

⇧ Vote ⇩    ○ 0    ↪ Share

u/SomeNameHuhHuhHuh • 15 days ago                    ···

**At which level should i start doing dungeons? And what are the best dungeons to drop good gear for mage? Thx in advance**

⇧ 11 ⇩    ○ 14    Ω    ↪ Share

u/minh_mo • 9 days ago                    ···

**Hunter fellows which range weapon are you using as BiS pre-raid**

i am 60 my hunter 3 weeks ago, had finished grinding dungeon set and BM already. I am melee, but still want a better range weapon as my current one is: Gryphonwing Long Bow which pretty lame outside of 8 agi. Flintlocke's Hand Cannon is available as I finished BM farm which is much cheaper than the fricking Time Frozen. Recently finding out that Dark Iron Desecrator could be gain through quest chain, but material cost may expensive, I think. As range hunter, which one are you using Pre-raid and how does it performance? Meele guys, do you prefer crit from range weapon over hit? Looking for your experience, I appreciate all.

⇧ 2 ⇩    ○ 10    Ω    ↪ Share

u/Snowcrash000 • 9 days ago                    ···

**Behind the Wall**

Where are the Dawnstone Plans in Gilneas City? I've found two open houses and the Book of Ur in one of them, but the plans elude me. I found a video that claims the plans are found as below, but this is clearly wrong as there isn't even an open house there. There is an open house a little further up north, but I cannot find the plans

---

**Turtle WoW Team — Mysteries of Azeroth**

Mysteries of Azeroth — is a story expansion made by the Turtle WoW Team, inspired by the Warcraft universe of Blizzard Entertainment.

🔒 Created Sep 10, 2018
🌐 Public

**92K**            **2.6K**
Weekly visitors   Weekly contributions

**R/TURTLEWOW RULES**

| 1 | Be respectful | ⌄ |
| 2 | Only Turtle WoW Content | ⌄ |
| 3 | Requesting for support | ⌄ |
| 4 | Posting media | ⌄ |
| 5 | Flair your posts | ⌄ |
| 6 | Low effort posts | ⌄ |

**DISCORD**

Turtle-WoW Join us on Discord!

**POST FLAIR**

Discussion   Screenshot   Artwork
Question   Video / Media   AddOns
Meta

**LINKS**

Homepage
Forums
Report a bug
YouTube
Instagram
Twitter
Discord

Document title: Turtle WoW Team — Mysteries of Azeroth
Capture URL: https://www.reddit.com/r/turtlewow/
Capture timestamp (UTC): Wed, 07 Jan 2026 16:58:14 GMT

...but the plans elude me. I found a video that claims the plans are found as below, but this is clearly wrong as there isn't even an open house there. There is an open house a little further up north, but I cannot find the plans anywhere inside it. https://imgur.com/NNMJCSd

`Question`

⬆ 2 ⬇    💬 3    ▢    ↗ Share

---

u/klurejr • 15 days ago  •••

### Pimp My Pally

I had a chance to Off Tank in AQ20 today on my Pally and it has been a long time since I played him. I have been focused on my main toon and Naxx raiding with the main, so this pally has been sitting on a shelf doing nothing for a while now. I did okay as OT and we had some OP healers - but I did get crushed a few times and I am certain it is a combo of my gear, talent build and rotation. It has been long enough that my Dual Spec machine does not even have any saved specs in it, so I am in a good spot to respec and come at this with new eyes. Here is what I am looking to do with this character. 1> Tank - probably never anything above T2 content...

⬆ 10 ⬇    💬 7    ▢    ↗ Share

---

u/cashdecans101 • 9 days ago  •••

### What are good mid-game wands?

I am currently using a greater mystic wand I bought from the auction house and it has been carrying me for quite awhile. I am curious is that wand currently the best in slot and what is the next wand I should try to go grab?

`Question`

⬆ 3 ⬇    💬 8    ▢    ↗ Share

---

u/SomewhereMelodic7944 • 9 days ago  •••

### Sexy Horde Characters

As far as I know, one of the reasons why horde have less people in classic is the lack of appealing characters. blood elves "fixed" that. I tried to create "sexy" female characters in horde, not using most picked faces: I hope you like the screenshots! the names are not taken as far as I know. Also. created a post days ago wher I asked for help for not knowing which class and race to play. post name is "Huge problem: Utility. HELP! and after read other posts in reddit, I still can not decide between: Male goblin warrior - prot. spec for tank Male goblin warlock (surprisingly) - demon. spec, for extra utility (is this spec for utility, like to tank in dungeons sometimes for...

⬆ 0 ⬇    💬 32    ▢    ↗ Share

---

u/Alternative_Duck_794 • 9 days ago  •••

### MISIÓN DE HABILIDAD +5 EN HACHAS

TENGO QUE CONSEGUIR "TARRO DE TIERRA" PERO NO ESPECIFICA DONDE NI COMO TENGO QUE CONSEGUIRLO, SOLO ME SALE QUE ES DE ELITE Y NADA MÁS. EN EL TEXTO SOLO CUENTA COSAS DE GROMMASH GRITO INFERNAL Y DE CÓMO ÉL ERA.

⬆ 0 ⬇    💬 2    ▢    ↗ Share

---

u/reeses • Promoted  •••

### You asked for it. REESE'S x OREO®

YOU ASKED FOR IT
Reese's

### Turtle WoW Team — Mysteries of Azeroth

Mysteries of Azeroth — is a story expansion made by the Turtle WoW Team, inspired by the Warcraft universe of Blizzard Entertainment.

🔒 Created Sep 10, 2018
🌐 Public

**92K**
Weekly visitors

**2.6K**
Weekly contributions

#### R/TURTLEWOW RULES

1  Be respectful                     ⌄
2  Only Turtle WoW Content           ⌄
3  Requesting for support            ⌄
4  Posting media                     ⌄
5  Flair your posts                  ⌄
6  Low effort posts                  ⌄

#### DISCORD

Turtle-WoW
Join us on Discord!

#### POST FLAIR

`Discussion`  `Screenshot`  `Artwork`
`Question`  `Video / Media`  `AddOns`
`Meta`

#### LINKS

Homepage
Forums
Report a bug
YouTube
Instagram
Twitter
Discord



hersheyland.com

**Learn More**

⇧ Vote ⇩    💬 0    ↗ Share

🧔 **u/Hilalstein** • 15 days ago    ···

### Is there any addon to make the minimap bigger?

I`m looking for something like Sexymap, just to make it bigger

`Question`

⇧ 11 ⇩    💬 5    ♫    ↗ Share

🟢 **u/Hour-Restaurant655** • 14 days ago    ···

### pfquest question

I started on turtle today, and installed pfquest. It really doesnt nothing, its leading me in arrows that lead to nothing. Is this the best quest helper I can get? Its kinda fun taking me back to 2006 before minmaxxing, but I don't have time to spend an hour trying to find a fkin quest. Thanks yall. Merry christmas.

⇧ 2 ⇩    💬 8    ♫    ↗ Share

🟣 **u/Alert-Negotiation144** • 9 days ago    ···

### Prot paladin holy shield/holy shock

What is the ideal spec for this now? For farming purposes. My pala is lvl 53 so far.

`Question`

⇧ 1 ⇩    💬 6    ♫    ↗ Share

🔴 **u/Snowcrash000** • 15 days ago    ···

### Mok'rash

The elite sea giant on the small island directly south of the dock named Mok'rash is supposed to drop the Monogramed Sash which starts a quest. The drop chance is 100% according to WH. However, I just killed him and he didnt drop it. Is there a difference in TWOW?

`Question`

**Turtle WoW Team — Mysteries of Azeroth**

Mysteries of Azeroth — is a story expansion made by the Turtle WoW Team, inspired by the Warcraft universe of Blizzard Entertainment.

🗄 Created Sep 10, 2018
🌐 Public

**92K**
Weekly visitors

**2.6K**
Weekly contributions

**R/TURTLEWOW RULES**

| 1 | Be respectful | ⌄ |
| 2 | Only Turtle WoW Content | ⌄ |
| 3 | Requesting for support | ⌄ |
| 4 | Posting media | ⌄ |
| 5 | Flair your posts | ⌄ |
| 6 | Low effort posts | ⌄ |

**DISCORD**

Turtle-WoW
Join us on Discord!

**POST FLAIR**

`Discussion`  `Screenshot`  `Artwork`

`Question`  `Video / Media`  `AddOns`

`Meta`

**LINKS**

**Homepage**

**Forums**

**Report a bug**

**YouTube**

**Instagram**

**Twitter**

**Discord**

452

Document title: Turtle WoW Team — Mysteries of Azeroth
Capture URL: https://www.reddit.com/r/turtlewow/
Capture timestamp (UTC): Wed, 07 Jan 2026 16:58:14 GMT

**Question**

⬆ 11 ⬇   💬 5   🎧   ↗ Share



u/Lasolite_ • 15 days ago   •••

### Which server has the biggest player count? And how is the H/A balance?

Hey! I tried looking around. Mayhaps poorly. Where could I find the answers to my questions? :)

**Question**

⬆ 8 ⬇   💬 15   🎧   ↗ Share

u/TheGreatWizardLizard • 16 days ago   •••

### Today, I let a man down.

**Screenshot**

⬆ 119 ⬇   💬 14   🎧   ↗ Share

u/Equal_Maize5722 • 9 days ago   •••

### [KuiNamePlates] Nameplate overlap issue

Hi everyone, I've been using KuiNameplates, which has been perfect for me so far. I just hit level 60 and I'm running into a major issue in BGs: the nameplates are stacking and move all over the place, especially in Alterac Valley, making them completely unreadable. I've installed UnitXPSP3, but it didn't help. Given how popular this addon is, I can't believe everyone plays like this. Does anyone know a fix or setting to stabilize the nameplates in BGs? Thanks in advance!

⬆ 0 ⬇   💬 6   🎧   ↗ Share

u/Snowcrash000 • 15 days ago   •••

### Race against time

Is this quest at the Shimmering Flats Racetrack currently broken? I was able to do the test run for Goblin Engineering at its finest, but when I talk to Daisy, she does not put me in a racecar.

**Question**

⬆ 3 ⬇   💬 3   🎧   ↗ Share

---

### Turtle WoW Team — Mysteries of Azeroth

Mysteries of Azeroth — is a story expansion made by the Turtle WoW Team, inspired by the Warcraft universe of Blizzard Entertainment.

📂 Created Sep 10, 2018

🌐 Public

**92K**
Weekly visitors

**2.6K**
Weekly contributions

**R/TURTLEWOW RULES**

| 1 | Be respectful | ⌄ |
| 2 | Only Turtle WoW Content | ⌄ |
| 3 | Requesting for support | ⌄ |
| 4 | Posting media | ⌄ |
| 5 | Flair your posts | ⌄ |
| 6 | Low effort posts | ⌄ |

**DISCORD**

Turtle-WoW
Join us on Discord!

**POST FLAIR**

Discussion   Screenshot   Artwork

Question   Video / Media   AddOns

Meta

**LINKS**

Homepage

Forums

Report a bug

YouTube

Instagram

Twitter

Discord

Document title: Turtle WoW Team — Mysteries of Azeroth
Capture URL: https://www.reddit.com/r/turtlewow/
Capture timestamp (UTC): Wed, 07 Jan 2026 16:58:14 GMT

Page 79 of 144

⬆ 3 ⬇   💬 3   ☋   ➦ Share

🔴 u/Wild-Turnip1 · Promoted   ···

### I liked PLAGUE INC so much that I created a bigger one!



store.steampowered.com                              [ View More ]

⬆ Vote ⬇   💬 165   ➦ Share

---

🔴 u/Future_Telephone281 · 15 days ago   ···

### Undead challenge

I am trying what I'll call a challenge. Trying to level to 60 as an undead warlock doing only undead quests and storylines in the eastern kingdoms. Starting zone to TM is pretty undead but as I get into arathi highlands or STV seems like the undead aspect is drying up. Any thoughts on where to go 30-40 for undead quest areas? And beyond?

⬆ 7 ⬇   💬 6   ☋   ➦ Share

---

🔴 u/Jagged_One · 15 days ago   ···

### No quest info in Brinthilen ???

I thought I'd try High Elf, so I made a Mage. She starts in Brinthilien - my first time in this region. The problem is that the quest system does not appear to be implemented here as in the other regions. I use the pfQuest addon. I have other Horde and Ally toons, and everything works fine - I can see the yellow splats and question marks on the world map and mini-map. I have the arrow over my head, targets are marked on the map, etc. Here in Brinthilien I am running totally blind - I get a quest and I don't even know where to go. Just running around is a complete waste of time..... Am I missing something, or do I need to do something to turn on the quest support...

⬆ 0 ⬇   💬 6   ☋   ➦ Share

---

🔴 u/Vast-Excitement-2181 · 9 days ago   ···

### cross faction question

My friends are stuck on playing lame ass hummans/alliance.
i dont do alts but if im going to do one i want to try shaman.
So how bad it will be if my maxed char and friends are alliance ?
We can we still run dungeons and raids together? But canst quest together?

⬆ 1 ⬇   💬 11   ☋   ➦ Share

### Turtle WoW Team — Mysteries of Azeroth

Mysteries of Azeroth — is a story expansion made by the Turtle WoW Team, inspired by the Warcraft universe of Blizzard Entertainment.

🗓 Created Sep 10, 2018
🌐 Public

**92K**                    **2.6K**
Weekly visitors        Weekly contributions

**R/TURTLEWOW RULES**

1   Be respectful                          ⌄
2   Only Turtle WoW Content                ⌄
3   Requesting for support                 ⌄
4   Posting media                          ⌄
5   Flair your posts                       ⌄
6   Low effort posts                       ⌄

**DISCORD**

Turtle-WoW
Join us on Discord!

**POST FLAIR**

[ Discussion ] [ Screenshot ] [ Artwork ]
[ Question ] [ Video / Media ] [ AddOns ]
[ Meta ]

**LINKS**

[ Homepage ]
[ Forums ]
[ Report a bug ]
[ YouTube ]
[ Instagram ]
[ Twitter ]
[ Discord ]

454



⬆ 1 ⬇    💬 11    🔊    ↗ Share

**u/billybobily** • 15 days ago                                    ...

### Addon to send alert when your group invitation fails

https://github.com/billybobily/InviteAlert

⬆ 3 ⬇    💬 2    🔊    ↗ Share

**u/Echeyak** • 10 days ago                                        ...

### Can we also have some Blood Elfs on the horde side, pls?

`Suggestion`

⬆ 0 ⬇    💬 17    🔊    ↗ Share

**u/StudioObjective9321** • 15 days ago                            ...

### Dungeons and leveling new comers

Hi guys, Just started twow and also I am a beginner in wow. Started on Nordanaar an orc warrior. Maybe I will play tank for leveling and dungeons. How easy is here to find players for dungeons? Thanks

⬆ 13 ⬇    💬 19    🔊    ↗ Share

**u/RobleViejo** • 10 days ago                                     ...

### Lvl 20 Druid, how can I get OP fast?

Druids are already pretty damn strong, but I wanna be able to deal with Elite mobs on my own for example.

`Question`

⬆ 0 ⬇    💬 12    🔊    ↗ Share

---

## Turtle WoW Team — Mysteries of Azeroth

Mysteries of Azeroth — is a story expansion made by the Turtle WoW Team, inspired by the Warcraft universe of Blizzard Entertainment.

🗓 Created Sep 10, 2018

🌐 Public

**92K**
Weekly visitors

**2.6K**
Weekly contributions

**R/TURTLEWOW RULES**

1    Be respectful                          ⌄
2    Only Turtle WoW Content                 ⌄
3    Requesting for support                  ⌄
4    Posting media                           ⌄
5    Flair your posts                        ⌄
6    Low effort posts                        ⌄

**DISCORD**

**POST FLAIR**

`Discussion`  `Screenshot`  `Artwork`
`Question`  `Video / Media`  `AddOns`
`Meta`

**LINKS**

Homepage

Forums

Report a bug

YouTube

Instagram

Twitter

Discord

Document title: Turtle WoW Team — Mysteries of Azeroth
Capture URL: https://www.reddit.com/r/turtlewow/
Capture timestamp (UTC): Wed, 07 Jan 2026 16:58:14 GMT

☰ reddit



⇧ 0 ⇩   💬 12   🔇   ➦ Share

**u/tremfya_guselkumab** • Promoted

**Explore what's possible with TREMFYA® © Johnson & Johnson and its affiliates 2025 09/25 cp-535472v1**

Click here for the full Prescribing Information and Medication Guide for TREMFYA®.

**IMPORTANT SAFETY INFORMATION**

What is the most important information I should know about TREMFYA®?

TREMFYA® is a prescription medicine that may cause serious side effects, including:

• **Serious Allergic Reactions.** Stop using TREMFYA® and get emergency medical help right away if you develop any of the following symptoms of a serious allergic reaction:
  ◦ fainting, dizziness, feeling lightheaded (low blood
  ◦ trouble breathing or throat tightness

tremfya.com                                                    **Learn More**

⇧ Vote ⇩   💬 0   ➦ Share

**u/Snowcrash000** • 15 days ago

**Survival profession**

I've kinda hit a road block when it comes to Survial at 125. Traveler's Tent just turned green to me and all the other yellow/orange recipes I have require kinda expensive materials to make. Can you even level Survival past 150, by the way? Is there anyone other than Hemet offering recipes? Is it even worth leveling the profession past 125? As far as I can tell I already have all the recipes...

`Question`

⇧ 4 ⇩   💬 1   🔇   ➦ Share

**u/Live_Map2077** • 10 days ago

**Performance....**

Ive always had pretty poor performance in 40 man raids and big aoe scenarios, but i swear its gotten worse in the past few weeks. Im using vanillafixes and vanillatweaks and dxvk and superwow, ive tried disabling addons, ive tried messing with BIOS settings to optimize single core performance, and it still grinds to a complete halt in multiple situations in naxx and kara40. The worst part is not being able to really troubleshoot it during these scenarios when theres 40 people trying to get a raid done. I have an i7-12700F processor. I know its not top of the line but it seems ridiculous that the game is literally unplayable for portions of a raid or entire boss fights. It…

### Turtle WoW Team — Mysteries of Azeroth

Mysteries of Azeroth — is a story expansion made by the Turtle WoW Team, inspired by the Warcraft universe of Blizzard Entertainment.

🔒 Created Sep 10, 2018
🌐 Public

**92K** Weekly visitors       **2.6K** Weekly contributions

**R/TURTLEWOW RULES**

| 1 | Be respectful | ⌄ |
| 2 | Only Turtle WoW Content | ⌄ |
| 3 | Requesting for support | ⌄ |
| 4 | Posting media | ⌄ |
| 5 | Flair your posts | ⌄ |
| 6 | Low effort posts | ⌄ |

**DISCORD**

Turtle-WoW Join us on Discord!

**POST FLAIR**

`Discussion`  `Screenshot`  `Artwork`  `Question`  `Video / Media`  `AddOns`  `Meta`

**LINKS**

Homepage
Forums
Report a bug
YouTube
Instagram
Twitter
Discord

Document title: Turtle WoW Team — Mysteries of Azeroth
Capture URL: https://www.reddit.com/r/turtlewow/
Capture timestamp (UTC): Wed, 07 Jan 2026 16:58:14 GMT
Page 82 of 144

scenarios when theres 40 people to get a raid done. I have an i7-12700F processor. I know its not top of the line but it seems ridiculous that the game is literally unplayable for portions of a raid or entire boss fights. It...

⇧ 1 ⇩   💬 12       🔗 Share

**u/LanfearSedai** • 16 days ago

### TurtleEnchant addon now available for use



⇧ 79 ⇩   💬 12   ✅ 1   🔗 Share

**u/Sure-Initiative6001** • 10 days ago

### HC advice

This is for HC players and anyone that sees entirely too many low lvl headstones. Please offer advice for the young ones. Number one, I have to say, do not go to a zone full charge that is equal to or higher than your level. You will be a 💀 all too soon. Go to Redridge or Duskwood, look around and you'll see what I mean. What other advice would other HC players recommend?

⇧ 1 ⇩   💬 29       🔗 Share

**u/Lenivvcowy** • 15 days ago

### How to start

Hello, how can i download Turtle and start playing? Website is down, site nod loading. Maybe its my network issue?

⇧ 2 ⇩   💬 7       🔗 Share

**u/AnderMRP** • 10 days ago

### qual servidor a comunidade brasileira joga?

vou começar a jogar hj e queria poder interagir com a comunidade brasileira e n ficar perdido no meio de gringos

---

## Turtle WoW Team — Mysteries of Azeroth

Mysteries of Azeroth — is a story expansion made by the Turtle WoW Team, inspired by the Warcraft universe of Blizzard Entertainment.

🔒 Created Sep 10, 2018
🌐 Public

**92K**
Weekly visitors

**2.6K**
Weekly contributions

**R/TURTLEWOW RULES**

| 1 | Be respectful | ⌄ |
| 2 | Only Turtle WoW Content | ⌄ |
| 3 | Requesting for support | ⌄ |
| 4 | Posting media | ⌄ |
| 5 | Flair your posts | ⌄ |
| 6 | Low effort posts | ⌄ |

**DISCORD**

Turtle-WoW
Join us on Discord!

**POST FLAIR**

Discussion   Screenshot   Artwork

Question   Video / Media   AddOns

Meta

**LINKS**

Homepage

Forums

Report a bug

YouTube

Instagram

Twitter

Discord

---

457

Document title: Turtle WoW Team — Mysteries of Azeroth
Capture URL: https://www.reddit.com/r/turtlewow/
Capture timestamp (UTC): Wed, 07 Jan 2026 16:58:14 GMT



gringos

**Question**

⇧ 0 ⇩   💬 11   🔊   ↗ Share

u/thymelord13 · 10 days ago   ···

### Honest state of battlegrounds?

Hi All, I joined TWow in early November this year and have both Horde and Alliance on all three Euro servers. Love me some PVP, but BGs never seem to pop, 10-19 or 20-29 for me at least. On Tel'Abim today, waited on WSG to pop for 10-19 for over an hour today. It's a weekend, so I expected some action, but it never happened. Are BGs more active at higher levels? Only at 60? Thanks All!

**Question**

⇧ 9 ⇩   💬 12   🔊   ↗ Share

**Afrin** u/Afrin_US · Promoted   ···

**Afrin Saline Instantly Clears out Everyday Congestion\* to Help Decongest Stuffy Noses. Try now.**

INSTANTLY CLEARS OUT EVERYDAY CONGESTION*

HYDRATES NASAL PASSAGES

100%

walmart.com   [Shop Now]

⇧ Vote ⇩   💬 0   ↗ Share

u/Alcez42 · 15 days ago   ···

### AUX addon, scan inventory items

Is it possible to scan all things in your bags? I would love to let it scan everything I have got while I do other things.

⇧ 5 ⇩   💬 5   🔊   ↗ Share

---

**Turtle WoW Team — Mysteries of Azeroth**

Mysteries of Azeroth — is a story expansion made by the Turtle WoW Team, inspired by the Warcraft universe of Blizzard Entertainment.

🔒 Created Sep 10, 2018
🌐 Public

**92K**
Weekly visitors

**2.6K**
Weekly contributions

**R/TURTLEWOW RULES**

| 1 | Be respectful | ⌄ |
| 2 | Only Turtle WoW Content | ⌄ |
| 3 | Requesting for support | ⌄ |
| 4 | Posting media | ⌄ |
| 5 | Flair your posts | ⌄ |
| 6 | Low effort posts | ⌄ |

**DISCORD**

Turtle-WoW — Join us on Discord!

**POST FLAIR**

Discussion   Screenshot   Artwork

Question   Video / Media   AddOns

Meta

**LINKS**

Homepage

Forums

Report a bug

YouTube

Instagram

Twitter

Discord

458



☰ reddit   Search r/turtlewow   💬 Log In

⇧ 5 ⇩   💬 5   ⚹   ↗ Share

u/Far_Text_4103 · 15 days ago   ⋯

### Rogue Leveling Build (Assa/Sub)

Hey, i tested alot with the talents and want to know you opinion to my leveling Build. Need to say the rogue is an alt, which i can upgrade every pieace of gear and weapon every levels. The Idea: Push the DMG from Backstab and Ambush but stayin focused on Assa Build.

⇧ 3 ⇩   💬 6   ⚹   ↗ Share

u/420masterrace2015 · 15 days ago   ⋯

### Anyone using Bagshui that can help me? Trying to disable AH interraction

With Bagshui disabled, when I right click an item with the AH open it automatically enters the item name into the search box. I would like to retain that function while using Bagshui but can't figure out how. Also I have tried other bag addons but they either are glitchy and they grey out items / sorting doesn't work. I've spent ages looking through the settings and config files and googling but I can't find a way to STOP Bagshui from interacting with the auction house. Whenever I right click an item to search for it and see the prices, Bagshui takes over and switches me to the create auction tab and puts the item in the box. I've found no way to disable this or any...

⇧ 1 ⇩   💬 15   ⚹   ↗ Share

u/gyrhod · 15 days ago   ⋯

### Australian Population

Hey Turtles Started playing Turtle wow and loving it. Any recommendations on servers to play on with significant English speaking/Australian players? Thanks

⇧ 10 ⇩   💬 15   ⚹   ↗ Share

u/Upright1337 · 16 days ago   ⋯

### High Elf and Goblin start zones NEED rewriting!

While active on the Ambershire Discord i encountered a lot of new players in need of assistance with especially the high elven starting zone. When i then tried offering it and made them stream certain quest texts for the me to read, i realized that their confusion was entirely justified. I myself leveled a goblin character and even as a long time player found myself uncertain where to go or what order to do the quests in, often ending up at too high level areas. Some of these quest texts regarding the two zones are confusing at best and straight up misleading at worst. You have people that never even played Classic WoW flocking to your server, i tell you these current...

`Discussion`

⇧ 63 ⇩   💬 65   ⚹   ↗ Share

u/No_Acanthisitta_9958 · 15 days ago   ⋯

### Help installing on a mbp with ventura

Im on a mbp 2012 with ventura. Im trying to install turtle wow but there´s an error related to webview2. Any solution to this? Does anyone have an older version that doesnt need that? Thanks!

⇧ 0 ⇩   💬 0   ⚹   ↗ Share

u/Lenivvcowy · 15 days ago   ⋯

### Addons

Okay i have another issue. Want instal addons, but dont have TWoW\Interface\AddOns. My folder with turtle wow loks like that. I need to create this folder?

⇧ 0 ⇩   💬 7   ⚹   ↗ Share

### Turtle WoW Team — Mysteries of Azeroth

Mysteries of Azeroth — is a story expansion made by the Turtle WoW Team, inspired by the Warcraft universe of Blizzard Entertainment.

🔒 Created Sep 10, 2018
🌐 Public

**92K**
Weekly visitors

**2.6K**
Weekly contributions

**R/TURTLELOW RULES**

1   Be respectful   ⌄

2   Only Turtle WoW Content   ⌄

3   Requesting for support   ⌄

4   Posting media   ⌄

5   Flair your posts   ⌄

6   Low effort posts   ⌄

**DISCORD**

Turtle-WoW — Join us on Discord!

**POST FLAIR**

`Discussion`   `Screenshot`   `Artwork`

`Question`   `Video / Media`   `AddOns`

`Meta`

**LINKS**

Homepage

Forums

Report a bug

YouTube

Instagram

Twitter

Discord

459



⇧ 0 ⇩   💬 7   ⎚   ↗ Share

**u/AuraFairyLove** • 16 days ago   ···

### This newbie is ecstatic!!!!

Screenshot

⇧ 103 ⇩   💬 35   ⎚   ↗ Share

**u/SomewhereMelodic7944** • 15 days ago   ···

### Huge problem: Utility. HELP!

I am a player who likes to help others, being healer in video games is lile a passion for me, but I am not closed to other classes which also can help a lot in other ways. as far as I know, tanks and healers in wow are not the only classes which can bring utility for groups. I have seen the spec. trees of all classes in Twow and after thinking a lot, I have found 3 classes and I can not decide which one to pick. first, the most uncommon, Rogue, subtlety spec: -improved expose armor: as I saw in the spec. tree calculator, this talent can reduce even more armor than sunder armor of warriors, which means you free warrior tanks for using rage to cast sunder armor,...

⇧ 0 ⇩   💬 20   ⎚   ↗ Share

**u/briumvi_ublituximab** • Promoted   ···

### Ask your doctor if BRIUMVI is right for you and click 'learn more' to visit our website.

See Prescribing Information, including Patient Information.

---

**Turtle WoW Team — Mysteries of Azeroth**

Mysteries of Azeroth — is a story expansion made by the Turtle WoW Team, inspired by the Warcraft universe of Blizzard Entertainment.

🕮 Created Sep 10, 2018
🌐 Public

**92K**
Weekly visitors

**2.6K**
Weekly contributions

**R/TURTLEWOW RULES**

| | | |
|---|---|---|
| 1 | Be respectful | ⌄ |
| 2 | Only Turtle WoW Content | ⌄ |
| 3 | Requesting for support | ⌄ |
| 4 | Posting media | ⌄ |
| 5 | Flair your posts | ⌄ |
| 6 | Low effort posts | ⌄ |

**DISCORD**

Turtle-WoW
Join us on Discord!

**POST FLAIR**

Discussion  Screenshot  Artwork
Question  Video / Media  AddOns
Meta

**LINKS**

Homepage
Forums
Report a bug
YouTube
Instagram
Twitter
Discord

---

460

Document title: Turtle WoW Team — Mysteries of Azeroth
Capture URL: https://www.reddit.com/r/turtlewow/
Capture timestamp (UTC): Wed, 07 Jan 2026 16:58:14 GMT



☰ reddit    r/turtlewow

**BRIUMVI** WAS **PROVEN EFFECTIVE** IN 2 CLINICAL TRIALS*

People featured have been compensated by TG Therapeutics for their time
*In 2, 2-year studies

**Indication and Important Safety Information**

**Who should not receive BRIUMVI?**

**Do not** receive BRIUMVI if you have an active hepatitis B virus (HBV) infection.

**Do not** receive BRIUMVI if you have had a life-threatening allergic reaction to BRIUMVI. Tell your healthcare provider if you have had an allergic reaction to BRIUMVI or any of its

ad.doubleclick.net

Learn More

⇧ Vote ⇩   💬 0   ↗ Share

---

**u/Zealousideal-Gur-615** · 16 days ago   ···

### I'm new hello guys

I have a couple of questions first I wanted to address the new update or change over to another website... I have a couple questions how can I get the new change over update ? Do I delete the old one and download from the other website or is it automatic? Another is I'm lvl 10 will I have to start over if I have to download from the new website ? I'm really new to this and so far I like it it's a lot to take in for sure I'm trying to enhance my character (I'm a warlock) and it's hard handling enemies 2 lvls over me even with a pet I wanted to know a couple of ways I can beef up my character alil umm and that's all :)

⇧ 8 ⇩   💬 4   ⚐   ↗ Share

---

**u/Low-Performance9928** · 16 days ago   ···

### Fury: Dual Wield or 2H?

So I picked up an Ironfoe last night and I want to give dual wield fury a shot. I've been 2H fury up until this point and I seemed to be outperforming a lot of dual wield warriors in better gear. Is dual wield worth it or is 2H where it's at right now?

⇧ 15 ⇩   💬 17   ⚐   ↗ Share

---

**u/vati22** · 16 days ago   ···

### Added Item Tracking to Guda Bags Addon

🟩 New Feature Added to Guda! You can now track items without opening your bags 🟩
Tracked items will show up in the TrackedItemBar, displaying how many of those items you currently have in your bags (bank not included). Controls:

- Track item: Alt + Left Click on an item or tracked bar to toggle tracking
- Move TrackedItemBar: Shift + Mouse Click and drag

Perfect for grinding, farming, and questing without constantly opening your bags 🟩🟩...

⇧ 9 ⇩   💬 13   ⚐   ↗ Share

---

### Turtle WoW Team — Mysteries of Azeroth

Mysteries of Azeroth — is a story expansion made by the Turtle WoW Team, inspired by the Warcraft universe of Blizzard Entertainment.

🔒 Created Sep 10, 2018
🌐 Public

**92K**    **2.6K**
Weekly visitors    Weekly contributions

**R/TURTLEWOW RULES**

1   Be respectful   ⌄
2   Only Turtle WoW Content   ⌄
3   Requesting for support   ⌄
4   Posting media   ⌄
5   Flair your posts   ⌄
6   Low effort posts   ⌄

**DISCORD**

Turtle-WoW
Join us on Discord!

**POST FLAIR**

Discussion   Screenshot   Artwork
Question   Video / Media   AddOns
Meta

**LINKS**

Homepage
Forums
Report a bug
YouTube
Instagram
Twitter
Discord

Document title: Turtle WoW Team — Mysteries of Azeroth
Capture URL: https://www.reddit.com/r/turtlewow/
Capture timestamp (UTC): Wed, 07 Jan 2026 16:58:14 GMT

☰ **reddit** r/turtlewow

⇧ 9 ⇩   💬 13   🔖   ↪ Share

**Turtle WoW Team — Mysteries of Azeroth**

Mysteries of Azeroth — is a story expansion made by the Turtle WoW Team, inspired by the Warcraft universe of Blizzard Entertainment.

🔒 Created Sep 10, 2018
🌐 Public

**92K** | **2.6K**
Weekly visitors | Weekly contributions

**R/TURTLEWOW RULES**

| 1 | Be respectful | ⌄ |
| 2 | Only Turtle WoW Content | ⌄ |
| 3 | Requesting for support | ⌄ |
| 4 | Posting media | ⌄ |
| 5 | Flair your posts | ⌄ |
| 6 | Low effort posts | ⌄ |

**DISCORD**



Turtle-WoW
Join us on Discord!

**POST FLAIR**

Discussion   Screenshot   Artwork
Question   Video / Media   AddOns
Meta

**LINKS**

Homepage
Forums
Report a bug
YouTube
Instagram
Twitter
Discord

---

👤 u/PepeSmite MOD • 17 days ago   📌 ⋯

### We've moved — turtlecraft.gg

`Announcement`

https://i.redd.it/weve-moved-v0-lbt2vk0sdn8g1.png?s=9fdda2837b761239c6931d0...

⇧ 476 ⇩   💬 75   🔖   ↪ Share

---

👤 u/Dusolei • 15 days ago   ⋯

### Help with class - New player

As title says, I can't decide on a class. I want to be a support role, but play using a 2 hand weapon. Is that possible? I'm used to tanking in other games.

`Question`

⇧ 0 ⇩   💬 12   🔖   ↪ Share

---

👤 u/ellisd88 • 16 days ago   ⋯

### Crafting Material Calculator

Does anyone know of an addon or a already put together spreadsheet that calculates the total amount of materials needed to craft various items that is updated for the turtle wow receipes / materials? For example there was a website for classic where you could put I need to craft 10x greater fire prot / 10x greater frost pot / 4x mongoose / 3x Flask of the titans and it list the total amount of each material that is needed.

`Question`

⇧ 5 ⇩   💬 2   🔖   ↪ Share

---

👤 u/LulehXd • 16 days ago   ⋯

### Enchanting help

Hello, How does it work when someone else enchants gear for me? I assume I get the mats and also pay them (how much is expected?). Do I need to give them the recipe aswell? Thanks in advance

`Question`

⇧ 10 ⇩   💬 12   🔖   ↪ Share

---

👤 u/PlayBlackDesert • Promoted   ⋯

### Paying more for less MMO? Black Desert 90% Off!

BLACK DESERT   PC 🎮 STEAM

---

462

Document title: Turtle WoW Team — Mysteries of Azeroth
Capture URL: https://www.reddit.com/r/turtlewow/
Capture timestamp (UTC): Wed, 07 Jan 2026 16:58:14 GMT



Turtle WoW Team — Mysteries of Azeroth

Mysteries of Azeroth — is a story expansion made by the Turtle WoW Team, inspired by the Warcraft universe of Blizzard Entertainment.

📅 Created Sep 10, 2018
🌐 Public

**92K**
Weekly visitors

**2.6K**
Weekly contributions

**R/TURTLEWOW RULES**

1 Be respectful ⌄

2 Only Turtle WoW Content ⌄

3 Requesting for support ⌄

4 Posting media ⌄

5 Flair your posts ⌄

6 Low effort posts ⌄

**DISCORD**

Turtle-WoW
Join us on Discord!

**POST FLAIR**

Discussion  Screenshot  Artwork

Question  Video / Media  AddOns

Meta

**LINKS**

Homepage

Forums

Report a bug

YouTube

Instagram

Twitter

Discord

---

store.steampowered.com    Install

⬆ Vote ⬇    💬 0    ↗ Share

u/Frahstiii • 16 days ago    ...

### Addon To Track Avoidance

Is there an addon that accurately checks your block/parry/dodge chance? I downloaded "Better Character Stats," but my chance to block and overall avoidance does not change when switching from sword and board to a two hander. It just doesn't work.

`Question`

⬆ 3 ⬇    💬 0    🏅    ↗ Share

u/Kodylprygl • 16 days ago    ...

### Resolution and graphics suddenly all messed up

Logged in yesterday after tinkering with my graphics settings the day before, to be greeted by this. No matter what i do, I can't seem to restore it to default or anything remotely playable. Reinstall doesnt do s*** either. Any suggestions would be more than welcome.

⬆ 7 ⬇    💬 3    🏅    ↗ Share

u/TheSadBoy1991 • 16 days ago    ...

### Suggestion for Marksmanship Hunter (Aimed Shot needs help!)

`Suggestion`

Document title: Turtle WoW Team — Mysteries of Azeroth
Capture URL: https://www.reddit.com/r/turtlelow/
Capture timestamp (UTC): Wed, 07 Jan 2026 16:58:14 GMT

Page 89 of 144



Document title: Turtle WoW Team — Mysteries of Azeroth
Capture URL: https://www.reddit.com/r/turtlewow/
Capture timestamp (UTC): Wed, 07 Jan 2026 16:58:14 GMT



⇧ 0 ⇩  💬 39  ◎  ↪ Share

**u/fidelityinvestments** • Official • Promoted          •••

**DAE think traders should have choices? At Fidelity, it's easy to invest commission-free in stocks, fractional shares, ETFs, ETPs, and more. It's your money—invest it your way.**

fidelity.com                                    Learn More

⇧ Vote ⇩  💬 0  ↪ Share

**u/movermaster** • 16 days ago          •••

### Pugs on Tel'Abim Alliance

Hey everyone, I've been having a blast playing turtlewow for the past couple months. My friend and I went for Tel'Abim as the double exp seemed quite alluring to us.
Now my friend stopped playing and I'm still in a guild that does some raids, but due to irl commitments I can never make the ZG raid. I would really like to hit exalted with them, so my best option would be pugging I guess?
What are the best options for this on Tel'Abim Alliance? Any suggestions are welcome

⇧ 6 ⇩  💬 3  ◎  ↪ Share

---

**Turtle WoW Team — Mysteries of Azeroth**

Mysteries of Azeroth — is a story expansion made by the Turtle WoW Team, inspired by the Warcraft universe of Blizzard Entertainment.

🗐 Created Sep 10, 2018
🌐 Public

**92K**               **2.6K**
Weekly visitors       Weekly contributions

**R/TURTLEWOW RULES**

| 1 | Be respectful | ⌄ |
| 2 | Only Turtle WoW Content | ⌄ |
| 3 | Requesting for support | ⌄ |
| 4 | Posting media | ⌄ |
| 5 | Flair your posts | ⌄ |
| 6 | Low effort posts | ⌄ |

**DISCORD**

Turtle-WoW
Join us on Discord!

**POST FLAIR**

Discussion   Screenshot   Artwork

Question   Video / Media   AddOns

Meta

**LINKS**

Homepage

Forums

Report a bug

YouTube

Instagram

Twitter

Discord

465

Document title: Turtle WoW Team — Mysteries of Azeroth
Capture URL: https://www.reddit.com/r/turtlewow/
Capture timestamp (UTC): Wed, 07 Jan 2026 16:58:14 GMT



⇧ 6 ⇩   💬 3   Ɑ   ➦ Share

u/Snowcrash000 · 17 days ago   ···

### OOX-22/FE Distress Beacon

i already did the two homing chicken quests in Tanaris and the Hinterlands and the beacon dropped off the first few mobs i killed there. However, I've been killing nagas in Feralas for two hours today with no beacon in sight. Did I just get extremely lucky on the first two beacons or extremely unlucky on this one? Any bugs associated with this? Any way of making this any less of a pain in the ass?

Question

⇧ 8 ⇩   💬 5   Ɑ   ➦ Share

u/minh_mo · 17 days ago   ···

### Shadowbringer or Endless Hunt

Dear Turtle fellow, which one will you choose between these 2hands? I had huge weapon upgrade yesterday with a lucky BM run which dropped Endless Hunt. I dumped pretty much decent amount of gold to have +25 agi enchan instantly on it as I am survival hunter. And today, Kaza10 I got Shadowbringer. Not sure if Shadowbringer bring much more dps. How do you think? Appreciate if someone had tested data for both of them. Do I need to enchan +25 agi on Shadowbringer and use it instead of the Hunt?
https://database.turtlecraft.gg/?item=50429 https://database.turtlecraft.gg/?item=61247

Discussion

⇧ 7 ⇩   💬 5   Ɑ   ➦ Share

u/ark-import00289 · 17 days ago   ···

### Classes tauren

My friends from Azeroth, what is the least played Tauren class on this server? I searched the page, but I couldn't find anywhere showing which classes are more or less common in the game.

⇧ 41 ⇩   💬 41   Ɑ   ➦ Share

u/D-edeco · 17 days ago   ···

### Druid leveling bear build

Hi everyone. I'm trying to level with a bear build to reduce APM, what talent build would you recommend for this purpose? Here's what I'm running atm at lvl 38: https://talents.turtlecraft.gg/druid?points=-FYAYBaDQQIDI- I'm considering dropping carnage and perhaps primal fury, not really sure if they're worth it or not. Also, this is what I had in mind for lvl 60: https://talents.turtlecraft.gg/druid?points=-FoAYBaDQQlFI-FoAABZD Edit: forgot to mention, but I wasn't really planning on raiding, as I have a repetitive strain injury on both of my hands, hence why I don't have Leader of the Pack on the lvl 60 build.

⇧ 5 ⇩   💬 21   Ɑ   ➦ Share

u/coringa733 · 16 days ago   ···

### Se cayó turtle wow ?

intento acceder a turtle wow SA desde el navegador y la pagina no me abre 🤔

⇧ 0 ⇩   💬 1   Ɑ   ➦ Share

u/vati22 · 17 days ago   ···

### Turtle WoW – Guda bag & bank addon has a new feature!

https://github.com/vatichild/guda 🐢 Guda Update – QuestItemBar Added! I've added a new QuestItemBar to Guda 🐢🐢 Displays usable quest items in an action-bar style
🐢 Can be enabled or disabled from Guda settings

**Turtle WoW Team — Mysteries of Azeroth**

Mysteries of Azeroth — is a story expansion made by the Turtle WoW Team, inspired by the Warcraft universe of Blizzard Entertainment.

🔒 Created Sep 10, 2018
🌐 Public

**92K**                          **2.6K**
Weekly visitors              Weekly contributions

**R/TURTLELOW RULES**

1   Be respectful                            ⌄

2   Only Turtle WoW Content          ⌄

3   Requesting for support              ⌄

4   Posting media                            ⌄

5   Flair your posts                          ⌄

6   Low effort posts                         ⌄

**DISCORD**

Turtle-WoW
Join us on Discord!

**POST FLAIR**

Discussion   Screenshot   Artwork

Question   Video / Media   AddOns

Meta

**LINKS**

Homepage

Forums

Report a bug

YouTube

Instagram

Twitter

Discord

466

Guda 🐢 🐢 Displays usable quest items in an action-bar style
🐢 Can be enabled or disabled from Guda settings
🐢 Movable UI — hold Shift and drag with the Left Mouse Button This should make questing faster and smoother without opening your bags all the time.
Feedback is welcome!

⇧ 27 ⇩   💬 35   ⚬   ↗ Share

---

🔴 u/HuggiesBabyWipes • Official • Promoted   •••

### Parenting is messy, baby's skin shouldn't be. Our Skin Essentials™ Wipes are ultra plush & 30% thicker than Pampers Aqua Pure.



huggies.com                                    Learn More

⇧ Vote ⇩   💬 0   ↗ Share

---

🔴 u/Sea-Personality3424 • 17 days ago   •••

### I would like to know which would be the better race for the priest class and whether the factions are equally populated.

`Discussion`

⇧ 5 ⇩   💬 23   ⚬   ↗ Share

---

🔴 u/desgeroke • 17 days ago   •••

### Hunter Cat Pets

Hello everybody! I just started a new Hunter (NE) and for RP reasons I want to keep a Cat pet my entire time levelling. What would be the best Cats to pick up at what level? I have browsed Petopia and Turtle wow pets pages, but not really getting a good sense of what Cat can get the upgrades abilities at what level. Thanks in advance for any help! -Cyberwine (Ambershire) Thank you everyone for your advice!

`Discussion`

---

### Turtle WoW Team — Mysteries of Azeroth

Mysteries of Azeroth — is a story expansion made by the Turtle WoW Team, inspired by the Warcraft universe of Blizzard Entertainment.

🗓 Created Sep 10, 2018
🌐 Public

**92K**                **2.6K**
Weekly visitors        Weekly contributions

---

**R/TURTLEWOW RULES**

| 1 | Be respectful | ⌄ |
| 2 | Only Turtle WoW Content | ⌄ |
| 3 | Requesting for support | ⌄ |
| 4 | Posting media | ⌄ |
| 5 | Flair your posts | ⌄ |
| 6 | Low effort posts | ⌄ |

**DISCORD**

Turtle-WoW
Join us on Discord!

**POST FLAIR**

`Discussion`  `Screenshot`  `Artwork`
`Question`  `Video / Media`  `AddOns`
`Meta`

**LINKS**

Homepage
Forums
Report a bug
YouTube
Instagram
Twitter
Discord

467



Document title: Turtle WoW Team — Mysteries of Azeroth
Capture URL: https://www.reddit.com/r/turtlewow/
Capture timestamp (UTC): Wed, 07 Jan 2026 16:58:14 GMT

Page 94 of 144



One type of cancer KEYTRUDA may treat is a kind of cancer called triple-negative breast cancer (TNBC). KEYTRUDA may be used with chemotherapy medicines as treatment before surgery and then continued alone or with other medicines as treatment after surgery when you have early-stage breast cancer, **and** are at high risk of your breast cancer coming back.

## Important Safety Information

· KEYTRUDA is a prescription medicine that may treat certain cancers by working with your immune system. KEYTRUDA can cause your immune system to attack normal organs and tissues in any area of your body and can affect the way they work. These problems can sometimes become severe or life-threatening and can lead to death. You can have more than one of these problems at the same time. These problems may happen any time during treatment or even after your treatment has

keytruda.com                                                   **Learn More**

⬆ Vote ⬇   💬 0   ↪ Share

**u/outthetrash818** • 17 days ago                           ⋯

### Tried playing, but the display was crunched

Me and a friend tried to play but both of us could not get the display settings right, Both matched our monitors 1440x1080 and it looked squished , did not look right.. Is this how everyone is playing?

`Discussion`

⬆ 6 ⬇   💬 12   🎙   ↪ Share

**u/ArgonianFly** • 17 days ago                             ⋯

### Close call on my Hardcore Druid in Stonetalon

`Video / Media`

---

**Turtle WoW Team — Mysteries of Azeroth**

Mysteries of Azeroth — is a story expansion made by the Turtle WoW Team, inspired by the Warcraft universe of Blizzard Entertainment.

🗄 Created Sep 10, 2018
🌐 Public

**92K**          **2.6K**
Weekly visitors   Weekly contributions

**R/TURTLEWOW RULES**

| 1 | Be respectful | ⌄ |
| 2 | Only Turtle WoW Content | ⌄ |
| 3 | Requesting for support | ⌄ |
| 4 | Posting media | ⌄ |
| 5 | Flair your posts | ⌄ |
| 6 | Low effort posts | ⌄ |

**DISCORD**

Turtle-WoW
Join us on Discord!

**POST FLAIR**

`Discussion`  `Screenshot`  `Artwork`
`Question`  `Video / Media`  `AddOns`
`Meta`

**LINKS**

| Homepage |
| Forums |
| Report a bug |
| YouTube |
| Instagram |
| Twitter |
| Discord |

469



☰ **reddit** r/turtlewow

**Turtle WoW Team — Mysteries of Azeroth**

Mysteries of Azeroth — is a story expansion made by the Turtle WoW Team, inspired by the Warcraft universe of Blizzard Entertainment.

🔒 Created Sep 10, 2018
🌐 Public

**92K**
Weekly visitors

**2.6K**
Weekly contributions

**R/TURTLEWOW RULES**

| 1 | Be respectful | ˅ |
| 2 | Only Turtle WoW Content | ˅ |
| 3 | Requesting for support | ˅ |
| 4 | Posting media | ˅ |
| 5 | Flair your posts | ˅ |
| 6 | Low effort posts | ˅ |

**DISCORD**

**Turtle-WoW**
Join us on Discord!

**POST FLAIR**

Discussion   Screenshot   Artwork

Question   Video / Media   AddOns

Meta

**LINKS**

Homepage

Forums

Report a bug

YouTube

Instagram

Twitter

Discord

---

0:02 / 1:33 CC ⚙

⬆ 51 ⬇   💬 23   ⚬   ↱ Share

u/LimitCompetitive2946 • 17 days ago   ···

**addon to see target buffs**

anyone has something to show from what buffs the enemy player benefits

⬆ 2 ⬇   💬 2   ⚬   ↱ Share

u/AmericanApe • 18 days ago   ···

**What about 3.3.5?**

With the news that broke yesterday, do you think Turtle will stay in 1.12 for the rest of its lifetime? Or might another path be taken? Would you like to see it in 3.3.5?

Discussion

⬆ 76 ⬇   💬 114   ⚬   ↱ Share

u/ArgonianFly • 18 days ago   ···

**Rip to Unariel our healer in DM :( Let this serve as a warning not to stand on the ramp and to jump to the wheel if anything goes wrong.**

Video / Media

0:00 / 0:00 CC ⚙

⬆ 63 ⬇   💬 19   ⚬   ↱ Share

u/Teo_Verunda • 17 days ago   ···

**What are all the non Mage/Warlock Teleportation Tools in Twow?**

I know there's HS.
Tabard.
BM Rune. Are there any other methods?

Question

Document title: Turtle WoW Team — Mysteries of Azeroth
Capture URL: https://www.reddit.com/r/turtlewow/
Capture timestamp (UTC): Wed, 07 Jan 2026 16:58:14 GMT



Question

⇧ 21 ⇩      💬 21      ⚘      ↪ Share

u/PepeSmite • 18 days ago                                    ...

**Our turtles have found a new pond! 🐢**

If you encounter a problem logging in to our website, please be aware that we've moved! 🐢 https://turtlecraft.gg

⇧ 54 ⇩      💬 4      ⚘      ↪ Share

u/RINVOQ_upadacitinib • Promoted                             ...

**Learn what's possible when you get on board with RINVOQ!**

Click here to see RINVOQ Prescribing Info, BOXED WARNING & Med Guide.

LAND RINVOQ
*RELIEF*

RINVOQ
upadacitinib

USE: For people 12+ years with moderate to severe eczema (atopic dermatitis) that did not respond to previous treatment and their eczema is not well controlled using other pills or injections, including biologics, or the use of other pills or injections is not recommended.

**SELECT SAFETY INFORMATION**

RINVOQ may cause serious side effects, including Serious Infections, Increased Risk of Death, Cancer, Major Cardiovascular Events and Blood Clots.

Keep watching for more info about these and other serious side effects in the full Important Safety Information at the end of this video.

rinvoq.com                                    Learn More

⇧ Vote ⇩      💬 0      ↪ Share

u/jvizzle1300 • 17 days ago                                  ...

**Everything is offline?**

TURTLE WOW   NEWS  TWEAKS  ADDONS  MODS
📰 NEWS
((•)) EVERLOOK BROADCASTING CO.
▶ Live  🔊 ───────●
📄 CHANGELOG

Turtle WoW Team — Mysteries of Azeroth

Mysteries of Azeroth — is a story expansion made by the Turtle WoW Team, inspired by the Warcraft universe of Blizzard Entertainment.

🔒 Created Sep 10, 2018
🌐 Public

**92K**                    **2.6K**
Weekly visitors           Weekly contributions

**R/TURTLELOW RULES**

1  Be respectful                              ⌄
2  Only Turtle WoW Content                    ⌄
3  Requesting for support                     ⌄
4  Posting media                              ⌄
5  Flair your posts                           ⌄
6  Low effort posts                           ⌄

**DISCORD**

Turtle-WoW
Join us on Discord!

**POST FLAIR**

Discussion    Screenshot    Artwork
Question    Video / Media    AddOns
Meta

**LINKS**

Homepage
Forums
Report a bug
YouTube
Instagram
Twitter
Discord

471



⇧ 3 ⇩   💬 15   🏷️   ↪ Share

---

🐢 **u/Snowcrash000** • 18 days ago                                    ⋯

### How do I get Mining to 310?

I was a bit flabberghasted to spot a gemstone node in the Hinterlands the other day that requires 310 mining. I know there is a glove enchant for +5 mining, but how do I get to 310? I read something about being able to do a "hidden quest" in Booty Bay to get +5 to your mining pick, but not sure how it works. If this is even true at all how do you do it and is it exclusive to TWOW?

`Question`

⇧ 17 ⇩   💬 14   🏷️   ↪ Share

---

🐢 **u/SkullKidGamer64** • 17 days ago                                 ⋯

### Is there a discord for this server?

⇧ 6 ⇩   💬 2   🏷️   ↪ Share

---

🐢 **u/CameToRead09** • 18 days ago                                   ⋯

### How does defensive tactics work? Prot War

**DEFENSIVE TACTICS**

Rank 0/3

While wearing a shield, you retain [60/120/180]% of the increased threat generation from Defensive Stance in other stances.

— 0/3 +

---

### Turtle WoW Team — Mysteries of Azeroth

Mysteries of Azeroth — is a story expansion made by the Turtle WoW Team, inspired by the Warcraft universe of Blizzard Entertainment.

🔒 Created Sep 10, 2018
🌐 Public

**92K**              **2.6K**
Weekly visitors      Weekly contributions

**R/TURTLEWOW RULES**

| 1 | Be respectful | ⌄ |
| 2 | Only Turtle WoW Content | ⌄ |
| 3 | Requesting for support | ⌄ |
| 4 | Posting media | ⌄ |
| 5 | Flair your posts | ⌄ |
| 6 | Low effort posts | ⌄ |

**DISCORD**

Turtle-WoW
Join us on Discord!

**POST FLAIR**

`Discussion`  `Screenshot`  `Artwork`
`Question`  `Video / Media`  `AddOns`
`Meta`

**LINKS**

Homepage
Forums
Report a bug
YouTube
Instagram
Twitter
Discord

472

Document title: Turtle WoW Team — Mysteries of Azeroth
Capture URL: https://www.reddit.com/r/turtlewow/
Capture timestamp (UTC): Wed, 07 Jan 2026 16:58:14 GMT

≡ reddit · r/turtlewow · Document 41-3   Filed 01/12/26   Page 154 of 365   Page
Case 2:25-cv-08194-SVW-SK   Document 41-3   Filed 01/12/26   Page 154 of 365   Page
ID #:1065



— 0/3 +

✕ Close

⬆ 37 ⬇   💬 22   ⌀   ↗ Share

● u/magnujo • 17 days ago   ...

### pfUI unit frame highlight on click?

Is it possible to add some indication (e.g. glow or highlight) to a pfUI unit frame (e.g. raid member frame, player frame etc.) whenever I click it? Cant seem to find it anywhere? Maybe there is a third party addon that can add that functionality?

⬆ 2 ⬇   💬 1   ⌀   ↗ Share

● u/AmericanApe • 17 days ago   ...

### Could Turtle Outland work?

I don't think they should copy TBC, but I do wonder if at least parts of Outland could be reinvented to fit Turtle/Classic style. Lvl cap still 60 and no getting flying mounts. Instead of regular Draenei, playable Broken? Of course if they want no Alliance shamans to keep that Classic feel, then more changes to the Broken would be made. Then again, new playable zones in Outland could be added without any new playable races. What are your thoughts?

`Discussion`

⬆ 0 ⬇   💬 9   ⌀   ↗ Share

● u/El-brunNoctis • 17 days ago   ...

### playing on Mac air m1 8gb

Hey all,I wanted to start WoW a bit with a friend. How's the experience on Mac? I plan to build my PC but not that soon probably so my Mac is the only option :) Im new at mac gaming, and seen few ways to get WoW to work, I just tried it via Porting Kit but stopped by to ask here is there a better, simpler or "more correct" option out there?

`Discussion`

⬆ 0 ⬇   💬 5   ⌀   ↗ Share

● u/audibleofficial • Promoted   ...

### Your future self is thanking you for listening.

**Walking the dog revealed my path to success**

---

### Turtle WoW Team — Mysteries of Azeroth

Mysteries of Azeroth — is a story expansion made by the Turtle WoW Team, inspired by the Warcraft universe of Blizzard Entertainment.

🔒 Created Sep 10, 2018
🌐 Public

**92K**            **2.6K**
Weekly visitors    Weekly contributions

**R/TURTLEWOW RULES**

| 1 | Be respectful | ⌄ |
| 2 | Only Turtle WoW Content | ⌄ |
| 3 | Requesting for support | ⌄ |
| 4 | Posting media | ⌄ |
| 5 | Flair your posts | ⌄ |
| 6 | Low effort posts | ⌄ |

**DISCORD**

Turtle-WoW Join us on Discord!

**POST FLAIR**

`Discussion`  `Screenshot`  `Artwork`
`Question`  `Video / Media`  `AddOns`
`Meta`

**LINKS**

| Homepage |
| Forums |
| Report a bug |
| YouTube |
| Instagram |
| Twitter |
| Discord |

473



There's more to imagine
when you listen
audible

YOUR
DEBT
PLAN

audible.com

Listen Now

⇧ Vote ⇩    💬 0    ↪ Share

**u/Woods_Home** • 18 days ago    ...

### Server upgrades

Hello fellow Turtles! I know the 2.0 dream is gone. Was 2.0 the only hope for an upgrades infrastructure? Are there any plans? My latency isn't bad, but any upgrades would be welcome!

⇧ 9 ⇩    💬 8    ⌗    ↪ Share

**u/LanfearSedai** • 18 days ago    ...

### PSA: The website change broke the game for anyone who didn't update after the 17th

Like the title says. The change to the backend site broke the launcher for anyone who didn't get the urgent update 3 days ago. Attempting to just launch wow.exe doesn't work either. I assume a full uninstall and reinstall would do it, but there's no indication on the launcher of what the problem is so it just seems like the game is down entirely for anyone who only uses the launcher or goes to the turtle-wow website. I can't imagine this isn't going to cause a big problem for a lot of casual players who don't visit the discord or the reddit. My nephew ran into this issue this morning as he hasn't played in 3 days. I was able to resolve it by copying my own turtle-...

⇧ 32 ⇩    💬 14    ⌗    ↪ Share

**u/TheFunkyJesus** • 18 days ago    🔒 ...

### No topic about Unreal Engine update being canned?

They hyped it up for over a year and just like that poof its gone. What a waste of resources. I was very much looking forward to it.

⇧ 28 ⇩    💬 17    ⌗    ↪ Share

**u/Tomwc93** • 18 days ago    ...

### How viable is Holy Paladin as part of a leveling duo?

Me and my friend have just started on our journey. Low 20s. I'm a Paladin and he's a Frost Mage. He's never played an MMO before, I've played on and off through the years and was never any good.... Anyway how much slower would me leveling as Holy be with him as a mage and is it as mind numbing as classic? How good are hybrid builds between holy and prot? I just find tanking quite stressful but enjoy healing. Obviously happy to "tank" us when its us two.

`Discussion`

⇧ 7 ⇩    💬 11    ⌗    ↪ Share

---

**Turtle WoW Team — Mysteries of Azeroth**

Mysteries of Azeroth — is a story expansion made by the Turtle WoW Team, inspired by the Warcraft universe of Blizzard Entertainment.

🔒 Created Sep 10, 2018
🌐 Public

**92K** Weekly visitors    **2.6K** Weekly contributions

**R/TURTLEWOW RULES**

1  Be respectful    ⌄
2  Only Turtle WoW Content    ⌄
3  Requesting for support    ⌄
4  Posting media    ⌄
5  Flair your posts    ⌄
6  Low effort posts    ⌄

**DISCORD**

Turtle-WoW
Join us on Discord!

**POST FLAIR**

`Discussion`  `Screenshot`  `Artwork`
`Question`  `Video / Media`  `AddOns`
`Meta`

**LINKS**

Homepage
Forums
Report a bug
YouTube
Instagram
Twitter
Discord

Document title: Turtle WoW Team — Mysteries of Azeroth
Capture URL: https://www.reddit.com/r/turtlewow/
Capture timestamp (UTC): Wed, 07 Jan 2026 16:58:14 GMT

Page 100 of 144

↑ 7 ↓    💬 11    ⚬    ⇄ Share

**Turtle WoW Team — Mysteries of Azeroth**

Mysteries of Azeroth — is a story expansion made by the Turtle WoW Team, inspired by the Warcraft universe of Blizzard Entertainment.

🔒 Created Sep 10, 2018
🌐 Public

**92K**          **2.6K**
Weekly visitors   Weekly contributions

🐢 **u/Ordinary_Awareness71** • 17 days ago                    ⋯

### Epic fail: New Turtle WoW URL - Devs didn't tell us. No redirects either.

So the devs changed the URL of the website and did not do any redirects (piss poor web management right there). The new site is https://www.turtlecraft.gg/ Now all the links to turtle-wow.org content, talent trees, quest help, database links are completely FUBAR. Come on guys, do better! A 301 redirect is easy to implement. Yes, they buried it in an announcement about patch 1.18.1, in small print. No launcher update, no mass mail, nothing in-game, not even a dedicated post here or in the discord server. Edit: A guildie pointed out the actual post where the devs announced the move. The support channel when I raised this issue only pointed to a post whe...

↑ 0 ↓    💬 51    ⚬    ⇄ Share

**R/TURTLELOW RULES**

| 1 | Be respectful | ⌄ |
| 2 | Only Turtle WoW Content | ⌄ |
| 3 | Requesting for support | ⌄ |
| 4 | Posting media | ⌄ |
| 5 | Flair your posts | ⌄ |
| 6 | Low effort posts | ⌄ |

🐢 **u/ma0za** • 18 days ago                    ⋯

### New Player, Ele Shaman viable for pvp?

Hey There, long time vanilla player looking to try turtle wow. Im a shaman main with focus on pvp as ele. Im finding mixed info online. is Ele in turtle wow currently still solid/viable in pvp or was there any recent nerf that changed that dramatically? thanks

↑ 9 ↓    💬 9    ⚬    ⇄ Share

**DISCORD**



**Turtle-WoW**
Join us on Discord!

🐢 **u/CriticismJolly1984** • 17 days ago                    ⋯

### Level 25 endgame Druid

Hey everyone! I really enjoyed Season of Discovery phase 1, mostly the idea of low level endgame. I love tanking the early dungeons and questing zones, especially with the TWoW changes to quest experience. I have leveled to 60 on classic several times and raided up to AQ, but I enjoy hanging out in early zones with my friends more these days. Now as a very casual player with a family, I don't have the drive to wait until 60 to start my "end game". My intention is to turn experience off at 25 on my feral Druid and try to get best in slot gear from dungeons, questing, and professions to become a tanking monster. Likely sticking with Deadmines, WC, SFK,...

↑ 1 ↓    💬 6    ⚬    ⇄ Share

**POST FLAIR**

Discussion   Screenshot   Artwork
Question   Video / Media   AddOns
Meta

**LINKS**

Homepage
Forums
Report a bug
YouTube
Instagram
Twitter
Discord

🔲 **u/Depend_Brand** • Official • Promoted                    ⋯

### Fresh. Breathable. Confident.

**DRIER**
**THAN EVER**

Depend

475



Document title: Turtle WoW Team — Mysteries of Azeroth
Capture URL: https://www.reddit.com/r/turtlewow/
Capture timestamp (UTC): Wed, 07 Jan 2026 16:58:14 GMT

☰  reddit  r/turtlewow

⬆ 24 ⬇   💬 9   ⊘   ↪ Share

Ⓥ u/MaruluVR • 19 days ago   ···

### Turtle WoW Unreal Engine Client Canceled



🐢 **Turtle WoW** ✅
@turtlewowteam

⟲ 翻訳を表示

Dear players,

We have a difficult announcement to make. After extensive discussions and consideration of the direction we want for Turtle WoW, we have reached a difficult decision.

Effective today, our development agreement with Unreal Azeroth for the production of the Turtle WoW 2.0 client is permanently discontinued.

We want to thank the Unreal Azeroth team for their lasting enthusiasm and dedication to this incredible challenge, and we apologize to everyone who was excited about the release.

Turtle WoW Team

午後0:46 · 2025年12月19日 · **97** 件の表示

⬆ 673 ⬇   💬 319   ⊘   ↪ Share

---

🔵 u/jetech37 • 18 days ago   ···

### Best mage spec for hardcore dungeon runs with friends?

Friends and I are running all the dungeons in sequence on hardcore, I rolled mage, we are thinking frost but maybe that's better for general leveling/aoe farming rather than dungeons. I know there have been some changes within the last year, let me know what you think my fellow nerds.

⬆ 3 ⬇   💬 5   ⊘   ↪ Share

---

u/CapitalOne • Promoted   ···

**When you earn unlimited 3% cash back at grocery stores, on dining, entertainment and popular streaming services with Savor, "I've got this one" gets said a lot more often.**

CapitalOne

---

### Turtle WoW Team — Mysteries of Azeroth

Mysteries of Azeroth — is a story expansion made by the Turtle WoW Team, inspired by the Warcraft universe of Blizzard Entertainment.

🔖 Created Sep 10, 2018
🌐 Public

**92K**
Weekly visitors

**2.6K**
Weekly contributions

**R/TURTLEWOW RULES**

| 1 | Be respectful | ⌄ |
| 2 | Only Turtle WoW Content | ⌄ |
| 3 | Requesting for support | ⌄ |
| 4 | Posting media | ⌄ |
| 5 | Flair your posts | ⌄ |
| 6 | Low effort posts | ⌄ |

**DISCORD**

**Turtle-WoW**
Join us on Discord!

**POST FLAIR**

Discussion   Screenshot   Artwork
Question   Video / Media   AddOns
Meta

**LINKS**

Homepage
Forums
Report a bug
YouTube
Instagram
Twitter
Discord

Document title: Turtle WoW Team — Mysteries of Azeroth
Capture URL: https://www.reddit.com/r/turtlewow/
Capture timestamp (UTC): Wed, 07 Jan 2026 16:58:14 GMT

Page 103 of 144



capitalone.com

**Learn More**

⬆ Vote ⬇    💬 0    ↪ Share

u/Lorywolf • 18 days ago

### Site not working?

I'm new to the game, I wanted to download it, but the site isn't loading.
Is it my computer, that doesn't want to work or something else? Thank you in advance

⬆ 1 ⬇    💬 9    🔔    ↪ Share

u/orGaesmou • 18 days ago

### Goldmaker Char

Hey guys. I startet leveling with a friend together trouth twow and we have so much fun! We play both a druid and exploring the world together. I was thinking to make a second char, because i have a bit more time to play. i dont have kids (jet). I was thinking about playing a mage, pala or hunter to do DM runs. But i am not sure if it the same here on twow as it was in wow vanilla. i enjoy all classes. we play on ambershire on horde side. with the crossfraction i could make a pala too. waht do you guys say is a easy class to make money when leveling and at 60 and what professions ? cooking and fishing of course but what else ? Thank you all! zug zug dabu

⬆ 8 ⬇    💬 20    🔔    ↪ Share

u/Quick_Substance5163 • 19 days ago

### FOOTBALL 3point cow

---

**Turtle WoW Team — Mysteries of Azeroth**

Mysteries of Azeroth — is a story expansion made by the Turtle WoW Team, inspired by the Warcraft universe of Blizzard Entertainment.

🔖 Created Sep 10, 2018
🌐 Public

**92K**
Weekly visitors

**2.6K**
Weekly contributions

**R/TURTLEWOW RULES**

| 1 | Be respectful | ⌄ |
| 2 | Only Turtle WoW Content | ⌄ |
| 3 | Requesting for support | ⌄ |
| 4 | Posting media | ⌄ |
| 5 | Flair your posts | ⌄ |
| 6 | Low effort posts | ⌄ |

**DISCORD**

Turtle-WoW
Join us on Discord!

**POST FLAIR**

Discussion   Screenshot   Artwork

Question   Video / Media   AddOns

Meta

**LINKS**

Homepage

Forums

Report a bug

YouTube

Instagram

Twitter

Discord

Document title: Turtle WoW Team — Mysteries of Azeroth
Capture URL: https://www.reddit.com/r/turtlewow/
Capture timestamp (UTC): Wed, 07 Jan 2026 16:58:14 GMT



↑ 32 ↓   💬 16   ⚲   ➦ Share

● u/Landeyda • 19 days ago                                     ...

### Turtle WoW 2.0 — Discontinued

https://forum.turtle-wow.org/viewtopic.php?t=23339

↑ 70 ↓   💬 33   ⚲   ➦ Share

● u/AtroxDJ • 18 days ago                                      ...

### Everlook Broadcasting Co. presents an International Multi-DJ events – Celebrating the Winter Veil! | Turtle WoW SA and Turtle WoW SEA on 20 and 21 December

Winter Veil is here!  The grand Winter Solstice! A time to put down that Might of Menthol and Nerubian Slog Caller, throw back a Dwarven Lager or sixsh, and embrace your fellow Azerothian for this holiday season. That's why Everlook Broadcasting Co. has put in some big gold coins to fly this dwarf, with a couple Forsaken, and a bearded High Elf to Turtle WoW Sudamérica - South Seas on Saturday and then Turtle WoW SEA - Gehennas on Sunday! Mira! Mira! Fiesta Invernal with DJ Pic— ahem Nopheros a transmog contest that you do not want to miss! The last one left a lot of bodies behind in Booty Bay Then we cross the sea for… A multi DJ...

↑ 10 ↓   💬 0   ⚲   ➦ Share

● u/Quick_Substance5163 • 18 days ago                          ...

### Is game kill? I can't log on or use the main website to redownload.

**Turtle WoW Team — Mysteries of Azeroth**

Mysteries of Azeroth — is a story expansion made by the Turtle WoW Team, inspired by the Warcraft universe of Blizzard Entertainment.

🔒 Created Sep 10, 2018
🌐 Public

**92K**                          **2.6K**
Weekly visitors              Weekly contributions

### R/TURTLEWOW RULES

| | | |
|---|---|---|
| 1 | Be respectful | ⌄ |
| 2 | Only Turtle WoW Content | ⌄ |
| 3 | Requesting for support | ⌄ |
| 4 | Posting media | ⌄ |
| 5 | Flair your posts | ⌄ |
| 6 | Low effort posts | ⌄ |

**DISCORD**

Turtle-WoW
Join us on Discord!

**POST FLAIR**

Discussion   Screenshot   Artwork

Question   Video / Media   AddOns

Meta

**LINKS**

Homepage

Forums

Report a bug

YouTube

Instagram

Twitter

Discord

479

Document title: Turtle WoW Team — Mysteries of Azeroth
Capture URL: https://www.reddit.com/r/turtlewow/
Capture timestamp (UTC): Wed, 07 Jan 2026 16:58:14 GMT







Document title: Turtle WoW Team — Mysteries of Azeroth
Capture URL: https://www.reddit.com/r/turtlewow/
Capture timestamp (UTC): Wed, 07 Jan 2026 16:58:14 GMT

Page 108 of 144



Learn More

autotrader.com

⬆ Vote ⬇   💬 0   ↗ Share

u/Snowcrash000 • 19 days ago                                    ...

### Quest rewards with resistances

I have noticed that in TWOW some of the new dungeon loot and quest rewards feature resistances. Isn't this kinda pointless at medium levels? Are these items actually worth hanging onto for raiding later? I could be wrong, but it seems like resistances, especially in such low amounts, are pretty pointless for leveling and these items are not good enough to be used in raiding. Which seems to make them kinda useless... I'm talking about stuff like https://database.turtle-wow.org/?item=60759. Should I just vendor this or is it worth keeping around?

`Question`

⬆ 16 ⬇   💬 7   🐢   ↗ Share

u/audiophy • 19 days ago                                    ...

### Essential addons for new player healing

I'm trying to help out my bro who has never healed anything beyond Hateforge Quarry. Only addons he now are quest related and atlas. Trying to get him setup to heal end game dungeons and eventually raids. What mods should I set him up with? He is a druid

⬆ 12 ⬇   💬 7   🐢   ↗ Share

u/RobleViejo • 19 days ago                                    ...

### Can I fix this without reinstalling the game?

`Question`



---

### Turtle WoW Team — Mysteries of Azeroth

Mysteries of Azeroth — is a story expansion made by the Turtle WoW Team, inspired by the Warcraft universe of Blizzard Entertainment.

🗓 Created Sep 10, 2018
🌐 Public

**92K**              **2.6K**
Weekly visitors      Weekly contributions

**R/TURTLEWOW RULES**

| 1 | Be respectful | ⌄ |
| 2 | Only Turtle WoW Content | ⌄ |
| 3 | Requesting for support | ⌄ |
| 4 | Posting media | ⌄ |
| 5 | Flair your posts | ⌄ |
| 6 | Low effort posts | ⌄ |

**DISCORD**

Turtle-WoW
Join us on Discord!

**POST FLAIR**

`Discussion`  `Screenshot`  `Artwork`
`Question`  `Video / Media`  `AddOns`
`Meta`

**LINKS**

Homepage
Forums
Report a bug
YouTube
Instagram
Twitter
Discord

483



☰  reddit  r/turtlewow

⇧ 7 ⇩    💬 6    ⚬    ↪ Share

u/Alert-Negotiation144 • 19 days ago                    ...

### Paladin Reckoning still clips auto attacks in December 2025

Question

⇧ 6 ⇩    💬 7    ⚬    ↪ Share

u/Snowcrash000 • 19 days ago                    ...

### Is Carrot on a Stick even worth it?

I mean, are those 3% even noticeable? I just tried it and surely didn't notice a difference myself... Just doesn't seem worth the hassle of having another bag slot locked and having to re-equip and unequip that thing every time you mount/dismount.

Question

⇧ 14 ⇩    💬 54    ⚬    ↪ Share

u/Nocnopticni • 19 days ago                    ...

### Fps issues

Anyone having fps issues since the last launcher update? My fps drops to 30ish while fighting mobs in dungeon, before the update everything worked fine..

⇧ 4 ⇩    💬 4    ⚬    ↪ Share

u/Capital-Context5672 • 19 days ago                    ...

### Setting Key Binding for secondary action bar

⇧ 4 ⇩    💬 3    ⚬    ↪ Share

u/Lazy_Tea_5186 • Promoted                    ...

### SURVIVE and RESTORE a dead PLANET

›

**Turtle WoW Team — Mysteries of Azeroth**

Mysteries of Azeroth — is a story expansion made by the Turtle WoW Team, inspired by the Warcraft universe of Blizzard Entertainment.

🗓 Created Sep 10, 2018
🌐 Public

**92K**
Weekly visitors

**2.6K**
Weekly contributions

**R/TURTLEWOW RULES**

1    Be respectful                    ⌄

2    Only Turtle WoW Content           ⌄

3    Requesting for support           ⌄

4    Posting media                    ⌄

5    Flair your posts                 ⌄

6    Low effort posts                 ⌄

**DISCORD**

Turtle-WoW
Join us on Discord!

**POST FLAIR**

Discussion    Screenshot    Artwork

Question    Video / Media    AddOns

Meta

**LINKS**

Homepage

Forums

Report a bug

YouTube

Instagram

Twitter

Discord

484



**Wishlist & Play the Demo on Steam!**
store.steampowered.com

[ Play Now ]

⬆ Vote ⬇    💬 5    ↗ Share

u/Teo_Verunda • 20 days ago    ...

### Minor pet peeve: People who can't read. Anyone else relate?

`Discussion`

> LF1M <BM REP RUN> | NEED Heal | 4/5 | /w ur role
>
> dps
> good gear
> got port
> ull]: dps as well?
> et]: shaman dps
> et]: anyone need [Fabric of Time]
> need dps? mage
> back
> arn]: need dps?
>
> TANK HERE

⬆ 260 ⬇    💬 96    ↗ Share

u/tcanaes • 19 days ago    ...

### Procuro Guilda BR - SA (looking for guild)

Comecei recentemente. Tenho um druida lvl 20, não hardcore. Procuro uma guilda tranquila que goste de fazer dungeons casuais, quests... Não ligo pra PVP. Estou no server South Seas. Personagem: Pannoramix

⬆ 3 ⬇    💬 0    ↗ Share

u/Amazing_Marketing_11 • 19 days ago    ...

### Help. A simple macro for the DC priest.

Hi. Can someone suggest a very simple macro? I need to baff "Chastise" at my ally without losing my current target (boss).

`Question`

⬆ 7 ⬇    💬 6    ↗ Share

u/YOLO-uolo • 19 days ago    ...

---

**Turtle WoW Team — Mysteries of Azeroth**

Mysteries of Azeroth — is a story expansion made by the Turtle WoW Team, inspired by the Warcraft universe of Blizzard Entertainment.

🔒 Created Sep 10, 2018
🌐 Public

**92K**      **2.6K**
Weekly visitors    Weekly contributions

**R/TURTLEWOW RULES**

1   Be respectful ⌄
2   Only Turtle WoW Content ⌄
3   Requesting for support ⌄
4   Posting media ⌄
5   Flair your posts ⌄
6   Low effort posts ⌄

**DISCORD**

Turtle-WoW — Join us on Discord!

**POST FLAIR**

`Discussion` `Screenshot` `Artwork`
`Question` `Video / Media` `AddOns`
`Meta`

**LINKS**

[ Homepage ]
[ Forums ]
[ Report a bug ]
[ YouTube ]
[ Instagram ]
[ Twitter ]
[ Discord ]

485

**u/YOLO-uolo** • 19 days ago

### My friend is in southsea realm but idk what that is. he says no realms come up in his realm list. how can he change!

`Question`

⬆ 3 ⬇   💬 2   ⟲   ⤴ Share

---

**u/Snowcrash000** • 20 days ago

### So they made Sul'Thraze not suck in TWOW?

I noticed that they changed the weapon speed and thus top end damage from 2.60 in Classic to 3.20 in TWOW. Still kinda fast but seems way better now. That's really nice since it always kinda sucked that such cool and rare sword was so bad. I guess it's actually worth using now. https://www.wowhead.com/classic/item=9372/sulthraze-the-lasher#comments https://database.turtle-wow.org/?item=9372#reagent-for

`Question`

⬆ 19 ⬇   💬 5   ⟲   ⤴ Share

---

**u/Content-Noise6365** • 19 days ago

### Ayuden no puedo actualizar ni desinstalar

⬆ 0 ⬇   💬 1   ⟲   ⤴ Share

---

**u/RhoninPRO** • 19 days ago

### New player having few questions

Hi all, recently started to play on turtle and having a blast! But have few questions please...

1. I'd like to try the HD mods, are they good? I would like to get everything in higher res, but don't want it to look like I'm playing retail and my main issue is, does it change the casting animation of male undead (The good old metal ⬜casting)? Overall I use only quality of life addons with no change to theoriginal UI, which I love.

2. I understand, there's new profession, two races and new zones (I'm currently in the new one behind the...

⬆ 3 ⬇   💬 11   ⟲   ⤴ Share

---

**u/AethonBooks** • Official • Promoted

### Magic is a path to power that few can fully grasp... Join Alex in this action-packed new LitRPG adventure!



MAGIC IS MORE THAN JUST A TOOL...   amazon kindle

SPELL WEAVER

---

### Turtle WoW Team — Mysteries of Azeroth

Mysteries of Azeroth — is a story expansion made by the Turtle WoW Team, inspired by the Warcraft universe of Blizzard Entertainment.

🔒 Created Sep 10, 2018

🌐 Public

**92K**
Weekly visitors

**2.6K**
Weekly contributions

**R/TURTLELOW RULES**

| 1 | Be respectful | ⌄ |
| 2 | Only Turtle WoW Content | ⌄ |
| 3 | Requesting for support | ⌄ |
| 4 | Posting media | ⌄ |
| 5 | Flair your posts | ⌄ |
| 6 | Low effort posts | ⌄ |

**DISCORD**

Turtle-WoW
Join us on Discord!

**POST FLAIR**

`Discussion`  `Screenshot`  `Artwork`
`Question`  `Video / Media`  `AddOns`
`Meta`

**LINKS**

Homepage
Forums
Report a bug
YouTube
Instagram
Twitter
Discord

486



amazon.com

**Shop Now**

⇧ Vote ⇩   💬 0   ↪ Share

u/jprice686 • 19 days ago   •••

### Beginner solo levelling paladin question

Morning! Started playing a paladin for the first time. Didn't level one in previous WoW as I was a bit worried about having to tank/heal as a new player - I hear that ret paladin is more viable in Turtle Wow? Would I be able to get into dungeons as a DPS paladin or would people expect me to tank/heal? Also would someone please be able to point me in the way of levelling talent tree for solo questing? I've tried googling it/watching youtube guides but a lot of the guides out there seem to be for lvl 60 players. I would use the classic icyveins/wowhead guides but wasn't sure due to Twow changing ret paladin. Thank-you!

`Question`

⇧ 2 ⇩   💬 13   😶   ↪ Share

u/GnomishMight • 20 days ago   •••

### Season's Greason's to all who celebrate!

⇧ 35 ⇩   💬 3   😶   ↪ Share

u/f-stop8 • 20 days ago   •••

### Rogue Backstab Jank

I shouldn't be able to backstab while strafing in and out of enemy targets, right? It feels incredibly unbalanced and makes a full backstab build the meta spec for leveling, no? Is this normal?

`Discussion`

---

## Turtle WoW Team — Mysteries of Azeroth

Mysteries of Azeroth — is a story expansion made by the Turtle WoW Team, inspired by the Warcraft universe of Blizzard Entertainment.

🔒 Created Sep 10, 2018
🌐 Public

**92K**
Weekly visitors

**2.6K**
Weekly contributions

**R/TURTLEWOW RULES**

| | | |
|---|---|---|
| 1 | Be respectful | ⌄ |
| 2 | Only Turtle WoW Content | ⌄ |
| 3 | Requesting for support | ⌄ |
| 4 | Posting media | ⌄ |
| 5 | Flair your posts | ⌄ |
| 6 | Low effort posts | ⌄ |

**DISCORD**

Turtle-WoW
Join us on Discord!

**POST FLAIR**

`Discussion` `Screenshot` `Artwork`

`Question` `Video / Media` `AddOns`

`Meta`

**LINKS**

**Homepage**

**Forums**

**Report a bug**

**YouTube**

**Instagram**

**Twitter**

**Discord**

Document title: Turtle WoW Team — Mysteries of Azeroth
Capture URL: https://www.reddit.com/r/turtlewow/
Capture timestamp (UTC): Wed, 07 Jan 2026 16:58:14 GMT

Discussion

⇧ 11 ⇩    💬 16    ⚘    ↪ Share



u/starsforfeelings • 19 days ago

### Any way to get wod models in twow?

New to the server and wondering if it's possible.

Question

⇧ 0 ⇩    💬 4    ⚘    ↪ Share

u/TurdHerder42069 • 19 days ago

### Ambershire holy paly looking for possible new guild.

Hey there, I play a 60 holy paly on ambershire. Looking for a possible new guild. Have about 618 healing power. Looking for a fun raiding guild that is not super sweaty but clearing mc and able to use a fun time doing so. Located west coast Canada (pst) Raid available after 6:30pm preferred unless it's on the weekend.

⇧ 3 ⇩    💬 5    ⚘    ↪ Share

u/RobleViejo • 20 days ago

### All Addons and Mods gone after the update??? ⬜

Did I do something wrong? (I didnt choose to unsintall) EDIT: The Mod files and the Addon list are where they are supossed to be, but the game is not registered them. My launcher is not showing the Mods to activate. Also, my launcher keeps saying it needs to Verify and Update files every time I open the game. EDIT 2: If I launch the game from "WoW.exe" instead of the launcher .exe I can play with Addons and Mods but the game crashes shortly after.

Question

⇧ 4 ⇩    💬 9    ⚘    ↪ Share

u/MechaManManMan • 20 days ago

### Didn't know junkboxes could pull like this.

[Artimpasa] says: давай
You are now AFK: Away from Keyboard
Kachina salutes Bembie with respect.
Bembie thanks Kachina.
Fara Boltbreaker yells: Latest news from the best race event ever! Come and get your own magazine!
You are no longer AFK.
You loot 2 Silver, 40 Copper
Your skill in Lockpicking has increased to 208
You receive loot: [Blinding Powder]x5.
You loot 2 Silver, 42 Copper
Your skill in Lockpicking has increased to 209
You receive loot: [Gut Ripper]
[Denkoon] yells: BEHOLD... VITAMIN C!
[Denkoon] yells: CLICKY PLZ

⇧ 96 ⇩    💬 37    ⚘    ↪ Share

u/ollywellness • Promoted

Turtle WoW Team — Mysteries of Azeroth

Mysteries of Azeroth — is a story expansion made by the Turtle WoW Team, inspired by the Warcraft universe of Blizzard Entertainment.

🔒 Created Sep 10, 2018
🌐 Public

**92K**              **2.6K**
Weekly visitors       Weekly contributions

**R/TURTLEWOW RULES**

1    Be respectful                    ⌄

2    Only Turtle WoW Content          ⌄

3    Requesting for support           ⌄

4    Posting media                    ⌄

5    Flair your posts                 ⌄

6    Low effort posts                 ⌄

**DISCORD**

Turtle-WoW
Join us on Discord!

**POST FLAIR**

Discussion   Screenshot   Artwork

Question   Video / Media   AddOns

Meta

**LINKS**

Homepage

Forums

Report a bug

YouTube

Instagram

Twitter

Discord

488

☰   reddit   r/turtlewow   ···   ♀   🔔

u/ollywellness · Promoted   ···

**Your science-backed, post-holiday support crew has landed. Start 2026 off right with OLLY.**



olly.com                                      [ Shop Now ]

⬆ Vote ⬇      💬 0      ↪ Share

---

🟦 u/Jagged_One · 20 days ago   ···

**"You have reached the in-game cap of unique mail recipients"**

What's up with this ? I made 3 toons on Ambershire. The level 8 can't send a bag to the level 6 ???

⬆ 8 ⬇      💬 8      ⚲      ↪ Share

---

🟧 u/torradeira2000 · 20 days ago   ···

**Is there a good level to start looking for especific gear as a druid?**

Hello im a tottaly newbie in turtle wow or wow itself and my first time playing the game and i decided to go a night elf and druid and searching i see that feral druid is the best build so i found a doc with the best gear but there is a lot is there a specific level to start looking for gear or which gear start using at each level?

`Question`

⬆ 4 ⬇      💬 13      ⚲      ↪ Share

---

🟪 u/Kugmin · 19 days ago                                      🔒 ···

**No UE5 was totally expected**

After they got Blizzard's full attention i knew this would happen. Changing the client would create too much heat. They want to focus on the game, not dodging Blizzard's full force. They're obviously still getting sued but it's actually possible that Blizzard have informed them that changing the client is a HUGE no no.

⬆ 0 ⬇      💬 9      ⚲      ↪ Share

---

### Turtle WoW Team — Mysteries of Azeroth

Mysteries of Azeroth — is a story expansion made by the Turtle WoW Team, inspired by the Warcraft universe of Blizzard Entertainment.

🔒 Created Sep 10, 2018
🌐 Public

**92K**            **2.6K**
Weekly visitors    Weekly contributions

**R/TURTLEWOW RULES**

| 1 | Be respectful | ⌄ |
| 2 | Only Turtle WoW Content | ⌄ |
| 3 | Requesting for support | ⌄ |
| 4 | Posting media | ⌄ |
| 5 | Flair your posts | ⌄ |
| 6 | Low effort posts | ⌄ |

**DISCORD**

Turtle-WoW
Join us on Discord!

**POST FLAIR**

`Discussion`  `Screenshot`  `Artwork`
`Question`  `Video / Media`  `AddOns`
`Meta`

**LINKS**

| Homepage |
| Forums |
| Report a bug |
| YouTube |
| Instagram |
| Twitter |
| Discord |

Document title: Turtle WoW Team — Mysteries of Azeroth
Capture URL: https://www.reddit.com/r/turtlelow/
Capture timestamp (UTC): Wed, 07 Jan 2026 16:58:14 GMT

Page 115 of 144



⬆ 0 ⬇    💬 9    ⚑    ↪ Share

u/Glass_Ladder3705 • 20 days ago

### Sorry for the post before :c Imma play shaman now.

Sorry, really thought shaman was bad, read alot of banter in here that only sham heal is viable... made me a tauren shaman now. Cheers

⬆ 5 ⬇    💬 17    ⚑    ↪ Share

u/Budget-Bowler-4918 • 20 days ago

### Call to Arms: Plaguelands

Where I can find npc in IF and SW to pick named (subject) quest? Are they patrolling or?

⬆ 6 ⬇    💬 3    ⚑    ↪ Share

u/teotar • 20 days ago

### BRE alternatives for 2H Warrior

Hello! Question for the people on Noordanar and older servers, is Bonereavers Edge still Bis for 2H warrior o is there new better weapons on Kara 40 and Naxx? I play on SEA server and TUB and BRE are the best there is. Thanks in advance!

`Question`

⬆ 3 ⬇    💬 6    ⚑    ↪ Share

u/Snowcrash000 • 20 days ago

### Murloc Disguise Kit

Is this still available from the S&S challenge at level 50 like the wiki claims? There's a thread on the official forums that says Turtle Shell Pauldrons instead, but that thread also didn't list the mace transmog from level 40. Is there an up to date list of the S&S rewards somewhere?

`Question`

⬆ 7 ⬇    💬 1    ⚑    ↪ Share

u/CapitalOne • Promoted

### With Venture X, receive premium travel benefits like a $300 annual Capital One Travel credit at a price that makes sense. #CapitalOnePartner

Venture X from Capital One

**Turtle WoW Team — Mysteries of Azeroth**

Mysteries of Azeroth — is a story expansion made by the Turtle WoW Team, inspired by the Warcraft universe of Blizzard Entertainment.

🔒 Created Sep 10, 2018
🌐 Public

**92K**
Weekly visitors

**2.6K**
Weekly contributions

**R/TURTLELOW RULES**

1   Be respectful                          ⌄
2   Only Turtle WoW Content        ⌄
3   Requesting for support           ⌄
4   Posting media                          ⌄
5   Flair your posts                        ⌄
6   Low effort posts                       ⌄

**DISCORD**

Turtle WoW — Join us on Discord!

**POST FLAIR**

`Discussion`  `Screenshot`  `Artwork`
`Question`  `Video / Media`  `AddOns`
`Meta`

**LINKS**

Homepage
Forums
Report a bug
YouTube
Instagram
Twitter
Discord

490

Document title: Turtle WoW Team — Mysteries of Azeroth
Capture URL: https://www.reddit.com/r/turtlewow/
Capture timestamp (UTC): Wed, 07 Jan 2026 16:58:14 GMT



Document title: Turtle WoW Team — Mysteries of Azeroth
Capture URL: https://www.reddit.com/r/turtlewow/
Capture timestamp (UTC): Wed, 07 Jan 2026 16:58:14 GMT
Page 117 of 144



**⬆ 47 ⬇** 💬 38 ⚬ ↪ Share

u/Kolyo_Ficheto • 20 days ago •••

### Faction Question

Hey friends, All my friends are playing alliance (please don't bash them for that lol) but I would like to try playing as a shaman. What limitations would we have if I rolled a horde character? Server says its cross faction but I don't truly understand that. Thank you and happy turtling!

**⬆ 2 ⬇** 💬 15 ⚬ ↪ Share

u/Sufficient-Ad-4714 • 20 days ago •••

### Mark of Honor no xp

I don't get xp anymore for turning in mark of Honor, anyone has the same problem?

**⬆ 1 ⬇** 💬 0 ⚬ ↪ Share

u/__Mochi___ • 21 days ago •••

### "Happy Winter Veil everyone"

---

## Turtle WoW Team — Mysteries of Azeroth

Mysteries of Azeroth — is a story expansion made by the Turtle WoW Team, inspired by the Warcraft universe of Blizzard Entertainment.

🔒 Created Sep 10, 2018
🌐 Public

**92K**
Weekly visitors

**2.6K**
Weekly contributions

### R/TURTLEWOW RULES

| | | |
|---|---|---|
| 1 | Be respectful | ⌄ |
| 2 | Only Turtle WoW Content | ⌄ |
| 3 | Requesting for support | ⌄ |
| 4 | Posting media | ⌄ |
| 5 | Flair your posts | ⌄ |
| 6 | Low effort posts | ⌄ |

### DISCORD

Turtle-WoW
Join us on Discord!

### POST FLAIR

Discussion   Screenshot   Artwork

Question   Video / Media   AddOns

Meta

### LINKS

Homepage

Forums

Report a bug

YouTube

Instagram

Twitter

Discord

492

Document title: Turtle WoW Team — Mysteries of Azeroth
Capture URL: https://www.reddit.com/r/turtlewow/
Capture timestamp (UTC): Wed, 07 Jan 2026 16:58:14 GMT



**u/anytime_fitness** • Promoted

### Stronger starts here: The Anytime Fitness 6-Week Transformation Challenge

TL;DR: Join Anytime Fitness for $1 this January, get the 6-week transformation challenge free. starting February 2, and track your real progress with body composition scans, personalized macros, and coaching. It's not a fresh start. It's your next level. We get it. Every January, fitness resolutions take over the internet. But this isn't about starting over. It's about building on what you already have and reaching that next level. That's what the Anytime Fitness Transformation Challenge is all about. It's a 6-week journey that helps…

⇧ Vote ⇩      ◯ 0      ⇗ Share

**u/Lurn2Program** • 21 days ago

### Can the turtle wow database entries accept comments like they do on sites like wowhead?

I can't be the only one who sometimes gets lost during a custom twow quest, google around and end up finding the turtle wow database entry for that quest. Right? But then there's no further information and you're stuck. Maybe you ask around on the server and you get answers. Or maybe you google around further and find a youtube video that chronicles the quest chain What would be a nice potential improvement would be to allow players to make comments on twow db pages, similar to how they do on wowhead. For example, here is the twow db page and the wowhead page for the animated chain necklace item:…

`Discussion`

⇧ 42 ⇩      ◯ 9      ⍾      ⇗ Share

**u/Mothman91** • 21 days ago

### Question about raid group for dungeons

Hello, I recently got a group of friends to play (about 7 of us). We are in the level range 26-36. Rarely all of us are on so it's bad to have 1-2 sit out if we do a dungeon. I recently saw a post with 10 people in BFD so I said let's try this out. All of us had quests and quickly figured out quest drops weren't dropping because of the raid. We were able to do one quest (needed an item out of a chest) by leaving and opening the chest. We'd rejoin right after before the dungeon timer to kick us out finished. I want to ask if there is any tips/tricks for raid groups while dungeoning, like if there is anything we can do to get quest drops or is like kill quests the only thing we c…

`Question`

⇧ 14 ⇩      ◯ 12      ⍾      ⇗ Share

**u/nielspeterdejong** • 20 days ago

### Improved Racials for the High Elves

So I'm a big fan of the aesthetic of the high elves, and I love the direction that Turtle Wow has gone into with regards to their lore and overall gameplay. However, I do feel that compared to the other races their racials are a tad weak. As such, I wanted to make some suggestions for minor changes, to see what people thought of them: Swiftness of the Rangers (could perhaps be renamed to "Graceful") - passive Agility increased by 2%, and Intelligence increased by 3%. (Humans and gnomes have +5% on a single stat, so this way they will get a total of +5% as well, but divided among two stats instead) Quel'dorei Meditation - 3 min cooldown Generates 10% …

`Discussion`

⇧ 0 ⇩      ◯ 9      ⍾      ⇗ Share

---

**Turtle WoW Team — Mysteries of Azeroth**

Mysteries of Azeroth — is a story expansion made by the Turtle WoW Team, inspired by the Warcraft universe of Blizzard Entertainment.

🔒 Created Sep 10, 2018

🌐 Public

**92K**
Weekly visitors

**2.6K**
Weekly contributions

**R/TURTLEWOW RULES**

| 1 | Be respectful | ⌄ |
| 2 | Only Turtle WoW Content | ⌄ |
| 3 | Requesting for support | ⌄ |
| 4 | Posting media | ⌄ |
| 5 | Flair your posts | ⌄ |
| 6 | Low effort posts | ⌄ |

**DISCORD**

Turtle-WoW
Join us on Discord!

**POST FLAIR**

`Discussion`  `Screenshot`  `Artwork`

`Question`  `Video / Media`  `AddOns`

`Meta`

**LINKS**

Homepage

Forums

Report a bug

YouTube

Instagram

Twitter

Discord

Document title: Turtle WoW Team — Mysteries of Azeroth
Capture URL: https://www.reddit.com/r/turtlewow/
Capture timestamp (UTC): Wed, 07 Jan 2026 16:58:14 GMT

Page 119 of 144



☰   redcit

↑ 0 ↓    💬 9    🔔    ↪ Share

### Turtle WoW Team — Mysteries of Azeroth

Mysteries of Azeroth — is a story expansion made by the Turtle WoW Team, inspired by the Warcraft universe of Blizzard Entertainment.

🔒 Created Sep 10, 2018
🌐 Public

**92K**
Weekly visitors

**2.6K**
Weekly contributions

**R/TURTLEWOW RULES**

| 1 | Be respectful | ⌄ |
| 2 | Only Turtle WoW Content | ⌄ |
| 3 | Requesting for support | ⌄ |
| 4 | Posting media | ⌄ |
| 5 | Flair your posts | ⌄ |
| 6 | Low effort posts | ⌄ |

**DISCORD**

Turtle-WoW
Join us on Discord!

**POST FLAIR**

Discussion    Screenshot    Artwork

Question    Video / Media    AddOns

Meta

**LINKS**

Homepage

Forums

Report a bug

YouTube

Instagram

Twitter

Discord

---

🧑 u/Constant-Meal4879 • 20 days ago                              ...

### Shop item for deleted characters?

So I messed up and my character was deleted, I researched the internet and got the info to just write a GM (someome even got his character deleted via forum post). Then a GM told me it can not be restored though. Are they selling it in the shop or really not able to? I was not that invested yet but would have liked to play a little more

↑ 1 ↓    💬 4    🔔    ↪ Share

---

🧑 u/Most-Round-4132 • 21 days ago                              ...

### A few more noob questions, played retail classic wow , badly, but pretty new to turtle

1. any good resources to check out for current fun/meta builds / general guidelines for lvl 60 battlegrounds?
2. just want to make sure I have it right that cross fraction battlegrounds are still not a thing on the pvp servers? Will this likely become a thing for all servers soon?
3. GENERALLY SPEAKING are survival hunters okish in battlegrounds?

i will get into arenas eventually but first I gotta lvl and gear etc and I would want to have a much more intrinsic understanding of balance and builds before I make my 1st arena toon. Thanks for any and all replies!

Question

↑ 3 ↓    💬 8    🔔    ↪ Share

---

🧑 u/RobleViejo • 21 days ago                              ...

### 3 hs to update?

My game is updating and the estimated time is 3hs, are patches usually this big?

Question

↑ 5 ↓    💬 6    🔔    ↪ Share

---

🧑 u/Syzygy_Blast • 21 days ago                              ...

### Noob group issues

I'm new to dungeon groups. It seem like everyone else knows what's going on. Specifically:

1. People seem to know that they need to /roll on an item. Then they have to tell me to roll, then I don't know if I won.
2. When need/greed pops up, I can't easily tell if the item is an upgrade. If I pop up my character window, the group has moved on before I can figure it out. Sometimes I can't figure out where the rest of the group has gone to....

Question

↑ 23 ↓    💬 39    🔔    ↪ Share

---

🧑 u/PLUVICTO • Promoted                              ...

### LPT: Don't let other people call the shots in your metastatic prostate cancer journey.

Please see full Prescribing Information.

494



PLUVICTO®
lutetium Lu 177 vipivotide tetraxetan
INJECTION FOR INTRAVENOUS USE

See if it could be next.

9/25  FA-11497337

**IMPORTANT SAFETY INFORMATION**
**What is the most important information I should know about PLUVICTO?**
**Use of PLUVICTO involves exposure to radioactivity.**
Long-term, accruing radiation exposure is associated

pluvicto.com

[Learn More]

⭡ Vote ⭣    💬 0    ↪ Share

**Turtle WoW Team — Mysteries of Azeroth**

Mysteries of Azeroth — is a story expansion made by the Turtle WoW Team, inspired by the Warcraft universe of Blizzard Entertainment.

🔒 Created Sep 10, 2018
🌐 Public

| 92K | 2.6K |
|---|---|
| Weekly visitors | Weekly contributions |

**R/TURTLEWOW RULES**

| 1 | Be respectful | ⌄ |
| 2 | Only Turtle WoW Content | ⌄ |
| 3 | Requesting for support | ⌄ |
| 4 | Posting media | ⌄ |
| 5 | Flair your posts | ⌄ |
| 6 | Low effort posts | ⌄ |

**DISCORD**

Turtle-WoW
Join us on Discord!

**POST FLAIR**

Discussion   Screenshot   Artwork
Question   Video / Media   AddOns
Meta

**LINKS**

Homepage
Forums
Report a bug
YouTube
Instagram
Twitter
Discord

u/Admirable-Ship3495 • 20 days ago

**Theoricraft con Warrior, Hit o Weapon Skill, ¿Fury 2H o Dual Wield?**

Hace meses que estoy jugando con el warrior y ahora en lo que viene siendo el Aq40 vengo equipando el personaje en consecuencia, 5 partes del t2 de dps, Botas con Weap Skill en caso de Fury 2H (con Kalimdor Revenge) y guantes de cuero de +5 a espadas de Kurinaxx. El cambio al Theoricraft es brutal, he visto un par de gráficas al respecto pero no tengo certeza de que sean "oficiales" o que algún random se la sacó de la chistera... Ustedes que creen, que vale más la pena balancear poco hit si tienes weap skill o creen que esta bien llevar un cap como siempre de aprox 9% hit y cerca de 15 o más de weap Skill, ya que actualmente…

⭡ 0 ⭣    💬 7    🔖    ↪ Share

u/Interesting-Car-3444 • 21 days ago

**hp5 stack question**

On warrior leveling I started with 2x troll blood's rings (+2 hp5 per) and troll's blood elixir. With weakest elixir total hp5 expected is 6 (4 from rings + 2 from elixir) but I see hp gain while in combat is +2 at "hp5 tick" (no proper measures and timers were used). So I suspect they are not stacking properly, mb each hp5 source has different timers or they are even overlapped resulting to +2 hp5 in total. Any thoughts? I'm undead btw not troll

`Question`

⭡ 6 ⭣    💬 6    🔖    ↪ Share

u/GorillaNipSlip • 21 days ago

**Any music add-ons?**

Hey y'all, Are you guys aware of any add-ons for music? Specifically, I would love some different soundtracks besides the stock one while remaining faithful to the world - Lord of the Rings-esque. Is there are mods out there for this? Also, how do I even use a mod with the TWow launcher? Side request - it would be AWESOME if someone could develop an add-on where your gun or bow can be seen on your character - like along the

495

Document title: Turtle WoW Team — Mysteries of Azeroth
Capture URL: https://www.reddit.com/r/turtlewow/
Capture timestamp (UTC): Wed, 07 Jan 2026 16:58:14 GMT



for this? Also, how do I even use a mod with the TWow launcher? Side request - it would be AWESOME if someone could develop an add-on where your gun or bow can be seen on your character - like along the character's back, similar to a sword.

`Discussion`

⇧ 3 ⇩        💬 3        🔔        ↪ Share

🔴 u/gendabenda • 20 days ago                                                    ···

### Launcher Update now asking me to uninstall and download the entire game again?

Maybe I'm missing something, do I have to uninstall and download the entire thing again? Pic:
https://i.imgur.com/gYnDygh.png

`Question`

⇧ 0 ⇩        💬 13        🔔        ↪ Share

🟣 u/Technical_Run6715 • 21 days ago                                              ···

### Transmog help

Having soon levelled my high elf paladin to 60, I have started to look for some transmogs for her. Are there any cool transmog items that I should be aware of? Especially I have seen people running around with really cool red/fire halo helmet. What is that called?

`Question`

⇧ 6 ⇩        💬 6        🔔        ↪ Share

🟡 u/XXX_TimeBones420_XXX • 21 days ago                                           ···

### Endgame content you can do with 2 people only?

Hey! I'd like to get into turtle wow with a buddy, but apart from leveling together, is there a lot of endgame content we can do just the two of us? Not really interested in scheduling raids, would rather just play when we feel like it.

⇧ 16 ⇩       💬 17        🔔        ↪ Share

🟡 u/HappyBreadfruit4859 • 21 days ago                                            ···

### New player here, which server should I join?

Hi guys, I've never played Turtle and plan to start on Saturday. From what I've gathered there are two servers. What are the differences between them? Which one should I join?

⇧ 4 ⇩        💬 20        🔔        ↪ Share

⚫ u/thegeneralauto • Promoted                                                    ···

### Getting a break on your car insurance is ✤SO IN✤ this season. Go with The General and find out why.

GRWM to give people a break on their car insurance

---

### Turtle WoW Team — Mysteries of Azeroth

Mysteries of Azeroth — is a story expansion made by the Turtle WoW Team, inspired by the Warcraft universe of Blizzard Entertainment.

🔒 Created Sep 10, 2018
🌐 Public

**92K**                    **2.6K**
Weekly visitors            Weekly contributions

**R/TURTLEWOW RULES**

1    Be respectful                          ⌄
2    Only Turtle WoW Content                 ⌄
3    Requesting for support                  ⌄
4    Posting media                           ⌄
5    Flair your posts                        ⌄
6    Low effort posts                        ⌄

**DISCORD**

Turtle-WoW
Join us on Discord!

**POST FLAIR**

`Discussion`  `Screenshot`  `Artwork`
`Question`  `Video / Media`  `AddOns`
`Meta`

**LINKS**

Homepage

Forums

Report a bug

YouTube

Instagram

Twitter

Discord

496



thegeneral.com

Get a Quote

⬆ Vote ⬇    💬 0    ↪ Share

**u/AnotherSmartNickname** • 21 days ago    ···

### "Unusual Partnership", is this quest line unavailable or will it be opened in the future, after a certain phase of the game? Ambershire server.

https://database.turtle-wow.org/?quest=40100 . It bugs me because I'm going after Seeker of Knowledge and need every quest I can get. I also know for a fact that Horde can begin their version of this chain, talked with someone who did but could not finish it because of a lack of a world boss.

`Question`

⬆ 2 ⬇    💬 2    ⚗    ↪ Share

**u/Ikamuzu** • 21 days ago    ···

### Looking for help with the Slam macro

Hey folks, I'm having trouble getting the Slam macro (specifically the one outlined by the SP Swingtimer addon) and would love some help. The macro in question is as follows: /run if false then CastSpellByName"Slam"() end /run if not _a then for i=1,72 do if IsAttackAction(i) then _a=i end end end if not IsCurrentAction(_a)then UseAction(_a)end if st_timer>UnitAttackSpeed"player"*0.9 then CastSpellByName"Slam"() end Whenever I try to actually use the macro, I get the following error: ERROR: [string "if not__a then for i=1,72 do if IsAttackAct..."]:1: Usage IsCurrentAction (slot) I've tried uninstalling the macro related add-ons that I was usin...

⬆ 3 ⬇    💬 8    ⚗    ↪ Share

**u/SomeNameHuhHuhHuh** • 21 days ago    ···

### Ret paladin in raids

Hi, i was wondering if ret pally is viable in raids, will i have trouble finding a spot? I'm in ambershire, if that matters

⬆ 3 ⬇    💬 9    ⚗    ↪ Share

**u/Sensitive_Policy3879** • 21 days ago    ···

### Arena and pvp

Hello everyone. I am thinking about starting on turtle wow and I am a PVP player mostly. How is the state of PVP on the server, are queue's for arena and bg long etc. Thanks!

---

**Turtle WoW Team — Mysteries of Azeroth**

Mysteries of Azeroth — is a story expansion made by the Turtle WoW Team, inspired by the Warcraft universe of Blizzard Entertainment.

🔒 Created Sep 10, 2018
🌐 Public

**92K**              **2.6K**
Weekly visitors     Weekly contributions

**R/TURTLEWOW RULES**

1   Be respectful                          ⌄
2   Only Turtle WoW Content                 ⌄
3   Requesting for support                  ⌄
4   Posting media                           ⌄
5   Flair your posts                        ⌄
6   Low effort posts                        ⌄

**DISCORD**

Turtle-WoW — Join us on Discord!

**POST FLAIR**

`Discussion`  `Screenshot`  `Artwork`
`Question`  `Video / Media`  `AddOns`
`Meta`

**LINKS**

Homepage
Forums
Report a bug
YouTube
Instagram
Twitter
Discord

497

Document title: Turtle WoW Team — Mysteries of Azeroth
Capture URL: https://www.reddit.com/r/turtlewow/
Capture timestamp (UTC): Wed, 07 Jan 2026 16:58:14 GMT

PVP on the server, are queue's for arena and bg long etc. Thanks!

⬆ 6 ⬇    💬 8    ⎙    ↪ Share

**u/Hadrae** • 21 days ago                                                          ···

### Fps Drop When it rains

i got back on turtle wow, and notice that and it rains my fps drops to 35 fps, and stutters. I usually achieve 120 fps stable, that i limit with riva tuner. I fixed this by disabling weather intensity. But it breaks the immersion hearing the sound of rain and not seeing it. I have a ryzen 5700x3d and a 7800xt, and i can see they have low usage, also have install the vanilla fixes. Does anyone have the same problem?

`Question`

⬆ 10 ⬇    💬 27    ⎙    ↪ Share

**u/Sell_Express** • 22 days ago                                                    ···

### Shaman Tank Guide for new players.

`Video / Media`



⬆ 27 ⬇    💬 1    ⎙    ↪ Share

**u/Teo_Verunda** • 22 days ago                                                     ···

### <Ambershire> 2H or DW? What exactly is the verdict on Surv Hunter Weapons?

`Discussion`

Turtle WoW Team — Mysteries of Azeroth

Mysteries of Azeroth — is a story expansion made by the Turtle WoW Team, inspired by the Warcraft universe of Blizzard Entertainment.

🔒 Created Sep 10, 2018
🌐 Public

**92K**          **2.6K**
Weekly visitors   Weekly contributions

**R/TURTLEWOW RULES**

1   Be respectful                            ⌄

2   Only Turtle WoW Content                  ⌄

3   Requesting for support                   ⌄

4   Posting media                            ⌄

5   Flair your posts                         ⌄

6   Low effort posts                         ⌄

**DISCORD**

Turtle-WoW
Join us on Discord!

**POST FLAIR**

`Discussion`  `Screenshot`  `Artwork`

`Question`  `Video / Media`  `AddOns`

`Meta`

**LINKS**

Homepage

Forums

Report a bug

YouTube

Instagram

Twitter

Discord

498



Requires Level 60
Equip: Improves your chance to get a critical strike by 1%.
Molten Core - Garr
Unique appearance
10 · 40 · 89 ·

⬆ 12 ⬇    💬 42    Ω    ↗ Share

u/Budget-Bowler-4918 • 21 days ago    ···

**Enchanted Thorium Platemail Volume II**

Where I have to return named quest?

`Question`

⬆ 2 ⬇    💬 2    Ω    ↗ Share

u/Ozempic_semaglutide • Promoted    ···

**Join the millions, like Chef Franklin Becker, who have taken Ozempic® and ask a healthcare professional about Ozempic®.**

See the following links for Boxed Warning: Medication Guide & Safety Information

For adults with type 2 diabetes
Lowers A1C
Noticeable weight loss
♥ Lowers the risk of major cardiovascular events

In adults also with known heart disease, Ozempic®
lowered the risk of major cardiovascular (CV) events
such as stroke, heart attack, or death.

Franklin does not have known heart disease.

ONCE-WEEKLY
OZEMPIC

ozempic.com    **Learn More**

⬆ Vote ⬇    💬 0    ↗ Share

u/EXQUISITE_WIZARD • 22 days ago    ···

**Greediness in PUGs? Does it even matter anymore?**

I'm new to this server, only been playing for a couple weeks and I'm not exaggerating when I say every. single. group. has had greedy loot ninjas. Melee/ranged need rolling on cloth caster gear and vice versa. A full group of casters/melee and one person consistently winning every need roll and not passing to let anyone else have a chance(I've seen this one at least 3 times now). People rolling need on boe greens for slots that they don't need upgraded. Am I old and out of touch? Or being overly sensitive? I'm trying to be a good team player to get invited back, etc. but it seems like that's only ever…

`Question`

⬆ 38 ⬇    💬 29    Ω    ↗ Share

---

### Turtle WoW Team — Mysteries of Azeroth

Mysteries of Azeroth — is a story expansion made by the Turtle WoW Team, inspired by the Warcraft universe of Blizzard Entertainment.

🗓 Created Sep 10, 2018
🌐 Public

**92K**    **2.6K**
Weekly visitors    Weekly contributions

**R/TURTLEWOW RULES**

1    Be respectful    ⌄
2    Only Turtle WoW Content    ⌄
3    Requesting for support    ⌄
4    Posting media    ⌄
5    Flair your posts    ⌄
6    Low effort posts    ⌄

**DISCORD**

Turtle-WoW
Join us on Discord!

**POST FLAIR**

`Discussion`  `Screenshot`  `Artwork`
`Question`  `Video / Media`  `AddOns`
`Meta`

**LINKS**

Homepage
Forums
Report a bug
YouTube
Instagram
Twitter
Discord

Document title: Turtle WoW Team — Mysteries of Azeroth
Capture URL: https://www.reddit.com/r/turtlewow/
Capture timestamp (UTC): Wed, 07 Jan 2026 16:58:14 GMT



Document title: Turtle WoW Team — Mysteries of Azeroth
Capture URL: https://www.reddit.com/r/turtlewow/
Capture timestamp (UTC): Wed, 07 Jan 2026 16:58:14 GMT

500

☰ **reddit**    r/turtlewow    ··· ⊕ 👤

**u/holdegrb** • 22 days ago    ···

### The Whiski Lounge - "The Dockside Dance-Off" | Tel'Abim | December 16, 2025
9PM EST/2AM ST | LIVE from the Southshore Docks



⬆ **16** ⬇    💬 **6**    ⊘    ⤳ Share

**u/Initial-Respect3812** • 22 days ago    ···

### High Elf Question

Hey guys, wife and I are close to 40. One level more. Can you guys explain how 40 mounts work? Where to learn, how much? Can't find much information online about even what they look like... We're both mages have about 130 gold between us both

⬆ **7** ⬇    💬 **10**    ⊘    ⤳ Share

**u/Human_Nr19980203** • 21 days ago    ···

### Addons on Steamdeck

So I managed to install twow on SF by downloading whole game (not launcher) wow.exe is working great by adding to Steam and changing to proton experimental but I cannot add addons because when I open twow.exe launcher doesn't see game as installed. Do you have idea how fix that?

⬆ **1** ⬇    💬 **9**    ⊘    ⤳ Share

**u/Aleve_US** • Promoted    ···

### Aleve®: Long lasting body pain relief, so you can make the most of your day.
Aleve helps relieve your body pain to get the job done.

---

**Turtle WoW Team — Mysteries of Azeroth**

Mysteries of Azeroth — is a story expansion made by the Turtle WoW Team, inspired by the Warcraft universe of Blizzard Entertainment.

🗎 Created Sep 10, 2018
🌐 Public

**92K**           **2.6K**
Weekly visitors    Weekly contributions

**R/TURTLEWOW RULES**

| 1 | Be respectful | ⌄ |
| 2 | Only Turtle WoW Content | ⌄ |
| 3 | Requesting for support | ⌄ |
| 4 | Posting media | ⌄ |
| 5 | Flair your posts | ⌄ |
| 6 | Low effort posts | ⌄ |

**DISCORD**

Turtle-WoW
Join us on Discord!

**POST FLAIR**

Discussion    Screenshot    Artwork

Question    Video / Media    AddOns

Meta

**LINKS**

Homepage

Forums

Report a bug

YouTube

Instagram

Twitter

Discord

---

Document title: Turtle WoW Team — Mysteries of Azeroth
Capture URL: https://www.reddit.com/r/turtlewow/
Capture timestamp (UTC): Wed, 07 Jan 2026 16:58:14 GMT



amazon.com                                                    Shop Now

⤒ Vote ⤓    💬 0    ↗ Share

**u/These-Ad-9266** • 22 days ago                                            ···

### Rogue respec - Gutrippers?

Hello - I have a 39 rogue that I've been leveling as combat. I'd like to swap over to assassin at some point, and I saw that the Gutripper daggers are affordable and better than both of my swords by a good bit. Would it be unwise to re-spec at 40 and grab 2 of those daggers? I saw they are 1.8 speed which might not be ideal because I know faster is better. It would also set me back 35-40g and I'm at like 70g saving for mount.. smarter to stick with combat and continue saving for mount? Thanks in advance!

`Discussion`

⤒ 8 ⤓    💬 18    ⋒    ↗ Share

**u/Snowcrash000** • 22 days ago                                            ···

### The Bloodsail Buccaneers

I just noticed that there is a quest that turns you neutral with the BBs in TWOW and since I'm about to wrap up my questing in STV, I was wonering if this is something that's worth pursuing. What are the benefits of gaining reputation with the BBs and does this come at the cost of losing reputation with the Steamwheedle Cartel? Is there a way to remain at good reputation with both of them? What's the best way to play this?

`Question`

⤒ 12 ⤓    💬 9    ⋒    ↗ Share

**u/ClassicEnjoyer927** • 22 days ago                                        ···

### BattleGround Queues on New Server

I just hit 60 a few days ago on Tel'Abim, I've noticed that the BattleGround Queues can take over an hour sometimes, especially since I am a US Based player. How are the queue times on Ambershire? Are people actively ranking?

---

**Turtle WoW Team — Mysteries of Azeroth**

Mysteries of Azeroth — is a story expansion made by the Turtle WoW Team, inspired by the Warcraft universe of Blizzard Entertainment.

🗓 Created Sep 10, 2018
🌐 Public

**92K**            **2.6K**
Weekly visitors    Weekly contributions

**R/TURTLEWOW RULES**

| 1 | Be respectful | ⌄ |
| 2 | Only Turtle WoW Content | ⌄ |
| 3 | Requesting for support | ⌄ |
| 4 | Posting media | ⌄ |
| 5 | Flair your posts | ⌄ |
| 6 | Low effort posts | ⌄ |

**DISCORD**

Turtle-WoW Join us on Discord!

**POST FLAIR**

`Discussion`  `Screenshot`  `Artwork`
`Question`  `Video / Media`  `AddOns`
`Meta`

**LINKS**

| Homepage |
| Forums |
| Report a bug |
| YouTube |
| Instagram |
| Twitter |
| Discord |

Document title: Turtle WoW Team — Mysteries of Azeroth
Capture URL: https://www.reddit.com/r/turtlewow/
Capture timestamp (UTC): Wed, 07 Jan 2026 16:58:14 GMT

actively ranking?

↑ 4 ↓    💬 14    ⊕    ↗ Share

u/Lanternman707 • 22 days ago    ···

### New Player - help me understand something please?

I'm a new player and loving it, have been playing just over a month and just got to 60 on Ambershire. There's something I can't find any information on though - I know Ambershire is a new server and I can see it has phases updates. Are the other servers hosting much more progressed content than the original vanilla final version? Do they cover TBC or Litch King? I can see on the launcher lots of designs and mentions of new zones or dungeons that I can't see on my server, are they out on others? Thanks, seeing lots of fun new stuff on the launcher and just not sure if or how it's coming to Ambershire

↑ 15 ↓    💬 32    ⊕    ↗ Share

u/Unique_Ad_330 • 22 days ago    ···

### What's your experience with raidleaders in Twow in 10-20 man pugs?

These are raids that normally 90-95% of groups can pull off, just at differing efficiencies. Do you feel most RLs you encounter in these raids are good/bad and why?

`Discussion`

↑ 6 ↓    💬 22    ⊕    ↗ Share

u/Sensitive_Pumpkin_57 • 22 days ago    ···

### Faction balance on the Tel'Abim realm. Very long wait for BGs.

Why, with 2,000-3,000 people online, do I, as a Horde player, have to wait 20 minutes or more for my turn on the battlefield? And this is on a PvP realm! Is the faction balance on this server completely broken, or is the Turtle community no longer interested in farming Battlegrounds? If the problem is balance, then I would gladly transfer my character to the Alliance, but as far as I can tell, this is impossible, either for free or for money.

↑ 0 ↓    💬 5    ⊕    ↗ Share

u/Smoking_God_L • 23 days ago    ···

### Please help an old man who loves Turtle WoW! Spammable attack macro?

Context: My dad is 82 years old, and started playing Turtle WoW ~6 months ago. Recently hit 60 with his warrior, and is really wanting to try dungeons/ raiding. Important note: he is set in his ways, and nothing will ever be able to change the fact that he is a button spammer. The problem: By far, the single biggest issue he has with the game is the simple act of attacking things. The "Charge" ability is the only way he has of reliably initiating combat - if he pulls of pack of mobs, he can kill 1... but then it takes him a really long time to switch targets and start attacking the 2nd mob. Attempted solutions: I'm a PC gamer but I've never played WoW, so my help has…

↑ 87 ↓    💬 44    ⊕    ↗ Share

u/alkaseltzer_usa • Promoted    ···

### Take doggo out even when you're feeling cold & flu symptoms.



**Turtle WoW Team — Mysteries of Azeroth**

Mysteries of Azeroth — is a story expansion made by the Turtle WoW Team, inspired by the Warcraft universe of Blizzard Entertainment.

🔒 Created Sep 10, 2018
🌐 Public

**92K**          **2.6K**
Weekly visitors   Weekly contributions

**R/TURTLEWOW RULES**

| 1 | Be respectful | ⌄ |
| 2 | Only Turtle WoW Content | ⌄ |
| 3 | Requesting for support | ⌄ |
| 4 | Posting media | ⌄ |
| 5 | Flair your posts | ⌄ |
| 6 | Low effort posts | ⌄ |

**DISCORD**

Turtle-WoW
Join us on Discord!

**POST FLAIR**

`Discussion`  `Screenshot`  `Artwork`
`Question`  `Video / Media`  `AddOns`
`Meta`

**LINKS**

Homepage
Forums
Report a bug
YouTube
Instagram
Twitter
Discord

Document title: Turtle WoW Team — Mysteries of Azeroth
Capture URL: https://www.reddit.com/r/turtlewow/
Capture timestamp (UTC): Wed, 07 Jan 2026 16:58:14 GMT



amazon.com
**Shop Now**

⇧ Vote ⇩    💬 0    ↪ Share

**u/sam_my_friend** • 22 days ago  ...

### Pala tank lvl 45 - what talents to pick up next.

I'm mostly doing dungeons and farmings. I do quests (of course), but I wanna focus on being sturdy and, well tanky. Does it make sense to take the 10% of strength? reducing spell's costs?
Should I focus on restoration or retri talents? I kinda remember a guide being out there, but I've lost track of it - plus, honestly, not sure if it's up to date!

`Question`

⇧ 1 ⇩    💬 4    ⊘    ↪ Share

**u/StarLightDot** • 23 days ago  ...

### Is playing as a mage hard or do I suck

First time playing wow and I picked a high elf mage but I'm getting my ass kicked by every mob encounter I've gotten to level 11 and have died more times than I care to admit in the high elf starter area. One mob eats up my mana and I'm barely making it though encounters. Is this a skill issue or normal lmao. Would love advice for playing mage // overall tips to not be ass 🥲

`Question`

⇧ 27 ⇩    💬 40    ⊘    ↪ Share

**u/austingoeshard** • 22 days ago  ...

### Transmog is hurting immersion (and nobody wants to admit it)

`Screenshot`

### Turtle WoW Team — Mysteries of Azeroth

Mysteries of Azeroth — is a story expansion made by the Turtle WoW Team, inspired by the Warcraft universe of Blizzard Entertainment.

🗐 Created Sep 10, 2018
🌐 Public

**92K**
Weekly visitors

**2.6K**
Weekly contributions

**R/TURTLEWOW RULES**

| | | |
|---|---|---|
| 1 | Be respectful | ⌄ |
| 2 | Only Turtle WoW Content | ⌄ |
| 3 | Requesting for support | ⌄ |
| 4 | Posting media | ⌄ |
| 5 | Flair your posts | ⌄ |
| 6 | Low effort posts | ⌄ |

**DISCORD**

Turtle-WoW
Join us on Discord!

**POST FLAIR**

`Discussion`  `Screenshot`  `Artwork`
`Question`  `Video / Media`  `AddOns`
`Meta`

**LINKS**

| Homepage |
|---|
| Forums |
| Report a bug |
| YouTube |
| Instagram |
| Twitter |
| Discord |

504



⬆ 0 ⬇    💬 31    👍 1    ↗ Share

🦊 u/Amozite • 22 days ago      ...

### Returning player, new server question

Heya, I had a 30 War on the EU PVP realm last year, but now that Ambershire is up, I'm wondering if the population on the PVP realm is still good for leveling and endgame, and if not I'd switch to Ambershire. I recall the PVP realm having an increased XP gain, does Ambershire have the same?

⬆ 1 ⬇    💬 4    🎧    ↗ Share

🦊 u/--Premium-- • 23 days ago      ...

### Me and my friend want to start playing TWow. Any recommendations?

We want to begin playing TWow. Any class-synergies you guys recommend? Please, fun classes!

`Question`

⬆ 8 ⬇    💬 27    🎧    ↗ Share

🦊 u/probably-not-Ben • 23 days ago      ...

### Plainsrunning - pros and cons?

Just got Plainsrunning on my new warrior - and I love it But I couldnt find much discussion on the ability Your thoughts? Pros and cons, PvE and PvP?

⬆ 32 ⬇    💬 43    🎧    ↗ Share

🦊 u/yourwifeisatowelmate • 23 days ago      ...

### OCE / Australian players

Hey all, quick question for anyone playing on SEA servers. I'm based in Australia and want the best ping possible, so NA isn't an option for me. I've seen older posts with mixed messages. Some people recommend NA because of language issues on SEA, and a lot of the guild Discord links in those posts are outdated. Does anyone know if there are active Australian guilds or communities still on SEA? And if there are specific servers or places to find them? Thanks in advance.

⬆ 4 ⬇    💬 14    🎧    ↗ Share

🦊 u/snickers • Promoted

### Even MVPs fumble their lines when they're hungry

---

**Turtle WoW Team — Mysteries of Azeroth**

Mysteries of Azeroth — is a story expansion made by the Turtle WoW Team, inspired by the Warcraft universe of Blizzard Entertainment.

🔖 Created Sep 10, 2018
🌐 Public

**92K**
Weekly visitors

**2.6K**
Weekly contributions

**R/TURTLEWOW RULES**

| 1 | Be respectful | ⌄ |
| 2 | Only Turtle WoW Content | ⌄ |
| 3 | Requesting for support | ⌄ |
| 4 | Posting media | ⌄ |
| 5 | Flair your posts | ⌄ |
| 6 | Low effort posts | ⌄ |

**DISCORD**



Turtle-WoW
Join us on Discord!

**POST FLAIR**

`Discussion` `Screenshot` `Artwork`

`Question` `Video / Media` `AddOns`

`Meta`

**LINKS**

Homepage

Forums

Report a bug

YouTube

Instagram

Twitter

Discord

505

Document title: Turtle WoW Team — Mysteries of Azeroth
Capture URL: https://www.reddit.com/r/turtlewow/
Capture timestamp (UTC): Wed, 07 Jan 2026 16:58:14 GMT

u/snickers • Promoted

### Even MVPs fumble their lines when they're hungry



snickers.com      [ Learn More ]

⬆ Vote ⬇    💬 0    ↗ Share

---

u/Ignus86 • 23 days ago     ⋯

### Looking for a pal to level up and explore all the stuff in turtle wow

As you can see from the title im looking for someone to play turtle wow and rly commit to a server for once, i wanna experience the classic look of the game and im glad i will get to do it in a better environment such as turtle wow, so far i played till lvl 16 orc shamman and i js made a lvl 5 troll warlock that i think i will stick with for the whole jorney but i am always open to making new characters and experiencing the difference in classes in turtle wow.

Anyways if you are around or above 18 years old and are located in europe/asia, love vcing and chilling, while…

⬆ 11 ⬇    💬 5    🔗    ↗ Share

---

u/Pretas • 22 days ago     ⋯

### Battleground crossfaction party

With the integration of crossfaction BGs now can i group up in a party with friends from opposing faction and queue for a BGs? What is the maximum players in group who can queue together for BG on Turtle?

⬆ 1 ⬇    💬 2    🔗    ↗ Share

---

u/AnotherSmartNickname • 23 days ago     ⋯

### Oh no, the Burning Blade is Spreading

`Screenshot`

---

### Turtle WoW Team — Mysteries of Azeroth

Mysteries of Azeroth — is a story expansion made by the Turtle WoW Team, inspired by the Warcraft universe of Blizzard Entertainment.

🔒 Created Sep 10, 2018
🌐 Public

**92K**      **2.6K**
Weekly visitors    Weekly contributions

**R/TURTLEWOW RULES**

| 1 | Be respectful | ⌄ |
| 2 | Only Turtle WoW Content | ⌄ |
| 3 | Requesting for support | ⌄ |
| 4 | Posting media | ⌄ |
| 5 | Flair your posts | ⌄ |
| 6 | Low effort posts | ⌄ |

**DISCORD**

Turtle-WoW — Join us on Discord!

**POST FLAIR**

`Discussion`   `Screenshot`   `Artwork`
`Question`   `Video / Media`   `AddOns`
`Meta`

**LINKS**

[ Homepage ]
[ Forums ]
[ Report a bug ]
[ YouTube ]
[ Instagram ]
[ Twitter ]
[ Discord ]

Document title: Turtle WoW Team — Mysteries of Azeroth
Capture URL: https://www.reddit.com/r/turtlewow/
Capture timestamp (UTC): Wed, 07 Jan 2026 16:58:14 GMT
Page 132 of 144



**Turtle WoW Team — Mysteries of Azeroth**

Mysteries of Azeroth — is a story expansion made by the Turtle WoW Team, inspired by the Warcraft universe of Blizzard Entertainment.

🗎 Created Sep 10, 2018
🌐 Public

**92K**
Weekly visitors

**2.6K**
Weekly contributions

**R/TURTLEWOW RULES**

| 1 | Be respectful | ⌄ |
| 2 | Only Turtle WoW Content | ⌄ |
| 3 | Requesting for support | ⌄ |
| 4 | Posting media | ⌄ |
| 5 | Flair your posts | ⌄ |
| 6 | Low effort posts | ⌄ |

**DISCORD**

**Turtle-WoW**
Join us on Discord!

**POST FLAIR**

Discussion    Screenshot    Artwork

Question    Video / Media    AddOns

Meta

**LINKS**

Homepage

Forums

Report a bug

YouTube

Instagram

Twitter

Discord

---

⬆ 28 ⬇    💬 10    ⚬    ↗ Share

🦊 **u/Snowcrash000** • 23 days ago                    ...

### Your Fortune Awaits You

The DMF quest, is this repeatable and at what interval? Do you get sent to a random dungeon every time? Also, I entered the Wailing Caverns and the quest got marked as "Completed", but I did not receive the box there nor can I turn the quest in to Sayge...

Question

⬆ 3 ⬇    💬 5    ⚬    ↗ Share

🦊 **u/FiCKsYUn** • 23 days ago                    ...

### What's the best/beginner friendly way to level Paladin?

So I wanna try leveling Paladin to 60 because they look OP and cool looking af. However I don't know much about the mechanics behind the abilities of this class. All I know, from what I've heard, is that they can pretty much do every role (except for good DPS based on memes I've seen about it). I might go play Paladin as a Tank just to see what its like since I've never played as a Tank in MMO's. So, how do I play this class properly without having to be inefficient with leveling it?

Question

⬆ 17 ⬇    💬 15    ⚬    ↗ Share

🦊 **u/BaalBag** • 23 days ago                    ...

### Warrior spec while leveling in a group of 3?

Hello everyone, My friends and I are leveling together as group. One is a priest and the other a shammy. I'm going to be the tank of the group. Any recommendations for spec? Would prot be best if I plan on always tanking with a healer and friend dpsing? Or should I do the classic 2h arms/fury tank ? Thanks for any input, very happy to support this iteration of wow and leave blizz behind.

⬆ 10 ⬇    💬 26    ⚬    ↗ Share

🦊 **u/MechaManManMan** • 24 days ago                    ...

### Is there a better feeling than this?

507

Document title: Turtle WoW Team — Mysteries of Azeroth
Capture URL: https://www.reddit.com/r/turtlewow/
Capture timestamp (UTC): Wed, 07 Jan 2026 16:58:14 GMT





start.thefabulous.co

**Learn More**

⬆ Vote ⬇    💬 0    ↗ Share

u/Teo_Verunda • 24 days ago    ...

### Explain to me how do Warlocks speedrun Stormwind Vault?

How do they magically aggro the bosses at the end of the corridors? And how does that work so I can teach my guildies how to do that?

`Discussion`

⬆ 34 ⬇    💬 25    ⊘    ↗ Share

u/Mundwerk • 23 days ago    ...

### mocking blow / taunt macro

My question is:
Is there any way to add a "when on cooldown" condition to this macro (for example, to change the behavior if a spell is on cooldown)? I am using [Super]CleaveRoidsMacro Thanks in advance for any help! #showtooltip /cast Mocking Blow /stopmacro /run local texture,name,isActive,isCastable = GetShapeshiftFormInfo(1); if isActive then CastSpellByName("Taunt"); else CastSpellByName("Defensive Stance");end

⬆ 1 ⬇    💬 1    ⊘    ↗ Share

u/Fabianku • 23 days ago    ...

### Survival Hoonter Dmg and Molten Core/BWL

Hello, Im on Ambershire so shortly before BWL and knee deep in MC. And was just wondering how good you can damage wise even get as survival hunter. Currently i average am top 3 to 5 in damage in my guildruns in MC taking under two hours. Above me only mages and rogue... Because quite a bit of my damage output is fire dmg I was wondering what is expectable in non fire resistand raids. Does anyone of you have experience on maybe a server thats farther in phases? Did it get better?

`Question`

⬆ 6 ⬇    💬 7    ⊘    ↗ Share

u/Amogeans36 • 23 days ago    ...

### Paladin dudes

I'm unsure which spec to choose when levelling a paladin here in Turtle. I'm tempted to level using AoE with a protection paladin, but I think it would be difficult at first and costly. On the other hand, with a retribution paladin, I can go one-on-one and go faster, spending less on upgrading armour and weapons so often. Although there is also the healer branch, and I notice a lack of good healers in the dungeons and on Turtle in general. Any ideas?

⬆ 2 ⬇    💬 17    ⊘    ↗ Share

u/Competitive-Bet-4384 • 23 days ago    ...

### Leveling for alt-limpics

Hi. I have a lvl 51 aoe spec frostmage. I have limited play time for the rest of the month. 2-3 hours daily. I have tried aoe leveling but i am not good at it. When i pulled 4+ mobs i died. Less mobs it seems slower. What is the fastest way to reach lvl 60. Questing, dungeons or grinding? Thanks.

⬆ 3 ⬇    💬 20    ⊘    ↗ Share

u/Ok-Paramedic6285 • 24 days ago    ...

### Landscape question

---

**Turtle WoW Team — Mysteries of Azeroth**

Mysteries of Azeroth — is a story expansion made by the Turtle WoW Team, inspired by the Warcraft universe of Blizzard Entertainment.

🔒 Created Sep 10, 2018
🌐 Public

**92K**
Weekly visitors

**2.6K**
Weekly contributions

**R/TURTLELOW RULES**

1   Be respectful                        ⌄
2   Only Turtle WoW Content         ⌄
3   Requesting for support           ⌄
4   Posting media                        ⌄
5   Flair your posts                      ⌄
6   Low effort posts                     ⌄

**DISCORD**

Turtle-WoW
Join us on Discord!

**POST FLAIR**

`Discussion`  `Screenshot`  `Artwork`
`Question`  `Video / Media`  `AddOns`
`Meta`

**LINKS**

Homepage
Forums
Report a bug
YouTube
Instagram
Twitter
Discord

Document title: Turtle WoW Team — Mysteries of Azeroth
Capture URL: https://www.reddit.com/r/turtlewow/
Capture timestamp (UTC): Wed, 07 Jan 2026 16:58:14 GMT

### Landscape question



⬆ 36 ⬇   💬 27   ⊘   ↗ Share

👤 u/KoalaReasonable629 • 23 days ago   •••

### Server disconnects since friday

Friday evening, I was going to play and it doesn't log in. Okay, but the next day it says "retrieving character list" and then disconnects shortly after. Looked it up in guild's DC -- appears there were some troubles with connecting, sorta hack or IDK, and now everything is fine, I alone still can't log in. Sometimes I get to the char screen, select the char, it starts to load then freezes and disconnects. It also disconnects anyway after logging in into the account, like just looking at my toon, 15 sec -- disconnected. Different toons, different accounts -- same. One time I managed to load my lvl 10 warrior in Redridge -- it didn't load properly, the char is invisible, some…

⬆ 1 ⬇   💬 9   ⊘   ↗ Share

🟥 u/Meshub_Official • Promoted   •••

### See GPT vs Claude vs Gemini side by side

meshub.ai

Sign Up

---

**Turtle WoW Team — Mysteries of Azeroth**

Mysteries of Azeroth — is a story expansion made by the Turtle WoW Team, inspired by the Warcraft universe of Blizzard Entertainment.

🗎 Created Sep 10, 2018
🌐 Public

**92K**
Weekly visitors

**2.6K**
Weekly contributions

**R/TURTLEWOW RULES**

| 1 | Be respectful | ⌄ |
| 2 | Only Turtle WoW Content | ⌄ |
| 3 | Requesting for support | ⌄ |
| 4 | Posting media | ⌄ |
| 5 | Flair your posts | ⌄ |
| 6 | Low effort posts | ⌄ |

**DISCORD**

Turtle-WoW
Join us on Discord!

**POST FLAIR**

Discussion   Screenshot   Artwork
Question   Video / Media   AddOns
Meta

**LINKS**

Homepage
Forums
Report a bug
YouTube
Instagram
Twitter
Discord

---

510

meshub.ai                                                              Sign Up

⇧ 1 ⇩    💬 0    ↪ Share



u/Human_Nr19980203 • 23 days ago                                        •••

### So I managed her to play wow…

I finally managed my gf to play wow, what classes we should stick to? I was thinking about rogue and hunter. I myself have hunter lvl 12. But have seen many couples with mainly paladin + other class. I am okay playing as filler or bot, just don't know if healer priest is worth pain, or just get Druid.

`Question`

⇧ 0 ⇩    💬 14    ♊    ↪ Share

u/Amagakuro • 24 days ago                                               •••

### There is a way to check all the new quests for the instances, old and new?

I'm wondering about it, surely there are new quests available to do in instance, but there is a way to check them?

`Discussion`

⇧ 8 ⇩    💬 9    ♊    ↪ Share

u/Budget-Bowler-4918 • 23 days ago                                      •••

### PFUI nameplate missing

When I enter combat, every nameplate except the target one disappears.

`AddOns`

⇧ 1 ⇩    💬 10    ♊    ↪ Share

u/Teo_Verunda • 23 days ago                                             •••

### Dear HD Patch users. I wonder which file causes this crash in Stormwind? (Reforged)

`Question`

This application has encountered a critical error:

Not enough memory resources are available to process this command.

Program: C:\Games\TurtleWoW\WoW.exe
File:        E:\build\buildWoW\Engine\Source\Model2\M2.cpp
Line:        111

Press OK to terminate the application.

---

### Turtle WoW Team — Mysteries of Azeroth

Mysteries of Azeroth — is a story expansion made by the Turtle WoW Team, inspired by the Warcraft universe of Blizzard Entertainment.

🔒 Created Sep 10, 2018
🌐 Public

**92K**                          **2.6K**
Weekly visitors                  Weekly contributions

**R/TURTLEWOW RULES**

| 1 | Be respectful | ⌄ |
| 2 | Only Turtle WoW Content | ⌄ |
| 3 | Requesting for support | ⌄ |
| 4 | Posting media | ⌄ |
| 5 | Flair your posts | ⌄ |
| 6 | Low effort posts | ⌄ |

**DISCORD**

Turtle-WoW
Join us on Discord!

**POST FLAIR**

`Discussion`  `Screenshot`  `Artwork`
`Question`  `Video / Media`  `AddOns`
`Meta`

**LINKS**

| Homepage |
| Forums |
| Report a bug |
| YouTube |
| Instagram |
| Twitter |
| Discord |

Document title: Turtle WoW Team — Mysteries of Azeroth
Capture URL: https://www.reddit.com/r/turtlewow/
Capture timestamp (UTC): Wed, 07 Jan 2026 16:58:14 GMT

☰  reddit   r/turtlewow

Press OK to terminate the application.



⬆ 0 ⬇   💬 6   ⚬   ↪ Share

**u/Snowcrash000** • 24 days ago

### Master of Arms

I was wondering what the best weapon type to use with Master of Arms is. Axes seem great, but swords as well, I guess? Maces and polearms both seem kinda useless, at least for leveling. What's better between axes and swords though and woud it be worth it using the better weapon type even if the other weapon itself is slightly better? For example, I'm currently trying to decide between Bonebiter and Stoneslayer. I think Stoneslayer is probably better, but I would hate to lose all that extra crit...

`Question`

⬆ 6 ⬇   💬 7   ⚬   ↪ Share

**u/JuryMountain9364** • 23 days ago

### Adding races in turtle WoW

Hey guys, I always wanted to play wow and I am so happy I finally get to do it. The only problem is that my favourite race — Draenei are missing. Is there a way for me to add races with add-ons? Or is that just not a thing. Also how is role-play server different from a normal server? Thanks.

⬆ 0 ⬇   💬 9   ⚬   ↪ Share

**u/RobleViejo** • 24 days ago

### Lvl 19 Tauren Druid, which Quests should I abandon?

`Question`

⬆ 0 ⬇   💬 8   ⚬   ↪ Share

**u/newyorklife** • Promoted

### Every dream deserves to feel possible

---

### Turtle WoW Team — Mysteries of Azeroth

Mysteries of Azeroth — is a story expansion made by the Turtle WoW Team, inspired by the Warcraft universe of Blizzard Entertainment.

🔒 Created Sep 10, 2018
🌐 Public

**92K**
Weekly visitors

**2.6K**
Weekly contributions

**R/TURTLELOW RULES**

| 1 | Be respectful | ⌄ |
| 2 | Only Turtle WoW Content | ⌄ |
| 3 | Requesting for support | ⌄ |
| 4 | Posting media | ⌄ |
| 5 | Flair your posts | ⌄ |
| 6 | Low effort posts | ⌄ |

**DISCORD**

Turtle-WoW
Join us on Discord!

**POST FLAIR**

`Discussion`  `Screenshot`  `Artwork`
`Question`  `Video / Media`  `AddOns`
`Meta`

**LINKS**

Homepage
Forums
Report a bug
YouTube
Instagram
Twitter
Discord

512

Document title: Turtle WoW Team — Mysteries of Azeroth
Capture URL: https://www.reddit.com/r/turtlewow/
Capture timestamp (UTC): Wed, 07 Jan 2026 16:58:14 GMT



newyorklife.com

Learn More

⇧ Vote ⇩    ○ 0    ⇱ Share

🐢 u/DiscountDesigner4779 • 24 days ago    ···

### Warriors in twow in comparison to vanilla

Hey all, since anniversary is coming to an end and I don't wanna go to tbc I thought it might be a good opportunity to hop in twow. In Anni I was playing double warrior and Been doing a lot of speedrunning. We all know that warriors are the uncontested PvE gods in vanilla. I wonder if that is still the case in Twow. So is warrior with wbuffs still gapping every other class or are the twow changes so significant that the meta shifted? For healers: is priest in twow still best healer? Edit: is weapon skill as game changing as it is in vanilla?

Question

⇧ 27 ⇩    ○ 51    ⍾    ⇱ Share

🐢 u/pavelcai • 24 days ago    ···

### Lineage 2 player, new in WoW

Hello, good evening. As the title says, I'm a Lineage 2 player, and I want to try WoW. I've read that this server is the most populated and friendly for newcomers. I need a mini-guide to the game (I don't know if one exists, starting from the very basics) and some tips to get me started. Thanks everyone.

⇧ 1 ⇩    ○ 7    ⍾    ⇱ Share

🐢 u/LimitCompetitive2946 • 23 days ago    ···

### the shaman situation

Enhancement shamans on Turtle WoW feel fundamentally overpowered because the server's class tuning, itemization, and encounter pacing all stack in their favor simultaneously, turning what should be a volatile hybrid spec into a consistently dominant force in both PvE and PvP. With Windfury procs scaling absurdly well off readily available slow weapons, an abundance of strength and attack power on custom or reintroduced gear, and buffs that are easier to maintain in Turtle's slower, more deliberate combat environment, enhancement shamans deliver burst damage that outpaces intended vanilla limits while retaining utility no pure DPS class c...

⇧ 0 ⇩    ○ 14    ⍾    ⇱ Share

🐢 u/PumaTurtle223 • 24 days ago    ···

### Did any one manage to "Splitscreen" Wow?

I know that there are "third party" software, that allow for some games to be opened in 2 different windows (aka to be running 2 times) And having 2 key boards and mouse for bith Games, to controll them seperatly at the same time. Like that Halo Coop mod om nexus mod... or the Old Stardew Valley "Splitscreen" mod. Or for minecraft. But did any one manage to do that for WoW (specually for Turtle twow )? And or, would it be even allowed? I know dual boxing with 2 windows would be okay, as long as some rules arent broken. Tho i dunno if that breaks them... I wanna Couch Coop with my wife... i know sound crazy but... it is managable. We already...

---

### Turtle WoW Team — Mysteries of Azeroth

Mysteries of Azeroth — is a story expansion made by the Turtle WoW Team, inspired by the Warcraft universe of Blizzard Entertainment.

🗓 Created Sep 10, 2018
🌐 Public

**92K**
Weekly visitors

**2.6K**
Weekly contributions

**R/TURTLEWOW RULES**

1   Be respectful                      ⌄
2   Only Turtle WoW Content            ⌄
3   Requesting for support             ⌄
4   Posting media                      ⌄
5   Flair your posts                   ⌄
6   Low effort posts                   ⌄

**DISCORD**

Turtle-WoW
Join us on Discord!

**POST FLAIR**

Discussion   Screenshot   Artwork
Question   Video / Media   AddOns
Meta

**LINKS**

Homepage
Forums
Report a bug
YouTube
Instagram
Twitter
Discord

Document title: Turtle WoW Team — Mysteries of Azeroth
Capture URL: https://www.reddit.com/r/turtlewow/
Capture timestamp (UTC): Wed, 07 Jan 2026 16:58:14 GMT

Case 2:25-cv-08194-SVW-SK Document 41-3 Filed 01/12/26 Page 195 of 365 Page ID #:1106

that breaks them... I wanna Couch Coop with my wife... I know sound crazy but... it is managable. We already...

⬆ 2 ⬇   💬 4   Ⓠ   ↪ Share

**u/Unique_Ad_330** • 24 days ago                    ⋯

### Which of my tanks is tankier would you say?

Discussion



⬆ 3 ⬇   💬 48   Ⓠ   ↪ Share

**u/SpitFiya7171** • 24 days ago                    ⋯

### Does anyone have a good clean guide that explains better how to install Vanilla Fixes, Vanilla Tweaks, and SuperWoW on Steam Deck?

EDIT: I've figured it out folks. Turns out my major issue i was encountering was that after adding the WoW_tweaked.exe file and running the game, my dlls.txt file was changing and dropping scripts. So after I got SuperWoW into the directory and the SuperAPI into the addons folder, I had to manually go back and add my Interact.dll and SuperWoWhook.dll. Everything is working now, I have the minimap button for SuperAPI and autoloot and interact all work how they should. Thanks for all the help!! Everything I find is just not accurate or unclear. I haven't had much luck getting this installed. I believe I have VanillaFixes.exe correctly installed since...

⬆ 6 ⬇   💬 11   Ⓠ   ↪ Share

**u/Triple_Stamp_Lloyd** • 24 days ago                    ⋯

### Tier Tokens.

I'm guessing this has been brought up a few times. But what is the communities thoughts on having tier tokens drop in raids like in SOD. I know it's not how vanilla was, but there are a lot of things on TWoW that aren't how vanilla was. In my raids I'm tired of seeing the same class gear drop every single raid, and in a lot of cases no one needs the items because they already have them (I'm looking at you druids and hunters.)

Discussion

### Turtle WoW Team — Mysteries of Azeroth

Mysteries of Azeroth — is a story expansion made by the Turtle WoW Team, inspired by the Warcraft universe of Blizzard Entertainment.

🕮 Created Sep 10, 2018
🌐 Public

**92K**                    **2.6K**
Weekly visitors            Weekly contributions

**R/TURTLEWOW RULES**

1  Be respectful                          ⌄
2  Only Turtle WoW Content                ⌄
3  Requesting for support                 ⌄
4  Posting media                          ⌄
5  Flair your posts                       ⌄
6  Low effort posts                       ⌄

**DISCORD**

Turtle-WoW
Join us on Discord!

**POST FLAIR**

Discussion   Screenshot   Artwork
Question   Video / Media   AddOns
Meta

**LINKS**

Homepage
Forums
Report a bug
YouTube
Instagram
Twitter
Discord

Document title: Turtle WoW Team — Mysteries of Azeroth
Capture URL: https://www.reddit.com/r/turtlewow/
Capture timestamp (UTC): Wed, 07 Jan 2026 16:58:14 GMT
Page 140 of 144



Document title: Turtle WoW Team — Mysteries of Azeroth
Capture URL: https://www.reddit.com/r/turtlewow/
Capture timestamp (UTC): Wed, 07 Jan 2026 16:58:14 GMT



## Turtle WoW Team — Mysteries of Azeroth

Mysteries of Azeroth — is a story expansion made by the Turtle WoW Team, inspired by the Warcraft universe of Blizzard Entertainment.

🗓 Created Sep 10, 2018
🌐 Public

**92K**
Weekly visitors

**2.6K**
Weekly contributions

**R/TURTLELOW RULES**

1 Be respectful ⌄

2 Only Turtle WoW Content ⌄

3 Requesting for support ⌄

4 Posting media ⌄

5 Flair your posts ⌄

6 Low effort posts ⌄

**DISCORD**

Turtle-WoW
Join us on Discord!

**POST FLAIR**

Discussion · Screenshot · Artwork · Question · Video / Media · AddOns · Meta

**LINKS**

Homepage
Forums
Report a bug
YouTube
Instagram
Twitter
Discord

---

ihop.com — Learn More

⬆ Vote ⬇ · 💬 5 · ↗ Share

🧑 u/SmartieCereal • 25 days ago · ...

### Hunter pets keep running away

I'm playing a hunter and every time I capture a new pet it runs away within the first 5-10 minutes. It's happened with 5 pets in a row. I'm feeding them and they have a green smiley face when I check their stats and I'm not going afk so I'm not sure why they're just deciding to run off every time. Am I missing something? Edit: It turns out I couldn't find the right happiness indicator because of a UI addon and I wasn't feeding it enough.

⬆ 10 ⬇ · 💬 18 · 🏷 · ↗ Share

🧑 u/Chazq2012 • 25 days ago · ...

### Having an issue with PfQuest/PfQuest-Turtle

`Question`

⬆ 18 ⬇ · 💬 7 · 🏷 · ↗ Share

🧑 u/Massacre514 • 25 days ago · ...

### Anyone get Programers socks to drop from Christmas event yet?

I need them bad boys for my male orc

⬆ 8 ⬇ · 💬 5 · 🏷 · ↗ Share

Document title: Turtle WoW Team — Mysteries of Azeroth
Capture URL: https://www.reddit.com/r/turtlewow/
Capture timestamp (UTC): Wed, 07 Jan 2026 16:58:14 GMT
Page 142 of 144

I need them bad boys for my male orc

⬆ 8 ⬇   💬 5   Ҩ   ↗ Share

**u/Human_Nr19980203** • 25 days ago   •••

### Mods ?

Hello, I find some part of game very hard like I was finding today a „mine" as fresh blood elve. Quest didn't mention localization and I ventured north instead tak a quick left… it took me almost 2 hours to find this place x) Is there any mods I can download? Like quest tracker, etc. ?

⬆ 2 ⬇   💬 3   Ҩ   ↗ Share

**u/RobleViejo** • 25 days ago   •••

### Just hit lvl 18 with my Tauren Druid and I wanna know where to go leveling next

Title. Im in The Barrens since the last two weeks (I dont play much) and Im honestly fed up. I wanna go somewhere else. I did the Torta mount quest and I enjoyed my walk through Ashenvale but it is an Alliance zone and I dont wanna get noscoped by Alliance NPC. To clarify: Im not into PvP or RP at all, heck Im not even into Dungeons and Raids, Im just a very casual player who likes to go around the map completing Quests. Bonus question: What Mounts look good on Taurens besides Kodos? My guy looks very goofy riding a turtle half its size.

`Question`

⬆ 3 ⬇   💬 14   Ҩ   ↗ Share

**u/Own-Efficiency-9941** • 25 days ago   •••

### fresh lvl 60 mage

What spec should I go as low geared mage? arcane or frost. i will have dual so i can make proper build. ty

⬆ 6 ⬇   💬 5   Ҩ   ↗ Share

**u/AdAcceptable3300** • 26 days ago   •••

### UBRS

Kind of a rant if you will, but I'm so tired of trying to get my priest mantle for my .5 dungeon set ans everyone skipping the boss lol, I even mention it ans they are all like well we can do it if you heal and nope.. than I just bounce out shouldn't be this difficult is priest the only people that have this issue?

⬆ 22 ⬇   💬 28   Ҩ   ↗ Share

**u/twistedtea** • Promoted   •••

**It's your lucky day, Reddit. 8% Twisted Tea is calling your name.**



---

### Turtle WoW Team — Mysteries of Azeroth

Mysteries of Azeroth — is a story expansion made by the Turtle WoW Team, inspired by the Warcraft universe of Blizzard Entertainment.

🔒 Created Sep 10, 2018
🌐 Public

**92K**          **2.6K**
Weekly visitors   Weekly contributions

**R/TURTLEWOW RULES**

| 1 | Be respectful | ⌄ |
| 2 | Only Turtle WoW Content | ⌄ |
| 3 | Requesting for support | ⌄ |
| 4 | Posting media | ⌄ |
| 5 | Flair your posts | ⌄ |
| 6 | Low effort posts | ⌄ |

**DISCORD**

Turtle-WoW
Join us on Discord!

**POST FLAIR**

`Discussion`  `Screenshot`  `Artwork`
`Question`  `Video / Media`  `AddOns`
`Meta`

**LINKS**

Homepage
Forums
Report a bug
YouTube
Instagram
Twitter
Discord

517



twistedtea.com

**Shop Now**

⬆ Vote ⬇    💬 0    ↗ Share

**u/Most-Round-4132** • 25 days ago                    ···

### Just downloaded, loaded in on the medium pop west europe? pvp server as a high elf and its quite dead

maybe its the time of day, but everything I researched implied the opposite would be true, is there a better server even though they say low pop? Do folks just not roll high elves because the racial seems meh compared to say gnome for pvp? Or do I need to go to a dif region even though im NA and ping would suffer? Sorry for the noob questions

Question

⬆ 0 ⬇    💬 17    🔇    ↗ Share

**u/Teo_Verunda** • 27 days ago                    ···

### Shoutout to my guild bringing me on my very first RP event. <3 Didn't even know you could raid Major Cities like this.

Screenshot

Turtle WoW Team — Mysteries of Azeroth

Mysteries of Azeroth — is a story expansion made by the Turtle WoW Team, inspired by the Warcraft universe of Blizzard Entertainment.

🏛 Created Sep 10, 2018
🌐 Public

**92K**          **2.6K**
Weekly visitors    Weekly contributions

**R/TURTLEWOW RULES**

| 1 | Be respectful | ⌄ |
| 2 | Only Turtle WoW Content | ⌄ |
| 3 | Requesting for support | ⌄ |
| 4 | Posting media | ⌄ |
| 5 | Flair your posts | ⌄ |
| 6 | Low effort posts | ⌄ |

**DISCORD**

Turtle-WoW
Join us on Discord!

**POST FLAIR**

Discussion   Screenshot   Artwork
Question   Video / Media   AddOns
Meta

**LINKS**

**Homepage**
**Forums**
**Report a bug**
**YouTube**
**Instagram**
**Twitter**
**Discord**

518

EXHIBIT 26

Page Vault

| | |
|---|---|
| Document title: | Lag during the Afternoons from SoCal? : r/turtlewow |
| Capture URL: | https://www.reddit.com/r/turtlewow/comments/1mbu63v/ lag_during_the_afternoons_from_socal/ |
| Page loaded at (UTC): | Wed, 15 Oct 2025 21:52:12 GMT |
| Capture timestamp (UTC): | Wed, 15 Oct 2025 21:52:13 GMT |
| Capture tool: | 3.15.0 |
| Collection server IP: | 3.81.216.85 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/139.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 5 |
| Capture ID: | x5VHybRy8gsvdYnyJfzm4C |
| Display Name: | cbg |

r/turtlewow · 3mo ago
klurejr

## Lag during the Afternoons from SoCal?

If you are playing from Southern California are you noticing odd lag in the late mornings and early to mid afternoon?

- - - - - - -

Here is what I have noticed. The local game client will still be responsive. I can move my character around and all the game files for the maps load up with no issues. I am assuming that all of that content is part of the local game client and only the NPC's, Mobs and other players are coming from the Servers themselves. When the lag spikes hit I can no longer interact with Vendors or Taxis. I cannot mount/dismount or cast any spells. HOWEVER all of my input is still making it to the servers in Europe. My guild can still see my Guild Chat - Spells I am casting still go through - etc. Just nothing is getting back to me. Sometimes if I wait the game will catch up and all the data will come back in a rush - essentially I watch the game in fast forward. Other times I have to force quit the game and then re-launch. Sometimes rebooting my computer helps - other times it does not make a difference. I have tried disabling all my Mods - same thing. I have tried disabling all my addons - same thing. I did a full re-install of the

Read more ⌄

⬆ 2 ⬇    💬 2    ⚲    ↗ Share

---

OceanDriveStudio · Promoted    ···

Lost Eidolons Crown and Curse Bundle at 52% off! 2 SRPG games for price of 1!

store.steampowered.com    **Play Now**

---

Join the conversation

Sort by: Best ⌄    🔍 Search Comments

**ArgonianFly** · 3mo ago
I'm in Washington and I notice spikes in ping in the late evening around 10pm every day. It's not just this game though, it's my isp I think.

⬆ 2 ⬇    ⤺ Reply    ⚲ Award    ↗ Share    ···

**The_Real_Giannis** · 3mo ago
⭐ Top 1% Commenter
At least from NorCal, I don't experience any of these issues. However I play other games with some friends in SoCal and it always seems like their internet is terrible. Maybe it's a SoCal thing lmao

⬆ 1 ⬇    ⤺ Reply    ⚲ Award    ↗ Share    ···

---

## Related Answers

Best character builds in Mysteries of Azeroth    ›

Hidden lore secrets in Turtle WoW expansions    ›

Unique classes introduced by Turtle WoW Team    ›

Epic boss fights in Mysteries of Azeroth    ›

Role-playing tips for Turtle WoW players    ›

**New to Reddit?**
Create your account and connect with a world of communities.

G    Continue with Google
✉    Continue with Email
☎    Continue With Phone Number

By continuing, you agree to our User Agreement and acknowledge that you understand the Privacy Policy.

r/turtlewow · 9mo ago
Never experienced so many toxic players
105 upvotes    148 comments

r/turtlewow · 17d ago
Is this allowed ?
18 comments

r/turtlewow · 2mo ago
I think I'll wait a few weeks before leveling....
213 upvotes    45 comments

r/turtlewow · 1mo ago
Why arent the servers lagging?
104 upvotes    46 comments

r/skyrimmods · 3mo ago
Constant Lag Spikes In Same Exterior Locations - Skyrim AE
1 upvote    4 comments

r/turtlewow · 2mo ago
At least I tried :')

---

Reddit, Inc. © 2025. All rights reserved.

521



Document title: Lag during the Afternoons from SoCal? : r/turtlewow
Capture URL: https://www.reddit.com/r/turtlewow/comments/1mbu63v/lag_during_the_afternoons_from_socal/
Capture timestamp (UTC): Wed, 15 Oct 2025 21:52:13 GMT



r/turtlewow • 1mo ago

**Do you keep playing?**

23 comments

r/turtlewow • 8mo ago

**Just roleplayed for the first time, and it actually made my day**

83 upvotes · 8 comments

r/turtlewow • 16d ago

**First time WoW player, considering rerolling from mage. Need advice.**

36 comments

r/turtlewow • 6mo ago

**This Game is Amazing**

214 upvotes · 21 comments

r/turtlewow • 6d ago

**Help**

10 upvotes · 17 comments

r/turtlewow • 4mo ago

**Finding the community very frustrating.**

20 comments

r/turtlewow • 1mo ago

**Sometimes you just got to stop and take a breath.**

126 upvotes · 12 comments

r/turtlewow • 9d ago

**What server to play**

1 upvote · 11 comments

r/turtlewow • 2mo ago

**If the new update is not working do this**

21 upvotes · 2 comments

r/diablo4 • 3mo ago

**Unbearable lag when attempting Under City.**

9 upvotes · 1 comment

VIEW POST IN

Русский

Hindi

**r/turtlewow**    Join

**Turtle WoW Team — Mysteries of Azeroth**
Mysteries of Azeroth — is a story expansion made by the Turtle WoW Team, inspired by the Warcraft universe of Blizzard…

**Show more**

Document title: Lag during the Afternoons from SoCal? : r/turtlewow
Capture URL: https://www.reddit.com/r/turtlewow/comments/1mbu63v/lag_during_the_afternoons_from_socal/
Capture timestamp (UTC): Wed, 15 Oct 2025 21:52:13 GMT



524

Document title: Lag during the Afternoons from SoCal? : r/turtlewow
Capture URL: https://www.reddit.com/r/turtlewow/comments/1mbu63v/lag_during_the_afternoons_from_socal/
Capture timestamp (UTC): Wed, 15 Oct 2025 21:52:13 GMT
Page 4 of 4

Page Vault

| | |
|---|---|
| Document title: | Anyone playing from west coast of NA? : r/turtlewow |
| Capture URL: | https://www.reddit.com/r/turtlewow/comments/1g9qn7y/ anyone_playing_from_west_coast_of_na/ |
| Page loaded at (UTC): | Wed, 15 Oct 2025 21:52:34 GMT |
| Capture timestamp (UTC): | Wed, 15 Oct 2025 21:52:36 GMT |
| Capture tool: | 3.15.0 |
| Collection server IP: | 3.81.216.85 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/139.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 6 |
| Capture ID: | sjifQJ34dUaHY24ixtyZoE |
| Display Name: | cbg |

r/turtlewow · 1y ago
tinylittlebabyjesus

## Anyone playing from west coast of NA?

I've been investing some time into a character here, and am wondering if I should continue because the lag the last few days has been hanging around 500ms. Usually when it's not bad, it's at 160ms. But that's about as good as it gets.

Personally, for me being above 200ms becomes a bit too much for my taste when it comes to being able to PvP and PvE well. Anyone from this region have experience on the PvE server at 60? Is it playable? Worries I won't be able to raid when needed or play when I want to.

Oh, also, I tried exitlag's free trial during the recent multiple day lav event, and it didn't really do anything. I'm still wondering if it might help when there isn't extraordinary lag.

⇧ 5 ⇩     💬 26     🔔     ↗ Share

OSRS_Game · Promoted

Hey buddy... wanna play some RuneScape?

Download                                    gsght.com

### Related Answers

**Best character builds in Mysteries of Azeroth** ›

**Hidden lore secrets in Turtle WoW expansions** ›

**Unique classes introduced by Turtle WoW Team** ›

**Epic boss fights in Mysteries of Azeroth** ›

**Role-playing tips for Turtle WoW players** ›

### New to Reddit?

Create your account and connect with a world of communities.

G    Continue with Google

✉    Continue with Email

📱    Continue With Phone Number

By continuing, you agree to our User Agreement and acknowledge that you understand the Privacy Policy.

---

Join the conversation

Sort by: Best ⌄        🔍 Search Comments

---

**DylLeslie** · 1y ago

West coast Canada here. Lowest I can ever get is 150 ms. Whether I've used wifi or cable, it won't go lower.

⇧ 4 ⇩    💬 Reply    🏆 Award    ↗ Share    ⋯

**jackwatsonOHyeah** · 1y ago

Unfortunately for us US players it's not ideal. I can only get 110ms and I'm on US East. You can really feel the lag when trying to use any 2 globals back to back. Just play for casual memberberries on twow and I guess official era if you want smooth gameplay.

⇧ 4 ⇩    💬 Reply    🏆 Award    ↗ Share    ⋯

**21Khal** · 1y ago

It will get better with the Unreal client and spell queueing.

⊖  ⇧ 4 ⇩    💬 Reply    🏆 Award    ↗ Share    ⋯

> **tinylittlebabyjesus** OP · 1y ago
>
> So how does the Unreal benefit the latency? My peasant brain is uninformed in these matters.
>
> ⊖  ⇧ 0 ⇩    💬 Reply    🏆 Award    ↗ Share    ⋯

>> **AvesAvi** · 1y ago
>>
>> spell queueing
>>
>> ⇧ 2 ⇩    💬 Reply    🏆 Award    ↗ Share    ⋯

---

r/turtlewow · 6mo ago

**Turtle WoW 2025-2026 Roadmap**

545 upvotes · 92 comments

r/turtlewow · 10mo ago

**So...how is turtle wow?**

55 upvotes · 85 comments

r/turtlewow · 1y ago

**Can you explain me like I'm 5 why Turtle WoW hasn't been taken down after all thes...**

42 upvotes · 93 comments

r/turtlewow · 4mo ago

**Turtle WoW is what WoW should be**

440 upvotes · 155 comments

r/turtlewow · 4mo ago

**What is turtle wow?**

62 upvotes · 52 comments

r/turtlewow · 20d ago

**First time player - never played WoW at all. Is Turtle WoW grindy? Plus other questions.**

---

526



AvesAvi • 1y ago

spell queueing

⬆ 2 ⬇  ◯ Reply  🏆 Award  ↗ Share  ⋯

21Khal • 1y ago

Spell queueing is a system in modern wow where a spell you press again during a cast well automatically cast right after the first one goes off, so you are not affected by ping. Not present in 1.12 vanilla client, will get added in the Unreal update.

⬆ 1 ⬇  ◯ Reply  🏆 Award  ↗ Share  ⋯

⊕ 1 more reply

[deleted] • 1y ago

NA West coast here; typ for me is 160ms, just as you say. Hadn't really had problems w/ it being higher often at all. If anything wonkiness just before random server reboot has been more of an issue for me. But I'm just leveling pve atm, so...

honestly, knowing how the internet is set up it's amazing AF to me it works nearly as well, nearly as often as it does!

i agree 500ms makes things less fun, even for a casual, but I haven't had that very often at all.

⊖  ⬆ 2 ⬇  ◯ Reply  🏆 Award  ↗ Share  ⋯

tinylittlebabyjesus OP • 1y ago

Totally, we're playing on a server on the other side of the world. It's pretty nice that it's possible, and not worse, like you said.

⬆ 1 ⬇  ◯ Reply  🏆 Award  ↗ Share  ⋯

SMITE2_Official • Promoted  ⋯

Beta is here.

gsght.com

[deleted] • 1y ago • Edited 1y ago

South Louisiana and I never go above 115ms. There is also a .dll that you can install that helps with latency. Basically it doesn't wait for the server to acknowledge that you're done casting and allows you to immediately cast another spell. I just can't remember the name of the file. 500ms is crazy. I'd do a tracert when it's bad and another one when it's fine and see if the routing is changing when it happens. Your isp should be able to help if you find an issue.

https://github.com/namreeb/nampower ^ thats the addon

⊖  ⬆ 1 ⬇  ◯ Reply  🏆 Award  ↗ Share  ⋯

tinylittlebabyjesus OP • 1y ago

Thanks for the suggestions, I'll try the tracert and check out that addon.

⬆ 2 ⬇  ◯ Reply  🏆 Award  ↗ Share  ⋯

hellishdelusion • 1y ago

Lag on vanilla client is made worse without a fix. I forget of the name of the fix

---

r/turtlewow • 20d ago

**First time player - never played WoW at all. Is Turtle WoW grindy? Plus other questions.**

9 upvotes · 50 comments

r/turtlewow • 10d ago

**Most fun dos class**

33 comments

r/turtlewow • 2mo ago

**I hate myself for asking this but...**

18 upvotes · 84 comments

r/turtlewow • 2y ago

**US players**

13 upvotes · 23 comments

r/turtlewow • 1mo ago

**Having never played wow, is turtle a good place to jump into?**

50 upvotes · 40 comments

r/turtlewow • 24d ago

**No way this cant be real**

144 upvotes · 38 comments

r/turtlewow • 8mo ago

**Are there only 2 realms regardless of region/client ver?**

12 upvotes · 63 comments

r/turtlewow • 7d ago

**First time playing WoW Which Realm should I pick**

5 upvotes · 21 comments

r/turtlewow • 17d ago

**Is this allowed ?**

18 comments

r/turtlewow • 10mo ago

**SA server will divide and isolate the community...**

98 upvotes · 41 comments

r/turtlewow • 10d ago

**Professions as a newbie to WoW**

14 upvotes · 21 comments

r/turtlewow • 3mo ago

**Any lack of classes/roles?**

15 upvotes · 26 comments

Reddit, Inc. © 2025. All rights reserved.

Document title: Anyone playing from west coast of NA? : r/turtlewow
Capture URL: https://www.reddit.com/r/turtlewow/comments/1g9qn7y/anyone_playing_from_west_coast_of_na/
Capture timestamp (UTC): Wed, 15 Oct 2025 21:52:36 GMT



Document title: Anyone playing from west coast of NA? : r/turtlewow
Capture URL: https://www.reddit.com/r/turtlewow/comments/1g9qn7y/anyone_playing_from_west_coast_of_na/
Capture timestamp (UTC): Wed, 15 Oct 2025 21:52:36 GMT



I'm Seattle as well! Heya pnw buds!

**Chriswing** · 1y ago

PnTWoW buds!

⬆ 1 ⬇  ◯ Reply  🏅 Award  ↪ Share  ⋯

**tinylittlebabyjesus** OP · 1y ago

I've got tweaks. Don't have the unreal client like someone else suggested. I don't have the knowledge of how that would help but I'm down to give it a try, along with the .dll file someone else mentioned. Gonna try following up with them.

⊖  ⬆ 0 ⬇  ◯ Reply  🏅 Award  ↪ Share  ⋯

**AvesAvi** · 1y ago

Don't have the unreal client like someone else suggested

Not out until 2025 at the earliest

⬆ 2 ⬇  ◯ Reply  🏅 Award  ↪ Share  ⋯

**lbinot** · 1y ago

This lag is localized to you, not a regional issue. I have always played from CA / WA.

⊖  ⬆ 1 ⬇  ◯ Reply  🏅 Award  ↪ Share  ⋯

**tinylittlebabyjesus** OP · 1y ago · Edited 1y ago

Not sure what the issue is in that case then; I've got good internet, a pretty decent computer, and use ethernet. To be honest, not sure if my router is good or not. I could always try asking my ISP after I've tried some other stuff. Also, not sure if you're CA in Canada or CA as in California. I'm in the latter. I suppose this might mean there's hope.

⬆ 1 ⬇  ◯ Reply  🏅 Award  ↪ Share  ⋯

**Arraris** · 1y ago

Portland OR. I average like 50ms

⬆ 1 ⬇  ◯ Reply  🏅 Award  ↪ Share  ⋯

**_Monsterguy_** · 1y ago
⭐ Top 1% Poster

Others have suggested Nampower, try this version as it's in active development - https://github.com/pepopo978/nampower

⬆ 1 ⬇  ◯ Reply  🏅 Award  ↪ Share  ⋯

529



Document title: Anyone playing from west coast of NA? : r/turtlewow
Capture URL: https://www.reddit.com/r/turtlewow/comments/1g9qn7y/anyone_playing_from_west_coast_of_na/
Capture timestamp (UTC): Wed, 15 Oct 2025 21:52:36 GMT
Page 5 of 5

Page Vault

| | |
|---|---|
| Document title: | US players : r/turtlewow |
| Capture URL: | https://www.reddit.com/r/turtlewow/comments/16pu3td/us_players/ |
| Page loaded at (UTC): | Wed, 15 Oct 2025 21:52:25 GMT |
| Capture timestamp (UTC): | Wed, 15 Oct 2025 21:52:26 GMT |
| Capture tool: | 3.15.0 |
| Collection server IP: | 3.89.205.30 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/139.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 5 |
| Capture ID: | ui5gYgavwDETpDf5yGUWMg |
| Display Name: | cbg |

Log In

# US players

← r/turtlewow · 2y ago
Comparison_Long

···

Is there any US players on turtle wow? If so how's the ping?

↑ 13 ↓   💬 23   ⊘   ↗ Share

**PlayAlbionOnline** · Promoted ···

Crowded towns, intense PVE, real PVP risk! Ditch the grind, Play Now in a living MMMPG world.



albiononline.com                    [ Play Now ]

Join the conversation

Sort by: Best ⌄          🔍 Search Comments

**CaptainOldboy** · 2y ago

NE New England, I get 99 ping consistently. Only jumps up if it's a huge crowd like Stormwind.

⊖ ↑ 6 ↓   💬 Reply   ⊘ Award   ↗ Share   ···

> **stopdmingmehoes** · 2y ago
>
> how the fk you get higher ping in england than ppl in us
>
> ⊖ ↑ 1 ↓   💬 Reply   ⊘ Award   ↗ Share   ···
>
> > **Technical_Airline205** · 2y ago
> >
> > NEW England, the part of England which is no longer in England.
> >
> > ↑ 6 ↓   💬 Reply   ⊘ Award   ↗ Share   ···
> >
> > ⊕ 1 more reply

**xdreakx** · 2y ago

i get 84-91 usually

↑ 5 ↓   💬 Reply   ⊘ Award   ↗ Share   ···

**beeatenbyagrue** · 2y ago

Haven't been on much recently but was 90 from the east coast for years for me.

↑ 4 ↓   💬 Reply   ⊘ Award   ↗ Share   ···

**benjewmant** · 2y ago

175-190 in Alaska

⊖ ↑ 3 ↓   💬 Reply   ⊘ Award   ↗ Share   ···

> **AKYAR** · 2y ago
>
> Me too!
>
> ↑ 2 ↓   💬 Reply   ⊘ Award   ↗ Share   ···

## Related Answers

US players experience on Turtle WoW ›

Turtle WoW server options for North America ›

Turtle WoW registration process ›

Turtle WoW fresh realm details ›

Turtle WoW server status updates ›

---

### New to Reddit?

Create your account and connect with a world of communities.

[G] Continue with Google

[✉] Continue with Email

[📱] Continue With Phone Number

By continuing, you agree to our User Agreement and acknowledge that you understand the Privacy Policy.

r/turtlewow · 10mo ago
So...how is turtle wow?
55 upvotes · 85 comments

r/turtlewow · 1y ago
Can you explain me like I'm 5 why Turtle WoW hasn't been taken down after all thes...
42 upvotes · 93 comments

r/turtlewow · 1y ago
Anyone playing from west coast of NA?
5 upvotes · 26 comments

r/turtlewow · 1y ago
how to play turtle wow
14 upvotes · 13 comments

r/turtlewow · 6mo ago
Turtle WoW 2025-2026 Roadmap
545 upvotes · 92 comments



r/turtlewow · 10mo ago
Turtle WoW: Coming Soon to South America!
113 upvotes · 46 comments

ANUNCIO
youtu

r/MMORPG · 2mo ago

### TOPICS

Internet Culture (Viral) ⌄
Games ⌄
Q&As ⌄
Technology ⌄
Pop Culture ⌄
Movies & TV ⌄

See more

### RESOURCES

About Reddit
Advertise
Reddit Pro BETA
Help
Blog
Careers
Press

Communities
Best of Reddit
Topics

Reddit Rules
Privacy Policy
User Agreement
Accessibility

Reddit, Inc. © 2025. All rights reserved.

Document title: US players : r/turtlewow
Capture URL: https://www.reddit.com/r/turtlewow/comments/16pu3td/us_players/
Capture timestamp (UTC): Wed, 15 Oct 2025 21:52:26 GMT



AKYAR • 2y ago

Me too!

⬆ 2 ⬇  Reply  Award  Share  ⋯

snickers • Promoted

Caught watching r/NFL highlights at your desk. You're DISTRACTED when you're hungry. Snickers Satisfies.

Learn More

snickers.com

Spacedog1377 • 2y ago

US east coast here, usually get around 85

⬆ 3 ⬇  Reply  Award  Share  ⋯

KyleSavior • 2y ago

100-115 in Houston, TX area

⬆ 3 ⬇  Reply  Award  Share  ⋯

FightTomorrow • 2y ago

Never above 100ms for me on east coast. Usually in the 70s

⬆ 2 ⬇  Reply  Award  Share  ⋯

xolace • 2y ago

East coast -- About 80 on average

⬆ 2 ⬇  Reply  Award  Share  ⋯

Jonbergeron • 2y ago

I'm east coast solid 78 ms on fiber

⬆ 2 ⬇  Reply  Award  Share  ⋯

Bunnsallah • 2y ago

70 - 129 IA

⬆ 2 ⬇  Reply  Award  Share  ⋯

WileyOlVagarvis • 2y ago

Usually about 25-40 in California

⬆ 1 ⬇  Reply  Award  Share  ⋯

Official_ATT • Promoted

Learn how to get the all-new iPhone 17 Pro for $0 with eligible trade-in.

Learn More

att.com

Reddit, Inc. © 2025. All rights reserved.

---

Turtle WoW: Coming Soon to South America!

113 upvotes • 46 comments

r/MMORPG • 2mo ago

Blizzard Entertainment Inc. v Turtle WoW (Lawsuit filed August 29th 2025)

684 upvotes • 1.1K comments

r/turtlewow • 7mo ago

🐢 TURTLE WOW ARRIVES IN SOUTH AMERICA – LAUNCH...

28 upvotes • 5 comments

r/turtlewow • 4mo ago

What did they mean by this?

153 upvotes • 37 comments

r/turtlewow • 4mo ago

What is turtle wow?

62 upvotes • 52 comments

r/turtlewow • 9mo ago

I love this game :D

70 upvotes • 15 comments

r/turtlewow • 2mo ago

I hate myself for asking this but...

18 upvotes • 84 comments

r/turtlewow • 3d ago

There's no way

344 upvotes • 45 comments

r/turtlewow • 2mo ago

At least I tried :')

45 upvotes • 8 comments

r/turtlewow • 18d ago

Best group teammate ever!

84 upvotes • 14 comments

r/turtlewow • 2mo ago

Why are people so bad?

37 comments

r/turtlewow • 24d ago

Literally unplayable

203 upvotes • 36 comments

533



r/turtlewow · 24d ago
**Literally unplayable**
203 upvotes · 36 comments

r/turtlewow · 1mo ago
**How I see this community**
570 upvotes · 51 comments

r/turtlewow · 4d ago
**I just leave it here**
99 upvotes · 13 comments

r/turtlewow · 1mo ago
**What am I in for**
109 upvotes · 57 comments

r/turtlewow · 20d ago
**Really frustrated with the leveling as a new player**
4 upvotes · 104 comments

r/turtlewow · 1mo ago
**Best version of the game**
145 upvotes · 12 comments

r/turtlewow · 4d ago
**What's the big difference**
10 upvotes · 59 comments

r/turtlewow · 4mo ago
**This community is awesome**
81 upvotes · 22 comments

r/turtlewow · 2mo ago
**US Playable?**
11 comments

VIEW POST IN
Русский
한국어 (한국)
Tiếng Việt
中文
Français

---

**orangemilk101** · 2y ago

i VPN to europe so i'm closer to the servers, get about 110

⬆ 1 ⬇  💬 Reply  🏅 Award  ↗ Share  ···

**Will-B-Free** · 2y ago

Only like 60 for me on west coast

⬆ 1 ⬇  💬 Reply  🏅 Award  ↗ Share  ···

**[deleted]** · 2y ago

**lttttttt710** · 2y ago

I'm in NY and get like 100 ish I believe

⬆ 1 ⬇  💬 Reply  🏅 Award  ↗ Share  ···

**Commercial-Ad1685** · 5mo ago

I just started yesterday, trying to login from Dallas Texas, and I'm getting 4 to 5000 ping in stormwind, and even the rest of the area is pretty laggy, I've got fiber Internet

⊖  ⬆ 1 ⬇  💬 Reply  🏅 Award  ↗ Share  ···

    **TheMatchaDuck** · 1mo ago

    What region did you pick? EU?

    ⬆ 1 ⬇  💬 Reply  🏅 Award  ↗ Share  ···

**r/turtlewow**   [Join]

**Turtle WoW Team — Mysteries of Azeroth**
Mysteries of Azeroth — is a story expansion made by the Turtle WoW Team, inspired by the Warcraft universe of Blizzard…

Reddit, Inc. © 2025. All rights reserved.

534

Document title: US players : r/turtlewow
Capture URL: https://www.reddit.com/r/turtlewow/comments/16pu3td/us_players/
Capture timestamp (UTC): Wed, 15 Oct 2025 21:52:26 GMT

Page 3 of 4



Document title: US players : r/turtlewow
Capture URL: https://www.reddit.com/r/turtlewow/comments/16pu3td/us_players/
Capture timestamp (UTC): Wed, 15 Oct 2025 21:52:26 GMT

🔒 PageVault

| | |
|---|---|
| Document title: | Turtle WoW is what WoW should be : r/turtlewow |
| Capture URL: | https://www.reddit.com/r/turtlewow/comments/1l7tf1e/turtle_wow_is_what_wow_should_be/ |
| Page loaded at (UTC): | Wed, 15 Oct 2025 21:52:46 GMT |
| Capture timestamp (UTC): | Wed, 15 Oct 2025 21:52:47 GMT |
| Capture tool: | 3.15.0 |
| Collection server IP: | 3.89.205.30 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/139.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 7 |
| Capture ID: | wJv8uiFxEqqVWqfPBnbQqL |
| Display Name: | cbg |

reddit

Home
Popular
Answers BETA
Explore

TOPICS

Internet Culture (Viral)
Games
Q&As
Technology
Pop Culture
Movies & TV

See more

RESOURCES

About Reddit
Advertise
Reddit Pro BETA
Help
Blog
Careers
Press

Communities
Best of Reddit
Topics

Reddit Rules
Privacy Policy
User Agreement
Accessibility

Reddit, Inc. © 2025. All rights reserved.

**r/turtlewow** • 4mo ago
Jambogamebo

# Turtle WoW is what WoW should be

Discussion

I've played WoW since just before the burning crusade came out, slogged through every expansion reluctantly, Shadowlands was downright bad, Dragonflight was awful, TWW I can't be bothered to hit 80 and I find myself questioning why am I not having fun ? People swear by this slop and say it's good slop but perhaps they're just defending slop?

Then I try Turtle WoW never bothered with a private server before but this looks like the classic + people keep asking for from Blizzard but instead we got retail 2.0 with new class spells and no new quests just a few endgame dungeons.

Immediately right off the bat I'm having fun it feels exciting and I don't have to dish out $24 AUD a month to play the vanilla experience.

This game is great and my love for it has only been revived thanks to the team that made it, I didn't realise I've been spoon fed crap for years on end until I found something that actually tastes good.

Read more ⌄

⬆ 440 ⬇    💬 155    ⬡    ↪ Share

Join the conversation

Sort by: Best ⌄      🔍 Search Comments

**creamdonutcz** • 4mo ago

Recently I realized that Retail WoW is not MMORPG but Online Action RPG. You don't have to be social at all.

Try doing a dungeon without speaking in Turtle WoW (or even Classic for that matter).

⊖   ⬆ 53 ⬇   ↪ Reply   🏆 Award   ↪ Share   ⋯

**ForeignQuote8266** • 4mo ago

Haha. After a few wipes people tend to get talkative.

⬆ 35 ⬇   ↪ Reply   🏆 Award   ↪ Share   ⋯

**Winter_Court_3067** • 4mo ago

One of my main dislikes about retail compared to classic/turtle is that with turtle I've had people that I've just happened to run into multiple days in a row while doing dungeons or questing and we became friends. In retail you just queue up, silently speedrun a dungeon, and then leave without saying goodbye. Retail could be a single player rpg and it would make almost no difference

⊖   ⬆ 14 ⬇   ↪ Reply   🏆 Award   ↪ Share   ⋯

**Daroah** • 4mo ago

That was my favourite part of Classic WoW; you would keep running into the same people over and over while leveling because there's only so many places to go / you can only level so fast.

You end up forming these little relationships, like there was this undead mage who I would run into all the time while I was leveling my troll hunter. We first met while killing Quillboars in The Barrens; we kept running into each other, sometimes we would both join the

### Related Answers

Why Turtle WoW is better WoW experience >

Turtle WoW rival presence mechanics >

Turtle WoW anniversary event details >

Turtle WoW Wardens of Time reputation guide >

Turtle WoW Hateforge Quarry quest walkthrough >

### New to Reddit?

Create your account and connect with a world of communities.

G   Continue with Google

✉   Continue with Email

📱   Continue With Phone Number

By continuing, you agree to our User Agreement and acknowledge that you understand the Privacy Policy.

r/turtlewow • 4mo ago
Turtle wow ruined wow for me
351 upvotes · 146 comments

r/turtlewow • 8d ago
Is it worth starting Turtle Wow now??
79 upvotes · 99 comments

r/turtlewow • 2mo ago
Turtle WoW: Feels like + classic +
471 upvotes · 73 comments

r/turtlewow • 2mo ago
I'm struggling with Turtle WoW - and why that's a good thing
198 upvotes · 74 comments

r/aww • 5d ago
Update to Box Turtle nest hatch post from 2 weeks ago. All 5...
9K upvotes · 132 comments

r/turtlewow • 1mo ago
I understand Turtle WoW is very group driven
62 upvotes · 86 comments

Document title: Turtle WoW is what WoW should be : r/turtlewow
Capture URL: https://www.reddit.com/r/turtlewow/comments/1l7f1e/turtle_wow_is_what_wow_should_be/
Capture timestamp (UTC): Wed, 15 Oct 2025 21:52:47 GMT
Page 1 of 6



only so many places to go / you can only level so fast.

You end up forming these little relationships, like there was this undead mage who I would run into all the time while I was leveling my troll hunter. We first met while killing Quillboars in The Barrens; we kept running into each other, sometimes we would both join the same group for a dungeon, or we'd both be doing the same quest and stumble upon each other.

⬆ 3 ⬇    💬 Reply    🏆 Award    ↗ Share    •••

⊕ 2 more replies

[deleted] • 4mo ago

Every Gilneas City run my eyes light up when a member inevitably says "this is my first time here." I feel like every run there is atleast one new player, and they always end up loving the dungeon by the end.

I know it's not the hardest or the most mechanics, but there is a good bit of knowledge required for optimal pathing, quest locations and not pulling 3 camps because the damn justicaar pats with a 50 mile aggro range lol so between that, the overall vibes, solid loot and all the mechanics there's never a shortage of things to talk about.

⬆ 7 ⬇    💬 Reply    🏆 Award    ↗ Share    •••

unevenestblock • 4mo ago

It's my first time, soon... when I get on next.

⬆ 3 ⬇    💬 Reply    🏆 Award    ↗ Share

SynapseNotFound • 4mo ago

Online Action RPG.

There's no RPG elements in that game at all :/

⬆ 6 ⬇    💬 Reply    🏆 Award    ↗ Share    •••

creamdonutcz • 4mo ago

What do you mean. Technically, there is gear, talents... you can literally role-play on some servers.

But I would agree, it doesn't feel like one.

⬆ 5 ⬇    💬 Reply    🏆 Award    ↗ Share    •••

⊕ 2 more replies

⊕ 16 more replies

SynapseNotFound • 4mo ago

I've always wondered why blizzard forgot the NAME they gave the game.

the world of warcraft. We started great, back in the day... and of course, exploring the dark portal is sort of ... expected, right, then wotlk with northrend, sorta expected too given the warcraft 3 content.

And then finally, we returned to the world we all fell in love with, and it was updated.. But they ruined it, in a lot of weird ways.

and after that they forgot all the other parts of azeroth they left unfinished

not to mention the gameplay got worse and worse. It was all min maxing, ilvl (epeen) and everything had to go as fast as possible. epics rewarded left and right for mindless activities. No attunement, all dungeons are just charging and aoe the whole room..

I'm SO happy i found the turtle servers. The team are doing such an awesome job.

⊖ ⬆ 38 ⬇    💬 Reply    🏆 Award    ↗ Share    •••

---

9K upvotes • 132 comments

r/turtlewow • 1mo ago

**I understand Turtle WoW is very group driven**

62 upvotes • 66 comments

r/turtlewow • 5mo ago

**Turtlelow made me realise something**

335 upvotes • 80 comments

r/turtlewow • 10mo ago

**So...how is turtle wow?**

55 upvotes • 85 comments

r/turtlewow • 3mo ago

**Is turtle wow good?**

50 upvotes • 83 comments

r/turtlewow • 4mo ago

**My biggest fear for turtle wow 2.0**

50 upvotes • 101 comments

r/turtlewow • 8mo ago

**Something I LOVE about Turtle Wow**

111 upvotes • 37 comments

r/turtlewow • 19d ago

**Turtle wow 7 year anniversary.**

197 upvotes • 69 comments

r/turtlewow • 4mo ago

**What is turtle wow?**

62 upvotes • 52 comments

r/turtlewow • 3mo ago

**My overall impression of Turtlelow.**

199 upvotes • 27 comments

r/turtlewow • 1mo ago

**Surprised by this wow turtle**

68 upvotes • 13 comments

r/turtlewow • 5mo ago

**Turtle wow difficulty???**

39 upvotes • 93 comments

r/turtlewow • 4mo ago

**Do I need previous WoW experience for Turtle WoW?**

25 upvotes • 38 comments

r/turtlewow • 18d ago

**Turtle wow kid of saved me from my depression and boredom**

82 upvotes • 8 comments

Reddit, Inc. © 2025. All rights reserved.

Document title: Turtle WoW is what WoW should be : r/turtlewow
Capture URL: https://www.reddit.com/r/turtlewow/comments/1l7tf1e/turtle_wow_is_what_wow_should_be/
Capture timestamp (UTC): Wed, 15 Oct 2025 21:52:47 GMT



↑ 6 ↓   ◯ Reply   ⬡ Award   ⤳ Share   ⋯

**verysimplenames** • 4mo ago

Just wish this game was on a newer client. Its so jank.

↑ 12 ↓   ◯ Reply   ⬡ Award   ⤳ Share   ⋯

⊕ More replies

**R-Daryl02** • 4mo ago

I'm unsure whether to start turtle wow or not, I'm very curious about the new features, the implementations and all the passion that this team is putting into it, but I like classic, I can't wait for tbc and wrath, I would really like to enjoy the essence of wow and the expansions since I wasn't able to do it in the past due to my age (I was too young), I agree with those who say that retail is no longer an mmo. In conclusion, I like the idea of enjoying the history and the release of the expansions, the people and the game as in the early days, slow, more "difficult", and then the issue of Italians in the game and in the guild, it may seem like nonsense but the idea of joining an Italian guild doing what you do in a guild and maybe leveling with someone who speaks your language I find it almost necessary as if it were a real part of the game

↑ 4 ↓   ◯ Reply   ⬡ Award   ⤳ Share   ⋯

⊕ More replies

**HipGamer** • 4mo ago

What is Turtle WoW exactly? I'm interested but I'm playing so many versions of WoW idk if I can fit another one in.

↑ 2 ↓   ◯ Reply   ⬡ Award   ⤳ Share   ⋯

⊕ More replies

**Blasto05** • 4mo ago
⬛ Top 1% Commenter

I'm having fun on Turtle WoW and going to continue to play...but I feel like it's dated possibly because they're sticking with the Classic client instead of using like TBC or WotLK client and restricting it to Classic+ content.

Anniversary and 2019 Classic felt much more smooth, Ascension WoW does Classic-TBC progression on WotLK client and it runs smoother than Turtle WoW...

I've seen posts of using addons to fix these issues but it just feels strange that it's required at all.

↑ 2 ↓   ◯ Reply   ⬡ Award   ⤳ Share   ⋯

⊕ More replies

**juanm4** • 4mo ago

only problem with twow is the client, any other client would make this game an absolute masterpiece

↑ 2 ↓   ◯ Reply   ⬡ Award   ⤳ Share   ⋯

**Calvin4d-** • 4mo ago

I've looked at turtle wow a few times but im hesitant to download a game from a random website.

Does anyone know if it's actually safe?

↑ 2 ↓   ◯ Reply   ⬡ Award   ⤳ Share   ⋯

⊕ More replies

**Choice_Tell1517** • 4mo ago

---

r/turtlewow • 18d ago

**Turtle wow kid of saved me from my depression and boredom**

82 upvotes   8 comments

r/turtlewow • 3mo ago

**how far does turtle wow go?**

19 upvotes   57 comments

r/Aquariums • 4d ago

**My dad built my brother a 155 gallon turtle tank. What do you...**

1K upvotes   64 comments

r/turtlewow • 1mo ago

**Having never played wow, is turtle a good place to jump into?**

50 upvotes   40 comments

r/travel • 4d ago

**10 days on beautiful Zakynthos, Greece**

5.5K upvotes   95 comments

r/turtlewow • 6mo ago

**Thank you turtle wow.**

257 upvotes   42 comments

r/turtlewow • 4mo ago

**Just started Turtle WoW and have some questions**

40 upvotes   41 comments

r/turtlewow • 26d ago

**Damage Normalization in Turtle Wow**

27 upvotes   33 comments

---

RELATED DISCUSSIONS

Best Private WOW Servers

Best World of Warcraft Guide

Best MMORPG 2024 PC

Best Wow Transmogs

See more ⌄

---

VIEW POST IN

Русский

Hindi

---

539



Does anyone know if its actually sim...

△ 2 ▽    ◯ Reply    ⊠ Award    ⤷ Share    ...

**Choice_Tell1517** · 4mo ago

I never had the opportunity to play the classic wow in 2004's golden era. However, I got to try the classic wow from blizzard and it was quite fun. But I wasn't fan of paying $20/month. Then, I found Turtle Wow. It is amazing🫶

△ 2 ▽    ◯ Reply    ⊠ Award    ⤷ Share    ...

**ForkedAeon** · 4mo ago

Turtle is amazing. I played WoW from launch and stopped when the Mists of Pandaria came around. I tried to hop back in here and there the following years, but just couldn't stick with it; they took its magic away.

I jumped into Turtle a few days ago and I'm blown away. They have done such a wonderful job IMO, looking forward to actually donating to the team in the near future.

△ 2 ▽    ◯ Reply    ⊠ Award    ⤷ Share    ...

**hadrice** · 4mo ago

You mentioned Aud. Are there many players from Au ? I just started playing but not sure SEA has any english speakers

△ 1 ▽    ◯ Reply    ⊠ Award    ⤷ Share    ...

⊕ More replies

**gogodoo** · 4mo ago

What is turtle wow ? Classic experience where you LFG in zone and ask mage for portal ?

△ 1 ▽    ◯ Reply    ⊠ Award    ⤷ Share    ...

**Ok-Brother-8295** · 4mo ago · Edited 4mo ago

At least TWoW didn't hard fall into the trap of cutting content off, like bigB did with BC and adding 10 new levels.

But TWoW is soft falling into that trap by adding new progress and better gear. Anyone starting a new char will tell you how hard it is to pvp against those people fully geared, there's no way this get better when t4 is out.

So this doesn't go as hard as OG but the game will eventually get somewhere close because Twow not fixing that powercreeping leak.

△ 0 ▽    ◯ Reply    ⊠ Award    ⤷ Share    ...

⊕ More replies

**yenkem** · 4mo ago

modern wow is like that cool cousin that showed you slipknot in high school but then he went to art school and came back yassified, vegan with they/them girlfriend.

△ -3 ▽    ◯ Reply    ⊠ Award    ⤷ Share    ...

⊕ More replies

**Badcallsna** · 4mo ago · Edited 4mo ago

⌄ View more comments

Reddit, Inc. © 2025. All rights reserved.

VIEW POST IN

Русский

Hindi

Français

한국어

**r/turtlewow**    [ Join ]

**Turtle WoW Team — Mysteries of Azeroth**

Mysteries of Azeroth — is a story expansion made by the Turtle WoW Team, inspired by the Warcraft universe of Blizzard...

**Show more**

🌐 Public

Reddit Rules  Privacy Policy  User Agreement
Accessibility  Reddit, Inc. © 2025. All rights reserved.

540

Accessibility

⬆ -3 ⬇    Reply    Award    Share    ...

⊕ **Badcallsna** • 4mo ago • Edited 4mo ago

⌄ **View more comments**

Reddit, Inc. © 2025. All rights reserved.

541

542

Document title: Turtle WoW is what WoW should be : r/turtlewow
Capture URL: https://www.reddit.com/r/turtlewow/comments/1l7tf1e/turtle_wow_is_what_wow_should_be/
Capture timestamp (UTC): Wed, 15 Oct 2025 21:52:47 GMT

🔒 Page Vault

| | |
|---|---|
| Document title: | Turtle WoW: Coming Soon to South America! : r/turtlewow |
| Capture URL: | https://www.reddit.com/r/turtlewow/comments/1hfc4z2/turtle_wow_coming_soon_to_south_america/ |
| Page loaded at (UTC): | Wed, 15 Oct 2025 21:52:21 GMT |
| Capture timestamp (UTC): | Wed, 15 Oct 2025 21:52:23 GMT |
| Capture tool: | 3.15.0 |
| Collection server IP: | 34.235.118.133 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/139.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 6 |
| Capture ID: | tESvmwLzzqFRjwcHPqVY9c |
| Display Name: | cbg |



Document title: Turtle WoW: Coming Soon to South America! : r/turtlewow
Capture URL: https://www.reddit.com/r/turtlewow/comments/1hfc4z2/turtle_wow_coming_soon_to_south_america/
Capture timestamp (UTC): Wed, 15 Oct 2025 21:52:23 GMT

Page 1 of 5



Document title: Turtle WoW: Coming Soon to South America! : r/turtlewow
Capture URL: https://www.reddit.com/r/turtlewow/comments/1hfc4z2/turtle_wow_coming_soon_to_south_america/
Capture timestamp (UTC): Wed, 15 Oct 2025 21:52:23 GMT



Document title: Turtle WoW: Coming Soon to South America! : r/turtlewow
Capture URL: https://www.reddit.com/r/turtlewow/comments/1hfc4z2/turtle_wow_coming_soon_to_south_america/
Capture timestamp (UTC): Wed, 15 Oct 2025 21:52:23 GMT



I've been curious about Turtle WoW but haven't tried it because i live in California US and i understand that the servers are located in the UK. Back when i played regular WoW my ping was around 20 ms and no discernable lag so i don't think i could handle 200 or 300 ms lag so i wonder if the servers in SA would be better.

On that note if servers were ever installed in Mexico the latency shouldn't be bad for US players i would think. I'm assuming the reason there are no servers in the US is because of Blizzard possibly going after the people that run them.

⊖    ⬆ 1 ⬇    ⬭ Reply    ⬈ Award    ⬈ Share    ···

**Player276** · 10mo ago

I'm east coast and my ping is in the 90s.

⬆ 8 ⬇    ⬭ Reply    ⬭ Award    ⬈ Share    ···

**ResQ_** · 10mo ago

In wow 200ms really isn't that bad, there's global cooldown anyway.

⬆ 8 ⬇    ⬭ Reply    ⬭ Award    ⬈ Share    ···

**CyanideSuicide** · 10mo ago

My ping is regularly 200-300 in SoCal. The gameplay isn't bad for basic leveling and minor pvp. I haven't tried raiding yet, so I can't say if it'll freeze up mid boss pull.

⬆ 2 ⬇    ⬭ Reply    ⬭ Award    ⬈ Share    ···

⊕ 1 more reply

**solohaldor** · 10mo ago

i get 133 ms in Wisconsin pretty regularly

⬆ 2 ⬇    ⬭ Reply    ⬭ Award    ⬈ Share    ···

⊕ 5 more replies

**bring_chips** · 10mo ago

Well done!

⬆ 1 ⬇    ⬭ Reply    ⬭ Award    ⬈ Share    ···

**Gabi-kun_the_real** · 10mo ago

When is the unreal engine client releasing?

⬆ 1 ⬇    ⬭ Reply    ⬭ Award    ⬈ Share    ···

**Rikyllaz** · 10mo ago

It will sucks, it will born death, waste of time and work…

⬆ -4 ⬇    ⬭ Reply    ⬭ Award    ⬈ Share    ···

**nosoyluiz** · 10mo ago

Por fin van a sacar una parche de traducción esES??

Que yo pueda poner en el cliente Europeo, porfa!

⬆ 1 ⬇    ⬭ Reply    ⬭ Award    ⬈ Share    ···

**bfpires** · 10mo ago

When release SA ?

⬆ 1 ⬇    ⬭ Reply    ⬭ Award    ⬈ Share    ···

**ChildhoodNo8698** · 9mo ago

---

Português

한국어 (Korean)

Français

### r/turtlewow    [Join]

**Turtle WoW Team — Mysteries of Azeroth**

Mysteries of Azeroth — is a story expansion made by the Turtle WoW Team, inspired by the Warcraft universe of Blizzard…

**Show more**

🌐 Public

---

**TOP POSTS**

Reddit
**reReddit: Top posts of December 16, 2024**

Reddit
**reReddit: Top posts of December 2024**

Reddit
**reReddit: Top posts of 2024**

---

**TRENDING TOPICS TODAY**

Apple launches M5 chip

Christen Press to retire

Nicki Minaj cancels album

Westbrook joins Kings

Russell, Antonelli stay at Merc

Ronaldo breaks qualifier record

Battlefield 6 sells 6.5M fast

England qualify in style

Netflix to stream Spotify pods

Mayer, Stickler dating rumors

Pixel 10 Pro Fold explodes

Nick Mangold seeks kidney donor

Project Motor Racing gameplay drops

D'Angelo dies at 51

Windows 10 support ends

---

### Left sidebar navigation

🏠 Home
⊘ Popular
◈ Answers BETA
⊹ Explore

**TOPICS** ⌃

Internet Culture (Viral) ⌄
Games ⌄
Q&As ⌄
Technology ⌄
Pop Culture ⌄
Movies & TV ⌄

**See more**

**RESOURCES** ⌃

↪ About Reddit
📢 Advertise
🕐 Reddit Pro BETA
❓ Help
📖 Blog
🗁 Careers
🔗 Press

⊘ Communities
◈ Best of Reddit
⊹ Topics

📖 Reddit Rules
📖 Privacy Policy
📖 User Agreement
⊕ Accessibility

Reddit, Inc. © 2025. All rights reserved.

547



Document title: Turtle WoW: Coming Soon to South America! : r/turtlewow
Capture URL: https://www.reddit.com/r/turtlewow/comments/1hfc4z2/turtle_wow_coming_soon_to_south_america/
Capture timestamp (UTC): Wed, 15 Oct 2025 21:52:23 GMT

Page 5 of 5

Page Vault

| | |
|---|---|
| Document title: | Don't split the population : r/turtlewow |
| Capture URL: | https://www.reddit.com/r/turtlewow/comments/1hhvv2j/dont_split_the_population/ |
| Page loaded at (UTC): | Wed, 15 Oct 2025 21:52:41 GMT |
| Capture timestamp (UTC): | Wed, 15 Oct 2025 21:52:42 GMT |
| Capture tool: | 3.15.0 |
| Collection server IP: | 34.235.118.133 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/139.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 7 |
| Capture ID: | 3xhLYBPvWcNQWeGWMLwBkb |
| Display Name: | cbg |





Document title: Don&#39;t split the population : r/turtlewow
Capture URL: https://www.reddit.com/r/turtlewow/comments/1hhvv2j/dont_split_the_population/
Capture timestamp (UTC): Wed, 15 Oct 2025 21:52:42 GMT



too many peeps running around

⬆ 7 ⬇ 💬 Reply 🏆 Award 🔗 Share ⋯

⊕ 3 more replies

⊕ 1 more reply

⊕ 4 more replies

**Superb_Bench9902** · 10mo ago

Translation always has been one of the biggest problems of WoW and I don't understand how even when I saw the announcement, I immediately stopped playing. The game would be immensely popular in my country but it never was because it's not translated. I'm not expecting Turtle to do that tho, it would be too costly for them

⬆ 5 ⬇ 💬 Reply 🏆 Award 🔗 Share ⋯

**Fun_Maintenance3871** · 10mo ago

Hello. Im from Argentina and I was leveling a character on the European server, and when I saw the announcement, I immediately stopped playing. If you have any doubts that this isn't a good idea, just check the Discord server chat. It's full of new people waiting for the Latin American server. Some of us don't like playing with 240 ping, especially if we enjoy PvP.

⊖ ⬆ 8 ⬇ 💬 Reply 🏆 Award 🔗 Share ⋯

    **Smile-Murky** · 10mo ago

    Finally a lucid comment

    ⬆ 5 ⬇ 💬 Reply 🏆 Award 🔗 Share ⋯

**chipotle** · Promoted                                    ⋯

pov: you're about to take a bite of carne asada

**Order Now**                chipotle.app.link

**leejoint** · 10mo ago

Yea

⬆ 3 ⬇ 💬 Reply 🏆 Award 🔗 Share ⋯

**Local-Store-491** · 10mo ago

In most games (my experience), EU servers are more laid back than NA or SA, and, myself coming from SA, more socially skilled. You can have an actual civilized conversation with almost anyone in EU based games, be twow, csgo or any other game.

I'm happy for my peers from SA who will play in the new server, but I mostly play for the experience of the fantasy world, talking with random people and rediscovering places.

I hope the server succeeds in something even Blizzard couldn't accomplish. But I'll stay in good ol nordanaar. And I, for better or worse, know many will.

⬆ 3 ⬇ 💬 Reply 🏆 Award 🔗 Share ⋯

**mahatma-dulc** · 10mo ago

Can we keep a english world chat and a spanish one.

⬆ 5 ⬇ 💬 Reply 🏆 Award 🔗 Share ⋯

---

**r/wow** · 3y ago

Is there somewhere I can see general server population sizes?

5 upvotes · 4 comments

**r/wow** · 3y ago

Question: will I have better experience playing on high population server, rather...

16 upvotes · 19 comments

**r/turtlewow** · 1mo ago

How I see this community

570 upvotes · 51 comments

**r/turtlewow** · 1y ago

It was fun while it lasted.

116 upvotes · 84 comments

**r/turtlewow** · 2y ago

Nordanaar and Tel'Abim

9 upvotes · 23 comments

**r/lansing** · 1y ago

Don't support facisits

45 upvotes · 774 comments

**r/turtlewow** · 10mo ago

SA server will divide and isolate the community...

98 upvotes · 41 comments

**r/wow** · 5y ago

Which server population website is accurate? I am getting WILDLY different...

11 upvotes · 6 comments

**r/naftheories** · 1y ago

I don't get Midnight Motorist

29 upvotes · 50 comments

**r/GachaClub** · 1y ago

When the friend group doesn't coordinate halloween costume...

51 upvotes · 10 comments

VIEW POST IN

Русский

한국어

Français

**r/turtlewow**          **Join**



**mahatma-dulc** • 10mo ago

Can we keep a english world chat and a spanish one.

⬆ 5 ⬇   💬 Reply   🏅 Award   ↗ Share   ⋯

⊕ 1 more reply

**ShouldahadaV9** • 10mo ago

As a US player, I agree.

Having a more populated server is more important than any small bit of latency i might get.

⬆ 8 ⬇   💬 Reply   🏅 Award   ↗ Share   ⋯

**donutdong** • 10mo ago

I trust the twow team. Perhaps there was some reason they decided to do this rather than just create a localization fix. Smaller population is fine with me. Anything over 3k feels full

⬆ 4 ⬇   💬 Reply   🏅 Award   ↗ Share   ⋯

**CosmicCleric** • 10mo ago

i wonder if you'd get a lot better ping from the US to this new server, than to the European server?

⊖   ⬆ 2 ⬇   💬 Reply   🏅 Award   ↗ Share   ⋯

**sgtMonkey** • 10mo ago

Barely. The ping is honestly pretty good from the US with all things considered.

⬆ 4 ⬇   💬 Reply   🏅 Award   ↗ Share   ⋯

**Climaxbruno1988** • 10mo ago

The question is, where is it located?

⬆ 2 ⬇   💬 Reply   🏅 Award   ↗ Share   ⋯

**rettribution** • 10mo ago

Who cares what shenna and crogge do

⬆ 2 ⬇   💬 Reply   🏅 Award   ↗ Share   ⋯

**Solid_Philosophy_875** • 10mo ago

I'm a brazilian and you are 100% correct.

⬆ 3 ⬇   💬 Reply   🏅 Award   ↗ Share   ⋯

**[deleted]** • 10mo ago

Ooooo how about a California only server? That's what the people want.

⊖   ⬆ 4 ⬇   💬 Reply   🏅 Award   ↗ Share   ⋯

**fuckityfuckfuckfuckf** • 10mo ago

Microsoft-Activison-Blizzard would lose their minds and take any and all legal recourses

⬆ 7 ⬇   💬 Reply   🏅 Award   ↗ Share   ⋯

⊕ 3 replies

⊕ 1 more reply

---

Home
Popular
Answers BETA
Explore

TOPICS

Internet Culture (Viral)
Games
Q&As
Technology
Pop Culture
Movies & TV

See more

RESOURCES

About Reddit
Advertise
Reddit Pro BETA
Help
Blog
Careers
Press

Communities
Best of Reddit
Topics

Reddit Rules
Privacy Policy
User Agreement
Accessibility

Reddit, Inc. © 2025. All rights reserved.

Français

**r/turtlewow**                    Join

**Turtle WoW Team — Mysteries of Azeroth**
Mysteries of Azeroth — is a story expansion made by the Turtle WoW Team, inspired by the Warcraft universe of Blizzard...

Show more

🌐 Public

TOP POSTS

Reddit
reReddit: Top posts of December 19, 2024

Reddit
reReddit: Top posts of December 2024

Reddit
reReddit: Top posts of 2024

TRENDING TOPICS TODAY

Apple launches M5 chip

Christen Press to retire

Nicki Minaj cancels album

Westbrook joins Kings

Russell, Antonelli stay at Merc

Ronaldo breaks qualifier record

Battlefield 6 sells 6.5M fast

England qualify in style

Netflix to stream Spotify pods

Mayer, Stickler dating rumors

Pixel 10 Pro Fold explodes

Nick Mangold seeks kidney donor

Project Motor Racing gameplay drops

D'Angelo dies at 51

Windows 10 support ends

Document title: Don&#39;t split the population : r/turtlewow
Capture URL: https://www.reddit.com/r/turtlewow/comments/1hhvv2j/dont_split_the_population/
Capture timestamp (UTC): Wed, 15 Oct 2025 21:52:42 GMT



luckhyluckhluckluckl · 10mo ago

legal recourses

⇧ 7 ⇩   💬 Reply   🏆 Award   ↗ Share   •••

3 more replies

1 more reply

Trang0ul · 10mo ago · Edited 10mo ago
🏳 Top 1% Commenter

Why don't you host additional regional physical servers, but keep the single logical server (realm), only split into several "layers"?

There are MMOs which do this, such as Dungeons and Dragons Online (DDO) and Rucoy Online (example). In both of them there is a single realm, with multiple layers. Players are free to move between those layers, be it for trade,

**r/turtlewow**

layers.

By implementing such a solution in Turtle we'd get both low ping and a single global community instead of separated shards. Win-win.

⇧ 4 ⇩   💬 Reply   🏆 Award   ↗ Share   •••

ProudPlatinean · 10mo ago

Southamerican realms always sucks community wise, ping is not issue i have been glad on arena tournament playing from SA. Also, not every southamerican is the same... Big mistake.

⇧ 2 ⇩   💬 Reply   🏆 Award   ↗ Share   •••

kj0509 · 10mo ago

Im from Argentina and thats 100% true. And everyone in my guild thinks the same, that this is pointless and that the realm will be death in a few weeks.

Just give the options to change the language of the client. I don't mind playing in English, but some people do. And even i find playing with a spanish client more fun.

And i won't move neither. I won't waste all my hours on my current char neither i will run a new character in a realm that could easily die.

⇧ 2 ⇩   💬 Reply   🏆 Award   ↗ Share   •••

Bigbanana69Si · 10mo ago

as a gamer from south america, the main reason i play in english servers is because spanish servers die very quickly and most of them are dead. Not even Blizzard could made a latin realm in wow classic 2019 with decent population.

⇧ 2 ⇩   💬 Reply   🏆 Award   ↗ Share   •••

DistanceScary3060 · 10mo ago

on god. Im from Argentina, if i don't play WoW it's because the servers are dead. Splitting the community is dumb asf. No one asked for it, and the ping is not a issue, never was, the community always played in 200ms no problem.

⇧ 2 ⇩   💬 Reply   🏆 Award   ↗ Share   •••

1 more reply

brandomango · 10mo ago

Players: we want a dedicated HC server! Team: a South America server? You got it!

⇧ 2 ⇩   💬 Reply   🏆 Award   ↗ Share   •••

Apolosclei · 10mo ago · Edited 10mo ago

Nick Mangold seeks kidney donor

Project Motor Racing gameplay drops

D'Angelo dies at 51

Windows 10 support ends

Drew Struzan dies at 78

All You Need Is Kill anime drops

Raimi's Send Help trailer drops

Kylie Jenner drops debut single

France, Iceland draw 2-2

Reddit Rules   Privacy Policy   User Agreement
Accessibility   Reddit, Inc. © 2025. All rights reserved.

😺 reddit

🔍  r/turtlewow ✕   Search in r/turtlewow              Log In   •••

🏠 Home
⊘ Popular
◎ Answers BETA
⊹ Explore

TOPICS ⌃

Internet Culture (Viral) ⌄
Games ⌄
Q&As ⌄
Technology ⌄
Pop Culture ⌄
Movies & TV ⌄

See more

RESOURCES ⌃

⟲ About Reddit
📢 Advertise
⊕ Reddit Pro BETA
❓ Help
📖 Blog
✉ Careers
🔗 Press

◎ Communities
⬡ Best of Reddit
⊹ Topics

554

Reddit, Inc. © 2025 r/turtlewow

Reddit Rules  Privacy Policy  User Agreement

Reddit, Inc. © 2025. All rights reserved.

555

Document title: Don&#39;t split the population : r/turtlewow
Capture URL: https://www.reddit.com/r/turtlewow/comments/1hhvv2j/dont_split_the_population/
Capture timestamp (UTC): Wed, 15 Oct 2025 21:52:42 GMT

| | |
|---|---|
| Document title: | Worth it? : r/turtlewow |
| Capture URL: | https://www.reddit.com/r/turtlewow/comments/1mf86o1/worth_it/ |
| Page loaded at (UTC): | Wed, 15 Oct 2025 21:52:42 GMT |
| Capture timestamp (UTC): | Wed, 15 Oct 2025 21:52:44 GMT |
| Capture tool: | 3.15.0 |
| Collection server IP: | 3.82.10.206 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/139.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 5 |
| Capture ID: | 3aWnrU2z3JpbhHxh9TVXb6 |
| Display Name: | cbg |



### r/turtlewow
Front-Resist-8489 · 3mo ago

## Worth it?

Interested in getting into turtle wow for the classic experience but I also don't want to spend months leveling to be at dead content end game, the server has progressed quite a ways past the beginning right? I'm us based east coast so also will my connection be ass? I saw they're launching a new server that I could experience it all on the 17th but with that I wouldn't want a watered down couple hundred player experience either /: lmk still worth?(playing on the established 10k player realm)

⬆ 7 ⬇    💬 31    ⌀    ↪ Share

Join the conversation

Sort by: Best ⌄    🔍 Search Comments

**MisterPhister101** · 3mo ago

I just started. Its everything you want. Not to mention we are about to get a huge update.

Nerds dont deserve twow. Support the team anyway you can!

⊝    ⬆ 27 ⬇    💬 Reply    🏆 Award    ↪ Share    ...

    **Burninator85** · 2mo ago

    I've been playing for a month and it's everything I had hoped WoW Classic would be!

    ⬆ 7 ⬇    💬 Reply    🏆 Award    ↪ Share    ...

**Short-Leader9794** · 3mo ago

You can totally go ahead and start playing on Nordanaar. I'm playing from Brazil and I've had no connection issues. I do everything: dungeons, raids, PvP. Sometimes, when I'm in a packed capital like Stormwind during world buff time, there might be a slight delay of a few seconds, but nothing that really affects gameplay.

⊝    ⬆ 9 ⬇    💬 Reply    🏆 Award    ↪ Share    ...

    **Short-Leader9794** · 3mo ago

    Oh, and about endgame, it's definitely not dead. There are always new guilds starting progression (ZG/MC), plus tons of pugs for all kinds of raids happening throughout the day, since there are players from all over the world.

    ⬆ 4 ⬇    💬 Reply    🏆 Award    ↪ Share    ...

    **Relevant-Let-2844** · 2mo ago

    Are u playing on nordranar? What are your character name? I'm playing with some friends here too, we all from Brazil

    ⬆ 2 ⬇    💬 Reply    🏆 Award    ↪ Share    ...

**fallen_hero88** · 3mo ago

I started playing last month and it has been great. I'm also on the east coast and my ping is normally around 90, so I don't notice any lag.

I constantly see messages in the world chat about dungeon groups and raids taking on people but I'm not sure what raiding would look like. *I'm on the pvp server tel'abhim

⊝    ⬆ 4 ⬇    💬 Reply    🏆 Award    ↪ Share    ...

### Related Answers

**Best character builds in Mysteries of Azeroth** ›

**Hidden lore secrets in Turtle WoW expansions** ›

**Unique classes introduced by Turtle WoW Team** ›

**Epic boss fights in Mysteries of Azeroth** ›

**Role-playing tips for Turtle WoW players** ›

**New to Reddit?**
Create your account and connect with a world of communities.

G    Continue with Google

✉    Continue with Email

☎    Continue With Phone Number

By continuing, you agree to our User Agreement and acknowledge that you understand the Privacy Policy.

r/turtlewow · 24d ago
**No way this cant be real**
144 upvotes · 38 comments

r/turtlewow · 2mo ago
**I hate myself for asking this but...**
18 upvotes · 84 comments

r/turtlewow · 15d ago
**What's the deal?**
789 upvotes · 214 comments

r/turtlewow · 4mo ago
**What did they mean by this?**
153 upvotes · 37 comments

r/turtlewow · 3d ago
**There's no way**
344 upvotes · 45 comments

Reddit, Inc. © 2025. All rights reserved.

557



and my ping is normally around 90, so I don't notice any lag.

I constantly see messages in the world chat about dungeon groups and raids taking on people but I'm not sure what raiding would look like. *I'm on the pvp server tel'abhim

⊖  ⤊ 4  ⤋   ○ Reply   🏅 Award   ↗ Share   ⋯

     **Smogalicious** • 2mo ago

     Im in California and it's great.

     ⤊ 2 ⤋   ○ Reply   🏅 Award   ↗ Share   ⋯

     ⊕ 3 more replies

**mrniceguy1990xp** • 3mo ago

On the Nordanaar server: Thousands of people actively playing, even right now huge influx of new players, every zone is active and alive, lvling dungeons, lvl 60 dungeons, raids, all active, endgame buzzing, new content regularly... endgame is anything but dead.

And east coast connection shouldnt be too bad, had a buddy from the US in NY, and he didnt have any major issues.

⤊ 3 ⤋   ○ Reply   🏅 Award   ↗ Share   ⋯

⊕ 1 more reply

**Ankilbiter** • 3mo ago

East Coast here too. My ping has been awesome so far. Been 1 week in and love the community.

⤊ 3 ⤋   ○ Reply   🏅 Award   ↗ Share   ⋯

**Born-Command8714** • 2mo ago

I'm in New England and my ping is usually 60-90, maybe low 100s in Org. Lots of us enjoying the journey now. I only started a few weeks ago and it's busy! 10k+ online usually mid day.

⤊ 3 ⤋   ○ Reply   🏅 Award   ↗ Share   ⋯

**Wolfchat_memes** • 2mo ago

There is still a thriving leveling community

⤊ 3 ⤋   ○ Reply   🏅 Award   ↗ Share   ⋯

**Front-Resist-8489** OP • 2mo ago

Appreciate all the comments, gonna give it a go!

⤊ 3 ⤋   ○ Reply   🏅 Award   ↗ Share   ⋯

**Spyger9** • 3mo ago

Yep

i started a few weeks ago. Plenty of people leveling, and even more at 60. You can see quite a few guilds recruiting on the Discord.

⤊ 2 ⤋   ○ Reply   🏅 Award   ↗ Share   ⋯

**The_Real_Giannis** • 3mo ago
🏅 Top 1% Commenter

It is far from dead, it's honestly kind of nice that there is a big mix of people at 60. There is enough newer 60's to where it is not hard finding groups for all your attunes/max level dungeons, but there are also enough T2/T3 players to where you actually have a pretty good chance of not having a ton of loot competition in Ony/MC/ZG/AQ20

---

**There's no way**

344 upvotes   45 comments

r/turtlewow • 2mo ago

**Why are people so bad?**

37 comments

r/turtlewow • 24d ago

**Literally unplayable**

203 upvotes   36 comments

r/turtlewow • 5mo ago

**Why oh why**

282 upvotes   34 comments

r/turtlewow • 2mo ago

**Anyone got the story behind this?**

219 upvotes   38 comments

r/turtlewow • 4d ago

**What's the big difference**

10 upvotes   59 comments

r/turtlewow • 1mo ago

**What am I in for**

109 upvotes   57 comments

r/turtlewow • 2mo ago

**At least I tried :')**

45 upvotes   8 comments

r/turtlewow • 2mo ago

**Just found this thing**

192 upvotes   29 comments

r/turtlewow • 17d ago

**Is this allowed ?**

18 comments

r/turtlewow • 2mo ago

**Back after 18 years !**

41 upvotes   24 comments

r/turtlewow • 1mo ago

**My experience so far**

27 upvotes   14 comments

Document title: Worth it? : r/turtlewow
Capture URL: https://www.reddit.com/r/turtlewow/comments/1mf86o1/worth_it/
Capture timestamp (UTC): Wed, 15 Oct 2025 21:52:44 GMT



It is far from dead, it's honestly kind of nice that there is a big mix of people at
60. There are enough newer 60's to where it is not hard finding groups for all
your attunes/max level dungeons, but there are also enough T2/T3 players to
where you actually have a pretty good chance of not having a ton of loot
competition in Ony/MC/ZG/AQ20

I've never been able to gear up a fresh 60 faster in any version of classic than I
have here

⬆ 2 ⬇   💬 Reply   🏆 Award   ⤷ Share   ⋯

**Double_Elderberry_92** • 3mo ago

Playing Aus, ping in 200s most of the time. Imagine it'll be better for U 🫠 totally
playable either way

⬆ 2 ⬇   💬 Reply   🏆 Award   ⤷ Share   ⋯

**tekkensuks** • 2mo ago

telabim has 2x , combine that with tents and you can level fast af

⬆ 2 ⬇   💬 Reply   🏆 Award   ⤷ Share   ⋯

**KageKoch** • 2mo ago

There is a fresh TWOW server coming out in 2 weeks.

⬆ 2 ⬇   💬 Reply   🏆 Award   ⤷ Share   ⋯

**derektm9** • 2mo ago

I just hit 60 on the pvp realm a couple weeks ago, and endgame pugs are
pretty dead. However, on the RP realm, endgame pugging seems very much
alive for all raid tiers - I am excited to hit 60 on my new toon there

⬆ 2 ⬇   💬 Reply   🏆 Award   ⤷ Share   ⋯

➕ 2 more replies

**Ginsley** • 2mo ago

As someone coming from anniversary realms I'm having a blast. Currently
leveling a human hunter and the changes are apparent from the start. I'm fully
invested in the new quests and cannot wait to check out the new zones. The
"popular" server is fine, gets congested at peak times but I never find it lagging.
I'm also east coast US for reference

⬆ 2 ⬇   💬 Reply   🏆 Award   ⤷ Share   ⋯

**Codexcuses** • 2mo ago

join PVP server, PVE is for pooh C

⬆ -1 ⬇   💬 Reply   🏆 Award   ⤷ Share   ⋯

**johnyisherechill** • 2mo ago

I play for over a month I have 5 alts all around lvl 30 its not taking that much
because on twow there is a new profession survival which allows players to
build tents that speed up your rested xp when I say speed up like in 5min with 2
tens you have 150% rested xp

⬆ 1 ⬇   💬 Reply   🏆 Award   ⤷ Share   ⋯

**Reiker0** • 2mo ago
🏅 Top 1% Commenter

You have the standard MC / BWL / AQ / Naxx progression with some extra
twow raids to run (Kara10, ES, spawnable bosses like Cla'ckora and Ostarius),
as well as an additional raid tier past Naxx (Kara40, T3.5) and the T4 Grim
Batol raid is coming out in the 1.19 update.

r/turtlewow • 1mo ago

My experience so far

27 upvotes  14 comments

r/turtlewow • 2mo ago

Thank you everyone! You're amazing!

596 upvotes  305 comments

r/turtlewow • 13d ago

How's it going?

20 upvotes  23 comments

r/turtlewow • 24d ago

Fishing on a mysterious and
cold island...

274 upvotes  27 comments

r/turtlewow • 4mo ago

how?

202 upvotes  45 comments

r/turtlewow • 4d ago

I just leave it here

99 upvotes  13 comments

r/turtlewow • 6d ago

Help

10 upvotes  17 comments

r/StarWarsOutlaws • 4mo ago

Worth it?

21 upvotes  46 comments

r/turtlewow • 2mo ago

You guys are awesome

204 upvotes  24 comments

r/turtlewow • 4mo ago

huh

37 upvotes  8 comments

VIEW POST IN

Hindi

Русский

**r/turtlewow**          Join

**Turtle WoW Team — Mysteries of Azeroth**
Mysteries of Azeroth — is a story expansion
made by the Turtle WoW Team, inspired by

Document title: Worth it? : r/turtlewow
Capture URL: https://www.reddit.com/r/turtlewow/comments/1mf86o1/worth_it/
Capture timestamp (UTC): Wed, 15 Oct 2025 21:52:44 GMT

Page 3 of 4



**Ginsley** • 2mo ago

As someone coming from anniversary realms I'm having a blast. Currently leveling a human hunter and the changes are apparent from the start. I'm fully invested in the new quests and cannot wait to check out the new zones. The "popular" server is fine, gets congested at peak times but I never find it lagging. I'm also east coast US for reference

⬆ 2 ⬇    ◯ Reply    ⚖ Award    ⇗ Share    ⋯

**Codexcuses** • 2mo ago

join PVP server, PVE is for pooh C

⬆ -1 ⬇    ◯ Reply    ⚖ Award    ⇗ Share    ⋯

**johnyisherechill** • 2mo ago

I play for over a month I have 5 alts all around lvl 30 its not taking that much because on twow there is a new profession survival which allows players to build tents that speed up your rested xp when I say speed up in like 5min with 2 tens you have 150% rested xp

⬆ 1 ⬇    ◯ Reply    ⚖ Award    ⇗ Share    ⋯

**Reiker0** • 2mo ago
🏅 Top 1% Commenter

You have the standard MC / BWL / AQ / Naxx progression with some extra twow raids to run (Kara10, ES, spawnable bosses like Cla'ckora and Ostarius), as well as an additional raid tier past Naxx (Kara40, T3.5) and the T4 Grim Batol raid is coming out in the 1.19 update.

If that's not enough content then idk, you play a lot of wow.

⬆ 1 ⬇    ◯ Reply    ⚖ Award    ⇗ Share    ⋯

**Charming_Tree7573** • 2mo ago

I started playing recently and made it to lvl 34 NE priest. I think I am going to take a break until the new server. It sounds incredible and I am very excited!

Stonetalon and Wetlands questing is so good, I am excited to see what they have in store with the new update.

⬆ 1 ⬇    ◯ Reply    ⚖ Award    ⇗ Share    ⋯

**Comprehensive_Ad9008** • 2mo ago

I'm on the western side of the US and on the EU servers with no issues. My highest toon is only label 30 but it's been wonderful so far

⬆ 1 ⬇    ◯ Reply    ⚖ Award    ⇗ Share    ⋯

**HiroVisionGG** • 2mo ago

Is this a troll post? There's literally thousands of people that are online at any given time. Turtle Wow, is one of the biggest private World of Warcraft classic+ servers there is

⬆ 1 ⬇    ◯ Reply    ⚖ Award    ⇗ Share    ⋯

---

r/turtlewow • 6d ago

10 upvotes · 17 comments

r/StarWarsOutlaws • 4mo ago

**Worth it?**

21 upvotes · 46 comments

r/turtlewow • 2mo ago

**You guys are awesome**

204 upvotes · 24 comments

r/turtlewow • 4mo ago

**huh**

37 upvotes · 8 comments

**VIEW POST IN**

Hindi

Русский

### r/turtlewow    [ Join ]

**Turtle WoW Team — Mysteries of Azeroth**
Mysteries of Azeroth — is a story expansion made by the Turtle WoW Team, inspired by the Warcraft universe of Blizzard...

**Show more**

⊕ Public

Reddit Rules   Privacy Policy   User Agreement
Accessibility   Reddit, Inc. © 2025. All rights reserved.

---

TOPICS ⌃

Internet Culture (Viral) ⌄
Games ⌄
Q&As ⌄
Technology ⌄
Pop Culture ⌄
Movies & TV ⌄

See more

RESOURCES ⌃

↻ About Reddit
📣 Advertise
⊕ Reddit Pro  BETA
? Help
📝 Blog
💼 Careers
🔗 Press

⊘ Communities
◈ Best of Reddit
⚙ Topics

📘 Reddit Rules
📘 Privacy Policy
📘 User Agreement
⊕ Accessibility

Reddit, Inc. © 2025. All rights reserved.

560

| | |
|---|---|
| Document title: | Looking for Duo Leveling buddy : r/turtlewow |
| Capture URL: | https://www.reddit.com/r/turtlewow/comments/1ku6vw6/ looking_for_duo_leveling_buddy/ |
| Page loaded at (UTC): | Wed, 15 Oct 2025 21:52:25 GMT |
| Capture timestamp (UTC): | Wed, 15 Oct 2025 21:52:27 GMT |
| Capture tool: | 3.15.0 |
| Collection server IP: | 3.82.10.206 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/139.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 5 |
| Capture ID: | bHJvsMKugqK4ijAnznEE5u |
| Display Name: | cbg |



**r/turtlewow** • 5mo ago
Ancient-Clothes2930

## Looking for Duo Leveling buddy

Hello, looking for a buddy to start a new char at level 1 with hardcore mode, and maybe slow and steady mode. I am down with any faction and race. I am thinking of going a priest or warrior. My time zone is NA - West PST (California, USA). My age is 32, and I would prefer to play with someone over 18+. Voice chat (via Discord) isn't necessary but recommended. The goal for our duo leveling journey is for both of us to start and sync our world quest so we can level securely and fast until 60. We should level together and rotate on an alt character when we aren't both online to work on our duo leveling characters. If you have any suggestion then please reply.

Feel free to dm on Discord Icedpanda818

⬆ 6 ⬇    💬 2    🏷    ↗ Share

**RealLunchables** • Promoted

When you've got Lunchables in your backpack, walking into the cafeteria feels different.

Shop Now          lunchables.com

Join the conversation

Sort by: Best ⌄        🔍 Search Comments

**illuminanthi77** • 5mo ago
Hey! I may be interested! How often and what times are you looking to play?

⬆ 1 ⬇    💬 Reply    🏷 Award    ↗ Share    ⋯

More replies

### Related Answers

**Best character builds in Mysteries of Azeroth** ›

**Hidden lore secrets in Turtle WoW expansions** ›

**Unique classes introduced by Turtle WoW Team** ›

**Epic boss fights in Mysteries of Azeroth** ›

**Role-playing tips for Turtle WoW players** ›

### New to Reddit?

Create your account and connect with a world of communities..

🅶 Continue with Google

✉ Continue with Email

📞 Continue With Phone Number

By continuing, you agree to our User Agreement and acknowledge that you understand the Privacy Policy.

r/classicwow • 5mo ago
**Anyone up for duo/group leveling**
4 comments

r/LoLOCE • 5mo ago
**Looking For A Duo for Ranked**
2 upvotes · 5 comments

r/turtlewow • 4d ago
**Which class to pick for leveling solely in the open world and only doing quests? What is...**
30 upvotes · 73 comments

r/turtlewow • 18d ago
**Best group teammate ever!**
84 upvotes · 14 comments

r/turtlewow • 7d ago
**Please, salute this Brave Comrade!!!**
336 upvotes · 59 comments

r/turtlewow • 3mo ago
**oOoOoOOoOo it's happening**

562

Reddit, Inc. © 2025. All rights reserved.

Document title: Looking for Duo Leveling buddy : r/turtlewow
Capture URL: https://www.reddit.com/r/turtlewow/comments/1ku6vw6/looking_for_duo_leveling_buddy/
Capture timestamp (UTC): Wed, 15 Oct 2025 21:52:27 GMT



Document title: Looking for Duo Leveling buddy : r/turtlewow
Capture URL: https://www.reddit.com/r/turtlewow/comments/1ku6vw6/looking_for_duo_leveling_buddy/
Capture timestamp (UTC): Wed, 15 Oct 2025 21:52:27 GMT



Document title: Looking for Duo Leveling buddy : r/turtlewow
Capture URL: https://www.reddit.com/r/turtlewow/comments/1ku6vw6/looking_for_duo_leveling_buddy/
Capture timestamp (UTC): Wed, 15 Oct 2025 21:52:27 GMT



**Page Vault**

| | |
|---|---|
| Document title: | Turtle vs Anniversary Classic? : r/turtlewow |
| Capture URL: | https://www.reddit.com/r/turtlewow/comments/1i3s9hp/turtle_vs_anniversary_classic/ |
| Page loaded at (UTC): | Wed, 15 Oct 2025 21:53:10 GMT |
| Capture timestamp (UTC): | Wed, 15 Oct 2025 21:53:12 GMT |
| Capture tool: | 3.15.0 |
| Collection server IP: | 50.19.182.51 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/139.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 9 |
| Capture ID: | c3P4DtYQedVJ6yDsba9iEC |
| Display Name: | cbg |

**r/turtlewow** • 9mo ago
Fragrant_Ad4656

## Turtle vs Anniversary Classic?

Been playing Anniversary classic, but found out about this with the HD wow classic video that was posted on youtube. This is my first time really playing wow, and currently have a lvl 40 in anniversary classic.

One thing thats holding me back from giving this a try is that the servers are really old? Has there ever been a server reset? From what friends tell me is private servers are located in Europe most of the time so for us US folks this means high ping. Any us people having ping issues? One thing that is really temping me to try this is not having gold farmers, or bots in the game which would give you a true classic wow experience, plus they added fact that classes are different, and dungeons are different.

⬆ 14 ⬇     💬 47     🔖     ↗ Share

Join the conversation

Sort by:  Best ⌄          🔍 Search Comments

**Willing-Dot-4591** • 9mo ago

Dude. What's holding you back from trying something that is free for yourself?

Turtle is an amazing product, I can't comment on us ping but it's classic wow. You don't need to min max this shite. I can guarantee you this though, if you play any game to have fun and not play how other people say you should, you will have fun anywhere.

For the hour at most it would take to log in and start playing, "just do it" -Nike

⊖  ⬆ 48 ⬇     💬 Reply    🏆 Award    ↗ Share    ⋯

**mancubthescrub** • 9mo ago

Turtle WoW is domain expansion in video game form.

⬆ 8 ⬇     💬 Reply    🏆 Award    ↗ Share    ⋯

**HeartMotor2384** • 9mo ago

Can't recommend this enough. You don't have to put up with bots and gold farmers like on blizz serves. I'm east coast and my ping is around 95 or so.

⬆ 33 ⬇     💬 Reply    🏆 Award    ↗ Share    ⋯

⊕ 2 more replies

**Aosshi** • 9mo ago

me and my 2 friends are around lvl 50 now,there was not a time where the zones for low levels felt empty,there are lots of people everywhere and i havent met a single toxic person yet

⬆ 12 ⬇     💬 Reply    🏆 Award    ↗ Share    ⋯

**Usual-Subject-1014** • 9mo ago

-no bots

-the mods will actually answer tickets

-more classes are viable

-more dungeon content and quests

-economy is stable. Just play the game and pick a profession and you can

### Related Answers

Differences between TurtleWoW and WoW Classic                                    ›

Features of TurtleWoW Classic Plus                                               ›

TurtleWoW lower reserve key explained                                            ›

TurtleWoW challenges and rewards overview                                        ›

History and longevity of TurtleWoW server                                        ›

### New to Reddit?

Create your account and connect with a world of communities.

G    Continue with Google

✉    Continue with Email

📱    Continue With Phone Number

By continuing, you agree to our User Agreement and acknowledge that you understand the Privacy Policy.

r/turtlewow • 5mo ago

Turtle WoW or Anniversary Classic

9 upvotes  •  43 comments

r/turtlewow • 1y ago

Turtle WOW vs Classic WOW on a "free server"

22 upvotes  •  67 comments

r/turtlewow • 19d ago

Turtle wow 7 year anniversary.

197 upvotes  •  69 comments

r/turtlewow • 3mo ago

Turtle WoW has made me realize it's the community that killing classic.

785 upvotes  •  191 comments

r/turtlewow • 6mo ago

How many more quests are in turtle wow compared to the vanilla classic wow?

19 upvotes  •  27 comments

r/turtlewow • 1y ago

Can you explain me like I'm 5 why Turtle WoW hasn't been taken down after all thes...

Home
Popular
Answers BETA
Explore

TOPICS

Internet Culture (Viral)
Games
Q&As
Technology
Pop Culture
Movies & TV

See more

RESOURCES

About Reddit
Advertise
Reddit Pro BETA
Help
Blog
Careers
Press

Communities
Best of Reddit
Topics

Reddit Rules
Privacy Policy
User Agreement
Accessibility

Reddit, Inc. © 2025. All rights reserved.

-more dungeon content and quests

-economy is stable. Just play the game and pick a profession and you can make money

-I play in na and it's not unplayable in terms of lag

-cons are the server resets pretty often, and some mobs in the overworld or dungeons are bugged.

⬆ 11 ⬇    💬 Reply    🏅 Award    ↗ Share    ⋯

**Derek114811** • 9mo ago

There's lots of geared people, yes, but the server is actively seeing large expansions in the population. Word of mouth is spreading about turtle wow. When I joined at the end of 2023, there were about 2k-4k people online at anytime. Now it's 4k-7k online at anytime. Because of this, the world is absolutely populated across the board. People are leveling characters everywhere. Group quests have been easy because there's always someone nearby that's also trying to do the quest. It's so great, please play it lol

⬆ 10 ⬇    💬 Reply    🏅 Award    ↗ Share    ⋯

**[deleted]** • 9mo ago

i get like 150ms ping here in California. It plays fine.

⬆ 8 ⬇    💬 Reply    🏅 Award    ↗ Share    ⋯

⊕ More replies

**makujah** • 9mo ago
🏷 Top 1% Commenter

Anniversary if you want pure vanilla game (which would be indeed valid for many reasons) with a community similar to 2019 Classic, or you just want *fresh*

Turtle if you want to play a considerably modified variation on vanilla, with a little more chill community, healthier economy and next to no bots. If you still want to experience proper pve progression, you can try to find such guilds that don't accept overgeared people in their raids - I personally don't know any but I know there are some. Say bye-bye to your weakauras tho :P

⬆ 7 ⬇    💬 Reply    🏅 Award    ↗ Share    ⋯

**Mnemozin** • 9mo ago

While i enjoy this server and played many hundreds of hours on it, it has its drawbacks:

— It's not fresh. Meaning economy is different and gear acquisition is MUCH easier. It's completely trivial to get some pre-raid bis pieces, for example; and it's easy to raid where nobody wants an item or two you're after, so you won't be competing with anyone. I got a lot of upgrades that way, and to me it felt like I gamed a system too much; and while on fresh you're racing other people for those upgrades, having a sense of real competition, here sometimes it feels like you're scrambling for peanuts when there's people running around in t2.5-t3;

— Server population is a lot smaller. Because twow doesn't have layers it doesn't affect the overworld much(although some areas are barren), but finding dungeon runs can be a bitch. While leveling i had to completely forgo going to Uldaman, and good luck getting a horde group for Deadmines, or running full Maraudon(not just princess);

— Old client. A lot of QoL stuff and addons are missing. If on Classic i can whip up a slick WeakAura that does exactly what i want and looks exactly how i want, here you either have to deal with some hacky addon, or deal with the fact that you simply cannot achieve what you want. Personally I'm not a fan of full UI replacements, but on turtle I'm using pfUI just because it does a lot of stuff that can't be done otherwise, and it's all in one addon(also makes my game

---

19 upvotes • 27 comments

r/turtlewow • 1y ago

**Can you explain me like I'm 5 why Turtle WoW hasn't been taken down after all thes…**

42 upvotes • 93 comments

r/turtlewow • 6mo ago

**How popular is turtle wow?**

97 upvotes • 83 comments

r/turtlewow • 10mo ago

**So…how is turtle wow?**

55 upvotes • 85 comments

r/turtlewow • 2mo ago

**Turtle WoW: Feels like + classic +**

471 upvotes • 73 comments

r/turtlewow • 1y ago

**How different is Turtle WoW compared to plain vanilla?**

36 upvotes • 28 comments

r/turtlewow • 8d ago

**Is it worth starting Turtle Wow now??**

79 upvotes • 99 comments

r/turtlewow • 3mo ago

**What changes does TurtleWoW make to Classic?**

27 upvotes • 39 comments

r/turtlewow • 2mo ago

**Are Turtle Wow's high-elf faction lore-accurate or an alternate timeline?**

35 upvotes • 52 comments

r/turtlewow • 8mo ago

**What is turtle Wow? ELYA5 (explain like you are 5)**

22 comments

r/turtlewow • 22d ago

**How long will turtle wow last now?**

21 comments

r/turtlewow • 8mo ago

**Something I LOVE about Turtle Wow**

111 upvotes • 37 comments

r/turtlewow • 2mo ago

**I'm struggling with Turtle WoW - and why that's a good thing**

Document title: Turtle vs Anniversary Classic? : r/turtlewow
Capture URL: https://www.reddit.com/r/turtlewow/comments/1i3s9hp/turtle_vs_anniversary_classic/
Capture timestamp (UTC): Wed, 15 Oct 2025 21:53:12 GMT

568

Anniversary if you want pure vanilla game (which would be indeed valid for many reasons) with a community similar to 2019 Classic, or you just want *fresh*

Turtle if you want to play a considerably modified variation on vanilla, with a little more chill community, healthier economy and next to no bots. If you still want to experience proper pve progression, you can try to find such guilds that don't accept overgeared people in their raids — I personally don't know any but I know there are some. Say bye-bye to your weakauras tho :P

⬆ 7 ⬇    💬 Reply    🏅 Award    ↗ Share    ⋯

**Mnemozin** · 9mo ago

While i enjoy this server and played many hundreds of hours on it, it has its drawbacks:

— It's not fresh. Meaning economy is different and gear acquisition is MUCH easier. It's completely trivial to get some pre-raid bis pieces, for example; and it's easy to find a raid where nobody wants an item or two you're after, so you won't be competing with anyone. I got a lot of upgrades that way, and to me it felt like i gamed a system too much; and while on fresh you're racing other people for those upgrades, having a sense of real competition, here sometimes it feels like you're scrambling for peanuts when there's people running around in t2.5-t3;

— Server population is a lot smaller. Because twow doesn't have layers it doesn't affect the overworld much(although some areas are barren), but finding dungeon runs can be a bitch. While leveling i had to completely forgo going to Uldaman, and good luck getting a horde group for Deadmines, or running full Maraudon(not just princess);

— Old client. A lot of QoL stuff and addons are missing. If on Classic i can whip up a slick WeakAura that does exactly what i want and looks exactly how i want, here you either have to deal with some hacky addon, or deal with the fact that you simply cannot achieve what you want. Personally I'm not a fan of full UI replacements, but on turtle I'm using pfUI just because it does a lot of stuff that can't be done otherwise, and it's all in one addon(also makes my game lag, but i have 2014 CPU so that shouldn't be an issue for normal people);

— Server administration. While yes, they answer your tickets and help you a lot(the fact that they can restore quest rewards is massive), but also they can be incompetent and unhelpful. Once i had a situation where a player tried to ninjaloot an item and then told me to kill myself, but because that was a whisper it was apparently fine? Mods told me to get fucked, basically. Another time we had drops from a raid boss completely deleted because of the server bug, and they refused to restore them, even though we had video evidence and this bug happened in the past. Also there's a prominent guild master of a big guild that organises pug runs, and he's so incredibly toxic and mentally unstable that he reminds me of a 5 year old having a temper tantrum in the middle of a store. Always yelling insults, profanity, being aggressive and condescending, threatening people with loot bans and kicking from the raid after a single wipe, etc. And he's being tolerated just fine. I don't know what you must actually do to get banned here, apart from cheating or disagreeing with admin team too hard;

Now, the positives:

— New content is actually quite decent. A lot of times while playing on classic I've found myself missing stuff that i got used to here(mainly quest rewards and dungeon drops). New quests can be good too, as long as you don't actually read them. New items are fun to hunt for, they fill some gaps in itemization — you no longer will craft Lionheart Helmet while running MC and wear it forever, for example. New zones are hit and miss — the finished assets they took from Blizzard are great(Hyjal, Gilneas), the rest not so much(wtf is up with Tel'Abim or first half of Black morass);

— Superwow. While this is an old client with missing QoL, there's a mod called superwow that allows you to do stuff you're used to, or something you straight up can't do on classic. I won't go in-depth here, but if you start playing and

---

**r/turtlewow** · 2mo ago ·

**I'm struggling with Turtle WoW - and why that's a good thing**

198 upvotes · 74 comments

**r/turtlewow** · 4mo ago ·

**My biggest fear for turtle wow 2.0**

50 upvotes · 101 comments

**r/turtlewow** · 18d ago ·

**Turtle wow kid of saved me from my depression and boredom**

82 upvotes · 8 comments

**r/turtlewow** · 1mo ago ·

**New to Turtle WoW - Class differences?**

8 upvotes · 8 comments

**r/turtlewow** · 2mo ago ·

**What do you think Turtle's future is going to be like?**

38 upvotes · 112 comments

**r/turtlewow** · 1mo ago ·

**Having never played wow, is turtle a good place to jump into?**

50 upvotes · 40 comments

**r/turtlewow** · 2mo ago ·

**Turtle vs Ascension**

2 upvotes · 19 comments

**r/turtlewow** · 1mo ago ·

**Surprised by this wow turtle**

68 upvotes · 13 comments

**r/turtlewow** · 19d ago ·

**Someone on the Turtle dev team must be a Pokémon fan**

150 upvotes · 26 comments

**VIEW POST IN**

[हिन्दी (हि)](#)

[Hindi](#)

[Русский](#)

[Français](#)

[中文](#)

---

**r/turtlewow**    [ Join ]

**Turtle WoW Team — Mysteries of Azeroth**

Mysteries of Azeroth — is a story expansion

---

Reddit, Inc. © 2025. All rights reserved.

for the fourth(?) time now and which costs you money to play each month then go anniversary.

If you want to relive classic and actual new classic content come to the turtle side

⬆ 3 ⬇   💬 Reply   🏆 Award   ↗ Share   ⋯

**GoGoGoldWin** · Promoted   ⋯

Sign Up Now For 5 Sweeps Coins! Up To 1000 Sweeps Coins Bonus Bet Available Now!

**Learn More**

wingogogold.com

**plpmentor** · 9mo ago

No server reset, but you'll have no trouble finding groups for anything. Your friends don't know what they're talking about. I'm in NA, and my ping sits at around 80 ms average.

⬆ 3 ⬇   💬 Reply   🏆 Award   ↗ Share   ⋯

**Razorwipe** · 9mo ago

Pings fine in us.

No wipes or resets.

Server is old.

⬆ 4 ⬇   💬 Reply   🏆 Award   ↗ Share   ⋯

**More replies**

**ArmEducational6007** · 9mo ago

I have played all variations of classic/seasonal and started twow 4 ish months ago. I have a max level warrior who just got last bit of T1 BIS and started running BWL+ and am working on multiple alts. I think the variable sized raids have been the most fun for me. Pugging MC, zg, AQ and so on feel so much better with less than 40 people. I have put in quite a bit of of time and am loving it.

Im in the Midwest and float around 115 ping. Servers are a bit inconsistent/bigger updates have caused a few day long outages in the last few months. Be prepared for random sporadic down time (usually short lived.)

⬆ 2 ⬇   💬 Reply   🏆 Award   ↗ Share   ⋯

**More replies**

**AffectionateFig93** · 9mo ago

turtle wow is better

⬆ 2 ⬇   💬 Reply   🏆 Award   ↗ Share   ⋯

**More replies**

**az943** · 9mo ago

I think you would benefit from playing out Anniversery Classic then coming to turtle wow at some point down the line. I'm a US player and I play both right now but I do like that you can play other builds that just arent viable on the anniversary servers ( Like I play a shaman tank) but in general the Anniversary client is a lot better and the addons and it runs better. The ping is high (im west coast US) but it feels fine to me.

**r/turtlewow**   **Join**

**Turtle WoW Team — Mysteries of Azeroth**
Mysteries of Azeroth —is a story expansion made by the Turtle WoW Team, inspired by the Warcraft universe of Blizzard...

**Show more**

🌐 Public

**TOP POSTS**

Reddit
reReddit: Top posts of January 17, 2025

Reddit
reReddit: Top posts of January 2025

Reddit
reReddit: Top posts of 2025

Reddit Rules   Privacy Policy   User Agreement
Accessibility   Reddit, Inc. © 2025. All rights reserved.

Reddit, Inc. © 2025. All rights reserved.

570

I think you would benefit from playing out Anniversary Classic then coming to turtle wow at some point down the line. I'm a US player and I play both right now but I do like that you can play other builds that just arent viable on the anniversary servers ( Like I play a shaman tank) but in general the Anniversary client is a lot better and the addons make it better. The ping is high (im west coast US) but it feels fine to me.

⬆ 1 ⬇   💬 Reply   🏅 Award   ↗ Share   ⋯

**donthurtmeok** • 9mo ago

i haven't had much time to play turtle wow because I only have time outside of home, and use my rog ally with console port on classic. Unfortunately console port does not work with turtle wow yet.

⬆ 0 ⬇   💬 Reply   🏅 Award   ↗ Share   ⋯

**Just_Beautiful5332** • 9mo ago

there are constantly new players on turtle wow and are welcomed, I don't recall any resets in my recent memory.

lots of players I've played with have been from the US and not complained about ping.

turtle is the better classic plus experience and it offers custom/challenge ways to play if you choose.

give it a try its free you have nothing to lose

⬆ 1 ⬇   💬 Reply   🏅 Award   ↗ Share   ⋯

⊕ More replies

**Candle_Honest** • 9mo ago

"high ping"

bruh its WoW

This isnt league or an FPS game. 20ms-300ms barely makes a difference

⬆ 1 ⬇   💬 Reply   🏅 Award   ↗ Share   ⋯

⊕ More replies

**Roslenleon** • 9mo ago

southern oregon here and i get around 120 ping with starlink. Just started on the server about a week ago and its been a blast so far. Its free, give it a shot :)

⬆ 1 ⬇   💬 Reply   🏅 Award   ↗ Share   ⋯

**TrueNosus** • 9mo ago

You need to install qol add-ons otherwise your gonna be hit with a hanky feeling game from 2004.

⬆ 1 ⬇   💬 Reply   🏅 Award   ↗ Share   ⋯

**TLT4** • 9mo ago

Once you tasted turtle wow you will realize how bad of a company blizzard actualy is.

⬆ 1 ⬇   💬 Reply   🏅 Award   ↗ Share   ⋯

**nivny** • 9mo ago

There's no need for a server reset. There is new content coming out regularly. You have to let that mindset go with a vanilla plus server.

⬆ 1 ⬇   💬 Reply   🏅 Award   ↗ Share   ⋯

571

Home
Popular
Answers BETA
Explore

TOPICS
Internet Culture (Viral)
Games
Q&As
Technology
Pop Culture
Movies & TV
See more

RESOURCES
About Reddit
Advertise
Reddit Pro BETA
Help
Blog
Careers
Press

Communities
Best of Reddit
Topics

Reddit Rules
Privacy Policy
User Agreement
Accessibility

Reddit, Inc. © 2025. All rights reserved.



actualy is.

**nivny** • 9mo ago

There's no need for a server reset. There is new content coming out regularly. You have to let that mindset go with a vanilla plus server.

⬆ 1 ⬇  ○ Reply  ♤ Award  ⤳ Share  ⋯

**dpm1320** • 9mo ago

I just canceled my classic sub. The economy alone.... mid 20s green stuff to keep you leveling well aren't 3g

No bots

Better talent balance

New dungeons and gear

⬆ 1 ⬇  ○ Reply  ♤ Award  ⤳ Share  ⋯

⌄ **View more comments**

Reddit, Inc. © 2025. All rights reserved.

Document title: Turtle vs Anniversary Classic? : r/turtlewow
Capture URL: https://www.reddit.com/r/turtlewow/comments/1i3s9hp/turtle_vs_anniversary_classic/
Capture timestamp (UTC): Wed, 15 Oct 2025 21:53:12 GMT

there are constantly new players on turtle wow and are welcomed, I don't recall any resets in my recent memory.

lots of players I've played with have been from the US and not complained about ping.

turtle is the better classic plus experience and it offers custom/challenge ways to play if you choose.

give it a try its free you have nothing to lose

⬆ 1 ⬇   💬 Reply   🏆 Award   ↗ Share   ...

⊕ 5 more replies

**Candle_Honest** • 9mo ago

"high ping"

bruh its WoW

This isnt league or an FPS game. 20ms-300ms barely makes a difference

⊖ ⬆ 1 ⬇   💬 Reply   🏆 Award   ↗ Share   ...

**CosmicCleric** • 9mo ago

To be fair, play an Affliction Lock from the West Coast U.S., and you'll notice.

Having said that, its still very playable, and fun to do so.

⬆ 2 ⬇   💬 Reply   🏆 Award   ↗ Share   ...

**Roslenleon** • 9mo ago

southern oregon here and i get around 120 ping with starlink. Just started on the server about a week ago and its been a blast so far. Its free, give it a shot :)

⬆ 1 ⬇   💬 Reply   🏆 Award   ↗ Share   ...

**TrueNosus** • 9mo ago

You need to install qol add-ons otherwise your gonna be hit with a hanky feeling game from 2004.

⬆ 1 ⬇   💬 Reply   🏆 Award   ↗ Share   ...

**TLT4** • 9mo ago

Once you tasted turle wow you will realize how bad of a company blizzard actualy is.

⬆ 1 ⬇   💬 Reply   🏆 Award   ↗ Share   ...

**nivny** • 9mo ago

There's no need for a server reset. There is new content coming out regularly. You have to let that mindset go with a vanilla plus server.

⬆ 1 ⬇   💬 Reply   🏆 Award   ↗ Share   ...

**dpm1320** • 9mo ago

I just canceled my classic sub. The economy alone.... mid 20s green stuff to keep you leveling well aren't 3g

No bots

Better talent balance

New dungeons and gear

⬆ 1 ⬇   💬 Reply   🏆 Award   ↗ Share   ...

573

Reddit, Inc. © 2025. All rights reserved.

574

Document title: Turtle vs Anniversary Classic? : r/turtlewow
Capture URL: https://www.reddit.com/r/turtlewow/comments/1i3s9hp/turtle_vs_anniversary_classic/
Capture timestamp (UTC): Wed, 15 Oct 2025 21:53:12 GMT

**Page Vault**

| | |
|---|---|
| Document title: | Question about the server : r/turtlewow |
| Capture URL: | https://www.reddit.com/r/turtlewow/comments/1f9p5bn/question_about_the_server/ |
| Page loaded at (UTC): | Wed, 15 Oct 2025 21:52:43 GMT |
| Capture timestamp (UTC): | Wed, 15 Oct 2025 21:52:44 GMT |
| Capture tool: | 3.15.0 |
| Collection server IP: | 50.19.182.51 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/139.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 5 |
| Capture ID: | gdN8qhGDyf4XY2AB92qLhg |
| Display Name: | cbg |



that's mainly bc we are starving for tanks!

↑ 5 ↓    ⟳ Reply    ☆ Award    ⇱ Share    ...

**Necessary-Beat407** · 1y ago

You can pug everything up to and thur parts of nax40. Just watch world chat

⊖    ↑ 5 ↓    ⟳ Reply    ☆ Award    ⇱ Share    ...

**YoSumo** · 1y ago

Yep, Nomads pug Naxx on a Saturday and Tuesday (currently) 19:30
Server Time.

↑ 4 ↓    ⟳ Reply    ☆ Award    ⇱ Share    ...

**bring_chips** · 1y ago

Na i never have an issue, based outta California.

↑ 4 ↓    ⟳ Reply    ☆ Award    ⇱ Share    ...

**DoveMenCareUS** · Promoted    ...

Protection here, there, everywhere

[ Shop Now ]    shop.mikmak.ai

Get Everywhere,
Everywhere Care

**YoSumo** · 1y ago

I don't know if you are an EU player, but...

Nomads is an EU based guild that is looking for new players. Their raid time is
19:30 Server Time. Their discord is here: https://discord.com/invite/nTbXGtDg

↑ 3 ↓    ⟳ Reply    ☆ Award    ⇱ Share    ...

**nickgreyden** · 1y ago

Dungeon finder is nice, but hollering for people in SW is still the norm lol. As a
tank, you shouldn't have many issues finding groups while leveling.

↑ 3 ↓    ⟳ Reply    ☆ Award    ⇱ Share    ...

**Replikant83** · 1y ago

I'm new, as well, but I'm told there's no issues finding groups. I'm
people on at peak times and ~3K are Alliance. Running around questing, I see
sooooo many people. I was doing the pirate escort quest outside Ratchet and
there was a lineup of people waiting to do it. The server seems really healthy.

⊖    ↑ 2 ↓    ⟳ Reply    ☆ Award    ⇱ Share    ...

**[deleted]** · 1y ago

ANDDDD the dungeons are cross-faction.

⊖    ↑ 4 ↓    ⟳ Reply    ☆ Award    ⇱ Share    ...

**aq72** · 1y ago

I believe this is for the PvE server only.

↑ 2 ↓    ⟳ Reply    ☆ Award    ⇱ Share    ...

**Kind-Potato** · 1y ago

I've heard a number of people complain about the high elf starting zone.

---

r/turtlewow · 9d ago

**New player, what server to choose?**
8 upvotes · 28 comments

r/turtlewow · 18d ago

**How's ret pally on this server?**
8 upvotes · 35 comments

r/turtlewow · 4mo ago

**Which server to choose?**
13 upvotes · 35 comments

r/turtlewow · 2mo ago

**First char for fresh server?**
36 comments

r/turtlewow · 1mo ago

**Apparently we are not the only pserver in
danger...**
443 upvotes · 410 comments

r/turtlewow · 9d ago

**What server to play**
1 upvote · 11 comments

r/lotro · 1y ago

**Question about the legendary servers**
10 upvotes · 12 comments

r/turtlewow · 2y ago

**Am I allowed to give someone gold to get ran
through low level dungeons?**
2 upvotes · 15 comments

r/turtlewow · 2mo ago

**Server are Full**
27 upvotes · 7 comments

r/turtlewow · 3mo ago

**This server is awesome!!!**
127 upvotes · 6 comments

r/turtlewow · 2y ago

**Is it feasible to dungeon grind to 60?**
6 upvotes · 25 comments

r/turtlewow · 24d ago

**No way this cant be real**
144 upvotes · 38 comments

r/turtlewow · 3d ago

---

577





Document title: Question about the server : r/turtlewow
Capture URL: https://www.reddit.com/r/turtlewow/comments/1f9p5bn/question_about_the_server/
Capture timestamp (UTC): Wed, 15 Oct 2025 21:52:44 GMT



At least I tried :')

45 upvotes · 8 comments

r/turtlewow · 2mo ago

**Why are people so bad?**

37 comments

r/turtlewow · 4mo ago

**how?**

137 upvotes · 44 comments

r/turtlewow · 4mo ago

**how?**

202 upvotes · 45 comments

VIEW POST IN

한국어

Русский

Français

**r/turtlewow**    [Join]

**Turtle WoW Team — Mysteries of Azeroth**
Mysteries of Azeroth —is a story expansion made by the Turtle WoW Team, inspired by the Warcraft universe of Blizzard…

**Show more**

⊕ Public

TOP POSTS

🔴 Reddit

**reReddit: Top posts of September 5, 2024**

🔴 Reddit

**reReddit: Top posts of September 2024**

🔴 Reddit

**reReddit: Top posts of 2024**

Reddit Rules  Privacy Policy  User Agreement
Accessibility  Reddit, Inc. © 2025. All rights reserved.

TOPICS

Internet Culture (Viral)
Games
Q&As
Technology
Pop Culture
Movies & TV

See more

RESOURCES

About Reddit
Advertise
Reddit Pro  BETA
Help
Blog
Careers
Press

Communities
Best of Reddit
Topics

Reddit Rules
Privacy Policy
User Agreement
Accessibility

Reddit, Inc. © 2025. All rights reserved.

579

Page Vault

| | |
|---|---|
| Document title: | Server Recomendation? : r/turtlewow |
| Capture URL: | https://www.reddit.com/r/turtlewow/comments/1ka100y/server_recomendation/ |
| Page loaded at (UTC): | Wed, 15 Oct 2025 21:52:28 GMT |
| Capture timestamp (UTC): | Wed, 15 Oct 2025 21:52:29 GMT |
| Capture tool: | 3.15.0 |
| Collection server IP: | 52.204.13.127 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/139.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 5 |
| Capture ID: | 4j3YGpw82owPJXPWE4Yxi2 |
| Display Name: | cbg |



Document title: Server Recomendation? : r/turtlewow
Capture URL: https://www.reddit.com/r/turtlewow/comments/1ka100y/server_recomendation/
Capture timestamp (UTC): Wed, 15 Oct 2025 21:52:29 GMT



RP is pve. I don't even notice the RP unless I seek it out. Just join and
come turtle with all of us.

⬆ 2 ⬇    ◯ Reply    ⬮ Award    ⬧ Share    ⋯

**Kysk15** · 6mo ago

The new SA server has pretty good ping from the US(124 from Illinois). It's a
fresh server so everybody is leveling and getting ready for raids. There are a
few English guilds on the server.

⬆ 2 ⬇    ◯ Reply    ⬮ Award    ⬧ Share    ⋯

**Derek114811** · 6mo ago

Most US players pick Nordannar-EU. It's the "main" and original server.

⬆ 2 ⬇    ◯ Reply    ⬮ Award    ⬧ Share    ⋯

**oakleymeta** · Promoted                                        ⋯

Introducing Oakley Meta Vanguard. Performance AI
glasses for athletes. Pre-order now.

[ Learn More ]                                    meta.com

**lenin-1917** · 6mo ago

Pick Nordanaar then

⬆ 1 ⬇    ◯ Reply    ⬮ Award    ⬧ Share    ⋯

**Verydumbname69** · 6mo ago

Only 2 servers, PVE and PVP. No US servers here, play on Nordanaar, which
is the PVE server and the most populated

⬆ 1 ⬇    ◯ Reply    ⬮ Award    ⬧ Share    ⋯

**dpm1320** · 6mo ago

Just play on Nord, the RP server. There's really not that much RP going on. Be
nice, be polite, and it's fine.

you COULD try the south american server, but it might be hard to find english
speaking people...

⬆ 0 ⬇    ◯ Reply    ⬮ Award    ⬧ Share    ⋯

**juicexxxWRLD** · 6mo ago

When you launch the game for the first time it takes you thru WoWs default
server recommendation thing which is just kind of confusing for turtle because
they don't follow the categories exactly.

When you launch it'll say "do you want PvP PvE, or RPPvE/RRPVP" When the
only servers that exist, are PVP, and RPPvE, so it's confusing and the
recommendation doesn't even help.

But like everybody else is saying, Nordannar (the RPPvE realm) is the one you
want. It does have pvp, but only for people who enable it, and most of the
people aren't actually RPing, some are, but i think the tag is just there to let
people know it's allowed.

The RPPvE realm is a non-rp, and pvp realm. It's just up to you, so that's the
place you want to be (and just where everyone is, there is no US server)

---

**r/turtlewow** · 8mo ago

A TWoW Newcomer's First Thoughts on the
Server

66 upvotes · 59 comments

**r/turtlewow** · 3mo ago

Recently joined the server and had a super
friendly encounter.

173 upvotes · 35 comments

**r/turtlewow** · 2mo ago

relatively new to this server. is
the RP community regularly lik...

524 upvotes · 166 comments

**r/turtlewow** · 1mo ago

Apparently we are not the only pserver in
danger...

443 upvotes · 410 comments

**r/turtlewow** · 9d ago

New player, what server to choose?

8 upvotes · 28 comments

**r/turtlewow** · 2mo ago

First char for fresh server?

36 comments

**r/turtlewow** · 2mo ago

Help me pick a class for new server

2 upvotes · 14 comments

**r/turtlewow** · 9d ago

What server to play

1 upvote · 11 comments

**r/turtlewow** · 6mo ago

What is the RP like on this server?

13 upvotes · 20 comments

**r/turtlewow** · 4mo ago

Which server to choose?

13 upvotes · 35 comments

**r/turtlewow** · 1mo ago

How I see this community

570 upvotes · 51 comments

**r/Quest3** · 7mo ago

Multiplayer recomendations

1 upvote · 6 comments

**r/turtlewow** · 24d ago

582

Document title: Server Recomendation? : r/turtlewow
Capture URL: https://www.reddit.com/r/turtlewow/comments/1ka100y/server_recomendation/
Capture timestamp (UTC): Wed, 15 Oct 2025 21:52:29 GMT



people aren't actually RPing, some are, but i think the tag is just there to let people know it's allowed.

The RPPvE realm is a non-rp, and pvp realm. It's just up to you, so that's the place you want to be (and just where everyone is, there is no US server)

↑ 0 ↓   💬 Reply   🏆 Award   ↗ Share   ⋯

**pandywi** • 6mo ago

U can try the latam server with a fresh start ,lot of English speakers there, server is located on peru , so yo should have 120 ms~

↑ 0 ↓   💬 Reply   🏆 Award   ↗ Share   ⋯

r/Quest3 • 7mo ago

**Multiplayer recomendations**

1 upvote · 6 comments

r/turtlewow • 24d ago

**No way this cant be real**

144 upvotes · 38 comments

r/turtlewow • 2mo ago

**Server are Full**

27 upvotes · 7 comments

r/turtlewow • 4d ago

**I just leave it here**

99 upvotes · 13 comments

r/turtlewow • 1mo ago

**What am I in for**

109 upvotes · 57 comments

r/turtlewow • 3mo ago

**This server is awesome!!!**

127 upvotes · 6 comments

r/turtlewow • 17d ago

**Is this allowed ?**

18 comments

r/turtlewow • 1mo ago

**My experience so far**

27 upvotes · 14 comments

r/turtlewow • 4mo ago

**This community is awesome**

81 upvotes · 22 comments

RELATED DISCUSSIONS

Best Server Hosting

Best Dedicated Server Hosting

Best Game Server Hosting Services

Best Minecraft Servers

See more ⌄

**r/turtlewow**   [ Join ]

Turtle WoW Team — Mysteries of Azeroth

---

## Navigation

Home
Popular
Answers BETA
Explore

TOPICS
Internet Culture (Viral)
Games
Q&As
Technology
Pop Culture
Movies & TV
See more

RESOURCES
About Reddit
Advertise
Reddit Pro BETA
Help
Blog
Careers
Press

Communities
Best of Reddit
Topics

Reddit Rules
Privacy Policy
User Agreement
Accessibility

Reddit, Inc. © 2025. All rights reserved.

583



584

**Page Vault**

| | |
|---|---|
| Document title: | First time player - never played WoW at all. Is Turtle WoW grindy? Plus other questions. : r/turtlewow |
| Capture URL: | https://www.reddit.com/r/turtlewow/comments/1nqgerd/ first_time_player_never_played_wow_at_all_is/ |
| Page loaded at (UTC): | Tue, 16 Dec 2025 17:48:22 GMT |
| Capture timestamp (UTC): | Tue, 16 Dec 2025 17:48:24 GMT |
| Capture tool: | 3.17.0 |
| Collection server IP: | 98.93.244.132 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/142.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 10 |
| Capture ID: | e8JNMGBnmoVPwkH2P3XBVU |
| Display Name: | cbg |

≡   reddit    Search r/turtlewow    Log In    Create Post 🔔

**r/turtlewow** · 3mo ago
[deleted]    ...

# First time player - never played WoW at all. Is Turtle WoW grindy? Plus other questions.

**Question**

By the end of the Endwalker expansion for FFXIV, I had 500 hours, but without ever grinding - I did do all sidequests, and that's across the base game + 4 expansions.

I'm interested in playing Turtle WoW since I never played WoW before, but I don't want to spend hours grinding.

I read a comment here saying it takes up to 200 hours to level up a character... Is that true?

I don't know why this isn't mentioned on the "main" Turtle WoW website, but I found out there is a separate website for my region.

Should I play there or on the U.S. servers? I ask because of dungeons/raids, I'm guessing that if the player count is too low, I wouldn't be able to play.

I'm planning on playing Priest. I intend on playing the game solo, for all content that is reasonable to do solo (I'm guessing raids aren't). Would picking that class screw me over?

I ask this because one thing people complain about FFXIV and praise WoW for is how NOT homogenous classes are across the board.

⬆ 9 ⬇    💬 50    ⚲    ↪ Share

Join the conversation

Sort by: Best ⌄    🔍 Search Comments

**greenisnotacreativ** · 3mo ago · Edited 3mo ago

the goals you're describing (finishing "all" quests and level 60-specific solo content) isn't really a thing in classic wow. there's no campaign to finish, and getting to level 60 just means you've gotten the max rank of all your spells and can buy the fastest movement speed mount to travel the world. some people race to level 60 because they want to do dungeons or raid or pvp, but those are group content, otherwise at level 60 you'll be continuing the same gameplay loop as you had access to the entire time you were leveling, which is questing and exploring. classic is about the different zones and storylines, and making goals for yourself as you play. do you want to chase the best gear? do you want a really fast horse to run around on? do you want to collect pets? do you want to look cool? you get more options as you level, both in terms of where you can go and what you can get, but there's no "finishing" the game. if you don't vibe with that then yeah, you'd probably prefer a different game. if you can let go of those completionist parameters to try out a game that's been immersing people in the world for 20 years now, then you might enjoy it.

⊖   ⬆ 4 ⬇    💬 Reply    🏅 Award    ↪ Share    ...

**[deleted]  OP** · 3mo ago

I misspoke when I said "all" quests. I meant a campaign, like you mentioned.

Another commenter mentioned that WoW's quests are like FF14's sidequests - and since having to find the fun isn't something I look for in a game, that alone won't carry the game for me.

What you said about it being the same gameplay loop throughout all playtime really put into words what I was trying to know here, thank you.

⊖   ⬆ 1 ⬇    💬 Reply    🏅 Award    ↪ Share    ...

**greenisnotacreativ** · 3mo ago · Edited 3mo ago

### r/turtlewow    Join

**Turtle WoW Team — Mysteries of Azeroth**
Mysteries of Azeroth — is a story expansion made by the Turtle WoW Team, inspired by the Warcraft universe of Blizzard…

**Show more**

🏠 Created Sep 10, 2018
🌐 Public

**92K**    **2.8K**
Weekly visitors    Weekly contributions

### R/TURTLEWOW RULES

| 1 | Be respectful | ⌄ |
| 2 | Only Turtle WoW Content | ⌄ |
| 3 | Requesting for support | ⌄ |
| 4 | Posting media | ⌄ |
| 5 | Flair your posts | ⌄ |
| 6 | Low effort posts | ⌄ |

### DISCORD

Turtle-WoW
Join us on Discord!

### POST FLAIR

Discussion    Screenshot    Artwork

Question    Video / Media    AddOns

Meta

### LINKS

Homepage

Forums

Report a bug

YouTube

Instagram

Twitter

Document title: First time player - never played WoW at all. Is Turtle WoW grindy? Plus other questions. : r/turtlewow
Capture URL: https://www.reddit.com/r/turtlewow/comments/1nqgerd/first_time_player_never_played_wow_at_all_is/
Capture timestamp (UTC): Tue, 16 Dec 2025 17:48:24 GMT    Page 1 of 9



greenisnotacreativ · 3mo ago · Edited 3mo ago

to make it clear, leveling vs end-game is why a lot of wow players *do* try to race to 60: they want to raid, or do dungeons, or pvp, because they view that as the more fun part of the game. leveling/questing is the solo experience with optional group play and end-game content like raiding, dungeons, and pvp are social; you said that you didn't want to do group content, so that's why level 60 is "more of the same" since playing solo eliminates the end-game. regardless, with the way you're phrasing it as "looking for the fun" it doesn't sound like a good fit for you.

⇧ 2 ⇩   ◯ Reply   ⚬ Award   ⌲ Share   ...

cdillio · 3mo ago

As someone with about 450 days played in WoW since 2004 and about 100 days played in FFXIV. FFXIV is a glorified JRPG and classic/turtle wow is an actual MMO. If you aren't looking for a social journey of being an adventurer, this one isn't for you.

⇧ 2 ⇩   ◯ Reply   ⚬ Award   ⌲ Share   ...

Holigae · 3mo ago · Edited 3mo ago

WoW does not have a "story" in the way that FF14 does. Each area has its own little thing going on and different quest hubs within areas may have different things going on. Some areas may continue the "plot" of the previous area and some quest lines tell a mini-story across several different areas. From these mini plots you come to get a sense of what's happening in this world and what the people of each faction value and fight for.

WoW is as grindey as you decide to make it. If you just want to kill mobs to level, you can. But if you go from hub to hub, area to area picking up quests then you'll find yourself keeping pace with the level curve just fine. One thing you will have to adjust to is that moving around the world is not instant or convenient. You cannot just teleport to area like you can in FF14. If you have never been to a zone, you will have to walk there. At best you might find a flight path that you can take a taxi back to. But if your preferred questing spot is in a far flung corner of an area, then youll be walking a lot. On its face that might sound horrible, but it helps make the world feel real and makes it feel bigger. One of my biggest personal issues with FF was how teleporting around the world made it feel so small. I love how wow places such emphasis on making you feel the hugeness of its world.

There is no US server for twoW. The server is hosted in Europe. That said, I have never personally experienced any significant latency playing in East Coast US.

Priest is fine. Every class has its strengths and weaknesses. Each class also has multiple playstyles within itself referred to as "specs" or specializations. For instance Priest has Discipline which is a magic damage based playstyle with healing capability, Shadow which is a more dot focused playstyle, and Holy which is a primarily healing focused playstyle. Each is perfectly viable but some may be better suited to solo world content than others.

WoW is a game that doesn't force feed you anything. You have to go out and find quests. Often times you'll get a "breadcrumb" quest that takes you to another quest hub, but once you're there it's up to you to decide what you want to do.

Also the open world in WoW is a lot more dangerous than FF14. Pulling more than one or two mobs at a time can be a death sentence for some classes or specs.

EDIT: You mentioned that you did every side quest in FF14. The "story" in wow is more akin to those side quests. Self-contained mini plots that may sometimes bleed over into each other.

⊖   ⇧ 34 ⇩   ◯ Reply   ⚬ Award   ⌲ Share   ...

[deleted] OP · 3mo ago

Damn, not being story-focused is a big blow for me... That's what I loved most about FF14.

And the custom expansion continuing the story without the cosmic war stuff is what attracted me the most to Turtle WoW.

⊖   ⇧ 1 ⇩   ◯ Reply   ⚬ Award   ⌲ Share   ...

### Sidebar

Twitter

Discord

MODERATORS

✉ Message Mods

u/tw_bowser   Turtle WoW Staff

u/AkalixFrost   Turtle WoW Staff
Akalix

u/VanthTW

u/jameyboor

u/Haaxor1689

u/PepeSmite

u/SleepsTimes

u/Othram

View all moderators

Reddit Rules  Privacy Policy  User Agreement
Accessibility  Reddit, Inc. © 2025. All rights reserved.

587

most to Turtle WoW.

⊖ ⇧ 1 ⇩  ◯ Reply   ⬡ Award   ⬦ Share   ⋯

**Holigae** · 3mo ago

That's understandable. Vanilla WoW does not position you as a destined hero, but rather just another adventurer in the world setting out to make their name. It's a different vibe for sure.

⊖ ⇧ 28 ⇩  ◯ Reply   ⬡ Award   ⬦ Share   ⋯

**[deleted]** OP · 3mo ago · Edited 3mo ago

How many hours would you say it takes to level up a character, or, more importantly to me, to finish all the quests or the "Main Story" quest line if there is one?

⊖ ⇧ 1 ⇩  ◯ Reply   ⬡ Award   ⬦ Share   ⋯

**Competitive_Body7359** · 3mo ago
🏅 Top 1% Commenter

Leveling to 60 could be seen as the first step in your journey, and it takes around 7 days played give it take. When learning this system it could be closer to 10.

Youd be easily 50 days (1200 hours) to do all the quests I would think, and multiple characters.

⇧ 4 ⇩  ◯ Reply   ⬡ Award   ⬦ Share   ⋯

**ParkingStructure** · 3mo ago

There is no main story quest, this game is functionally completely different. You start off as a grunt in your respective area and complete quests in hubs across the world. You are essentially given tasks by a bunch of people sometimes not ale NPCs, but it's not a comprehensive cohesive experience the world is big and you choose what you'd like to do. But it'll take you maybe 100 hours ish to hit max level on one Character.

Dungeons in wow are also not solo able and will be much more difficult than what youre familiar from ffxiv. Not necessarily mechanically but just by nature of it being a different kind of game.

⇧ 3 ⇩  ◯ Reply   ⬡ Award   ⬦ Share   ⋯

**Difficult_Quarter192** · 3mo ago

There are no main story. Finishing all quests... I reckon it's near impossible, or at least in the 10 000+ hours.

Some quests will mever be accessible to your character since a lot of the qiests are faction-locked (Horde or Alliance).

⊖ ⇧ 1 ⇩  ◯ Reply   ⬡ Award   ⬦ Share   ⋯

**Nutzori** · 3mo ago

Finishing all (available) quests isnt impossible, thats what the Loremaster title is for. However it is the definition of grindy because you outlevel most of it and you need external tools to even find all of em, especially as a new player.

⇧ 1 ⇩  ◯ Reply   ⬡ Award   ⬦ Share   ⋯

**Nice-Ad-2792** · 3mo ago

Vanilla WoW is not about solely hitting max level, the journey is as much a part of the experience as level 60 is. Unlike FF14 your class becomes basically fully functional by level 20.

⇧ 1 ⇩  ◯ Reply   ⬡ Award   ⬦ Share   ⋯

**Assquencher69** · 3mo ago

Not being locked into a certain story is the best part of wow, nothings worse than an mmo forcing you to do quests for a story you don't care about. You start questing in an area and eventually learn

Document title: First time player - never played WoW at all. Is Turtle WoW grindy? Plus other questions. : r/turtlewow
Capture URL: https://www.reddit.com/r/turtlewow/comments/1nqgerd/first_time_player_never_played_wow_at_all_is/
Capture timestamp (UTC): Tue, 16 Dec 2025 17:48:24 GMT

Not being locked into a certain story is the best part of wow, nothings worse than a mmo forcing you to do quests for a story you don't care about. You start questing in an area and eventually learn the lore and reasoning behind everything. If you want more of "story" I would choose alliance and quest through the lower level areas, plenty of lore and story to find out about.

⬆ 13 ⬇   ◯ Reply   🏅 Award   ↪ Share   ...

**Professional-Crew379** • 3mo ago

I don't think turtle/classic is what you're looking for, sounds like you're more the target demographic for mists of Pandaria, legion remix or retail.

Try it out tho, you might enjoy it more than you think, all else it's a free experience you got nothing to lose but time.

⬆ 6 ⬇   ◯ Reply   🏅 Award   ↪ Share   ...

**ThaZook** • 3mo ago

Ff14 is the absolute exception that cares about a Story mmo wise and in the end .. ff14 is for me Not a real mmo , its a RPG MMO while WoW is a MMO RPG

Honestly if u want to play Story u should look into other Story games

⬆ 2 ⬇   ◯ Reply   🏅 Award   ↪ Share   ...

**ShadonezKusanagi** • 3mo ago

In Turtle (and vanilla WoW) the world is the main character, as opposed to you. There's a lot of fascinating stories to get lost in, and some are connected, but you'll never be the center of focus or any prophecy.

⬆ 2 ⬇   ◯ Reply   🏅 Award   ↪ Share   ...

**Pink_Slyvie** • 3mo ago

It's not even so much that it isn't story-focused, many just ignore it.

You also have to piece it together yourself as you quest. It isn't your story, its the story of the world, of world events.

⬆ 1 ⬇   ◯ Reply   🏅 Award   ↪ Share   ...

**walerk** • 3mo ago

that's an incredible reply ♥

⬆ 1 ⬇   ◯ Reply   🏅 Award   ↪ Share   ...

**loafcatastrophe** • 3mo ago

Its not nearly as grindy as other old school mmos but can be grindy if you choose to max out reputation for different factions or if you're on the hunt for particular items. For me I think it has the best balance of enough grinding for you to really care about your character while also not spending hours for a measley 20% on your xp bar

⬆ 3 ⬇   ◯ Reply   🏅 Award   ↪ Share   ...

**powerofvibes365** • 3mo ago

Yes but enjoy it all. It's not a race. Have fun with it!

⬆ 3 ⬇   ◯ Reply   🏅 Award   ↪ Share   ...

**Stewapalooza** • 3mo ago

It can be a bit grindy but I'm here for the journey, not necessarily the destination.

⬆ 3 ⬇   ◯ Reply   🏅 Award   ↪ Share   ...

589

Document title: First time player - never played WoW at all. Is Turtle WoW grindy? Plus other questions. : r/turtlewow
Capture URL: https://www.reddit.com/r/turtlewow/comments/1nqgerd/first_time_player_never_played_wow_at_all_is/
Capture timestamp (UTC): Tue, 16 Dec 2025 17:48:24 GMT

⬆ 3 ⬇   💬 Reply   🏅 Award   ↗ Share   ⋯

**Annihilakli** · 3mo ago

FF14 and Wow player here - if you did all the sidequests in FF, you will DEFINATELY not feel grindy in wow.

Keep in mind, you gain full xp doing lower level quests in twow. That means you can go ahead and do all quests you want.

I would 100% suggest you enable "Slow and Steady" challenge on character creation, as you will move faster than the areas finish without it.

⬆ 3 ⬇   💬 Reply   🏅 Award   ↗ Share   ⋯

**Klutzy-Wall-3560** · 3mo ago

Turtle makes it faster to level, if you want that. You can reach max level comfortably in about 100 hours. Fast players are about half that. Slower players closer to 200 but often by choice. No grinding needed to level quickly if you do quests, and for your chosen class i doubt grinding would be much faster anyway.

There are only 3 servers. I recommend picking based on what features you want - TA is open pvp, Nord is more chill and less populated at lower levels, Amber is new and more populated.

Haven't done much priest in a long time, mains can come chime in, but they are not considered a very interesting class to play solo. You might consider experimenting with other classes if you want a more solo playstyle. Hybrid classes like shaman and druid are often recommended for players who aren't sure what they want yet as they can transition into solo or group and play all roles.

⊖ ⬆ 2 ⬇   💬 Reply   🏅 Award   ↗ Share   ⋯

   **AutoModerator** **MOD** · 3mo ago

   Sorry, your submission has been automatically removed. New accounts are not allowed to submit content.

   *I am a bot, and this action was performed automatically. Please* contact the moderators of this subreddit *if you have any questions or concerns.*

   ⬆ 0 ⬇   💬 Reply   🏅 Award   ↗ Share   ⋯

**Radaistarion** · 3mo ago

Unless you want to go for niche stuff it is not

The grind is very much present however

⬆ 2 ⬇   💬 Reply   🏅 Award   ↗ Share   ⋯

**YourGuyElias** · 3mo ago

So I'm Gen Z. This is also my first time playing WoW.

I don't think there's an actual NA server, although if I recall correctly, there is a LatAm one. NA connection isn't bad enough to hinder there being a significant NA playerbase.

When it comes to the game being grindy, it is, but not in a manner that's necessarily detrimental I guess? I think what sets Classic WoW apart is that the emphasis ultimately falls upon the process of leveling and getting to sixty and getting all the cool shit you want, rather than the content at 60 and having BiS for the current phase. It's why I've mostly been playing nothing but WoW lately. This sounds like a boomer ass take, but it's a genuinely far more fun change of pace than modern gaming's obsession of rushing the player to a pseudo-endgame and having them engage in whatever seasonal content is present for the timebeing.

I think ultimately the question kind of becomes, "Am I a person that becomes susceptible to FOMO?" Because if you are, it will be extremely grindy. You'll want to hop on the gear treadmill to be able to raid, you'll want to set up a super strong economy and grind gold so you can buy consumes and so forth. If you aren't, then yeah, it's kind of whatever. It's just a long game with a good amount of content.

Document title: First time player - never played WoW at all. Is Turtle WoW grindy? Plus other questions. : r/turtlewow
Capture URL: https://www.reddit.com/r/turtlewow/comments/1nqgerd/first_time_player_never_played_wow_at_all_is/
Capture timestamp (UTC): Tue, 16 Dec 2025 17:48:24 GMT

want to set up a super strong economy and grind gold so you can buy consumes and so forth. If you aren't, then yeah, it's kind of whatever. It's just a long game with a good amount of content.

⬆ 2 ⬇   💬 Reply   🏅 Award   ↗ Share   ⋯

**Hugh-Manatee** • 3mo ago

Vanilla WoW is grindy relative to modern MMOs because it's 21 years old.

Turtle adds more quests and dungeons - so either non-grind or disguised-grind content - and adds more abilities for classes which IMO helps with repetitive combat a little.

So I'd say TWoW is still overall grindy but the least grindy iteration of vanilla WoW and you really can spend a lot of time leveling doing only the quests and content you want and professions too

⬆ 2 ⬇   💬 Reply   🏅 Award   ↗ Share   ⋯

**Kazukopf** • 3mo ago

I think you're better off playing Retail. Lots of solo content there, a real MSQ and leveling is fast.

Twow and Vanilla are quite the opposite. There is no real MSQ, it's mostly bits of zone lore without cutscenes. People play it for the long leveling journey, the Raids and the social interaction with other players.

If you decide to play Retail just wait for the Legion Remix Release on October 7th and try that or wait for the 11.2.7 Patch late 2025 because it will revamp the new player experience (which is doodoo currently).

⬆ 2 ⬇   💬 Reply   🏅 Award   ↗ Share   ⋯

**Aegis_Sinner** • 3mo ago

Priest is one of my favorite classes, not the strongest solo but from just going mob to mob the lack of downtime is lit. Pick whatever class fantasy you find the most enticing. Priest and Holy Paladin are my mains and in FFXIV I really enjoy White Mage.

Though if you really want to solo in a more feasible manner Warlock or Hunter fairs better.

Warlock specifically going the affliction drain tank build where you juggle draining life to heal and lifetap to sacrifice hp for mana you become pretty powerful solo with some unique gameplay juggling your resources.

Not gonna sell you on the game though, it is a free private server that is risk free in terms of trying the game out. Jump in and if you are not having any fun... Then simply stop playing.

Im personally pretty hyped for the new deep dungeon releasing on FFXIV. Soloing all of them has been my favorite content in the whole of the mmo, also I am the opposite of you. I hated the slog of FFXIVs MSQ. It has some sick story beats and build up yes. But the amount of mind numbing hours to hit the moments sucked.

I also rather dislike the notion of all these important NPC's making me out to be the chosen Warrior of Light then parroting that to every player character. I quite adore being a standard adventurer that helps out in hubs that I run around and visit. Feels even better with raids, needing numbers to literally raid X baddie that is a threat to our faction, I am an adventurer and need no further incentive other than my leader wants it dead, we will be dead if we don't kill it, and LOOT.

⬆ 2 ⬇   💬 Reply   🏅 Award   ↗ Share   ⋯

**Sadi_Reddit** • 3mo ago

if you actually read the quests in wow the questing has a certain charm but dont expect anything Like Shadowbringers level of story. Since its basically a 20 year old game that is updated it has no cutscenes or voicelines. Getting gear is harder tgan FF and xou sometimes dont instincively know if an item is an upgrade without help. Levelling is hard and mobs will sometimes kill you. Especially as a priest playing solo.

That said, it uas o e of tge most alive worlds out there and zones just feel alive. Levelling you jobs is actually interesting despite not having to do roations amd produce items you will actually use or sell for gold. you talk to people in thebiqen world, ninja invite or get invited for quick group quests or to kill some mobs together if

591

That said, it does 0-0 of age most alive worlds out there and zones just feel alive. Leveling you jobs is actually interesting despite not having to do roations amd produce items you will actually use or sell for gold. you talk to people in thebipen world, ninja invite or get invited for quick group quests or to kill some mobs together if there are not enough. You have opportunities to save people in the wild and get thanked by someone who is actually thankful.

So its hard but rewarding.Maybe choose another class or inform yourself how to do good damage as priest and if you want to be a healer find someone to play with.

as an Ex FF player I love turtle and found everything I was missing in XIV.

⬆ 2 ⬇   ◯ Reply   ⚙ Award   ⤳ Share   ⋯

Hopkin_Greenfrog • 3mo ago

This cannot be emphasized enough, there is NO MSQ in Classic or Turtle WoW. This game was made in a different time where there was no 'formula' on how to make RPGs. It is absolutely nothing like FF14 and going in expecting a similar experience is a speed run in disappointment.

Every single race starts out in their own little corner of the world with some introduction quests akin to 'You are a fresh recruit of your faction, starting at the very bottom. Here are a few tasks around this area that need doing. Done with those? Cool, I heard some folks down the road could use some help or something.' So you go down the road like 'Hey, that other guy sent me' and once again are met with the local problems that a green horn like yourself might be able to help with, investigate this mine, get me some gold dust, help a farmer kill a pig, real heroic stuff.

Occasionally these quests have slightly longer chains that might tell little stories, but there is no over arching plot or story. As you level and progress through zones, the stakes may raise (now you're dealing with the undead or dragons) as your prestige as an adventurer rises, but you arent the hero of light, you arent the chosen one, you are an adventurer and explorer.

Additionally, dungeons require 5 players at level, with some of them becoming soloable when you are many, many levels higher than they are and thus unrewarding. All raiding is done at max level with groups of players. And, as others mentioned, there are even 'elite' enemies and quests out in the open world as well which require a group (or, again, to be massively over leveled) to defeat.

Classic WoW can be enjoyed as a solo experience if what you enjoy is exploring and discovering an almost fully realized fantasy world. Exploring open zones, searching for quests, learning little tidbits of lore, experiencing little inconsequential stories, and slowly gaining access to more and more of that world via leveling. Its neither a grand narrative nor a streamlined process.

⬆ 2 ⬇   ◯ Reply   ⚙ Award   ⤳ Share   ⋯

 [deleted] • 3mo ago

Honestly, if i were to pick up classic WoW today I probably wouldn't. I think knowing "how to play" is the reason seasoned players find it fun. Its a shit show if you dont - you basically login and know fuck all and no one is telling you how to do anything. Even today I use guides etc. to make my journey more smooth from people who have too much time

⬆ 2 ⬇   ◯ Reply   ⚙ Award   ⤳ Share   ⋯

HelpfulSeaMammal • 3mo ago

Compared to almost any modern MMO, Turtle WoW is grindy. Compared to Vanilla WoW, it's not as grind intensive.

Priest playthrough is kind of grindy solo until you unlock shadow spec at level 40, which is going to take you a solid 20-50 hours to reach. They are spectacular when paired with a traditional DPS though, like mage or warrior.

Note that vanilla WoW, and by extension Turtle WoW, encourages you to be social because you genuinely need other classes to do things for/with you because they're so specialized. You're going to spend a ton on food and drink without interacting with a mage, you're going to be locked out of a good amount of quests because you need a group, you're going to spend a lot of time traveling without ports or a guild home port. This forced socialization is a huge appeal of the game: I can't do everything on my own, so I need to find

592

Document title: First time player - never played WoW at all. Is Turtle WoW grindy? Plus other questions. : r/turtlewow
Capture URL: https://www.reddit.com/r/turtlewow/comments/1nqgerd/first_time_player_never_played_wow_at_all_is/
Capture timestamp (UTC): Tue, 16 Dec 2025 17:48:24 GMT

food and drink without interacting with a mage, you're going to be locked out of a good amount of quests because you need a group, you're going to spend a lot of time traveling without ports or a guild home port. This forced socialization is a huge appeal of the game: I can't do everything on my own, so I need to find people who are in a similar level position to me that want to team up so we can all maximize our effectiveness.

Hunter is your best bet for a class that can do most of the things solo. Priest is doable but the game play itself is rather tedious until you get shadow spec, or unless you heal dungeons and embrace the chaos lol

⊖ ⬆ 4 ⬇  ○ Reply  ⚬ Award  ⬈ Share  …

**[deleted] OP** · 3mo ago

Ah, I might not play it then. Although I can understand needing a group for dungeons/raids, I don't want to rely on other players for enjoying my time.

⊖ ⬆ 3 ⬇  ○ Reply  ⚬ Award  ⬈ Share  …

**HelpfulSeaMammal** · 3mo ago · Edited 3mo ago

It has an appeal to it that has kept the game popular for 20 years. I would highly recommend trying it out, at least the first like 15-20 levels, to see if you enjoy it.

You don't need other people to enjoy your time in WoW, but the experience is greatly enhanced with even just a little bit of socialization. Simply tossing buffs out to others as a priest and maybe doing like one quest with a mage to get some water off them instead of spending the little bit of money you earn on consumables. Or spot healing that warrior who is about to die will make him remember you and come save your butt in the next zone when you bump into each other a few levels later.

Modern MMOs feel like single player games that other people are online with. Yes, there's a massive amount of people online, but they're not really interacting with each other. Turtle WoW is a single player game if you want it, but feels like a true multi-player game where everyone is better off collaborating in the true sense of the word and not just queuing the next raid together to forever part ways afterwards.

⊖ ⬆ 7 ⬇  ○ Reply  ⚬ Award  ⬈ Share  …

**MrPreApocalypse** · 3mo ago

I know it sounds kind of mean, but I am actually glad that people like OP don't wanna try out this game. People like this are really the last one I wanna have on my beloved turtle wow.

⬆ 2 ⬇  ○ Reply  ⚬ Award  ⬈ Share  …

**unevenestblock** · 3mo ago

I'd maybe recommend druid, they're very versatile, can perform every role in group content if you count ranged and melee dps as separate like ffxiv.

Early it kinda sucks until level 10 (you're pretty much a conjurer from ff) and you get bear form, take 2 talent points in sylvan blessing from the balance tree.

Pull mob with ranged, go bear when it hits melee heal up afterwards and be full mana thanks to that talent.

Falls off in usefulness later, but you get cat form at 20, your damage ramps up with that, id say avoid balance till 30 and you can get moonkin form.

You have some crowd control, only outdoors for one, the other one works on beasts/dragons

Hunters until level 10 don't have a pet, and you have a dead zone where you can't use ranged attacks, never played a hunter personally so not gonna go on about pros/cons.

⬆ 3 ⬇  ○ Reply  ⚬ Award  ⬈ Share  …

**Holigae** · 3mo ago

I encourage you to give the game a try. Relying on other players helps but its not necessary to have a good time. Food and drink ingame are not so prohibitively expensive that you need a mage

593

massive amount of people online, but they're not really interacting with each other. Turtle WoW is a single player game if you want it, but feels like a true multi-player game where everyone is better off collaborating in the true sense of the word and not just queuing the next raid together to forever part ways afterwards.

⊖   ⇧ 7 ⇩   ◯ Reply   ⋀ Award   ⬄ Share   ⋯

**MrPreApocalypse** • 3mo ago

I know it sounds kind of mean, but I am actually glad that people like OP don't wanna try out this game. People like this are really the last one I wanna have on my beloved turtle wow.

⇧ 2 ⇩   ◯ Reply   ⋀ Award   ⬄ Share   ⋯

**unevenestblock** • 3mo ago

I'd maybe recommend druid, they're very versatile, can perform every role in group content if you count ranged and melee dps as separate like ffxiv.

Early it kinda sucks until level 10 (you're pretty much a conjurer from ff), and you get bear form, take 2 talent points in sylvan blessing from the balance tree.

Pull mob with ranged, go bear when it hits melee heal up afterwards and be full mana thanks to that talent.

Falls off in usefulness later, but you get cat form at 20, your damage ramps up with that, id say avoid balance till 30 and you can get moonkin form.

You have some crowd control, only outdoors for one, the other one works on beasts/dragons

Hunters until level 10 don't have a pet, and you have a dead zone where you can't use ranged attacks, never played a hunter personally so not gonna go on about pros/cons.

⇧ 3 ⇩   ◯ Reply   ⋀ Award   ⬄ Share   ⋯

**Holigae** • 3mo ago

I encourage you to give the game a try. Relying on other players helps but its not necessary to have a good time. Food and drink ingame are not so prohibitively expensive that you need a mage to make it for you. Its just cheaper to do so. Group dungeon content is not required to get to max level. You absolutely can play the game solo from 1 to 60, there just will be some more difficult content that you can't solo.

⇧ 4 ⇩   ◯ Reply   ⋀ Award   ⬄ Share   ⋯

⊕   [deleted] • 3mo ago

⊕   **Einn1Tveir2** • 3mo ago

**AtroxDJ** • 3mo ago

I often eat a grinder or HOAGIE when gaining experience.

⇧ 1 ⇩   ◯ Reply   ⋀ Award   ⬄ Share   ⋯

**Samurandi** • 3mo ago

Why play an MMO, if you don't want to interact with other players?

⇧ 1 ⇩   ◯ Reply   ⋀ Award   ⬄ Share   ⋯

594

Page Vault

| | |
|---|---|
| Document title: | US players : r/turtlewow |
| Capture URL: | https://www.reddit.com/r/turtlewow/comments/16pu3td/us_players/ |
| Page loaded at (UTC): | Tue, 16 Dec 2025 17:50:00 GMT |
| Capture timestamp (UTC): | Tue, 16 Dec 2025 17:50:01 GMT |
| Capture tool: | 3.17.0 |
| Collection server IP: | 98.89.22.22 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/142.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 4 |
| Capture ID: | g99icj8gLPka1qrF1MdXdf |
| Display Name: | cbg |



Document title: US players : r/turtlewow
Capture URL: https://www.reddit.com/r/turtlewow/comments/16pu3td/us_players/
Capture timestamp (UTC): Tue, 16 Dec 2025 17:50:01 GMT



175-190 in Alaska

⊖  ⬆ 3 ⬇   💬 Reply   🏆 Award   ↗ Share   ⋯

AKYAR · 2y ago

Me too!

⬆ 2 ⬇   💬 Reply   🏆 Award   ↗ Share   ⋯

u/PlayWarcraft · Promoted                                                          ⋯

Relive the epic journey of Pandaria and forge your legend in the
Mists of Pandaria Classic now!

Play Now                                                    shop.battle.net

Spacedog1377 · 2y ago

US east coast here, usually get around 85

⬆ 3 ⬇   💬 Reply   🏆 Award   ↗ Share   ⋯

KyleSavior · 2y ago

100-115 in Houston, TX area

⬆ 3 ⬇   💬 Reply   🏆 Award   ↗ Share   ⋯

FightTomorrow · 2y ago

Never above 100ms for me on east coast. Usually in the 70s

⬆ 2 ⬇   💬 Reply   🏆 Award   ↗ Share   ⋯

xolace · 2y ago

East coast -- About 80 on average

⊖  ⬆ 2 ⬇   💬 Reply   🏆 Award   ↗ Share   ⋯

Jonbergeron · 2y ago

I'm east coast solid 78 ms on fiber

⬆ 2 ⬇   💬 Reply   🏆 Award   ↗ Share   ⋯

Bunnsallah · 2y ago

70 - 129 IA

⬆ 2 ⬇   💬 Reply   🏆 Award   ↗ Share   ⋯

WileyOlVagarvis · 2y ago

Usually about 25-40 in California

⬆ 1 ⬇   💬 Reply   🏆 Award   ↗ Share   ⋯

u/Peacock · Official · Promoted                                                    ⋯

Peacock brings the holidays home. Stream Dr. Seuss' The Grinch now on
Peacock

EXCLUSIVELY ON PEACOCK

---

Twitter

Discord

MODERATORS

✉ Message Mods

u/tw_bowser   Turtle WoW Staff

u/AkalixFrost   Turtle WoW Staff
Akalix

u/VanthTW

u/jameyboor

u/Haaxor1689

u/PepeSmite

u/SleepsTimes

u/Othram

View all moderators

Reddit Rules  Privacy Policy  User Agreement
Accessibility  Reddit, Inc. © 2025. All rights reserved.

597

Document title: US players : r/turtlewow
Capture URL: https://www.reddit.com/r/turtlewow/comments/16pu3td/us_players/
Capture timestamp (UTC): Tue, 16 Dec 2025 17:50:01 GMT

Page 2 of 3

**Jonbergeron** • 2y ago

I'm east coast solid 78 ms on fiber

⬆ 2 ⬇   ◯ Reply   🏅 Award   ⤺ Share   ⋯

**Bunnsallah** • 2y ago

70 - 129 IA

⬆ 2 ⬇   ◯ Reply   🏅 Award   ⤺ Share   ⋯

**WileyOlVagarvis** • 2y ago

Usually about 25-40 in California

⬆ 1 ⬇   ◯ Reply   🏅 Award   ⤺ Share   ⋯

**u/Peacock** • Official • Promoted                          ⋯

Peacock brings the holidays home. Stream Dr. Seuss' The Grinch now on Peacock.

[ Sign Up ]                          peacocktv.com



**orangemilk101** • 2y ago

i VPN to europe so i'm closer to the servers, get about 110

⬆ 1 ⬇   ◯ Reply   🏅 Award   ⤺ Share   ⋯

**Will-B-Free** • 2y ago

Only like 60 for me on west coast

⬆ 1 ⬇   ◯ Reply   🏅 Award   ⤺ Share   ⋯

⊕ [deleted] • 2y ago

**Ittttttt710** • 2y ago

I'm in NY and get like 100 ish I believe

⬆ 1 ⬇   ◯ Reply   🏅 Award   ⤺ Share   ⋯

**Commercial-Ad1685** • 7mo ago

I just started yesterday, trying to login from Dallas Texas, and I'm getting 4 to 5000 ping in stormwind, and even the rest of the area is pretty laggy, I've got fiber Internet

⊖   ⬆ 1 ⬇   ◯ Reply   🏅 Award   ⤺ Share   ⋯

   **TheMatchaDuck** • 3mo ago

   What region did you pick? EU?

   ⬆ 1 ⬇   ◯ Reply   🏅 Award   ⤺ Share   ⋯

598

| | |
|---|---|
| Document title: | US Playable? : r/turtlewow |
| Capture URL: | https://www.reddit.com/r/turtlewow/comments/1msfjxp/us_playable/ |
| Page loaded at (UTC): | Tue, 16 Dec 2025 17:50:30 GMT |
| Capture timestamp (UTC): | Tue, 16 Dec 2025 17:50:32 GMT |
| Capture tool: | 3.17.0 |
| Collection server IP: | 34.236.151.154 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/142.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 3 |
| Capture ID: | 59GBLYB5egksTK7VgEFKib |
| Display Name: | cbg |



Document title: US Playable? : r/turtlewow
Capture URL: https://www.reddit.com/r/turtlewow/comments/1msfjxp/us_playable/
Capture timestamp (UTC): Tue, 16 Dec 2025 17:50:32 GMT



**TheAmazingX** • 4mo ago

Check your ping on the existing servers. Mine is 50ms, from the east coast, and I have no reason to believe the new one will be any worse.

⊖  ⌃ 3 ⌄   ○ Reply   ⚐ Award   ⤳ Share   ⋯

> **GreasyBud** • 4mo ago
>
> danm playa, i get 140 in portland oregon lmaooo
>
> ⊖  ⌃ 1 ⌄   ○ Reply   ⚐ Award   ⤳ Share   ⋯
>
> > **desgeroke** • 4mo ago
> >
> > 160 and I'm just north of Oregon. It's not ideal but I haven't really had an issue. I even win my share of PvP too.
> >
> > ⌃ 1 ⌄   ○ Reply   ⚐ Award   ⤳ Share   ⋯

**ahato_** • 4mo ago

Played an hour or so today, was perfectly fine. From the west coast here.

⌃ 3 ⌄   ○ Reply   ⚐ Award   ⤳ Share   ⋯

**u/Peacock** • Official • Promoted                                       ⋯

Peacock is the streaming home of Sunday Night Football. Watch every game LIVE on Peacock and NBC, all season long.

[ Sign Up ]                                              peacocktv.com

**[deleted]** • 4mo ago

Honestly the servers are probably populated by majority Americans.

Even on Retail this isn't unusual, as Argent Dawn EU had lots of American players.

⌃ 2 ⌄   ○ Reply   ⚐ Award   ⤳ Share   ⋯

**Any_Selection8681** • 4mo ago

im also looking for a west coast guild on the new server

⊖  ⌃ 1 ⌄   ○ Reply   ⚐ Award   ⤳ Share   ⋯

> **retroedd** • 4mo ago
>
> Yeah same here lol
>
> ⌃ 1 ⌄   ○ Reply   ⚐ Award   ⤳ Share   ⋯

**Legitimate-Relief915** • 4mo ago

Average around 80ms-90ms latency in the Midwest of the US. It's very playable 👍👍

⌃ 1 ⌄   ○ Reply   ⚐ Award   ⤳ Share   ⋯

LINKS

Homepage

Forums

Report a bug

YouTube

Instagram

Twitter

Discord

MODERATORS

✉ Message Mods

u/tw_bowser   Turtle WoW Staff

u/AkalixFrost   Turtle WoW Staff
Akalix

u/VanthTW

u/jameyboor

u/Haaxor1689

u/PepeSmite

u/SleepsTimes

u/Othram

View all moderators

Reddit Rules  Privacy Policy  User Agreement
Accessibility  Reddit, Inc. © 2025. All rights reserved.

Document title: US Playable? : r/turtlewow
Capture URL: https://www.reddit.com/r/turtlewow/comments/1msfjxp/us_playable/
Capture timestamp (UTC): Tue, 16 Dec 2025 17:50:32 GMT                                    Page 2 of 2

Page Vault

| | |
|---|---|
| Document title: | Any hardcore guilds that play mainly US central time? : r/turtlewow |
| Capture URL: | https://www.reddit.com/r/turtlewow/comments/1hvu7gd/any_hardcore_guilds_that_play_mainly_us_central/ |
| Page loaded at (UTC): | Tue, 16 Dec 2025 17:51:15 GMT |
| Capture timestamp (UTC): | Tue, 16 Dec 2025 17:51:16 GMT |
| Capture tool: | 3.17.0 |
| Collection server IP: | 18.215.146.75 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/142.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 3 |
| Capture ID: | 2xY3SNmZtC5Lj5RJDDUekS |
| Display Name: | cbg |



### r/turtlewow

**Turtle WoW Team — Mysteries of Azeroth**
Mysteries of Azeroth — is a story expansion made by the Turtle WoW Team, inspired by the Warcraft universe of Blizzard…

**Show more**

🔖 Created Sep 10, 2018

🌐 Public

**92K**
Weekly visitors

**2.8K**
Weekly contributions

**R/TURTLEWOW RULES**

| | | |
|---|---|---|
| 1 | Be respectful | ⌄ |
| 2 | Only Turtle WoW Content | ⌄ |
| 3 | Requesting for support | ⌄ |
| 4 | Posting media | ⌄ |
| 5 | Flair your posts | ⌄ |
| 6 | Low effort posts | ⌄ |

**DISCORD**

**POST FLAIR**

Discussion   Screenshot   Artwork

Question   Video / Media   AddOns

Meta

**LINKS**

Homepage

Forums

Report a bug

YouTube

Instagram

Twitter

---

**r/turtlewow** • 1y ago
BoringStrawberry36

## Any hardcore guilds that play mainly US central time?

⬆ 5 ⬇   💬 1   🎁   ↗ Share

**Cappsule** • Promoted   …

Timesheet Tracking for Jira, Trusted by +17'000 Companies !

timesheet-tracking.com

Join the conversation

Sort by:   Best ⌄   🔍 Search Comments

**Neologizer** • 1y ago

Turtle Hardcore is a great leveling guild for hardcore. Super friendly, communicative, English speaking players. Seems like mostly US and EU.

⬆ 1 ⬇   💬 Reply   🎁 Award   ↗ Share   …

---

603



POST FLAIR

Discussion    Screenshot    Artwork

Question    Video / Media    AddOns

Meta

LINKS

Homepage

Forums

Report a bug

YouTube

Instagram

Twitter

Discord

MODERATORS

✉ Message Mods

u/tw_bowser   Turtle WoW Staff

u/AkalixFrost   Turtle WoW Staff
Akalix

u/VanthTW

u/jameyboor

u/Haaxor1689

u/PepeSmite

u/SleepsTimes

u/Othram

View all moderators

Reddit Rules  Privacy Policy  User Agreement
Accessibility  Reddit, Inc. © 2025. All rights reserved.

604

Page Vault

| | |
|---|---|
| Document title: | Curious About Ping for US Players : r/turtlewow |
| Capture URL: | https://www.reddit.com/r/turtlewow/comments/1lt1nis/curious_about_ping_for_us_players/ |
| Page loaded at (UTC): | Tue, 16 Dec 2025 17:51:17 GMT |
| Capture timestamp (UTC): | Tue, 16 Dec 2025 17:51:18 GMT |
| Capture tool: | 3.17.0 |
| Collection server IP: | 35.175.128.144 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/142.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 5 |
| Capture ID: | 8tHYiiMbxKbvTExfZkzvBg |
| Display Name: | cbg |





Michigan here, almost always at 100ms and I don't notice any delay ever (warrior)

⬆ 2 ⬇   💬 Reply   🏅 Award   ➤ Share   ⋯

➕ More replies

**TaciturnIdiom** 🏆 • 5mo ago

I play from a jungle on satellite internet with 1000 ping game is still playable.

⬆ 2 ⬇   💬 Reply   🏅 Award   ➤ Share   ⋯

**sifeus** • 5mo ago

It's totally fine. We all had 100+ ping in 2005 anyway the game was built for it.

⬆ 2 ⬇   💬 Reply   🏅 Award   ➤ Share   ⋯

**u/NubeqaRX** • Promoted                                                    ⋯

Tom Green discusses why he was grateful to have an informed and attentive
caregiver by his side throughout his journey. © 2024 Bayer. All rights reserved.
BAYER, the Bayer Cross, and Nubeqa are registered trademarks of Bayer. PP-NUB-
US-3263-1 7/24

[ Learn More ]                                            nübeqa-us.com

**EvilRedPikachu** • 5mo ago

Midwest, I'm always at 101. No noticible lag for me.

**Reiker0** • 5mo ago

90-100ms in New York.

I don't notice any delay, but I also don't PvP.

**hippojumqer** • 5mo ago

I don't notice it at all

**Level-History7** • 5mo ago

It's totally fine for me in Colorado

➕ More replies

**SnooDoughnuts6767** • 5mo ago

Florida here. I'm usually 80-100 and have virtually no issues... except the occasional lag in SW during peak
hours

⬆ 1 ⬇   💬 Reply   🏅 Award   ➤ Share   ⋯

**riftrender** • 5mo ago

---

**Twitter**

**Discord**

**MODERATORS**

✉ Message Mods

u/tw_bowser  `Turtle WoW Staff`

u/AkalixFrost  `Turtle WoW Staff`
Akalix

u/VanthTW

u/jameyboor

u/Haaxor1689

u/PepeSmite

u/SleepsTimes

u/Othram

**View all moderators**

Reddit Rules   Privacy Policy   User Agreement

Accessibility   Reddit, Inc. © 2025. All rights reserved.

607

Document title: Curious About Ping for US Players : r/turtlewow
Capture URL: https://www.reddit.com/r/turtlewow/comments/1lt1nis/curious_about_ping_for_us_players/
Capture timestamp (UTC): Tue, 16 Dec 2025 17:51:18 GMT



**EvilRedPikachu** · 5mo ago

Midwest, I'm always at 101. No noticible lag for me.

⬆ 2 ⬇   💬 Reply   🏅 Award   ↗ Share   ···

**Reiker0** · 5mo ago

90-100ms in New York.

I don't notice any delay, but I also don't PvP.

⬆ 0 ⬇   💬 Reply   🏅 Award   ↗ Share   ···

**hippojumqer** · 5mo ago

I don't notice it at all

⬆ 1 ⬇   💬 Reply   🏅 Award   ↗ Share   ···

**Level-History7** · 5mo ago

It's totally fine for me in Colorado

⊖   ⬆ 1 ⬇   💬 Reply   🏅 Award   ↗ Share   ···

> **Sneakerrz** **OP** · 5mo ago
>
> Nice that is where I'm at.
>
> ⬆ 1 ⬇   💬 Reply   🏅 Award   ↗ Share   ···

**SnooDoughnuts6767** · 5mo ago

Florida here. I'm usually 80-100 and have virtually no issues... except the occasional lag in SW during peak hours

⬆ 1 ⬇   💬 Reply   🏅 Award   ↗ Share   ···

**riftrender** · 5mo ago

Far better than regular Wow in the current capital city etc, where I stagger through it.

⬆ 1 ⬇   💬 Reply   🏅 Award   ↗ Share   ···

**u/Peacock** · Official · Promoted                                          ···

Stream hit Apple Originals, Peacock's live sports, must-see TV, and more. Starts at $14.99/mo.

[ Sign Up ]                                    peacocktv.com

**🍎tv** | **peacock**

Get both & save over 30%.

[ Bundle and Save ]

**BulltopStormalong** · 5mo ago

really doesnt feel bad

⬆ 1 ⬇   💬 Reply   🏅 Award   ↗ Share   ···

**Double_Elderberry_92** · 5mo ago

Hi 200s, low 300s from Aus 🇦🇺

608

Florida ... hours

⬆ 1 ⬇   💬 Reply   🏅 Award   ↗ Share   ...

**riftrender** • 5mo ago

Far better than regular Wow in the current capital city etc, where I stagger through it.

⬆ 1 ⬇   💬 Reply   🏅 Award   ↗ Share   ...

**u/Peacock** • Official • Promoted   ...

Stream hit Apple Originals, Peacock's live sports, must-see TV, and more. Starts at $14.99/mo.

Sign Up

peacocktv.com

📺 tv | peacock

Get both & save over 30%.

Bundle and Save

**BulltopStormalong** • 5mo ago

really doesnt feel bad

⬆ 1 ⬇   💬 Reply   🏅 Award   ↗ Share   ...

**Double_Elderberry_92** • 5mo ago

Hi 200s, low 300s from Aus 🇦🇺

⬆ 1 ⬇   💬 Reply   🏅 Award   ↗ Share   ...

**Bacon_N_Icecream** • 5mo ago

Mine is great 40-60ish. I'm west coast

⬆ 1 ⬇   💬 Reply   🏅 Award   ↗ Share   ...

**farklenator** • 5mo ago

I average 100-180 but I had a "spike" last a whole dungeon with 600ms in Washington state

⬆ 1 ⬇   💬 Reply   🏅 Award   ↗ Share   ...

**Terpey_Walrus420** • 5mo ago

I'm usually between 120-130

⬆ 1 ⬇   💬 Reply   🏅 Award   ↗ Share   ...

**Monokubkub** • 4mo ago

So having 100-120 ms is common for US players? I just started twow a week ago and it's been fun so far ^^ but for the last 1-2 days, suddenly almost every other player I'm playing with is moving twitchily or janky here and there. I don't know if its the servers, my connection, or what but its kinda annoying to see everyone around you move like they're teleporting a foot left and right while moving X/

⬆ 1 ⬇   💬 Reply   🏅 Award   ↗ Share   ...

609

**Page Vault**

| | |
|---|---|
| Document title: | Us east? : r/turtlewow |
| Capture URL: | https://www.reddit.com/r/turtlewow/comments/1mtbjm4/us_east/ |
| Page loaded at (UTC): | Tue, 16 Dec 2025 17:51:23 GMT |
| Capture timestamp (UTC): | Tue, 16 Dec 2025 17:51:25 GMT |
| Capture tool: | 3.17.0 |
| Collection server IP: | 54.237.59.119 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/142.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 3 |
| Capture ID: | d4G3FRSqmibXXraLiFyA84 |
| Display Name: | cbg |



Document title: Us east? : r/turtlewow
Capture URL: https://www.reddit.com/r/turtlewow/comments/1mtbjm4/us_east/
Capture timestamp (UTC): Tue, 16 Dec 2025 17:51:25 GMT



**Zombot0630** • 4mo ago

NA plays on the "EU" servers. They have to be hosted in EU to avoid Blizzard shutting it down. That's all private servers. There's a huge NA playerbase

⬆ 10 ⬇    ○ Reply    ⚘ Award    ⇗ Share    ⋯

**Jtrain360** • 4mo ago

No, there's no US servers. If there were Blizzard would have them shut down quickly.

⬆ 6 ⬇    ○ Reply    ⚘ Award    ⇗ Share    ⋯

**GiveMeSandwich2** • 4mo ago

Play in EU, ping shouldn't be a problem. I am playing from Alberta

⬆ 1 ⬇    ○ Reply    ⚘ Award    ⇗ Share    ⋯

POST FLAIR

Discussion    Screenshot    Artwork

Question    Video / Media    AddOns

Meta

LINKS

Homepage

Forums

Report a bug

YouTube

Instagram

Twitter

Discord

MODERATORS

✉ Message Mods

u/tw_bowser  Turtle WoW Staff

u/AkalixFrost  Turtle WoW Staff
Akalix

u/VanthTW

u/jameyboor

u/Haaxor1689

u/PepeSmite

u/SleepsTimes

u/Othram

View all moderators

Reddit Rules  Privacy Policy  User Agreement

Accessibility  Reddit, Inc. © 2025. All rights reserved.

612

Page Vault

| | |
|---|---|
| Document title: | Looking for (US) central time zone players : r/turtlewow |
| Capture URL: | https://www.reddit.com/r/turtlewow/comments/1eu18aw/ looking_for_us_central_time_zone_players/?sort=confidence |
| Page loaded at (UTC): | Tue, 16 Dec 2025 17:52:06 GMT |
| Capture timestamp (UTC): | Tue, 16 Dec 2025 17:52:07 GMT |
| Capture tool: | 3.17.0 |
| Collection server IP: | 13.221.115.187 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/142.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 3 |
| Capture ID: | 2H8RvbQkBkWdf437foU9si |
| Display Name: | cbg |



Document title: Looking for (US) central time zone players : r/turtlewow
Capture URL: https://www.reddit.com/r/turtlewow/comments/1eu18aw/looking_for_us_central_time_zone_players/?sort=confidence
Capture timestamp (UTC): Tue, 16 Dec 2025 17:52:07 GMT



**AutoModerator** MOD • 1y ago

Sorry, your submission has been automatically removed. New accounts are not allowed to submit content.

*I am a bot, and this action was performed automatically. Please <u>contact the moderators of this subreddit</u> if you have any questions or concerns.*

⬆ 1 ⬇    ○ Reply    ⚑ Award    ↗ Share    ⋯

**POST FLAIR**

Discussion    Screenshot    Artwork

Question    Video / Media    AddOns

Meta

**LINKS**

Homepage

Forums

Report a bug

YouTube

Instagram

Twitter

Discord

**MODERATORS**

✉ Message Mods

u/tw_bowser  Turtle WoW Staff

u/AkalixFrost  Turtle WoW Staff
Akalix

u/VanthTW

u/jameyboor

u/Haaxor1689

u/PepeSmite

u/SleepsTimes

u/Othram

View all moderators

Reddit Rules  Privacy Policy  User Agreement

Accessibility  Reddit, Inc. © 2025. All rights reserved.

Document title: Looking for (US) central time zone players : r/turtlewow
Capture URL: https://www.reddit.com/r/turtlewow/comments/1eu18aw/looking_for_us_central_time_zone_players/?sort=confidence
Capture timestamp (UTC): Tue, 16 Dec 2025 17:52:07 GMT

Page Vault

| | |
|---|---|
| Document title: | US Player deciding which Server to play on : r/turtlewow |
| Capture URL: | https://www.reddit.com/r/turtlewow/comments/1k9lpd6/ us_player_deciding_which_server_to_play_on/ |
| Page loaded at (UTC): | Tue, 16 Dec 2025 17:52:27 GMT |
| Capture timestamp (UTC): | Tue, 16 Dec 2025 17:52:28 GMT |
| Capture tool: | 3.17.0 |
| Collection server IP: | 18.215.183.18 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/142.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 3 |
| Capture ID: | oBtJaNtHBwoZgnusspcnve |
| Display Name: | cbg |



Document title: US Player deciding which Server to play on : r/turtlewow
Capture URL: https://www.reddit.com/r/turtlewow/comments/1k9lpd6/us_player_deciding_which_server_to_play_on/
Capture timestamp (UTC): Tue, 16 Dec 2025 17:52:28 GMT



**DemonBoyJr** · 8mo ago

Definitely one of the 2 EU servers. Main benefits being that they are primarily English speaking. Some people suggest the SA server because in theory the ping should've been better, but it's in Peru so it ends up being about the same as EU servers, but with the downside being that the server is 95%+ Spanish/Portuguese speaking.

⊖  ⬆ 4 ⬇   ◯ Reply   🏅 Award   ↪ Share   ...

> **paimkillet361** · 8mo ago
>
> SA is pretty active and has less than 1 month so it's pretty new, there are some English speaking guilds but as you mention 95% speaks Spanish.
>
> ⬆ 1 ⬇   ◯ Reply   🏅 Award   ↪ Share   ...

**kurtacuss** · 8mo ago

I just started on the PVP server. Level 16 Druid. Super casual. Most people I have interacted with have spoken great English, good convos very helpful.

⬆ 3 ⬇   ◯ Reply   🏅 Award   ↪ Share   ...

**ChardPlenty8658** · 8mo ago

Long live tel'abim

⬆ 3 ⬇   ◯ Reply   🏅 Award   ↪ Share   ...

**Competitive_Sleep423** · 8mo ago

My group of friends play from US and Canada, and were all on EU. My Canadian buddy tested it out and indicated that ping times for him were slightly better with EU than SA, but comparable.

That said, if you want pvp, Tel'Abim EU is the only choice. For the Horde!!!

⬆ 2 ⬇   ◯ Reply   🏅 Award   ↪ Share   ...

**machoogo** · 8mo ago

If you want the longer established sever with an English speaking community, Nord eu sever they have a pvp server also eu that's gotten a better pop 3k ish at peak last i saw. There is the Asian server or the South American server (which has some English speaking players and a lot of Portuguese/Spanish speaking players). All these servers have a great community so have fun!

⬆ 1 ⬇   ◯ Reply   🏅 Award   ↪ Share   ...

**ShouldahadaV9** · 8mo ago

Nord

⬆ 1 ⬇   ◯ Reply   🏅 Award   ↪ Share   ...

**Mystonicly** · 8mo ago

I started on Nord, but I'm considering the benefits of SA/Tel. 🤔

⬆ 1 ⬇   ◯ Reply   🏅 Award   ↪ Share   ...

**POST FLAIR**

Discussion  Screenshot  Artwork

Question  Video / Media  AddOns

Meta

**LINKS**

Homepage

Forums

Report a bug

YouTube

Instagram

Twitter

Discord

**MODERATORS**

✉ Message Mods

u/tw_bowser  Turtle WoW Staff

u/AkalixFrost  Turtle WoW Staff
Akalix

u/VanthTW

u/jameyboor

u/Haaxor1689

u/PepeSmite

u/SleepsTimes

u/Othram

View all moderators

Reddit Rules  Privacy Policy  User Agreement

Accessibility  Reddit, Inc. © 2025. All rights reserved.

618

# EXHIBIT 27

Page Vault

| | |
|---|---|
| Document title: | Everlook Broadcasting Co. — Turtle WoW |
| Capture URL: | https://turtlecraft.gg/radio |
| Page loaded at (UTC): | Wed, 07 Jan 2026 16:59:02 GMT |
| Capture timestamp (UTC): | Wed, 07 Jan 2026 16:59:03 GMT |
| Capture tool: | 3.17.0 |
| Collection server IP: | 52.91.188.75 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/142.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 7 |
| Capture ID: | eFBw5kccvKSPHP6KX9GDS6 |
| Display Name: | cbg |

FEATURES · CLASSES · DEVELOPMENT · COMMUNITY · Documentation · MYSTERIES · AZEROTH MEDIA · Patreon · DONATE · RADIO · RULES · Bag ID #: 1213

Login

Everlook Broadcasting Co.

# Welcome

To

Everlook

## Broadcasting Co.

Get Ready To Rock Your Socks Off
With The Unrivaled Radio Experience In Azeroth

This is a unique to Turtle WoW in-game radio station run by team and community members. Players can tune into the broadcast live while they play or even listen in from the webpage! Programming includes thematic music to get you in the mood for adventure, professionally voice acted comedic skits, short stories, weekly news broadcasts, and much more. Enjoy this one of a kind audio phenomenon available to experience a classic game like never before.

You Can Tune
Into The Radio Station



# You Can Tune Into The Radio Station

## Directly In-Game

Simply toggle the radio feature from your minimap and enjoy seamless access to our broadcasts while you adventure through Azeroth.

**Everlook Broadcasting Co.**

☑ Broadcasting Tower NX78

☐ Broadcasting Tower LG87

58

# Broadcasting Schedule

Featuring various podcasts events, holiday specials, interviews with developers and players, and, of course, endless music to keep the adventure alive!





## Deeprun Classix & Mashups

Hosted by: DJ Kando

**Every other Wednesday at 21:00 ST**

Need that pick me up when levelling or pushing those hit points on the big bad evil raid boss? Then get hyped for banger after banger with DJ Kando mixing up their



## Groovin' In The Graveyard

Hosted by: DJ Crustman

**Every Tuesday at 20:00 ST**

Join the Crustman on a melodic journey through time, exploring far out themes and subjects. Catch him live in a different graveyard every Tuesday. Come get some rest, soul food and musical banter. See you in



## The Whiski Lounge

Hosted by: DJ Whiski

**Every Tuesday at 02:00 ST**

The weary warrior Whiski found refuge at Everlook Broadcasting and built a lounge where players can relax and vibe. Each week, Whiski hits the airwaves, connecting with loungers through

622

levelling or pushing those hit points on the big bad evil raid boss? Then get hyped for banger after banger with DJ Kando mixing up their curated Club Classix & Mashups to get your heart pumping quicker than a purple drop!

[ Learn More ]

out themes and subjects. Catch him ...in a different graveyard every Tuesday. Come get some rest, soul food and musical banter. See you in the graveyard!

[ Learn More ]

and built a lounge where players can party and vibe. Each week, Whiski hits the airwaves, connecting with loungers through music from EDM to country while sharing tales of his adventures in Azeroth.

[ Learn More ]



## Turtle WoW News

Hosted by: Vrograg Fishslayer

Weekly exclusive updates for Turtle WoW, a Vanilla+ server. Stay informed with the latest insights!

[ Learn More ]



## Living In The Past

Hosted by: Dan Leto

**Every Friday at 5pm EST**

Living in the Past is your weekly trip down memory lane, brought to you by the one and only DJ Dan! Enjoy classic tunes, server updates, and community highlights that celebrate the timeless charm of Azeroth.

[ Learn More ]



## A Look Under The Shell

Hosted by: Akalix, Dan, Vrograg

Every month, Akalix and Vrograg sit down with Dan and a rotating panel of developers and community members from Turtle to discuss what the latest and greatest is for server updates and development!

[ Learn More ]



## Pilgrim Of The Signal



## Tavern Talks With Sheal



## Pardon The Pummel

Document title: Everlook Broadcasting Co. — Turtle WoW
Capture URL: https://turtlecraft.gg/radio
Capture timestamp (UTC): Wed, 07 Jan 2026 16:59:03 GMT



### Pilgrim Of The Signal

Hosted by: DJ Nopheros

**Every other Friday at 22:00 ST**

A curious traveler and Pilgrim of the Signal, Nopheros, the 1st Season Hunter. With a little gnomish engineering and dwarven wiles, we've brought the signal to the Eastern Kingdoms — hijacking Everlook and bringing her to the people, on the road. Expect industrial rhythms, darkwave noise, and stories from the people, taverns, and the wildest corners of Azeroth.

Learn More

### Tavern Talks With Sheal

Hosted by: DJ Sheal

**Every other Friday at 20:00 ST.**
*Alternating with Pilgrim of the Signal*

Are you in dire need of a break from the grind? Do you crave [folk] metal, punk, and Electronic Dance Music blasting through Azeroth while tales of guild leaders, hardcore survivors, and everyday heroes unfold before your ears? Then gather 'round, because it's time for Tavern Talks with Sheal!

Learn More

### Pardon The Pummel

Hosted by: Nixxiom & Vrograg

Nixxiom and Vrograg face off in PARDON THE PUMMEL, a monthly broadcast where they discuss hot topics and share their thoughts on all things Turtle WoW. Catch them live!

Learn More



### Warcraft Lore Scrolls

Hosted by: DesignerDave

Turtles' Mysteries of Azeroth World of Warcraft expansion features a vibrant and living world of lore and story. Our team at Everlook Broadcasting Company has produced much of this lore into audiobooks for our station, which we present to you here.

Learn More

624

Document title: Everlook Broadcasting Co. — Turtle WoW
Capture URL: https://turtlecraft.gg/radio
Capture timestamp (UTC): Wed, 07 Jan 2026 16:59:03 GMT

## Radio Team



| | | |
|---|---|---|
| ★ **Zappo Zapblast**<br>Goblin DJ | ★ **Dapper**<br>Voice Acting | ★ **DesignerDave**<br>Writing, Voice Acting |
| ★ **Vrograg Fishslayer**<br>Writing, News Org | ★ **Dan "Lefo" Hahn**<br>Show Host | ★ **József Kiss**<br>Sound Production |
| ★ **Lolblens**<br>Voice Acting | ★ **Mars**<br>Voice Acting | ★ **Charles Lobaugh**<br>Voice Acting |
| ★ **Akalix**<br>Community Manager | ★ **Bolfon**<br>Voice Acting and Sound Production | ★ **Action Audio**<br>Voice Acting |
| ★ **Marog**<br>Voice Acting | ★ **DJ Nopheros**<br>Pilgrim of the Signal | ★ **DJ Sheal**<br>Tavern Talks with Sheal |



# AIRTIME VOUCHER

A NEW WAY TO ADVERTISE YOUR GUILD,
EVENT, OR DESPERATE CRY FOR A DUNGEON PARTNER!

625





**MORE THAN JUST STATIC:**
## IT'S EVERLOOK RADIO MAGIC!

Mysteries of Azeroth — is a fan-made expansion story for WoW Vanilla that delves deeper into exploring the original lore of the game. World of Warcraft remains the intellectual property of Blizzard Entertainment.

626

# EXHIBIT 28

| | |
|---|---|
| Document title: | Login - Turtle WoW |
| Capture URL: | https://forum.turtle-wow.org/viewtopic.php?p=119195#p119195 |
| Page loaded at (UTC): | Fri, 25 Jul 2025 17:35:14 GMT |
| Capture timestamp (UTC): | Fri, 25 Jul 2025 17:35:15 GMT |
| Capture tool: | 3.10.30 |
| Collection server IP: | 54.175.14.236 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 3 |
| Capture ID: | fzv5Fn7rDVoMuxJbnwKqd1 |
| Display Name: | whk |



Quick Search | Advanced Search
Search… | Search

🏠 Turtle WoW › Forums › Official Information & Developement › Help & Support › Login

# Login

POST REPLY ↩    🔧 ▾    Search this topic…  🔍  ⚙    2 posts • Page **1** of **1**



**badash20**
Posts: 1

📄 by **badash20** » Thu Feb 06, 2025 5:28 pm

Hello,

I made a second account with this current the same information I have making this post. However, it is stating that my information is incorrect. Is there something tied to the IP preventing multiple accounts. I thought we could have up to 3.

Thankss

**Akalix**
Turtle WoW Team
Posts: **526**
Location: Grand Dragon
Has thanked: **25 times**
Been thanked: **90 times**

📄 by **Akalix** » Thu Feb 06, 2025 9:32 pm

Greetings.

We do not IP limit accounts.

Public Relations / Community Manager / Lead of Marketing

Making content on Turtle? viewtopic.php?f=16192
Looking to join our team? viewtopic.php?f=14168

2 posts • Page **1** of **1**

POST REPLY ↩    🔧 ▾    ↕ ▾

‹ Return to "Help & Support"    JUMP TO ▾

This website uses cookies to ensure you get the best experience on our website. Learn more    Got it!

Document title: Login - Turtle WoW
Capture URL: https://forum.turtle-wow.org/viewtopic.php?p=119195#p119195
Capture timestamp (UTC): Fri, 25 Jul 2025 17:35:15 GMT



This website uses cookies to ensure you get the best experience on our website. Learn more

Got it!

630

# EXHIBIT 29

Page Vault

| | |
|---|---|
| Document title: | This is getting silly now. - Turtle WoW |
| Capture URL: | https://forum.turtle-wow.org/viewtopic.php?t=16122 |
| Page loaded at (UTC): | Wed, 15 Oct 2025 19:16:21 GMT |
| Capture timestamp (UTC): | Wed, 15 Oct 2025 19:16:23 GMT |
| Capture tool: | 3.15.0 |
| Collection server IP: | 54.87.153.250 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/139.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 13 |
| Capture ID: | bRVH4yFXHGNLmf7JNMoVuv |
| Display Name: | cbg |



Document title: This is getting silly now. - Turtle WoW
Capture URL: https://forum.turtle-wow.org/viewtopic.php?t=16122
Capture timestamp (UTC): Wed, 15 Oct 2025 19:16:23 GMT



**Zvyrhol** » Mon Nov 25, 2024 8:56 pm

New item soon in shop: teleportator NPC: teleports you to the entrance of selected dungeon/raid.

The devil is in the detail.

Alterac Valley Changes
Sunnyglade Valley FIX
Shellcoin is mathematically doomed!

**Zvyrhol**
Bug Report Enthusiast
Posts: 889
Has thanked: 356 times
Been thanked: 126 times

---

**Bigsmerf** » Mon Nov 25, 2024 10:52 pm

> **Zvyrhol wrote:**
> New item soon in shop: teleportator NPC: teleports you to the entrance of selected dungeon/raid.                                        Mon Nov 25, 2024 8:56 pm

QUICK, SOMEONE WRITE THAT DOWN!!!

Elmhoof - 60 Feral
Tacheka - 57 Melee hunter (Planned secondary main)

On another break. The big E looks kinda fun.

**Bigsmerf**
Grandmaster of Forum PvP
Posts: 2104
Location: Canada EH
Has thanked: 48 times
Been thanked: 271 times

---

**Drubarrymooer** » Mon Nov 25, 2024 10:55 pm

I still see loads of people in horde cities. SW is still overcrowded.

**« Drubarrymooer »**
Grandmaster of Forum PvP
Posts: 1837
Has thanked: 157 times
Been thanked: 180 times

---

**Silhouette** » Mon Nov 25, 2024 11:23 pm

Witnessing how things are changing, I'd assume more and more HD mounts and Tmogs are going to be added, and the game is slowly but surely going to look like some sort of recycled Retail (same items with a different name and obtainable differently). Imagine what mounts and Tmogs could be added in the future... probably more and more ostentatious items (dragons, tmogs with wings, shinier things).

I also doubt that QoL items are going to stay the same without anything new crossing the line by a few steps, so it is quite expectable to see new QoL within the Shop. Let's be creative for a minute, what could be added that we don't have yet ?

- Heartstones leading to different locations
- Portable Alchemist Lab
- Portable Black Anvil
- Profession specialisation respec (so we don't have to reset a whole profession to try another spec)
- Leveling Boost accessible for anyone with atleast one lvl 60 character
- Ancient Warfare Text (what is P2W anyways ? Twow devs might have a different definition than yours)

**Silhouette**
Barrens Chat Casualty
Posts: 58
Has thanked: 1 time
Been thanked: 24 times

---

**Grizb37** » Tue Nov 26, 2024 12:00 am

As soon as any instant 60 boost is introduced I will quit this server for good. All the other things I can stomache but that just kills it for me

**Grizb37**
Bug Report Enthusiast
Posts: 873

634



**Grizb37**
Bug Report Enthusiast
Posts: 877
Been thanked: 177 times

by **Silhouette** » Tue Nov 26, 2024 12:29 am

**Silhouette**
Sanmes Chief Casualty
Posts: 58
Has thanked: 1 time
Been thanked: 24 times

> **Grizb37 wrote:** ⊙                                        Tue Nov 26, 2024 12:00 am
> As soon as any instant 60 boost is introduced I will quit this server for good. All the other things I can stomache but that just kills it for me

TBH we already have that in a less extensive way, with people leveling up Alts with their Main as mentioned in your first message. I already saw the gorilla mount 2 days after the event started, even years ago people were cheating their way to Immortal with their 60 T2+ bodyguard Main. Kinda kills the feat and the philosophy behind these ideas.

by **Finarfin** » Tue Nov 26, 2024 12:48 am

**Finarfin**
Posts: 10
Location: The Silmarion
Has thanked: 5 times
Been thanked: 8 times

Yes, it's absolutely ridiculous. They're going againts the claimed core philosophies of the server with both FOMO "events" like this, as well as latest class changes - making them completely unrecognizable from their vanilla counterparts. The major reason so many people enjoy Classic-type WoW is because of how the classes played back then. If you change that, it doesn't matter how much extra content fluff you have.

I have zero reason to believe anything they spout about the future of the server now, considering how happy they are about blatantly contradicting their past promises.

*Pure* **hubris** is making them go full-on modern Blizzard, but there's seemingly not enough introspection or discernment to realize that.

🤢

by **Geojak** » Tue Nov 26, 2024 9:59 am

**Geojak**
Grandmaster of Forum PvP
Posts: 2257
Has thanked: 189 times
Been thanked: 67 times

The fomo event really rubbed me the wrong way. I can't play at the moment due to real life situation, and missing out on fomo stuff makes one rly feel pushed away.

by **Ataika** » Tue Nov 26, 2024 11:07 am

**Ataika**
Grandmaster of Forum PvP
Posts: 1517
Has thanked: 112 times
Been thanked: 146 times

This shit is always the same.
Forum full of "omg i dont like this i dont like that i quit ree" yet online is just growing.

> **Grizb37 wrote:** ⊙                                        Tue Nov 26, 2024 12:00 am
> As soon as any instant 60 boost is introduced I will quit this server for good. All the other things I can stomache but that just kills it for me

bye

by **amanagor** » Tue Nov 26, 2024 11:18 am

**amanagor**

tbh instant 60 isnt that for off, was able to get a mage to 60 in around 30 hours played with main boosting and aoe farming. And half of that time was afk under tent.

635



tbh instant 60 isnt that for off, was able to get a mage to 60 in around 30 hours played with main boosting and aoe farming. And half of that time was afk under tent.

**amanagor**
Bug Report Enthusiast
Posts: 748
Has thanked: 32 times
Been thanked: 99 times

☐ by **Critterbug** » Tue Nov 26, 2024 3:28 pm

> 66 **amanagor wrote:** ↑                                    Tue Nov 26, 2024 11:18 am
> tbh instant 60 isnt that for off, was able to get a mage to 60 in around 30 hours played with main boosting and aoe farming. And half of that time was afk under tent. 99

**Critterbug**
Posts: 18
Been thanked: 1 time

doesn't mean it should be added. Just because you can have a murloc as a pet doesn't mean the next logical step is to make it a playable race....

☐ by **Snoodydood** » Tue Nov 26, 2024 4:01 pm

I have to agree, the more 'quality of life' things they introduce, the closer it will be to retail WoW and just lose the general soul of what Twow is. Things like mounts i don't thin are important, but adding more features to just make gameplay easier than what is actually vanilla can't go in a good direction.

**Snoodydood**
Sample Chat Casualty
Posts: 165
Been thanked: 17 times

☐ by **Frantsel** » Tue Nov 26, 2024 6:44 pm

I agree 100%. It completely kills immersion.

The problem is, once you put something in the shop, you cant go back. People will cry you rivers if you touch their items they bought.

A better system would be a more transparent one:

- No Cashshop at all!
- Every item thats in the shop and should be in the game should get implemented in an immersive way. Give players more things to grind for.
- For new items you wanna add or create let the community know how much donations would be needed. Then make it transparent what is needed.
- Also let players know which costs are needed and let everything done by donations.
- If players dont pay for new content, they dont receive it.

Personally I would spent WAY more money on turtle wow if it were implemented like that. Immersion is VERY important, especially for MMOs.

**Frantsel**
Pitch from Conspiracy Theorist
Posts: 439
Has thanked: 93 times
Been thanked: 65 times

The way the events get implemented right now is just horrific and completely breaks existing systems.

From my own experiences I must say donationmodels work very well. At least IRL.

Now tell me it wont work because you know it oh so well and that every other company has a cashshop. Yayayaya...

☐ by **Dracarusggotham** » Tue Nov 26, 2024 6:54 pm

I would prefer if they increase the time of the event, maybe until January 15, with that the people will take the event more slow and we will avoid that amount of players farming everywhere.

**Dracarusggotham**
Bug Report Enthusiast

636



**Dracarusgotham**

Bug Nation Enthusiast

Posts: 910
Location: Azeroth
Has thanked: 96 times
Been thanked: 118 times

Contact:

---

by **Akalix** » Wed Nov 27, 2024 10:12 am

> **Finarfin wrote:**                                             Tue Nov 26, 2024 12:48 am
>
> Yes, it's absolutely ridiculous. They're going againts the claimed core philosophies of the server with both FOMO
> "events" like this, as well as latest class changes - making them completely unrecognizable from their vanilla
> counterparts. The major reason so many people enjoy Classic-type WoW is because of how the classes played
> back then. If you change that, it doesn't matter how much extra content fluff you have.
>
> **Pure hubris** is making them go full-on modern Blizzard, but there's seemingly not enough introspection or
> discernment to realize that.

**Akalix**

Turtle WoW Citizen

Posts: 523
Location: United Qinvish
Has thanked: 23 times
Been thanked: 92 times

To quote our homepage:

> Mysteries of Azeroth — is a fan-made expansion story for World of Warcraft Vanilla that delves deeper into
> exploring the original lore of the game. This expansion aims to take a different path from the Burning Crusade,
> emphasizing the familiar Azeroth of Vanilla WoW over the cosmic battle with the Burning Legion. While being
> heavily based on the lore from Warcraft 3 and Vanilla WoW, Mysteries of Azeroth seeks to enhance the game by
> adding content that matches the already well-established lore of Warcraft Universe.
>
> Get ready for a brand-new adventure that will take you on a journey around Azeroth in a new story tailored to
> provide never-before-experienced adventures.

We are delivering on every aspect of this. We are releasing content furthering progression beyond the original "end"
of the game while sticking to the familiar world rather than adventuring to new planets and continents to split the
playerbase.

We have maintained, and will continue to maintain, a network which has now lasted 6 years -- double the lifespan of
original vanilla WoW. This includes Nordanaar, an evergreen realm enticing new players into the world even now.
Nordanaar alone has been hitting 8k consistently again, the highest population we've had in months--with many new
players, and returning veterans.

The majority of classes and specializations were vastly unbalanced and not "viable" in top level raiding. Of the
classes included in top level raiding, many had extremely simple and boring gameplay loops (how many spells does
a Frost mage use in the average boss fight?). Our **expansion** is managing to keep the identity of classes and
specializations (with one or two outliers having larger changes such as Survival Hunter and Discipline Priest) while
improving their overall design. Understandably, some people have been uncomfortable with change to their favorite
20 year old game, however we cannot limit our design to vanilla if we want to be vanilla+. The vast majority of
players have been playing and enjoying the new content, and our population and retention reflect that.

Further, events such as this leveling event are not contradictory to our philosophy--our core philosophy is allowing
people to take their time and always have a home to return to. This, however, does not mean we cannot host limited-
time events. Why is this any different than Winterveil, considering you can get a unique mount then? Or our 6 year
anniversary event? Multiplayer games will include time-limited events. You are not required to participate in them, nor
do you lose character power if you don't. This mount will likely be accessible again via different events in the future,
and none of the rewards give a gameplay advantage over other players.

When there is competition drawing attention from our network, we will launch initiatives to keep players on our
network. We plan to have events to encourage everything from speedrunning to roleplay--allowing more people ways
to play is our goal. This will naturally mean not everyone gets every single reward, and that's okay.

I will however agree that the amount of boosting being done for this event is not something we're fond of, and we're
discussing if we want to change our rules or mechanics regarding boosting.

> **Frantsel wrote:**                                             Tue Nov 26, 2024 6:44 pm
>
> A better system would be a more transparent one:
>
> - No Cashshop at all!

---

Document title: This is getting silly now. - Turtle WoW
Capture URL: https://forum.turtle-wow.org/viewtopic.php?t=16122
Capture timestamp (UTC): Wed, 15 Oct 2025 19:16:23 GMT



**Frantsel wrote:** ⊙

A better system would be a more transparent one:

- No Cashshop at all!
- Every item thats in the shop and should be in the game should get implemented in an immersive way. Give players more things to grind for.
- For new items you wanna add or create let the community know how much donations would be needed. Then make it transparent what is needed.
- Also let players know which costs are needed and let everything done by donations.
- If players dont pay for new content, they dont receive it.

Personally I would spent WAY more money on turtle wow if it were implemented like that. Immersion is VERY important, especially for MMOs.

The way the events get implemented right now is just horrific and completely breaks existing systems.

From my own experiences I must say donationmodels work very well. At least IRL.

Now tell me it wont work because you know it oh so well and that every other company has a cashshop. Yayayaya...

As one of the leads for the project, I am uniquely aware of the network's financial requirements. While I will not publicly share a number, please keep in mind that we have:

- Over 100 team members (not including the entire separate, massive SEA team) consisting of artists, developers, modelers, animators, etc

- 24/7 support

- An entire new client in development (which is a separate development team entirely)

- 15 dedicated servers

- CDN costs for custom patches

Frankly put, this sort of model would not work. There are too many mandatory costs people would not be interested in crowdfunding--nobody wants to pay for the less glamorous parts which nonetheless are vital to make the network run.

> **amanagor wrote:** ⊙                                    Mon Nov 25, 2024 10:03 am
> Running the server is very cheap (maybe 300 euro a month in harware renting)

If only--unfortunately our hosting costs are much higher 🐢

Public Relations / Community Manager / Lead of Marketing

Making content on Turtle? viewtopic.php?t=15122
Looking to join our team? viewtopic.php?t=14168

---

 by **Xudo** » Wed Nov 27, 2024 10:16 am

> **Akalix wrote:** ⊙                                    Wed Nov 27, 2024 10:12 am
> I will however agree that the amount of boosting being done for this event is not something we're fond of, and we're discussing if we want to change our rules or mechanics regarding boosting.

Thank you for reply in general and for this part in particular.

NO CHARACTER SELECTED

**Xudo**

Grandmaster of Forum PVP

Posts: 2477
Has thanked: 117 times
Been thanked: 164 times

Best and optimal gear for 10-19 twinks
Nerf high level enchants on low level gear
Overlapping brackets

---

 by **Xudo** » Wed Nov 27, 2024 10:43 am

> **Akalix wrote:** ⊙                                    Wed Nov 27, 2024 10:12 am
> This mount will likely be accessible again via different events in the future, and none of the rewards give a gameplay advantage over other players.

NO CHARACTER SELECTED

**Xudo**

Document title: This is getting silly now. - Turtle WoW
Capture URL: https://forum.turtle-wow.org/viewtopic.php?t=16122
Capture timestamp (UTC): Wed, 15 Oct 2025 19:16:23 GMT

**Xudo**

Grandmaster of Forum PvP

Posts: 2477
Has thanked: 117 times
Been thanked: 164 times

> **Akalix wrote:** ⊙    Wed Nov 27, 2024 10:12 am
>
> This mount will likely be accessible again via different events in the future, and none of the rewards give a gameplay advantage over other players.

Meat from 1st day of event is BiS item for lvl 1 twinks.

Best and optimal gear for 10-19 twinks
Nerf high level enchants on low level gear
Overlapping brackets

---

by **Atreidon** » Wed Nov 27, 2024 11:33 am

**Atreidon**

Grandmaster of Forum PvP

Posts: 1215
Has thanked: 79 times
Been thanked: 248 times

> **Akalix wrote:** ⊙    Wed Nov 27, 2024 10:12 am
>
> I will however agree that the amount of boosting being done for this event is not something we're fond of, and we're discussing if we want to change our rules or mechanics regarding boosting.

You make an event that demands people to level fast for a reward. The consequence is people level fast.and now you look into fixing the symptom rather than the cause?

I was an ardent hater of boosting characters, but on turtlewow i got converted into a booster. The normal level experience just not that interesting here

The serverpop on Nordrannar is so high most lucrative questingspots need you to wait for spawns every once in a while. This is further enhaced by fracturing the playerbase into warmode/hc/vagrant/regular that all dont want or cant group with one another.
The lft tool is punishingly progressive by not allowing you to filter for classes or spoken language. Meaning you have to search groups the old fashoned way anyway or be shouldered with uncommunicative groups
The class balance is completely out of whack to the point where levelling is mindnumbingly easy on some and boosting is stupidly easy on other classes.

Boosting is just the logical consequence of levelling not being compelling gameplay to some. And compared to raiding or pvp, you can not choose not to do it if you dont like it. Especially if you give timegated rewards for doing unfun content.

---

by **Xudo** » Wed Nov 27, 2024 11:41 am

**Xudo**

Grandmaster of Forum PvP

Posts: 2477
Has thanked: 117 times
Been thanked: 164 times

Just mention.
Slow and steady has issues (it is also about grey quest experience)
Grant experience in pvp

Best and optimal gear for 10-19 twinks
Nerf high level enchants on low level gear
Overlapping brackets

---

by **Reignwizard** » Wed Nov 27, 2024 12:37 pm

**Reignwizard**

Posts: 26
Has thanked: 5 times
Been thanked: 3 times

> **Silhouette wrote:** ⊙    Mon Nov 25, 2024 11:23 pm
>
> Witnessing how things are changing, I'd assume more and more HD mounts and Tmogs are going to be added, and the game is slowly but surely going to look like some sort of recycled Retail (same items with a different name and obtainable differently). Imagine what mounts and Tmogs could be added in the future... probably more and more ostentatious items (dragons, tmogs with wings, shinier things).
>
> I also doubt that QoL items are going to stay the same without anything new crossing the line by a few steps, so it is quite expectable to see new QoL within the Shop. Let's be creative for a minute, what could be added that we don't have yet ?
>
> - Heartstones leading to different locations
> - Portable Alchemist Lab
> - Portable Black Anvil
> - Profession specialisation respec (so we don't have to reset a whole profession to try another spec)



639



- Portable Alchemist Lab
- Portable Black Anvil
- Profession specialisation respec (so we don't have to reset a whole profession to try another spec)
- Leveling Boost accessible for anyone with atleast one lvl 60 character
- Ancient Warfare Text (what is P2W anyways ? Twow devs might have a different definition than yours)

allow me to help
-instant flying
-0 repair cost
-no xp penalty when dying and remove penalty when resurrect in spirit healer
-double/triple reputation or profession exp
-more slot for profession
-more bank slot
-0 gold cost in auction

---

by **Akalix** » Wed Nov 27, 2024 6:28 pm

**Akalix**
Turtle WoW Team
Posts: 523
Location: United States
Has thanked: 23 times
Been thanked: 92 times

> **Atreidon wrote:** ⊕    Wed Nov 27, 2024 11:33 am
>
> You make an event that demands people to level fast for a reward. The consequence is people level fast.and now you look into fixing the symptom rather than the cause?

The event requires people to focus on leveling a new character, yes. It does not however require them to do so via boosting.

> **Atreidon wrote:** ⊕    Wed Nov 27, 2024 11:33 am
>
> I was an ardent hater of boosting characters, but on turtlewow i got converted into a booster. The normal level experience just not that interesting here
>
> Boosting is just the logical consequence of levelling not being compelling gameplay to some.

Frankly put, I don't believe you. Compared to Vanilla/Classic, Turtle WoW has thousands of additional quests and numerous new custom zones allowing a smoother, more interesting leveling experience which encourages questing rather than grinding mobs when the quests "run out" in your level range. If you think leveling is fun on vanilla, it is either the same (if you like mob grinding) or better (if you like questing/dungeons) on Turtle.

> **Atreidon wrote:** ⊕    Wed Nov 27, 2024 11:33 am
>
> And compared to raiding or pvp, you can not choose not to do it if you dont like it. Especially if you give timegated rewards for doing unfun content.

The solution is very simple, and something you're very able to choose: don't boost a character if you don't want to. Level normally. Do quests, kill mobs yourself, run a few dungeons. Enjoy the game.

---

Public Relations / Community Manager / Lead of Marketing

Making content on Turtle? viewtopic.php?t=15122
Looking to join our team? viewtopic.php?t=14168

---

by **Dracarusggotham** » Wed Nov 27, 2024 7:04 pm

**Dracarusggotham**
Bug Report Enthusiast
Posts: 910
Location: Azeroth
Has thanked: 96 times
Been thanked: 118 times

Contact: 💬

> **Akalix wrote:** ⊕    Wed Nov 27, 2024 6:28 pm
>
> > **Atreidon wrote:** ⊕    Wed Nov 27, 2024 11:33 am
> >
> > You make an event that demands people to level fast for a reward. The consequence is people level fast.and now you look into fixing the symptom rather than the cause?
>
> The event requires people to focus on leveling a new character, yes. It does not however require them to do so via boosting.
>
> > **Atreidon wrote:** ⊕    Wed Nov 27, 2024 11:33 am
> >
> > I was an ardent hater of boosting characters, but on turtlewow i got converted into a booster. The normal level experience just not that interesting here



The event requires people to focus on leveling a new character, yes. It does not however require them to do so via boosting.

> **Atreidon wrote:** ⊙                                    Wed Nov 27, 2024 11:33 am
>
> I was an ardent hater of boosting characters, but on turtlewow i got converted into a booster. The normal level experience just not that interesting here
>
> Boosting is just the logical consequence of levelling not being compelling gameplay to some.

Frankly put, I don't believe you. Compared to Vanilla/Classic, Turtle WoW has thousands of additional quests and numerous new custom zones allowing a smoother, more interesting leveling experience which encourages questing rather than grinding mobs when the quests "run out" in your level range. If you think leveling is fun on vanilla, it is either the same (if you like mob grinding) or better (if you like questing/dungeons) on Turtle.

> **Atreidon wrote:** ⊙                                    Wed Nov 27, 2024 11:33 am
>
> And compared to raiding or pvp, you can not choose not to do it if you dont like it. Especially if you give timegated rewards for doing unfun content.

The solution is very simple, and something you're very able to choose: don't boost a character if you don't want to. Level normally. Do quests, kill mobs yourself, run a few dungeons. Enjoy the game.

There's a posibility for increase the duration of the event to january?
I really like the challenge but my time is short for level, I have an orc still at 16 while I saw other people with the mount after a week.
😖

---

☐ by **Bjorn88** » Wed Nov 27, 2024 8:34 pm

**Bjorn88**
Patch Notes Conspiracy Theorist
Posts: 271
Has thanked: 34 times
Been thanked: 66 times

> **Akalix wrote:** ⊙                                    Wed Nov 27, 2024 10:12 am
>
> When there is competition drawing attention from our network, we will launch initiatives to keep players on our network.

Sorry for the offtopic (I agree with the OP) but here's an idea: Focus on the pvp aspects more. I know this is a pve/rp focused server, but expanding on pvp could attract a whole new playerbase. Twow as it stands now is actually infamous for the pvp imbalance (retridins) and CC2, as many have said, have not made it better. Balancing pvp could make twow -the- pvp hotspot, and bring more players to Tel'abim.

Some suggestions, apart from the "coming soon" towers and faction leader loot, that I am confident would attract more pvpers:

-Revamp honor system to a TBC-style
-Buff and expand on pvp gear, in the same way you have done with the tier sets
-Import Eye of the Storm from TBC and re-skin it to fit with the Caverns of Time theme.
-Ranked arena
-Buff worldboss loot, most of it is only MC-level. Faction fights over worldbosses are some of the most memorable events from my year on Tel'abim (incl 6+ hour fights of the Karazhan wboss and Nerubian Overseer).
-Include factionwide debuff if faction leader dies, to incentivize defense.

---

☐ by **Zvyrhol** » Wed Nov 27, 2024 8:44 pm

**Zvyrhol**
Bug Report Enthusiast
Posts: 888
Has thanked: 356 times
Been thanked: 128 times

> **Akalix wrote:** ⊙                                    Wed Nov 27, 2024 10:12 am
>
> Further, events such as this leveling event are not contradictory to our philosophy--our core philosophy is allowing people to take their time and always have a home to return to. This, however, does not mean we cannot host limited-time events. Why is this any different than Winterveil, considering you can get a unique mount then? Or our 6 year anniversary event? Multiplayer games will include time-limited events. You are not required to participate in them, nor do you lose character power if you don't. This mount will likely be accessible again via different events in the future, and none of the rewards give a gameplay advantage over other players.

The difference between Winterveil and this time-limited event is that Winterveil happens regularly every year so even if you haven't done it, you can wait for next Christmas while events like this bring only FOMO effect to your playerbase. You guys didn't inform people that the mount will be possible to acquire in the future. We've just known this from your reply now lol.

Document title: This is getting silly now. - Turtle WoW
Capture URL: https://forum.turtle-wow.org/viewtopic.php?t=16122
Capture timestamp (UTC): Wed, 15 Oct 2025 19:16:23 GMT
Page 9 of 12

The difference between Winterveil and this time-limited event is that Winterveil happens regularly every year so even if you haven't done it, you can wait for next Christmas while events like this bring only FOMO effect to your playerbase. You guys didn't inform people that the mount will be possible to acquire in the future. We've just known this from your reply now lol.

The devil is in the detail.

Alterac Valley Changes
Sunnyglade Valley FIX
Shellcoin is mathematically doomed!



by **Atreidon** » Wed Nov 27, 2024 11:55 pm

**Atreidon**
Administrator of Forum PvP
Posts: 1215
Has thanked: 79 times
Been thanked: 248 times

> **Akalix wrote:**
>
> > **Atreidon wrote:**
> >
> > You make an event that demands people to level fast for a reward. The consequence is people level fast.and now you look into fixing the symptom rather than the cause?
>
> The event requires people to focus on leveling a new character, yes. It does not however require them to do so via boosting.
>
> > **Atreidon wrote:**
> >
> > I was an ardent hater of boosting characters, but on turtlewow i got converted into a booster. The normal level experience just not that interesting here
> >
> > Boosting is just the logical consequence of levelling not being compelling gameplay to some.
>
> Frankly put, I don't believe you. Compared to Vanilla/Classic, Turtle WoW has thousands of additional quests and numerous new custom zones allowing a smoother, more interesting leveling experience which encourages questing rather than grinding mobs when the quests "run out" in your level range. If you think leveling is fun on vanilla, it is either the same (if you like mob grinding) or better (if you like questing/dungeons) on Turtle.
>
> > **Atreidon wrote:**
> >
> > And compared to raiding or pvp, you can not choose not to do it if you dont like it. Especially if you give timegated rewards for doing unfun content.
>
> The solution is very simple, and something you're very able to choose: don't boost a character if you don't want to. Level normally. Do quests, kill mobs yourself, run a few dungeons. Enjoy the game.

Of course th game does not force me to boost. But deep down in my monkey brain, i do want to have that rideable ape. A strictly timegated reward. I was gone for a couple days when the event started. Im contemplating if its even worth starting this challenge and spend multiple days to complete it in a very strict schedule.

It turns something that should be intrinsically fun into something that is work with an expected reward at the end. With the risk you might not make it in time. Gives me R14 flashbacks of playing way past the point of enjoyment.

So naturally if i do parttake in the challenge i would boost to minimize the risk of going without the reward. But more realistically, i cant be bothered to compete

by **Xudo** » Fri Nov 29, 2024 6:40 pm

**Xudo**
Grandmaster of Forum PvP
Posts: 2477
Has thanked: 117 times
Been thanked: 164 times

I have to confess. I boost my alt characters too if they are not specced as tanks.
It usually happens on elite quests or dungeon quests. On regular quests boosting is inconvenient, because I usually outlevel them.
As a tank it is easy to get party to some dungeon. Whether it is via lfg or manually via chat. But as DPS it is twice as hard.

Best and optimal gear for 10-19 twinks
Nerf high level enchants on low level gear
Overlapping brackets

by **Paidian** » Sun Dec 01, 2024 12:11 pm

Nerf high level enchants on low level gear
Boosting in trackers

by **Paidian** » Sun Dec 01, 2024 12:11 pm

**Paidian**
Posts: 12
Has thanked: 3 times

Honestly, I'm alright with the event. To me, it feels like new challenges kept being added; it's an incentive to roll an alt and making the whole leveling process more interesting. Otherwise, the only reason to go through leveling is to do the end-game content and, frankly speaking, seeing "larger and larger numbers on top of larger and larger men" is not that interesting to me personally.

I will agree that boosting is my bane of existence in general, I honestly don't think multiboxing other than trading purposes should have no role in a game like this. I think this limited event just pushed the existing issues with that further. With the only XP boosting "challenge" being enabling PVP and there being level 60 gankers in multiple zones is already making it quite tough to "speedrun" leveling so when the quest spawns are completely covered by two people trailing each other, knowing both those characters belong to the same account feels like "salt to the wound" a little bit, ngl.

by **Catpaws** » Sun Dec 01, 2024 12:30 pm

**Catpaws**
Posts: 20
Has thanked: 8 times
Been thanked: 4 times

We could remove the open-world and replace it with a lobby to choose what Dungeon, Raid, or Battleground we wish to queue for. Players queueing would be staring at each other avatars which provide the opportunity to add IDLE poses to the cash shop as well as some extra VFX.

I am joking… am I ?

by **Finarfin** » Sun Dec 01, 2024 2:01 pm

**Finarfin**
Posts: 10
Location: The Barrens
Has thanked: 6 times
Been thanked: 8 times

> **Akalix wrote:** ↑                                    Wed Nov 27, 2024 10:12 am
> The majority of classes and specializations were vastly unbalanced and not "viable" in top level raiding.

The majority of players don't partake in top level raiding, so I don't see how throwing away the core identity of the game because of that makes any sense.

If you have to make the classes unrecognizable to make them viable in custom raids, maybe it's the raid design that's the problem.

by **Harkonnan** » Sun Dec 01, 2024 4:03 pm

**Harkonnan**
Barrens Civil Casualty
Posts: 58
Has thanked: 1 time
Been thanked: 9 times

> **Finarfin wrote:** ↑                                    Sun Dec 01, 2024 2:01 pm
>
> > **Akalix wrote:** ↑                              Wed Nov 27, 2024 10:12 am
> > The majority of classes and specializations were vastly unbalanced and not "viable" in top level raiding.
>
> The majority of players don't partake in top level raiding, so I don't see how throwing away the core identity of the game because of that makes any sense.
>
> If you have to make the classes unrecognizable to make them viable in custom raids, maybe it's the raid design that's the problem.

Your statements make no sense. The talent builds are more balanced for raiding, they are also more interesting to play while leveling. How does a boring class design and non-functional specs define the core of the game? that sounds like bad game design. They have adjusted most of the talent specs that needed help and kept their feel. My Fury warrior still feels like a fury warrior. My Feral Druid still feels like a feral druid, and so on.

Also, I don't know ANY classes right now that are unrecognizable. Are mages not shooting fireballs or frostbolts any longer? did warlocks lose their pets and shoot nature damage now? Did druids lose the ability to shift forms and do all 3 roles? Are pallys no longer pink?

by **Finarfin** » Sun Dec 01, 2024 9:33 pm



if you have to make the classes unrecognizable to make them viable in custom raids, maybe it's the raid design that's the problem.

Your statements make no sense. The talent builds are more balanced for raiding, they are also more interesting to play while leveling. How does a boring class design and non-functional specs define the core of the game? that sounds like bad game design. They have adjusted most of the talent specs that needed help and kept their feel. My Fury warrior still feels like a fury warrior. My Feral Druid still feels like a feral druid, and so on.

Also, I don't know ANY classes right now that are unrecognizable. Are mages not shooting fireballs or frostbolts any longer? did warlocks lose their pets and shoot nature damage now? Did druids lose the ability to shift forms and do all 3 roles? Are pallys no longer pink?



by **Finarfin** » Sun Dec 01, 2024 9:33 pm

**Finarfin**

Posts: 10
Location: The Darkmo...
Has thanked: 6 times
Been thanked: 8 times

> **Harkonnan wrote:** ⊕                        Sun Dec 01, 2024 4:03 pm
> Your statements make no sense. The talent builds are more balanced for raiding, they are also more interesting to play while leveling. How does a boring class design and non-functional specs define the core of the game? that sounds like bad game design. They have adjusted most of the talent specs that needed help and kept their feel. My Fury warrior still feels like a fury warrior. My Feral Druid still feels like a feral druid, and so on.

Due to the fact that none of the previous content has been rebalanced with the latest class changes in mind, it's now easier than ever to level and run dungeons. As someone who's favorite part about WoW is the adventure of leveling + PvP, I don't find it being easier interesting at all.

Why do so many people love and flock to Classic WoW if the class designs are "boring", and "non-functional"? And you call my statements senseless...

> **Harkonnan wrote:** ⊕                        Sun Dec 01, 2024 4:03 pm
> Also, I don't know ANY classes right now that are unrecognizable. Are mages not shooting fireballs or frostbolts any longer? did warlocks lose their pets and shoot nature damage now? Did druids lose the ability to shift forms and do all 3 roles? Are pallys no longer pink?

Absolutely horrible straw man "arguments".

Here's one example:
Priests are unrecognizable due to the fact that a support spec (Discipline) is now a more potent damage spec than Shadow. That should never be the case.

There's obviously way more stuff I could list, but since subtleties seems to be lost on you, it feels pointless.
"The class colors are still the same, so the changes aren't actually that drastic".
Legit lol!

by **Jcdenton** » Mon Dec 02, 2024 11:51 am

NO CHARACTER SELECTED

**Jcdenton**

Posts: 5
Has thanked: 1 time
Been thanked: 3 times

I agree with mighty elf. In my opinion "boring", "unbalanced" and even "non-functional" class designs were specifically the things which made vanilla wow much different from later expansions. I can easily accept the fact that some classes had simple 1-2 button rotation and some required insane attention and timings and combos to even perform. I think that differences between the classes were the largest specifically in vanilla wow. At the same time the world you're put in felt more dangerous due to limited toolkit each class had. I think these are the main reasons why launch of official WoW Classic had drawn so much more attention than TBC classic or WOTLK classic. But TWoW is not even following the path of those expansions, devs just think they know everything better, and it's showing.

**POST REPLY** ↩    🔧 ▾    ⬇ ▾                                      38 posts  [1] [2]  »

‹ Return to "Suggestions"                                                     JUMP TO ▾

Document title: This is getting silly now. - Turtle WoW
Capture URL: https://forum.turtle-wow.org/viewtopic.php?t=16122
Capture timestamp (UTC): Wed, 15 Oct 2025 19:16:23 GMT

Page 12 of 12

# EXHIBIT 30

Page Vault

| | |
|---|---|
| Document title: | Turtle WoW Recruitment - Turtle WoW |
| Capture URL: | https://forum.turtle-wow.org/viewtopic.php?t=14168 |
| Page loaded at (UTC): | Thu, 24 Jul 2025 00:41:51 GMT |
| Capture timestamp (UTC): | Thu, 24 Jul 2025 00:41:52 GMT |
| Capture tool: | 3.10.30 |
| Collection server IP: | 54.175.14.236 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 4 |
| Capture ID: | s3YepKf8JQXA8drFJCJg9y |
| Display Name: | whk |



Document title: Turtle WoW Recruitment - Turtle WoW
Capture URL: https://forum.turtle-wow.org/viewtopic.php?t=14168
Capture timestamp (UTC): Thu, 24 Jul 2025 00:41:52 GMT



by Akalix » Thu Oct 24, 2024 3:45 pm

October 24th, 2024 — Video/Short Editor volunteer applications open.

**Akalix**

Turtle WoW Team

Posts: 526
Location: United States
Has thanked: 25 times
Been thanked: 90 times

Public Relations / Community Manager / Lead of Marketing

Making content on Turtle? viewtopic.php?t=15122
Looking to join our team? viewtopic.php?t=14168

---

by **Akalix** » Mon Feb 24, 2025 12:00 am

Feb 20th, 2025 — Video/Short Editor application closes.

**Akalix**

Turtle WoW Team

Posts: 526
Location: United States
Has thanked: 25 times
Been thanked: 90 times

Public Relations / Community Manager / Lead of Marketing

Making content on Turtle? viewtopic.php?t=15122
Looking to join our team? viewtopic.php?t=14168

---

by **Akalix** » Tue Mar 25, 2025 7:31 pm

March 25th, 2025 — Now recruiting Patch Maintainer.

**Patch Maintainer** - Responsible for maintenance of a handful of **official** mods, which will be hosted on GitHub for community contribution. Must be knowledgeable with visual mods and use of GitHub platform.

**Akalix**

Turtle WoW Team

Posts: 526
Location: United States
Has thanked: 25 times
Been thanked: 90 times

Public Relations / Community Manager / Lead of Marketing

Making content on Turtle? viewtopic.php?t=15122
Looking to join our team? viewtopic.php?t=14168

---

by **Akalix** » Mon Apr 07, 2025 9:19 pm

April 7th, 2025 — added Support Volunteer and QA Volunteer

Currently Recruiting:

**Akalix**

Turtle WoW Team

Posts: 526
Location: United States
Has thanked: 25 times
Been thanked: 90 times

- **Patch Maintainer** - Responsible for maintenance of a handful of **official** mods, which will be hosted on GitHub for community contribution. Must be knowledgeable with visual mods and use of GitHub platform.

- **Support Volunteer** - Responsible for assisting players in our various Discord channels and ensuring they are given quick and accurate information, and removal of ToS content.

- **QA Volunteer** - Responsible for the testing and documentation of various reported issues and upcoming content.

Public Relations / Community Manager / Lead of Marketing

Making content on Turtle? viewtopic.php?t=15122
Looking to join our team? viewtopic.php?t=14168

---

by **Akalix** » Tue Apr 22, 2025 2:11 am

April 21st, 2025 — closed all.

**Akalix**

Has thanked: 25 times
Been thanked: 90 times

---

by Torta » Sun Jul 20, 2025 2:31 pm

This website uses cookies to ensure you get the best experience on our website. Learn more

Got it!

648

Document title: Turtle WoW Recruitment - Turtle WoW
Capture URL: https://forum.turtle-wow.org/viewtopic.php?t=14168
Capture timestamp (UTC): Thu, 24 Jul 2025 00:41:52 GMT



**Akalix**

Turtle WoW Team

Posts: 526
Location: *United States*
Has thanked: 25 times
Been thanked: 90 times

Currently Recruiting:

- **Patch Maintainer** - Responsible for maintenance of a handful of **official** mods, which will be hosted on GitHub for community contribution. Must be knowledgeable with visual mods and use of GitHub platform.

- **Support Volunteer** - Responsible for assisting players in our various Discord channels and ensuring they are given quick and accurate information, and removal of ToS content.

- **QA Volunteer** - Responsible for the testing and documentation of various reported issues and upcoming content.

Public Relations / Community Manager / Lead of Marketing

Making content on Turtle? viewtopic.php?t=15122
Looking to join our team? viewtopic.php?t=14168

---

by **Akalix** » Tue Apr 22, 2025 2:11 am

**Akalix**

Turtle WoW Team

Posts: 526
Location: *Online Status*
Has thanked: 25 times
Been thanked: 90 times

April 21st, 2025 — closed all.

Public Relations / Community Manager / Lead of Marketing

Making content on Turtle? viewtopic.php?t=15122
Looking to join our team? viewtopic.php?t=14168

---

by **Torta** » Sun Jul 20, 2025 2:31 pm

**Torta**

Turtle WoW Team

Posts: 1184
Location: Tonami
Has thanked: 2 times
Been thanked: 47 times

Contact: 💬

July 20, 2025 — Added 2D Fantasy Map Artist

Currently Recruiting:

- 2D Fantasy Map Artist

Turtle WoW is looking for a 2D artist to help create in-game maps for zones and dungeons. Ideally, you're familiar with World of Warcraft's visual style and have experience working with it, or at least a strong eye for layout, detail, and classic MMO vibes.

Big plus if you understand how map exploration works in-game.

As a test task, we're asking you to create a stylized map of the Dire Maul entrance area, similar in layout and tone to maps like Caverns of Time, Blackrock Mountain, or Scarlet Monastery.

You are provided with a PSD file [download here] that includes:

- A minimap of the area — follow it accurately (you can move or resize, but don't rotate).

- Styled labels and layers from the Wailing Caverns map as examples.

Things to consider:

- Map title placement.

- Framing the layout with simple illustrations.

- Keeping the design clean, readable, and true to World of Warcraft artistic style.

Send your submission to Akalix via DM here or twchaix on Discord!

This website uses cookies to ensure you get the best experience on our website. Learn more    Got it!

◄ Return to "Announcements"

JUMP TO ▾

# EXHIBIT 31

**Page Vault**

| | |
|---|---|
| Document title: | FlightPath Chat Episode 1 Ft. Akalix (Turtle WoW Community Manager) - YouTube |
| Capture URL: | https://www.youtube.com/watch?v=SLrw6-phkXk |
| Page loaded at (UTC): | Thu, 09 Oct 2025 17:55:43 GMT |
| Capture timestamp (UTC): | Thu, 09 Oct 2025 18:03:20 GMT |
| Capture tool: | 10.66.1 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.7204.251 Safari/537.36 |
| Operating system: | Linux (Node 22.19.0) |
| PDF length: | 5 |
| Capture ID: | fgPFGPFYHfRTSDhBfU5Zfh |
| Display Name: | whk |



**FlightPath Chat Episode 1 Ft. Akalix (Turtle WoW Community Manager)**

NixiusGG
530 subscribers

Subscribe

👍 16    👎    ↪ Share    🔖 Save    •••

355 views  Feb 19, 2024
This is a new series I'm starting where we interview prominent players in the WOW, private server space, MMO space in general. On this first episode I talked with Akalix the community manager for Turtle WOW.

https://turtle-wow.org/#/home

💬 / discord

Also check come hang out on twitch!

💜 / nixiusgg

Intro and Outro Music:

🔻
"Ghostrifter Official - Neon Drive" is under a Creative Commons (CC BY-ND 3.0) license.
https://creativecommons.org/licenses/...

/ @ghostrifterofficial  Music promoted by BreakingCopyright:

• 🌈 80s & Synthwave...
🔻

## Transcript

Follow along using the transcript.

Show transcript


NixiusGG
530 subscribers



▶️ Videos    👤 About

Show less

World of Warcraft
2004
BROWSE GAME ❯

Gaming
BROWSE ALL GAMING ❯


FlightPath Chat Episode 2 Ft. Akalix (Turtle WoW Communit...
NixiusGG
323 views • 11 months ago


ALL Major Class Changes Coming in Midnight - All 40 ...
SignsOfKelani
80K views • 2 days ago
New


Chatting with Grim Dawn's Arthur Bruno about ARPG ...
Chris Wilson
56K views • 5 days ago
New


3I/ATLAS: The Worst Theory Grows With Each New Image
The Calm Scientist
173K views • 18 hours ago
New


[Turtle WoW] Stormwind Vault | Holy Paladin POV
Pespline
1.1K views • 2 months ago


Warcraft's Problem With Malfurion
Platinum WoW
227K views • 12 days ago


Can You Beat Diablo 2 With Only One-Shots?
Zarfen the Loot Goblin
389K views • 10 days ago


5 Hours of World of Warcraft Music & Ambience | Relax, ...
Azeroth Ambience
39K views • 13 days ago


WoW Classic+ Could Be AMAZING With This
Xaryu ✓
83K views • 6 days ago
New


The Greatest Adventure in World of Warcraft
Jediwarlock
779K views • 1 year ago


WOW Complete Beginner Guide 2025 (War Within)
Lucky Ghost ✓
594K views • 1 year ago


Let's talk about Add-Ons.
Maximum ✓
69K views • 1 day ago
New


Idiots Guide to Turtle WoW: Fresh 60, New and Confused ?
NixiusGG
3.3K views • 5 days ago
New


The Beautiful Disaster of WoW Classic Hardcore
g0at
980K views • 5 months ago

652





5.9M views · 2 days ago
New

How Blizzard's War On Private Servers Exposed The Bigger …
Xanadu Plays
7.5K views · 1 day ago
New



Why Wrath of the Lich King Was Great
MadSeasonShow ✓
257K views · 3 months ago



The Hasan Situation Just Got Worse…
MorePegasus ✓
74K views · 2 hours ago
New



Turtle Wow Class Change 2 Tier List
NixiusGG
13K views · 6 months ago



Eternal Night of Gregorian Chants – Monastic Harmony f…
Catholic Gregorian Chant
1.2K watching



Classic Hardcore Moments #267
Classic Hardcore Moments
43K views · 1 day ago
New



Presidential Libraries: Last Week Tonight with John Oliver…
LastWeekTonight ✓
2.7M views · 3 days ago
New



The MOST Confusing Things in Guild Wars 2
Laranity
17K views · 2 days ago
New



Kel'Thuzad: The Mage That DOOMED Humanity
Platinum WoW ✓
568K views · 3 months ago



Cosmic Focus – Chill Space Ambient for Deep Work, Study,…
Galaxy Asmr
1 watching



AI Could Wipe Out the Working Class | Sen. Bernie Sanders
Senator Bernie Sanders ✓
651K views · 1 day ago
New

FlaSh is OBSESSED with Flying Units. (Sky Terran vs …
ArtosisCasts
33K views · 2 days ago
New



Interview with Ion Hazzikostas! World of Warcraft: Midnight an…
AnnieFuchsia
25K views · 6 days ago
New

Once in a Lifetime 1v1
Asmongold TV ✓

Document title: FlightPath Chat Episode 1 Ft. Akalix (Turtle WoW Community Manager) - YouTube
Capture URL: https://www.youtube.com/watch?v=SLrw6-phkXk
Capture timestamp (UTC): Thu, 09 Oct 2025 18:03:20 GMT

New



### Why Wrath of the Lich King Was Great
MadSeasonShow ✔
257K views • 3 months ago



### The Hasan Situation Just Got Worse...
MorePegasus ✔
74K views • 2 hours ago

New



### Turtle Wow Class Change 2 Tier List
NixiusGG
13K views • 6 months ago



### Eternal Night of Gregorian Chants – Monastic Harmony f...
Catholic Gregorian Chant
1.2K watching



### Classic Hardcore Moments #267
Classic Hardcore Moments
43K views • 1 day ago

New



### Presidential Libraries: Last Week Tonight with John Oliver...
LastWeekTonight ✔
2.7M views • 3 days ago

New



### The MOST Confusing Things in Guild Wars 2
Laranity
17K views • 2 days ago

New



### Kel'Thuzad: The Mage That DOOMED Humanity
Platinum WoW ✔
568K views • 3 months ago



### Cosmic Focus – Chill Space Ambient for Deep Work, Study,...
Galaxy Asmr
1 watching



### AI Could Wipe Out the Working Class | Sen. Bernie Sanders
Senator Bernie Sanders ✔
651K views • 1 day ago

New



### FlaSh is OBSESSED with Flying Units. (Sky Terran vs ...
ArtosisCasts
33K views • 2 days ago

New



### Interview with Ion Hazzikostas! World of Warcraft: Midnight an...
AnnieFuchsia
25K views • 6 days ago

New



### Once in a Lifetime 1v1
Asmongold TV ✔
3.3M views • 2 years ago



### Idiots Guide to Turtle WOW: Protection Paladin
NixiusGG

Document title: FlightPath Chat Episode 1 Ft. Akalix (Turtle WoW Community Manager) - YouTube
Capture URL: https://www.youtube.com/watch?v=SLrw6-phkXk
Capture timestamp (UTC): Thu, 09 Oct 2025 18:03:20 GMT
Page 4 of 4

🔒 Page Vault

| | |
|---|---|
| Document title: | FlightPath Chat Episode 2 Ft. Akalix (Turtle WoW Community Manager) - YouTube |
| Capture URL: | https://www.youtube.com/watch?v=lO5trHg5lUg |
| Page loaded at (UTC): | Thu, 09 Oct 2025 19:45:35 GMT |
| Capture timestamp (UTC): | Thu, 09 Oct 2025 19:51:14 GMT |
| Capture tool: | 10.66.1 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.7204.251 Safari/537.36 |
| Operating system: | Linux (Node 22.19.0) |
| PDF length: | 5 |
| Capture ID: | sSVCkbnMLNWKwWrRGB8hrx |
| Display Name: | whk |



Chat Replay is disabled for this Premiere.

**FlightPath Chat Episode 2 Ft. Akalix (Turtle WoW Community Manager)**

NixiusGG
531 subscribers                    Subscribe         👍 10   👎      ↗ Share    🔖 Save    •••

323 views  Premiered Oct 25, 2024
We did this interview with Akalix in the middle of hurricane! We did it for you! We covered many of things coming in the next patch even a time frame for the patch dropping !

Check out Turtle wow and all the good stuff they are doing at https://turtle-wow.org/ and join the discord 💬 / discord

Also check come hang out on twitch!
🟣 / nixiusgg

Intro and Outro Music:
🔻
"Ghostrifter Official - Neon Drive" is under a Creative Commons (CC BY-ND 3.0) license.
https://creativecommons.org/licenses/....

/ @ghostrifterofficial  Music promoted by BreakingCopyright:

• 🌈 80s & Synthwave...
🔺

## Chapters                                                           View all



| 0:00 | 1:00 | 3:10 | 5:00 | 10:00 |
|------|------|------|------|-------|
| Intro | When will Tower of Kazan drop | Class changes | Paladin | Survival |

## Transcript

Follow along using the transcript.

**Show transcript**

NixiusGG
531 subscribers



FlightPath Chat Episode 1 Ft. Akalix (Turtle WoW Communit...
NixiusGG
355 views • 1 year ago
1:04:10

Let's talk about Add-Ons.
Maximum ✓
70K views • 2 days ago
New
1:10:49

THE SCARIZARD EPISODE - The PoddyC Ep. 84
The PoddyC
39K views • 1 day ago
New
2:10:24

Wholesome Night Elves? - Drama Time
Drama Time
6.2K views • 3 days ago
New
1:12:42

Chatting with Grim Dawn's Arthur Bruno about ARPG ...
Chris Wilson
1:32:48
5 days ago
New

Idiots Guide to Turtle WOW: Fresh 60, New and Confused ?
NixiusGG
3.4K views • 5 days ago
New
17:43

How Blizzard's War On Private Servers Exposed The Bigger ...
Xanadu Plays
56K views • 1 day ago
New
15:33

WoW Classic+ Could Be AMAZING With This
Xaryu ✓
83K views • 6 days ago
New
1:13:46

The Beautiful Disaster of WoW Classic Hardcore
g0at
981K views • 5 months ago
1:24:06

ALL Major Class Changes Coming in Midnight - All 40 ...
SignsOfKelani
83K views • 2 days ago
New
57:25

WoW Classic Hardcore: Interview for the #1 Guild in th...
Asmongold TV ✓
1.4M views • 2 years ago
19:33

Chronicles of Lunacy - Drama Time
Drama Time
7.3K views • 9 days ago
1:08:18

WOW 2 ANNOUNCED | The Bench Ep. 66
The Bench WOW Podcast
28K views • 6 days ago
1:38:15

657

Document title: FlightPath Chat Episode 2 Ft. Akalix (Turtle WoW Community Manager) - YouTube
Capture URL: https://www.youtube.com/watch?v=lO5trHg5lUg
Capture timestamp (UTC): Thu, 09 Oct 2025 19:51:14 GMT



Document title: FlightPath Chat Episode 2 Ft. Akalix (Turtle WoW Community Manager) - YouTube
Capture URL: https://www.youtube.com/watch?v=lO5trHg5lUg
Capture timestamp (UTC): Thu, 09 Oct 2025 19:51:14 GMT



Sign in

6.9M views · 8 days ago



Jon Stewart Makes the Case for Dems Holding the Line in …
The Daily Show ✓
4.5M views · 2 days ago
New



Where Are OG World Of Warcraft YouTubers Now?
Vareion
131K views · 1 month ago



What I Learned from Getting 3 Middle-aged Men Addicted to …
McKay
942K views · 4 days ago
New



Why Trump Wants the Panama Canal
Johnny Harris ✓
211K views · 7 hours ago
New



Blizzard SEETHING As Path of Exile 2 Explodes In Popularity
Asmongold TV ✓
2.3M views · 10 months ago



Hardcore WoW Classic: Surviving With ONLY Crafted …
Sackybol
57K views · 3 weeks ago



Presidential Libraries: Last Week Tonight with John Oliver…
LastWeekTonight ✓
2.7M views · 3 days ago
New



We NEED to talk about the Path of Exile 2 situation
Asmongold TV ✓
1.2M views · 10 months ago



Turtle WoW 'Is A Criminal Front', So Blizzard Invoked RICO
Bellular Warcraft
349K views · 1 month ago



A Farewell to Remember :: Minecraft Hermitcraft
BdoubleO100 ✓
217K views · 4 days ago
New



How Good Was PALADIN In Vanilla, TBC & WotLK REALLY?…
WillE ✓
13K views · 21 hours ago
New



The MOST Confusing Things in Guild Wars 2
Laranity
17K views · 2 days ago
New



Warcraft's Problem With Malfurion
Platinum WoW ✓
228K views · 12 days ago

My Response to Making WoW More Approachable..

659

YouTube   Sign in



18:44



What I Learned from Getting 3 Middle-aged Men Addicted to ...

McKay

942K views · 4 days ago

New



Why Trump Wants the Panama Canal

Johnny Harris ✓

211K views · 7 hours ago

New

Blizzard SEETHING As Path of Exile 2 Explodes In Popularity

Asmongold TV ✓

2.3M views · 10 months ago



Hardcore WoW Classic: Surviving With ONLY Crafted ...

Sackyboi

57K views · 3 weeks ago



Presidential Libraries: Last Week Tonight with John Oliver...

LastWeekTonight ✓

2.7M views · 3 days ago

New

We NEED to talk about the Path of Exile 2 situation

Asmongold TV ✓

1.2M views · 10 months ago



Turtle WoW 'Is A Criminal Front', So Blizzard Invoked RICO

Bellular Warcraft

349K views · 1 month ago



A Farewell to Remember :: Minecraft Hermitcraft

Bdouble0100 ✓

217K views · 4 days ago

New



How Good Was PALADIN In Vanilla, TBC & WotLK REALLY?...

WillE ✓

13K views · 21 hours ago

New



The MOST Confusing Things in Guild Wars 2

Laranity

17K views · 2 days ago

New



Warcraft's Problem With Malfurion

Platinum WoW ✓

228K views · 12 days ago



My Response to Making WoW More Approachable..

Xaryu ✓

48K views · 6 days ago

New



Hardcore WoW Classic: He Almost ENDED Our Run.. (Ep. ...

Sackyboi

22K views · 12 days ago

Idiots Guide to Turtle WOW: Minimalism UI for full sending

NixiusGG

Document title: FlightPath Chat Episode 2 Ft. Akalix (Turtle WoW Community Manager) - YouTube
Capture URL: https://www.youtube.com/watch?v=lO5trHg5lUg
Capture timestamp (UTC): Thu, 09 Oct 2025 19:51:14 GMT

Page 4 of 4

EXHIBIT 32

**Page Vault**

| | |
|---|---|
| Document title: | Everlook Broadcasting Co. — A Look Under the Shell | Episode 1, March 2024 - YouTube |
| Capture URL: | https://www.youtube.com/watch?v=2f3JNokdkEU |
| Page loaded at (UTC): | Wed, 15 Oct 2025 23:25:32 GMT |
| Capture timestamp (UTC): | Wed, 15 Oct 2025 23:25:33 GMT |
| Capture tool: | 3.15.0 |
| Collection server IP: | 54.196.198.99 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/139.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 3 |
| Capture ID: | 1rQEvJcnLjApJcrBDBaSyW |
| Display Name: | cbg |



**Everlook Broadcasting Co. — A Look Under the Shell | Episode 1, March 2024**

 **Everlook Broadcasting Co.**
1.97K subscribers

Subscribe          👍 21   👎      ↗ Share      🔖 Save

792 views  Apr 1, 2024  #classicwow #worldofwarcraft #wowvanilla
Every month, Akalix and Vrograg sit down with Dan and a rotating panel of developers and community members
from Turtle to discuss what the latest and greatest is for server updates and development is. Join us monthly live
on Everlook Broadcasting Co for the live airing of this, show, followed by the archive posting here on the Everlook
Broadcasting Co YouTube page!

More Than Just Static: It's Everlook Radio Magic! Join Turtle WoW and get ready to to rock your socks off with
the unrivaled radio experience in Azeroth: http://www.turtle-wow.org

Find out more about Everlook Broadcasting here: https://turtle-wow.org/#/everlook-bro...

#worldofwarcraft #wowvanilla #classicwow

## Transcript

Follow along using the transcript.

Show transcript

 **Everlook Broadcasting Co.**
1.97K subscribers

 Videos     About

Show less

 World of Warcraft Classic
BROWSE GAME ›

 Gaming
BROWSE ALL GAMING ›

## 2 Comments    ≡ Sort by

 Add a comment...

663

Document title: Everlook Broadcasting Co. — A Look Under the Shell | Episode 1, March 2024 - YouTube
Capture URL: https://www.youtube.com/watch?v=2f3JNokdkEU
Capture timestamp (UTC): Wed, 15 Oct 2025 23:25:33 GMT



**Everlook Broadcasting Co. — A Look Under the Shell | Episode 1, March 2024**

**Everlook Broadcasting Co.**
1.97K subscribers

Subscribe

👍 21   👎   ↗ Share   ...

792 views  Apr 1, 2024  #classicwow #worldofwarcraft #wowvanilla

Every month, Akalix and Vrograg sit down with Dan and a rotating panel of developers and community members from Turtle to discuss what the latest and greatest is for server updates and development is. Join us monthly live on Everlook Broadcasting Co for the live airing of this, show, followed by the archive posting here on the Everlook Broadcasting Co YouTube page!

More Than Just Static: It's Everlook Radio Magic! Join Turtle WoW and get ready to to rock your socks off with the unrivaled radio experience in Azeroth: http://www.turtle-wow.org

Find out more about Everlook Broadcasting here: https://turtle-wow.org/#/everlook-bro...

#worldofwarcraft #wowvanilla #classicwow

**Transcript**

Follow along using the transcript.

Show transcript

**Everlook Broadcasting Co.**
1.97K subscribers

▶ Videos     About

Show less

World of Warcraft Classic
BROWSE GAME ›

Gaming
BROWSE ALL GAMING ›

**2 Comments**   ☰ Sort by



Add a comment...



**@nicolasjochem1814** 10 months ago

You are so epic. Big love to the gm's as well. Favorite Community Ever! One (turtle) love :]

👍 2   👎   Reply



**@Infernoblade1010** 4 months ago

I love this so much! Blizz would never even consider doing something like this. I mean, they don't even have reliable GMs anymore.

👍   👎   Reply

664

Page Vault

| | |
|---|---|
| Document title: | Everlook Broadcasting Co. — A Look Under the Shell \| Episode 2, May 2024 - YouTube |
| Capture URL: | https://www.youtube.com/watch?v=Bzw7y30yeco |
| Page loaded at (UTC): | Wed, 15 Oct 2025 22:50:10 GMT |
| Capture timestamp (UTC): | Wed, 15 Oct 2025 22:50:11 GMT |
| Capture tool: | 3.15.0 |
| Collection server IP: | 54.196.198.99 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/139.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 4 |
| Capture ID: | nt1vNsDeK3Sbsxo6JEtTCq |
| Display Name: | cbg |



**Everlook Broadcasting Co. — A Look Under the Shell | Episode 2, May 2024**



Everlook Broadcasting Co.    [Subscribe]                    👍 55    👎    ↗ Share    ...
1.97K subscribers

1,656 views  May 21, 2024  #classicwow #worldofwarcraft #wowvanilla
Every month, Akalix and Vrograg sit down with Dan and a rotating panel of developers and community members
from Turtle to discuss what the latest and greatest is for server updates and development is. Join us monthly live
on Everlook Broadcasting Co for the live airing of this, show, followed by the archive posting here on the Everlook
Broadcasting Co YouTube page!

More Than Just Static: It's Everlook Radio Magic! Join Turtle WoW and get ready to to rock your socks off with
the unrivaled radio experience in Azeroth: http://www.turtle-wow.org

Find out more about Everlook Broadcasting here: https://turtle-wow.org/#/everlook-bro...

#worldofwarcraft #wowvanilla #classicwow

**Transcript**

Follow along using the transcript.

[Show transcript]



Everlook Broadcasting Co.
1.97K subscribers

[▶ Videos]    [🖼 About]

Show less


World of Warcraft Classic
BROWSE GAME ›


Gaming
BROWSE ALL GAMING ›

**10 Comments**    ☰ Sort by

 Add a comment...

666

Document title: Everlook Broadcasting Co. — A Look Under the Shell | Episode 2, May 2024 - YouTube
Capture URL: https://www.youtube.com/watch?v=Bzw7y30yeco
Capture timestamp (UTC): Wed, 15 Oct 2025 22:50:11 GMT                                                    Page 1 of 3



☰ ▶ YouTube          Search                                    🔍  🎤          ⋮   ⊙ Sign in

**10 Comments**    ⇒ Sort by

⊙  Add a comment...

**@username12120** 1 year ago
40:50 That was me during WoW Classic! When I played back in original release I was just a clueless
teenager, just doing dungeon runs and trying to grind pvp rank for good gear. But with the 2019 launch I was
able to really get to grips with the raiding and stuff. I went from seeing the inside of MC once and ZG 2-3
times in 2005 to actually pushing my envelope and going ALL the way to Naxx(the cheering in discord when
we finally put down KT I'll never forget). I even managed to get a Thunderfury on my journey, not even trying
to hoard the bindings as an MT managing a weekly PUG raid, but because my guilds GM and officers
recognised all the effort I put into things and rewarded me for it. Best gaming experience of my life so far,
and now I find a new journey in twow. I'm just quaintly leveling up my little stable of characters as my mood
takes me and running into all these lovely people and impromptu RP instances. I can't wait to climb up and
start doing the custom content the staff have cooked up from the old days of the server till now.

Vanilla WoW(Vanilla+ in this case...), it's fucking magic, there's NOTHING like it. :)

Show less
👍 1  👎    Reply

**@dieterbohlen1572** 1 year ago
Love it!
👍  👎    Reply

**@VrogragFishslayer** 1 year ago
What great content!
👍 6  👎    Reply

⌄ **3 replies**

**@haaxor1689** 1 year ago
Insert Obama giving himself a medal meme... :D
👍 3  👎    Reply

Ⓐ **@alessandrosaltarin9990** 1 year ago
biased
👍  👎    Reply

**@VrogragFishslayer** 1 year ago
Do you realize how much I had to bite my tongue on this show!?! Ya'll know how much I love talking.
When I say its great content, it's great to not have to hear my dumb orc voice for once LOL
👍 1  👎    Reply

**@pollux1982** 1 year ago
Very much enjoyed this :)
👍  👎    Reply

**@МиланПиперски** 1 year ago
Finally! A new episode!
👍 1  👎    Reply

**@mantup6921** 1 year ago
:D
👍  👎    Reply

**@RiddleOfLightning** 1 year ago
topaz price will be stupid high unless gem nods can spawn in dungeons because overworld mining/herbing
is broken right now with the amount of bodies mining/herbing in turtle wow
👍  👎    Reply

667

@user (name) 1 year ago
40:50 That was me during WoW Classic! When I played back in original release was a clueless teenager, just doing dungeon runs and trying to grind pvp rank for good gear. But with the 2019 launch I was able to really get to grips with the raiding and stuff. I went from seeing the inside of MC once and ZG 2-3 times in 2005 to actually pushing my envelope and going ALL the way to Naxx(the cheering in discord when we finally put down KT I'll never forget). I even managed to get a Thunderfury on my journey, not even trying to hoard the bindings as an MT managing a weekly PUG raid, but because my guilds GM and officers recognised all the effort I put into things and rewarded me for it. Best gaming experience of my life so far, and now I find a new journey in twow. I'm just quaintly leveling up my little stable of characters as my mood takes me and running into all these lovely people and impromptu RP instances. I can't wait to climb up and start doing the custom content the staff have cooked up from the old days of the server till now.

Vanilla WoW(Vanilla+ in this case...), it's fucking magic, there's NOTHING like it. :)
Show less

👍 1  👎    Reply

@dieterbohlen1572 1 year ago
Love it!

👍 👎    Reply

@VrogragFishslayer 1 year ago
What great content!

👍 6  👎    Reply

∧ 3 replies

@haaxor1689 1 year ago
Insert Obama giving himself a medal meme... :D

👍 3  👎    Reply

@alessandrosaltarin9990 1 year ago
biased

👍 👎    Reply

@VrogragFishslayer 1 year ago
Do you realize how much I had to bite my tongue on this show!?! Ya'll know how much I love talking. When I say its great content, it's great to not have to hear my dumb orc voice for once LOL

👍 1  👎    Reply

@pollux1982 1 year ago
Very much enjoyed this :)

👍 👎    Reply

@МиланПиперски 1 year ago
Finally! A new episode!

👍 1  👎    Reply

@mantup6921 1 year ago
:D

👍 👎    Reply

@RiddleOfLightning 1 year ago
topaz price will be stupid high unless gem nods can spawn in dungeons because overworld mining/herbing is broken right now with the amount of bodies mining/herbing in turtle wow

👍 👎    Reply

668

Page Vault

| | |
|---|---|
| Document title: | Everlook Broadcasting Co. — A Look Under the Shell \| Episode 3, June 2024 - YouTube |
| Capture URL: | https://www.youtube.com/watch?v=oWhzB6GOUdM |
| Page loaded at (UTC): | Wed, 15 Oct 2025 22:57:42 GMT |
| Capture timestamp (UTC): | Wed, 15 Oct 2025 22:57:43 GMT |
| Capture tool: | 3.15.0 |
| Collection server IP: | 54.196.198.99 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/139.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 3 |
| Capture ID: | udQLT8GN8rkxJaKuZmNQ27 |
| Display Name: | cbg |





0:06 / 1:22:27

## Everlook Broadcasting Co. — A Look Under the Shell | Episode 3, June 2024



**Everlook Broadcasting Co.**
1.97K subscribers

Subscribe

👍 28    👎    ↗ Share    ⋯

**998 views  Jul 17, 2024**  #classicwow #worldofwarcraft #wowvanilla
Every month, Akalix and Vrograg sit down with Dan and a rotating panel of developers and community members from Turtle to discuss what the latest and greatest is for server updates and development is. Join us monthly live on Everlook Broadcasting Co for the live airing of this, show, followed by the archive posting here on the Everlook Broadcasting Co YouTube page!

More Than Just Static: It's Everlook Radio Magic! Join Turtle WoW and get ready to to rock your socks off with the unrivaled radio experience in Azeroth: http://www.turtle-wow.org

Find out more about Everlook Broadcasting here: https://turtle-wow.org/#/everlook-bro...

#worldofwarcraft #wowvanilla #classicwow

## Transcript

Follow along using the transcript.

**Show transcript**



**Everlook Broadcasting Co.**
1.97K subscribers

▶ Videos    🖼 About

Show less



World of Warcraft Classic
BROWSE GAME ›

Gaming
BROWSE ALL GAMING ›

## 4 Comments    ☰ Sort by

    Add a comment...

670

Document title: Everlook Broadcasting Co. — A Look Under the Shell | Episode 3, June 2024 - YouTube
Capture URL: https://www.youtube.com/watch?v=oWhzB6GOUdM
Capture timestamp (UTC): Wed, 15 Oct 2025 22:57:43 GMT



998 views  Jul 17, 2024  #classicwow #worldofwarcraft #wowvanilla

Every month, Akalix and Vrograg sit down with Dan and a rotating panel of developers and community members from Turtle to discuss what the latest and greatest is for server updates and development is. Join us monthly live on Everlook Broadcasting Co for the live airing of this, show, followed by the archive posting here on the Everlook Broadcasting Co YouTube page!

More Than Just Static: It's Everlook Radio Magic! Join Turtle WoW and get ready to to rock your socks off with the unrivaled radio experience in Azeroth: http://www.turtle-wow.org

Find out more about Everlook Broadcasting here: https://turtle-wow.org/#/everlook-bro...

#worldofwarcraft #wowvanilla #classicwow

## Transcript

Follow along using the transcript.

Show transcript

**Everlook Broadcasting Co.**
1.97K subscribers

▶ Videos    About

Show less

World of Warcraft Classic
BROWSE GAME >

Gaming
BROWSE ALL GAMING >

## 4 Comments    Sort by

Add a comment...

**@DjEphixa** ✓ 1 year ago
long live turtle wow
👍 7  👎    Reply

∧ 1 reply

**@Omegon20** 1 year ago
Wtf wild Ephixa spotting?? Thats dope. Ur the G.O.A.T
👍 1  👎  Reply

**@gamingunlimited4u** 1 year ago
Glad to hear Ducky is taking back the lead of DT and i hope you can overcome the changes that made lots of the old people leave
👍 3  👎  Reply

671

**Page Vault**

| | |
|---|---|
| Document title: | Everlook Broadcasting Co. — A Look Under the Shell \| Episode 4, August and September 2024 - YouTube |
| Capture URL: | https://www.youtube.com/watch?v=EnXcfy7ZsTE |
| Page loaded at (UTC): | Wed, 15 Oct 2025 22:54:53 GMT |
| Capture timestamp (UTC): | Wed, 15 Oct 2025 22:54:54 GMT |
| Capture tool: | 3.15.0 |
| Collection server IP: | 54.196.198.99 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/139.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 3 |
| Capture ID: | jPEkbR5tvM6wPtPNZA4PuX |
| Display Name: | cbg |




0:09 / 1:26:09

### Everlook Broadcasting Co. — A Look Under the Shell | Episode 4, August and September 2024

**Everlook Broadcasting Co.**
1.97K subscribers

**Subscribe**

👍 34   👎   ➤ Share   •••

**1,330 views**  Sep 20, 2024   #classicwow  #worldofwarcraft  #wowvanilla

Every month, Akalix and Vrograg sit down with Dan and a rotating panel of developers and community members from Turtle to discuss what the latest and greatest is for server updates and development is. Join us monthly live on Everlook Broadcasting Co for the live airing of this, show, followed by the archive posting here on the Everlook Broadcasting Co YouTube page!

More Than Just Static: It's Everlook Radio Magic! Join Turtle WoW and get ready to to rock your socks off with the unrivaled radio experience in Azeroth: http://www.turtle-wow.org

Find out more about Everlook Broadcasting here: https://turtle-wow.org/#/everlook-bro...

#worldofwarcraft #wowvanilla #classicwow

### Transcript

Follow along using the transcript.

**Show transcript**

**Everlook Broadcasting Co.**
1.97K subscribers

▶ Videos     🖼 About

Show less



World of Warcraft Classic
BROWSE GAME ›

Gaming
BROWSE ALL GAMING ›

### 3 Comments      ☰ Sort by

673

Document title: Everlook Broadcasting Co. — A Look Under the Shell | Episode 4, August and September 2024 - YouTube
Capture URL: https://www.youtube.com/watch?v=EnXcfy7ZsTE
Capture timestamp (UTC): Wed, 15 Oct 2025 22:54:54 GMT
Page 1 of 2

**September 2024**



Everlook Broadcasting Co.
1.97K subscribers

Subscribe

👍 34   👎   Share   •••

1,330 views  Sep 20, 2024   #classicwow  #worldofwarcraft  #wowvanilla

Every month, Akalix and Vrograg sit down with Dan and a rotating panel of developers and community members from Turtle to discuss what the latest and greatest is for server updates and development is. Join us monthly live on Everlook Broadcasting Co for the live airing of this, show, followed by the archive posting here on the Everlook Broadcasting Co YouTube page!

More Than Just Static: It's Everlook Radio Magic! Join Turtle WoW and get ready to to rock your socks off with the unrivaled radio experience in Azeroth: http://www.turtle-wow.org

Find out more about Everlook Broadcasting here: https://turtle-wow.org/#/everlook-bro...

#worldofwarcraft #wowvanilla #classicwow

**Transcript**

Follow along using the transcript.

Show transcript



**Everlook Broadcasting Co.**
1.97K subscribers

▶ Videos     🖾 About

Show less



World of Warcraft Classic
BROWSE GAME >



Gaming
BROWSE ALL GAMING >

**3 Comments**   ☰ Sort by

 Add a comment...

  @Thatcrafterguy 1 year ago
Patch whenn???
👍 6  👎   Reply

@fillee40k29 1 year ago
Storm what????
👍  👎   Reply

@DoxaWarr 1 year ago
< Hard Lhian Society >
👍 3  👎    Reply

674

Document title: Everlook Broadcasting Co. — A Look Under the Shell | Episode 4, August and September 2024 - YouTube
Capture URL: https://www.youtube.com/watch?v=EnXcfy7ZsTE
Capture timestamp (UTC): Wed, 15 Oct 2025 22:54:54 GMT

# EXHIBIT 33

| | |
|---|---|
| Document title: | High ping issue - Turtle WoW |
| Capture URL: | https://forum.turtle-wow.org/viewtopic.php?p=40737&hilit=California#p40737 |
| Page loaded at (UTC): | Thu, 09 Oct 2025 17:08:24 GMT |
| Capture timestamp (UTC): | Thu, 09 Oct 2025 17:08:25 GMT |
| Capture tool: | 3.15.0 |
| Collection server IP: | 18.210.33.223 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/139.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 3 |
| Capture ID: | 3v3exFWwQz21kQmHUTQ6b9 |
| Display Name: | cbg |



# High ping issue

POST REPLY

6 posts • Page **1** of **1**

by **Thunderbunny** » Sun Apr 02, 2023 11:04 pm

Hey guys, I was just wondering if there is any fix for a high ping? I have really good internet with a wired connection and I usually get around 20 ping or so with every other game I play. I'm usually stuck around 150 to 250 ping nonstop on this server. I live on the west coast in the U.S. I was wondering if there is anything I could do to possibly lower it somewhat as I have lost a HC character to lag and ping instability like most people lol. Thank you so much.

**Thunderbunny**
Posts: 2

by **Zzzake123** » Sat Apr 08, 2023 6:03 am

I have the exact same issue. I live in California and at least 155 MS. Everything I do has a delay, cant enjoy the game.

**Zzzake123**
Posts: 1

by **Akalix** » Sat Apr 08, 2023 7:43 am

Unfortunately, our servers are located in Europe. This means you will likely be stuck with higher ping than you are accustomed to playing on US servers for other games.

Public Relations / Community Manager / Lead of Marketing

Making content on Turtle? viewtopic.php?t=15122
Looking to join our team? viewtopic.php?t=14168

**Akalix**
Turtle WoW Team
Posts: 523
Location: United States
Has thanked: 23 times
Been thanked: 92 times

by **Piaoxiaofa** » Sun Sep 03, 2023 6:20 pm

Hey, there. I also live in California and have the exact same issue, the ping is always around 150. Did you happen to find any solution or workaround? I really like this server but the ping is quite annoying. Is VPN going to help?

**Piaoxiaofa**
Posts: 1

by **Anadrol** » Sun Sep 03, 2023 7:30 pm

677

Document title: High ping issue - Turtle WoW
Capture URL: https://forum.turtle-wow.org/viewtopic.php?p=40737&amp;hilit=California#p40737
Capture timestamp (UTC): Thu, 09 Oct 2025 17:08:25 GMT

Page 1 of 2



by **Zzzake123** » Sat Apr 08, 2023 6:03 am

I have the exact same issue. I live in California and at least 155 MS. Everything I do has a delay, cant enjoy the game.

**Zzzake123**
Posts: 1

---

by **Akalix** » Sat Apr 08, 2023 7:43 am

Unfortunately, our servers are located in Europe. This means you will likely be stuck with higher ping than you are accustomed to playing on US servers for other games.

**Akalix**
Turtle WoW Team
Posts: 523
Location: United States
Has thanked: 23 times
Been thanked: 92 times

Public Relations / Community Manager / Lead of Marketing

Making content on Turtle? viewtopic.php?t=15122
Looking to join our team? viewtopic.php?t=14168

---

by **Piaoxiaofa** » Sun Sep 03, 2023 6:20 pm

Hey, there. I also live in California and have the exact same issue, the ping is always around 150. Did you happen to find any solution or workaround? I really like this server but the ping is quite annoying. Is VPN going to help?

**Piaoxiaofa**
Posts: 1

---

by **Anadrol** » Sun Sep 03, 2023 7:30 pm

> **Piaoxiaofa wrote:** ⊕                                    Sun Sep 03, 2023 6:20 pm
> Hey, there. I also live in California and have the exact same issue, the ping is always around 150. Did you happen
> to find any solution or workaround? I really like this server but the ping is quite annoying. Is VPN going to help?

No. A VPN will only simulate a location but the physical distance from the server remains the same.

**Anadrol**
Bárrens Chat Casualty
Posts: 65

---

by **Darrakus** » Sun Sep 03, 2023 9:07 pm

If you find a VPN that is faster than the speed of light, then sure, you can get a good latency from NA west to EU. But that is physically impossible.

The server is in London.

**Darrakus**
Posts: 15

---

POST REPLY

6 posts • Page **1** of **1**

Return to "Help & Support"

JUMP TO

---

678

Document title: High ping issue - Turtle WoW
Capture URL: https://forum.turtle-wow.org/viewtopic.php?p=40737&amp;hilit=California#p40737
Capture timestamp (UTC): Thu, 09 Oct 2025 17:08:25 GMT

Page 2 of 2

# EXHIBIT 34

Page Vault

| | |
|---|---|
| Document title: | Hey, I'm Jay! |
| Capture URL: | https://josiahz.me/ |
| Page loaded at (UTC): | Wed, 07 Jan 2026 17:07:52 GMT |
| Capture timestamp (UTC): | Wed, 07 Jan 2026 17:07:53 GMT |
| Capture tool: | 3.17.0 |
| Collection server IP: | 52.90.210.104 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/142.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 2 |
| Capture ID: | feiRMT4irMBxWDJePmp825 |
| Display Name: | cbg |



JOSIAH "JAY" ZIMMER

A DIGITAL MARKETING, COMMUNITY MANAGEMENT, AND WEB DEVELOPMENT SPECIALIST
BASED OUT OF KALAMAZOO, MI. GRADUATE FROM WESTERN MICHIGAN UNIVERSITY.

| INTRO | WORK | TUNGSTEN | CONTACT |

JAY ZIMMER © 2025

Document title: Hey, I&#39;m Jay!
Capture URL: https://josiahz.me/
Capture timestamp (UTC): Wed, 07 Jan 2026 17:07:53 GMT
Page 1 of 1



## INTRO

Hey, I'm Jay! I'm a Digital Marketer, Community Manager, and Web Developer from Kalamazoo, MI. I recently graduated from Western Michigan University. Beyond that, I've been a lifelong fan of technology, and have studied it since as early as I can remember.

Throughout every aspect of my life, I've been drawn in to technology further. While in university, I was President of the Club Esports at WMU student organization, with hundreds of members and a merchandise line grossing more than $10,000 in sales. I even made their site!

Outside of business, I'm a huge fan of video games, cooking, reading, and nature hikes. I've found joy in the simplicity of food and nature, while experiencing the insane complexities of modern technology.

682

Document title: Hey, I&#39;m Jay!
Capture URL: https://josiahz.me/#intro
Capture timestamp (UTC): Wed, 07 Jan 2026 17:08:48 GMT

Page 1 of 1

# WORK



Throughout my years, I've worked on numerous projects, ranging from Digital Marketing for a massive online gaming community, to developing and designing numerous websites for local businesses. Below I've placed a few of my favorites, though you can also see a handful of them on my GitHub

### WORDPRESS DEVELOPMENT

I've designed and deployed numerous Wordpress websites, including;

- CasaKzoo.com - an event venue and catering provider.
- Comensolis.com - an italian restaurant bringing fine dining to Kalamazoo.
- ClubEsportsWMU.com - Western Michigan's esports club homepage.

### TRADITIONAL DEVELOPMENT

I've developed and deployed a handful of traditional websites, primarily utilizing HTML, CSS, PHP, and a little JavaScript, including;

- JosiahZ.me - my simple portfolio homepage!
- LickitySplitAugusta.com - an ice-cream shop in Augusta.
- PixelBoosts.com - a pixel-themed League of Legends boosting site.

### DIGITAL MARKETING

I've done a great deal of marketing for a private gaming network based out of Europe. This work included management of the brand across YouTube, Discord, Reddit,

683

Document title: Hey, I&#39;m Jay!
Capture URL: https://josiahz.me/#work
Capture timestamp (UTC): Wed, 07 Jan 2026 17:09:49 GMT



Throughout my years, I've worked on numerous projects, ranging from Digital Marketing for a massive online gaming community, to developing and designing numerous websites for local businesses. Below I've placed a few of my favorites, though you can also see a handful of them on my GitHub

### WORDPRESS DEVELOPMENT

I've designed and deployed numerous Wordpress websites, including:

- CasaKzoo.com - an event venue and catering provider.
- Comensolis.com - an italian restaurant bringing fine dining to Kalamazoo.
- ClubEsportsWMU.com - Western Michigan's esports club homepage.

### TRADITIONAL DEVELOPMENT

I've developed and deployed a handful of traditional websites, primarily utilizing HTML, CSS, PHP, and a little JavaScript, including:

- JosiahZ.me - my simple portfolio homepage!
- LickitySplitAugusta.com - an ice-cream shop in Augusta.
- PixelBoosts.com - a pixel-themed League of Legends boosting site.

### DIGITAL MARKETING

I've done a great deal of marketing for a private gaming network based out of Europe. This work included management of the brand across YouTube, Discord, Reddit, Facebook, Instagram, Bluesky, X/Twitter, and TikTok for over two years. A few stand-out statistics are:

- Growth of a Discord server from 14,000 to over 100,000 members.
- More than 1.5 million organic YouTube views.
- Quadrupling (or better) engagement on all social platforms.

684