

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

BLIZZARD ENTERTAINMENT, INC., a Delaware Corporation,

    Plaintiff,

    v.

TURTLE WOW, an entity of unknown form; AFKCRAFT LIMITED, a Hong Kong Company; YULIA SAVKO a/k/a JULIA SAVKO a/k/a Torta and Shenna, an individual; ERIC MAUSER a/k/a Shagu and Meph1s, an individual; JOSIAH ZIMMER a/k/a Akalix, an individual; STEFAN KOSTOV a/k/a brotalnia, an individual, JESSE LAUTENBACK a/k/a Niralthas, an individual, COSMIN POP a/k/a xerron, an individual, JAMEY DIEPBRINK a/k/a Jamma an individual, MAROS BETKO a/k/a Haaxor, an individual, MARCO KRETAS a/k/a MARCO KAPTEIN a/k/a Kruxis, an individual; ALEX JULEV a/k/a PepeSmite, an individual; and DOES 1 through 10, inclusive,

    Defendants.

CASE NO. 2:25-cv-08194

**[PROPOSED] ORDER ON JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY MORE THAN 30 DAYS (L.R. 8-3)**

Mitchell Silberberg & Knupp LLP

21323616.1

# [PROPOSED] ORDER

Pursuant to the Joint Stipulation of the Parties, IT IS ORDERED that:

1.      Defendant Stefan Kostov shall have up to and including February 20, 2026 to file an answer or otherwise respond to the Complaint.

**IT IS ORDERED**.

Dated: _____        _____
                                Hon. Stephen V. Wilson
                                U.S. District Judge

Mitchell
Silberberg &
Knupp LLP

21323616.1