UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No.: | 2:25-cv-08194-SVW-SK | Date: | February 2, 2026 |
| Title: | Blizzard Entertainment, Inc. et al v. Turtle Wow et al | | |

Present: The Honorable **STEPHEN V. WILSON, United States District Judge**

| Daniel Tamayo | c/s 2-2-2026 |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Marc Ellis Mayer | Daniel Marco Josephson |
| | Frederic M Douglas |
| | Oxana Lukina |

**Proceedings:** NEW CASE STATUS CONFERENCE
MOTION to Dismiss Defendant Josiah Zimmer filed by Defendant [34]
MOTION to Dismiss defendant Afkcraft Limited filed by defendant [36]

Case called. Status Conference held. For the reasons stated on the record, the Court ORDERS the following:
- The Defendant's Motion to Dismiss Defendant Josiah Zimmer [34] is **DENIED.** Order to be issued.
- The Court **CONTINUES** the Defendant's Motion to Dismiss defendant Afkcraft [36] to May 4, 2026, at 1:30 p.m.
- The Court **GRANTS** the Plaintiff's Request for 75 days to conduct limited discovery as related to the continued Motion [36], with a Supplemental Opposition filed by the Plaintiff due Monday, April 20, 2026.
- The Defendant, Afkcraft Limited's, Supplemental Response is due April 27, 2026.

: 7

CV-90 (12/02)   **CIVIL MINUTES - GENERAL**   Initials of Deputy Clerk DTA