UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | 2:25-cv-08194-SVW-SK | Date | February 2, 2026 |
|---|---|---|---|

| Title | *Blizzard Entertainment, Inc. et al v. Turtle Wow et al* |
|---|---|

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE |
|---|---|

| Daniel Tamayo | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| N/A | N/A |

**Proceedings:**  ORDER DENYING DEFENDANT'S MOTION TO DISMISS [34]

Before the Court is a motion to dismiss brought by Defendant Josiah Zimmer. Defendant's Motion to Dismiss, ECF No. 34. The motion is DENIED. Plaintiff Blizzard Entertainment, Inc. ("Blizzard") alleges the following causes of action against Zimmer: (1) copyright infringement; (2) inducement to infringe copyrights; (3) contributory copyright infringement; (4) vicarious copyright infringement; (5) trafficking in circumvention technology pursuant to 17 U.S.C. § 1201(b)(1); (6) intention interference with contractual relations; and (7) false designation of origin pursuant to 15 U.S.C. § 1125(a). *See* Complaint ("Compl."), ECF No. 1; ECF No. 33 (order granting joint stipulation to dismiss RICO claims against Zimmer).

The Court concludes that Blizzard has plausibly alleged these causes of action against Zimmer. Blizzard alleges that Zimmer—a key member of a multinational business enterprise known as "Turtle WoW"—individually encouraged others to download the Turtle WoW Client and use it to connect to and access the Turtle WoW Servers, which provide unauthorized access to pirated copies of Blizzard's World of Warcraft. Blizzard further alleges that the primary purpose of Turtle WoW is to profit from the unauthorized exploitation and use of Blizzard's World of Warcraft by enabling members of the public to play the game without paying monthly subscription fees, creating a World of Warcraft account, observing Blizzard's rules of conduct, or obtaining a license from Blizzard. The Defendants, including Zimmer,

:

| Initials of Preparer | DTA |
|---|---|

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | 2:25-cv-08194-SVW-SK | Date | February 2, 2026 |
|---|---|---|---|
| Title | *Blizzard Entertainment, Inc. et al v. Turtle Wow et al* | | |

allegedly ensure that Turtle WoW functions properly, remains appealing to its existing and potential customers, and is profitable. These allegations are sufficient at the pleading stage.

The Court further concludes that Zimmer has not met his burden at the motion to dismiss stage in establishing his affirmative defenses (e.g., statute of limitations).

For the foregoing reasons, Zimmer's motion to dismiss is DENIED.

**IT IS SO ORDERED.**

:

Initials of Preparer   DTA