UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLIZZARD ENTERTAINMENT, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>TURTLE WOW, an entity of unknown form; AFKCRAFT LIMITED, a Hong Kong Company; YULIA SAVKO a/k/a JULIA SAVKO a/k/a Torta and Shenna, an individual; ERIC MAUSER a/k/a Shagu and Meph1s, an individual; JOSIAH ZIMMER a/k/a Akalix, an individual; STEFAN KOSTOV a/k/a brotalnia, an individual, JESSE LAUTENBACK a/k/a Niralthas, an individual, COSMIN POP a/k/a xerron, an individual, JAMEY DIEPBRINK a/k/a Jamma an individual, MAROS BETKO a/k/a Haaxor, an individual, MARCO KRETAS a/k/a MARCO KAPTEIN a/k/a Kruxis, an individual; ALEX JULEV a/k/a PepeSmite, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 2:25-cv-08194<br><br>[PROPOSED] ORDER ON JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY MORE THAN 30 DAYS (L.R. 8-3) |

## [PROPOSED] ORDER

Pursuant to the Joint Stipulation of the Parties, IT IS ORDERED that:

1. Defendant Stefan Kostov shall have up to and including February 20, 2026 to file an answer or otherwise respond to the Complaint.

**IT IS ORDERED**.

Dated: February 6, 2026

_____
Hon. Stephen V. Wilson
U.S. District Judge