MARC E. MAYER (SBN 190969)
  mem@msk.com
MARK C. HUMPHREY (SBN 291718)
  mxh@msk.com
HANNAH G. SHEPHERD (SBN 347611)
  hgs@msk.com
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA  90067-3120
Tel: (310) 312-2000  Fax: (310) 312-3100

THERESA B. BOWMAN (*pro hac*)
  tbb@msk.com
MITCHELL SILBERBERG & KNUPP LLP
1818 N St., NW
Washington, D.C. 20036
Tel: (202) 470-2752  Fax: (202) 470-2776

Attorneys for Blizzard Entertainment, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLIZZARD ENTERTAINMENT, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>TURTLE WOW, an entity of unknown form; AFKCRAFT LIMITED, a Hong Kong Company; YULIA SAVKO a/k/a JULIA SAVKO a/k/a Torta and Shenna, an individual; ERIC MAUSER a/k/a Shagu and Meph1s, an individual; JOSIAH ZIMMER a/k/a Akalix, an individual; STEFAN KOSTOV a/k/a brotalnia, an individual, JESSE LAUTENBACK a/k/a Niralthas, an individual, COSMIN POP a/k/a xerron, an individual, JAMEY DIEPBRINK a/k/a Jamma an individual, MAROS BETKO a/k/a Haaxor, an individual, MARCO KRETAS a/k/a MARCO KAPTEIN a/k/a Kruxis, an individual; ALEX JULEV a/k/a PepeSmite, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 2:25-cv-08194-SVW (SKx*)*<br><br>Judge: Hon. Stephen V. Wilson<br><br>**SECOND JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint served: Waiver of Service Filed on October 31, 2026<br>Current response date: February 19, 2026<br>New response date: April 6, 2026 |

**SECOND STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT (L.R. 8-3)**

Mitchell Silberberg & Knupp LLP

21424703.1

# STIPULATION

Pursuant to United States District Court for the Central District of California Local Rule 8-3, Plaintiff Blizzard Entertainment, Inc. ("Plaintiff") and Defendant Eric Mauser a/k/a Shagu and Meph1s ("Mauser"), by and through their respective counsel of record, hereby stipulate to a forty-five (45) day extension of the deadline for Mauser to answer or otherwise respond to Plaintiff's Complaint, from February 19, 2026 to April 6, 2026.

This stipulation is based on the following facts.

1. On August 29, 2025, Blizzard filed its Complaint in this action, naming as defendants two entities and ten individuals, including Mauser. ECF 001.

2. On September 15, 2025, Blizzard Entertainment commenced the process of serving Mauser, who lives in Germany, through the German Central Authority pursuant to the Hague Convention on International Service of Process. *See* ECF 38.

3. On October 22, 2025, counsel for Mauser requested a waiver of service of summons. Since Mauser is located outside of the United States, his deadline to file and serve and answer to the Complaint was extended to January 20, 2026. *See* ECF 31.

4. The parties agreed to stipulate to an additional 30 days for Mauser to respond to the Complaint, up to and including February 19, 2026.

5. The parties agreed to stipulate to an additional 45 days for Mauser to respond to the Complaint, up to and including April 6, 2026.

6. The requested extension is necessary for Mauser and Blizzard to explore whether the claims against Mauser might be resolved. In the interest of efficiency, Blizzard agreed to allow Mauser a 45-day extension of time to respond to the Complaint, so that the parties can continue to engage in settlement discussions.

7. The parties agree that they will not suffer any prejudice as a result of these extended deadlines. This request is Mauser's second request to extend time to respond to the Complaint.

THEREFORE, the parties jointly request that Mauser's time to respond to the Complaint be extended to **April 6, 2026.**

DATED: February 19, 2026

MARC E. MAYER
THERESA B. BOWMAN
MARK C. HUMPHREY
HANNAH G. SHEPHERD
MITCHELL SILBERBERG & KNUPP LLP

By: */S/ Hannah G. Shepherd*
Marc E. Mayer
Theresa B. Bowman
Mark C. Humphrey
Hannah G. Shepherd
Attorneys for Plaintiff,
Blizzard Entertainment, Inc.

DATED: February 19, 2026

FREDERIC M. DOUGLAS

By: */S/ Frederic M. Douglas*
Frederic M. Douglas
Attorney for Defendants,
Eric Mauser and Josiah Zimmer

**Attestation Pursuant to L.R. 5-4.3.4(a)(2)(i)**

I hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content, and have authorized the filing.

By:   */S/ Hannah G. Shepherd*
Marc E. Mayer
Theresa B. Bowman
Mark C. Humphrey
Hannah G. Shepherd
Attorneys for Plaintiff,
Blizzard Entertainment, Inc.