MARC E. MAYER (SBN 190969)
  mem@msk.com
MARK C. HUMPHREY (SBN 291718),
  mxh@msk.com
HANNAH G. SHEPHERD (SBN 347611)
  hgs@msk.com
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA  90067-3120
Telephone: (310) 312-2000 Facsimile: (310) 312-3100

THERESA B. BOWMAN (*pro hac vice*)
  tbb@msk.com
MITCHELL SILBERBERG & KNUPP LLP
1818 N St., NW
Washington, D.C. 20036
Telephone: (202) 470-2752 Facsimile: (202) 470-2776

Attorneys for Blizzard Entertainment Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLIZZARD ENTERTAINMENT, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>TURTLE WOW, an entity of unknown form; AFKCRAFT LIMITED, a Hong Kong Company; YULIA SAVKO a/k/a JULIA SAVKO a/k/a Torta and Shenna, an individual; ERIC MAUSER a/k/a Shagu and Meph1s, an individual; JOSIAH ZIMMER a/k/a Akalix, an individual; STEFAN KOSTOV a/k/a brotalnia, an individual, JESSE LAUTENBACK a/k/a Niralthas, an individual, COSMIN POP a/k/a xerron, an individual, JAMEY DIEPBRINK a/k/a Jamma an individual, MAROS BETKO a/k/a Haaxor, an individual, MARCO KRETAS a/k/a MARCO KAPTEIN a/k/a Kruxis, an individual; ALEX JULEV a/k/a PepeSmite, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 2:25-cv-08194-SVW (SKx*)*<br><br>Judge: Hon. Stephen V. Wilson<br><br>**SECOND JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint served: December 1, 2025<br>Current response date: February 20, 2026<br>New response date: April 6, 2026 |

Mitchell
Silberberg &
Knupp LLP

21424662.1

**SECOND STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT (L.R. 8-3)**

Pursuant to United States District Court for the Central District of California Local Rule 8-3, Plaintiff Blizzard Entertainment, Inc. ("Plaintiff") and Defendant Stefan Kostov ("Kostov"), by and through their respective counsel of record, hereby stipulate to a forty-five (45) day extension of the deadline for Kostov to answer or otherwise respond to Plaintiff's Complaint, from February 20, 2026 to April 6, 2026.

This stipulation is based on the following facts.

1. On August 29, 2025, Blizzard filed its Complaint in this action, naming as defendants two entities and ten individuals, including Kostov. ECF 001.

2. On September 15, 2025, Blizzard Entertainment commenced the process of serving Kostov, who lives in Bulgaria, through the Bulgarian Central Authority pursuant to the Hague Convention on International Service of Process. *See* ECF 38.

3. On January 6, 2026, Blizzard was notified by its process server that Kostov was served on December 22, 2025.

4. Kostov retained as counsel Jo Ardalan of the law firm One LLP. Through his counsel, Kostov requested, and Blizzard agreed to a 60-day extension of time to respond to the Complaint, such that Kostov's new response date shall be February 20, 2026.

5. Through his counsel, Kostov requested, and Blizzard agreed to an additional 45-day extension of time to respond to the Complaint, such that Kostov's new response date shall be April 6.

6. The requested extension is necessary for Kostov and Blizzard to explore whether the claims against Kostov might be resolved. In the interest of efficiency, Blizzard agreed to allow Kostov a 45-day extension of time to respond to the Complaint, so that the parties can continue to engage in settlement discussions.

7. The parties agree that they will not suffer any prejudice as a result of these extended deadlines. This request is Kostov's second request to extend time to respond to the Complaint.

THEREFORE, the parties jointly request that Kostov's time to respond to the Complaint be extended to **April 6, 2026.**

DATED: February 20, 2026

MARC E. MAYER
THERESA B. BOWMAN
MITCHELL SILBERBERG & KNUPP LLP

By: */S/ Hannah G. Shepherd*
Marc E. Mayer
Theresa B. Bowman
Mark C. Humphrey
Hannah G. Shepherd
Attorneys for Plaintiff,
Blizzard Entertainment, Inc.

DATED: February 20, 2026

JOANNA ARDALAN
ONE LLP

By: */S/ Joanna Ardalan*
Joanna Ardalan
Attorney for Defendant,
Stefan Kostov

**Attestation Pursuant to L.R. 5-4.3.4(a)(2)(i)**

I hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content, and have authorized the filing.

By: */S/ Hannah G. Shepherd*
Marc E. Mayer
Theresa B. Bowman
Mark C. Humphrey
Hannah G. Shepherd
Attorneys for Plaintiff,
Blizzard Entertainment, Inc.