1  MARC E. MAYER (SBN 190969)
     mem@msk.com
2  MARK C. HUMPHREY (SBN 291718)
     mxh@msk.com
3  HANNAH G. SHEPHERD (SBN 347611)
     hgs@msk.com
4  MITCHELL SILBERBERG & KNUPP LLP
   2049 Century Park East, 18th Floor
5  Los Angeles, CA  90067-3120
   Tel: (310) 312-2000  Fax: (310) 312-3100
6
   THERESA B. BOWMAN (*pro hac vice*)
7    tbb@msk.com
   MITCHELL SILBERBERG & KNUPP LLP
8  1818 N St., NW
   Washington, D.C. 20036
9  Tel: (202) 470-2752  Fax: (202) 470-2776

10 Attorneys for Blizzard Entertainment, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLIZZARD ENTERTAINMENT, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>TURTLE WOW, an entity of unknown form; AFKCRAFT LIMITED, a Hong Kong Company; YULIA SAVKO a/k/a JULIA SAVKO a/k/a Torta and Shenna, an individual; ERIC MAUSER a/k/a Shagu and Meph1s, an individual; JOSIAH ZIMMER a/k/a Akalix, an individual; STEFAN KOSTOV a/k/a brotalnia, an individual, JESSE LAUTENBACK a/k/a Niralthas, an individual, COSMIN POP a/k/a xerron, an individual, JAMEY DIEPBRINK a/k/a Jamma an individual, MAROS BETKO a/k/a Haaxor, an individual, MARCO KRETAS a/k/a MARCO KAPTEIN a/k/a Kruxis, an individual; ALEX JULEV a/k/a PepeSmite, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 2:25-cv-08194<br><br>[PROPOSED] ORDER ON SECOND JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY MORE THAN 30 DAYS (L.R. 8-3) |

Mitchell
Silberberg &
Knupp LLP

21424739.1

[PROPOSED] ORDER ON SECOND STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT (L.R. 8-3)

**[PROPOSED] ORDER**

Pursuant to the Joint Stipulation of the Parties, IT IS ORDERED that:

1. Defendant Eric Mauser shall have up to and including April 6, 2026 to file an answer or otherwise respond to the Complaint.

**IT IS ORDERED**.

Dated: February 23, 2026

_____
Hon. Stephen V. Wilson
U.S. District Judge