MARC E. MAYER (SBN 190969)
  mem@msk.com
MARK C. HUMPHREY (SBN 291718)
  mxh@msk.com
HANNAH G. SHEPHERD (SBN 347611)
  hgs@msk.com
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA  90067-3120
Tel: (310) 312-2000  Fax: (310) 312-3100

THERESA B. BOWMAN (*pro hac*)
  tbb@msk.com
MITCHELL SILBERBERG & KNUPP LLP
1818 N St., NW
Washington, D.C. 20036
Tel: (202) 470-2752  Fax: (202) 470-2776

Attorneys for Blizzard Entertainment, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLIZZARD ENTERTAINMENT, INC., a Delaware Corporation,<br><br>            Plaintiff,<br><br>    v.<br><br>TURTLE WOW, an entity of unknown form; AFKCRAFT LIMITED, a Hong Kong Company; YULIA SAVKO a/k/a JULIA SAVKO a/k/a Torta and Shenna, an individual; ERIC MAUSER a/k/a Shagu and Meph1s, an individual; JOSIAH ZIMMER a/k/a Akalix, an individual; STEFAN KOSTOV a/k/a brotalnia, an individual, JESSE LAUTENBACK a/k/a Niralthas, an individual, COSMIN POP a/k/a xerron, an individual, JAMEY DIEPBRINK a/k/a Jamma an individual, MAROS BETKO a/k/a Haaxor, an individual, MARCO KRETAS a/k/a MARCO KAPTEIN a/k/a Kruxis, an individual; ALEX JULEV a/k/a PepeSmite, an individual; and DOES 1 through 10, inclusive,<br><br>            Defendants. | CASE NO. 2:25-cv-08194-SVW (SKx)<br><br>Judge: Hon. Stephen V. Wilson<br><br>**JOINT STIPULATED REQUEST TO EXTEND (1) THE COURT'S SCHEDULE REGARDING JURISDICTIONAL DISCOVERY ON AFKCRAFT, LTD., AND (2) THE RESPONSE DATE FOR DEFENDANTS ERIC MAUSER AND STEFAN KOSTOV** |

## **<u>STIPULATION</u>**

Pursuant to United States District Court for the Central District of California Local Rule 7-1, Plaintiff Blizzard Entertainment, Inc. ("Plaintiff") and Defendants AFKCraft Limited ("AFKCraft"), Stefan Kostov ("Kostov"), and Eric Mauser ("Mauser"), by and through their respective counsel of record, hereby jointly request that the Court extend certain deadlines in this action; namely, that:

- Kostov and Eric Mauser's ("Mauser") deadline to respond to the Complaint be extended from **April 6, 2026** to **May 6, 2026;**

- Defendant Josiah Zimmer's ("Zimmer") deadline to answer the Complaint be extended from **February 16, 2026** to **May 6, 2026**;

- Each of the deadlines set by the Court concerning jurisdictional discovery on AFKCraft be extended by 30 days, such that:

  - o Plaintiff's deadline to conduct limited jurisdictional discovery on AFKCraft be extended from **April 18, 2026** to **May 18, 2026**;

  - o Plaintiff's deadline to file its supplemental opposition to AFKCraft's Motion to Dismiss be extended from **April 20, 2026** to **May 20, 2026**;

  - o AFKCraft's deadline to file its supplemental response in support of its Motion to Dismiss be extended from **April 27, 2026** to **May 27, 2026;**

  - o The hearing on AFKCraft's Motion to Dismiss be extended from Monday, **May 4, 2026** to Monday, **June 8, 2026**.

This stipulation is based on the following facts:

1.      This action arises from the operation of a "private" or "emulated" server for the popular multiplayer role-playing game *World of Warcraft* ("WoW") known as Turtle WoW.  Plaintiff is a video game publisher and the owner of rights in WoW.  The defendants in this action are alleged to have participated in some manner in the creation, operation, or marketing of Turtle WoW.  Defendants deny

Mitchell
Silberberg &
Knupp LLP

21524278.2

**JOINT STIPULATED REQUEST TO EXTEND (1) THE COURT'S SCHEDULE AND RESPONSE DATES**

the allegations of the Complaint, and Defendants Zimmer and AFKCraft moved to dismiss Plaintiff's Complaint on various grounds.

