MARC E. MAYER (SBN 190969)
  mem@msk.com
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA  90067-3120
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

THERESA B. BOWMAN (*pro hac vice*)
  tbb@msk.com
MITCHELL SILBERBERG & KNUPP LLP
1818 N St., NW
Washington, D.C. 20036
Telephone: (202) 470-2752
Facsimile: (202) 470-2776

Attorneys for Blizzard Entertainment, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLIZZARD ENTERTAINMENT, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>TURTLE WOW, an entity of unknown form; AFKCRAFT LIMITED, a Hong Kong Company; YULIA SAVKO a/k/a JULIA SAVKO a/k/a Torta and Shenna, an individual; ERIC MAUSER a/k/a Shagu and Meph1s, an individual; JOSIAH ZIMMER a/k/a Akalix, an individual; STEFAN KOSTOV a/k/a brotalnia, an individual, JESSE LAUTENBACK a/k/a Niralthas, an individual, COSMIN POP a/k/a xerron, an individual, JAMEY DIEPBRINK a/k/a Jamma an individual, MAROS BETKO a/k/a Haaxor, an individual, MARCO KRETAS a/k/a MARCO KAPTEIN a/k/a Kruxis, an individual; ALEX JULEV a/k/a PepeSmite, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 2:25-cv-08194-SVW (SK*x*)<br><br>[Assigned to Honorable Stephen V. Wilson]<br><br>**DECLARATION OF MARC E. MAYER IN SUPPORT OF JOINT STIPULATED REQUEST TO EXTEND THE COURT'S SCHEDULE REGARDING JURISDICTIONAL DISCOVERY ON AFKCRAFT, LTD., AND (2) THE RESPONSE DATE FOR DEFENDANTS ERIC MAUSER AND STEFAN KOSTOV**<br><br>Complaint Filed: August 29, 2025 |

Mitchell
Silberberg &
Knupp LLP

21524793.1

I, Marc E. Mayer, declare as follows:

1.     I am an attorney-at-law, duly licensed to practice law in the State of California.  I am, through my Professional Corporation, a partner with the law firm of Mitchell Silberberg & Knupp LLP ("MSK"), counsel of record for Plaintiff Blizzard Entertainment, Inc. ("Blizzard") in the above-captioned matter.  Except as otherwise noted, I know all of the following of my own personal knowledge and, if called as a witness, could and would competently testify thereto.

2.     Blizzard served jurisdictional discovery on Defendant AFKCraft Limited ("AFKCraft") on March 12, 2026.

3.     Over the past several weeks, Blizzard has been engaged in ongoing settlement negotiations with several of the Defendants and with certain third parties involved in the operation of Turtle WoW. The parties believe that they have reached a settlement in principle and are in the process of finalizing the documentation concerning this settlement. The parties hope that a settlement agreement will be finalized and executed within the next 14 days, but their negotiations are not yet concluded.

4.     In light of the parties' settlement discussions, all parties believe that it is in the interest of judicial efficiency and economy to briefly postpone the pending response deadlines and jurisdictional discovery deadlines while they attempt to reach a final settlement.  If the parties are unable to reach a settlement, Plaintiff is prepared to continue its jurisdictional discovery efforts and the parties are prepared to litigate the case.  However, the parties are hopeful that a resolution will be reached, and thus request continuances of the upcoming deadlines.

5.     The parties are prepared to update the Court as to their settlement progress within the next 21 days and do not anticipate requesting further extensions of time to these pending deadlines.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Mitchell
Silberberg &
Knupp LLP

2

DECLARATION OF MARC MAYER

21524793.1

Executed on April 3, 2026 at Los Angeles, California,

_____
Marc E. Mayer