# DENIED
# BY ORDER OF THE COURT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

BLIZZARD ENTERTAINMENT, INC., a Delaware Corporation,

Plaintiff,

v.

TURTLE WOW, an entity of unknown form; AFKCRAFT LIMITED, a Hong Kong Company; YULIA SAVKO a/k/a JULIA SAVKO a/k/a Torta and Shenna, an individual; ERIC MAUSER a/k/a Shagu and Meph1s, an individual; JOSIAH ZIMMER a/k/a Akalix, an individual; STEFAN KOSTOV a/k/a brotalnia, an individual, JESSE LAUTENBACK a/k/a Niralthas, an individual, COSMIN POP a/k/a xerron, an individual, JAMEY DIEPBRINK a/k/a Jamma an individual, MAROS BETKO a/k/a Haaxor, an individual, MARCO KRETAS a/k/a MARCO KAPTEIN a/k/a Kruxis, an individual; ALEX JULEV a/k/a PepeSmite, an individual; and DOES 1 through 10, inclusive,

Defendants.

CASE NO. 2:25-cv-08194-SVW (SKx)

**[PROPOSED] ORDER ON JOINT STIPULATION TO EXTEND COURT'S SCHEDULE REGARDING JURISDICTIONAL DISCOVERY ON AFKCRAFT, LTD., AND (2) THE RESPONSE DATE FOR DEFENDANTS ERIC MAUSER AND STEFAN KOSTOV**

Mitchell Silberberg & Knupp LLP

**[PROPOSED] ORDER ON JOINT STIPULATED REQUEST TO EXTEND (1) THE COURT'S SCHEDULE AND RESPONSE DATES**

# [PROPOSED] ORDER

Pursuant to the Joint Stipulation of the Parties, IT IS ORDERED that the below dates shall be continued as follows:

|  | Previous Deadline | New Deadline |
|---|---|---|
| Defendant Stefan Kostov's deadline to respond to the complaint | April 6, 2026 | May 6, 2026 |
| Defendant Eric Mauser's deadline to respond to the complaint | April 6, 2026 | May 6, 2026 |
| Plaintiff Blizzard Entertainment Inc. Deadline to take jurisdictional discovery | April 18, 2026 | May 18, 2026 |
| Plaintiff's Supplemental opposition to Defendant AFKCraft Limited's Motion to Dismiss | April 20, 2026 | May 20, 2026 |
| AFKCraft's Deadline to file its supplemental response in support of its Motion to Dismiss | April 27, 2026 | May 27, 2026 |
| Hearing on AFKCraft's Motion to Dismiss | May 4, 2026 | June 8, 2026 |

**IT IS ORDERED**.

Dated: April 7, 2026

**DENIED**

BY ORDER OF THE COURT
Hon. Stephen V. Wilson
U.S. District Judge

Mitchell Silberberg & Knupp LLP

2

**[PROPOSED] ORDER ON JOINT STIPULATED REQUEST TO EXTEND (1) THE COURT'S SCHEDULE AND RESPONSE DATES**