MARC E. MAYER (SBN 190969)
  mem@msk.com
MARK C. HUMPHREY (SBN 291718)
  mxh@msk.com
HANNAH G. SHEPHERD (SBN 347611)
  hgs@msk.com
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA  90067-3120
Tel: (310) 312-2000  Fax: (310) 312-3100

THERESA B. BOWMAN (*pro hac*)
  tbb@msk.com
MITCHELL SILBERBERG & KNUPP LLP
1818 N St., NW
Washington, D.C. 20036
Tel: (202) 470-2752  Fax: (202) 470-2776

Attorneys for Blizzard Entertainment, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLIZZARD ENTERTAINMENT, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>TURTLE WOW, an entity of unknown form; AFKCRAFT LIMITED, a Hong Kong Company; YULIA SAVKO a/k/a JULIA SAVKO a/k/a Torta and Shenna, an individual; ERIC MAUSER a/k/a Shagu and Meph1s, an individual; JOSIAH ZIMMER a/k/a Akalix, an individual; STEFAN KOSTOV a/k/a brotalnia, an individual, JESSE LAUTENBACK a/k/a Niralthas, an individual, COSMIN POP a/k/a xerron, an individual, JAMEY DIEPBRINK a/k/a Jamma an individual, MAROS BETKO a/k/a Haaxor, an individual, MARCO KRETAS a/k/a MARCO KAPTEIN a/k/a Kruxis, an individual; ALEX JULEV a/k/a PepeSmite, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 2:25-cv-08194-SVW (SK*x)*<br><br>Judge: Hon. Stephen V. Wilson<br><br>**NOTICE OF SETTLEMENT AND REQUEST FOR STAY OF ACTION**<br><br>Complaint Filed: August 29, 2025 |

Mitchell
Silberberg &
Knupp LLP

**NOTICE OF SETTLEMENT**

Plaintiff Blizzard Entertainment, Inc. ("Blizzard") and Defendants Josiah Zimmer and AFKCraft Ltd. ("Defendants"), hereby advise the Court that they have reached a settlement of Blizzard's claims against them in this action. Such settlement also will encompass additional defendants, including certain defendants that have not yet appeared in this action or that have yet to be named in this action. Thus, the settlement is expected to result in a resolution of the action in its entirety.

The terms of the parties' settlement agreements are confidential. However, the settlement is conditioned upon certain actions that are required to be taken by certain parties and non-parties over the next several weeks. Accordingly, in lieu of a dismissal of the action at this time, the parties request that the Court stay the action for 60 days (i.e. until June 8, 2026). Blizzard expects that on or before such date it will file a stipulation or request for dismissal of the action in its entirety.

The parties, therefore, jointly stipulate and respectfully request that the Court stay all deadlines and proceedings through June 8, 2026, pending the submission of a stipulation or notice of dismissal of the action.

DATED: April 10, 2026

MARC E. MAYER
THERESA B. BOWMAN
MARK C. HUMPHREY
HANNAH G. SHEPHERD
MITCHELL SILBERBERG & KNUPP LLP

By: */s/ Marc E. Mayer*
Marc E. Mayer
Attorneys for Plaintiff,
Blizzard Entertainment, Inc.

FREDERIC DOUGLAS
LAW OFFICE OF F.M. DOUGLAS

DATED: April 10, 2026

By: */s/ Frederic M. Douglas*
Fredric M. Douglas
Attorneys for Defendant Josiah Zimmer

Mitchell
Silberberg &
Knupp LLP

21507232.1

2

**NOTICE OF SETTLEMENT**

DANIEL JOSEPHSON
JURISJOSEPHSON, PC

DATED: April 10, 2026

By: _____
Daniel Josephson
Attorneys for Defendant AFKCraft Ltd.

**Attestation Regarding Signatures-Local Rule 5-4.3.4(a)(2)(i)**

I, Marc E. Mayer, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: April 10, 2026

*/s/ Marc E. Mayer*
Marc E. Mayer

Mitchell
Silberberg &
Knupp LLP

21507232.1

**NOTICE OF SETTLEMENT**