MARC E. MAYER (SBN 190969)
    mem@msk.com
MARK C. HUMPHREY (SBN 291718)
    mxh@msk.com
HANNAH G. SHEPHERD (SBN 347611)
    hgs@msk.com
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA  90067-3120
Tel: (310) 312-2000  Fax: (310) 312-3100

THERESA B. BOWMAN (*pro hac*)
    tbb@msk.com
MITCHELL SILBERBERG & KNUPP LLP
1818 N St., NW
Washington, D.C. 20036
Tel: (202) 470-2752  Fax: (202) 470-2776

Attorneys for Blizzard Entertainment, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLIZZARD ENTERTAINMENT, INC., a Delaware Corporation,<br><br>        Plaintiff,<br><br>        v.<br><br>TURTLE WOW, an entity of unknown form; AFKCRAFT LIMITED, a Hong Kong Company; YULIA SAVKO a/k/a JULIA SAVKO a/k/a Torta and Shenna, an individual; ERIC MAUSER a/k/a Shagu and Meph1s, an individual; JOSIAH ZIMMER a/k/a Akalix, an individual; STEFAN KOSTOV a/k/a brotalnia, an individual, JESSE LAUTENBACK a/k/a Niralthas, an individual, COSMIN POP a/k/a xerron, an individual, JAMEY DIEPBRINK a/k/a Jamma an individual, MAROS BETKO a/k/a Haaxor, an individual, MARCO KRETAS a/k/a MARCO KAPTEIN a/k/a Kruxis, an individual; ALEX JULEV a/k/a PepeSmite, an individual; and DOES 1 through 10, inclusive,<br><br>        Defendants. | CASE NO. 2:25-cv-08194-SVW (SK*x)*<br><br>Judge: Hon. Stephen V. Wilson<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF REMAINING DEFENDANTS PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**<br><br>Complaint Filed: August 29, 2025 |

Mitchell
Silberberg &
Knupp LLP

21644602.1

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Blizzard Entertainment, Inc. ("Blizzard") hereby gives notice of dismissal as follows:

1. Blizzard hereby dismisses the above-captioned action as against defendants JULIA SAVKO, TURTLE WOW, and JAMEY DIEPBRINK **with** prejudice. This dismissal with prejudice is with respect to Defendants SAVKO, TURTLE WOW, and DIEPBRINK only.

2. Blizzard hereby dismisses the above-captioned action as against defendants ERIC MAUSER, STEFAN KOSTOV, COSMIN POP, MAROS BETKO, MARCO KRETAS, ALEX JULEV, and DOES 1 through 10, **without** prejudice.

This Court has entered judgment against defendants AFKCRAFT LTD (Docket No. 59) and JOSIAH ZIMMER (Docket No. 60). The Court also has entered a stipulated permanent injunction against defendant JESSE LAUTENBACH (Docket No. 63).

Accordingly, with this dismissal there are no remaining defendants in the case, and the case may be closed on the Court's docket.

DATED: May 29, 2026

MARC E. MAYER
THERESA B. BOWMAN
MARK C. HUMPHREY
HANNAH G. SHEPHERD
MITCHELL SILBERBERG & KNUPP LLP


By: /s/ Marc E. Mayer
    Marc E. Mayer
    Attorneys for Plaintiff,
    Blizzard Entertainment, Inc.

Mitchell
Silberberg &
Knupp LLP

21644602.1

2

**NOTICE OF DISMISSAL**