2.      On February 2, 2026, the Court held a hearing on Zimmer's Motion to Dismiss and AFKCraft's Motion to Dismiss. *See* ECF 046, 047. At that hearing, the Court denied Zimmer's Motion to Dismiss. *Id.* Separately, the Court continued the hearing on AFKCraft's Motion to Dismiss to May 4, 2026, to allow time for Plaintiff to conduct limited jurisdictional discovery related to the continued motion. *Id.* As part of its order concerning jurisdictional discovery, the Court set the following schedule:

> a. **April 18, 2026:** Plaintiff's deadline to conduct limited jurisdictional discovery on AFKCraft;
>
> b. **April 20, 2026:** Plaintiff's deadline to file its supplemental opposition to AFKCraft's Motion to Dismiss;
>
> c. **April 27, 2026:** AFKCraft's deadline to file its supplemental response in support of its Motion to Dismiss**;**

3.      Pursuant to previous stipulations, the Court ordered Mauser and Kostov to respond to the complaint by April 6, 2026. *See* ECF 052, 053.

4.      Plaintiff has served jurisdictional discovery on AFKCraft on March 12, 2026, but AFKCraft's responses to the discovery are not yet due. *See* Declaration of Marc E. Mayer, ¶ 2.

5.      Over the past several weeks, Plaintiff has been engaged in ongoing settlement negotiations with the defendants and with certain third parties involved in the operation of Turtle WoW. The parties believe that they have reached a settlement in principle and are in the process of finalizing the documentation concerning this settlement. The parties hope that a settlement agreement will be finalized and executed within the next 14 days, but their negotiations are not yet concluded. *Id* at ¶ 3.

Mitchell
Silberberg &
Knupp LLP

21524278.2

3

**JOINT STIPULATED REQUEST TO EXTEND (1) THE COURT'S SCHEDULE AND RESPONSE DATES**

6.      In light of the parties' settlement discussions, all parties believe that it is in the interest of judicial efficiency and economy to briefly postpone the pending response deadlines and jurisdictional discovery deadlines while they attempt to reach a final settlement.  If the parties are unable to reach a settlement, Plaintiff is prepared to continue its jurisdictional discovery efforts and the parties are prepared to litigate the case.  However, the parties are hopeful that a resolution will be reached, and thus request continuances of the upcoming deadlines. *Id.* at ¶ 4.

7.      The parties are prepared to update the Court as to their settlement progress within the next 21 days and do not anticipate requesting further extensions of time to these pending deadlines. *Id.* at ¶ 5.

THEREFORE, the parties jointly request that the Court enter the proposed order lodged concurrently herewith and extend the deadlines as set forth therein.

DATED: April 3, 2026              MARC E. MAYER
                                  THERESA B. BOWMAN
                                  MARK C. HUMPHREY
                                  HANNAH G. SHEPHERD
                                  MITCHELL SILBERBERG & KNUPP LLP


                                  By: */s/ Marc E. Mayer*
                                       Marc E. Mayer
                                       Theresa B. Bowman
                                       Mark C. Humphrey
                                       Hannah G. Shepherd
                                       Attorneys for Plaintiff,
                                       Blizzard Entertainment, Inc.

DATED: April 3, 2026              FREDERIC M. DOUGLAS


                                  By: */s/ Fredric M. Douglas*
                                       Frederic M. Douglas
                                       Attorney for Defendants,
                                       Eric Mauser and Josiah Zimmer

Mitchell
Silberberg &
Knupp LLP

21524278.2

4

**JOINT STIPULATED REQUEST TO EXTEND (1) THE COURT'S SCHEDULE AND RESPONSE DATES**

DATED: April 3, 2026              JOANNA ARDALAN
                                  ONE LLP


                                  By: */s/ Joanna Ardalan*
                                      Joanna Ardalan
                                      Attorney for Defendant,
                                      Stefan Kostov

DATED: April 3, 2026              DANIEL JOSEPHSON
                                  JURISJOSEPHSON, PC


                                  By: */s/ Daniel Josephson*
                                      Daniel Josephson
                                      Attorney for Defendant,
                                      AFKCraft Limited

Mitchell
Silberberg &
Knupp LLP

21524278.2

5

**JOINT STIPULATED REQUEST TO EXTEND (1) THE COURT'S SCHEDULE AND RESPONSE DATES**

## ATTESTATION REGARDING SIGNATURES

Pursuant to Local Civil Rule 5-4.3.4(a)(2)(i), I hereby attest that all parties, on whose behalf this filing is jointly submitted, concur in this filing's content and have authorized its filing.

DATED: April 3, 2026

*/s/ Marc E. Mayer*
Marc E. Mayer

Mitchell
Silberberg &
Knupp LLP

21524278.2

6

**JOINT STIPULATED REQUEST TO EXTEND (1) THE COURT'S SCHEDULE AND RESPONSE DATES**